AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

JIM DAWS TRUCKING, LLC

*Plaintiff(s)*

v.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

*Defendant(s)*

Civil Action No. 4:24-cv-03177

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LANA R. DAWS
1091 North 7th Street
Seward, NE 68434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andre R. Barry, #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/2/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

Civil Action No. 4:24-cv-03177

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lana R. Daws
was received by me on *(date)* October 2, 2024 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
______________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

X Other *(specify)*: The summons and complaint were served via U.S. Certified Mail. The USPS tracking is attached showing service on October 4, 2024.

My fees are $ 13.26 for travel and $ ____________ for services, for a total of $ 13.26 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2024

/s/ Andre R. Barry
*Server's signature*

Andre R. Barry
*Printed name and title*

233 S. 13th Street, Suite 1900, Lincoln, NE 68508
*Server's address*

Additional information regarding attempted service, etc:

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 1219 3455 14

9589 0710 5270 1219 3455 14

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

30070.001-HMS

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy) $ 4.10
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$ 4.31

Total Postage
$ 13.26

Sent To

Street and Apt.

City, State, ZIP+

Lana R. Daws
1091 North 7th St.
Seward, NE 68434-1203

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

30070.001-HMS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Lana R. Daws
1091 North 7th St.
Seward, NE 68434-1203

9590 9402 8659 3244 9721 68

2. Article Number (Transfer from service label)

9589 0710 5270 1219 3455 14

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 1219 3455 14

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

30070.001-HMS

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- [x] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage
$ 4.31

Total Postage and Fees
$ 13.26

Postmark Here

LINCOLN NE 68501
OCT - 2 2024
USPS

Sent To
Lana R. Daws
Street and Apt.
1091 North 7th St.
City, State, ZIP+4
Seward, NE 68434-1203

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®

Tracking

Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Tracking Number:

9589071052701219345514

Copy   Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 4:57 pm on October 4, 2024 in SEWARD, NE 68434.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

SEWARD, NE 68434
October 4, 2024, 4:57 pm

**Arrived at USPS Regional Facility**

OMAHA NE DISTRIBUTION CENTER
October 3, 2024, 2:36 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean?

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC<br>*Plaintiff(s)*<br>v.<br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br>*Defendant(s)* | ) | Civil Action No. 4:24-cv-03177 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JAMES R. DAWS
1091 North 7th Street
Seward, NE 68434

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andre R. Barry, #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/2/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

Civil Action No. 4:24-cv-03177

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* James R. Daws
was received by me on *(date)* October 2, 2024 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

X Other *(specify)* The summons and complaint were served via U.S. Certified Mail. The US S tracking is attached showing service on October 4, 2024.

My fees are $ 13.26 for travel and $ ______ for services, for a total of $ 13.26 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2024

/s/ Andre R. Barry
*Server's signature*

Andre R. Barry
*Printed name and title*

233 S. 13th Street, Suite 1900, Lincoln, NE 68508
*Server's address*

Additional information regarding attempted service, etc:

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 1219 3455 07

9589 0710 5270 1219 3455 07

U.S. Postal Service™ 30070.001-HMS

CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery informaton, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$ 4.85

Extra Services & Fees *(check box, add fee as appropriate)*
- ☒ Return Receipt (hardcopy) $ 4.10
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark Here

Postage
$ 4.31

Total Postage and Fees
$ 13.26

Sent To
Street and Apt. No.
City, State, ZIP+4

James R. Daws
1091 North 7th St.
Seward, NE 68434-1203

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

30070.001-HMS

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James R. Daws
1091 North 7th St.
Seward, NE 68434-1203

9590 9402 8659 3244 9721 82

2. Article Number (Transfer from service label)

9589 0710 5270 1219 3455 07

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

9589 0710 5270 1219 3455 07

U.S. Postal Service™ 30070.001-HMS

CERTIFIED MAIL® RECEIPT

*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee $ 4.85

Extra Services & Fees (check box, add fee as appropriate) $ 4.10

- [x] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 4.31

Total Postage and Fees $ 13.26

Postmark Here

LINCOLN NE 68501 OCT - 2 2024 USPS

Sent To

James R. Daws

Street and Apt. No.

1091 North 7th St.

City, State, ZIP+4

Seward, NE 68434-1203

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

# USPS Tracking®



Track Packages Anytime, Anywhere

Get the free Informed Delivery® feature to receive automated notifications on your packages

Tracking Number:

## 9589071052701219345507

Copy Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 4:57 pm on October 4, 2024 in SEWARD, NE 68434.

Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**

**Delivered, Left with Individual**

SEWARD, NE 68434
October 4, 2024, 4:57 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

**USPS Tracking Plus®**

**Product Information**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

JIM DAWS TRUCKING, LLC

*Plaintiff(s)*

v.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

*Defendant(s)*

Civil Action No. 4:24-cv-03177

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAWS, INC.
JAMES DAWS
758 280TH ROAD
UNIT #10
MILFORD, NE 68405-0000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andre R. Barry, #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/2/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-03177

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Daws, Inc.
was received by me on *(date)* October 2, 2024 .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

X Other *(specify)*: The summons and complaint were served via U.S. Certified Mail. The signed receipt is attached showing service on October 4, 2024.

My fees are $ 13.26 for travel and $ ________ for services, for a total of $ 13.26 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2024

/s/ Andre R. Barry
*Server's signature*

Andre R. Barry
*Printed name and title*

233 S. 13th Street, Suite 1900, Lincoln, NE 68508
*Server's address*

Additional information regarding attempted service, etc:

30070.001-HMS

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAWS, INC.
JAMES DAWS
758 280TH ROAD
UNIT #10
MILFORD, NE 68405-0000

9590 9402 8659 3244 9721 75

2. Article Number *(Transfer from service label)*

9589 0710 5270 1219 3454 91

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature

X JoAnn Roth ☒ Agent ☐ Addressee

B. Received by *(Printed Name)* JoAnn Roth

C. Date of Delivery 10.4.24

D. Is delivery address different from item 1? ☒ Yes ☐ No

If YES, enter delivery address below:

P.O. Box 23
Milford NE 68405-0023

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC<br><br>*Plaintiff(s)*<br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>*Defendant(s)* | ) | Civil Action No. 4:24-cv-03177 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAWS TRUCKING, INC.
758 280th Road
Milford, NE 68405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andre R. Barry, #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/2/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

Civil Action No. 4:24-cv-03177

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Daws Trucking, Inc.

was received by me on *(date)* October 2, 2024 .

❒ I personally served the summons on the individual at *(place)* ______________________

______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

______________________ , a person of suitable age and discretion who resides there,

on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is

designated by law to accept service of process on behalf of *(name of organization)* ______________

______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

X Other *(specify)*: The summons and complaint were served via U.S. Certified Mail. The signed receipt is attached showing service on October 4, 2024.

My fees are $ 13.26 for travel and $ ______ for services, for a total of $ 13.26 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2024

/s/ Andre R. Barry

*Server's signature*

Andre R. Barry

*Printed name and title*

233 S. 13th Street, Suite 1900, Lincoln, NE 68508

*Server's address*

Additional information regarding attempted service, etc:

30070.001- HmS

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAWS TRUCKING, INC.
758 280TH ROAD
MILFORD, NE 68405

9590 9402 8659 3244 9721 51

2. Article Number (Transfer from service label)

9589 0710 5270 1219 3455 21

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X JoAnn Roth ☒ Agent ☐ Addressee

B. Received by (*Printed Name*) JoAnn Roth

C. Date of Delivery 10/4/24

D. Is delivery address different from item 1? ☒ Yes ☐ No
If YES, enter delivery address below:

P.O. Box 23
Milford NE 68405-0023

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Rec

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC<br>_Plaintiff(s)_<br>v.<br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISITICS, LLC,<br>_Defendant(s)_ | ) | Civil Action No. 4:24-cv-03177 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COLUMBUS TRANSPORTATION & LOGISITICS, LLC
758 280th Road
Milford, NE 68405

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Andre R. Barry, #22505
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/2/2024

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF NEBRASKA

Civil Action No. 4:24-cv-03177

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Columbus Transportation & Logistics, LLC was received by me on *(date)* October 2, 2024 .

❒ I personally served the summons on the individual at *(place)* ________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ________________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ________________ ; or

X Other *(specify)*: The summons and complaint were served by U.S. Certified Mail. The signed receipt is attached showing service on October 4, 2024.

My fees are $ 13.26 for travel and $ ________ for services, for a total of $ 13.26 .

I declare under penalty of perjury that this information is true.

Date: October 23, 2024

/s/ Andre R. Barry
*Server's signature*

Andre R. Barry
*Printed name and title*

233 S. 13th Street, Suite 1900, Lincoln, NE 68508
*Server's address*

Additional information regarding attempted service, etc:

30070.001-HMS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

COLUMBUS TRANSPORTATION &
LOGISTICS, LLC
758 280TH ROAD
MILFORD, NE 68405

9590 9402 8659 3244 9721 44

2. Article Number (Transfer from service label)

9589 0710 5270 1219 3454 84

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X JoAnn Roth

☒ Agent
☐ Addressee

B. Received by (Printed Name)

JoAnn Roth

C. Date of Delivery

10.4.24

D. Is delivery address different from item 1? ☒ Yes
If YES, enter delivery address below: ☐ No

P.O. Box 23
Milford NE 68405-0023

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt