IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-cv-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAWS, INC.; JAMES R. DAWS; | ) | |
| LANA R. DAWS TRUCKING, INC. | ) | |
| and COLUMBUS | ) | |
| TRANSPORTATION & LOGISTICS, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**COLUMBUS TRANSPORTATION & LOGISTICS, LLC'S DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Columbus Transportation & Logistics LLC makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

   If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

1

If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship: James R. Daws, Nebraska; Lana R. Daws, Nebraska.

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

DATED this 24th day of October, 2024.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY: /s/ *Timothy J. Thalken*
David C. Mullin, #21985
Timothy J. Thalken, #22173
Kristin M. Nalbach, #27125
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
Telephone:  (402) 341-6000
Facsimile:   (402) 341-8290
tthalken@fraserstryker.com
dmullin@fraserstryker.com
knalbach@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Timothy J. Thalken*

3299192