IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-cv-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DAWS, INC.; JAMES R. DAWS; | ) | |
| LANA R. DAWS TRUCKING, INC. | ) | |
| and COLUMBUS | ) | |
| TRANSPORTATION & LOGISTICS, | ) | |
| LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DAWS TRUCKING INC.'S DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST AND BUSINESS
ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Daws Trucking, Inc. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☐   This party has parent corporations

> If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

> If yes, identify all such owners:

☐   Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

1

If yes, identify all corporations or entities and the nature of their interest:

☐   This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

☐   This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

**NONE OF THE ABOVE APPLY**

DATED this 24th day of October, 2024.

> DAWS, INC., JAMES R. DAWS,
> LANA R. DAWS, DAWS TRUCKING, INC.
> and COLUMBUS TRANSPORTATION &
> LOGISTICS, LLC, Defendants
>
> BY: /s/ *Timothy J. Thalken*
> David C. Mullin, #21985
> Timothy J. Thalken, #22173
> Kristin M. Nalbach, #27125
> FRASER STRYKER PC LLO
> 500 Energy Plaza
> 409 South 17th Street
> Omaha, NE  68102-2663
> Telephone:  (402) 341-6000
> Facsimile:   (402) 341-8290
> tthalken@fraserstryker.com
> dmullin@fraserstryker.com
> knalbach@fraserstryker.com
> ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

> /s/ *Timothy J. Thalken*

3298904

2