IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' MOTION TO** |
| | ) | **DISMISS OR STRIKE** |
| DAWS, INC.; JAMES R. DAWS; LANA R. | ) | |
| DAWS; DAWS TRUCKING, INC.; and | ) | |
| COLUMBUS TRANSPORTATION & | ) | |
| LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 12(b)(6) Defendants Daws Trucking, Inc. and Columbus Transportation & Logistics, LLC moves to dismiss Plaintiff's Third Claim for Tortious Interference for the reason it fails to state a claim upon which relief may be granted against these defendants. Because The Third Claim is the only claim asserted against Daws Trucking, Inc. and Columbus Transportation & Logistics, LLC, those defendants should be dismissed as parties from this lawsuit.

Pursuant to Fed. R. Civ. P. 12(b)(6), all defendants move to dismiss Plaintiff's claim for attorney's fees and expenses for the reason that the claim fails to state a claim upon which relief may be granted. In the alternative, Plaintiff's claim for attorney's fees and expenses should be stricken pursuant to Fed. R. Civ. P. 12(f) as an immaterial or impertinent allegation.

Pursuant to NECivR 7.1, Defendants contemporaneously submit a brief setting forth the bases of their motions.

WHEREFORE Defendants respectfully request that the Court dismiss and/or strike the Plaintiff's claims as set forth above.

1

DATED this 24th day of October, 2024.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY:  /s/ *Timothy J. Thalken*
David C. Mullin, #21985
Timothy J. Thalken, #22173
Kristin M. Nalbach, #27125
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE  68102-2663
Telephone:  (402) 341-6000
Facsimile:   (402) 341-8290
tthalken@fraserstryker.com
dmullin@fraserstryker.com
knalbach@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ *Timothy J. Thalken*

3293693v1

2