IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Plaintiff Jim Daws Trucking LLC, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entitles, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations.

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

The members of Jim Daws Trucking, LLC, are Ricardo Fernandez (Rick) and Ricardo Daniel Fernandez (Ricky), who are both citizens of Illinois.

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Dated October 28, 2024

JIM DAWS TRUCKING, LLC,
Plaintiff

By: s/ Andre R. Barry

Andre R. Barry #22505
Henry L. Wiedrich #23696
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Andre R. Barry, hereby certify that on October 28, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants, including the following:

Timothy J. Thalken
tthalken@fraserstryker.com
*Attorney for Defendants*

s/ Andre R. Barry
Andre R. Barry

4874-1576-6509, v. 1