IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>  Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER |

Plaintiff Daws Trucking, LLC ("JDT") submits this Index of Evidence in support of its Motion for Temporary Restraining Order. Attached to this Index are true and correct copies of the following:

1. **Declaration of Ricardo "Rick" Fernandez, attaching:**

    **Exhibit A:**  Asset Purchase Agreement.

    **Exhibit B:**  April 2024 Email Chain (Redacted).

    **Exhibit C:**  Walter Haven Independent Contractor Agreement with DTI.

    **Exhibit D:**  Trademark Application.

    **Exhibit E:**  Certificate of Registration of Trademark.

    **Exhibit F:**  Jeremy Becker July 2024 Email (Redacted).

    **Exhibit G:**  Tony Glenn Emails.

    **Exhibit H:**  Jeremy Becker October 2024 Email (Redacted).

    **Exhibit I:**  Letter to Tim Thalken 10-25-2024.

    **Exhibit J:**  Email from Tim Thalken 10-28-2024.

    **Exhibit K:**  Response to Tim Thalken 10-29-2024.

Dated October 29, 2024

                                       JIM DAWS TRUCKING, LLC,
                                       Plaintiff

                          By:    s/ Andre R. Barry
                                   Andre R. Barry, #22505
                                   Henry L. Wiedrich, #23696
                                   CLINE WILLIAMS WRIGHT
                                   JOHNSON & OLDFATHER, L.L.P.
                                   233 South 13th Street
                                   1900 US Bank Building
                                   Lincoln, NE 68508
                                   (402) 474-6900
                                   abarry@clinewilliams.com
                                   hwiedrich@clinewilliams.com
                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

       I, Andre R. Barry, hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

                                                 s/     Andre R. Barry
                                                 Andre R. Barry

4875-8423-3203, v. 2