PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 98269347
Filing Date: 11/14/2023

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | DAWS TRUCKING |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | DAWS TRUCKING |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Daws Trucking, Inc. |
| *MAILING ADDRESS | 758 280th Rd |
| *CITY | Milford |
| *STATE (Required for U.S. applicants) | Nebraska |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 68405 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| *TYPE | CORPORATION |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Nebraska |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 039 |
| *IDENTIFICATION | Truck hauling; Truck transport; Trucking services, namely, hauling of **agricultural products and construction materials and equipment** |

| | | |
|---|---|---|
| **\*FILING BASIS** | | SECTION 1(a) |
| | **FIRST USE ANYWHERE DATE** | At least as early as 04/30/2002 |
| | **FIRST USE IN COMMERCE DATE** | At least as early as 04/30/2002 |
| **SPECIMEN FILE NAME(S)** | | |
| | **ORIGINAL PDF FILE** | SPE0-1745179116-202311141 25545229709_._Daws_Trucking_specimen_1.pdf |
| | **CONVERTED PDF FILE(S)** (1 page) | \\TICRS\EXPORT18\IMAGEOUT 18\982\693\98269347\xml1\ FTK0003.JPG |
| | **SPECIMEN DESCRIPTION** | A screen capture of a webpage |
| | **WEBPAGE URL** | https://www.dawstruckingne.com/ |
| | **WEBPAGE DATE OF ACCESS** | 11/14/2023 |
| **ADDITIONAL STATEMENTS SECTION** | | |
| **\*TRANSLATION** (if applicable) | | |
| **\*TRANSLITERATION** (if applicable) | | |
| **\*CLAIMED PRIOR REGISTRATION** (if applicable) | | |
| **\*CONSENT (NAME/LIKENESS)** (if applicable) | | |
| **\*CONCURRENT USE CLAIM** (if applicable) | | |
| **SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use** | | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement. |
| **ATTORNEY INFORMATION** | | |
| | **NAME** | Thomas Kranz |
| | **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| | **YEAR OF ADMISSION** | XXXX |
| | **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| | **FIRM NAME** | Karavas & Kranz, P.C. |
| | **STREET** | 1123 Spruce Street, Suite 200 |
| | **CITY** | Boulder |
| | **STATE** | Colorado |
| | **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| | **ZIP/POSTAL CODE** | 80302 |
| | **PHONE** | 720-943-1095 |
| | **EMAIL ADDRESS** | thomas@jkklegal.com |
| **CORRESPONDENCE INFORMATION** | | |
| | **NAME** | Thomas Kranz |
| | **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | thomas@jkklegal.com |

| | |
|---|---|
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | NOT PROVIDED |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 250 |
| **\*TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /thomas kranz/ |
| **\* SIGNATORY'S NAME** | Thomas Kranz |
| **\* SIGNATORY'S POSITION** | Attorney of record |
| **SIGNATORY'S PHONE NUMBER** | 720-943-1097 |
| **\* DATE SIGNED** | 11/14/2023 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 98269347**
**Filing Date: 11/14/2023**

## To the Commissioner for Trademarks:

**MARK:** DAWS TRUCKING (Standard Characters, see mark)
The literal element of the mark consists of DAWS TRUCKING. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Daws Trucking, Inc., a corporation of Nebraska, having an address of
   758 280th Rd
   Milford, Nebraska 68405
   United States
   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 039: Truck hauling; Truck transport; Trucking services, namely, hauling of agricultural products and construction materials and equipment

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 039, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 04/30/2002, and first used in commerce at least as early as 04/30/2002, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) A screen capture of a webpage.

**Original PDF file:**
SPE0-1745179116-202311141 25545229709_._Daws_Trucki ng_specimen_1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1

Webpage URL: https://www.dawstruckingne.com/
Webpage Date of Access: 11/14/2023

**SECTION 2(f) Claim of Acquired Distinctiveness, based on Five or More Years' Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use of the mark in commerce that the U.S. Congress may lawfully regulate for at least the five years immediately before the date of this statement.

The owner's/holder's proposed attorney information: Thomas Kranz. Thomas Kranz of Karavas & Kranz, P.C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
   1123 Spruce Street, Suite 200
   Boulder, Colorado 80302
   United States
   720-943-1095(phone)
   thomas@jkklegal.com

Thomas Kranz submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:
  Thomas Kranz
   PRIMARY EMAIL FOR CORRESPONDENCE: thomas@jkklegal.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /thomas kranz/   Date: 11/14/2023
Signatory's Name: Thomas Kranz
Signatory's Position: Attorney of record
Signatory's Phone Number: 720-943-1097
Signature method: Signed directly within the form
Payment Sale Number: 98269347
Payment Accounting Date: 11/14/2023

Serial Number: 98269347
Internet Transmission Date: Tue Nov 14 13:18:40 ET 2023
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XXX-2023111413184209
0275-98269347-860998520605a84936e42fee25
645a1daad68b0ba914d1bc68a9b2278ae94706f-

CC-18408264-20231114125545229709

# DAWS TRUCKING



About Us | Company Driver | Owner Operator | Military | Hauling Services | Equipment For Sale | Pilot Cars | Contact/Location | News

APPLY ONLINE     CALL TODAY: (800) 372-4801

# Daws Trucking

Daws Trucking is near Milford, Nebraska located a few miles south of Interstate 80, specializing in hauling over the road flatbed freight. Daws Trucking's location in the middle of the continental United States has allowed us to transport freight from coast to coast.

Daws Trucking hauls agricultural products and construction materials such as steel, brick, lumber products, plastic pipe and over-sized loads. The heavy and over dimensional loads are a specialty of Daws Trucking which includes rail and train derailment hauling.

This family oriented company has been in business since 1994. The owner of Daws Trucking, Jim Daws, has been in the trucking industry since 1976. Jim stands by his company motto of "Anchored in Excellence" which applies to all areas of the company with a goal to provide clients with the highest level of service possible.

Please feel free to Contact Us to join our team as a company truck driver or Owner Operator. Also contact us to book or get a quote on any of our services.

## Drive With Us

Learn more about joining the team as a company truck driver or owner operator.

Name

Phone Number

Email Address

Years of Experience

I'm Interested

OR

JOIN THE TEAM

758 280th, Milford, NE 68405-8718     Office: (402) 761-2186     Toll Free: (800) 372-4801     Fax: (402) 761-3711

Site Hosted By...TruckPaper.com®

© Copyright by Sandhills Global, Inc. 2023. All rights reserved. Reproduction of material appearing on this Web site is strictly prohibited without written permission. *North Central Truck Paper*, *Great Lakes Truck Paper*, *South Central Truck Paper*, *Western Truck Paper*, *North Eastern Truck Paper*, *South Eastern Truck Paper*, *Mid Atlantic Truck Paper*, *Mountain West Truck Paper*, and *Central Truck Paper* are registered trademarks of Sandhills Global, Inc.

Copyright & Legal Notice  |  Privacy Policy