

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Thursday, July 25, 2024 1:48:28 PM
**To:** jeremy becker <jwbecker75@yahoo.com>
**Subject:** Re: Opportunity - Jeremy Becker

Small narrow window when it comes to sweet corn.

**From:** jeremy becker <jwbecker75@yahoo.com>
**Sent:** Thursday, July 25, 2024 1:21 PM
**To:** Jim Daws <jim@daws-trucking.com>
**Subject:** Re: Opportunity - Jeremy Becker

Well, I have some real world issues at hand right now.  I am awaiting to hear from my in-laws over by York, if the sweet corn is ready to be picked ;)
Once I hear what we are doing, I will be in touch with you!
Thanks Jim.


**Jeremy Becker**


On Thursday, July 25, 2024 at 12:28:06 PM CDT, Jim Daws <jim@daws-trucking.com> wrote:

I have an NDA ready when we meet?

Thanks,
Jim

Jim

---

**From:** jeremy becker <jwbecker75@yahoo.com>
**Sent:** Tuesday, July 23, 2024 2:42 PM
**To:** Jim Daws <jim@daws-trucking.com>
**Subject:** Re: Opportunity - Jeremy Becker

10-4.  I will be in touch.   Thanks.

**Jeremy Becker**


On Tuesday, July 23, 2024 at 02:41:41 PM CDT, Jim Daws <jim@daws-trucking.com> wrote:


I'll find a NDA so don't worry about it. Saturday morning works for me.

Jim

---

**From:** jeremy becker <jwbecker75@yahoo.com>
**Sent:** Tuesday, July 23, 2024 2:36 PM
**To:** Jim Daws <jim@daws-trucking.com>
**Subject:** Re: Opportunity - Jeremy Becker

Not quite sure where I can dig into a NDA (without looking into my work files which I don't want to do).  I will look around.

I am in Atlanta through Thursday night and could potentially look into Saturday morning maybe coming out.

JB


On Tuesday, July 23, 2024 at 02:30:23 PM CDT, Jim Daws <jim@daws-trucking.com> wrote:


Yes let's do a nondisclosure if you would have one and let me know when we can meet again. Other than tomorrow night I am available for what ever works for you?

jim

---

**From:** jeremy becker <jwbecker75@yahoo.com>
**Sent:** Tuesday, July 23, 2024 1:57 PM
**To:** Jim Daws <jim@daws-trucking.com>
**Subject:** Opportunity - Jeremy Becker

Jim,
First and foremost, thank you for thinking of me when it comes to showing an opportunity at a respected company you have built.  Congratulations again on your company's anniversary

achievement.  We both know that things don't get done without incredible drivers and the best of leadership.

Full disclosure, I am very happy with what I am currently doing at Kirsch, however, my attention is always peaked when people like you take time out of their day to think of me in light of this subject.

Naturally, I was NOT going to ask a LOT of questions at lunch with Brian in attendance.   I do have questions, however.

*  Would you want to execute a non-disclosure so we can talk more in depth?

*  You mentioned the entity that bought the company from you has stated they would like to sell it back?   I am interested why and for what type of transaction after just one year?

*  What type of position do you have in mind for me?

Let me know the best path moving forward.   Thanks Jim.

Jeremy