**EXHIBIT G**

| | |
|---|---|
| **From:** | Tony Glenn |
| **To:** | Tony (home) Glenn |
| **Date:** | Thursday, September 26, 2024 9:44:52 AM |
| **Attachments:** | 2024 10511.9.xls |
| | 2024 comps.xls |
| | 2024 HSA.xls |
| | 2024 JDT book depr.xls |
| | 2024 licensing gl.xls |
| | 2024 Owed to Daws.xls |
| | 2024 rolling four week average.xls |
| | 2024 Shop Tickets.xls |
| | 2025 licensing gl.xls |
| | LOC interest allocation.xls |

| | |
|---|---|
| **From:** | Tony Glenn |
| **To:** | Tony (home) Glenn |
| **Date:** | Thursday, September 26, 2024 9:46:11 AM |
| **Attachments:** | 2024 Daws trial balance.xls |
| | 2024 oo payments.xls |
| | 011624 truck list for Charles.pdf |
| | 020224 equip.pdf |
| | 042524 equip.pdf |
| | 052124 equip.pdf |
| | 061624 equip.pdf |
| | 072424 equip.pdf |
| | 2024 J and L trial balance.xls |
| | 2024 JLD trial balance.xls |
| | 2024 Loyal trial balance.xls |
| | Aug 24 Form 10.pdf |
| | Aug 24 Pyr ap check register.xls |
| | Aug 24 Pyr bank stmt.pdf |
| | Aug 24 Pyramid shell.xls |

| | |
|---|---|
| **From:** | Tony Glenn |
| **To:** | Tony (home) Glenn |
| **Date:** | Friday, September 27, 2024 8:26:05 AM |
| **Attachments:** | 2023 JLD Form 1065.pdf |
| | 2023 JLD Form 1065N.pdf |
| | 083123 JLD LLC trial balance.xls |
| | 123123 JLD LLC trial balance.xls |
| | JLD 2023 tax wps.pdf |
| | JLD new truck warranty 091923.pdf |
| | 23-24 Loyal Trucking Renewal Proposal.pdf |
| | 2023 Loyal Form 1065.pdf |
| | 2023 Loyal Form 1065N.pdf |
| | 083123 Loyal trial balance.xls |
| | 123123 Loyal trial balance.xls |
| | Loyal # 61E bill of sale.pdf |
| | Loyal 15 overhaul.pdf |
| | Loyal 66 apu setup.pdf |
| | Loyal 76 overhaul.pdf |
| | Loyal April 2023.pdf |
| | Loyal Aug 2023.pdf |
| | Loyal Dec 2023.pdf |
| | Loyal Feb 2023.pdf |
| | Loyal Jan 2023.pdf |
| | Loyal July 2023.pdf |
| | Loyal June 2023.pdf |
| | Loyal March 2023.pdf |
| | Loyal May 2023.pdf |
| | Loyal Nov 2023.pdf |
| | Loyal Oct 2023.pdf |
| | Loyal Sept 2023.pdf |
| | Loyal Trucking 2023 tax wps.pdf |
| | Loyal Trucking LLC 1.31.23.pdf |
| | ongoing 2023 Loyal trial balance.xls |
| | Stanley Craig 2023 tax info.pdf |
| | 010223 Otho.pdf |
| | 090623 Scott Mitchell finls.pdf |
| | 122622 Otho.pdf |
| | Adam Layman 2023 Form 1099.pdf |
| | Adam Layman 2023 recap.pdf |
| | Adam Layman 060523 online voe.pdf |
| | al 122721.pdf |
| | Ben Howard 2023 Form 1099.pdf |
| | Ben Howard 2023 recap.pdf |
| | Ben Howard 052523 amort sched.pdf |
| | Ben Howard 052523 promissory note.doc |
| | Ben Howard 052523 truck sale contract.doc |
| | Bill Haley 2023 recap.pdf |
| | Bill Slated 2023 recap.pdf |
| | Bobby Haney 2023 recap.pdf |
| | Brad Buchanan 2023 recap.pdf |
| | Brad Buchanan last settlement.pdf |
| | Brandon Almond 2023 recap.pdf |
| | Brian Best 2023 recap.pdf |
| | Craig Eubank 2023 recap.pdf |
| | Cris Coover 2023 recap.pdf |
| | Dan Reed 2023 recap.pdf |
| | Darl Parry 2023 recap.pdf |
| | Dave Stutzman 2023 recap.pdf |
| | Doug Warnsing 2023 maint.pdf |
| | Doug Warnsing 2023 settlement detail final.pdf |
| | Doug Warnsing 2023 settlement detail.pdf |
| | Doug Warnsing 2023 settlement summary final.pdf |
| | Doug Warnsing 2023 settlement summary.pdf |
| | Dylan Wayne 2023 recap.pdf |
| | Eric Burt 2023 recap.pdf |
| | George Wiltrout 2023 recap.pdf |
| | Jake Barfuss 2023 recap.pdf |
| | James Turner 2023 recap.pdf |
| | Jason Hernandez 2023 recap.pdf |
| | Jeff Klein 2023 recap.pdf |
| | Jeff Turner 2023 recap.pdf |
| | Jerry Anderson 2023 recap.pdf |
| | Jessica Kirk 2023 recap.pdf |
| | Joe Witt 2023 recap.pdf |

Joe Witt 2023 spreadsheet.xls
John Price 2023 recap.pdf
John Price 122223 tax info.pdf
John Vance 2023 recap.pdf
Jonathan Saliba 2023 recap.pdf
Jonathan Saliba 2022 2023 finls.pdf
Josh May 2023 tax info.pdf
Josh May 033123 tax info.pdf
Josh May 063023 tax info.pdf
Josh May 093023 tax info.pdf
Josh Pooler 2023 recap.pdf
Kendall Miller 2023 recap.pdf
Kevin Totten 2023 recap.pdf
Leroy Gray 2023 recap.pdf
Mark Brant 2023 recap.pdf
Michael Hill 2023 recap.pdf
Mike Buttjer 2023 recap.pdf
Milton Turner 093023 tax info.pdf
Milton Turner as of 070523 tax info.pdf
Otho Williams 2023 recap.pdf
Paul Barber 2023 recap.pdf
Robert Hemenway 2023 recap.pdf
Rollin Brenneman 2023 recap.pdf
Ryan Brown 2023 recap.pdf
Scott Mitchell 2023 1099.pdf
Scott Mitchell 2023 tax info.pdf
Scott Mitchell 093023 tax info.pdf
Scott VanBuskirk 2023 recap.pdf
Steve Green 2023 recap.pdf
Tim Swett 2023 recap.pdf
Tony Hall 2023 recap.pdf
VOE_ADAM_LAYMAN.pdf
Walter Haven 2023 recap.pdf
Zach Demerell 2023 recap.pdf

| | |
|---|---|
| **From:** | Tony Glenn |
| **To:** | Tony (home) Glenn |
| **Date:** | Friday, September 27, 2024 8:35:00 AM |
| **Attachments:** | 2018 notebook notes.pdf |
| | 2024_COLUMBUS_TRANSPORTATION_AND_LOGISTICS_LLC_Jill_Kruse-signed-certificate.pdf |
| | Articles of Organization Columbus Transportation.pdf |
| | CTL Articles of Incorporation.pdf |
| | CTL void check.pdf |
| | CTL W-9 2020.pdf |
| | HJ 111 amort due to CTL.pdf |
| | 2 column ledger paper.pdf |
| | 2 column.pdf |
| | 6 column ledger paper.pdf |
| | 2024 calendar.pdf |
| | attendance controller.xls |
| | billofsale 2.pdf |
| | billofsale.pdf |
| | Cash receipt fillable.pdf |
| | Daws trip env6x9.pdf |
| | Direct Deposit Authorization.doc |
| | Driver vacation calc.xls |
| | Expense report.xls |
| | Fax Coversheet 2010.doc |
| | Fax Coversheet.doc |
| | Generic file folder labels |
| | hsa garn.pdf |
| | hsa garn.xls |
| | payroll jes.pdf |
| | printable cash receipt.pdf |
| | time off form.pdf |
| | TIME OFF REQUEST form2.doc |
| | timesheet-template.xls |
| | TLC Deduction Authorization.pdf |
| | TLCSlavicRolloverForm.pdf |
| | travel expense report.doc |
| | travel.xls |
| | Daws Inc letterhead.pdf |
| | daws trucking logo 2012.odg |
| | Daws_Trucking logo addl.pdf |
| | Daws_Trucking logo.pdf |
| | dawslogo.gif |
| | Commission Cover Letter.pdf |
| | Doc0209.pdf |
| | NE-Policy6.pdf |
| | 2014 2015 Time.xls |
| | 2018 time.xls |
| | 2019 time.xls |
| | 2020 time.xls |
| | AR service charges.xls |
| | calendar.xls |
| | calendar.xls |
| | financial ratios.xls |
| | ifta historical miles.xls |
| | 2024 10511.9.xls |
| | 2024 comps.xls |
| | 2024 HSA.xls |
| | 2024 JDT book depr.xls |
| | 2024 licensing gl.xls |
| | 2024 Owed to Daws.xls |
| | 2024 rolling four week average.xls |
| | 2024 Shop Tickets.xls |
| | 2025 licensing gl.xls |
| | LOC interest allocation.xls |
| | 2024 J and L trial balance.xls |
| | 2024 JLD trial balance.xls |
| | 2024 Loyal trial balance.xls |