MARK A. CHRISTENSEN
RICHARD P. GARDEN, JR.
SUSAN K. SAPP
KEVIN J. SCHNEIDER
ROCHELLE A. MULLEN
TRENTEN P. BAUSCH
MICHAEL C. PALLESEN
RICHARD P. JEFFRIES
TRENT R. SIDDERS
ANDRE R. BARRY
DAVID J. ROUTH
JASON R. YUNGTUM
MEGAN S. WRIGHT
THERESA D. KOLLER
AUSTIN L. MCKILLIP
KEITH T. PETERS
ANDREW R. WILLIS
TARA A. STINGLEY
SEAN D. WHITE
MICHELLE L. SITORIUS
MICHAEL J. WHALEY
RUSSELL J. SPRAGUE
HENRY L. WIEDRICH
DANIEL W. OLDENBURG
ADAM W. BARNEY
JENNIE A. KUEHNER
TRAVIS W. TETTENBORN
BEAU B. BUMP
SHANNON E. FALLON
CRISTIN M. MCGARRY
KATIE A. JOSEPH
LILY AMARE
JOHN F. ZIMMER, V
NATHAN D. CLARK
ALISON JANECEK BORER

# CLINE WILLIAMS
## WRIGHT JOHNSON & OLDFATHER, L.L.P.
ATTORNEYS AT LAW
ESTABLISHED 1857
233 SOUTH 13TH STREET
1900 U.S. BANK BUILDING
LINCOLN, NEBRASKA 68508-2095
(402) 474-6900
www.clinewilliams.com

BRIAN P. MORRISSEY
SYDNEY M. HUSS
BRITTNEY M. HOLLEY
ISAIAH J. FROHLING
JESSICA K. ROBINSON
JEREMIAH J. PERKINS
NATHANIAL T. HEIMES
HARRISON J. KRATOCHVIL
EVAN D. RUNGE
KIMBERLY A. DUGGAN
LAUREN M. TAYLOR
KEVIN M. FREUDENBURG
ROGER D. SACK
MADELINE C. HASLEY
NICHOLAS J. ROCK
DONALD L. ERFTMIER, III
CAMERON D. SCOTT
MITCHELL T. MOYLAN

OF COUNSEL:

STEPHEN E. GEHRING
L. BRUCE WRIGHT (INACTIVE)
ROBERT J. ROUTH
SCOTT D. KELLY
JOHN C. MILES
THOMAS C. HUSTON
DON R. JANSSEN
GARY R. BATENHORST
RENEE A. EVELAND
DAVID O. COLVER†
DONALD L. ERFTMIER, JR.

†ATTORNEYS ADMITTED IN COLORADO ONLY

October 25, 2024

Timothy J. Thalken
tthalken@fraserstryker.com

  Re: Jim Daws Trucking, LLC

Dear Tim:

  Earlier this week, someone named Jeremy Becker sent an email to Jim Daws at Jim's JDT email address. In the email, Mr. Becker describes a plan to operate a trucking business with Jim and other former employees of JDT, including "Corey" and "Renee," presumably Corey Stull and Ranae Muencrath. The business plan involves investments by Wayne and Lukas Schmeeckle of Schmeeckle Bros. Construction Co. While Jim was still employed by JDT, JDT's largest account involved a construction project managed by Schmeeckle Bros. for Sustainable Beef near North Platte. The plan described by Jeremy in his email goes back to when Jim, Corey, and Ranae were all still employees of JDT. Based in part on activity Rick has seen on the company's premises in Milford, as well as Jeremy's email, the plan appears to involve, at a minimum, using refrigerated trailers to haul products for Sustainable Beef.

  In his email, Jeremy asks about how trucks will be purchased, asks to be walked through the profit & loss statement for Jim's brokerage (which as you know is CTL), and asks how Jim sees ownership between the various investors. He also notes that Jim will "get his property back on October 31" (when JDT's lease ends) and asks, "Do you figure to move back into that property as fast as you can to help expedite our venture, right?"

  Jeremy's email, which is provided with this letter, also specifically vouches for the importance of Jim's goodwill. It is practically a textbook example of the value of goodwill in a business transaction:

12910 PIERCE STREET
SUITE 200
OMAHA, NE 68144-1105
(402) 397-1700

1207 M STREET
P.O. BOX 510
AURORA, NE 68818
(402) 694-6314

221 E. MOUNTAIN AVENUE
SUITE 240
FORT COLLINS, CO 80524
(970) 221-2637

131 W. EMERSON STREET
HOLYOKE, CO 80734
(970) 854-2264

October 25, 2024
Page 2

> By the way, you walking me through this is worth its weight in gold. One of the big reasons I want to work with you moving forward is your knowledge and experience in all the categories I am asking about. You will teach me a ton about knowing more on the profitability of a trucking company. I don't have much anxiety because I believe in the way we make this work.

It appears Jeremy is currently employed as Chief Revenue Officer of Kirsch Transportation Services, Inc., in Omaha. At this point, it is unclear whether Kirsch is involved in the venture described in Jeremy's email.

In short, Jeremy's email from earlier this week shows Jim's continued involvement in the trucking industry, carrying out a business plan which began while he was still an employee of JDT and using goodwill that was sold to JDT.

Jim's continuing actions to operate a trucking business apart from JDT constitute an ongoing breach of his noncompete obligations under the Asset Purchase Agreement. We understand from your prior correspondence that Jim plans to argue the noncompete is unenforceable. We disagree. Jim received over $10 million in value in exchange for the business, of which $4.5 million was allocated to the noncompete. Jeremy's email underscores the value of Jim's goodwill, which he sold to JDT. Jim remains bound by his word and the noncompete obligation to which he agreed.

Even if Jim had not signed a noncompete, he owed JDT a duty of loyalty as an employee. The plan Jim is now working on with Corey, Ranae, Jeremy, Wayne, and Lucas, and undoubtedly with other drivers, began while he was still an employee of JDT. By appropriating a corporate opportunity of the company that belonged to JDT and then leveraging the goodwill he sold to JDT to pursue the opportunity himself, Jim has breached the duty of loyalty and irreparably harmed JDT.

On behalf of JDT, we demand that Jim comply with his noncompete obligations by immediately ceasing all activity in the business of trucking in the continental United States. We also demand that he immediately cease any activity in connection with the business venture described above, including (a) his activities with Jeremy, Corey, Ranae, and any others, and (b) soliciting drivers to work for him or encouraging drivers to quit working for JDT. Jim should also stay off the premises leased by JDT until the end of the lease, both to provide quiet enjoyment required by the lease, and to avoid further violation of his noncompete obligations.

October 25, 2024
Page 3

      We ask that you state in writing that Jim will comply with this demand by 12 p.m. on Monday, October 28. If you do not do so, JDT will seek appropriate remedies in court, including injunctive relief.

                                          Very truly yours,

                                          Andre R. Barry
                                          For the Firm

cc: Henry L. Wiedrich (via email)

4885-0475-9539, v. 1