IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' INDEX OF** |
| | ) | **EVIDENCE IN OPPOSITION** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) ) ) | **TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER** |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 7.1, Defendants submit the following index of evidence in opposition to Plaintiff's motion for a temporary restraining order. Due to the expedited nature of these proceeds, Defendants reserve the right to submit additional evidence in opposition to Plaintiff's motion for a preliminary injunction.

Exhibit 1: Declaration of James R. Daws

    Exhibit A: April 2024 text messages between Rick Fernandez to Jim Daws.

1

DATED this 30th day of October, 2024.

                    DAWS, INC., JAMES R. DAWS,
                    LANA R. DAWS, DAWS TRUCKING, INC.
                    and COLUMBUS TRANSPORTATION &
                    LOGISTICS, LLC, Defendants

BY:  /s/ *Timothy J. Thalken*
      David C. Mullin, #21985
      Timothy J. Thalken, #22173
      Kristin M. Nalbach, #27125
      FRASER STRYKER PC LLO
      500 Energy Plaza
      409 South 17th Street
      Omaha, NE 68102-2663
      Telephone: (402) 341-6000
      Facsimile: (402) 341-8290
      tthalken@fraserstryker.com
      dmullin@fraserstryker.com
      knalbach@fraserstryker.com
      ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

    I hereby certify that on the 30th day of October, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                    /s/ *Timothy J. Thalken*

3303586