



Mon, Apr 22 at 11:50 AM

> Better yet let me get my money back with my gains.. you take over the loans
> And I'm good
> We'll part on good terms

Fri, Apr 26 at 12:53 PM

> I'm going to take you up



EXHIBIT A

on your offer to buy it back. I'll start looking at the options

Well that's fine there's a lot taxes that have been paid on both ends ..





Well that's fine there's a lot taxes that have been paid on both ends ..
Try to figure out as fair as possible.
I tried in my head and it's

not easy.

I would be willing to let you keep the low interest rate we locked in at with the bank .
Depending on the Offer

Tue, May 14 at 12:46 PM

Hey Jim haven't heard anything ..let me know if





Tue, May 14 at 12:46 PM