IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff<br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | Case No. 4:24-cv-03177<br><br>**ENTRY OF APPEARANCE** |

Pursuant to NEGenR 1.3(d), Madeline C. Hasley, of the law firm Cline Williams Wright Johnson & Oldfather, L.L.P., hereby enters this appearance as attorney on behalf of Plaintiff, Jim Daws Trucking, LLC.

Dated October 30, 2024

JIM DAWS TRUCKING, LLC, Plaintiff,

By: s/ Madeline C. Hasley

Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone: (402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

s/ Madeline C. Hasley
Madeline C. Hasley, #27870

4866-0154-7764, v. 1