IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | ) | CASE NO. 4:24-CV-3177<br><br>**NOTICE OF SERVICE** |

COMES NOW the Defendants, Daws, Inc., James R. Daws, Lana R. Daws, Daws Trucking, Inc. and Columbus Transportation & Logistics, LLC, and hereby gives notice that on October 31, 2024, it served upon the Plaintiff, Jim Daws Trucking, LLC, a true and correct copy of the following document via electronic mail:

1. Defendants' First Set of Requests for Production of Documents to Plaintiff.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY: /s/ *Timothy J. Thalken*

Timothy J. Thalken, #22173
David C. Mullin, #21985
Kristin M. Nalbach, #27125
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
Facsimile: (402) 341-8290
tthalken@fraserstryker.com
dmullin@fraserstryker.com
knalbach@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

3304528