IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | 4:24CV3177<br><br>**MEMORANDUM AND ORDER** |

The parties have submitted a proposed progression schedule for discovery and briefing regarding Plaintiff's motion for a preliminary injunction (Filing No. 17). The proposal is acceptable to the Court.

Accordingly,

**IT IS ORDERED:**

1. Defendants shall provide a privilege log for emails between Jim Daws and Julie Karavas by November 15, 2024. The parties shall meet and confer regarding any disputed privilege issues during the following week.

2. Defendants' deadline to seek a protective order regarding any emails claimed to be privileged is November 22, 2024.

3. Plaintiff's deadline to respond to any motion for protective order related to claims of privilege is December 2, 2024.

4.	The deadline for producing any documents subject to expedited discovery requests is December 13, 2024.

5.	Plaintiff's deadline to file its brief in support of the motion for preliminary injunction, witness list, and exhibit list is January 10, 2025.

6.	Defendants' deadline to file their brief in opposition to the motion for preliminary injunction, witness list, and exhibit list is January 31, 2025.

7.	Plaintiff shall file its reply brief, rebuttal witness list, and rebuttal exhibit list by February 7, 2025.

8.	A hearing on Plaintiff's motion for a preliminary injunction will be held before United States District Judge Susan M. Bazis in Courtroom 1, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, commencing at 9:00 a.m. on Wednesday, February 26, 2025, for a duration of three days.

9.	The temporary restraining order entered on October 30, 2024 will remain in effect until the Court rules on the motion for preliminary injunction.

Dated this 7th day of November, 2024.

BY THE COURT:

_Susan M Bazis_
Susan M. Bazis
United States District Judge