IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff<br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | CASE NO. 4:24-CV-3177<br><br>**PLAINTIFF'S NOTICE OF SERVICE** |

COMES NOW the Plaintiff, Jim Daws Trucking, LLC and hereby gives notice that on November 13, 2024, it served true and correct copies upon Defendant James R. Daws its First Set of Interrogatories and First and Second Sets of Requests for Production of Documents, via electronic mail to their counsel of record as follows:

Timothy J. Thalken tthalken@fraserstryker.com

David C. Mullin dmullin@fraserstryker.com

Kristin M. Nalbach knalbach@fraserstryker.com

Dated November 13, 2024.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

JIM DAWS TRUCKING, LLC, Plaintiff

By s/ Andre R. Barry

Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
Phone: (402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

CERTIFICATE OF SERVICE

I, Andre R. Barry, hereby certify that on November 14, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/ Andre R. Barry
Andre R. Barry

4867-4940-3385, v. 1