IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br>v.<br><br>DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:24-CV-3177<br><br><br><br>**DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND DESTRUCTION OF PRIVILEGED DOCUMENTS IN PLAINTIFF'S POSSESSION OR CONTROL** |

Pursuant to Fed. R. Civ. P. 26(b)(5)(B), Fed. R. Civ. P. 26(c), and this Court's inherent and equitable power, Defendants move for a protective order declaring that the documents identified on Defendants' privilege log are privileged and ordering Plaintiff to destroy copies of those privileged documents in its possession or control and not use or disclose the information. Defendants offer an index of evidence and brief in support of their motion.

Counsel certifies that before filing this motion, he met and conferred with opposing counsel but we were unable to resolve this dispute, necessitating this motion.

DATED this 22nd day of November, 2024.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY: /s/ Timothy J. Thalken

David C. Mullin, #21985
Timothy J. Thalken, #22173
Kristin M. Nalbach, #27125
FRASER STRYKER PC LLO
500 Energy Plaza; 409 S. 17 St.
Omaha, NE 68102-2663
(402) 341-6000; (402) 341-8290 - fax
tthalken@fraserstryker.com
dmullin@fraserstryker.com
knalbach@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Thalken

3314894