IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **INDEX OF EVIDENCE IN** |
| | ) | **SUPPORT OF MOTION FOR** |
| DAWS, INC.; JAMES R. DAWS; LANA R. | ) | **PROTECTIVE ORDER** |
| DAWS; DAWS TRUCKING, INC.; and | ) | |
| COLUMBUS TRANSPORTATION & | ) | |
| LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to NECivR 7.1 Defendants submit the following evidence in support of their motion for protective order:

1.    Exhibit 1 – Declaration of Jim Daws with Exhibit A (9-30-24 email string) and Exhibit B (copy of the Daws, Inc. employee handbook).

DATED this 22nd day of November, 2024.


DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY:    /s/ Timothy J. Thalken
        Timothy J. Thalken, #22173
        David C. Mullin, #21985
        Kristin M. Nalbach, #27125
        FRASER STRYKER PC LLO
        500 Energy Plaza
        409 South 17th Street
        Omaha, NE  68102-2663
        (402) 341-6000
        (402) 341-8290 - fax
        tthalken@fraserstryker.com
        dmullin@fraserstryker.com
        knalbach@fraserstryker.com
        ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.


/s/ Timothy J. Thalken


3316089