IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>    Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S INDEX OF EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND DESTRUCTION OF PRIVILEGED DOCUMENTS IN PLAINTIFF'S POSSESSION |

Plaintiff Daws Trucking, LLC ("JDT") submits this Index of Evidence in support of its Motion for Temporary Restraining Order. Attached to this Index are true and correct copies of the following:

1. **Declaration of Ricardo "Rick" Fernandez, attaching:**

    **Exhibit A:**  Asset Purchase Agreement.

    **Exhibit B:**  Daws Handbook.

    **Exhibit C:**  Kathy Temme and Bill Molthan emails with Daws Handbook.

    **Exhibit D:**  Kathy Temme and Ranae Muencrath emails with Daws Handbook.

    **Exhibit E:**  Lana Daws and Jaisa Douty emails with Daws Handbook.

    **Exhibit F:**  Jim's email accessing employee files.

    **Exhibit G:**  Jim's email claiming total control.

    **Exhibit H:**  Karavas & Kranz invoices paid by JDT.

    **Exhibit I:**  Andre R. Barry and Julie Karavas correspondence.

Dated December 2, 2024

JIM DAWS TRUCKING, LLC,
Plaintiff

By: s/ Andre R. Barry
Andre R. Barry, #22505
Henry L. Wiedrich, #23696
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andre R. Barry, hereby certify that on December 2, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/ Andre R. Barry
Andre R. Barry

4900-0643-7378, v. 1