EXHIBIT
**B**

## ABOUT YOUR EMPLOYMENT

Daws Inc. believes in the importance of flexibility and independence for both employers and employees. In keeping with this belief, Daws Inc. believes that employees should have the right to quit a job if they don't like it, if they want to move, or if they think another job is in their best interests. Just as the Company believes that employees need this flexibility to run their own lives, Daws Inc. wants the same flexibility in running its business.

As a result, you should understand that this handbook does not create a contract promising to employ you for any set period of time or guarantee that you will be discharged only for "cause." Both you and Daws Inc. retain the flexibility to end the employment relationship for any lawful reason at any time.

Please understand that you should not consider oral statements, such as those made in the course of performance evaluations and wage reviews, to be a promise of employment for a specific period of time. No one has the authority to enter into an oral employment contract and only the President of the Company can enter into a written employment contract.

So there is no confusion, we want to let you know that the policies, procedures, practices and benefits described in this employee handbook replace any earlier written and unwritten versions of our policies, including any prior handbooks. You should follow this handbook even though you may have received another handbook at an earlier time.

We are continuing to grow and so it may be necessary to change policies described in this handbook. Daws Inc. reserves the right to change, add or delete policies from time to time. If changes are made, you will usually be notified in advance. The President of the Company must authorize all changes.

## PLEASE READ THE HANDBOOK CAREFULLY AND KEEP IT ON HAND FOR FUTURE REFERENCE.

# EQUAL EMPLOYMENT OPPORTUNITY

Daws Inc. continues its firm commitment to the principle of equal employment opportunity to all employees and applicants for employment without regard to age, sex, race, color, national origin, marital status, religion, disability, or any other prohibited basis of discrimination under applicable local, state or federal law.  We make all employment decisions consistent with this principle of equal opportunity.  This policy applies to all terms and conditions of employment.

We also believe in the principles of the Americans with Disabilities Act (ADA).  That Act prohibits employers from unlawfully discriminating against employees or job applicants with disabilities when making employment decisions.  We will provide reasonable accommodation to otherwise qualified disabled employees or applicants.  Please recognize that we cannot promise to make any and all accommodations.  We must consider each accommodation on a case-by-case basis to determine whether it would cause an undue hardship to our business.

We want our commitment to equal opportunity to be a success.  If you feel we are failing in our duty and promise of equal opportunity to all applicants or employees, please report your concerns at once using our "Problems and Complaints Procedures" beginning on the next page.  We will take every reasonable measure to correct any unfairness and promise that you will not be subjected to retaliation for bringing such matters to our attention.  We will treat all such concerns with the utmost confidence consistent with a fair resolution of the problem.

# SUGGESTIONS

Daws Inc. wants to hear any suggestions you may have that will benefit the Company by solving a problem, reducing costs, improving operations or procedures, enhancing customer service, eliminating waste or spoilage or improving safety.  Statements of problems without an accompanying solution or recommendations/complaints about co-workers and management are not appropriate suggestions.  These types of problems should be handled through the "Problems and Complaints Procedure" section.  If you have a suggestion, please notify your supervisor or the President of the Company.

# BULLETIN BOARDS

In order to maintain an effective avenue for communicating with our employees, Daws Inc. maintains bulletin boards.  We use the bulletin boards to communicate official government information on equal employment opportunity, health and safety and other issues.

Employees are not allowed to post personal information on the Company's boards.  All postings are made by Company managers, who are responsible for keeping the bulletin boards up-to-date and attractive.

# HARASSMENT POLICY

Daws Inc. believes that acts of harassment are absolutely unacceptable and that its employees should be free from all offensive or hostile behavior.  All employees are prohibited from engaging in the harassment of any employee or other person in the course of or in connection with employment at Daws.  We expect our employees to treat others with respect.

Local, state and federal law prohibits some forms of harassment.  In general, ethnic or racial slurs, jokes and other verbal or physical conduct relating to the following is prohibited: age, sex, race, color, national origin, marital status, religion, disability or any other characteristic protected by applicable local, state or federal law.  Please realize that verbal or physical conduct relating to the above-listed characteristics constitutes unlawful harassment when it unreasonably interferes with the person's work performance or creates an intimidating work environment.

Sexual harassment has been defined by federal and state regulations as a form of sex discrimination.  It can consist of unwelcome sexual advances, requests for sexual favors, or other physical or verbal conduct of sexual nature by management or other in the workplace.

Sexual harassment exists when:

($\alpha$)    Supervisors or managers make submission to physical or verbal conduct of a sexual nature either a specific or implied term or condition of employment (including hiring, compensation, promotion, or retention);

($\beta$)    Submission to or rejection of such conduct is used by supervisors or managers as a basis for employment-related decisions such as promotion, performance evaluation, pay adjustment, discipline, work assignments, etc.

