| | |
|---|---|
| **From:** | Kathy Temme </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=fafa2bfd340341abb979560952c98b9d-Kathy> |
| **Sent:** | Monday, October 31, 2022 1:19 PM |
| **To:** | Bill Molthan </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8c7411a887e84723bbe3e73db6370c41-billm>; |
| **Subject:** | Re: bereavement policy |
| **Attachments:** | paid time off.pdf; |

**EXHIBIT C**

Our bereavement policy is you have to use your PTO time. See attached.

**From:** Bill Molthan <billm@daws-trucking.com>
**Sent:** Monday, October 31, 2022 8:02 AM
**To:** Kathy Temme <Kathy@daws-trucking.com>
**Subject:** bereavement policy

just so i understand, i could not find that information in the employee handbook from tlc, what is the policy and who is considered immediate family members

## PAID TIME OFF

Daws Inc. recognizes the importance of time off, which provides employees the opportunity for rest and personal activities. Daws Inc. grants annual paid time off to its regular full-time employees.

You must submit your paid time off request on a Time Off Form to the President of the company at least 30 days in advance. Shorter notice periods will be considered in emergency cases.

It is our policy to allow you to take your paid time off at the time that is most suitable to you. However, the President of the company must approve the paid time off in order to avoid disruption of service to our customers. Paid time off includes but is not limited to sick time, vacation time, bereavement leave, ect.

**Paid Time Off**

After completing one year of employment, you will have accrued 5 days of paid time off – which will need to be taken by the end of the calendar year.

Every January 1st – after your first anniversary – you will receive 10 days of paid time off to be used within the calendar year.

On your 3rd anniversary with the company – you will receive an additional 5 days of paid time off.

Every January 1st after your 3rd anniversary you receive 15 days of paid time off to be used within the calendar year.

- Time can not be used until it is accrued
- Employees cannot take more than 7 days off at a time
- No more than 5 of the 7 days can be paid time off
- To share time off for the major holidays amongst all employees, you will be allowed to take time off around <u>one</u> major holiday per year.
- You will not be compensated for any unused paid time off at the end of the year
- Paid time off should be used in 4 hr or 8 hr increments

## MILITARY LEAVE

All employees, other than temporary employees, will be provided leave to serve in the military as required by applicable state and federal laws.