| | |
|---|---|
| **From:** | Kathy Temme </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FAFA2BFD340341ABB979560952C98B9D-KATHY> |
| **Sent:** | Thursday, November 02, 2023 2:18 PM |
| **To:** | Ranae Muencrath </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2e442298523741e9a3b81100b94bb8f7-ranae>; |
| **Subject:** | APPEARANCE |
| **Attachments:** | APPERANCE.pdf; |

Here's the page from the handbook

**EXHIBIT D**

4. <u>Involuntary Termination</u> - Unfortunately, there are times when verbal and written warning and even suspensions do not result in employee following the rules. In those cases, employees will normally be terminated. There also may be times when immediate termination without any prior warnings is appropriate. Immediate termination is usually reserved for severe cases of unacceptable performance or behavior.

This system is fair and unless circumstances warrant deviating from this progressive discipline, it gives everyone the chance to improve before termination becomes necessary.

## CUSTOMER RELATIONS

You represent Daws Inc. to our customers and the general public. Therefore, you are expected to act professionally, courteously, keep your temper and avoid the use of any profane language—even when things are not going smoothly.

## PERSONAL APPEARANCE

Dress, grooming and personal cleanliness standards contribute to the moral of all employees and affect the business image Daws Inc. presents to customers and visitors.

During business hours, employees are expected to present a clean and neat appearance and to dress according to the requirements of their positions. The following are examples of inappropriate work attire:

- No beach shoes, flip-flops, thongs, etc.
- No sandals that make a lot of noise as you walk in them.
- No midriffs or short shirts that expose abdomen
- No halter tops, spaghetti strap or tank tops
- Cut-offs or short shorts (shorts should extend pass your fingertips)
- Sweat pants
- Clothing printed with foul or offensive language, images and/or pictures
- Clothing which does not fit properly (either too baggy or too tight)
- Ragged or excessively torn clothing
- Dirty or foul-smelling clothing

Please note this list is not all-inclusive; additional items may be deemed "inappropriate" attire. Consult your supervisor if you have questions as to what constitutes appropriate attire. Employees with inappropriate work attire will be sent home to change without pay.