| | |
|---|---|
| **From:** | Jaisa Douty <Jaisa@daws-trucking.com> |
| **Sent:** | Friday, July 26, 2024 3:11 PM |
| **To:** | Lana Daws <lana.daws73@gmail.com>; |
| **Cc:** | jim@daws-trucking.com |
| **Subject:** | Re: Good Morning! |
| **Attachments:** | Driver Orientation Manual.doc; daws handbook office 2-2017.doc; DAWS HANDBOOK.docx; Daws Scans_20240726_100023_000080760025.pdf; |

EXHIBIT E

Good morning,
The party was a lot of fun
It was neat to see all of the old photos of people and of the trucks
Thank you again for the party, it was a lot of fun!

Driver Orientation Manual- this is what I go over during orientation
Daws Handbook Office is the only handbook we have
I scanned the Driver Handbook
I've also attached a revised driver handbook that we haven't finalized yet
When this is completed, this is what I would like to use that instead of the current orientation manual

Please let me know if you need anything else

Hope you have a great weekend too!

Thank you

Jaisa Douty
Safety Director

**Daws Trucking Inc.**
758 280th Rd
Milford Ne 68405
Office: 402.761.2186
Fax : 402.761.3711

---

**From:** Lana Daws <lana.daws73@gmail.com>
**Sent:** Friday, July 26, 2024 9:15 AM
**To:** Jaisa Douty <Jaisa@daws-trucking.com>
**Cc:** Jim Daws <jim@daws-trucking.com>
**Subject:** Good Morning!

Good morning, Jaisa, and happy Friday!  Hard to believe that the 30th celebration was almost a week ago already!
But, it was such a great night!  So much fun to relive memories and to make new ones!

I have something that I would like you to do for me.  Please send me a copy of each of the following:

1.  Employee Handbook  (does this include all employees:  shop, office, drivers or are there separate ones?  Either way, I want all.)

2.  Driver Orientation Handbook

Either send 'hard copies' with Jim or if you can send it to me as an attachment on an email…that would work too.
Thanks!
Have a great weekend!
Lana