| | |
|---|---|
| **From:** | Jim Daws </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fedd1c733784e9d8efaa1864ca2591b-jim> |
| **Sent:** | Thursday, April 11, 2024 10:52 AM |
| **To:** | Thomas D. Kranz <thomas@jkklegal.com>; |
| **Subject:** | Re: employment |

**EXHIBIT F**

Good morning,

I agree with your thoughts as far getting anything. I don't want a court issue but I think he needs a letter from you about the seriousness of his actions. Just to get his attention! Charles was here 16 years and is 60 years old.
Changes he made ;
Phone system DILLIGAF I really didn't even know about this but our customers and drivers didn't need to be aware.
Deleted files from the U: drive his personal file for our permit system.
Deleted files from the P: drive Bizco was able to recover and reinstall.
The documents folder that held contracts was empty.
Bizco said he was deleting files before he gave notice.

Thanks

Jim Daws

---

**From:** Thomas D. Kranz <thomas@jkklegal.com>
**Sent:** Wednesday, April 10, 2024 2:21 PM
**To:** Jim Daws <jim@daws-trucking.com>
**Cc:** Julie Karavas <Julie@jkklegal.com>
**Subject:** RE: employment

Jim,

1. You 100% have viable claims against Mr. Brookhart for intentional torts (e.g., extreme and outrageous conduct, interference with business contracts, etc.) but, in my opinion, such claims would only be worth pursuing (in light of attorney fees, which are not recoverable against a tortfeasor in Nebraska in most circumstances, and other expenses) if, <u>and only if</u>, you can establish quantifiable damages (e.g., a specific amount of lost business income or out of pocket expenses) as a result of his conduct <u>and</u> Mr. Brookhart has assets to pay any judgment you are awarded. Unfortunately, situations like these are usually not worth pursuing for an employer because of legal fees and costs. Let me know if you feel strongly otherwise in this situation.

2. You only need to pay him for the days he actually worked. Nebraska law requires that final wages are paid on the next regular payday or within two weeks of the separation date, whichever is sooner. That said, did he have a contract with you that required he give you notice of two weeks before leaving? You might be able to offset some of his final wages if you can prove you have damages caused by his abrupt resignation and/or the contract provides for liquidated damages.

If you would like to discuss this situation further, feel free to call me at your convenience. Good luck!

Best regards,

Thomas D. Kranz

Karavas & Kranz, P.C.

720.943.1095 CO telephone

308.946.3071 NE telephone

308.946.2503 facsimile

www.jkklegal.com

Offices in Colorado and Nebraska

*Confidentiality Notice: This e-mail and any attachments contain information from the law firm of Karavas & Kranz, P.C., and are intended solely for the use of the named recipient or recipients. This e-mail may contain privileged attorney/client communication or work product. Any dissemination of the e-mail by anyone other than an intended recipient is strictly prohibited. If you are not a named recipient, you are prohibited from any further viewing of the e-mail or any attachments or from making any use of the e-mail or attachments. If you believe you have received this e-mail in error, notify the sender immediately and permanently delete the e-mail, any attachments, and all copies thereof from any drives or storage media and destroy any printouts of the e-mail or attachments.*

---

**From:** Julie Karavas <Julie@jkklegal.com>
**Sent:** Wednesday, April 10, 2024 10:41 AM
**To:** Jim Daws <jim@daws-trucking.com>
**Cc:** Thomas D. Kranz <thomas@jkklegal.com>
**Subject:** RE: employment

Jim,

Thomas will reply to this email as he is going to take the lead on this matter. I am sure you will see a note from him soon so that you two can connect.

Julie M. Karavas
Karavas & Kranz, P.C.

---

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Tuesday, April 9, 2024 7:47 AM
**To:** Julie Karavas <Julie@jkklegal.com>
**Subject:**

Good morning,

Here's another problem for you to consider. Charles Brookhart left us on Friday morning. He had given 2 weeks notice on Monday April 1. On Friday he got upset and left for good. Before he left he went into the phone system and took all the names off the extensions and put this on DILLIGAF which is Do I Look like I give a Fuck. It was on from Thursday thru Monday morning before it was noticed and fixed around 10 am. I consider this sabotage to the company! Another question is do I have to pay him out since he didn't finish his 2 weeks?

Thanks

Jim