| | |
|---|---|
| **From:** | Jim Daws </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0FEDD1C733784E9D8EFAA1864CA2591B-JIM> |
| **Sent:** | Monday, April 01, 2024 2:50 PM |
| **To:** | Rick Fernandez <RickF@rdtintermodal.com>; (r.d.fernandez2@gmail.com) <r.d.fernandez2@gmail.com>; |
| **Subject:** | |

**EXHIBIT G**

Good morning,

Here are a few things I'm thinking about;

I was told by you and Ricky to run the company till, I wanted to stop. Also, in the contract, I have total control. I was also told that Ricky would have a bigger role in learning the business.

So, in regards to Chuck, I think I should have been in the loop before you hired Chuck. We talked earlier last week about Chuck coming out here so we could get a feel on his abilities to help Daws. I asked for Chuck's resume or an application so I could start my process on vetting him but I've never seen anything. The people he was naming were mostly brokers except for Heidtman Steel

You claim I asked you to hire someone in Chicago, but in reality, the only thing I asked you to do was try and find some drivers.

You sent him the link to Stella Jones and when I asked about it you told me you didn't care about the poles but wanted to haul pipe out of Chicago. I have asked you for the first 1 ½ years to contact the steel industry around you when there was an overrun of loads.

Jim