**EXHIBIT H**

Run Date: 09/12/24
Run Time: 5:55:08 PM
Page No: 1

# JIM DAWS TRUCKING LLC

Vendor/Invoice Report (most recent date to oldest date)
Invoice Dates: 05/01/2022-09/30/2024 (for one vendor KARAVAS & KRANZ, P. C.)

| Invoice Date | Invo Number | Invoice Description | Amount | Check Date | Check Number | Check Amount |
|---|---|---|---|---|---|---|
| **KARKRA** | **KARAVAS & KRANZ, P. C.** | | | | | |
| 09/03/24 | 8477 | HR MATTER | 87.00 N | | | |
| | | 72930.9000     Consulting | 87.00 | | | |
| 07/01/24 | 8318 | 7/1-16/24 LEGAL (DAWS EXPENSE) | 247.00 Y | 07/11/24 | 201973 | 247.00 |
| | | 20040.9000     Driver Reimbursements | 247.00 | | | |
| | | 10511.9000     A/R - Other | .00 | | | |
| 06/06/24 | 7956 | LEGAL - DOT NUMBER | 836.05 Y | 06/07/24 | 116934 | 836.05 |
| | | 72930.9000     Consulting | 836.05 | | | |
| 06/06/24 | 8081 | LEGAL - DOT NUMBER | 1,359.68 Y | 06/07/24 | 116934 | 1,359.68 |
| | | 72930.9000     Consulting | 1,359.68 | | | |
| 12/01/23 | 7506 | TRADEMARK REGISTRATION | 937.50 Y | 12/14/23 | 201576 | 937.50 |
| | | 72930.9000     Consulting | 937.50 | | | |
| 11/01/23 | 7406 | 10/17/23 STATUS OF ENTITIES | 96.00 Y | 11/13/23 | 115513 | 96.00 |
| | | 72930.9000     Consulting | 96.00 | | | |
| 10/02/23 | 7302 | RESEARCH ESCROW LEGALITY NEBRASKA | 517.00 Y | 10/16/23 | 115325 | 517.00 |
| | | 72930.9000     Consulting | 517.00 | | | |
| 09/01/23 | 7196 | LEGAL - CRIS COOVER - 8/1 - 8/10 | 192.50 Y | 09/14/23 | 201315 | 192.50 |
| | | 20040.9000     Driver Reimbursements | 192.50 | | | |
| 08/01/23 | 7077 | CRIS COOVER ROSEBURG OREGON LEGAL | 614.00 Y | 08/10/23 | 201209 | 614.00 |
| | | 20040.9000     Driver Reimbursements | 614.00 | | | |
| 03/01/23 | 6311 | CONSULT OVER NAME CHANGE | 145.00 Y | 03/13/23 | 113801 | 145.00 |
| | | 72930.9000     Consulting | 145.00 | | | |
| 02/02/23 | 6401 | NETRADYNE CONTRACT REVIEW | 128.00 Y | 02/13/23 | 200706 | 128.00 |
| | | 72930.9000     Consulting | 128.00 | | | |
| 12/02/22 | 6188 | LEASE DOCS, DOT ISSUE | 192.00 Y | 12/12/22 | 200534 | 192.00 |
| | | 72930.9000     Consulting | 192.00 | | | |
| 11/03/22 | 5981 | O/O DOCS REVISION | 1,942.00 Y | 11/17/22 | 200443 | 1,942.00 |
| | | 72930.9000     Consulting | 1,942.00 | | | |
| 09/19/22 | 5506 | LEGAL WORK - SALE | 7,930.23 Y | 09/22/22 | 200212 | 7,930.23 |
| | | 72930.9000     Consulting | 7,930.23 | | | |
| 08/02/22 | 5785 | 7/8,11/22 UNEMPLOYMENT REPRESENTATION QUESTIONS | 128.00 Y | 08/11/22 | 200058 | 128.00 |
| | | 72930.9000     Consulting | 128.00 | | | |
| | | | **15,351.96** | | | |
| **TOTAL REPORT** | | | **15,351.96** | | | |

