IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **INDEX OF EVIDENCE IN** |
| | ) | **SUPPORT OF REPLY BRIEF** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) ) ) | **REGARDING MOTION FOR PROTECTIVE ORDER** |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 65 and NECivR 7.1, Defendants submit the following index of evidence in support of its motion for protective order.

1. Ex. 1 - Declaration of Thomas D. Kranz.

DATED this 9th day of December, 2024.

        DAWS, INC., JAMES R. DAWS,
        LANA R. DAWS, DAWS TRUCKING, INC.
        and COLUMBUS TRANSPORTATION &
        LOGISTICS, LLC, Defendants

      BY: /s/ Timothy J. Thalken
        Timothy J. Thalken, #22173
        David C. Mullin, #21985
        Kristin M. Nalbach, #27125
        FRASER STRYKER PC LLO
        500 Energy Plaza
        409 South 17th Street
        Omaha, NE 68102-2663
        Telephone: (402) 341-6000
        Facsimile: (402) 341-8290
        tthalken@fraserstryker.com
        dmullin@fraserstryker.com
        knalbach@fraserstryker.com
        ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 9th day of December, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                          /s/ Timothy J. Thalken

3323074