IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | Case No. 4:24-cv-03177 |
| Plaintiff, | |
| v. | |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | PLAINTIFF'S INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| Defendants. | |

Plaintiff Daws Trucking, LLC ("JDT") submits this Index of Evidence in support of its Motion for Preliminary Injunction. Attached to this Index are true and correct copies of the following:

| | |
|---|---|
| **Exhibit 1:** | **Asset Purchase Agreement** |
| **Exhibit 2:** | **Letter from Julie M. Karavas to Andy Barry, dated September 17, 2024** |
| **Exhibit 3:** | **Email chain between Tony Glenn and Jim Daws, dated September 13, 2024, regarding weekly financials** |
| **Exhibit 4:** | **Email from Jim Daws to Rick Fernandez, dated April 17, 2024 ("I have decided to not let go of the DOT number.")** |
| **Exhibit 5:** | **Email from Jim Daws to Rick Fernandez, dated April 1, 2024, claiming total control** |
| **Exhibit 6:** | **Jeremy Becker texts** |
| **Exhibit 7:** | **Email from Jim Daws, dated September 27, 2024, with subject: "Daws Contacts."** |
| **Exhibit 8:** | **Text messages with Cory Pinnel on October 9, 2004** |

**Exhibit 9:**      **Text messages with Jeff Cyphers, dated October 15, 2024**

**Exhibit 10:**      **Text messages with Jerry Anderson, dated October 12, 2024**

**Exhibit 11:**      **Text messages with Mike Hill, dated October 2, 2024**

**Exhibit 12:**      **Text messages with Tommy McGee, dated October 2, 2024**

**Exhibit 13:**      **Text messages with Tommy McGee, dated October 1, 2024**

**Exhibit 14:**      **Text messages with Ranae Muenchrath, dated October 8, 2024**

**Exhibit 15:**      **Text messages with Tony Glen, dated September 27, 2024**

**Exhibit 16:**      **Text messages with Tony Glen, dated October 29, 2024 ("Yes but they don't always lock up so I been checking on things.")**

**Exhibit 17:**      **Text messages with Otho, dated September 28, 2024**

**Exhibit 18:**      **Text messages with Wayne Schmeeckle, dated October 7, 2024**

**Exhibit 19:**      **Text messages with Ranae Muenchrath, dated October 23, 2024 ("We can start running flatbed freight if we can get trailers and activate loyal so we will be talking more this week.")**

**Exhibit 20:**      **Text messages with Brandon Krumme, dated October 30, 2024**

**Exhibit 21:**      **Email forward from Jim Daws to Jeremy Becker, dated October 31, 2024**

**Exhibit 22:**      **Text messages with Jeremy Becker, dated October 28, 2024**

**Exhibit 23:**      **Email chain between Tony Glen and Ryan Burger, dated between January 17 and January 23, 2023**

**Exhibit 24:**      **Tony Glen financial emails to Jim Daws with cash positions by company**

**Exhibit 25:**      **Jim Daws' Verizon Mobile Phone Call Log**

Dated January 10, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By:    s/ Andre R. Barry
      Andre R. Barry, #22505
      Henry L. Wiedrich, #23696
      Madeline C. Hasley, #27870
      CLINE WILLIAMS WRIGHT
      JOHNSON & OLDFATHER, L.L.P.
      233 South 13th Street
      1900 US Bank Building
      Lincoln, NE 68508
      (402) 474-6900
      abarry@clinewilliams.com
      hwiedrich@clinewilliams.com
      mhasley@clinewilliams.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andre R. Barry, hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/    Andre R. Barry
Andre R. Barry