| | |
|---|---|
| **From:** | Tony Glenn </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=18c2b75a8c5b4ca99079346877e069b7-tony> |
| **Sent:** | Friday, September 13, 2024 2:56 PM |
| **To:** | Jim Daws </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fedd1c733784e9d8efaa1864ca2591b-jim>; |
| **Subject:** | Re: Re: |

Good to know.  I will just continue sending him what I normally do which is the Monday trip reports and monthly JDT financials unless you tell me otherwise.  If he contacts me, I'll forward it on to you and not respond.

I can't think of anything I'd be nervous explaining from the accounting point of view as we wanted it to be correct for both sides from the start.

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Friday, September 13, 2024 9:19 AM
**To:** Tony Glenn <tony@daws-trucking.com>
**Subject:** Re:

Not well Rick is threatening to sue me for not running the company properly.

Sent from my iPhone

On Sep 13, 2024, at 7:41 AM, Tony Glenn <tony@daws-trucking.com> wrote:

How is the reacquisition going?

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Friday, September 13, 2024 7:26 AM
**To:** Tony Glenn <tony@daws-trucking.com>
**Subject:**

Good morning,

When you have a minute please email John Vance's truck loan paperwork to Julie Karavas. Rick thinks we sold him the truck for the amount that he paid off the loan.
Thanks
Jim

EXHIBIT
3

JDT_00226323