**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Wednesday, April 17, 2024 3:57 PM
**To:** Rick Fernandez <RickF@rdtintermodal.com>;
**Subject:**

Morning,

I have decided to not let go of the DOT number. I'm not happy with the Chuck deal or taking money from Nebraska to Chicago to fund your businesses.

Jim

**EXHIBIT 4**