# Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 4 | Date Range: 8/7/2024 |

## Outline of Conversations

💬   **+14029576223** • 4 messages on 8/7/2024 • <4026415432> • Jeremy Becker <4029576223>

EXHIBIT
6

Daws0001452

**Messages in chronological order** (times are shown in GMT +00:00)

---

### +14029576223

**JB** **Jeremy Becker <4029576223>** ▶ 8/7/2024, 12:01 PM

Hey Jim.   Good morning.
Curious…do you think you can get the company bought back for less than you sold?
The reason I ask is that the market tells us that for the moment.

We have a carrier (McAllen TX) that we use that is 400 trucks and 1200 trailers that sold to a capital group four years back; who recently bought it back from that group - for less.

Receipts • <4026415432> [R:8/7/2024, 12:08 PM]

**># <4026415432>** ◀ 8/7/2024, 1:01 PM

Morning. In April Rick told to buy it back twice in one week. I made an offer and he wanted way more than it's worth without me. You and I need to visit again. Maybe Monday if you have time

Receipts • Jeremy Becker <4029576223> [R:8/7/2024, 1:02 PM]

**>> JB** **Jeremy Becker <4029576223>** ▶ 8/7/2024, 1:03 PM

I find that interesting.
You have the major leverage 😉 IMO

I am on work travel Monday.
How about Tuesday?
I am leaving for CO on Wednesday

Receipts • <4026415432> [R:8/7/2024, 1:07 PM]

**>>># <4026415432>** ◀ 8/7/2024, 1:07 PM

Tuesday works for me

Receipts • Jeremy Becker <4029576223> [R:8/7/2024, 2:54 PM]

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 8/29/2024 |

## Outline of Conversations

 **+14029576223** · 2 messages on 8/29/2024 · <4026415432> · Jeremy Becker <4029576223>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **+14029576223**

JB   **Jeremy Becker <4029576223>**    ▶ 8/29/2024, 2:39 AM

Please thank Lana as well; but thank you for dinner and setting that up tonight. Kim and I enjoyed it thoroughly.

I've mentioned it to you already, but my enthusiasm and charge comes by way of being able to shadow you and secure a solid understanding of the business. That fuels me for all the rest.

Probably time now to shape things out on how we make it work!

Receipts • <4026415432> [R:8/29/2024, 2:39 AM]

ゝ#   **<4026415432>**    ◀ 8/29/2024, 2:39 AM
👍

Receipts • Jeremy Becker <4029576223> [R:8/29/2024, 2:53 AM]

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 9/5/2024 |

## Outline of Conversations

    **+14029576223** • 10 messages on 9/5/2024 • <4026415432> • Jeremy Becker <4029576223>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

**JB** | **Jeremy Becker <4029576223>** | ▶ 9/5/2024, 3:51 PM
You do any work (or in the past)for the Department of Defense?

Receipts • <4026415432> [R:9/5/2024, 3:52 PM]

**>#** | **<4026415432>** | ◀ 9/5/2024, 3:52 PM
We did long time ago cheap rates and 100 days to pay

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 3:52 PM]

**>> JB** | **Jeremy Becker <4029576223>** | ▶ 9/5/2024, 3:53 PM
It seems to have got super saturated with bad trend- like you mention in pay terms.

Receipts • <4026415432> [R:9/5/2024, 3:53 PM]

**>>>#** | **<4026415432>** | ◀ 9/5/2024, 4:07 PM
Correct. What's Monday look like for you. I would like to start talking what we can do for each other

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 4:07 PM]

**>>>> JB** | **Jeremy Becker <4029576223>** | ▶ 9/5/2024, 4:10 PM
I am in Mnpls-St Paul Mon-Wed

Receipts • <4026415432> [R:9/5/2024, 4:14 PM]

**>>>>> JB** | **Jeremy Becker <4029576223>** | ▶ 9/5/2024, 4:10 PM
Open Thursday/Fri

Receipts • <4026415432> [R:9/5/2024, 4:14 PM]

**>>>>> > JB** | **Jeremy Becker <4029576223>** | ▶ 9/5/2024, 4:14 PM
Did you make your formal offer?

Receipts • <4026415432> [R:9/5/2024, 4:14 PM]

**>>>>> >>#** | **<4026415432>** | ◀ 9/5/2024, 4:16 PM
I will this week I. Julie is putting it together and then I'll send it.

