**Sent:** Fri 9/27/2024 3:13:19 PM
**Subject:** Daws Contacts
**From:** Jim Daws <jimdaws24@gmail.com>
**To:** "dbroadwell61@gmail.com" <dbroadwell61@gmail.com>, "Mr.Keeler103@gmail.com" <Mr.Keeler103@gmail.com>, "coreymstull@gmail.com" <coreymstull@gmail.com>, lil_vanis28@yahoo.com, "csuper113@gmail.com" <csuper113@gmail.com>, "bmolthan@gmail.com" <bmolthan@gmail.com>, "bwatson53@gmail.com" <bwatson53@gmail.com>, joann@jrweldinginc.net, "jaisadouty@gmail.com" <jaisadouty@gmail.com>, "ktemme8@gmail.com" <ktemme8@gmail.com>, "mattiehans@gmail.com" <mattiehans@gmail.com>

Hello Everyone!

Jim Daws - jimdaws24@gmail.com   - 402-641-5432
Jeff Keeler - mr.keeler103@gmail.com   785-543-7246
RaNae Muenchrath - lil_vanis28@yahoo.com   402-641-1832
Dennis Broadwell - dbroadwell61@gmail.com   402-641-5666
Bill Molthan - bmolthan@gmail.com   402-641-4261
Cait Super - csuper113@gmail.com   402-803-4111
Bryan Watson - bwatson53@gmail.com   402-641-2158
Tony Glenn - tglenn1892@gmail.com   402-890-6447
JoAnn Roth - joann@jrweldinginc.net   402-641-3718
Kathy Temme - ktemme8@gmail.com   402-366-9312
Jaisa Douty - jaisadouty@gmail.com   402-641-9295
Corey Stull - coreymstull@gmail.com   402-641-6249
Mattie Hans - mattiehans@gmail.com   402-641-2313

**EXHIBIT 7**

Daws0000580