## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/9/2024 |

## Outline of Conversations

💬    **+17857388858** • 4 messages on 10/9/2024 • <4026415432> • Cory Pinnel <7857388858>

EXHIBIT
8

Daws0001939

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **+17857388858**

CP **Cory Pinnel <7857388858>** ▶ 10/9/2024, 2:36 PM

Hey this is Cory, just letting you know, I feel like they are giving me the runaround as far as getting paid, they just gave me a new number to call and there's no answer and mailbox is full. Called Chicago back and they said to send a text, hopefully I'll get a call back soon

Receipts • <4026415432> [R:10/9/2024, 2:36 PM]

># **<4026415432>** ◀ 10/9/2024, 2:42 PM

Corey and I will pay you to stay home. $1000 a week. But reach out to the Nebraska department of labor about not getting paid

>> CP **Cory Pinnel <7857388858>** ▶ 10/9/2024, 2:44 PM

Thanks, I'm going to give them a couple of hours to see if I get a call back and go from there

Receipts • <4026415432> [R:10/9/2024, 2:44 PM]

>>># **<4026415432>** ◀ 10/9/2024, 2:44 PM

👍