## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 10/15/2024 |

### Outline of Conversations

💬  **+17856142552** • 2 messages on 10/15/2024 • <4026415432> • Jeff Cyphers <7856142552>

EXHIBIT
9

Daws0002011

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+17856142552**

JC **Jeff Cyphers <7856142552>** ▶ 10/15/2024, 11:30 PM
How did today go.....we out a month or year????...I got to do something

Receipts · <4026415432> [R:10/15/2024, 11:30 PM]

>#  **<4026415432>** ◀ 10/15/2024, 11:31 PM
A plan is coming together should have answers Friday