## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 10/12/2024 |

## Outline of Conversations

**+13303160157** • 6 messages on 10/12/2024 • <4026415432> • Jerry Anderson <3303160157>

**EXHIBIT 10**

Daws0001986

**Messages in chronological order** (times are shown in GMT +00:00)

**+13303160157**

| | | |
|---|---|---|
| JA | **Jerry Anderson <3303160157>**<br>Is cleaned out | ▶ 10/12/2024, 9:39 PM |
| | Receipts • <4026415432> [R:10/12/2024, 10:23 PM] | |
| ># | **<4026415432>**<br>Thanks | ◀ 10/12/2024, 10:23 PM |
| >># | **<4026415432>**<br>Question Matt roach and try to figure out how loyal he is | ◀ 10/12/2024, 10:32 PM |
| >>><br>JA | **Jerry Anderson <3303160157>**<br>Ok | ▶ 10/12/2024, 10:33 PM |
| | Receipts • <4026415432> [R:10/12/2024, 10:33 PM] | |
| >>>><br>JA | **Jerry Anderson <3303160157>**<br>On it | ▶ 10/12/2024, 10:33 PM |
| | Receipts • <4026415432> [R:10/12/2024, 10:33 PM] | |
| >>>>><br># | **<4026415432>**<br>Thanks | ◀ 10/12/2024, 10:33 PM |