## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 10/2/2024 |

## Outline of Conversations

💬    **+14174305501** • 8 messages on 10/2/2024 • <4026415432> • Mike Hill <4174305501>

EXHIBIT
11

Daws0001890

**Messages in chronological order** (times are shown in GMT +00:00)

## +14174305501

**Mike Hill <4174305501>** ▶ 10/2/2024, 2:06 PM

Do we have someone doing payroll and cash advances asking cause Andrea text said she looking for freight for us to start running with

Receipts • <4026415432> [R:10/2/2024, 2:06 PM]

**<4026415432>** ◀ 10/2/2024, 2:07 PM

I would call Chuck and ask him that question. If you do video when you call it tapes the conversation or take notes

Receipts • Mike Hill <4174305501> [R:10/2/2024, 2:08 PM]

**Mike Hill <4174305501>** ▶ 10/2/2024, 5:11 PM

Michael, since Jim owns the truck unfortunately my hands are tied and will not be able to dispatch you. Please refer to Jim at this point

Receipts • <4026415432> [R:10/2/2024, 5:13 PM]

**<4026415432>** ◀ 10/2/2024, 5:16 PM

I've been notified that my hands are tied so I don't know what to say. I may have more answers on Friday

Receipts • Mike Hill <4174305501> [R:10/2/2024, 5:17 PM]

**Mike Hill <4174305501>** ▶ 10/2/2024, 5:18 PM

Just letting u know what they said plus I recorded conversation I had if u need it

Receipts • <4026415432> [R:10/2/2024, 5:23 PM]

**<4026415432>** ◀ 10/2/2024, 5:23 PM

Please send it

Receipts • Mike Hill <4174305501> [R:10/2/2024, 5:27 PM]

**Mike Hill <4174305501>** ▶ 10/2/2024, 5:28 PM

Just sent from wife's phone

Receipts • <4026415432> [R:10/2/2024, 5:28 PM]

**<4026415432>** ◀ 10/2/2024, 5:28 PM

Thanks

Receipts • Mike Hill <4174305501> [R:10/2/2024, 5:28 PM]