## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 10/1/2024 |

## Outline of Conversations

💬 **+18017916962** • 14 messages on 10/1/2024 • <4026415432> • Tommy McGee <8017916962>

EXHIBIT
**13**

Daws0001855

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+18017916962**

TM **Tommy McGee <8017916962>** ▶ 10/1/2024, 1:39 PM
Mornin

I Chatted With Sylvia yesterday in text and this mornin. She asked me to stay put. I'm in Kankakee Illinois. So I'm hangin out waiting for my next load. I know the computers and the phones are down. I did scan my paperwork and drop my load in trip pack.

Tommy

Receipts • <4026415432> [R:10/1/2024, 1:40 PM]

># **<4026415432>** ◀ 10/1/2024, 1:40 PM
Thanks

Receipts • Tommy McGee <8017916962> [D:10/1/2024, 1:40 PM]

>> TM **Tommy McGee <8017916962>** ▶ 10/1/2024, 8:12 PM
Hi Jim
Is there any news yet. You still want me to stay here in Kankakee, Illinois and contact you tomorrow

Receipts • <4026415432> [R:10/1/2024, 8:12 PM]

>>># **<4026415432>** ◀ 10/1/2024, 8:13 PM
Call Chuck in Chicago. Take good notes about the conversation please

Receipts • Tommy McGee <8017916962> [D:10/1/2024, 8:13 PM]

>>>> TM **Tommy McGee <8017916962>** ▶ 10/1/2024, 8:13 PM
Okay

Receipts • <4026415432> [R:10/1/2024, 8:13 PM]

>>>>> TM **Tommy McGee <8017916962>** ▶ 10/1/2024, 8:25 PM
Talk to Chuck
Talked to my location, my truck, my trailer and load out here to this area because he didn't see it in his system. I told him I already scanned load information and dropped trip envelope in trip box. He doesn't know what to do with me. He wanted to make a phone call and call me back so I'm waiting for return phone call. He said that my truck was not shown to be in this area.

Receipts • <4026415432> [R:10/1/2024, 8:25 PM]

>>>>> > TM **Tommy McGee <8017916962>** ▶ 10/1/2024, 8:37 PM
Tommy I am not able to find a flatbed load today. Ask Jim what he think you should do. We weren't prepared to find loads for flatbed truck. I may be able to help tomorrow with some luck. I realize you are driving one of RDT's truck I hope you will continue to do so, but it's going to take a little time to get back to normal

Receipts • <4026415432> [R:10/1/2024, 8:37 PM]

>>>>> >> TM **Tommy McGee <8017916962>** ▶ 10/1/2024, 8:37 PM
From Chuck

Receipts • <4026415432> [R:10/1/2024, 8:37 PM]

>>>>>  <4026415432>                                                          ◀ 10/1/2024, 8:38 PM
>>># I'm not allowed help. Tell Chuck that

  Receipts • Tommy McGee <8017916962> [D:10/1/2024, 8:38 PM]

>>>>>  Tommy McGee <8017916962>                                              ▶ 10/1/2024, 8:39 PM
>>>>  Okay
TM
  Receipts • <4026415432> [R:10/1/2024, 8:39 PM]

>>>>>  Tommy McGee <8017916962>                                              ▶ 10/1/2024, 8:42 PM
>>>>>  He said to just hold out where I'm at.
TM
  Receipts • <4026415432> [R:10/1/2024, 9:45 PM]

>>>>>  Tommy McGee <8017916962>                                              ▶ 10/1/2024, 9:43 PM
>>>>>  I going ask you to wait until the morning to find a load.  Thank you
TM
  Receipts • <4026415432> [R:10/1/2024, 9:45 PM]

>>>>>  Tommy McGee <8017916962>                                              ▶ 10/1/2024, 9:43 PM
>>>>>  From Chuck
TM
  Receipts • <4026415432> [R:10/1/2024, 9:45 PM]

>>>>>  <4026415432>                                                          ◀ 10/1/2024, 9:45 PM
>>>>>  Thanks
#
  Receipts • Tommy McGee <8017916962> [D:10/1/2024, 9:45 PM]