## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 10/8/2024 |

## Outline of Conversations

💬    **+14026411832** • 7 messages on 10/8/2024 • <4026415432> • Ranae Muenchrath <4026411832>

**EXHIBIT 14**

Daws0001935

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14026411832**

\# **<4026415432>**  10/8/2024, 6:00 PM
Do you know if Mattie went to work for Rick

Receipts • Ranae Muenchrath <4026411832> [D:10/8/2024, 6:00 PM]

> RM **Ranae Muenchrath <4026411832>**  10/8/2024, 6:01 PM
I do not know that

Receipts • <4026415432> [R:10/8/2024, 6:01 PM]

>># **<4026415432>**  10/8/2024, 6:01 PM
Please ask her as I can't

Receipts • Ranae Muenchrath <4026411832> [D:10/8/2024, 6:01 PM]

>>> RM **Ranae Muenchrath <4026411832>**  10/8/2024, 6:02 PM
I will

Receipts • <4026415432> [R:10/8/2024, 6:02 PM]

>>>> RM **Ranae Muenchrath <4026411832>**  10/8/2024, 6:16 PM
She said no she didn't

Receipts • <4026415432> [R:10/8/2024, 6:25 PM]

>>>>> \# **<4026415432>**  10/8/2024, 6:25 PM
Thanks

Receipts • Ranae Muenchrath <4026411832> [D:10/8/2024, 6:25 PM]

>>>>> > RM **Ranae Muenchrath <4026411832>**  10/8/2024, 6:25 PM
Welcome

Receipts • <4026415432> [R:10/8/2024, 6:50 PM]