## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 17 | Date Range: 9/27/2024 |

## Outline of Conversations

💬  **+14028906447** • 17 messages on 9/27/2024 • <4026415432> • Tony Glen <4028906447>

**EXHIBIT 15**

Daws0001795

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14028906447**

**TG** — **Tony Glen <4028906447>**  ▶ 9/27/2024, 5:45 PM
Should I text Rick & see if he knows he may have killed payroll?

Receipts • <4026415432> [R:9/27/2024, 5:46 PM]

**>#** **<4026415432>**  ◀ 9/27/2024, 5:46 PM
Yes please

Receipts • Tony Glen <4028906447> [D:9/27/2024, 5:46 PM]

**>> TG** **Tony Glen <4028906447>**  ▶ 9/27/2024, 5:50 PM
Response from Rick -Ok let know how we can get to bank to send it I'm moving to server to another location

Receipts • <4026415432> [R:9/27/2024, 5:52 PM]

**>>>#** **<4026415432>**  ◀ 9/27/2024, 5:58 PM
Can you still send a mass text to the drivers

Receipts • Tony Glen <4028906447> [D:9/27/2024, 5:58 PM]

**>>>> TG** **Tony Glen <4028906447>**  ▶ 9/27/2024, 6:01 PM
No

Receipts • <4026415432> [R:9/27/2024, 6:01 PM]

**>>>>> #** **<4026415432>**  ◀ 9/27/2024, 6:01 PM
I think Jaisa and Ranae will work on it

Receipts • Tony Glen <4028906447> [D:9/27/2024, 6:01 PM]

**>>>>> > TG** **Tony Glen <4028906447>**  ▶ 9/27/2024, 6:01 PM
Ok

Receipts • <4026415432> [R:9/27/2024, 6:08 PM]

**>>>>> >> #** **<4026415432>**  ◀ 9/27/2024, 8:39 PM
Scott Mitchell has a lawyer and he wants a list of the guys that have escrow so they can take him to court.

Receipts • Tony Glen <4028906447> [D:9/27/2024, 8:39 PM]

**>>>>> >>> TG** **Tony Glen <4028906447>**  ▶ 9/27/2024, 8:54 PM
I should have that in the files I backed up this week. I'll send them to you Sunday.

Receipts • <4026415432> [R:9/27/2024, 8:58 PM]

**>>>>> >>>> TG** **Tony Glen <4028906447>**  ▶ 9/27/2024, 8:56 PM
I missed a call from you earlier when I was on the phone with Stanley & Verizon & just noticed it. Anything need done?

Receipts • <4026415432> [R:9/27/2024, 8:58 PM]

**>>>>> >>>>> #** **<4026415432>**  ◀ 9/27/2024, 8:58 PM
Jeff had a copy on his desk should be good till Monday

Receipts • Tony Glen <4028906447> [D:9/27/2024, 8:58 PM]

\>\>\>\>\> **Tony Glen <4028906447>** ▶ 9/27/2024, 9:10 PM
\>\>\>\>\> It it's that weekly oo stats report that's the best.
TG
Receipts • <4026415432> [R:9/27/2024, 9:10 PM]

\>\>\>\>\> **<4026415432>** ◀ 9/27/2024, 9:11 PM
\>\>\>\>\> Yep Jeff had last weeks copy so Rick is going to be surprised
\#
Receipts • Tony Glen <4028906447> [D:9/27/2024, 9:11 PM]

\>\>\>\>\> **Tony Glen <4028906447>** ▶ 9/27/2024, 10:16 PM
\>\>\>\>\> Good
TG
Receipts • <4026415432> [R:9/27/2024, 10:18 PM]

\>\>\>\>\> **<4026415432>** ◀ 9/27/2024, 10:20 PM
\>\>\>\>\> Scott will need the escrow amount for each driver as he is contacting each of the guys so they have 1 lawyer
\#
Receipts • Tony Glen <4028906447> [D:9/27/2024, 10:20 PM]

\>\>\>\>\> **Tony Glen <4028906447>** ▶ 9/27/2024, 10:21 PM
\>\>\>\>\> It should be listed on Jeff's paper by name,  it is the one that shows maint each week too.
TG
Receipts • <4026415432> [R:9/27/2024, 10:23 PM]

\>\>\>\>\> **Tony Glen <4028906447>** ▶ 9/27/2024, 10:22 PM
\>\>\>\>\> I can easily provide once I'm in Lincoln if not.
TG
Receipts • <4026415432> [R:9/27/2024, 10:23 PM]