## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 14 | Date Range: 10/29/2024 |

## Outline of Conversations

💬   **+14028906447** • 14 messages on 10/29/2024 • <4026415432> • Tony Glen <4028906447>

**EXHIBIT 16**

Daws0002587

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14028906447**

\# **<4026415432>**  ◀ 10/29/2024, 4:10 PM
I went thru all the file drawers in your office and no yellow files

Receipts • Tony Glen <4028906447> [D:10/29/2024, 4:10 PM]

\> TG **Tony Glen <4028906447>**  ▶ 10/29/2024, 4:17 PM
Should look like this & be in back of second drawer down cabinet next to printer.  If not, someone took it.  Did you see any yellow files like that for the related companies?

*File **"71e77024-24d3-459e-b510-f2bc3a341b7b.jpeg"** is missing.*
*Image: ~_Library_SMS_Attachments_02_02_C66DB5FA-6862-41A2-8401-5CD8301E3536_IMG_5250.jpeg (1 MB)*

Receipts • <4026415432> [R:10/29/2024, 4:17 PM]

\>> TG **Tony Glen <4028906447>**  ▶ 10/29/2024, 4:17 PM
IMG_5250.jpeg
https://p41-content.icloud.com/MYCA308CFB6D54BDB652B06E523FB9DCDF55A886D3C4FC6F6B999620ECC2E97480.21F788CE698EE1A9.C01USN00

Receipts • <4026415432> [R:10/29/2024, 4:17 PM]

\>>\# **<4026415432>**  ◀ 10/29/2024, 4:18 PM
There gone

Receipts • Tony Glen <4028906447> [D:10/29/2024, 4:18 PM]

\>>> TG **Tony Glen <4028906447>**  ▶ 10/29/2024, 4:18 PM
Julie time?

Receipts • <4026415432> [R:10/29/2024, 4:18 PM]

\>>>>\# **<4026415432>**  ◀ 10/29/2024, 4:18 PM
I told Tim

Receipts • Tony Glen <4028906447> [D:10/29/2024, 4:18 PM]

\>>>>> TG **Tony Glen <4028906447>**  ▶ 10/29/2024, 4:19 PM
Do you want me to ask Rick?

Receipts • <4026415432> [R:10/29/2024, 4:19 PM]

\>>>>>\># **<4026415432>**  ◀ 10/29/2024, 4:20 PM
Yes please I was there today and took files for j&l and the TLC checks and printer and Rick seen me.

Receipts • Tony Glen <4028906447> [D:10/29/2024, 4:20 PM]

\>>>>>>> TG **Tony Glen <4028906447>**  ▶ 10/29/2024, 4:21 PM
Will do.

Receipts • <4026415432> [R:10/29/2024, 4:21 PM]

\>>>>>>>> **Tony Glen <4028906447>**  ▶ 10/29/2024, 4:22 PM
Are we banned from the property until 10/31 lease elapse?

TG

Receipts • <4026415432> [R:10/29/2024, 4:22 PM]

>>>>> <4026415432> ◄ 10/29/2024, 4:23 PM
>>>># Yes but they don't always lock up so I been checking on things.

Receipts • Tony Glen <4028906447> [D:10/29/2024, 4:23 PM]

>>>>> Tony Glen <4028906447> ► 10/29/2024, 4:23 PM
>>>>> Should I wait until Friday to ask him?
TG

Receipts • <4026415432> [R:10/29/2024, 4:23 PM]

>>>>> <4026415432> ◄ 10/29/2024, 4:43 PM
>>>>> Probably
#

Receipts • Tony Glen <4028906447> [D:10/29/2024, 4:43 PM]

>>>>> Tony Glen <4028906447> ► 10/29/2024, 5:29 PM
>>>>> Ok
TG

Receipts • <4026415432> [R:10/29/2024, 6:24 PM]