## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 9 | Date Range: 9/28/2024 |

## Outline of Conversations

💬  **+16624164629** • 9 messages on 9/28/2024 • <4026415432> • Otho <6624164629>

EXHIBIT 17

**Messages in chronological order** (times are shown in GMT +00:00)

**+16624164629**

**Otho <6624164629>**  9/28/2024, 8:55 PM
I know you have a lot going on right now but if u could find me the time to call me I would greatly appreciate it

Receipts • <4026415432> [R:9/28/2024, 8:55 PM]

**<4026415432>**  9/28/2024, 8:55 PM
Who is this

**Otho <6624164629>**  9/28/2024, 8:56 PM
Otho

Receipts • <4026415432> [R:9/28/2024, 8:56 PM]

**<4026415432>**  9/28/2024, 9:14 PM
Scott Mitchell will reach out to you and Matt. He's retaining an attorney to get your escrow back. Probably Monday

**Otho <6624164629>**  9/28/2024, 9:23 PM
Ok thank you sit

Receipts • <4026415432> [R:9/28/2024, 9:26 PM]

**Otho <6624164629>**  9/28/2024, 9:23 PM
Sir

Receipts • <4026415432> [R:9/28/2024, 9:26 PM]

**<4026415432>**  9/28/2024, 9:27 PM
If or when you talk to Rick chew his ass but no threats or violence

**<4026415432>**  9/28/2024, 9:27 PM
Tell everyone you talk to please

**Otho <6624164629>**  9/28/2024, 9:28 PM
Will do

Receipts • <4026415432> [R:9/28/2024, 9:29 PM]