## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 2 | Date Range: 10/7/2024 |

## Outline of Conversations

💬    **+19703962800** · 2 messages on 10/7/2024 · <4026415432> · Wayne Schmeeckle <9703962800>

EXHIBIT
**18**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+19703962800**

WS **Wayne Schmeeckle <9703962800>** ▶ 10/7/2024, 4:04 PM
Jim, is it going OK in your world?

Receipts • <4026415432> [R:10/7/2024, 4:19 PM]

ン# **<4026415432>** ◀ 10/7/2024, 4:21 PM
Still not the best. I'll know more this afternoon. Lots of support from customers like you. Thanks for asking

Receipts • Wayne Schmeeckle <9703962800> [R:10/7/2024, 4:21 PM]