## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 11 | Date Range: 10/23/2024 |

## Outline of Conversations

💬   **+14026411832** • 11 messages on 10/23/2024 • <4026415432> • Ranae Muenchrath <4026411832>

**EXHIBIT 19**

Daws0002086

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14026411832**

**RM** — **Ranae Muenchrath <4026411832>** ▶ 10/23/2024, 10:58 PM
Just got told Bailey went to work for Rick

Receipts • <4026415432> [R:10/23/2024, 11:03 PM]

**>#** — **<4026415432>** ◀ 10/23/2024, 11:03 PM
Do you think that's a problem kinda lazy I think

Receipts • Ranae Muenchrath <4026411832> [D:10/23/2024, 11:03 PM]

**>>RM** — **Ranae Muenchrath <4026411832>** ▶ 10/23/2024, 11:04 PM
I don't think it's a problem.   She was one that wanted to change everything too

Receipts • <4026415432> [R:10/23/2024, 11:04 PM]

**>>>RM** — **Ranae Muenchrath <4026411832>** ▶ 10/23/2024, 11:04 PM
And if it's true they all got to name their price I can't imagine what her total was

Receipts • <4026415432> [R:10/23/2024, 11:04 PM]

**>>>>#** — **<4026415432>** ◀ 10/23/2024, 11:05 PM
We can start running flatbed freight if we can get trailers and activate loyal so we will be talking more this week. Jeff and I are having breakfast at pac n save at 8 if you want to join us

Receipts • Ranae Muenchrath <4026411832> [D:10/23/2024, 11:05 PM]

**>>>>>#** — **<4026415432>** ◀ 10/23/2024, 11:08 PM
Bring your notary stamp

Receipts • Ranae Muenchrath <4026411832> [D:10/23/2024, 11:08 PM]

**>>>>>>RM** — **Ranae Muenchrath <4026411832>** ▶ 10/23/2024, 11:08 PM
I can join you if you would like me to.   I don't have much going on.   Also does Corey know any of this

Receipts • <4026415432> [R:10/23/2024, 11:08 PM]

**>>>>>>>RM** — **Ranae Muenchrath <4026411832>** ▶ 10/23/2024, 11:08 PM
I will bring it with me.

Receipts • <4026415432> [R:10/23/2024, 11:08 PM]

**>>>>>>>>#** — **<4026415432>** ◀ 10/23/2024, 11:09 PM
Bring Corey as well

Receipts • Ranae Muenchrath <4026411832> [D:10/23/2024, 11:09 PM]

**>>>>>>>>>RM** — **Ranae Muenchrath <4026411832>** ▶ 10/23/2024, 11:10 PM
Okay I will text him to meet us there

Receipts • <4026415432> [R:10/23/2024, 11:10 PM]

**>>>>>>>>>>#** — **<4026415432>** ◀ 10/23/2024, 11:11 PM
👍

Receipts • Ranae Muenchrath <4026411832> [D:10/23/2024, 11:11 PM]

Daws0002088