# Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 7 | Date Range: 10/30/2024 |

## Outline of Conversations

💬  **+14024460093** • 7 messages on 10/30/2024 • <4026415432> • Brandon Krumme <4024460093>

**EXHIBIT 20**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14024460093**

BK **Brandon Krumme <4024460093>** ▶ 10/30/2024, 12:34 AM

I just thought if you were at the yard I would just pop in for a little bit. Thanks for getting us back to work until we get up and running again. I'm looking forward to making DAWS GREAT AGAIN!😼 I talked to Corey and he told me where to look for my problem and I got it fixed.
Thanks Jim!

Receipts • <4026415432> [R:10/30/2024, 12:34 AM]

ᐅ# **<4026415432>** ◀ 10/30/2024, 12:36 AM

You're welcome Brandon. Super cool about your loyalty. The kids will get it going again. When will you be at the yard

Receipts • Brandon Krumme <4024460093> [R:10/30/2024, 12:38 AM]

ᐅᐅ BK **Brandon Krumme <4024460093>** ▶ 10/30/2024, 12:39 AM

My appointment is at 9am in Lincoln so I'm guessing 10:30 or 11ish.

Receipts • <4026415432> [R:10/30/2024, 12:52 AM]

ᐅᐅᐅ# **<4026415432>** ◀ 10/30/2024, 12:52 AM

Let me know when you leave Lincoln and I will try to make it

Receipts • Brandon Krumme <4024460093> [R:10/30/2024, 12:52 AM]

ᐅᐅᐅᐅ BK **Brandon Krumme <4024460093>** ▶ 10/30/2024, 12:53 AM

Ok sounds like a plan.

Receipts • <4026415432> [R:10/30/2024, 1:02 AM]

ᐅᐅᐅᐅᐅ BK **Brandon Krumme <4024460093>** ▶ 10/30/2024, 2:30 PM

On my way

Receipts • <4026415432> [R:10/30/2024, 2:41 PM]

ᐅᐅᐅᐅᐅᐅ BK **Brandon Krumme <4024460093>** ▶ 10/30/2024, 4:53 PM

Could you please call me when you get a minute thanks

Receipts • <4026415432> [R:10/30/2024, 5:10 PM]