Sent from my iPhone

Begin forwarded message:

> **From:** "Thalken, Timothy" <TTHALKEN@fraserstryker.com>
> **Date:** October 31, 2024 at 6:52:11 AM CDT
> **To:** Jim Daws <jimdaws24@gmail.com>
> **Cc:** "Mullin, David" <DMULLIN@fraserstryker.com>
> **Subject: Offer**

After the hearing Andy pulled me aside (Rick wasn't present), and said that he knows that you're not interested in buying the company, but Rick would be willing to sell back the assets to you if you took over the bank debt and walked away from the promissory note. I reaffirmed that you told me that you weren't interested in buying. Andy said something to the effect that he understands but that Jim might want to buy it back to set up Renee and Corey (I can't remember if he used these specific names). I said if you want me to convey an offer to Jim, the devil is in the details, and I would need to know how much debt we're talking about. Andy said it's about $4.8 million, but he said the bank has "skin in the game" and they/we may be able to negotiate with the bank to cut it down to $4.5 million. I confirmed that you wouldn't have to pay any cash, and he said yes. I told him I'd convey it to you and get back to him.

Either Andy spoke out school and misinterpreted what Rick said, or they're fishing to see if you're really are interested in buying. The fact that Andy called me back shortly thereafter to walk back the offer before we responded, suggests to me that Andy misinterpreted what Rick was thinking regarding settlement.

-Tim

**Timothy J. Thalken**

Attorney

**DIRECT:** 402.978.5285

**EMAIL:** tthalken@fraserstryker.com    <u>Visit my bio</u>



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
<u>fraserstryker.com</u>

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Jim Daws <jimdaws24@gmail.com>
**Sent:** Thursday, October 31, 2024 6:37 AM
**To:** Thalken, Timothy <TTHALKEN@FraserStryker.com>
**Subject:** [EXTERNAL]

Good morning,

**EXHIBIT 21**

I'm somewhat shocked but not surprised either. If you have time would you send me an email about what you and Andy talked about before the voice mail? Is this another ploy to get me off the fence? Andy is correct. I'm not interested in making Rick feel whole! I was going to ask you if I could talk to Rick's bankers and get the actual number that is debt? Rick has told customers that he has trailers for sale so if that happens it would change the debt basis.

I looked the APA over and it lists additional cubicle and 2 air compressors. I feel he should not be allowed to take them out of the office or shop and he should pay for an electrician to repair the cut wires.

I would expect that Corey, Ranae and Jeremey will finish getting a trucking company going. I have a meeting at 8 but should be available after that.

Thanks

Jim Daws

Daws0001107