## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/28/2024 |

## Outline of Conversations

💬     **+14029576223** · 4 messages on 10/28/2024 · <4026415432> · Jeremy Becker <4029576223>

<div style="border:1px solid black; display:inline-block; text-align:center">

**EXHIBIT**

**22**

</div>

**Daws0002136**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬     **+14029576223**

\#     **<4026415432>**                                                         ◄ 10/28/2024, 1:09 PM
The enemy got your email from last week

Receipts • Jeremy Becker <4029576223> [D:10/28/2024, 1:09 PM]

> JB     **Jeremy Becker <4029576223>**                                         ► 10/28/2024, 1:11 PM
Sheesh.

Receipts • <4026415432> [R:10/28/2024, 1:11 PM]

>> JB     **Jeremy Becker <4029576223>**                                        ► 10/28/2024, 2:29 PM
Any news from your legal team?

Receipts • <4026415432> [R:10/28/2024, 2:29 PM]

>>>\#     **<4026415432>**                                                      ◄ 10/28/2024, 2:29 PM
Call me

Receipts • Jeremy Becker <4029576223> [D:10/28/2024, 2:29 PM]

Daws0002137