| | |
|---|---|
| **From:** | Ryan Burger <ryan@gbecpa.com> |
| **Sent:** | Monday, January 23, 2023 7:41 PM |
| **To:** | Tony Glenn <tony@daws-trucking.com>; |
| **Subject:** | RE: J & L Enterprises tax wps |

No we haven't started yet.

**Ryan L Burger, CPA**

**Investment Advisor Representative**

**GBE CPA**

418 Seward St

Seward NE 68434

Phone: (402) 643-4557

Fax: (402) 643-9201

**www.gbecpa.com**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Monday, January 23, 2023 1:29 PM
**To:** Ryan Burger <ryan@gbecpa.com>
**Subject:** Re: J & L Enterprises tax wps

Ryan, is it too late to put the brakes on this one? I may have Thomas Voisin truck to add, thanks.

**From:** Ryan Burger <ryan@gbecpa.com>
**Sent:** Tuesday, January 17, 2023 12:48 PM
**To:** Tony Glenn <tony@daws-trucking.com>
**Subject:** RE: J & L Enterprises tax wps

Ha. Maybe he can sell it off again ☺

**Ryan L Burger, CPA**

**Investment Advisor Representative**

**GBE CPA**

418 Seward St

Seward NE 68434

Phone: (402) 643-4557

Fax: (402) 643-9201

**www.gbecpa.com**

**EXHIBIT 23**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Tuesday, January 17, 2023 12:43 PM
**To:** Ryan Burger <ryan@gbecpa.com>
**Subject:** Re: J & L Enterprises tax wps

Yes, with the sale of Daws a lot of other things land there now.  It's not odd to have owner/operators turn back trucks to us during a year, but what is odd is that the new trucking company is so in debt that it can't absorb them & pay Jim what is owed on notes so he just adds them to J & L and runs them.  These related companies may rival the new trucking company in size before too long!

**From:** Ryan Burger <ryan@gbecpa.com>
**Sent:** Tuesday, January 17, 2023 12:33 PM
**To:** Tony Glenn <tony@daws-trucking.com>
**Subject:** RE: J & L Enterprises tax wps

Big file this year!!! Thank you

**Ryan L Burger, CPA**

**Investment Advisor Representative**

**GBE CPA**

418 Seward St

Seward NE 68434

Phone: (402) 643-4557

Fax: (402) 643-9201

**www.gbecpa.com**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Tuesday, January 17, 2023 12:17 PM
**To:** Ryan Burger <ryan@gbecpa.com>
**Subject:** J & L Enterprises tax wps

Thanks