**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Tue 10/22/2024 10:53:54 AM
**Subject:** cash for Tue Oct 22
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
CTL $387k
Loyal $47k
JLD $47k
J&L $79k

**EXHIBIT 24**

**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Wed 10/23/2024 10:53:05 AM
**Subject:** cash for Wed Oct 23
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
XRL $387k
Loyal $44k
JLD $47k
J&L $79k
Pyr $17k

**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Thur 10/24/2024 10:57:21 AM
**Subject:** cash for Thu Oct 24
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
CTL $387k
Loyal $42k
JLD $78k
J&L $78k
Pyr $19k

No accrued vacation received yet. Gloria told me early last week that those checks were to be mailed out last Wed. A text to Rick last night has gone unanswered as of now. COBRA letter was received Monday.

**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Fri 10/25/2024 11:37:33 AM
**Subject:** cash for Fri Oct 25
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
CTL $387k
Loyal $41k
JLD $46k
J&L $78k
Pyr $19k

Still no word or check from Rick or Gloria so I submitted a complaint with the NE DOL. JoAnn had done so a while so we'll see what happens. Jeff called me with an update yesterday and I will help however I can. Have a good w and pray for the Huskers!

**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Mon 10/28/2024 10:55:52 AM
**Subject:** cash for Mon Oct 28
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
CTL $421k
Loyal $40k
JLD $45k
J&L $75k
Pyr $19k

Did you find the invoice you were looking for?

**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Tue 10/29/2024 10:43:30 AM
**Subject:** cash for Tue Oct 29
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
CTL $427k
Loyal $39k
JLD $45k
J&L $75k

Pyr $19k

**From:** Tony Glenn <tglenn1892@gmail.com>
**Sent:** Thur 10/31/2024 10:48:44 AM
**Subject:** cash for Thu Oct 31
**To:** Jim Daws <jimdaws24@gmail.com>

Jones $84k
CTL $437k
Loyal $38k
JLD $44k
J&L $75k

Pyr $23k

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Tuesday, November 22, 2022 1:50 PM |
| **To:** | Rick Fernandez <RickF@rdtintermodal.com>; Ricky Fernandez <r.d.fernandez2@gmail.com>; |
| **Cc:** | /o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fedd1c733784e9d8efaa1864ca2591b-jim |
| **Subject:** | cash for Tue Nov 22 |

Jones $281k
ANB $351k
UBT $302k

ANB & UBT reflect moving $150k from UBT to ANB today.   December has several annual bills upcoming, estimation is approximately $120k licensing, $85k annual safety bonus, misc insurance $20k.
It's a challenge to get all the next year paperwork to drivers and it's easier when we pay these annual bills earlier in December.

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Thursday, October 20, 2022 12:09 PM
**To:** Jim Daws <jim@daws-trucking.com>; Jeff Keeler <Jeff@daws-trucking.com>;
**Subject:** cash for Thu Oct 20

Jones $256k
ANB $382k
UBT $293k

CTL $372k
Loyal $93k
JLD $61k
J&L $188k

Pyr $4,755

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Wednesday, September 20, 2023 11:59 AM
**To:** Jim Daws <jim@daws-trucking.com>; Jeff Keeler <Jeff@daws-trucking.com>;
**Subject:** cash for Wed Sep 20

Jones $104k
ANB $137k
UBT $52k

CTL $178j
Loyal $81k
JLD $41k
J&L $117k

Pyr $61k

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Tuesday, June 18, 2024 11:32 AM
**To:** Jim Daws <jim@daws-trucking.com>; Jeff Keeler <Jeff@daws-trucking.com>;
**Subject:** cash for Tue Jun 18

Jones $83k
ANB $232k
UBT $11k

CTL $289k
Loyal $129k
JLD $51k
J&L $33k

Pyr $5k

Jim, we had some extra trash bills due to office siding work, do you want me to pay the extra out of J&L instead of JDT?

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Tuesday, September 10, 2024 11:25 AM
**To:** Jim Daws <jim@daws-trucking.com>; Jeff Keeler <Jeff@daws-trucking.com>;

**Subject:** cash for Tue Sep 10

Jones $83k
ANB $71k
UBT $88k

CTL $243k
Loyal $52k
JLD $62k
J&L $35k

Pyr $48k