IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | Case No. 4:24-cv-3177<br><br>**PLAINTIFF'S WITNESS LIST FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

COMES NOW Plaintiff, by and through its undersigned counsel, and respectfully submits its Witness List as follows:

1. Rick Fernandez
2. Ricky Fernandez
3. Jim Daws
4. Jeremy Becker
5. Tony Glenn
6. Corey Stull
7. Ranae Muenchrath
8. Jeff Keeler
9. Jaisa Douty
10. Kathy Temme
11. JoAnn Roth
12. Caitlin Super

13. Wayne Schmeeckle

14. Robin Schmeeckle

15. Bryan Watson

16. Jerry Anderson

17. Cory Pinnell

18. Matt Roach

19. Conrad Schulte

20. Terry King

21. Otho Williams

22. Dennis Broadwell

In addition to the witnesses identified above, Plaintiff reserves the right to call those witnesses identified by the Defendants and to call additional witnesses for purposes of impeachment or rebuttal.

Dated January 10, 2025

                                        JIM DAWS TRUCKING, LLC, Plaintiff

By:   s/ *Andre R. Barry*
Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

## CERTIFICATE OF SERVICE

I, Andre R. Barry, hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/ *Andre R. Barry*
Andre R. Barry

4912-4541-2621, v. 2