IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC,

Plaintiff,

v.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

Defendants.

Case No. 4:24-cv-3177

**PLAINTIFF'S EXHIBIT LIST FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW Plaintiff, by and through its undersigned counsel, and respectfully submits its Exhibit List as follows:

| NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|
| | 5.2.2022 Kathy Temme email to Tony Glenn. | | | | | |
| | 5.2.2022 Tony Glenn email to the drivers. | | | | | |
| | 4.29.2022 to 5.2.2022 email chain between Rick, Ricky, Jim Daws, and Kathy Temme. | | | | | |
| | 7.23.2024 to 7.25.2024 email chain between Jeremy Becker and Jim Daws. | | | | | |
| | 7.18.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.7.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.13.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.19.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.21.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.22.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.23.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 8.29.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.2.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 9.5.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.10.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.13.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.14.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.24.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.26.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 9.27.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.2.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.4.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.14.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.15.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.18.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.19.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.28.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| | 10.22.2024 Jeremy Becker email to Jim@daws-trucking.com | | | | | |
| | 10.22.2024 Jeremy Becker email to Jimdaws24@gmail.com | | | | | |
| | 10.22.2024 text message exchange between Jim Daws, Jeff Keeler, Ranae Muenchrath, and Wayne Schmeeckle | | | | | |
| | 10.9.2024 text message exchange between Jim Daws and Zach DeMerell. | | | | | |
| | 10.30.2024 text message exchange between Jim Daws and Brandon Krumme. | | | | | |
| | 9.28.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 9.29.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.1.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.12.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.26.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.27.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.29.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.7.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| | 10.2.2024 text message exchange between Jim Daws and Mike Hill. | | | | | |
| | 9.28.2024 text message exchange | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | between Jim Daws and Jonathan Saliba. | | | | | |
| | 10.9.2024 text message exchange between Jim Daws and Cory Pinnell. | | | | | |
| | 10.2.2024 text message exchange between Jim Daws and Lee Godsey. | | | | | |
| | 10.21.2024 text message exchange between Jim Daws and Lee Godsey. | | | | | |
| | 10.16.2024 text message exchange between Jim Daws and Craig Eubank. | | | | | |
| | 10.7.2024 text message exchange between Jim Daws and Wayne Schmeeckle. | | | | | |
| | 10.1.2024 text message exchange between Jim Daws and Tommy McGee. | | | | | |
| | 10.2.2024 text message exchange between Jim Daws and Tommy McGee. | | | | | |
| | 10.31.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| | 10.20.2024 text message exchange between Jim Daws and Corey Stull. | | | | | |
