IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC,

Plaintiff,

v.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

Defendants.

Case No. 4:24-cv-3177

**PLAINTIFF'S CERTIFICATE OF SERVICE OF OBJECTION TO NOTICE OF INTENT TO ISSUE SUBPOENA**

I hereby certify that Plaintiff, Jim Daws Trucking, LLC, served its Objection to Defendants Daws, Inc., James R. Daws, Lana R. Daws, Daws Trucking, Inc., and Columbus Transportation & Logistics, LLC's Notice of Intent to Issue Subpoena on Union Bank and Trust Company on January 23, 2025, by sending the same via email to Defendants, by and through their attorneys of record as follows:

Timothy Thalken
tthalken@FraserStryker.com

Kristin Nalbach
knalbach@FraserStryker.com

Dated January 28, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By: *s/ Andre R. Barry*
Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

**CERTIFICATE OF SERVICE**

I, Andre R. Barry, hereby certify that on January 28, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

*s/ Andre R. Barry*
Andre R. Barry

4897-1835-1892, v. 1