IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' INDEX OF** |
| | ) | **EVIDENCE AND EXHIBIT** |
| DAWS, INC.; JAMES R. DAWS; LANA R. | ) | **LIST IN OPPOSITION TO** |
| DAWS; DAWS TRUCKING, INC.; and | ) | **MOTION FOR PRELIMINARY** |
| COLUMBUS TRANSPORTATION & | ) | **INJUNCTION** |
| LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 65 and NECivR 7.1, Defendants submit the following index of evidence and exhibit list in opposition to Plaintiff's motion for preliminary injunction.

1. Nebraska Secretary of State Report for Columbus Transportation & Logistics LLC
2. Nebraska Secretary of State Report for Daws, Inc.
3. Nebraska Secretary of State Report for Daws Trucking, Inc.
4. Nebraska Secretary of State Report for J&L Enterprises, LLC
5. Nebraska Secretary of State Report for JLD Truck Lines, LLC
6. Nebraska Secretary of State Report for Loyal Trucking, Inc.
7. Nebraska Secretary of State Report for Pyramid Tarp and Equipment Sales, LLC
8. SAFER Company Snapshot for Columbus Transportation & Logistics LLC
9. SAFER Company Snapshot for Daws Trucking, Inc. d/b/a Jim Daws Trucking, LLC
10. 10.29.24 JLD Redemption Agreement
11. 10.29.24 Loyal Redemption Agreement (Daws0002767 - 0002771)
12. Photo of Exterior of the shop
13. Photo of Interior of the Office
14. Photo of Server Room
15. Photo of Interior of Office
16. J&L Office Lease

17. J&L Shop Lease
18. Plaintiff's Answers to Interrogatories
19. JDT Truck Promissory Note (JDT225580-225583)
20. JDT Trailer Promissory Note (JDT225576-225579)
21. JDT $4M Promissory Note
22. Rick Fernandez $250k Promissory Note
23. Membership Interest Pledge Agreement
24. Rick Text Messages to Jim (JDT225325-225363)
25. Rick Text Messages to Jim (Daws0002772-0002852)
26. Rick Text Messages to UBT (JDT225317-225324)
27. 5.3.22 Email (JDT 231134-231147)
28. 5.10.22 Email (JDT231078-231081)
29. 4.10.23 Email (JDT 226184-226187)
30. 4.30.22 Rick Email (JDT231431-231436)
31. 5.4.22 Emails (JDT233461-233479)
32. 4.7.23 Email (JDT231095-231097)
33. 5.24.24 Email to UBT (JDT226048-226051)
34. 9.2.24 Jim Texts (Daws1298-1299)
35. 9.5.24 Jim Texts (Daws1300-1301)
36. 9.11.24 Jim Texts (Daws 1822-1823)
37. 9.24.24 Rick Email (JDT 231028-231033)
38. 9.24.24 Rick Email (JDT226228)
39. 9.24.24 Molthan Email
40. 9.25.24 Rick Email (Daws946-948)
41. 9.26.24 Rick Email (Daws 949)
42. 9.30.24 George Wiltrot Texts (Daws1238-1240)
43. 9.30.24 Pewick Texts
44. 10.2.24 Chrissy Howard Text
45. 10.2.24 McGee Text (Daws 1570-1572)
46. 10.2.24 Keeler Text (Daws 2099-2100)
47. 10.2.24 Mike Hill Texts (Daws 1505-1506)
48. 10.3.24 Hudson Texts (Daws 1655-1656)
49. 10.7.24 Jim Texts (Daws 1227-1228)
50. 10.9.24 Pinnel Texts (Daws 1510-1511)
51. Declaration of Caitlin Super
52. Declaration of Mattie Hans
53. Declaration of Shannon Dugan

2

54.     Declaration of Wayne Schmeeckle

55.     Declaration of Jeremy Becker

56.     Declaration of Jerry Anderson

57.     Declaration of John Proctor

58.     Declaration of Jacob Barfuss

59.     Declaration of Michel Marlowe

60.     Declaration of Jeff Harris

61.     Declaration of Steven Schmitz

62.     Declaration of Milton Turner

63.     Declaration of Ronald Landoll

64.     Declaration of Jeff Cyphers

65.     Declaration of Craig Downs

66.     Declaration of Noah Hasenauer

67.     Declaration of Douglas Warnsing

68.     Declaration of Zachary DeMerrell

69.     Declaration of Chuck Weaver

70.     Declaration of Scott Mitchell

71.     Declaration of Bryan Watson

DATED this 31st day of January, 2025.

                                        DAWS, INC., JAMES R. DAWS,
                                        LANA R. DAWS, DAWS TRUCKING, INC.
                                        and COLUMBUS TRANSPORTATION &
                                        LOGISTICS, LLC, Defendants

                                        BY:    /s/ Timothy J. Thalken
                                               Timothy J. Thalken, #22173
                                               David C. Mullin, #21985
                                               Kristin M. Nalbach, #27125
                                               FRASER STRYKER PC LLO
                                               500 Energy Plaza, 409 S. 17th St.
                                               Omaha, NE  68102-2663
                                               Telephone:  (402) 341-6000
                                               tthalken@fraserstryker.com
                                               dmullin@fraserstryker.com
                                               knalbach@fraserstryker.com
                                               ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.


/s/ Timothy J. Thalken

3349174V2