# DAWS, INC.

Fri Jan 24 10:00:05 2025

**SOS Account Number**
1328773

**Status**
Active

**Principal Office Address**
758 280TH
MILFORD, NE 68405

**Registered Agent and Office Address**
JAMES DAWS
758 280TH ROAD
UNIT #10
MILFORD, NE 68405-0000

**Nature of Business**
OTR FLATBED TRUCKING

**Entity Type**
Domestic Corp

**Date Filed**
Aug 12 1994

**Next Report Due Date**
Jan 01 2026

| Corporation Position | Name | Address |
| --- | --- | --- |
| President | JAMES R DAWS | 758 280TH<br>MILFORD, NE 68405 |
| Secretary | LANA R DAWS | 758 280TH<br>MILFORD, NE 68405 |
| Treasurer | JAMES R DAWS | 758 280TH<br>MILFORD, NE 68405 |
| Director | JAMES R DAWS | 758 280TH<br>MILFORD, NE 68405 |
| Director | LANA R DAWS | 758 280TH<br>MILFORD, NE 68405 |

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
| --- | --- | --- | --- |
| ☐ | Articles Perpetual | Aug 12 1994 | $1.35 = 3 page(s) @ $0.45 per page |

| Document | Date Filed | Price |
| --- | --- | --- |
| ☐ Tax Return | Feb 01 1999 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Change of Agent or Office | Feb 26 1999 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ Amendment | Jan 24 2000 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 02 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 12 2001 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Apr 30 2002 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 04 2003 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Jan 08 2004 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Jan 25 2006 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Jan 30 2008 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Mar 02 2010 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 07 2012 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 26 2014 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Jan 20 2016 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Tax Return | Feb 14 2018 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Occupation Tax Report | Feb 19 2020 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Occupation Tax Report | Jan 11 2022 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ Occupation Tax Report | Feb 06 2024 | $0.90 = 2 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

☐ **Online Certificate of Good Standing with Electronic Validation**

**$6.50**
This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**
This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top