# J & L ENTERPRISES, L.L.C.

Fri Jan 24 10:04:30 2025

**SOS Account Number**
10018892

**Status**
Active

**Principal Office Address**
758 280TH RD
MILFORD, NE 68405
USA

**Registered Agent and Office Address**
JAMES R. DAWS
758 280TH ROAD
MILFORD, NE 68405

**Designated Office Address**
758 280TH RD
MILFORD, NE 68405

**Nature of Business**
Not Available

**Entity Type**
Domestic LLC
Qualifying State: NE

**Date Filed**
Nov 17 2000

**Next Report Due Date**
Jan 01 2027

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
| --- | --- | --- | --- |
| ☐ | Articles Limited | Nov 17 2000 | $0.90 = 2 page(s) @ $0.45 per page |
| ☐ | Proof of Publication | Feb 09 2001 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Mar 20 2007 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Jan 22 2009 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Jan 27 2011 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Feb 26 2013 | $0.45 = 1 page(s) @ $0.45 per page |

| Document | Date Filed | Price |
| --- | --- | --- |
| Record of Determination | Apr 02 2015 | $0.45 = 1 page(s) @ $0.45 per page |
| Biennial Report | Apr 06 2015 | $0.45 = 1 page(s) @ $0.45 per page |
| Biennial Report | Feb 28 2017 | $0.45 = 1 page(s) @ $0.45 per page |
| Biennial Report | Feb 19 2019 | $0.45 = 1 page(s) @ $0.45 per page |
| Biennial Report | Feb 10 2021 | $0.45 = 1 page(s) @ $0.45 per page |
| Biennial Report | Feb 20 2023 | $0.45 = 1 page(s) @ $0.45 per page |
| Biennial Report | Jan 09 2025 | $0.45 = 1 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

### Online Certificate of Good Standing with Electronic Validation

**$6.50**

This certificate is available for immediate viewing/printing from your desktop. A Verification ID is provided on the certificate to validate authenticity online at the Secretary of State's website.

### Certificate of Good Standing - USPS Mail Delivery

**$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

↑ Back to Top