# PYRAMID TARP & EQUIPMENT SALES, LLC

Fri Jan 24 10:07:05 2025

**SOS Account Number**
10194098
**Status**
Active

**Principal Office Address**
758 280TH RD
MILFORD, NE 68405
USA
**Registered Agent and Office Address**
JEFFREY KEELER
2443 S LINCOLN AVE
YORK, NE 68467
**Designated Office Address**
2443 S LINCOLN AVE
YORK, NE 68467

**Nature of Business**
Not Available
**Entity Type**
Domestic LLC
Qualifying State: NE
**Date Filed**
Jun 20 2014

**Next Report Due Date**
Jan 01 2025

## Filed Documents

To purchase copies of filed documents check the box to the left of the document code. If no checkbox appears, contact the Secretary of State's office to request the document(s).

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Certificate of Organization | Jun 20 2014 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Mar 24 2015 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Statement of Change | Jun 30 2015 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Feb 27 2017 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Feb 15 2019 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Amendment | Dec 03 2020 | $0.45 = 1 page(s) @ $0.45 per page |

| | Document | Date Filed | Price |
|---|---|---|---|
| ☐ | Proof of Publication | Jan 13 2021 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Feb 10 2021 | $0.45 = 1 page(s) @ $0.45 per page |
| ☐ | Biennial Report | Feb 20 2023 | $0.45 = 1 page(s) @ $0.45 per page |

## Good Standing Documents

To purchase documents attesting to the entity's good standing check the box next to the document title.

- If you need your Certificate of Good Standing Apostilled or Authenticated for use in another country, you must contact the Nebraska Secretary of State's office directly for information and instructions. Documents obtained from this site cannot be Apostilled or Authenticated.

    **Online Certificate of Good Standing with Electronic Validation**

    Not available. The biennial report is now due and may be filed online. Once filed, return to Corporate & Business Search to obtain an Online Certificate of Good Standing.

☐ **Certificate of Good Standing - USPS Mail Delivery**

**$10.00**

This is a paper certificate mailed to you from the Secretary of State's office within 2-3 business days.

Select All | Select None

⬆ Back to Top