○ USDOT Number  ○ MC/MX Number  ● Name

Enter Value: `COLUMBUS TRANSPORTA`

Search

**Company Snapshot**
**COLUMBUS TRANSPORTATION & LOGISTICS LLC**
USDOT Number: 2243511

**ID/Operations** | **Inspections/Crashes In US** | **Inspections/Crashes In Canada** | **Safety Rating**

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

| Other Information for this Carrier |
|---|
| ▼ SMS Results |
| ▼ Licensing & Insurance |

**USDOT Status**

- **ACTIVE**: The entity's US DOT number is active.
- **INACTIVE**: Inactive per 49 CFR 390.19(b)(4); biennial update of MCS-150 data not completed.
- **OUT-OF-SERVICE**: Carrier is under any type of out-of-service order and is not authorized to operate.

**Operating Authority Status**

- **AUTHORIZED FOR { Passenger, Property, HHG }**: This will list the specific operating authorities the carrier (or broker) is allowed to operate.
- **NOT AUTHORIZED**: The entity does not have any operating authority and/or is not authorized to engage in interstate, for-hire operations.
  *Please Note:* **NOT AUTHORIZED** does not apply to **Private** or **Intrastate** operations.
- **OUT-OF-SERVICE**: Carrier is under any type of out-of-service order and is not authorized to operate.

**Out of Service Date**
Indicates the date the company was ordered Out of Service. If there are multiple Out of Service orders, the earliest date will be displayed.

**Please note:** If there are multiple Out-of-Service orders, the earliest date will be displayed.

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 01/28/2025.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| USDOT INFORMATION | | | |
|---|---|---|---|
| Entity Type: | BROKER | | |
| USDOT Status: | ACTIVE | Out of Service Date: | None |
| USDOT Number: | 2243511 | State Carrier ID Number: | |
| MCS-150 Form Date: | | MCS-150 Mileage (Year): | |
| **OPERATING AUTHORITY INFORMATION** | | | |
| Operating Authority Status: | AUTHORIZED FOR BROKER Property  For Licensing and Insurance details click here. | | |
| MC/MX/FF Number(s): | MC-664620 | | |
| **COMPANY INFORMATION** | | | |
| Legal Name: | COLUMBUS TRANSPORTATION & LOGISTICS LLC | | |
| DBA Name: | | | |
| Physical Address: | 758 280TH RD  MILFORD, NE  68405 | | |
| Phone: | (402) 761-2186 | | |
| Mailing Address: | 758 280TH RD  MILFORD, NE  68405 | | |
| DUNS Number: | -- | | |
| Power Units: | 0 | Drivers: | |
| Operation Classification: | | | |
| | x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| | Exempt For Hire | Migrant | Local Gov't |
| | Private(Property) | U.S. Mail | Indian Nation |
| | Priv. Pass. (Business) | Fed. Gov't | |
| Carrier Operation: | | | |
| | Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |
| Cargo Carried: | | | |
| | General Freight | Liquids/Gases | Chemicals |
| | Household Goods | Intermodal Cont. | Commodities Dry Bulk |

| | | |
|---|---|---|
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

---

### [ID/Operations](#) | Inspections/Crashes In US | [Inspections/Crashes In Canada](#) | [Safety Rating](#)

**US Inspection results for 24 months prior to: 01/28/2025**

Total Inspections: 0
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to [Inspections Help](#) for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 0 | 0 | 0 | 0 |
| Out of Service | 0 | 0 | 0 | 0 |
| Out of Service % | 0% | 0% | 0% | 0% |
| Nat'l Average %<br>as of DATE 12/27/2024* | 22.26% | 6.67% | 4.44% | N/A |

***OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.**

**Crashes reported to FMCSA by states for 24 months prior to: 01/28/2025**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

### [ID/Operations](#) | [Inspections/Crashes In US](#) | Inspections/Crashes In Canada | [Safety Rating](#)

**Canadian Inspection results for 24 months prior to: 01/28/2025**

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to [Inspections Help](#) for further information.

**Inspections:**

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

**Crashes results for 24 months prior to: 01/28/2025**

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

**Crashes:**

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

### [ID/Operations](#) | [Inspections/Crashes In US](#) | [Inspections/Crashes In Canada](#) | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

**Carrier Safety Rating:**

**The rating below is current as of: 01/28/2025**

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts

https://safer.fmcsa.dot.gov/query.asp?searchtype=ANY&query_type=queryCarrierSnapshot&query_param=USDOT&original_query_param=NAME&qu… 3/3