# COMMERCIAL LEASE AGREEMENT

This lease agreement is made and entered into on December 31, 2024 consisting of the following property: 758 280th Road, Milford, NE 68434 owned by J & L Enterprises, LLC (landlord) and Loyal Trucking, LLC (tenant), RaNae Muenchrath. Payment ($2500) is due on the 1st day of every month. Property will be renewed monthly ending December 31, 2025. The landlord is responsible for payment of taxes and property improvements. The tenant will be responsible for all ultility payments.

_RaNae Muenchrath_     Date 12-31-24

RaNae Muenchrath

_Jim Daws_     Date 12-31-24

Jim Daws