# COMMERCIAL LEASE AGREEMENT

This lease agreement is made and entered into on December 31, 2024 consisting of the following property: 758 280th Road, Milford, NE 68434 owned by J & L Enterprises, LLC (landlord) and Hiway 15 Repair LLC (tenant), Corey Stull. Payment ($2500) is due on the 1st day of every month. Property will be renewed monthly ending December 31, 2025. The landlord is responsible for payment of taxes and property improvements. The tenant will be responsible for all utility payments.

_____  Date 12-31-24
Corey Stull

_____  Date 12-31-24
Jim Daws