IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | CASE NO. 4:24-CV-3177 |
| Plaintiff, | |
| v. | **DEFENDANTS' INDEX OF EVIDENCE AND EXHIBIT LIST IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 65 and NECivR 7.1, Defendants submit the following index of evidence and exhibit list in opposition to Plaintiff's motion for preliminary injunction.

1. Nebraska Secretary of State Report for Columbus Transportation & Logistics LLC
2. Nebraska Secretary of State Report for Daws, Inc.
3. Nebraska Secretary of State Report for Daws Trucking, Inc.
4. Nebraska Secretary of State Report for J&L Enterprises, LLC
5. Nebraska Secretary of State Report for JLD Truck Lines, LLC
6. Nebraska Secretary of State Report for Loyal Trucking, Inc.
7. Nebraska Secretary of State Report for Pyramid Tarp and Equipment Sales, LLC
8. SAFER Company Snapshot for Columbus Transportation & Logistics LLC
9. SAFER Company Snapshot for Daws Trucking, Inc. d/b/a Jim Daws Trucking, LLC
10. 10.29.24 JLD Redemption Agreement
11. 10.29.24 Loyal Redemption Agreement (Daws0002767 - 0002771)
12. Photo of Exterior of the shop
13. Photo of Interior of the Office
14. Photo of Server Room
15. Photo of Interior of Office
16. J&L Office Lease

17. J&L Shop Lease
18. Plaintiff's Answers to Interrogatories
19. JDT Truck Promissory Note (JDT225580-225583)
20. JDT Trailer Promissory Note (JDT225576-225579)
21. JDT $4M Promissory Note
22. Rick Fernandez $250k Promissory Note
23. Membership Interest Pledge Agreement
24. Rick Text Messages to Jim (JDT225325-225363)
25. Rick Text Messages to Jim (Daws0002772-0002852)
26. Rick Text Messages to UBT (JDT225317-225324)
27. 5.3.22 Email (JDT 231134-231147)
28. 5.10.22 Email (JDT231078-231081)
29. 4.10.23 Email (JDT 226184-226187)
30. 4.30.22 Rick Email (JDT231431-231436)
31. 5.4.22 Emails (JDT233461-233479)
32. 4.7.23 Email (JDT231095-231097)
33. 5.24.24 Email to UBT (JDT226048-226051)
34. 9.2.24 Jim Texts (Daws1298-1299)
35. 9.5.24 Jim Texts (Daws1300-1301)
36. 9.11.24 Jim Texts (Daws 1822-1823)
37. 9.24.24 Rick Email (JDT 231028-231033)
38. 9.24.24 Rick Email (JDT226228)
39. 9.24.24 Molthan Email
40. 9.25.24 Rick Email (Daws946-948)
41. 9.26.24 Rick Email (Daws 949)
42. 9.30.24 George Wiltrot Texts (Daws1238-1240)
43. 9.30.24 Pewick Texts
44. 10.2.24 Chrissy Howard Text
45. 10.2.24 McGee Text (Daws 1570-1572)
46. 10.2.24 Keeler Text (Daws 2099-2100)
47. 10.2.24 Mike Hill Texts (Daws 1505-1506)
48. 10.3.24 Hudson Texts (Daws 1655-1656)
49. 10.7.24 Jim Texts (Daws 1227-1228)
50. 10.9.24 Pinnel Texts (Daws 1510-1511)
51. Declaration of Caitlin Super
52. Declaration of Mattie Hans
53. Declaration of Shannon Dugan

54. Declaration of Wayne Schmeeckle
55. Declaration of Jeremy Becker
56. Declaration of Jerry Anderson
57. Declaration of John Proctor
58. Declaration of Jacob Barfuss
59. Declaration of Michel Marlowe
60. Declaration of Jeff Harris
61. Declaration of Steven Schmitz
62. Declaration of Milton Turner
63. Declaration of Ronald Landoll
64. Declaration of Jeff Cyphers
65. Declaration of Craig Downs
66. Declaration of Noah Hasenauer
67. Declaration of Douglas Warnsing
68. Declaration of Zachary DeMerrell
69. Declaration of Chuck Weaver
70. Declaration of Scott Mitchell
71. Declaration of Bryan Watson

DATED this 31st day of January, 2025.

    DAWS, INC., JAMES R. DAWS,
    LANA R. DAWS, DAWS TRUCKING, INC.
    and COLUMBUS TRANSPORTATION &
    LOGISTICS, LLC, Defendants

    BY:   /s/ Timothy J. Thalken
          Timothy J. Thalken, #22173
          David C. Mullin, #21985
          Kristin M. Nalbach, #27125
          FRASER STRYKER PC LLO
          500 Energy Plaza, 409 S. 17th St.
          Omaha, NE  68102-2663
          Telephone:  (402) 341-6000
          tthalken@fraserstryker.com
          dmullin@fraserstryker.com
          knalbach@fraserstryker.com
          ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Thalken

3349174V2