ID:8
Name:Rick Jim Daws
Phone Number:+17082672308 4026415432
Contents:
2022-02-02 09:45:23Sent
Hey There Jim .. hope all is well with Lana and Dorothy..
We are getting hit with a pretty good snow storm so if things are good with you later part of Next week Ricky and I will drive up and put some options for you to go over.
Let me know thanks 👍

2022-02-02 09:48:30Received
Only day that I am busy is the 10th

2022-02-02 10:03:05Sent
Nice ok Let me Get with JR.. and get out there... he cant wait to see your place and how nice you keep it . he's gonna love you facility

2022-02-02 10:05:58Received
If you get Ricky out here in the wide open spaces he might not go back.

2022-02-02 10:08:58Sent
I know he's out shoveling... but yes he's a country boy...
He hunts..fishes.. and drinks Bourbon not tequila..
I dont know what happened there 路‍

2022-02-02 10:46:02Received
Sounds like a good idea

2022-02-02 11:55:50Received
Hahaha. Hey Jim! Sounds great to me. Can't wait to see you guys.

2022-02-02 12:19:27Received
Hopefully see you soon

2022-02-03 17:47:18Sent
Is it really gonna be 50° in Omaha next week

2022-02-03 17:48:03Received
Probably

2022-02-03 17:49:00Sent
Ricky and I are try to come in Sunday night and hang out all day Monday at the office or come in Monday night and hang out a day Tuesday ..
Checking flights..are you good with that Jim

2022-02-03 17:52:02Received
I need to move Lanas mom to the nursing home on Monday. Come out Tuesday works best for me

2022-02-03 17:55:01Sent
Ok for sure let me plan with Jr. .
I'll hit you back

2022-02-03 18:26:03Received
Thanks

2022-02-03 19:29:07Sent
Hey Jim nothing Monday..that works
How about .. arrive Tuesday be at the Terminal before 4pm take a quick tour ..
GRAB dinner in Lincoln with you guys if your available.
Come in Wednesday in the office pound out the numbers until about 1:30pm

What do you think?

2022-02-03 19:32:41Received
Good plan

2022-02-03 19:33:25Sent
Got you Jim I'll get it done..

2022-02-04 09:57:41Sent

2022-02-04 10:00:26Sent
Hey Jim working with the Fed here on financing..
If you get a chance is there a way to validate the 62% agricultural stuff you do ..i only need to get to 51%
I don't know if the bill to's are farmers or like the big boys ADM. CONAGRA..ETC..

2022-02-04 10:01:14Received
We'll work on it

2022-02-04 10:08:26Sent
Nice thank you

2022-02-04 10:09:45Received
1.3 million load value. Tarping it for the ride

2022-02-04 10:16:38Sent
Wow WTf !!! What is that a Bailer or feed loader

2022-02-04 10:19:29Received
It's made to pressure test fuel cell tanks

2022-02-04 10:22:37Sent
Shit that's low to the ground 睡‍

2022-02-04 10:50:02Received
That's what we haul farm machines on.

2022-02-04 10:52:03Sent

I'd send an Escort with a shot gun

2022-02-08 08:19:11Received
What is the plan

2022-02-08 08:24:55Sent
Hey Jim good morning..same thing we are on a flight at noon get there at 130 should be by you by 3:30 or 4pm take a quick tour ..
MISTYS For Diner.. (do I need reservations?)

And spend all morning tomorrow working out the financials

2022-02-08 08:30:44Received
K

2022-02-08 08:31:24Received
Shouldn't need reservations

2022-02-08 08:38:55Sent
Nice .. got a nice bottle of wine for Lana and a smooth tequila

2022-02-08 08:39:41Received


2022-02-08 13:29:27Received
I hauled this today

2022-02-08 14:34:43Sent
Nice all we need is more then 51%🍾

2022-02-08 16:00:22Received
Hey Jim we're passing Lincoln. We should be there in 20 minutes

2022-02-08 16:00:57Received


2022-02-08 19:30:52Sent
Photo from Rick

2022-02-08 19:31:48Sent
Here you go Jim lighten up your night someone from Nebraska sent this

2022-02-08 19:32:52Sent
I hope you guys are ok call us if you need anything..we're gonna go find that Bar Owner .. 😀

2022-02-08 19:35:18Sent
Its on the Hotel wall 🍾🍾🍾

2022-02-08 19:37:54Received


2022-02-08 19:39:17Sent
Oh fuck ..we just said what A mice looking truck 🚚🚚

2022-02-08 19:39:52Sent
Nice

2022-02-09 08:52:13Received
Hey Jim. We're on our way.

2022-02-09 08:54:32Received


2022-02-10 10:08:42Sent
Fed to raise rates three times this year to tame unruly inflation: Reuters poll | Reuters
https://www.reuters.com/business/fed-raise-rates-three-times-this-year-tame-unruly-inflation-2022-01-
20/#:~:text=12%2D19%20Reuters%20poll%20showed,predicted%20in%20the%20December%20survey.

2022-02-10 10:09:23Sent
Shit Inflation number just cam out 20 minutes ago..higher then expected
7.5%

2022-02-11 11:45:35Sent
Hey Jim hope surgery went well

2022-02-11 12:02:35Received
It did no pain to speak of. Thanks for checking

2022-02-11 12:10:04Sent


2022-02-11 12:12:55Received
Awesome

2022-02-12 16:45:01Sent
This Fucking David's building amazing job.. jim you gotta meet him he's as humble as you ...
Married into the right family amd realized his dream
He probably has 500 employees by now

2022-02-12 16:45:01Sent
https://journalstar.com/business/local/hudl-founded-in-lincoln-as-a-startup-moving-350-employees-into-its-new-hq/article_81fd0344-1cb4-5abb-8db3-8270a8fadc54.html

2022-02-12 16:47:55Received
Sounds like a plan

2022-02-12 16:47:58Sent
It was actually Ricky's idea in college in 2006

2022-02-12 17:04:40Sent
Hey Jim... David is asking if you know the Dunlap's from Milford..
Mike is orginally from there they do philanthropy too.

2022-02-12 17:06:35Sent
https://wallmine.com/people/38970/michael-s-dunlap

2022-02-12 17:07:40Sent
He Owns Nelnet..and part Owner of Hudl

2022-02-15 09:41:47Sent
Hey Jim i know your busy with Lana and Dorothy... let me know if you talked to your Accountants tks/rick

2022-02-15 09:56:30Received
Meeting this afternoon

2022-02-15 10:03:00Sent
Ok thanks

2022-02-15 10:18:05Sent
Hey Jim should I write out a recap ..or do you got this??

2022-02-15 10:21:23Received
Maybe send email me one

2022-02-15 10:21:47Sent
Oh my God i just got this California went over board

2022-02-15 11:47:33Sent
Ok fellas I whipped that together i spell like shit ..
Hope its all good

2022-02-15 11:47:40Sent
Sent it to email

2022-02-15 15:29:11Sent
I'm gonna have to sample each one 🍷🍷🍷

2022-02-15 15:42:31Sent

2022-02-15 15:43:37Received
Yes take a sip out of each bottle 😂😂

2022-02-15 16:20:06Received
Oh my, I'll be right over

2022-02-17 09:30:24Sent
Hey Jim just to keep you in the loop ,
AG direct is not the only financing i have just the cheaper rate.

Got this from AG direct.. basically says that ..if we purchase Daws then BOTH rdt and Daws would have to do 50% AG. Together we are 37million in annual sales.
Means we have to do 18million in AG related .
I think you will be 14mm AG
And we are easily 5mm AG
We do a lot of Lumber , and Cranberries and DelMonte tomatoes.
Also Quaker Oates..Cotton

2022-02-17 09:32:25Received
Cool good plan. I will talk with Julie aNd then she will want to start talking with your guys

2022-02-17 09:34:06Sent
Is Julie the attorney or accounting?

2022-02-17 09:34:26Received
The attorney

2022-02-17 09:35:24Sent
Ok give her my number when she's ready I'll send her to accountants first then attorney to sign off

2022-02-18 07:38:10Received
I've given your number to Julie. Let's get started. Lana'a mom passed away last night.

2022-02-18 07:47:33Sent
Omg I'm soo sorry Jim tell Lana ..on behalf of Gloria Ricky Jackie and all of our family..our deepest condolences..
I know Dorothy was a strong lady lived a full life ..it still hurts God Bless her may she rest in peace 😢😢

2022-02-18 07:48:09Received
Thanks

2022-02-18 07:49:45Received
So sorry Jim. Terrible news. Big hugs for you and Lana.

2022-02-18 07:50:37Received
May she rest peacefully 🙏

2022-02-18 08:05:28Received
Thanks

2022-02-23 10:42:54Sent
Good morning Jim we know its been a rough couple of days ..
Just FYI had Great meeting with Union Bank of Lincoln on Monday they came to Chicago

2022-02-23 15:24:25Received
Good news. Back at work today. Catching up. Keep me posted

2022-02-23 15:28:49Sent

JDT_00225327

Well they want a shot at the Deal because
The Dunlap's
And the Muhleisen's
Are from Milford and would love to be part of it and meet you.
The VP played husker Basketball and is the Radio announcer
Jake Muhleisen

2022-02-23 15:29:28Received
Cool

2022-02-23 15:29:48Sent
So we just need to get the lawyer email or call me
When ever she's ready .

2022-02-24 11:20:24Received
Julie's cell is 402-430-8802. Give her a call

2022-02-24 11:21:27Sent
I will do that

2022-02-24 17:53:52Sent
I'll try Julie again tomorrow called at noon left a message ..
No worries

2022-02-25 15:35:27Received
I received a box. Hopefully the bottles r full. 🍾🍾

2022-02-25 15:41:46Sent
Hahahaha...i watered them Down

2022-02-25 15:45:26Sent
Hey Jim great conversation with your Julie. Today

We are going to draft Key Employee Contracts. So they're protected.

NAME
1) salary
2)cost of living increases.
3) bonus if any
4) minimum term

EXAMPLE
RENE
1)$50K PER YEAR
2)5% CLI
3)Bonus 1% of gross sales over 60k sales per week.
4) minimum term 3yrs with consecutive 3option
Reviewed in 3yrs.
Early seperation for any reason mutually or not .
2 weeks severance Times years of service.

This is just an example

2022-02-25 15:47:20Sent
I have something like this with a couple of my guys but it's not a contract ..just verbal agreement

2022-02-25 15:51:43Received
🙂

2022-02-25 16:05:39Sent
And then im going to send Julie the outline we agreed upon to get started

2022-02-25 16:06:26Received
I gave her option 1 and 2

2022-02-25 16:12:58Sent
Yeah she has that ...
I told her i will send the outline .
We just may need to talk to tony to square up numbers since we used the year end statement .

Let's let her do a draft ..and we'll add to it as we get into it.

Just to start somewhere ..

2022-02-25 16:17:20Received
Perfect

2022-02-28 07:46:36Received
You really need to learn how to spell my last name. I bcould get mad or have a complex and need counseling

2022-02-28 07:48:20Received
🤣✓

2022-02-28 07:48:45Received
😤

2022-02-28 07:50:00Received
My dad still doesn't know I comes before E

2022-02-28 07:50:35Received
And I'd never ask him to spell their, there, or they're

JDT_00225328

2022-02-28 07:51:40Sent
Jeez its not me its freaking spell check they love adding the E 路✓

2022-02-28 07:52:06Sent
Hey i write all my shit at 1am what do you expect

2022-02-28 07:53:32Sent
Jimmy this week is Omaha Basketball week but we should probably sit down with Larry cuz i have no Idea how thats gonna work with them

2022-02-28 07:55:54Sent
Do you Know How many people still call me Fernando 監

2022-02-28 07:57:23Received
⋂

2022-02-28 08:05:51Sent
We should also schedule a meeting with Jake to come over and see the DAWS operation .

2022-02-28 10:19:34Received
Larry will make a rough draft of what will be needed

2022-02-28 10:20:16Sent
Orale ok

2022-02-28 10:47:01Received
Whenever you want to meet with Jake just let me know

2022-03-01 16:46:19Sent
Hey Jim spoke to larry .. next week he's in Chicago and the week after he'll probably swing out to Nebraska to talk to us ..
Meanwhile lets see what the draft that Julie draws up.

Of you want me out next week to meet with the bank that's fine otherwise i can the week larry goes

2022-03-01 17:47:34Received
Lets do it when Larry is out

2022-03-01 17:49:03Sent
Yeah I'll drive out ..spend some time..we have to provide docs to the bank

2022-03-04 15:24:35Sent
Jim things we should cover when we're there.