Sexual harassment may also exist when co-workers (or non-employees, such as sales persons, customers and clients) take part in such conduct, when the conduct unreasonably interferes with an employee's work performance or creates an intimidating, hostile or offensive work environment.

It is important to note that sexual harassment does not have to involve conduct of a sexual nature in order to be unlawful behavior.  For example, abusive, offensive or demeaning behavior that is directed to members of one gender only (whether male or female) may be considered a form of sexual harassment, even though the conduct was not motivated by sexual desire or gratification.  In addition harassment of a male by another male or female by another female also is an unlawful form of sexual discrimination.

Example of the types of conduct which could be considered sexual harassment and which are prohibited by our Company policy include, but are not limited to:

- Sexually suggestive touching
- Unwanted deliberate touching, leaning over, cornering or pinching
- Lewd, off-color or sexually oriented comments or jokes
- Making sexual gestures with hands or with other body movements
- Questions about another's sex life or experiences
- Stories about your sex life experiences
- Multiple request for dates or other activities
- Sexually suggestive profanity

- Unwanted pressure for sexual favors
- Whistling at someone or cat calls
- Looking a person up and down (elevator eyes)
- Display of sexually suggestive software
- Referring to an adult as a girl, hunk, doll, babe, or honey

**COMPLAINT PROCESS:**

Daws Inc. wants you to report all incidents of harassment, regardless of who the offender may be, or of the offender's relationship with the Company.  While Daws Inc.'s policy requires individuals who believe they are being harassed to firmly and promptly notify the offender that his or her behavior is unwelcome, Daws Inc. also recognizes that differences in power and status between an alleged harasser and a target may make such a confrontation difficult.  Do not allow this difficult or awkward situation to delay your complaint.  A rapid response and appropriate action can often resolve the matter.  A policy of promptly reporting complaints not only aids the complainant but also helps maintain an environment free from discrimination for all employees.

**STEP 1:**        If you have a complaint about an incident of harassment, you should immediately ask the offending party to <u>stop</u> and you should immediately report the matter to your supervisor.

**STEP 2:**        If your supervisor is not an appropriate person or if you are not satisfied with your supervisor's handling of the complaint, bring the matter to the attention of the President of the Company or a Director who does not directly work with you.

What if you're not sure if it's actually sexually harassment or another form of unlawful harassment?  If you see or hear anything that might be unlawful harassment, talk to a person in authority anyway.  Don't ever think that an offender will "get the hint."  This is seldom a successful way to resolve a harassment problem.  Unlawful harassment, whether it be based on sex or some other protected characteristic can be stopped with your cooperation.  Please report your concerns early.  Do not wait!

All complaints will be thoroughly investigated.  We try to keep complaints confidential if possible.  Please realize that certain information has to be released in order to conduct an investigation and will be treated with the utmost confidence consistent with resolution of the problem.  If the allegations are found to be true following investigation, appropriate corrective action will be taken, up to or including the discharge of offending employees.  Retaliation against an individual for bringing harassment allegations to our attention is strictly prohibited.  Individuals who participate in this complaint process as potential witnesses (other than the alleged harasser) are assured of non-retaliation.

# PROBLEMS and COMPLAINTS
## (Including Discrimination Concerns)

Misunderstandings or conflicts can arise in any organization.  To ensure effective working relations, it is important that such matters be resolved before serious problems develop.  Most incidents take care of themselves naturally.  Should a situation persist that you believe is detrimental to you or Daws Inc., including concerns about discrimination, you should follow the procedure described below.

**Step 1.**

If you have any questions or complaints, first discuss the matter with your supervisor.  Because your supervisor is the member of management who is most familiar with you and your particular situation, he or she can usually solve the problem for you on an informal basis.  A verbal response will normally be given in a timely manner.

**Step 2.**

If you are not satisfied with your supervisor's handling of the complaint, or if you prefer not to discuss the problem with your supervisor, discuss the matter with the President of the Company or a Director who does not directly work with you.

We want to be fair!  We are always ready and willing to hear any complaints that you might have and we will always try to give a fair reasonable answer to whatever objection or question you might have.

## EMPLOYMENT APPLICATION

The employment application is an important part of the hiring process and is used for screening purposes.  It provides the information necessary for selection, such as experience and skill.  After you are hired, the application is kept as a permanent record in your personnel file.  Lying on an employment application may result in your immediate termination, regardless of when the falsification is discovered.

## PERSONNEL RECORDS

Because of social security, payroll, insurance, income tax and other requirements, it's important that you keep the Company informed about any change in the following:

Name
Address
Telephone Number
Marital Status
Number of Dependents
Insurance Beneficiary
Person to contact in event of emergency
United States employment eligibility or authorization
The date on which a dependent marries or reaches the age of majority

Any changes to this information should be reported as soon as possible to the payroll department.