# INVOICE



Invoice # 5506
Date: 06/01/2022
Due On: 06/16/2022

## Karavas & Kranz, P.C.

1123 Spruce Street, Suite 200
Boulder, CO 80302
Phone: 720-943-1095
Email: karen@jkklegal.com
www.jkklegal.com

*These aren't duplicates --- this one J&L and other JDT?*

James R. & Lana R. Daws
1091 N 7th
Seward, NE 68434

*JDT*

## Daws, James R. & Lana R.

## Richard Daniels Transportation, Inc. Transaction

| Attorney | Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| JK | Service | 05/02/2022 | Exchange emails: with OC request, repeat request, details re UBT terms. | 0.30 | $290.00 | $87.00 |
| JK | Service | 05/02/2022 | Miscellaneous: multiple email exchanges with parties; revise and draft documents for transaction; correspond with Clay re: SPA for LLC use; suggested revisions. | 1.80 | $290.00 | $522.00 |
| JK | Service | 05/03/2022 | Draft: pledge agreement; revises APA accordingly, conversations with Jim. | 2.30 | $290.00 | $667.00 |
| JK | Service | 05/03/2022 | Prepare email to client: review UBT email of outstanding issues; FW to Jim with comments. | 0.60 | $290.00 | $174.00 |
| JK | Service | 05/03/2022 | Phone Conference: with Clay re: draft provisions. | 0.40 | $290.00 | $116.00 |
| JK | Service | 05/03/2022 | Draft: revise drafts for transaction, communicate with Clay, request staff finalize exhibits, update interested parties. | 1.70 | $290.00 | $493.00 |
| KW | Service | 05/04/2022 | Prepare: Prepare Exhibits for Sale documents | 0.80 | $160.00 | $128.00 |
| TK | Service | 05/04/2022 | Revise draft document: Asset Purchase Agreement for closing | 0.50 | $275.00 | $137.50 |

Invoice # 5506 - 06/01/2022

| | | | | | | |
|---|---|---|---|---|---|---|
| JK | Service | 05/04/2022 | Finalize: final exchange of emails, review, revisions, prior to closing, send final documents to Client; update file. | 2.40 | $290.00 | $696.00 |
| JK | Service | 05/10/2022 | Miscellaneous: review subordination agreement proposed by UBT; review file; phone conference with Jim re: same.; further review and explanation. | 0.90 | $290.00 | $261.00 |
| TK | Service | 05/10/2022 | Review: receive and analyze proposed Subordination Agreement from UBT; discuss analysis with Atty Karavas | 0.40 | $275.00 | $110.00 |
| TK | Service | 05/11/2022 | Review: receive and analyze revision to proposed subordination agreement; discuss analysis of same with Atty Karavas | 0.20 | $275.00 | $55.00 |
| JK | Service | 05/11/2022 | Review and respond to email inquiry: re: subordination agreement; review and correspond with Client. | 0.30 | $290.00 | $87.00 |

| | |
|---|---|
| Total | $3,533.50 |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due | |
|---|---|---|---|---|---|
| 5287 | 04/15/2022 | $4,176.00 | $3,756.32 | $419.68 | $183 short? |
| 5402 | 05/17/2022 | $4,107.73 | $130.68 | $3,977.05 | |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5506 | 06/16/2022 | $3,533.50 | $0.00 | $3,533.50 |

| | |
|---|---|
| Outstanding Balance | $7,930.23 |
| Total Amount Outstanding | $7,930.23 |

Please make all amounts payable to: Karavas & Kranz, P.C.
We accept credit card payments - www.jkklegal.com/contact-payments.

```
Run Date: 09/14/23              JIM DAWS TRUCKING LLC
Run Time: 2:12:19 PM        FINAL TRUCKING SETTLEMENTS as of 09/13/2023
Page No: 1                      Payables: CRISTIN COOVER (CRICOO)
```

09/05/23   213806    TRK:141A    SALT LAKE CITY,UT TO CUMMING,IA/LOADING IN WEST JORDAN UT

Loaded Miles 1074  UnLoaded Miles 15

| | | Invoice Amt | Percent | Pay | |
|---|---|---|---|---|---|
| INVOICE  213806 | | | | | |
| BRICK | | $1,844.86 | 80% | 1475.89 | |
| FUEL SURCHARGE PAYABLE TO DRIVER | | $655.14 | 100% | 655.14 | |
| TOTAL INVOICE PAY | | | | 2131.03 | 2131.03 |
| Pick  INTERSTATE BRICK | WEST JORDAN, UT | | | | |
| Drop  LOMAR DISTRUBUTING | CUMMING, IA | | | | |

| | | | |
|---|---|---|---|
| 09/05/23  118.8Gals  WAMSUTTER WY  LOVES # 310 TRA WAMSUTTER,WY 51486 (TCH)  090582036869.9000 | | -$502.64 | |
| 09/06/23  94.01Gals  AURORA NE  LOVES # 309 TRA AURORA,NE 19136 (TCH)  090602009443  20040.9000 | | -$360.43 | -$863.07 |