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 4:16 PM]

**>>>>> >>> JB** | **Jeremy Becker <4029576223>** | ▶ 9/5/2024, 4:16 PM
All the best!

Receipts • <4026415432> [R:9/5/2024, 4:16 PM]

**>>>>> >>>>#** | **<4026415432>** | ◀ 9/5/2024, 4:34 PM
Thanks

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 4:34 PM]

## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 5 | Date Range: 9/10/2024 |

## Outline of Conversations

 **+14029576223** • 5 messages on 9/10/2024 • <4026415432> • Jeremy Becker <4029576223>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

**JB** **Jeremy Becker <4029576223>** ▶ 9/10/2024, 2:39 PM

Good morning from sunny Minneapolis, St. Paul.

I know we discussed Thursday as a potential day to meet. I am actually going to be out in Exeter for a funeral and would potentially be available to get together on my way back to Omaha mid to later afternoon that day.   Otherwise Friday.

Receipts • <4026415432> [R:9/10/2024, 2:39 PM]

>#  **<4026415432>** ◀ 9/10/2024, 2:42 PM

We have arriving today till Friday. We'll drop them at the airport around 10 and could meet n west Omaha for lunch

Receipts • Jeremy Becker <4029576223> [D:9/10/2024, 2:42 PM]

>> **JB** **Jeremy Becker <4029576223>** ▶ 9/10/2024, 2:42 PM

Friday would work.
Hows dealing with Rick?

Receipts • <4026415432> [R:9/10/2024, 2:42 PM]

>>># **<4026415432>** ◀ 9/10/2024, 2:46 PM

Julie is sending our proposal as we speak. I'll be getting yelled by late afternoon 😂😂😂

Receipts • Jeremy Becker <4029576223> [D:9/10/2024, 2:46 PM]

>>>> **JB** **Jeremy Becker <4029576223>** ▶ 9/10/2024, 2:49 PM

Get it bro!

Receipts • <4026415432> [R:9/10/2024, 2:50 PM]

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 9/24/2024 |

## Outline of Conversations



**+14029576223** • 4 messages on 9/24/2024 • <4026415432> • Jeremy Becker <4029576223>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

JB **Jeremy Becker <4029576223>**   ▶ 9/24/2024, 2:42 PM

Thanks for believing in me and the process. I really know you are dealing with some underlying issue with Rick & Co - so just glad you still take time to chat.
This is a big leap of faith for my career and family, but one that I want to be part of. I cannot help but appreciate to have a longstanding industry great like you being there with this offer to join. Most importantly though, the camaraderie we can build and for me to learn as much as I can from you, while you are willing before you ride off on the white horse.

Receipts • <4026415432> [R:9/24/2024, 2:42 PM]

ᐳ# **<4026415432>**   ◀ 9/24/2024, 2:43 PM

I'm excited about getting us together and when that happens I'll be available for quite sometime

Receipts • Jeremy Becker <4029576223> [D:9/24/2024, 2:43 PM]

ᐳᐳ JB **Jeremy Becker <4029576223>**   ▶ 9/24/2024, 2:50 PM

BTW…congrats on next weeks retirement 😂

Receipts • <4026415432> [R:9/24/2024, 3:03 PM]

ᐳᐳᐳ# **<4026415432>**   ◀ 9/24/2024, 3:03 PM

Too funny

Receipts • Jeremy Becker <4029576223> [D:9/24/2024, 3:03 PM]

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 9/27/2024 |

## Outline of Conversations

   **+14029576223** • 5 messages on 9/27/2024 • <4026415432> • Jeremy Becker <4029576223>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

JB | **Jeremy Becker <4029576223>** | ▶ 9/27/2024, 4:30 PM
Is there any chance that you could get someone among your group to send me an overview of what the benefits look like at Daws? Would love to take a look at them if you don't mind.

Receipts • <4026415432> [R:9/27/2024, 4:30 PM]

> JB | **Jeremy Becker <4029576223>** | ▶ 9/27/2024, 4:32 PM
If you have a bunch of stuff going on today, then don't even worry about it and we can chat next week!

Receipts • <4026415432> [R:9/27/2024, 4:39 PM]

>># | **<4026415432>** | ◀ 9/27/2024, 6:00 PM
It's turning into a shit show. Rick is here and moving out

Receipts • Jeremy Becker <4029576223> [D:9/27/2024, 6:00 PM]

>>> JB | **Jeremy Becker <4029576223>** | ▶ 9/27/2024, 6:30 PM
NO worries. Sorry to bother you
Al the best to you down there.

Receipts • <4026415432> [R:9/27/2024, 6:30 PM]

>>>># | **<4026415432>** | ◀ 9/27/2024, 6:30 PM
👍

Receipts • Jeremy Becker <4029576223> [D:9/27/2024, 6:30 PM]