| | 10.21.2024 text message exchange between Jim Daws and Corey Stull. | | | | | |
| | 10.8.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| | 10.20.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| | 10.23.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| | 10.25.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| | 9.24.2024 text message exchange between Jim Daws and Tony Glenn. | | | | | |
| | 9.27.2024 text message exchange between Jim Daws and Tony Glenn. | | | | | |
| | 10.29.2024 text message exchange between Jim Daws and Tony Glenn. | | | | | |
| | 10.1.2024 text message exchange between Jim Daws and Jeff Cyphers. | | | | | |
| | 10.15.2024 text message exchange between Jim Daws and Jeff Cyphers. | | | | | |
| | 10.21.2024 text message exchange between Jim Daws and Jeff Cyphers. | | | | | |
| | 10.20.2024 text message exchange between Jim Daws and Jeff Keeler. | | | | | |
| | 10.28.2024 text message exchange between Jim Daws and Bryan Watson. | | | | | |
| | 9.28.2024 text message exchange between Jim Daws and Otho. | | | | | |
| | 8.21.2024 text message exchange between Jim Daws, Jeff Keeler, Kathy Temme, and Tony Glenn. | | | | | |
| | 9.11.2024 to 9.27.2024 Tony Glenn emails, with attachments, to his personal Gmail account. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Jim Daws, Jaisa Douty, Tony Glenn, Ranae Muenchrath, and Kathy Temme email deletion logs | | | | | |
| | 9.27.2024 email from Jim Daws to personal email accounts of JDT employees, with contact information. | | | | | |
| | 10.7.2024 email from Jeff Keeler to everyone on Daws Contact email. | | | | | |
| | 10.22.2024 to 10.31.2024 emails from Tony Glenn to Jim Daws with bank account balances. | | | | | |
| | 11.22.2022 email from Tony Glenn to Rick. | | | | | |
| | 10.20.2022 email from Tony Glenn to Jim Daws and Jeff Keeler with account balances. | | | | | |
| | 9.20.2023 email from Tony Glenn to Jim Daws with account balances. | | | | | |
| | 6.18.2024 email from Tony Glenn to Jim Daws. | | | | | |
| | 9.10.2024 email from Tony Glenn to Jim Daws with account balances. | | | | | |
| | 4.17.2024 email from Jim Daws to Rick regarding DOT number. | | | | | |
| | 9.29.2024 to 11.26.2024 Verizon mobile phone call log for Jim and Lana Daws. | | | | | |
| | 10.1.2024 email exchange between Concrete Industries and Jim Daws. | | | | | |
| | 10.2.2024 email exchange between Ranae Muenchrath and Jim Daws regarding Valmont contact. | | | | | |
| | 10.2.2024 email exchange between Jim Daws and Mary Campbell of Claas. | | | | | |
| | 10.21.2024 email exchange between Jim Daws, Rick Gray, and Jones Bank. | | | | | |
| | 10.9.2024 email exchange between Jim Daws and Mary Campbell of Claas. | | | | | |
| | 10.24.2024 email exchange between Jim Daws and Brian Wanner. | | | | | |
| | 10.25.2024 email from Jim Daws to Rick (Jones Bank) and Brian (Peters Trucking). | | | | | |
| | 10.25.2024 email exchange, with attachment, between Jim Daws, Robin Schmeeckle, and Wayne Schmeeckle. | | | | | |
| | 10.31.2024 email exchange between Jim Daws and Tim Thalken, which Jim forwarded to Jeremy Becker. | | | | | |
| | 10.31.2024 email exchange between Jim Daws and Tim Thalken, which Jim forwarded to Robin Schmeeckle | | | | | |
| | 10.22.2022 email exchange between Jim Daws and Jeremy Becker regarding Nolan Transportation. | | | | | |
| | 10.29.2024 email exchange between Charles Franks (Pinnacle Truck & Trailer Sales) and Jim Daws. | | | | | |
| | 10.29.2024 email exchange between Jason Fischer (Jim Hawk Truck Trailers) and Jim Daws. | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | 10.29.2024 email exchange between Tyler Howard (Wilson Trailer Sales of Grand Island) and Jim Daws. | | | | | |
| | 10.29.2024 email exchange between Tyler Howard (Wilson Trailer Sales of Grand Island) and Jim Daws | | | | | |
| | 10.30.2024 email from Jim Daws to Robin Schmeeckle. | | | | | |