1) employment contracts
2)meet with Jake
3) meet with Larry 'collateral '
4)meet Julie sales contract
5)DOT transfer
6)breakdown income statement
7)ask Julie to setup daws LLc.
8)bank setup
9)forecast equipment needs

10)eat
11)drink
12)Cow Tipping


2022-03-07 11:10:33Sent
Brutal Fuel increases over the weekend especially west coast ..
Gonna have to bite the bullet and pay Owner Ops more this week even though customers will take 2 weeks to react

2022-03-07 11:11:13Received
I agree

2022-03-07 11:21:15Sent
This customer didn't have to say anything she already pays us 34% and through in an extra $50 on a $950 local load⁝

2022-03-07 11:31:30Received
Sweet

2022-03-07 11:34:50Sent
Yeah Intermodal can do that..but it can go to shit over night ..thats the way this biz is

2022-03-07 12:15:47Received
Take out Putin and it goes away

2022-03-07 12:18:41Sent
Yup lets go

2022-03-07 12:18:58Sent
They won't suspect us

2022-03-07 12:24:57Sent
Putin trust no one right now you see how far he sits from his own Generals..he's not falling for that bomb in a suitcase deal they tried
On Hitler

2022-03-07 12:26:26Sent
Poland giving Ukraine Migs for our F15s is gonna be enough to get us all in.. that guy is nuts..


2022-03-13 13:46:18Sent
Hey Jim I'll be heading in an hour or so .. staying in Lincoln see you in the morning..
Then picking up Ricky at 12 noon tomorrow in Lincoln..
I know you have a meeting tomorrow....just us what time so we are not in your way.

JDT_00225329

2022-03-13 15:05:48Received
Lana and I have to go to Geneva. I should be back by 11 or so

2022-03-13 15:07:51Sent
Ok

2022-03-16 13:56:36Sent
Player copes with family deaths | | dailynebraskan.com
http://www.dailynebraskan.com/player-copes-with-family-deaths/article_d202b5cc-acc8-5a37-b922-763af204b5e0.html

2022-03-16 13:57:03Sent
Yeah it was His Grandparents after the Game.

2022-03-16 13:57:19Sent
Hope you're doing better Jim

2022-03-16 20:52:56Sent
Hey Jim I'm home ...are you doing ok..
Take a covid test

2022-03-16 20:54:24Received
Good deal Went to the doctor. I get this a couple times a year. All is good

2022-03-16 20:55:42Sent
Ok good ..get some rest 

2022-03-16 20:56:02Received
Right on

2022-03-18 15:11:13Sent
HEY Jim.. just checking if your still kicking?

2022-03-18 15:11:24Sent
Was it a stomach bug ?

2022-03-18 16:03:58Received
Yep on the mend

2022-03-18 16:19:07Sent
Well when i get sick...i normally get greasy cheeseburger and fries 

2022-03-18 17:35:12Received
I couldn't keep that down

2022-03-20 18:10:40Sent
My knew poster shot for Still

2022-03-21 14:27:33Sent
Hey Jim you Feeling better?

2022-03-21 14:28:48Received
A little. Went to the doctor today and they aren't sure what's up.

2022-03-21 14:29:19Sent
I'm working on answers for Julie ...look it over when I'm done Meeting Tim and Mike the accountant's on Wednesday..
For their input

2022-03-21 14:29:50Sent
Well that's not good 

2022-03-21 14:49:43Sent
Let us know if there's anything we can do 

2022-03-21 14:50:44Received
Will do. Hopefully I'll turn the corner soon.

2022-03-21 14:52:42Sent
Lot of fluids Jim check your Oxygen level cost $29 at Walgreens

2022-03-21 14:54:26Received
I'm doing that the problem is my temp is going up and down like a yo yo

2022-03-21 14:55:40Sent
What the heck 

2022-03-22 15:03:57Sent
Hey Jim ..so i gotta write a Pro Forma for the bank for RDT and Daws .
I'm gonna right something from what i see discounting Fuel sur charge inflation.. but most of your growth seems to me has been related to the ability to have a piece of equipment ready to go..
Would you say that's correct or would you say you find a driver then a truck?

2022-03-22 15:04:14Sent
Btw has the fever gone down ?

2022-03-22 18:35:57Sent
Yo ....JD are you good ??

2022-03-22 18:37:28Received
Forgot to get back to you. No fever today. I am on way back to full strength

2022-03-22 18:44:12Sent
Cool get some more rest ..
I wrote Julie ..some notes ..
Meeting the accountant's on Thursday.
Follow up on how you keep the payroll account open.. so you get that Credit.

JDT_00225330

I'll fill you in.

2022-03-22 18:44:34Sent
It wasn't Covid was it ?

2022-03-22 18:44:54Sent
Maybe just a flu

2022-03-22 18:46:09Received
No 2 negative COVID test a negative flu test. The doc was a little perplexed about what I had.

2022-03-22 18:47:47Sent
Well I'd say Food bug but you me Larry jake and I think Lana had the same thing

2022-03-22 18:49:15Received
I know. I've had food poisoning twice The fever going up and down wasn't good

2022-03-22 18:50:18Sent
Yup weird

2022-03-24 11:17:05Sent
hey Jim Ricky is putting together some numbers too for the bank.
Jake is supposed to have questions from committee today.

2022-03-24 11:20:05Sent
I sent some stuff but Ricky used to do charting when he traded and he may say fuel won't plateau ..in fact if you look at 2002 and again 2007 And 2010..
Its setting up to form a shelf

2022-03-24 11:21:59Sent
So point is fuel will remain high for 3 or 4 years

2022-03-24 11:23:38Received
When it does plateau it won't travel down be cause this price will be the normal

2022-03-24 11:24:33Sent
Exactly

2022-03-24 11:28:05Sent
And if you remember in the 2010
Fuel stopped going up and Line Haul went up..
Like its supposed to
It happened again in the 2017 run ..but covid stalled it and that's why we shot up..

Fuel is so related to trucking

2022-03-25 11:56:44Sent
Jimmy call me when you can we're trying to guess the future for the bank ..couple of items on here

2022-03-25 11:59:36Received
Text them to me.

2022-03-25 12:06:24Sent
Ok 1st thing
On the Income statement
UNDER " TAXES" are those payroll taxes due ..at any given i assume.

And UNDER 'LEASE EXPENSE'
what is that your leasing for 100k per year like ELDs maybe software

And Under 'REPAIRS' all the years are about $500k except 2020,.
It was 1million..is that a One Time.
Repair workshop investment

2022-03-25 12:11:58Sent
Also Jim..

I really Hope You don't mind.

We are gonna have Julie setup a Nebraska LLC..

We would be honored to use the name .
"Jim Daws Trucking llc" 😅

We feel we cant break the reputation you built

2022-03-25 12:15:58Received
I would assume it is payroll taxes Cameras and elogs are leased. Building up on extra parts

2022-03-25 12:18:06Received
I'm good with that name

2022-03-25 12:20:10Sent
You are the Man !!! Got you..
Ricky you heard the man
So use those numbers..
Parts were a 1 off

2022-03-25 16:26:48Sent
Jim were all going to Lake Tahoe right ..and think about when we need to tell Mark

2022-03-25 16:27:58Sent
When's your Bday so we can go drink

2022-03-25 18:45:27Received
4-3

2022-03-25 18:47:50Sent
Yeah was gonna go next week but we're putting Lucy down

2022-03-27 09:12:22Sent
https://cdllife.com/2022/family-owned-trucking-company-to-close-for-good-nearly-80-to-be-laid-off/

2022-03-27 09:13:32Sent
Make no sense 85 years family company just loses ...house carrier for Ashley Furniture..
I had heard they lost that account..how do you go out in this market

2022-03-27 09:16:26Sent
PEHLER & SONS, INC. - $18.9 Million Revenue | Kona Equity
https://www.konaequity.com/company/pehler-sons-inc-4019789744/

2022-03-27 09:17:11Sent
Weird they got 2million in PPP money..
Only thing I can think of is Family dispute

2022-03-27 09:17:49Received
Hard to say what happened. I assume service was an issue

2022-03-27 09:19:04Sent
Who knows..

2022-03-27 09:40:15Received
Probably a little bit of everything. It takes special people to run a company with an old school feel, new school equipment, and also understand asset management/tax planning.

2022-03-28 11:00:44Sent
Great News not today For Lucy gave pain meds 🐶

2022-03-28 11:01:59Received
👍

2022-03-28 11:02:09Sent


2022-03-28 11:02:36Sent
Best dog ever 14 1/2 not her time

2022-03-29 09:48:58Sent
Good morning Jim so i ..pushed Julie along .. i dont think she knew how to handle this transition.
Mostly because we want to keep everything as fair to you as possible.

So i said ok start with this and change what ever you want ..

After closing everything should remain the same .. i see that your salary for Daws inc was 80k per year .. i told her to leave that for 2 to 3 years..which is what you mentioned.
Then stay on as an advisor for 20k per year until you fully paid .
Or as long as you like ..
You may want to still keep health insurance with the company.

Lets start with that you can change what ever you want..
I just want to make sure you're gonna hang with me if we hit a hiccup.

If you're good with that give Julie your blessing so Jake can present to committee

2022-03-29 09:51:11Received
I'm good with that

2022-03-29 09:55:15Sent
Ok let Julie know tks

2022-03-29 09:55:59Received
Will do

2022-03-30 12:30:49Sent
Hey Jim
Fyi ..I'm gonna be out of town with the Grandkids while they're on spring break from Aug 8th to the 15th.

Only thing pending is the Contract ..and a rental Agreement.
But i told Julie that can be done after the contract is done .
I dont want to overwhelm her.

2022-03-30 12:34:49Received
April

2022-03-30 12:35:56Sent
Jajajajaja yes

2022-03-30 12:43:35Sent
You are going to Tahoe correct I'm making reservations with my credit from Ireland on American airlines.

2022-03-31 17:46:40Sent
From Jake at the Bank Omaha we're approved 🎉

You guys are all approved! I had to jump on a conf call now, will call you after. Excited for you and RDT!

2022-03-31 17:47:01Sent
We Got approved Jim!!!

2022-03-31 17:47:49Received
Awesome

2022-04-03 15:02:30Sent

JDT_00225332

2022-04-03 15:03:29Sent

2022-04-03 15:03:38Sent
▯▓▓▓▓▓

2022-04-03 15:04:41Received
Hahahaha

2022-04-03 15:04:49Received
Happy Birthday Jim!

2022-04-03 15:26:07Received
▯ very funny old but not that old

2022-04-04 13:26:18Sent
Hey Jim. .. we couldn't get a good Sunday flight to Reno so we are getting in late Saturday the 11th.. coming back Thursday the 16th

2022-04-04 13:29:30Received
K. It depends on the mask mandate. If no mask is needed we would fly to Sacramento. We may drive if I have to wear a mask

2022-04-04 13:42:03Sent
Its looks like its coming up for review on April 18th.. should be fine thats a hell of a drive✓

2022-04-05 13:18:55Sent
https://www.infobae.com/en/2022/04/05/deutsche-bank-expects-us-recession-in-2023-after-fed-
hikes/#:~:text=Deutsche%20Bank%20expects%20US%20recession%20in%202023%20after,in%20a%20report.%20Newsroom%20Infobae%20April%205%2C%202022

2022-04-05 13:20:04Sent
This Scares me a bit...But I we 3 will get through that ..it will be just 2023..
I'm sure of it

2022-04-05 13:20:31Sent
May even be a good time to get more good drivers

2022-04-19 12:40:48Sent
Jimmy let me know the Game Plan when you get settled in Ricky will join for drinks after or later

2022-04-19 12:42:11Received
K stopping now for lunch in Walcott

2022-04-19 12:44:22Sent
Not a problem take your time

2022-04-19 12:47:26Sent
Lmao what a Trucker .. biggest truck stop in America..
May as well have a safety meeting there ▓▓▓

2022-04-19 12:48:33Received
We're across the street at grammas. Don't like the truck stop. To big

2022-04-19 12:49:59Sent
Yup

2022-04-19 13:00:50Sent
So yeah lets target 7 or 730ish out by you .
That will give you enough time to get checked in take a quick nap build an appetite
And traffic will be manageable for me to get up there

2022-04-19 13:01:23Received
K

2022-04-19 16:19:38Received
Sounds good. Just checking in

2022-04-19 16:33:27Sent
Cool so how many for Dinner gonna try for something across the street

2022-04-19 16:34:30Received
I'm meeting Larry and Brian now. For beer

2022-04-19 16:36:03Sent
Cool i can add them too

2022-04-19 16:59:40Sent
Let me know

2022-04-19 17:38:16Received
Sounds like 10

2022-04-19 17:39:22Sent
Oh shit ok let me see what i can get

2022-04-19 20:13:21Sent
We are Good Guys Julie got the Name today at 2:30 pulled it off their website..instead of waiting for the mail

2022-04-20 08:17:22Sent
Im up front in the middle cuz i cant hear

2022-04-20 08:18:01Received
Back row

2022-04-20 08:18:57Sent
I gave the agendas to Jeff

2022-04-20 21:09:04Received

2022-04-20 21:09:43Received
Wow 5 games in 4 days.

2022-04-20 21:10:20Received
Just tell me which games you want Jim.

2022-04-21 08:24:56Received
Thanks I'll get home and make a plan and let you know.

2022-04-21 10:30:30Sent
Hey Jim how much did that Guy from Spoerl say he paid Truck Right .. 160k?
And Spoerl only has 80 or 90 trucks right..?