The Company may need to release some of this information in certain circumstances (such as applications for mortgages or credit cards).  By accepting employment with Daws Inc. and providing the Company with this information, you are giving us permission to release the information when we feel it is necessary.

## INTRODUCTORY PERIOD

We consider the first 90 calendar days from the date of the last hiring to be a period of training and orientation to your job.  If necessary, this probationary period may be extended at the Company's option.

This time is a mutual "get acquainted" period.  Your supervisor will normally meet with you on a regular basis during this time to discuss your job performance.  During this time, you should also look at the job, the work environment and the Company as a whole to judge whether you want to work at Daws Inc.

Please understand that if you complete this 90-day introductory period of employment you are not guaranteed employment for any specific period of time.  In other word, you and the Company both continue to have the flexibility to terminate your employment for any lawful reason before or even after completion of the introductory period.

## LENGTH OF SERVICE

We value all of our employees, whether they are a new employee or have been employed with us for years.  For that reason, we do not make employment decisions based only on length of service.  An employee's skill, ability and past performance are the main factors in determining an employee's future with us.  We appreciate those persons who have been with us over the years and length of service may be considered when making decisions about promotions, transfers, schedules and related employment issues.

## PERFORMANCE EVALUATIONS

We encourage you to discuss your work performance with your supervisor on an informal day-to-day basis.  Your work performance will be evaluated at or near the end of your introductory period.  Annual evaluations will occur after the first of the year, and every year after that. Sometimes a supervisor may forget that an evaluation is due because of other work pressures. If this happens to you, please let your supervisor know that you have not yet had your evaluation.

In addition to the regular performance evaluations described above, your supervisor or other management personnel may do special performance evaluations at any time to advise you of any performance or disciplinary problems.

Wage increases are not automatic and will be based on the Company's evaluation of your performance, as well as economic and market conditions.

## EMPLOYMENT OF RELATIVES

Daws Inc. doesn't mind employing relatives as long as the employment does not create a conflict of interest or the appearance of a conflict of interest. The Company will review on a case-by-case basis, any situation where such employment results in one relative supervising another relative or two relatives are working in the same department. For the purpose of this policy, a relative is considered a spouse, significant other, child, parent, sibling, grandparent, grandchild, aunt, uncle, first cousin or corresponding in law or step relation. Daws Inc. reserves the right to prohibit employment of relatives in other situations as well if it would result in a work problem.

Employment may be denied if the Company believes such employment will cause problems. Or if already employed, one of the employees may need to transfer from his or her position. If there are no transfer opportunities, the employees may need to decide who will resign from employment. Please realize that even if the Company initially determines there is no problem with employment of relatives, it will continue to monitor the employment to ensure that circumstances don't change and potential problems arise.

## SEPARATION FROM EMPLOYMENT

We hope that you will be an employee at Daws Inc. for a long time. If you decide to leave your employment with us, please give us at least two weeks notice in writing. This allows us time to find a replacement. Depending on the circumstances, employees who do not give at least two weeks notice may be considered ineligible for rehire and may not be allowed to use Daws Inc. as an employment reference.

You are expected to return all Daws Inc. property upon leaving employment; as such property is a major expense for our Company. If you do not return Company property, we will do what we legally can to get the property back or to receive payment for the property through any legal means such as deductions from your final paycheck.

## CLASSIFICATION OF EMPLOYMENT

For purpose of payroll, overtime and benefits, Daws Inc. classifies its employees as follows:

Introductory Employee - A new employee who has not yet completed the introductory period. Introductory employees are not eligible for any Company benefits.

Regular Full-Time Employee - An employee who has completed the introductory period and is regularly scheduled to work 40 or more hours per week per Daws Inc.'s full time schedule.  If an employee's hours drop below 40 for five consecutive weeks, they will be reclassified as a part-time employee.

Regular Part-Time Employee - An employee who has completed the introductory period and is regularly scheduled to work less than 40 hours per week.  If a part-time employee works at least 40 hours per week for five consecutive weeks, he or she will be reclassified as a full-time employee.

If you have any questions about your work classification, please ask your supervisor.

## WORK HOURS

Supervisors work varying hours depending on their job and assigned shift.  Due to the nature of our business and in order to meet our customer's needs, it may be necessary to work outside of your regular shift or on your normal days off.  You are expected to be ready to work at your scheduled starting time.  Also you are required to stay on the job until the end of your shift unless you have received permission from your supervisor to leave early.

## REST PERIODS and MEAL BREAKS

Supervisors will schedule employees' rest periods and meal breaks each day around the work schedule.  Rest breaks of 15 minutes are usually scheduled in the morning and in the afternoon. A 30-minute meal break is usually scheduled near the mid-point of your working day.  Multiple employees within each department should stagger their breaks so that phones are always covered.