**OTHER PAY/DEDUCTIONS**

| | | |
|---|---|---|
| 09/13/23  AUG 23 BESTPASS/EZPASS & TOLLS | 55500.1500 | -$58.60 |
| 09/11/23  LEGAL - CRIS COOVER - 8/1 - 8/10  7196 | 20040.9000 | -$192.50 |
| 09/09/23  OCT 23 OCC ACC INS  9602967 | 20040.9000 | -$144.40 |
| 50% LIAB & CARGO INS ($0.0253/MILE)  1089 miles @ $.0253 | 54520.1500 | -$27.55 |
| PHYSICAL DAMAGE INS ($8.83/WEEK) | 54580.1500 | -$8.83 |
| RESERVE 2024 Licensing: Flat Amt per Settlement | 39998.9000 | -$100.00 |
| RESERVE C Coover - Maint Fund - Tr # 141A: 1089 % miles @ $.06 | 39998.9000 | -$65.34 |
| **TOTAL OTHER PAY/DEDUCTIONS** | | **-$597.22** |

**YOUR TOTAL NET PAY**                                                                    $670.74

**TOTAL SETTLEMENT**

| | | |
|---|---|---|
| PERCENTAGE PAY(Miles Loaded 1,074  UnLd 15  Total 1,089  $1.96/mile) | $2,131.03 | |
| TOTAL GROSS | | $2,131.03 |
| TOTAL TRIP EXPENSES (Fuel Expense=-$863.07, Gals=212.81) | -$863.07 | |
| TOTAL OTHER DEDUCTIONS | -$597.22 | |
| TOTAL EXPENSES | | -$1,460.29 |
| **NET PAY (AP invo# CRICOO/230913)** | | **$670.74** |

**RESERVES**

| | | |
|---|---|---|
| 2024 Licensing | 22396.9000 | $800.00 |
| Addition to Reserve: Flat Amt per Settlement | 39998.9000 | $100.00 |
| **End Reserve Balance** | | **$900.00** |
| | | |
| C Coover - Maint Fund - Tr # 141A | 22563.9000 | -$2,130.86 |
| Addition to Reserve: C Coover - Maint Fund - Tr # 141A: 1089 % miles @ $.06 | 39998.9000 | $65.34 |
| **End Reserve Balance** | | **-$2,065.52** |

| | This Settlement | Year-to-Date |
|---|---|---|
| **YOUR TOTAL GROSS PAY** | | |
| Total Loaded Miles | 1,074 | 94,161 |
| Total Empty Miles | 15 | 14,119 |
| Total Miles | 1,089 | 108,280 |
| Total Gross Pay | $2,131.03 | $211,926.33 |
| Gross Per Mile | $1.96 | $1.96 |

```
Run Date: 08/10/23                JIM DAWS TRUCKING LLC
Run Time: 11:09:33 AM       FINAL TRUCKING SETTLEMENTS as of 08/09/2023
Page No: 1                           Payables: CRISTIN COOVER (CRICOO)
```

07/28/23  212551   TRK:141A   POST FALLS,ID TO FREMONT,NE/LOADS IN POST FALLS, ID

Loaded Miles 1531  UnLoaded Miles 0

| INVOICE | 212551 | | Invoice Amt | Percent | Pay | |
|---|---|---|---|---|---|---|
| WOOD PRODUCTS | | | $2,211.00 | 80% | 1768.80 | |
| FUEL SURCHARGE PAYABLE TO DRIVER/TARPING CHARGES | | | $718.00 | 100% | 718.00 | |
| TOTAL INVOICE PAY | | | | | 2486.80 | 2486.80 |
| | Pick | PLUMMER FOREST PRODUCTS | POST FALLS, ID | | | |
| | Drop | CHRISTENSEN LUMBER | FREMONT, NE | | | |

| 07/31/23 | 134.85Gals | MISSOULA MT | LOVES #753 TRAV MISSOULA,MT 29870 (TCH) 073147887250840.9000 | -$547.36 | |
| 08/01/23 | 146.31Gals | RAPID CITY SD | COMMON CENTS #1 RAPID CITY,SD 0098245 (TCH) 080120064?0.9000 | -$585.87 | |
| 08/01/23 | ADVANCE | LOVES #602 TRAV BOX ELDER,SD 89320 (TCH) BOX ELDER SD 08016233260?0.9000 | | -$200.00 | -$1,333.23 |