| | 10.14.2024 email from Zachary Demerell to Jim Daws, with attachment. | | | | | |
| | 1.17.2023 email exchange between Tony Glenn and Ryan Burger. | | | | | |
| | 9.18.2024 email from Tony Glenn to Jim Daws. | | | | | |
| | 9.27.2022 Truck Sales Contract between John Vance and JDT (signed by Tony Glenn for Jim Daws, President). | | | | | |
| | 9.13.2024 email from Tony Glenn to Jim Daws. | | | | | |
| | 4.1.2024 email exchange between Jim and Lana Daws. | | | | | |
| | 5.21.2024 email from Jim Daws to Tony Glenn regarding West O lease. | | | | | |
| | 7.12.2023 (creation date) Excel spreadsheet authored by Tony Glenn. | | | | | |
| | 1.7.2025 Photographs of Loyal Trucking equipment. | | | | | |
| | 8.26.2015 American National Bank Account Signature Pages for Daws Inc. | | | | | |
| | 09.2024 American National Bank Reporting Activity for Daws Inc. | | | | | |
| | 1.9.2025 American National Bank Business Focus for Daws Inc. | | | | | |
| | 5.4.2022 Asset Purchase Agreement | | | | | |
| | 4.8.2024 email from Julie Karavas to Ryan Burger and Jim Daws regarding DOT number. | | | | | |
| | 4.19.2023 Independent Contractor Agreement between Walter Haven and Daws Trucking Inc. (James Daws). | | | | | |
| | 11.14.2023 Trademark Application for "Daws Trucking" | | | | | |
| | 11.14.2023 USPTO registration for Daws Trucking. | | | | | |
| | 10.25.2024 letter from Andre Barry to Tim Thalken. | | | | | |
| | 10.28.2024 email from Tim Thalken to Andre Barry. | | | | | |
| | 10.29.2024 email from Andre Barry to Tim Thalken. | | | | | |
| | 02.2017 Daws Inc. Handbook | | | | | |
| | 10.31.2022 email from Kathy Temme to Bill Molthan, with handbook policy. | | | | | |
| | 11.2.2023 email from Kathy Temme to Ranae Muenchrath, with handbook policy. | | | | | |
| | 7.26.2024 email from Jaisa Douty to Lana Daws with Handbook. | | | | | |
| | 4.11.2024 email exchange between Jim | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Daws and Thomas Kranz. | | | | | |
| | 4.1.2024 email from Jim Daws to Rick. | | | | | |
| | 9.12.2024 Vendor Report for payments made to Karavas & Kranz. | | | | | |
| | 9.17.2024 to 10.2.2024 email exchanges between Andre Barry and Julie Karavas. | | | | | |
| | 1.22.2024 (origination date) Jones Bank loan to J&L. | | | | | |
| | 1.23.2024 Peterbilt sale. | | | | | |
| | 5.23.2024 (origination date) Jones Bank loan to Vance Logistics with James Daws as Guarantor. | | | | | |
| | 7.20.2024 Save the Date. | | | | | |
| | 5.11.2024 Guest Invitation List. | | | | | |
| | 9.24.2024 resignation email from JoAnn Roth to Rick. | | | | | |
| | 9.24.2024 resignation email from Ranae Muenchrath. | | | | | |
| | 9.24.2024 resignation email from Kathy Temme to Rick. | | | | | |
| | 9.24.2024 resignation email from Jaisa Douty to Rick. | | | | | |
| | 9.24.2024 resignation email from Tony Glenn to Rick. | | | | | |
| | 9.24.2024 resignation email from Mattie Hans to Rick. | | | | | |
| | 9.24.2024 resignation email from Caitlin Super to Rick. | | | | | |
| | 9.24.2024 resignation email from Corey Stull to Rick. | | | | | |
| | 11.3.2021 Independent Contractor Agreement between Daws Trucking, Inc. and Loyal Trucking LLC. | | | | | |
| | 2.9.2024 Promissory Note between Anthony Hall and Loyal Trucking, Inc. | | | | | |
| | 2.9.2024 Truck Sales Contract between Loyal Trucking LLC and Anthony Hall. | | | | | |

In addition to the exhibits identified above, Plaintiff reserves the right to offer any exhibit identified by the Defendants and to identify and offer additional exhibits for purposes of impeachment or rebuttal.

DATED this 10th day of January, 2025.

JIM DAWS TRUCKING, LLC,
Plaintiff

By: *s/ Andre R. Barry*
Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

**CERTIFICATE OF SERVICE**

I, Andre R. Barry, hereby certify that on January 10, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

*s/ Andre R. Barry*
Andre R. Barry

4900-4492-3917, v. 2