How is that worth it 路♂

2022-04-21 10:31:21Received
14 k per month

2022-04-21 10:31:43Received
Steve says it's not as good

2022-04-21 10:32:29Sent
Wtf .. thats a lot of money

2022-04-21 10:54:40Received
I'm watching the mirror eye presentation. Cool stuff.

2022-04-21 10:54:48Received

2022-04-21 10:55:24Received
But if you want an image on a tablet, I can do that.

2022-04-22 11:27:52Sent

2022-04-22 11:28:49Sent
Hey Jim i need to buy some skates to load some 16 ft bundles ..
What do you recommend

2022-04-22 11:29:22Sent
These look like 12 ft boards
Could be 16s hey nick does your company have a heavy duty forklift to unload these packs of lumber ?

2022-04-22 11:30:18Sent
Let me know i was gonna order some on Amazon

2022-04-22 11:55:52Sent
Never mind someone is gonna transload it but .. probably pick some up later

2022-04-27 09:42:50Sent
Hey Jim I think we got Jake a little excited.
I'm gonna write an email include Jackie Evans/larry and us to get that Cert done. Like we talked

If You can work with Julie on the Hold back agreement
And ask Tony to upload copies of titles
To UBTs site that were on that list.

And Ill call clay to get this an Operating Agreement done too

2022-04-27 09:44:09Received
Tony will do that tomorrow on the titles. I'll give Julie a call

2022-04-27 09:45:23Sent
Ill write Jackie

2022-04-27 17:25:33Sent
I see Julie just sent a list of what there
Should be on the Bill of sale..

But thats not it..

All that should be there is the truck and trailer list..and the shop inventory..

All that other stuff looks like some of your personal stuff

2022-04-27 17:26:16Sent
I really dont care .. what ever you take is yours.. 🙂

2022-04-27 17:27:33Received
K

2022-04-27 17:27:46Received
I'll look at it tomorrow

2022-04-27 17:28:30Sent
Yeah

2022-04-27 17:30:34Sent
Tony did a list that was perfect

2022-04-28 12:03:09Sent
Jake is going to include you in an email from the head of loan processing...said he will need at least 4 to 5 days to review..before funding.
But will let us sign on Tuesday.
I said we should be good as long as you hold the interest rate

JDT_00225334

He said yes he would

2022-04-28 12:52:49Received
Okay

2022-04-28 12:53:47Sent
🙂

2022-04-28 13:56:26Received
You can bring your portion

2022-04-28 13:56:32Received
On Tuesday

2022-04-28 14:00:17Sent
Yup ..i can wire transfer that tomorrow its easier 🙂

2022-04-28 14:16:42Sent
Jim ask Tony to send me Bank info I'm gonna transfer 350k from one account and 400k from another..

2022-04-28 14:28:16Sent
I think you'll want me to transfer to your personal account so it doesn't get mixed in...what do you think?

2022-04-28 14:31:23Received
104901364863100. Jones national bank

2022-04-28 14:33:28Sent
Is that in your name ?

2022-04-28 14:33:57Received
Jim or Lana Daws

2022-04-28 14:34:14Sent
Nice ok

2022-04-28 14:34:31Sent
First thing in the am

2022-04-28 14:35:06Received
Thanks I appreciate you

2022-04-28 15:02:54Sent
And we you !! I'll get this to Gloria

2022-04-29 13:27:15Sent
Hahahaha So the VP of the Bank just called me and asked if i was Ok ..
I guess sending $750k from one person to another doesn't happen every day...
I told him.. no I'm not kidnapped or anything 🤣🤣🤣

2022-04-29 13:27:39Sent
Jim its gonna come to you in form of wire They can't do ACH's that big

2022-04-29 13:27:58Received
That's funny

2022-04-29 14:27:03Sent
I'll probably send you another 50k or so next week..get that out of our way quick

2022-04-29 14:36:43Received
Perfect

2022-05-02 15:58:18Sent
Have a Driver trying to disappear with one of our trucks in Dallas ..be in about midnight

2022-05-02 15:58:43Sent
See you to tomorrow waiting on the Bank legal team

2022-05-02 18:16:17Sent
Jim you need to take pictures of that delivery tomorrow to Memorial stadium

2022-05-02 18:21:20Received
Will do

2022-05-03 09:38:23Sent
Hey Jim we'll be later this Morning .. these guys are still getting their periods in the right place.🤷‍♂️

2022-05-03 09:39:17Received
I'll be at the office

2022-05-03 09:40:05Sent
Ok

2022-05-04 20:16:08Received

2022-05-04 20:16:11Received
Home in time for dinner.

2022-05-04 20:16:27Received
Boy wears that hat well

2022-05-04 20:16:47Received
Cool

2022-05-05 15:36:14Received
If I'm supposed to be in charge nobody should need your cell number

JDT_00225335

2022-05-06 11:28:12Sent
Sent $25,000 yesterday and another $25,000 today.

2022-05-06 11:28:12Sent

2022-05-06 12:06:25Sent
Jim i left some signed Titles on you table ..can you please mail them to Jake.

2022-05-06 12:20:25Received
Will do

2022-05-06 12:20:54Received
I got 25 last night

2022-05-06 12:21:29Received
Just got the other 25

2022-05-06 12:21:35Received
Thanks

2022-05-06 12:21:49Sent
👍

2022-05-06 18:26:14Sent
Thanks Jim everyone keeps bringing up that Sales Tax ...
I must be missing something
But we shouldn't have to pay any

2022-05-06 18:50:06Received
When I'm setting in my office tomorrow I'll call you

2022-05-06 18:50:27Received
Get together on the same page.

2022-05-06 18:54:51Sent
Yes cool ..gonna go watch Dad at 4pm any time before then

2022-05-06 18:55:17Received
K

2022-05-10 20:11:06Sent
Hey Jimmy ..Jake is gonna ask the Board to see if you can get released from from Subro.. once 50% of bank loan is paid .
Which is about 2 and 1/2 years into the deal 🙏

2022-05-11 07:40:43Received
I can live with that

2022-05-11 08:59:05Sent
Ok Thanks let me know if they call you ..I'll do the same 🙂

2022-05-11 08:59:27Received
K

2022-05-11 11:06:42Sent
Thanks Big Jim ..
Terry and Corey talked 🙏

2022-05-11 11:07:12Received
You're welcome

2022-05-11 12:18:50Sent
Sent another 25k

2022-05-11 12:30:23Received
Cool

2022-05-11 17:25:56Sent
Hey Jim ..I've been tied up today i know you have too..
Did you get square with Jake ..or you need me to call him

2022-05-11 17:27:33Received
I have the titles and will work on them tonight

2022-05-11 17:33:32Sent
Let me know if you need anything from me

2022-05-11 18:05:30Received
I'm not totally happy but better than yesterday

2022-05-11 18:11:59Sent
I frankly dont understand it .. i know there are better ways to do this ..
But I'll be happy when you say this

2022-05-11 18:12:00Sent

2022-05-11 18:13:44Sent

2022-05-12 08:42:57Received
We're getting closer to the money lol. As soon as you have account number and routing numbers I want to have Kathy change the auto pays from Jones bank to ubt

2022-05-12 08:47:53Sent
Thanks .let me setup that account.

JDT_00225336

Did he say when you were getting a check

2022-05-12 09:12:19Received
No

2022-05-12 09:14:06Sent
I'm sure today latest tomorrow

2022-05-13 10:03:50Sent

2022-05-13 10:04:06Sent
Hey Jim i sent another 25k just now.
Tks

2022-05-13 10:04:21Received
Nice

2022-05-13 10:05:38Sent
🖕

2022-05-13 10:24:04Sent
I guess its my turn to sign 230 titles...
Never seen it done this way ..but I'm going with it maybe they're saving us money

2022-05-13 17:06:35Sent
I've been signing titles since 2:30 this afternoon and that pile isn't going down 🙄✌

2022-05-13 17:07:13Received
I did a couple of gin and tonics to relieve writers cramp 🖐

2022-05-13 17:08:19Sent
Jajajajaja

2022-05-14 09:22:12Sent
Hey Jim we need a favor call me when your free.

2022-05-14 09:22:19Sent

2022-05-14 09:22:32Sent
Its about that truck in Elk Mountain

2022-05-16 07:57:28Received
Any idea when Jake is going to fund me

2022-05-16 08:51:04Sent
They get titles this morning he had said Hopefully today. 🖐

2022-05-16 08:51:20Sent
I'm gonna call him in an hour

2022-05-16 08:53:17Received
I would like to be allowed to pay off the bank so I have a paper trail

2022-05-16 08:54:33Sent
Ok let me call him

2022-05-16 09:54:49Sent
They just delivered the titles..he said the Girls are putting all the paperwork together and he'll get back this afternoon ..

He said absolutely not a problem he'll fund you and you can pay off the banks..🖐

2022-05-16 09:58:03Received
He will need to talk to Tony about the account

2022-05-16 09:59:17Sent
Yeah I asked him if he knew what account to fund ..didn't reply yet ..
But yes I'll tell to talk to Tony

2022-05-16 09:59:18Received
Perfect

2022-05-16 09:59:52Received
Thanks

2022-05-16 10:06:34Sent
Ricky's Boys found a Turbo they're gonna drop ship it to Milford .

Terry will call Corey.. hopefully Wednesday.

I got tell the story about the Rawlins Wy hotel were the driver was staying....they closed the hotel cuz everyone got Sick ..moved everyone to LARAMIE LAST NIGHT 🖐

2022-05-16 16:08:51Sent
CrankyApe.com - Powersport, RV and Marine Online Auctions
https://www.crankyape.com/default.asp?pg=DispSingleItem&ItemNumber=112266

2022-05-16 16:09:02Sent
I like the 65 myself

2022-05-16 16:09:04Sent
There's a little project car Jim

2022-05-16 17:33:06Sent
Looks like to Tomorrow Jim for funding sorry

2022-05-16 17:33:53Received

JDT_00225337

No problem I was curious is all

2022-05-16 17:36:04Sent
Ok thank you i cant wait .. I'm kinda excited to see that check 

2022-05-16 17:37:07Received
Me too. Then I can he gave me the MONEY 

2022-05-16 17:39:39Sent
Yeah Uncle Sam 

2022-05-17 13:04:28Sent

2022-05-17 13:05:19Received
Good deal

2022-05-18 09:32:40Sent
Tesla begins taking reservations for Semi with $20K down payment
https://cdllife.com/2022/tesla-begins-taking-reservations-for-semi-with-20k-down-payment/

2022-05-18 09:33:09Sent
I don't know.. here they go again taking down payments 

2022-05-18 09:33:37Received
潒冷

2022-05-18 15:32:17Sent
Hey Jim this down the street from you ?

2022-05-18 16:06:37Received
Yes in Seward

2022-05-18 16:07:09Received
We also have one on Seward that the drivers stay at nice and cheaper

2022-05-18 16:12:31Sent
Ok ..well driver just lost a Belt ..in Fothenburg Ne.. this truck was just sitting too long...㮬

2022-05-18 16:23:14Received
Gothenburg maybe

2022-05-18 16:26:19Sent
Yup

2022-05-20 10:42:02Sent
I got Justin here all Day from Cottingham safety..if you need me for anything... Ricky's guy Terry has been in touch with the Shop..

Big Jon should be there this afternoon.
They Closed the road last night in Wyoming because of high winds..

2022-05-20 11:01:00Received
K

2022-05-20 16:35:07Sent
Big Jon is calling you now he was out checking his chains

2022-05-20 21:21:23Sent

2022-05-21 13:03:32Sent
Working on 6 flatbeders out of Denver . Dont know how good they are have there own equipment..
I need to first refill Johns Truck though

2022-05-21 13:23:22Received
Okay don't recruit o/o that have trailers.

2022-05-21 13:25:00Sent
Hahahaha but what about my blank trucks that i have 㮬

2022-05-21 13:35:34Sent
Never mind just understood what you meant.. you want to keep the integrity of the flats at a higher standard

2022-05-21 14:15:19Received
We need a couple of company drivers and we'll look at any o/o that would pull company trailers

2022-05-22 16:40:05Sent
My Crew boys are there 

2022-05-22 16:40:30Sent

2022-05-22 16:40:52Sent
He's a Hot Rodder..gonna love you guys

2022-05-22 16:41:44Received
I'm on my way to Colorado. I'll meet him tomorrow afternoon

2022-05-22 16:52:53Sent
He said he never checked into a hotel where never checked in a hotel where they gave him a live chicken and a bucket of Milk ...㮬㮬㮬

2022-05-22 16:53:16Sent
Hes cornbread from Louisiana

2022-05-22 17:09:38Received
Did Jon make it back from Denver

JDT_00225338

2022-05-22 17:17:46Sent
Yeah i put then together in the same room at cobblestone .
The first interracial gay couple in Milford 🤣🤣🤣

2022-05-22 17:17:53Sent
Kidding

2022-05-22 17:18:37Received
Too funny

2022-05-22 17:19:52Sent
Dad's 88th

2022-05-22 17:19:54Sent

2022-05-22 17:21:02Received
Good picture

2022-05-22 17:21:12Received
Tell him happy birthday

2022-05-22 17:25:16Sent
I'll tell him thank you 😊

2022-05-24 20:30:09Sent

2022-05-24 20:35:19Sent
41 years 😊

2022-05-24 20:35:53Received
Awesome enjoy your evening

2022-05-24 20:37:58Sent
Thanks Jim love you Brother!!!