Hourly employees are paid for rest breaks but not meal breaks.  Salaried employees' salary does not change based on either rest or meal breaks.

## RECORDING WORK HOURS

To ensure that accurate records are kept of the hours you actually work (including overtime hours where applicable), all hourly employees and salaried shop employees are required to record their time on the time sheets provided by the Company.  You must clock in before beginning work, at the beginning of your lunch period, upon returning from lunch and after finishing work.

Your time will be rounded to the nearest five minutes.  Unless you are working overtime, you should not punch in more that five minutes before your regular starting time or punch out more than five minutes after your regular quitting time. At the end of each week you will turn your time

sheet into your supervisor; who will check the hours, initial the time sheet and place the time sheet on the President's desk for review and signoff before going to payroll.

If you make an error in recording time, please notify your supervisor who will take the steps necessary to correct the error.  Falsifying a time record or recording time for another employee on their time sheet will lead to discipline up to or including discharge.  Discipline up to or including discharge may also result if employees make excessive errors in recording their time or repetitively forget to record their time.

## OVERTIME

Overtime is an essential part of any successful operation.  Customer demands and other factors often work outside of our regular schedule.  Hourly office employees will be paid overtime at the rate of 1 ½ times their regular rate for all hours worked over 40 in a week.  Hourly management and shop employees will be paid overtime for all hours worked over 45 in a workweek.  Please realize that any time paid for but not worked such as vacations and holidays is not counted for purposes of computing overtime.

Your supervisor will normally notify you if it is necessary for you to work overtime.  If there is a situation where you feel it is necessary to work overtime and your supervisor has not asked you to do so, you must obtain permission from your supervisor before working the overtime.  Not following this procedure can lead to discipline up to or including discharge.

Salaried employees may be expected to work more than 45 hours in a week but they are not eligible for overtime pay.

## PAY CHECKS

Daws Inc. pays employees every Monday.  For your convenience, we offer the opportunity to have your paycheck deposited directly in your bank account.  If you would like to participate in our direct deposit program, you will need to sign an authorization form and return it to the payroll department.  It takes approximately 2 ½ weeks from when the authorization form is submitted to have your check deposited directly in your account.

We are required by federal law to make certain deductions from your wages.  Such deductions include social security taxes, as well as federal, state and any local withholding taxes.  Additionally deductions may include your share of any benefit premium(s).

We hope that you will handle your money matters so that your wages are never garnished.  However, we think that it is only fair to let you know that if we receive an order to garnish your wages, we may charge a garnishment administration fee as allowed by law.

If you have any questions about your paycheck or believe a mistake has been made in computing pay, contact the payroll department or President of the Company immediately.

## SOCIAL SECURITY

The cost of Social Security is shared between employees and Daws Inc.  Currently, for every dollar an employee puts into Social Security, Daws Inc. puts in a dollar.  Social Security provides benefits for employees and their families as specified by law in the event of retirement, hospitalization after the age of 65 (Medicare), total and permanent disability before age 65 and death at any time.  Contact your local Social Security Office for detail.

## UNEMPLOYMENT COMPENSATION INSURANCE

Daws Inc. pays premiums to a state fund that is used to provide unemployment insurance for it employees.  Through this fund, employees who are out of work for various reasons; including layoff, receive unemployment payments.  If you lose your employment and think you may be eligible for unemployment benefits, further information can be obtained from the local unemployment insurance office.

## WORKERS' COMPENSATION INSURANCE

While we hope that you are never injured at work, Daws Inc. pays a premium for worker's compensation insurance.  If you are injured out of and in the course of employment with us, you may be eligible for payment of related medical expenses, as well as a portion of your lost wages.

Please work safely though because workers' compensation pays only a portion of your lost wages and in most cases requires that you fulfill an unpaid waiting period.  You will make more money if you avoid accidents and are able to continue working without a mishap.

If you do suffer a work-related injury, please report it immediately to the Director of Safety.

## PERSONAL VEHICLE USE

There may be times when you will need to use your personal vehicle for business reasons.  In those cases, you should keep track of your mileage and submit it to the Director of Finance.  You will be reimbursed at the current mileage rate established by the Internal Revenue Service.

## PURCHASES

If there are purchases that need to be made on behalf of the Company, you must obtain advance authorization from the President of the Company.

## EXPENSE REIMBURSEMENT

If you are required to travel as part of your job, you will be reimbursed for business expense documented on the Company's Travel Expense Report.  Reimbursable business expenses include such items as hotel costs, airfare, car rentals and meals.  If you have any questions regarding expense reimbursement, please contact the Director of Finance.

## BENEFIT INFORMATION

Daws Inc. is proud of the benefit package it offers.  Our group health and any related programs are described more fully in Summary Plan Description booklets which you are given once you are eligible to participate in these programs.