08/02/23  212891   TRK:141A   FREMONT,NE TO COLUMBUS,NE/LOAD AT EVERLY,IA

Loaded Miles 261  UnLoaded Miles 255

| INVOICE | 212891 | | Invoice Amt | Percent | Pay | |
|---|---|---|---|---|---|---|
| MATS | | | $617.05 | 80% | 493.64 | |
| FUEL SURCHARGE PAYABLE TO DRIVER | | | $94.95 | 100% | 94.95 | |
| TOTAL INVOICE PAY | | | | | 588.59 | 588.59 |
| | Pick | NEWPARK MATS | EVERLY, IA | | | |
| | Drop | MICHELS CORPORATION | COLUMBUS, NE | | | |

| 08/02/23 | 125.85Gals | LE MARS IA | LOVES #869 TRAV LE MARS,IA 46951 (TCH) 080219981242 20040.9000 | -$469.92 | -$469.92 |

08/04/23  212896   TRK:141A   COLUMBUS,NE TO EDINBURG,TX/LOAD @ COLUMBUS, NE

Loaded Miles 1295  UnLoaded Miles 0

| INVOICE | 212896 | Ship ID:900112039 | Invoice Amt | Percent | Pay | |
|---|---|---|---|---|---|---|
| UTILITY POLES/OVERDIMENSIONAL | | | $4,694.50 | 80% | 3755.60 | |
| FUEL SURCHARGE PAYABLE TO DRIVER | | | $503.80 | 100% | 503.80 | |
| TOTAL INVOICE PAY | | | | | 4259.40 | 4259.40 |
| | Pick | VALMONT UTILITY COLUMBUS | COLUMBUS, NE | | | |
| | Drop | AEP ELECTRIC TRANSMISSION T | EDINBURG, TX | | | |

| 08/05/23 | 136.56Gals | PAULS VALLEY OK | LOVES #452 TRAV PAULS VALLEY,OK 69232 (TCH) 0806?0.9000 | -$497.80 | |
| 08/06/23 | 137.69Gals | THREE RIVERS TX | LOVES #342 TRAV THREE RIVERS,TX 49275 (TCH) 0806?0.9000 | -$498.60 | |
| 08/04/23 | 58.363Gals | COLUMBUS NE | DIESEL FUEL 26019516 | 20040.9000 | -$233.39 | -$1,229.79 |

**OTHER PAY/DEDUCTIONS**

| 08/01/23 | CRIS COOVER ROSEBURG OREGON LEGAL 7077 | 20040.9000 | -$614.00 | |
| 07/31/23 | 2ND QTR 2023 KENTUCKY HIGHWAY USE TAX 063023 | 20040.9000 | -$1.68 | |
| | 50% LIAB & CARGO INS ($0.0253/MILE) 3342 miles @ $.0253 | 54520.1500 | -$84.55 | |
| | PHYSICAL DAMAGE INS ($8.83/WEEK) | 54580.1500 | -$8.83 | |
| | RESERVE 2024 Licensing: Flat Amt per Settlement | 39998.9000 | -$100.00 | |
| | RESERVE C Coover - Maint Fund - Tr # 141A: 3342 % miles @ $.06 | 39998.9000 | -$200.52 | |
| | TOTAL OTHER PAY/DEDUCTIONS | | | -$1,009.58 |

**YOUR TOTAL NET PAY**                                                                                   $3,292.27

TOTAL SETTLEMENT

# INVOICE

Invoice # 6866
Date: 06/02/2023
Due On: 06/17/2023

# Karavas & Kranz, P.C.

1123 Spruce Street, Suite 200
Boulder, CO 80302
Phone: 720-943-1095
Email: karen@jkklegal.com
www.jkklegal.com

Daws Trucking, Inc.
758 280th
Milford, NE 68405

## Daws Trucking, Inc.,

## General

| Attorney | Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| TK | Service | 05/31/2023 | Research and Analyze: Cummins contract and warranty dispute; discuss same with Atty Karavas; email to Mr. Daws re same | 0.70 | $275.00 | $192.50 |
| | | | | | Total | $192.50 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6866 | 06/17/2023 | $192.50 | $0.00 | $192.50 |
| | | | Outstanding Balance | $192.50 |
| | | | Total Amount Outstanding | $192.50 |

Please make all amounts payable to: Karavas & Kranz, P.C.
We accept credit card payments - www.jkklegal.com/contact-payments.