2022-05-25 11:37:52Sent

2022-05-25 11:38:21Sent
Flights are crazy ill be there tonight..see everyone in the morning 🙂

2022-05-25 12:11:29Received
I'll b hauling a combine tomorrow unless you want me to hang around

2022-05-25 12:21:47Sent
Should be ok .. they really need to feel nothing is gonna change..

I know we say it.. but we have to sell them on it ..

It's tough because everything we say is being listened to carefully
I'm sure..It will be fine...time takes care of those things

If it were me ..i would think that way too..

You're from there and i can't ever replace that..

Trust is a hard thing for people.

2022-05-25 12:23:17Sent
Let me know though if you get feed back

2022-05-25 12:35:12Received
Everyone seems good. Honesty is all they ask

2022-05-25 12:40:36Sent
Yup flight just got delayed..

Jim do you think first thing in the morning or mid..day what works best

2022-05-25 12:41:16Received
Mid day

2022-05-25 12:43:15Sent
Ok

2022-05-25 12:58:41Received
They will get their day started and then visit with you

2022-05-25 13:15:10Sent
I appreciate that jim

2022-06-01 13:57:25Sent
Hey Jim ..been wanting to pick your brain on how we can get fuel rebates..
For RDT ..i dont think we are doing right.

2022-06-02 09:55:13Received
Send me Jake's cell please

2022-06-02 09:56:52Sent
402-730-7237

2022-06-02 09:59:09Received
Thanks

2022-06-03 13:16:12Sent

JDT_00225339

Hey Jim call me on this truck .when you can

2022-06-03 15:49:00Sent
This Makes no sense we would charge $2980.00 plus 48% fsc.. we total of $4,500. And i know the broker is making on it.

Would make more send to run it to Chicago on a flat .. loaded into a 40 ft box here

2022-06-03 15:49:30Sent

2022-06-05 12:18:57Sent
https://www.facebook.com/EvanEraTV/videos/1153183041887927/

2022-06-05 12:19:16Sent
Sensitive cargo

2022-06-05 12:23:51Received
We hauled this home from South Carolina

2022-06-05 12:27:16Sent
Hahahaha I love it 😂

2022-06-08 08:58:42Sent

2022-06-08 08:59:29Sent
Hey Jim ..did you see that.?
I dont think we ever met him ..i talked to him a couple of times though

2022-06-10 10:05:14Sent

2022-06-10 12:14:45Sent
Jim John is on his way to Lincoln flight delayed 3 hours

2022-06-10 12:15:00Sent
Are we still picking up slims too i have send Terry

2022-06-10 12:15:48Received
K. Also got the wire today. Thanks

2022-06-10 12:16:33Sent
Nice 👍

2022-06-10 12:16:57Sent
Ill have him call the shop ..see you in Tahoe

2022-06-10 12:17:54Received
10-4

2022-06-13 09:50:36Sent
Hey Jim ...let's hit up Bill at WDS from Michigan..he's downsizing lost interest, went from 100 trucks to to 30 or so..
Some of what he couldn't do anymore was heavy hauling

2022-06-13 09:52:49Received
K

2022-06-23 15:05:17Sent
Here you go Jim 100k to go .. and $4million 😁

2022-06-23 15:06:08Received
The bank already let me know. Thanks keep up the good work 👏

2022-06-23 15:06:29Sent

2022-06-23 15:07:02Received
It's already here

2022-06-23 15:08:45Sent
Nice!!

2022-06-24 19:35:49Sent
Oh Jim I forgot to mention. When is Tony gonna lake a payment to you ??

2022-06-25 08:13:59Received
Prolly after July 4th

2022-07-04 17:34:45Received
Hey you guys all okay. Bad news for Chicago

2022-07-04 17:37:23Sent
Yeah sad that was up north...all good thank you for checking

2022-07-04 17:39:50Received
All good here Jim. Definitely some sad news.

2022-07-05 08:53:50Sent
Morning Jim ...a couple of things
Ricky put 10k into Slims truck we are gonna use it as a spare.. but who does Thelma call to get a copy of the title..

2022-07-05 08:57:03Sent
2nd part .. I spoke to head of distribution from Trane AC industrial..
MERCER TRANSPORTATION has a Flat drop pool there they move about 20 loads a month to their distribution facilities 500miles out different location one is in
Nebraska .

JDT_00225340

But the rate is 350 per mile all in..
You dont have to set up a drop pool but its faster

2022-07-05 08:57:29Sent
Can we make money at $3.50 though?

2022-07-05 09:01:45Received
I have slims title on my desk. It looks like I'll be in KC every morning this week. Should be back by mid afternoon tho. If it's all in at 3.50 probably not.

2022-07-05 09:04:42Sent
Yeah seems light..I told him to double check that..
But it's a good place to start just need more money

2022-07-05 09:05:26Received
Correct

2022-07-05 09:05:29Sent
Ok let me get with Larry cuz he wants me and You to do dinner with William's new member

2022-07-05 09:07:42Sent
Let me have Mike Leonard call Jaysa just need a photo copy of the title..to put a plate on it and test the truck.

2022-07-05 09:09:19Sent
We're gonna set a 13k note on the Books ..or RDT (Due To ) Jim Daws Trucking .. for 13k to keep everything pretty

2022-07-05 09:09:25Sent
I need to pay you first

2022-07-05 09:47:38Sent
Bobby at Trane is on Vacation the rest of the week.. I'll get into this next week with him.. a lot is customer job site... so I need more info

2022-07-05 09:48:56Received
We should look at all the lanes

2022-07-05 09:49:31Received
I'll email the title over

2022-07-05 09:50:15Sent
Yeah .. I was at a party for his brother over the weekend..I didn't know he ran the show

2022-07-06 13:11:41Sent
All the Major IMCs are freaking out over this law in California..
And they are now saying we have to swtich to company driver Modal..

I say good luck getting your freight picked up.

2022-07-06 13:13:45Sent
They're asking me to change the contract which is a contradiction to the law .. they want the wording changed to "your service provider " instead of "your contractor "

2022-07-06 17:26:20Sent
Hey Jim ...Ricky is coming out next Wednesday and Thursday so I'm think of getting there Tuesday and staying until Friday.. is that ok ?

2022-07-06 17:30:38Received
Yep. I'll probably be in and out trucking. And Thursday I have need to be in Geneva for Lana

2022-07-06 17:32:48Sent
Geneva Illinois?

2022-07-06 17:33:20Received
Geneva Nebraska

2022-07-06 17:33:56Sent
Oh

2022-07-11 16:16:28Sent
Dropping quick getting worried :|

2022-07-11 16:21:00Received
225k deposit today

2022-07-11 16:21:36Sent
Wow nice thanks

2022-07-18 12:50:12Sent
Well wasn't feeling to hot last few days now I know why

2022-07-18 12:50:16Sent

2022-07-25 19:04:44Sent
https://www.tmz.com/2022/07/23/kid-rock-cancels-show-audience-trashes-venue-concert/

2022-07-25 19:05:27Sent
I hope I don't see you and Brian on the news in Wyoming

2022-07-25 19:05:33Received
Old news

2022-07-25 19:06:20Sent
Well I'm an old guy

2022-07-25 19:06:27Sent
Takes me a while

JDT_00225341

2022-07-25 19:07:31Received
I hope you don't see us. We're in Laramie the fun starts tomorrow

2022-07-25 19:08:44Sent
Oh shit dont break down that town will eat your lunch..

2022-07-25 19:09:20Sent
You guys be careful..say hi to Brian and Tina..enjoy!!!

2022-07-25 19:10:50Received
No worries I'll let them know

2022-07-26 11:18:15Received
A bright spot as last week Kathy Tony and I negotiated new work comp rates with a savings of 83k per year

2022-07-26 11:37:32Sent
Oh shit Very nice...I'm dying in California ports are on strick 2 weeks now

2022-07-26 11:39:35Sent
What they dont know it's not that easy just to become a broker and get a DOT number ... the problem is which company and which insurance gets legally registered
with the port.. rules that have been in place since 9/11😡😡

2022-08-01 15:17:59Sent

2022-08-01 15:18:00Sent
Here you Go Jim !!

2022-08-01 15:18:39Received
Thanks

2022-08-03 16:57:28Received
I need Terry's number in Dallas

2022-08-10 16:52:31Sent
I thought I texted this early ..
Here you go Jim..
2 to go 👍

2022-08-10 16:53:11Received
Awesome thanks.

2022-08-15 15:13:43Sent
Hey Jim ...okay I found the hole but wont be easy to fix.
Take your time look at these reports. I worked all weekend..
Its definitely Fuel related

2022-08-15 15:13:56Sent
But we have to plug the leak

2022-08-16 18:24:02Sent
Well nothing like getting a late start..on my way 👍

2022-08-16 18:27:01Received
Be careful

2022-08-16 18:34:40Sent
Tks

2022-08-17 07:55:50Sent
Leaving Omaha now ..on my way to the office

2022-08-17 08:02:28Received
👍

2022-08-17 08:27:20Sent
Got pulled over by HP ..dropped your name ..see what it gets me

2022-08-17 08:32:41Sent
Well god bless you Jim that worked..told me speed limit is 65 not 75

2022-08-17 08:45:59Received
Cool

2022-08-18 17:40:48Received
We b there in 10 w

2022-08-18 17:40:54Received
Minutes

2022-08-18 17:41:22Sent
👍

2022-08-19 13:27:59Received
Today's project

2022-08-19 15:31:32Sent
Nah that's A serious load ..I saw another Daws truck heading east from Omaha carrying one of these

2022-08-19 15:31:49Sent

2022-08-19 15:32:16Sent
Definitely gives me a woody 🍆

2022-08-19 15:32:22Received
We loaded 2 more today for Oregon

2022-08-19 15:36:19Sent

2022-08-19 15:36:47Sent
Stopped at one of the Oldest Mexican stores in Omaha

2022-08-19 15:37:11Sent
My dad Helped his father get started in 1984

2022-08-19 15:37:47Sent
Used to run a van truck from Chicago twice a week

2022-08-19 15:38:27Sent
That's his son Carlos that runs it now..I went to school with him

2022-08-19 21:47:52Sent
I'm pulling up to the house now 🏠🥰

2022-08-22 16:36:28Sent
Farmers' Almanac forecasts cold, snowy winter in North Central region
https://www.desmoinesregister.com/story/weather/2022/08/21/iowa-winter-weather-forecast-farmers-almanac-2022-cold-weather-predictions/7834368001/

2022-08-22 16:40:38Received
We don't need this weather report yet. Don't care as I'm sweating my ass off. 🥵

2022-08-22 16:42:28Sent
Hahahaha dont worry relief is coming 🥶🥶🥶

2022-09-01 15:27:10Sent

2022-09-01 15:27:57Sent
Jim let me know. If you want to out anything on hold they'll be gone within the hour

2022-09-01 15:45:46Received
I'm good

2022-09-07 16:43:34Sent

2022-09-07 16:50:50Received
Thanks.

2022-09-13 11:06:05Sent
Here You Jim...we are whole ..
Last one.. 🍺

2022-09-13 12:13:34Received
That's awesome

2022-09-13 12:13:40Received
Thanks

2022-09-14 14:24:33Sent
Jim keep an open mind ...on this shut Down.
I'm getting calls from high up rail people. Some stuff will be moving for high dollars. Out of Chicago.
So RDT may have Lease anything you have sitting like straight Flats or Stepdecks.
And we'll get Daws and emergency authority to go into the rails.. only if the Dollars are right. Obviously.
This is 1993 Missouri river flooding kind of money.🤑

2022-09-14 15:17:50Received
Will do

2022-09-15 08:33:17Sent
I'm in court Jim call you when I'm out.

2022-09-15 08:33:42Received
👍

2022-09-16 20:34:00Sent
Hey Jim they Non-stop American arrive tuesday in Omaha noon is that ok?

2022-09-16 20:35:25Sent
That's both if us

2022-09-18 09:31:11Received
Yes works for me. We can go to the bank after lunch.