We reserve the right to change or eliminate any of these programs or to require increases in employee premium contributions toward any benefits at our discretion.

We hope that the information that follows will be helpful to you in understanding our benefits package.  However, sometimes benefit information can be confusing so if you have any questions, please feel free to speak with the Plan Administrator.

## MEDICAL INSURANCE

After 60  days of employment, all employees working full-time hours as defined in the Company's contract of insurance are eligible for the group health program with Daws Inc. Family and single coverage is available.  Currently, the employee pays a small portion per week and Daws Inc. pays the remainder of the insurance premium for the employee's coverage. Employees may choose to cover their family members as well at their own cost.  Dental and Vision insurance is available and Daws Inc. pays the entire insurance premium at this time for the employee.

Upon becoming eligible for insurance, you will receive information about the specific costs of insurance and the benefits that are available through our group program.

## GROUP TERM LIFE INSURANCE

After 90 days of employment, all employees working full-time hours are eligible for the Company's group term life insurance program.  Under this program, employees receive life insurance in the amount specified in the Company's contract of insurance.  Daws Inc. currently pays for the entire cost of this benefit.  On becoming eligible, you will receive additional information regarding this program.  Employees may choose to cover their family members as well at their own cost.

## 401(k) Plan

Daws Inc. has established a 401(k) plan for full time employees who have completed one year of employment and for part time employees who have completed 1,000 hours of work. Participation in the plan is voluntary and is designed to encourage employees to save money for retirement.  Under the plan, you may voluntarily make pre-tax contributions from your wages. The total annual dollar amount of contributions is limited by IRS regulations.

As an added benefit to you, Daws Inc. matches 50% of your contribution up to 5% of your annual salary.  In other words, if you contribute 5% of your earnings, Daws Inc. will contribute an amount equal to 50% of your 5% contribution.  So not only do you receive additional money from the Company but also your contributions are made pretax.

## HSA – CAFETERIA PLANS

Daws Inc. also offers an HSA-Plan to employees who have completed 90 days of employment. Under this plan, you can have money deducted from your paycheck on a pre-tax basis to pay for any dependent care expense, medical or medical-related premiums and/or medical expenses up to $3,000 per year.

For further information regarding this plan, please speak with the Plan Administrator.

## HOLIDAYS

Daws Inc. provides paid time off to all full-time office/shop employees on the following holidays when they fall on a business workday:

|  |  |
|---|---|
| New Year's Day | Thanksgiving Day |
| Memorial Day | Day after Thanksgiving |
| Independence Day | Christmas Day |
| Labor Day | |

Hourly pay will consist of eight hours pay at the employee's regular hourly rate.  To be eligible for holiday pay, hourly employees must work a full shift on the last scheduled day before the holiday and the first scheduled day after the holiday.  Salaried exempt and salaried shop employees will receive the same salary for the week in which the holiday occurs that they would have received even if there had been no holiday.

If an employee works on a holiday, he or she will be paid time and a half for all hours worked on the holiday plus.

## ABSENTEEISM and TARDINESS

If an employee fails to report to work as scheduled or report his or her absence for two consecutive days, the Company will consider the employee to have voluntarily resigned from employment.

## PAID TIME OFF

Daws Inc. recognizes the importance of time off, which provides employees the opportunity for rest and personal activities. Daws Inc. grants annual paid time off to its regular full-time employees.

You must submit your paid time off request on a Time Off Form to the President of the company at least 30 days in advance. Shorter notice periods will be considered in emergency cases.

It is our policy to allow you to take your paid time off at the time that is most suitable to you. However, the President of the company must approve the paid time off in order to avoid disruption of service to our customers. Paid time off includes but is not limited to sick time, vacation time, bereavement leave, ect.

### Paid Time Off

After completing one year of employment, you will have accrued 5 days of paid time off – which will need to be taken by the end of the calendar year.

Every January 1st – after your first anniversary – you will receive 10 days of paid time off to be used within the calendar year.

On your 3rd anniversary with the company – you will receive an additional 5 days of paid time off.

Every January 1st after your 3rd anniversary you receive 15 days of paid time off to be used within the calendar year.

- Time can not be used until it is accrued
- Employees cannot take more than 7 days off at a time
- No more than 5 of the 7 days can be paid time off
- To share time off for the major holidays amongst all employees, you will be allowed to take time off around <u>one</u> major holiday per year.
- You will not be compensated for any unused paid time off at the end of the year
- Paid time off should be used in 4 hr or 8 hr increments

## MILITARY LEAVE

All employees, other than temporary employees, will be provided leave to serve in the military as required by applicable state and federal laws.