Invoice # 6866 - 06/02/2023

Page 2 of 2

# INVOICE



Invoice # 8318
Date: 07/01/2024
Due On: 07/16/2024

## Karavas & Kranz, P.C.

1123 Spruce Street, Suite 200
Boulder, CO 80302
Phone: 720-943-1095
Email: karen@jkklegal.com
www.jkklegal.com

Daws Trucking, Inc.
758 280th
Milford, NE 68405

## Daws Trucking, Inc.,

### General

| Attorney | Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| JK | Service | 06/04/2024 | Phone Conference: with Jim re: LOI, draft response to OC re: LOI status. | 0.60 | $320.00 | $192.00 |
| TK | Service | 06/24/2024 | Exchange emails: with Atty Juna Bell (USPTO Examining Attorney) re disclaimer | 0.10 | $275.00 | $27.50 |
| TK | Service | 06/27/2024 | Review: USPTO Official Notice re Examiner's Amendment | 0.10 | $275.00 | $27.50 |
| | | | | | Total | $247.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8318 | 07/16/2024 | $247.00 | $0.00 | $247.00 |
| | | | Outstanding Balance | $247.00 |

# INVOICE



Invoice # 8339
Date: 08/01/2024
Due On: 08/16/2024

# Karavas & Kranz, P.C.

1123 Spruce Street, Suite 200
Boulder, CO 80302
Phone: 720-943-1095
Email: karen@jkklegal.com
www.jkklegal.com

Daws Trucking, Inc.
758 280th
Milford, NE 68405

## Daws Trucking, Inc.,

### General

| Attorney | Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| TK | Service | 07/17/2024 | Review: USPTO Notice of Publication (no charge) | 0.20 | $0.00 | $0.00 |
| | | | | | Total | $0.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8339 | 08/16/2024 | $0.00 | $0.00 | $0.00 |

Please make all amounts payable to: Karavas & Kranz, P.C.
Remit to:
1123 Spruce Street, Suite 200, Boulder, CO 80302
or
P.O. Box 118. Central City, NE 68826

We accept credit card payments - www.jkklegal.com/contact-payments.



# INVOICE

Invoice # 8461
Date: 09/03/2024
Due On: 09/18/2024

## Karavas & Kranz, P.C.

1123 Spruce Street, Suite 200
Boulder, CO 80302
Phone: 720-943-1095
Email: karen@jkklegal.com
www.jkklegal.com

Daws Trucking, Inc.
758 280th
Milford, NE 68405

## Daws Trucking, Inc.,

### General

| Attorney | Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| JK | Service | 08/23/2024 | Phone Conference: review file and phone conference with Jim and Lana re: status of APA with Rick. | 0.40 | $320.00 | $128.00 |
| JK | Service | 08/23/2024 | Review: file, APA, prepare email to Jim re: suggested strategy following phone call. | 1.40 | $320.00 | $448.00 |
| JK | Service | 08/26/2024 | Exchange emails: with Jim re: status of payments from Rick and related. | 0.10 | $320.00 | $32.00 |
| JK | Service | 08/29/2024 | Review: email and attachments from Client provided by Rick re: offer to sell back Daws Inc assets; email to Client and Ryan. | 0.70 | $320.00 | $224.00 |

|  |  |  |  |  | Total | $832.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|



# INVOICE

Invoice # 8477
Date: 09/03/2024
Due On: 09/18/2024

## Karavas & Kranz, P.C.

1123 Spruce Street, Suite 200
Boulder, CO 80302
Phone: 720-943-1095
Email: karen@jkklegal.com
www.jkklegal.com

James R. & Lana R. Daws
1091 N 7th
Seward, NE 68434

## Daws, James R. & Lana R.

## Jim Daws Trucking LLC

| Attorney | Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| TK | Service | 08/19/2024 | Exchange emails: with Ms. Temme re termination of chronically sick employee and legal analysis of potential risks | 0.30 | $290.00 | $87.00 |
| | | | | | Total | $87.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8477 | 09/18/2024 | $87.00 | $0.00 | $87.00 |
| | | | Outstanding Balance | $87.00 |
| | | | Total Amount Outstanding | $87.00 |

Please make all amounts payable to: Karavas & Kranz, P.C.
Remit to:

Page 1 of 2