2022-09-18 09:32:24Sent
Perfect 👍

2022-09-20 07:21:31Received
66 is the high and rain tomorrow

2022-09-20 07:23:10Sent
Oh shit ok

2022-09-20 07:23:17Sent
Thanks

2022-09-20 11:46:50Sent
Walking off the plane heading toward the exit take your time

2022-09-20 11:49:25Received
I'm about 5 minutes from the door. Let me know when to come in

2022-09-21 14:50:35Sent

I haven't forgot! Let's do Woodees on West O Street. I have never been there been heard it's good. See you there at 8am 🙂

2022-09-21 14:50:37Sent
From Jake

2022-09-21 14:51:52Received
🙂

2022-09-21 17:33:58Received
On our w

2022-09-21 17:34:00Received
Way

2022-09-21 17:34:32Sent
Ok tks

2022-09-26 15:09:17Sent
Sotol: will Mexican moonshine conquer the US?
https://mexiconewsdaily.com/news/sotol-will-mexican-moonshine-conquer-the-us/

2022-10-05 11:36:57Sent
https://www.tiktok.com/t/ZTRmca52p/

2022-10-05 11:39:06Received
That's funny

2022-10-10 12:05:43Received
Can you advertise for drivers in the Chicago area for us

2022-10-10 12:09:30Sent
Most want to do regional.. the euros suck all the air out of here..but let me ask around

2022-10-10 12:10:52Received
🙂

2022-10-31 10:16:21Sent
Morning Jim..
Here's a copy of the Proxies I emailed ..
Hope you guys have a great time say hey to everyone.

2022-10-31 10:16:26Sent

2022-11-11 10:18:27Sent
Hey Jim where do you guys get your Turkeys?

2022-11-11 10:18:46Sent
Up here they're $3.99 a pound

2022-11-11 10:19:01Sent
Only needs 30..

2022-11-11 11:23:11Received
We don't buy Turkeys. I would check with mr Wanner

2022-11-11 11:23:58Sent
What do you guys do ..gift certificates

2022-11-11 11:30:55Received
In Nebraska we hand deliver meat and cheese trays and out of state customers we mail the same thing

2022-11-11 11:31:54Sent
So you guys are saving the Turkeys 🐢🐢

2022-11-11 11:32:45Received
Yes we are so don't call us Turkeys 😝

2022-11-11 11:36:31Sent
Lmao

2022-11-14 12:01:06Sent
Do I need a new USDOT number if I am changing my company's Legal Name or Form of Business
https://ask.fmcsa.dot.gov/app/answers/detail/a_id/571/~/do-i-need-a-new-usdot-number-if-i-am-changing-my-company%E2%80%99s-legal-name-or-form#:~:text=USDOT%20numbers%20are%20not%20transferable,person%20must%20have%20separate%20registration.

2022-11-16 16:46:14Sent
Man we are Dead !!!!
Like shipping stopped

2022-11-16 17:55:43Received
It's holiday season I would think you would be buried

2022-11-16 17:58:18Sent
Last year at this time we were doing 20 to 30 loads per week to Bass Pro/Cabelas.. in Prairie Du Chen Wi.

Now 2 or 4 per week

2022-11-16 17:59:17Sent
I guess you only buy so many fishing poles

2022-11-16 17:59:51Sent
Construction Lumber is dead

2022-11-16 18:02:16Received
It's slowed but still getting loaded

2022-11-16 18:03:30Sent
Yes I saw the rate drop a bit..

They're trying to beat us up .. but its early yet..we'll see .

2022-11-18 12:50:17Sent

2022-11-18 12:50:43Sent
Jim is this the DOT number on the trucks currently

2022-11-18 12:54:34Received
Yes that is correct

2022-11-18 13:03:21Sent
Ok So ..I got the ok from the Accountant's they've done a lot of this ..
I need Jay Rock the attorney to be good with it.

Maybe as easy as Naming You Jim Jim Daws the Person as CEO of Jim Daws trucking LLC..which you are

While we apply for a name change and tax ID change. Everything else is the same. Address employees etc.

2022-11-18 13:09:12Received
Sounds good

2022-11-18 13:10:31Sent
I dont even think we needed a lawyer for this ..but better safe.

Key words ( a person can be a corporation)

And ( the DOT will remain when there is a change of company Officials}

2022-11-18 13:12:01Sent
Yeah when Tony comes back ..I'm told we have to run payroll as the LLC starting 1/1/23..he told me he was ready.. so should be good

2022-11-18 13:13:25Received
Perfect

2022-11-21 10:04:50Sent

2022-11-21 10:08:36Sent
So Jay called them to clarify the name change issue and yes you can be and (official or officer requesting the name change..I'll walk through it with Kathy to do this on line )
Should be fine.

2022-11-21 10:10:01Received
Let's do it next week. This is a short week and Kathy needs to get payroll done

2022-11-21 10:13:12Sent
Yeah not a problem

2022-11-24 09:48:14Sent
Hey Big Jim on behalf of the entire Fernandez family wishing you and Lana a wonderful Thanksgiving
Thank you Jim for everything you guys do.. really appreciate you 珞珞珞珞珞

2022-11-24 09:51:00Received
You're welcome and enjoy your thanksgiving also

2022-11-26 15:01:41Sent
Jim gotta Truck with a fresh overhaul just left the shop picked up in Wisconsin and made it here..
Is making a tapping sound..we dont want to risk it..

Can I send someone from Chicago to pick up the boom and bring this one back

2022-11-26 15:03:26Received
Yes let me know when he's close and I'll help him

2022-11-26 15:03:50Received
A wrecker might be cheaper

2022-11-26 15:05:09Sent
I have to find a volunteer..
Really let me call ..
We do have a guy to take the load off his back..

2022-11-26 15:07:42Received
Let me know

2022-11-26 15:09:12Sent
Thanks Jim..

2022-11-26 15:17:55Sent
You're right the Hook is coming up cheaper...let me se if that works

2022-11-28 15:09:01Sent
Hey Jim I spoke to Larry ..and he will talk to Mark again..
The issue with the collateral is confusing.

And Mark said he'll do it either way.
But if they wont release your collateral why do they need 2 Collateral's. ..

if they wont give us another Vote or issue us another share why do we have to pay another 10k.

Equity and Dividends are different they should release that to you.

And we should buy your collateral when you're allowed to pull yours out.

JDT_00225345

Or if they insist then Ricky should get a vote since he owns JDT llc.

I know its confusing and I know they are being flexible but.. I dont want them to double up.

Let them work it out and let me know.

2022-11-30 11:01:10Sent
Hey Jim..I forgot to mention. When I talked to Jake about the letter of Credit for Collateral..
I told him we paid off the $250k loan from you.. so if you can send him a copy marked paid when you get back .
No rush

2022-11-30 11:03:49Received
Will do

2022-12-03 15:14:03Sent

2022-12-03 15:14:19Sent
I guess he found him

2022-12-03 15:17:13Received
Good deal

2022-12-05 14:56:03Sent
Hey Jim will you and Tony be around Monday Tuesday Wednesday..next week so we can go over the year end..
And Insurance

2022-12-05 14:56:30Sent
Won't take long

2022-12-09 10:17:25Sent
Hey Jim coming in Sunday Late .. for a couple of days..
Have to see Jake and go over year end numbers.
I know you just go back let me know if you'll be around

2022-12-09 11:48:45Received
Should be here. I've got some combines to haul but will get them worked in

2022-12-09 17:05:11Sent

2022-12-09 17:07:17Sent
Check that out . I'm mostly surprised about Bay I didn't think he'd sell so fast.

I can't care less about Frisard..

GP is too big for us now

2023-01-03 17:50:29Sent

2023-01-03 17:50:47Sent
I thought they wanted something in writing..
Also they said everything is the Same you can still be part of the captive until you totally paid all your Dividends..
Is that correct?

2023-01-03 17:55:37Sent
I still think they should have kept it separate..😜

2023-01-03 18:19:23Received
I plan on being involved till I'm cashed out

2023-01-03 18:22:08Sent
I sure hope so.. won't be the same ..

2023-01-03 18:24:06Sent
I guess the Boys at GP and GoTo are staying cuz they didn't say anything..

Surprised Kevin can afford the Insurance

2023-01-03 18:34:24Received
Me too

2023-01-04 16:00:43Sent
Ref # 230104-006699 dot

2023-01-20 10:29:17Sent
Hey There Jim
Going to stop in Wednesday Thursday Friday..meet with Jake over this LOC. And go over Year end.
Also dropping a driver at Werner to pick up a truck
I think Ricky will pop in for a couple of days too.

2023-01-20 10:40:23Received
I'll plan on that

2023-01-20 10:43:17Sent
Yeah I don't know if we need to meet with American National

2023-01-20 10:44:33Received
Prolly wouldn't hurt with new trailers coming. Give Jake some competition

2023-01-20 11:29:17Received

JDT_00225346

2023-01-20 11:30:52Sent
Hahahaha I was happy cuz I got a zero assessment..
But you kicked my ass with a Negative Assessment 🦁

2023-01-20 11:31:25Sent
From cottingham

2023-01-24 14:49:46Sent
Driving to Milford..they couldn't start the truck..

2023-01-24 14:50:29Received
Just got home myself

2023-01-24 15:02:36Sent
Man they're messing up my plans
Jake tomorrow lunch afternoon

2023-02-03 15:30:29Sent
Hey Jim about what time will you be pulling in ..they're gonna take you off about 3 miles away Robert and Martin will lead the way..
It's called CUB Terminal.
They stack boxes and chassis
Its easier

2023-02-03 15:31:10Received
I'll call when I leave Monday morning

2023-02-03 15:31:26Received
It's 8 hrs I figure

2023-02-03 15:32:12Sent
�留 I've always done 9 but you're older than me

2023-02-05 10:57:24Sent

Cub Terminal

5300 Joliet Rd, McCook, IL 60525

(708) 485-9477

https://g.co/kgs/axPPWJ

2023-02-05 10:58:22Received
Thanks

2023-02-05 10:58:26Sent
Jim might send you straight here.. I'll have Robert at the Terminal to guide you into the Terminal

2023-02-05 10:59:00Received
Sounds good

2023-02-06 09:53:33Sent
Hey Big Jim .. give us an ETA so we can have drivers waiting at CUB Terminals..

2023-02-06 15:59:21Sent

2023-02-06 15:59:29Sent
Big DAwG in the Terminal

2023-02-06 16:12:27Sent
137 years of Gray whiskers

2023-02-06 20:01:37Sent
You get checked in ok

2023-02-06 20:04:06Received
Yes sir. Very nice hotel. Thanks

2023-02-06 20:04:58Sent
Oh yeah good..thank you 🍺

2023-02-07 13:00:07Sent
See this is the type of freight that Exists.. but we have to get it directly from the Steamship line ..or The NVOCC

2023-02-07 13:02:27Received
Can you get this freight

2023-02-07 13:02:48Received
How about containers in Miami

2023-02-07 13:04:19Sent
This is probably not on the water yet they are quoting it I asked for loading specs. And expected volumes..

2023-02-07 13:04:50Sent
Do you mean bringing containers from Miami loaded

2023-02-07 13:05:19Sent
Never played In that market cuz it lopsided

2023-02-07 13:07:36Received
We have a new dealer in Miami and we are needing loads out of Miami

2023-02-07 13:10:14Sent
I see..

JDT_00225347

We normally do a lot of work for Crowley lines shipping to Puerto rico ..
By rail.. but I know they bring everything back empty..

But let me snoop

2023-02-07 13:10:38Received
Thanks

2023-02-07 16:39:06Received
673 miles 10 hrs 12 minutes. Not bad for an old fat guy. 😑

2023-02-07 16:40:34Sent
Fucking nuts ... sounds like Pizza Energy 🤣🤣🤣

2023-02-07 21:38:50Sent

2023-02-07 21:39:55Sent
We missed the National Lumber convention today in Indianapolis..
My brother in law was there ..they have a booth..took years to get one..

2023-02-07 21:41:14Sent
Anyway Whitacre was there from the East coast.. Gary and I cut our teeth together.. he'll be coming to Chicago next month they want to do flats with the east with us

2023-02-08 12:12:23Sent

2023-02-08 12:13:17Sent
Jim look at this conversation..that's the CFO at a company he's a friend used to be an accountant for Tim

2023-02-08 16:17:27Received
Interesting

2023-02-08 16:18:18Received
Ricky will have to look for equipment. I'll have Jaisa send him the regulations.

2023-02-08 16:18:52Received
Bryan will send how much of what equipment is needed

2023-02-08 16:19:51Sent

2023-02-08 18:02:16Received
Bumped from 450 to 500hp. And 1750 to 1850tq.

2023-02-08 18:03:35Sent
Woop there it is

2023-02-17 16:07:40Sent
Jaisa was able to do the DBA soo we're good for a while ↲

2023-03-02 11:10:03Sent

2023-03-02 11:10:47Sent
Hey Ricky talk to your Bryan on when he can go and spend some learning time at Daws

2023-03-02 11:11:38Sent
Jim said Jaisa puts everyone up at East Hills .. I don't know if they have a weekly rate... talk to Jim

2023-03-02 11:12:24Sent
That Quality is too far.. and East Hills has a better rating than Sunset Inn

2023-03-02 11:13:35Received
We'll put him at East hills. The sunset is a piece of crap

2023-03-02 11:14:49Sent
Ok .. Ricky balls in your court..say when

2023-03-02 11:24:29Received
Ok might be Monday

2023-03-02 11:50:46Received
Good deal

2023-03-06 09:52:00Received
Brian left this morning at 630. He's set up until Sunday at the East Hills Inn.