## GENERAL LEAVE OF ABSENCE

You may need to take a leave of absence for personal or medical reasons. All employees become eligible for this type of leave after completing their introductory period of employment. Whether leave will be granted is at the Company's discretion. The maximum length of time available for a general leave of absence is 30 days. Any leaves prior to completing your introductory period of employment and extensions of the maximum leave period will be considered on a case-by-case basis. All general leaves of absence are without pay unless the employee has accrued paid time off in which case such paid time must be used as part of the general leave.

Employees who expect to be absent for more than five (5) days must submit a request for a leave of absence to the President of the Company as far in advance as possible. In most cases, a request should be submitted at least fifteen (15) days before the leave begins. If the absence is due to an emergency, the employee or a member of the immediate family must inform the employee's supervisor as soon as possible. You must give a specific date of return. If you are unable to return on that date, you must notify Daws Inc. two weeks in advance of that date and request and extension of your leave time.

If your leave is due to medical reasons, you must submit a note from your doctor regarding the need for leave. The medical documentation should include the length of time you expect to need. Any employee returning from medical leave must provide the Company with a release to return to work signed by his or her doctor. Daws Inc. reserves the right to obtain an opinion from the Company's doctor as well. You will not continue to earn fringe benefits during any unpaid portion of a general leave of absence. If you fail to return from your leave of absence on the scheduled date or you accept other employment while on leave, you will be considered to have voluntarily quit. Daws Inc. will continue health insurance coverage during a general leave of absence. It will be your responsibility to pay the _entire_ insurance premium—both the Company's portion and your own portion if the leave extends past one week. Arrangements regarding insurance should be taken care of before your leave begins.

Reinstatement with Daws Inc. cannot be guaranteed to any employee returning from a general leave of absence. We will try to place employees returning from general leave in their former position or positions comparable in status and pay.

## JURY DUTY

We recognize the importance of performing your civic responsibility of serving on a jury. If you are chosen as a juror, you will be provided the necessary time off. We will pay you the difference between what you would have earned had you been at work and the amount you received from the court for serving as a juror (excluding any expense reimbursement you may receive from the court).

Please contact your supervisor immediately after being notified of the need to serve on a jury so that the necessary scheduling adjustments can be made.

If the jury is not in session on one of your workdays or you are released from jury duty in time to work at least one-half of your regularly scheduled workday, you are required to report to work.

## EMPLOYEE CONDUCT and WORK RULES

Daws Inc. expects employees to follow rules of conduct that will protect the interests and Safety of all empoyees and the Company.

Like any employer, we expect certain things from our employees.  For example, we expect employees to follow our rules of conduct.  These expectations are not overly difficult for employees and they ensure the efficient operation of our business, which is important to all of us.

Unfortunately, there will be times when the rules are not followed and discipline is necessary.  It is only fair to those who are following the rules to discipline those who are not.  At the same time, we do not want to unduly punish someone who is guilty of only a minor infraction.  We think the progressive discipline system that we have developed is fair to everyone.  We use progressive discipline to help you improve.  We want every employee to have the opportunity to become a long-term employee, if possible.

## DISCIPLINARY POLICY

While we generally follow specific steps in applying progressive discipline, there are times when exceptions to this policy are appropriate.  In other words, circumstances may warrant skipping steps or even immediately terminating an employee.  This is especially true in situation that reveals basic character flaws that will probably not improve.  Theft or threats of violence are examples of conduct, which may justify immediate termination.  Also, it is important for you to realize that it does not take a violation of the same rule to proceed to the next step of the discipline process.  Violations of different rules or reasonable management expectations can result in moving to the next step.  However, the following generally explains the different steps in the discipline process.

1.  Verbal Warning - When your supervisor or another member of management becomes aware of a problem associated with your work, the normal first step is provide a verbal warning.  A member of management will sit down with you and discuss the problem.  You will be given an opportunity to respond and assist in deciding what steps need to be taken or changes need to made in order to eliminate the problems.

    You will be asked to sign a form summarizing your discussion with management.  This form is an acknowledgement that you and a member of management have discussed the problem.  It will be placed in your personnel file.

2.  Written Warning - Unfortunately, a verbal warning is not always enough to convince an employee that it is imperative he or she abides by our rules and regulations.  There are times when a written warning without a prior verbal warning is necessary and appropriate.  In those cases, a member of management will discuss the problem with you and allow you to respond.  Like the verbal warning, you will be asked to sign a written form acknowledging your discussion.

3.  Suspension - If violations of our work rules and expectations continue, we may immediately suspend the employee for a specific period.  The employee will not receive pay during a suspension.  Suspension may also occur when we need time to conduct an investigation to determine whether termination is warranted.

4. <u>Involuntary Termination</u> - Unfortunately, there are times when verbal and written warning and even suspensions do not result in employee following the rules. In those cases, employees will normally be terminated. There also may be times when immediate termination without any prior warnings is appropriate. Immediate termination is usually reserved for severe cases of unacceptable performance or behavior.