2023-03-06 10:11:54Received
Good

2023-03-06 10:16:44Received
Hey Jim...let the guys know he doesn't have any real behind the wheel time .. we want him to learn first how handle flat work and slowly get him driving time..
He's said he will do whatever it takes..↲

2023-03-06 10:18:26Received
We're planning on doing both

2023-03-06 10:18:30Sent
Ricky also sent him with a loaded Laptop

2023-03-09 11:35:31Received
Back woods in Missouri

2023-03-09 11:36:29Sent
Whoop fuck yeah 😁

2023-03-09 12:53:33Sent
Is that for Irrigation

2023-03-09 12:53:43Sent
Or septic

2023-03-09 12:54:17Received
Water tank for a mobile home park

2023-03-09 12:55:20Sent
Hey Talk to Jerry...we're worried it may drate

2023-03-09 12:55:30Sent
Cuz it's over 500k miles

2023-03-09 12:55:45Sent
Close anyway Ricky is worried

2023-03-09 12:55:59Sent
Brian has a laptop or he can stop by

2023-03-09 12:56:13Received
K

2023-03-10 09:28:21Sent
Ricky Jim has one with an Engine down he's gonna send someone to grab the White KW..

Waiting on details..will let you know

2023-03-10 09:29:09Received
10-4

2023-03-11 10:04:03Sent
Good morning Jim ..send us Jessica's number so we can have people at the shop tomorrow

2023-03-11 10:04:55Received

2023-03-11 10:05:15Sent
Thanks 🙂

2023-03-20 18:08:54Sent

2023-03-20 18:09:21Sent
Was supposed to close in 5 days look at this shit

2023-03-20 18:10:02Received
Crazy

2023-03-20 18:11:06Sent
Yup⁉

2023-03-21 14:15:20Sent
Tell Jaisa sorry about Mike jumping in he's a 65year old ex-cop.

I had already told Belinda and so did you .dont know why she asked

👍✓

2023-03-27 14:44:47Sent
https://www.freightwaves.com/news/florida-based-flagship-transport-abruptly-ceases-operations

2023-03-27 14:46:04Sent
Hey Jim before your guys read this and think we are somehow related...

Nip that .. No Relation.. that's probably some Cuban guy in Florida

2023-03-27 14:46:13Sent
🤣🤣🤣

2023-03-27 14:52:36Received
😁😁

2023-03-28 10:05:33Sent
https://youtu.be/mgDFTbXsJtU

2023-03-28 10:08:34Sent
Ricky this is kinda what that account your uncle jesse works with .. stella Jones.. hopefully we can do a sitdown with the Contact in Grand Island.. on Monday or Tuesday when your there with Jim.
. Jim is leaving to PA on Wednesday

2023-03-28 10:08:54Sent
This could be big

2023-03-28 10:09:22Received
I'm hoping for good things

2023-03-28 10:11:19Sent
Yup I'm glad he reached out ... having a direct contact in your backyard can be great

2023-03-29 10:40:56Sent
Hey Ricky how does that truck look..
Send pics

2023-03-29 10:42:40Received

JDT_00225349

2023-03-29 10:43:58Received

2023-03-29 10:47:46Received
Its hard to say exactly how it happened. But there are fuel lines and grease zerks near the starter. Looks like the ground cable got too hot and lit it up.

2023-03-29 10:49:33Received
Starter, fuel pump, fuel filter assembly, air compressor, air lines, and main engine harness are all damaged

2023-03-29 10:49:41Sent
So this bare toasted wire is ground..

2023-03-29 10:51:01Received
No. Look at the last picture. Its a fat cable.

2023-03-29 10:54:09Received

2023-03-29 11:20:19Received
Fixable

2023-03-29 11:29:26Received
Definitely

2023-04-02 19:07:36Sent
Hey Jim are you driving to to PA or are you flying?

2023-04-02 19:08:30Received
Flying

2023-04-02 19:09:12Sent
Orale

2023-04-03 08:29:39Sent
Yes got a flight last night.. landing about at 1pm getting a car and probably be there around 3ish and staying till Friday

2023-04-03 08:29:59Received
K

2023-04-03 08:30:07Sent
Ricky will be there Thursday Friday with the fam

2023-04-03 08:42:30Received
I'll c u later. Going to Kansas tomorrow with a combine

2023-04-03 08:43:22Sent
Oh wow safe trip 

2023-04-03 13:19:16Received
Are you in Nebraska

2023-04-03 13:20:16Sent
Yup just got a car or shall I say a truck 

2023-04-03 13:23:19Received
R u going to drive that freight liner back to Chicago

2023-04-03 13:24:03Sent
No 

2023-05-05 14:31:00Sent
This guys is off a lot maybe he'll call next week

2023-05-05 14:31:48Received
Yep

2023-05-05 14:33:11Received
That address is an office. I am familiar with the area

2023-05-05 14:33:40Sent
The Seed with the UP is planted.. he is fighting with guys that work for him..
But he will add RDT but rates aren't great..

2023-05-05 14:34:04Sent
But I dropped Daws and his ears perked up

2023-05-05 14:34:19Received


2023-05-05 14:34:39Sent
He said there are projects that come up he wants to keep that open

2023-05-05 14:34:48Sent

2023-05-05 14:35:28Sent
He's got my cell and told him I'm a text away from a derailment

2023-07-17 08:27:32Sent
I know we have no Cash left but these are a give away compared to 6 months ago.. 1/2 the price

2023-07-17 08:29:25Received
I agree. We need more drivers

2023-07-17 08:35:06Sent
They're out there ... now just need to start seeing bottom line numbers inspire of the Holiday Daws is still maintaining over 600k miles average..

JDT_00225350

A lot of truck dealers that bought trucks on a high..are looking at those numbers ..and I know are kicking themselves.
If they see those numbers.

These will be gone in an hour

2023-07-17 09:11:05Sent
You are right Jim we probably can add 10 trucks with that New business you have and..
And those new flats..

The window for drivers are available.. just gotta make sure they're not European spies trying to jump into our business..like we talked about

2023-07-17 09:47:21Received
Try to hire some in your area. Maybe Facebook

2023-07-17 09:50:11Sent
Do you we have blank trucks

2023-07-20 12:51:44Received
Hey Guys. I'm planning on being in Milford August 14,15,16,17.

2023-07-20 12:52:31Received
I'd also like to talk to Bryan about coming out to Chicago and training a few of us on load securment. Whatever fits his schedule.

2023-07-20 13:35:48Received
Bryan and I will talk and send you the game plan

2023-08-14 09:20:23Sent
Hey Big Jim Ricky and I are boarded see you in while 🙂

2023-08-14 10:15:06Received
Cool. I'll b in Omaha after lunch

2023-08-14 11:28:13Sent
Ok cool let's meet in Omaha or Lincoln..
Dave Graff said We can use a conference and HUDL too
If you want ..
Let me get a car and I'll call you

2023-08-14 11:35:13Received
I'm hauling combines and I have a make a wish tonight. How about tomorrow morning in Lincoln

2023-08-14 11:36:34Sent
Ok we have a meeting with Jake too ..we'll head to the office then

2023-08-14 11:40:20Sent

2023-08-14 11:41:03Sent
Sorry Jake is in Wednesday. Soo yeah any time tomorrow

2023-08-14 11:43:25Received
We can do it all Wednesday

2023-08-14 13:46:47Sent
https://photos.app.goo.gl/WTRgQg6xzQRQ8U5n6

2023-08-14 13:47:11Sent
That's Spencer's truck

2023-08-14 14:10:55Received
Nice

2023-08-14 14:11:13Received
Leaving Omaha with a combine don't hit me 😤

2023-08-14 14:13:27Sent
Careful with everyone else wind is blowing people around

2023-08-17 10:21:48Received
https://reddit.com/r/FreightBrokers/s/Hy45A665wO

2023-09-09 11:04:57Sent
Hey Jim..I'm flying in Monday.. gonna try to setup the Union Pacific load board.. might be good for reloads

2023-09-09 11:05:31Received
I'll b around

2023-09-11 12:24:04Sent
Just passing Werner Jim..I just ate be there in a bit

2023-09-11 12:24:38Received
🙂

2023-09-12 12:37:13Sent
2022 truck driver per diem pay: Advantages and tax plan impacts
https://schneiderjobs.com/blog/truck-driver-per-diem-pay

2023-09-12 16:34:36Sent
https://youtu.be/uLNT8_ZkwaE

2023-09-25 11:46:39Sent
Hey Jim we can talk about this but 3 big problems
1) no consistency en the FSC..some guys get as much as .90cts..some as low as .37cts.. but the majority are in the .60s

2)some guys are 90%

3) we are average 650k miles on trailers every 4 weeks.. or 162,000 per week on half the trailers.

I dont think 150k per week is enough but it's a start.
I notice most O/ops are putting. 10 per mile for reserves maintenance on their trucks

4) we are out of money as of today we owe $150k in escrow. 5% hold back
And 50k in deposits.

And 193k in money we collected for truck payments just this year form our trucks is gone plus the 4 payments to you we missed.

2023-09-25 11:47:14Sent
This is what FSC should be

2023-09-25 11:48:03Sent
This is what we deducted in payments this year for our trucks gone

2023-09-28 15:23:47Sent
Let's talk about the fire truck and the rear crash truck in the shop..

2023-09-28 15:54:07Received
I'll call you in the morning from the office

2023-09-28 15:55:22Sent
Ok Ricky is leaving for now..call him tomorrow.
Dont sell the fire truck this one has bent axles both

2023-09-28 15:57:02Received
I'm trying to get the buy price. The adjuster looked at it last week but he hasn't sent it yet

2023-09-28 15:58:59Sent
Ok this one is at 40k new parts from 2 places..
And there is still some parts missing..

2023-09-28 15:59:35Sent
Dont now what hit him but he felt it

2023-09-28 16:00:10Received
A lady with a car

2023-09-28 16:00:57Sent
Wow

2023-09-28 18:28:29Sent
Jim there was a Chicago to Charlotte then Cayman..
I saw it on American

2023-09-28 18:28:54Sent
I just booked mine but through Miami

2023-09-28 19:16:50Received
I won't be in Dallas and I've decided I'm not going to cayman

2023-09-28 19:18:18Sent
Oh no

2023-09-28 19:28:08Sent
You should stay at my house before you take off to Cayman so you're not tired

2023-09-28 19:29:20Received
I'll tell you tomorrow

2023-09-28 19:29:46Sent
Orale

2023-09-28 19:36:29Sent
Home - STIL Board Meeting
https://web.cvent.com/event/2c033bbf-90e5-43ed-baa1-01b7073d78c2

2023-09-28 19:36:44Sent
I hope they sent it

2023-09-29 13:49:40Sent
Jim don't make that offer to the drivers that's not enough..
Wait until Ricky finishes his report.

We are going through the bank ledgers now..

Please wait

2023-09-29 13:49:42Sent
Jim don't make that offer to the drivers that's not enough..
Wait until Ricky finishes his report.

We are going through the bank ledgers now..

Please wait

2023-10-02 08:06:37Received
Send the wording that we would use and send to the o/o's today. We will send it out tomorrow

2023-10-02 08:22:47Sent
Ricky I'm getting ready to head to the airport.

But something like .

As you all are aware the entire trucking industry is facing constant pressure to stay competitive. The flatbed industry had been able to to stay away from the effects of the spot market . But our customers having to cut cost to stay competitive and now we have to do the same.

JDT_00225352

2023-10-02 08:31:56Sent
After that ..
I looked at all the options

I would write .
Most of our customers have taken away the FSC or are mixing it in the rate.
We have done everything to keep Daws drivers with the best fuel purchasing power out there . As an example in the month September the Avg Midwest fuel cost was $4.50 Daws drivers averaged $4.28 (this is a fact from a report in the system )

And what ever way you want to keep it ..I have to go ..

Ricky keep it simple

2023-10-02 08:34:31Sent
But we actually stopped looking at reports .. we kept coming with same thing Daws is down 3.5% to break even

2023-10-02 08:38:36Received
This isn't about fuel surcharges it's about not carrying enough to pay the bills

2023-10-02 08:43:22Sent
Ricky should add.

Equipment cost has doubled tires breaks airbags.. and we have been paying for 100%

Yes you need to get 3%
On equipment

But stop paying fsc when they don't pay you.

All your doing is reducing the bill

2023-10-02 08:44:40Sent
There's other things call you when I check in

2023-10-02 08:46:13Sent
We both lost $700k in 14 months.. that's all we have to keep in mind

2023-10-02 08:49:31Sent
BTW ..receivables are at $1,550.000 as of Friday highest they have ever been ..it will help a little but most of it gets paid out.