This system is fair and unless circumstances warrant deviating from this progressive discipline, it gives everyone the chance to improve before termination becomes necessary.

## CUSTOMER RELATIONS

You represent Daws Inc. to our customers and the general public. Therefore, you are expected to act professionally, courteously, keep your temper and avoid the use of any profane language—even when things are not going smoothly.

## PERSONAL APPEARANCE

Dress, grooming and personal cleanliness standards contribute to the moral of all employees and affect the business image Daws Inc. presents to customers and visitors.

During business hours, employees are expected to present a clean and neat appearance and to dress according to the requirements of their positions.   The following are examples of inappropriate work attire:

- No beach shoes, flip-flops, thongs, etc.
- No sandals that make a lot of noise as you walk in them.
- No midriffs or short shirts that expose abdomen
- No halter tops, spaghetti strap or tank tops
- Cut-offs or short shorts (shorts should extend pass your fingertips)
- Sweat pants
- Clothing printed with foul or offensive language, images and/or pictures
- Clothing which does not fit properly (either too baggy or too tight)
- Ragged or excessively torn clothing
- Dirty or foul-smelling clothing

Please note this list is not all-inclusive; additional items may be deemed "inappropriate" attire. Consult your supervisor if you have questions as to what constitutes appropriate attire. Employees with inappropriate work attire will be sent home to change without pay.

## WORK RULES

It's not possible to list all types of behavior that are considered unacceptable in the workplace. The following is a list of behaviors that are considered serious and may result in the employee being discharged:

1. The use, possession or selling of illegal controlled substances or drug paraphernalia.

2. Falsification of records including, but not limited to, application, personnel records, incident reports, expense reimbursement, timesheets, etc.

3. Failure to immediately report accidents.

4. Verbally or physically threatening employees or customers.

5. Negligence or improper conduct leading to damage of employer-owned or customer-owned property.

6. Refusing to follow Company directives regarding safety, compliance with the law or requests given by management.

7. Excessive absenteeism or tardiness.

8. Carelessness or negligence in the performance of work.

9. Violation of safety or health rules or engaging in unsafe work practices.

10. Possession of dangerous or unauthorized materials, such as explosives or firearms, in the workplace, in Company vehicles or while performing Company work.

11. Smoking in the office.

12. Any other act or failure to act, which is against the Company's best interests.

If your performance, work habits, overall attitude, conduct or demeanor become unsatisfactory in the sole judgment of the Company, based on violations either of the above or any other Company policies, rules or regulations, you will be subjected to disciplinary action, up to or including discharge.

## DRUGS and ALCOHOL

We all recognize that drug and/or alcohol use and abuse can negatively affect the Company, the individual and the individual's fellow employees. Because of this, we have adopted a Drug and Alcohol Control Policy, which includes testing for drugs and alcohol. You should have received a copy of this Policy at the same time as this handbook. If you did not receive a copy, please notify the Director of Safety immediately.

## WORKPLACE VIOLENCE PREVENTION

Daws Inc. takes the safety of its employees very seriously. As a result, the Company will not tolerate any form of violence in the workplace. Daws Inc. considers violence to include such things as physically harming, shoving, pushing, harassing, intimidating, or coercing another person. In addition, threatening, talking or joking about violence is considered violence as well.

In an effort to provide a safe workplace and prevent violence, the Company specifically prohibits the possession or carrying of any weapons, including weapons transported in employee vehicles, Company vehicles, while on Daws Inc. property and/or while performing work as a Daws Inc. employee. For purposes of this policy, weapons include guns, knives, explosives and other potential weapons.

In addition, access to all Company property and work sites is limited to only those persons with a legitimate business interest.

Daws Inc. will do what it can to prevent violence in the workplace. As an employee, you have a role in preventing violence as well. If you believe a coworker may become violent or you see a violation of this policy, you must immediately report this to your supervisor or other management official with whom you feel comfortable. All reports will be investigated and information will be kept confidential to the extent possible.

Any violation of this policy will result in discipline up to or including discharge.


## TELEPHONES

The Company's telephone lines should be kept open for business calls to the extent possible and employees are expected to make personal calls only during breaks and lunch unless it is an emergency. If you need to make a long distance call, you should contact the Director of Finance and make arrangements to reimburse the Company for the long distance charges.


## SOLICITATION and DISTRIBUTION

In the interest of maintaining a proper work environment, preventing interference with work and preventing inconvenience to others, employees may not distribute literature or printed materials of any kind, sell merchandise, solicit financial contributions or solicit for any other cause during working time. Employees who are not on working time (e.g., those on lunch hour, breaks or prior to or after their shift) may not solicit employees who are on working time for any cause or distribute literature of any kind to them. Furthermore, employees may not distribute literature or printed material of any kind in working areas at any time.