2023-10-03 10:05:45Sent
Hey Jim let me know what your hearing .. probably gonna get worse when they get their check

2023-10-04 12:47:57Sent
Hey Jim still in meetings
But looks like we should be getting a big check soon.. there's a 70k deposit today.
And Receivables are up to almost $1.6million
Hopefully cash will catch up here in the next couple of days

2023-10-04 12:49:14Received
K I'm supposed to get an answer from Valmont this week

2023-10-04 12:50:09Sent
Awesome tks/rick

2023-10-05 10:51:48Sent
Gonna send Ben our Aging report and tell him to wait for our September numbers..

FYI..recieved $320k in cash this week so far.
We're billing avg $450k per week.. it's happening with us too.
Cash is slowing

2023-10-06 16:16:37Sent
I got Ben to work on the Line of Credit for $700k
In case we hit a snag 

2023-10-09 16:47:49Sent
These numbers are early but I should be close.
September made back some of the loss from August.

But we are still short $350k for debt.

Better than last month we were short $435.

We need every once of that 4% from owner operators.. it will recoup $52 per month .

In 3 months we will still be short but .. ($200k)
But its better than being short $500k.

I think i can explain that to the bank.. a good performance by company trucks would help. since they have been paying for the heavy expenses.

Tony still has a bit to go.

But I have $500k in profit
Last month was $325k

2023-10-09 16:49:04Sent
*ounce spelling

2023-10-10 13:27:10Received

2023-10-10 13:39:38Sent
Rick.. Jim says Brian will be there overnight sleeping in the yard

2023-10-10 13:46:56Received
The white silverado will be in the yard with keys in it if he wants to go anywhere.

2023-10-10 14:47:46Received
Thanks

2023-10-12 10:12:31Sent


2023-10-12 10:13:31Sent
Good deposit today $115k
Total 367k for the week .
We're about 80k short for the average so not too bad

2023-10-12 10:14:54Sent
Just got off the Safety..I'll give you my .2 cts when you're not driving

2023-10-12 11:36:32Sent
40-year-old Montana trucking company, freight brokerage shutters operations - FreightWaves
https://www.freightwaves.com/news/40-year-old-montana-trucking-company-freight-brokerage-shutters-operations

2023-10-13 17:01:05Sent
Good Deposit week $511k

2023-10-16 17:37:54Sent
I just remembered
Its was

Cristin Cover
Otho Williams

One of these guys must have pissed off the Cop cuz the cop wrote him up for the same shit 2wice ..cottingham was gonna work with Jaisa on getting them removed


And kind

And kind Pooler but I think that was workable.


2023-10-17 08:03:15Received
I'm going to send a driver down to pick up a flatbed in Chicago. We are short trailers here.

2023-10-17 08:04:41Sent
Ok

2023-10-17 08:24:12Received
Hey guys. The diff housing, axles, calipers off the donor truck will work. It should save about 15k, but I still need about 25k to buy parts.

2023-10-17 16:15:01Sent
Jim I'm getting late start ..may have to stop in Des Moines .. will probably be there in the early afternoon .


2023-10-17 16:15:29Received
K

2023-10-17 16:15:40Sent
If you think about ask Cory to fire up that truck or I'll text him tomorrow

2023-10-17 16:33:36Received
I'll let him know

2023-10-23 14:47:48Sent
Hey Jim ..just to catchup
With you guys.
Ben at UBT is going to set up a Line for any cash shortage end of year.

Right Now look like about 150k
For plates
Another 100k for Insurance
Another 50k for fuel bonuses
So that's 300k end of year.

2023-10-23 14:51:17Sent
There is Cash now cuz it caught up ..but it can run up to tight soon.
Ricky is out of Money cuz people owe 70k..

Do you think he should order parts for Poolers truck.. I dont know how quick Belinda will send a check ..wait for her to tell Jaisa.

2023-10-24 10:59:00Received
Order parts we need to get that truck back together. Did you get a non renewal from arch

2023-10-24 11:01:49Sent
No did not when

2023-10-24 11:02:24Received
We got a certified letter on Friday

2023-10-24 11:03:04Sent
Wtf send to me

2023-10-24 11:06:21Sent
Wait I have to read it I bet its officially all under Richard Daniels

2023-10-24 11:07:58Sent
Ok we need to get Ricky a check
I'm overdrawn and so is he..

2023-10-24 11:19:11Received
Larry said everyone got the non renewal

2023-10-24 11:21:54Sent
Wtf

2023-10-24 11:22:21Sent
That ain't good they better start making calls cuz a few will be pissed

2023-10-24 12:37:45Sent
Talked to Larry said it's a standard letter.
I cuz Arch hasn't renewed anyone yet.

2023-10-24 14:11:15Received
I knew that on Friday

2023-10-24 14:28:23Sent
I asked rick to put everything on my personal card ..it will buy 3 weeks or so..

2023-10-26 10:35:57Received
I approved purchase of 8 tires for Jon Lindsey's flat. Chinese, Virgin, 11r for $350ea.

2023-10-26 12:45:03Received
K

2023-10-28 13:44:49Sent
Hey Jim we need to stay with TLC..
I busted up Ardell's numbers..
And he's only saving about .70cts

But I looked at the loss runs and there is no way he can hold that number..
The captive would be higher..
You $400 k in claims over last 3 years
And 1 is still open. That's over 30% premium

He'll jack up the rate once you're in

2023-10-28 14:03:17Sent
Looks like Ardell was just cutting his fee to get the business..

2023-10-30 12:34:34Received
Have you talked to TLC about lowering the rate. Throw Ardell under the bus

2023-10-30 12:45:20Sent
Huh

2023-10-30 15:23:46Sent
I emailed you a picture of the loss runs.. its Harold McCullough .
But from April

2023-10-31 13:42:41Received
Hey Jim. Rick told me there's a truck down and it might be the engine. We'll take care of it. if you send here.

2023-10-31 13:43:40Received
We're working on that now

2023-10-31 15:05:32Received
I understand that the check for 101 went to Chicago and not Milford. Why is that

2023-10-31 15:07:07Sent
That's spensers right

2023-10-31 15:08:09Received
Correct

2023-10-31 15:09:50Sent
That's correct . I was there with you when I told Jaisa I needed to get paid for that cuz we cut 10k in labor on it since it was all out of our insurance

2023-10-31 15:10:43Received
We need a copy of the check so we keep things straight

2023-10-31 15:13:52Sent
Jeez this is 10th time I'm asked ..
Thelma will send it Monday ..
I have to finish this Bid..

I have less than and hour to enter them cuz I just got them

2023-10-31 15:14:27Sent
That was sent in September why you asking now you guys sent it.

2023-10-31 15:15:12Sent
I need a check for the parts ordered on the rear end that's my personal account..
Where is the claim on that

2023-10-31 15:16:00Sent
Plus I told this to Belinda and Jaisa this morning. Jeez

2023-10-31 15:20:22Received
Jaisa needs to complete the file on Spencer. I'm on her about finishing. On 105 have Tony send you a check. Belinda did say this is a 50 k policy way better for us

JDT_00225355

2023-10-31 15:27:44Sent
In trying to finish this bid package it came back in a different format we are re-entering line by line..

I sent the check copy..

Jaisa and Belinda had me drop everything to send them a copy.
That they sent 45 days ago

Why do you think that makes me upset

2023-10-31 15:27:44Sent
Anyway its done

2023-11-01 15:27:46Sent
Jim we spoke to Cory..they're going to replace the Head at MHC..works out cheaper to leave it there.
Bring it back and forth too costly

2023-11-01 15:45:50Received
Agreed

2023-11-02 12:47:43Sent
Jim I don't know why i didn't think of this earlier.
But i ran a credit check
On Cheesebrough brokers with our road Factoring company

I dont know if they are the same outfit.
◊

2023-11-02 12:48:06Sent
Triumph is as Big as TAB

2023-11-02 12:57:14Sent
I'm gonna send you guys my login so they can ..check brokers

2023-11-02 12:59:44Received
K

2023-11-07 11:03:38Sent
Death by a thousand cuts - FreightWaves
https://www.freightwaves.com/news/death-by-a-thousand-cuts

2023-11-09 17:50:40Received

2023-11-09 19:16:20Received
Looking good

2023-12-07 09:43:09Received
A couple of things. We are low on trailer tires and I'm getting pricing. Also look around Chicago for used curtain trailers

2023-12-07 09:48:31Sent
I was supposed to be in Omaha today and Tomorrow but Larry is coming today in to tell me how much money we have to come up with for insurance renewal and collateral..
Deposit and collateral $200k
🤬↗

2023-12-07 09:49:21Received
Yikes

2023-12-07 09:54:11Sent
I'll call you after he gets here ..
November numbers won't be good..
And I think we have registrations next week and
Fuel bonuses

2023-12-07 09:56:27Received
K

2023-12-15 12:35:24Sent
2020 REITNOUER MAXMISER W/ AERO CONESTOGA 103" INSIDE HEIGHT For Sale in Peotone, Illinois | TruckPaper.com
https://www.truckpaper.com/listing/for-sale/229270615/2020-reitnouer-maxmiser-w-slash-aero-conestoga-103-inch-inside-height-curtain-side-slash-roll-tarp-trailers-semi-trailers

2023-12-15 13:42:24Received
That's cool

2023-12-19 13:28:04Sent
HEY Jim in Virginia for a couple of days .. keep your ear close to ground..
Ideally we are looking for small non asset 10 to 15 trucks..
Lot of these guys are choking out

2023-12-19 13:28:36Sent
I'm gonna meet with some guys ..see what's out here

2023-12-29 12:46:21Sent
Jim I cant open that Attachem on Eckly Transportation..what's in it

2023-12-29 13:46:27Received
I won't be able to be on the call as I have another appointment.

2023-12-29 13:58:46Sent
Let them fill us in

JDT_00225356

2023-12-29 13:58:46Sent
Not a problem gloria called Kathy

2023-12-31 15:05:33Sent
New Class 8 truck deliveries fall for 4 consecutive months   - FreightWaves
https://www.freightwaves.com/news/new-class-8-truck-deliveries-fall-for-4-consecutive-months

2023-12-31 15:08:13Received
Good for pricing new trucks. Happy New Year!!

2023-12-31 15:08:55Sent
Happy New Year Big Jim 

2024-01-04 15:14:47Sent
Hey Jim I know it's still too soon and the army will get involved..do you have an idea on when services will be ?

2024-01-04 15:27:33Received
Not yet

2024-01-04 15:28:52Sent
https://www.klkntv.com/hickman-man-killed-when-ejected-in-rollover-crash-south-of-lincoln/

2024-01-04 15:32:50Sent
This is so sad ..such a tragedy
Our prayers and support goes out to his family ..

2024-01-04 15:40:29Received
It is

2024-01-04 16:51:03Received
It's terrible hearing the news. My thoughts are with him and his family.

2024-01-04 17:26:46Received
I'm thinking black ice this morning. 2 other cars were in the ditch near there

2024-01-04 19:09:16Sent
Man I just cant imagine what everyone is going through..
It's kinda starts to set in
I'm so sorry..man can't believe it.

2024-01-05 10:31:07Sent
Jim I talked to the DOT ...they'll do it but we have to write a letter with a whole explanation..
And the new Articles..
She said worse case ..after they review you get a new DOT same MC# but all the truck data will transfer.

They do what they can to transfer everything

2024-01-05 10:31:25Sent
Including DOT#

2024-01-05 11:24:41Received
You should write the letter and explain the situation

2024-01-05 11:29:02Sent
Yup I'm gonna do that ..
I'll bring it out if they have services early next week

2024-01-05 14:57:17Sent
Hey jim have Kathy check with jenna at Cottingham..

But Gloria read our life insurance policy and she believes that Dalton's family is entitled to the accidental death portion which is an additional $25,000.00
Doesn't have to be while he's at work ..

But have Kathy verify..

2024-01-05 14:58:07Received
Kathy already has the paperwork started

2024-01-05 14:59:05Sent
Great so she knew

2024-01-05 15:04:57Received
Unfortunately. Not our 1st rodeo

2024-01-06 08:15:25Received
Dalton's funeral is Thursday

2024-01-06 08:17:13Sent
Ok

2024-01-08 11:31:51Received
I would rethink coming this week because of the weather we are having

2024-01-08 11:47:12Sent
Talking to Ricky now ..sucks I have a bunch of deliveries in my yard closing tomorrow..let me get back to you

2024-01-10 13:45:33Sent
Talk later Jim

2024-01-13 14:30:39Sent
Man it's gonna be dangerous up there Jim.. you guys stay indoors next couple of days

2024-01-13 14:31:17Sent
Its coming this way next week 略

JDT_00225357

2024-01-13 16:08:31Received
A total of 14" of snow for the week. Lots of wind. The boys couldn't get on the shop till they moved snow.

2024-01-13 16:29:38Sent
Fuck that's worse than up here. . 1800 flights canceled ohare and midway we would have been stuck. .. .
Its kicking our ass up here no one went out Thursday or Friday
Rails yards weren't ready

2024-01-13 16:39:22Received
We didn't do much this week. We only had 2 days of drivable weather.

2024-01-13 16:40:31Sent
Yup I see that..