Non-employees are likewise prohibited from distributing material or soliciting employees on Daws Inc. premises at any time.


## USE OF COMPANY EQUIPMENT and SERVICES

The Company provides E-mail and computer equipment for use in conducting Company business. Such equipment and services should be used primarily for business purposes. They are to be used for personal reasons only during nonworking time.

<u>Computers</u> - All data entered on the Company's computers is considered the property of the Company. No employees should knowingly enter false or misleading information in the Company's computer system or destroy any data, which the Company needs to conduct its business. Please realize that for various reasons, the Company will access your equipment. As a result, your computer should not be used for personal business even during nonworking time

if you don't want the Company to see your personal documents. Unauthorized access to any computer, computer system, computer software or computer program is specifically prohibited. Violators will be prosecuted to the fullest extent allowed by civil or criminal law.

<u>Electronic Mail</u> - Electronic mail (E-mail) is to be used primarily for business purposes and only for personal reasons during nonworking time. Like your computer, the Company may need to access your E-mail for various reasons. You should be aware that such messages are not entirely confidential. They can be forwarded to others without the original sender's knowledge. E-mail can be viewed by others who may improperly use a password to breach the security of the system. In addition, disclosure of E-mail messages may be required in lawsuits against the Company. As a rule of thumb, nothing should be sent by E-mail that you would not put in a formal memo or that you would not like to become public knowledge. Do not use derogatory, offensive or insulting language in any E-mail message.

<u>Use of the Internet</u> - Employees are not to access the Internet for any personal use or reason except during nonworking time. In addition, the Company prohibits downloading or installing any application software from the Internet onto Company computers. This software could contain embedded viruses or be incompatible with our computer operations. Employees are prohibited from using the Internet to view pornographic or other unsuitable sites at any time.

All employees are also prohibited from participating in any Web-based surveys or subscription services over the Internet unless they have written authorization of the President of the Company. The Company will monitor Internet use.

Employees violating this policy will be subject to immediate termination.

## SEARCHES and INVESTIGATIONS

Unfortunately, problems such as theft, dishonesty, and destruction of property, and alcohol or drug can occur at any Company. For that reason, it may be necessary for Daws Inc. to conduct an investigation of the Company's premises, which may include searches. This includes access to employees' lockers, desks, offices, work areas and computer disks. This policy also extends, within reasonable limitations, to a search of all parcels or packages (including lunch pails, brief cases, tool boxes and purses) coming into and out of our buildings, or located in our vehicles, as well as personal vehicles parked on Company property or work sites. It is expected that all employees will cooperate to the fullest extent possible in any such investigation including cooperating with and obeying a reasonable search request.

## SAFETY INFORMATION

Nobody wants to be hurt on the job.  It is each employee's responsibility to see that their work areas are free from safety hazards.  If you see a danger or hazard, you must report it your supervisor immediately.  If it is not handled to your satisfaction, you should report it to the President.  The Company will usually conduct two safety seminars per year that you are required to attend.

## ACCIDENT REPORTING

We hope that no one suffers an injury while employed here.  Unfortunately, accidents do happen.  If you are involved in an accident, contact your supervisor immediately.

## EQUIPMENT MAINTENCE and USE

Daws Inc.'s equipment is expensive and may be difficult to replace.  When using this equipment, all employees are expected to use care, perform required maintenance and follow all operating and safety instructions.  Drivers are responsible for checking the safety/condition of equipment such as trucks, trailers, and cargo.  If failure to conduct such inspection results in a fine, you are responsible for payment of that fine.  Please realize that such violations may also result in points or derogatory information being assessed against your driver's license.  Please notify your supervisor if any equipment, machines, tools, tarps, straps, chains or vehicles appear to be damaged or in need of repair.  The President of the Company must approve all truck and trailer repairs.  Prompt repair problems can prevent more costly repairs later, not to mention possible injury to yourself and others.  The improper, careless, negligent or unsafe use of any Company equipment or vehicles may result in discipline up to or including discharge.

## PERSONAL PROTECTIVE EQUIPMENT

It is each employee's responsibility to wear Personal Protective Equipment when there is exposure or potential for exposure to safety or hazardous conditions when mandated by the Company or required by any customer that instructs you to do so as per OSHA standards.

## CONCLUSION

This handbook has been prepared and distributed to all Daws Inc. office and shop employees to help them understand the Company and its policies.  Daws Inc. will follow and enforce these policies as closely as possible, knowing in some instances interpretations will be required, which will be made by the President of the Company at its sole discretion.

We also recognize changes will be required in this handbook from time to time.  Daws Inc. reserves the right to make changes, as it considers appropriate.

Thank you for taking the time to read this handbook