2024-01-15 12:29:01Sent
Flatbed and refrigerated trucking poised to tighten in 2024 - FreightWaves
https://www.freightwaves.com/news/flatbed-and-refrigerated-trucking-poised-to-tighten-in-2024

2024-01-17 12:04:16Sent

2024-01-17 12:04:18Sent

2024-01-19 09:00:11Sent
Need to call Jackie Ronin today won't get approved by Blue Cross next week

2024-01-19 09:00:19Sent
Talk to kathy

2024-01-19 09:07:29Received
Kathy is off to day because of weather. Neither of us got an email with your thoughts on health insurance

2024-01-19 09:15:25Sent
Dont know sent one on the 17th sent one yesterday..
Just resent let me know if you see them

2024-01-19 09:21:52Received
It's here now

2024-01-19 16:44:46Sent
Give me a call Jim when you can ..after you see that email from Ben

2024-01-19 17:06:21Received
I've got a shit show going on here. I fired an o/o and had to have a deputy come out. Then he falls while talking to him. Now 5 cops here.

2024-01-19 17:21:00Sent
Fuck ..same here talk soone

2024-01-22 11:57:27Sent

2024-01-25 19:20:49Sent
I decided to approve the million dollar umbrella because if we buy per customer it cost 30k.
If we have to add customers later and municipalities.. we would have to buy a new policy and ..we don't get any credit from the single policy

2024-01-25 19:21:02Sent
I guess that happened to Brian last year

2024-01-26 18:34:58Sent
Hey Jimmy... what you getting Spoerl ?
You think one of my nice bottles of wine will work?

2024-01-26 18:37:44Received
I have no idea. Above my pay grade

2024-01-29 20:16:29Sent

2024-02-01 16:50:03Sent
I emailed this Jim last year i put up 223k out of pocket mostly all Daws and included the Deposit
So they would be able to return your deposit

2024-02-14 15:53:17Sent

2024-02-14 15:53:25Sent
I lost John Lindsey 4th driver this year to give back a truck ..someone offered a company driver dedicated lane..

2024-02-14 15:57:22Sent
I'm gonna try to see of he'll be a company driver for Daws on any of those open trucks

2024-02-14 16:23:57Received
K

2024-02-14 16:27:41Sent
Caught a cheap flight popping in tomorrow for a couple of days

2024-02-14 16:30:42Received
🙂

2024-02-15 08:40:20Received
Have you left yet

2024-02-15 08:40:41Sent
Yup taking off now

2024-02-15 08:41:05Sent
Flying into Lincoln

2024-02-15 08:41:06Received
Can I call Jon Lindsay

2024-02-15 08:41:26Sent
Yeah he wont answer me

2024-02-15 08:41:40Received
▯

2024-02-15 08:43:08Sent
He left the truck cuz it needs batteries.. but he needs to get someone to do it cuz Terry is not around..wants me to pay for it but he's into me for 7k
Again

2024-02-19 10:51:23Received
Where is the flatbed in Texas so I can send Darron to get it back to brenham

2024-02-19 10:51:23Received
Where is the flatbed in Texas so I can send Darron to get it back to brenham

2024-02-19 10:51:23Received


2024-02-19 10:51:23Received


2024-02-21 12:03:51Received
K

2024-02-21 12:03:52Received


2024-02-21 12:03:52Received


2024-02-21 12:03:52Received
K

2024-02-21 12:04:58Sent
Oh Fuck that's Puurrty !!!,▯

2024-02-21 12:04:58Sent


2024-02-21 12:04:58Sent


2024-02-26 11:36:24Sent


2024-02-26 11:36:24Sent
Perfect Jim ...Ricky is gonna swap it out from the other Burned truck..he's a little short handed but next week some time

2024-02-26 11:36:24Sent


2024-02-26 11:49:29Received


2024-02-26 11:49:29Received


2024-02-26 11:49:29Received
Make sure it gets a rear seal and look the clutch over hood

2024-02-26 11:49:29Received
Make sure it gets a rear seal and look the clutch over hood

2024-02-26 11:49:34Received
Good

2024-02-26 11:49:34Received
Good

2024-02-26 11:49:34Received


2024-02-26 11:49:34Received


2024-02-26 11:50:54Sent
Sure thing Ricky always does that anyway

2024-02-26 11:50:54Sent


2024-02-26 11:50:54Sent


2024-02-26 12:25:45Received
Yup. New input shaft too.

2024-02-26 12:25:45Received

JDT_00225359

2024-02-26 12:25:45Received

2024-02-26 14:51:01Received
Good

2024-02-26 14:51:01Received
Good

2024-02-26 14:51:01Received

2024-02-26 14:51:01Received

2024-02-28 19:52:44Sent
Deadline nears for filings as Werner seeks review of nuclear verdict - FreightWaves
https://www.freightwaves.com/news/deadline-nears-for-filings-as-werner-seeks-review-of-nuclear-verdict

2024-02-28 19:52:44Sent

2024-02-28 19:52:44Sent

2024-02-28 19:54:18Sent
This was the case the plaintiffs of our accident referenced

2024-02-28 19:54:18Sent

2024-02-28 19:54:18Sent

2024-03-04 21:15:10Sent
Borderlands: Shifting supply chains boost trade in California-Baja mega-region - FreightWaves
https://www.freightwaves.com/news/borderlands-shifting-supply-chains-boost-trade-in-california-baja-mega-region

2024-03-04 21:15:10Sent

2024-03-04 21:15:10Sent

2024-03-04 21:16:59Sent
We have to really take this seriously..I'm down here in the center of Mexico and All I'm seeing are flatbeds hauling doubles with steel coils and beams heading toward
the border..

2024-03-04 21:16:59Sent

2024-03-04 21:16:59Sent

2024-03-04 21:18:06Sent
I'm gonna take David out of the truck and start opening Mexican/American brokerage
I still have my Mexican authority..

2024-03-04 21:18:06Sent

2024-03-04 21:18:06Sent

2024-03-06 12:25:55Sent
Hey Jim I'm still in Mexico don't know if you want to add Julie to that Email or someone can give the attorney's the
DAWS TRUCKING INC.
structure

2024-03-06 12:25:55Sent

2024-03-06 12:25:55Sent

2024-03-06 12:27:47Received
I'll forward it on your Julie

2024-03-06 12:27:48Received
I'll forward it on your Julie

2024-03-06 12:27:48Received

2024-03-06 12:27:48Received

2024-03-06 12:41:11Sent
Thank you

2024-03-06 12:41:11Sent

2024-03-06 12:41:11Sent

2024-03-14 11:08:52Sent

JDT_00225360

Hey Jim turns out you own
Daws Inc.
And it's the parent company of
Daws trucking INC.

I dont know what it all means but there will be legal work to sort it all out.

I don't think Julie knew..
Cuz I dont think Tony knew
The names all sound the same ..and we all assumed it was all good

2024-03-14 11:08:52Sent


2024-03-14 11:08:52Sent


2024-03-14 18:01:46Sent


2024-03-14 18:01:46Sent


2024-03-14 18:01:46Sent
This guy worked for Ricky at Kaizen

2024-03-14 18:07:41Sent


2024-03-14 18:07:41Sent


2024-03-14 18:07:41Sent
This guy worked for Ricky at Kaizen

2024-03-14 18:07:42Sent
Would be awesome of Ricky connected with this Anchor account they dont just do John Deere they Sell Case ,Cat, and something else.

2024-03-14 18:07:42Sent


2024-03-14 18:07:42Sent


2024-03-14 18:36:26Sent
Would be awesome of Ricky connected with this Anchor account they dont just do John Deere they Sell Case ,Cat, and something else.

2024-03-14 18:36:26Sent


2024-03-14 18:36:26Sent


2024-03-14 18:36:27Sent
That would be funny you're bringing it here to Chicago and taking it back to Colorado 😂

2024-03-14 18:36:27Sent


2024-03-14 18:36:27Sent


2024-03-14 18:56:08Received


2024-03-14 18:56:08Received


2024-03-14 18:56:08Received


2024-03-14 18:59:05Sent


2024-03-14 18:59:05Sent


2024-03-14 18:59:05Sent
Ricky ask Grossman if the Canopy comes off and the stack ..i need a foot to come for the Alaska loads.

2024-03-14 19:00:29Sent
And those local Union loads for Chicago delivery we can move through Tony ..
He's tight with the boys

2024-03-14 19:00:29Sent


2024-03-14 19:00:29Sent


2024-03-18 14:22:17Sent


2024-03-18 14:22:17Sent


2024-03-18 14:22:17Sent

JDT_00225361

2024-03-18 14:22:39Sent

2024-03-18 14:22:39Sent
Ricky did you hear anything from that dealer

2024-03-18 14:22:39Sent

2024-03-18 14:24:20Received
Nothing today. I plan on stopping in with them this week

2024-03-18 14:24:20Received

2024-03-18 14:24:20Received

2024-03-20 10:43:26Received

2024-03-20 10:43:26Received
Morning. Have you heard anything from west side tractor

2024-03-20 10:43:26Received
Morning. Have you heard anything from west side tractor

2024-03-20 10:43:26Received

2024-03-20 10:50:38Received
Nothing yet. We're a little busy today, so I'm going to stop in tomorrow to speak with them.

2024-03-20 10:50:38Received

2024-03-20 10:50:38Received

2024-03-20 10:51:06Received
Good deal

2024-03-20 10:51:06Received
Good deal

2024-03-20 10:51:06Received

2024-03-20 10:51:06Received

2024-03-21 19:32:38Sent
We Hired a guy today ..his Job will be to fill flatbed trucks has customers in Indiana and Ohio snd Michigan.
Heading your way and Help Bill get Loads going back .. or toward Texas ..
Starts Monday

2024-03-21 19:32:38Sent

2024-03-21 19:32:38Sent

2024-03-26 10:49:23Sent
https://www.nytimes.com/live/2024/03/26/us/baltimore-bridge-collapse?fbclid=IwAR3lHRs_wsG4sYEocBHNCU0R8eaDDzS8imsAVQFiYsORBlj0N6VRQn9TjXg

2024-03-26 10:49:23Sent

2024-03-26 10:49:23Sent

2024-03-26 10:50:28Sent
Check it out Jim
I think you mentioned those shipments were coming through the Baltimore port

2024-03-26 10:50:28Sent

2024-03-26 10:50:28Sent

2024-03-26 11:07:53Received
I watched it at 5 this morning

2024-03-26 11:07:54Received
I watched it at 5 this morning

2024-03-26 11:07:54Received

2024-03-26 11:07:54Received

2024-06-20 08:16:44Sent

Hey Jim .. that driver I was talking has always been an owner op ..
What is this truck worth
I can't find too many 2015s

2024-06-20 08:17:00Sent

2024-06-20 08:22:35Received
What's the mileage and I'll get a number

2024-06-20 08:22:53Sent
568k

2024-06-20 08:23:30Sent
I'm seeing stupid high numbers .. like anywhere between 80 to 90

2024-06-20 08:23:47Received
This will be the same lease that we do here.

2024-06-20 08:24:33Sent
Only thing I worry about is may not be 100% so I have to guarantee something

2024-06-20 08:24:47Sent
I'll talk to him and let you know

2024-07-25 13:36:53Sent
Jim they his us again last night got only a few Paccars working

2024-07-25 13:37:23Sent

2024-07-25 13:39:13Sent
Do we have any Old trucks with a lot of miles thay we own sitting we can use
I'm hurting don't like using long noses but desperate

2024-07-25 13:40:29Received
You have 3 here that are short hood 280 wheelbase

2024-07-25 13:41:53Sent
Only if they sit a lot ..though Jim
I can send diablo for 1

2024-07-25 13:49:28Received
Let me know when he will be here and we will have it running. Do you want me to take out the elog

2024-07-25 13:49:45Sent
Yes Please 🙏

2024-07-25 14:00:01Received
We will have 125 ready tonight it is a 265 wheel base shortest we have

2024-07-25 14:33:35Sent
Nice thank you .. those guys waited for the cops they had stationed there and hit 2 other shops
Only freightliners

2024-07-26 09:25:49Received
In case someone asks I lowered the values on our equipment by 3 million. I've been watching auctions and we were way over valued

2024-07-26 09:27:31Sent
Yeah I know they are going backwards

2024-07-26 09:28:12Sent
I think Robert is out there today sometime let me check ..it's been challenging

2024-07-29 12:47:06Sent
The Euro's are dumping the market 2016s with 600k miles 12 to 15k

2024-08-01 07:58:34Received
The low cash numbers have caught.

2024-08-01 08:41:47Sent
Yup I saw that..we have more than usual over 30

2024-08-01 09:43:50Sent
I put 10k out of my personal account to cover ..for a week or so.. let's tighten a bit during this
rough patch hopefully cash will come in ..
Ricky and I have been watching these 2025 Pete's come down in price hopefully 4th qtr if interest rates drop we can add a couple.
We need more company truck income..

Do you think they'll get under $200k?

2024-08-19 09:12:32Sent
Hey Jim found a late flight ..get in around Midnight
I'll stop in tomorrow 🙏

2024-08-19 09:18:22Received
K

JDT_00225363