



DAWS0002772

Text Message
Jan 12, 2022 at 4:16 PM

Hey Jim
So ...let me ask you something...there is a lot of private equity money available that i wish was available when you and i talked... i know you had said you are working on a deal with your people... But I've been talking between you and I with Gullickson and not comfortable with his accountant ..he's No Tony
Like i said there seems



Text Message





accountant ..he's No Tony
Like i said there seems to be a lot of finance available and to be ..very honest you and I put our shit on the table..and i don't feel that with Gullickson

Trying to leave something for Ricky and the grand kids

Let me think about that

DAWS0002774

Yeah go ahead..we'll talk later and catch up.





Yeah go ahead..we'll talk later and catch up.

Wait answer me this would you say at least 50% of your business is AG related.. you know pulling Combines, Hay. Feed ...irrigation equipment that kind of

DAWS0002775

stuff ..just curious

60 or so

Nice

Jan 18, 2022 at 2:08 PM

Hey Jim so let me know

Text Message



.ıll Verizon 🤶     2:29 PM     50% 🔋

< RF

Rick ›

Jan 18, 2022 at 2:08 PM

Hey Jim so let me know
if you wanna kick this
around ..if not no worries

DAWS0002776

I was just curious.



Cool let me know when

Jan 24, 2022 at 8:06 PM

Hey Jim its a lil cold over here but i have a couple of quick questions I'll call tomorrow 👍



Jan 24, 2022 at 8:06 PM

Hey Jim its a lil cold over here but i have a couple of quick questions I'll call tomorrow 



Jan 25, 2022 at 3:28 PM

Jim let me know if you have a minute so i can call

Email me your questions and then I'll call you

 Text Message 

DAWS0002778



Email me your questions and then I'll call you

Cool ok

Jan 25, 2022 at 5:20 PM

I just emailed some ballpark questions..
So i know whats what.. and then we can ask tony some Questions..

Thanks
Negative-10 here in a lil

DAWS0002779

while



Jan 26, 2022 at 12:29 PM

.ıll Verizon 🛜          2:29 PM          50% 🔋

‹

RF

Rick ›

Jan 26, 2022 at 12:29 PM

BTW Great Fucking numbers!!!! Good job 👍 👍 👍

Jan 29, 2022 at 1:53 PM



Hey there ...it doesn't have to be tailed just an



outline so I can figure out how to finance it.. And make adjustments along the way 😊 👍

Feb 17, 2022 at 10:01 AM

Nice



Text Message



Verizon

2:29 PM    50%

RF

Rick >

Feb 17, 2022 at 10:01 AM

Nice




Mar 29, 2022 at 10:00 AM



Mar 29, 2022 at 10:00 AM

Ok i took Ricky off this
Text.. i know this goes
without saying..
glad we think the same ..

promise me if something
happens
to me you'll keep and
eye on and offer Ricky
your guidance he has a
lot of admiration for
you....

And i know Lana  is good
and will
Need for nothing..

 Text Message 



And i know Lana  is good and will
Need for nothing..
But my word we will always be available to Lana and make sure she is protected.

Love you Big Jim ..

Good deal. We will take care of each other



DAWS0002784

Apr 12, 2022 at 3:29 PM



Apr 12, 2022 at 3:29 PM



$1600 for 18 miles. 120'

DAWS0002785



long

Well that's a Cha ching !!!👍👍👍

Apr 25, 2022 at 2:35 PM

I'll call in a bit



📶 Verizon 🛜          2:30 PM          49% 🔋

RF

Rick ›

Apr 25, 2022 at 2:35 PM

I'll call in a bit



Orale no problem ..

May 2, 2022 at 9:41AM

R u going to b in Milford today

Like late ..we're driving so we have some things to get ready leaving here at Noon or 1pm..

Hopefully we be at the bank tomorrow..morning if not we'll be at the

 Text Message 



Verizon    2:30 PM    49%

RF

Rick ›

DAWS0002787

Hopefully we be at the bank tomorrow..morning if not we'll be at the office

Im staying until Thursday night just in case there's a snag

May 3, 2022 at 10:32 AM

So to be clear you get the cash and a/r. Correct

Yeah but take half the cash ..its only fair.. and yes the A/R
You dont even have to tell her just withdraw it

 Text Message 

DAWS0002788



Yeah but take half the cash ..its only fair.. and yes the A/R
You dont even have to tell her just withdraw it

Thanks

May 3, 2022 at 5:46 PM



Jajajajaja

DAWS0002789

May 4, 2022 at 8:12 AM





May 4, 2022 at 8:12 AM

I have 16 tractor titles and 152 trailer titles. I'll need to pay off 14 tractors and 31 trailers

Ok sounds good .. look out for my envelope from Chicago..
With my titles...

DAWS0002790

Jake said he'll get a release letter on the titles we don't have

Hopefully by <u>10 am</u> we can start printing



·ıll Verizon 📶    2:30 PM    49% 🔋

‹    RF

Rick ›

Send me the bank address

Jake Muhleisen
Vice President

DAWS0002791

Commercial Loans
402-323-1104 Direct
402-730-7237 Cell
www.ubt.com

4243 Pioneer Woods
Drive
P.O. Box 82535
Lincoln, NE 68501-2535

No big deal but if you
get this .. bring it with..
If not I'll drop it off to


Text Message




Verizon                2:30 PM                49%

RF

Rick

No big deal but if you get this .. bring it with.. If not I'll drop it off to Jake tomorrow

## Tracking History 

**May 4, 2022, 7:55 am**
Arrived at USPS Regional Destination Facility
OMAHA NE DISTRIBUTION CENTER
Your item arrived at our OMAHA NE DISTRIBUTION
CENTER destination facility on May 4, 2022 at 7:55
am. The item is currently in transit to the destination.

**May 3, 2022, 9:19 pm**
Arrived at USPS Regional Origin Facility
CHICAGO IL INTERNATIONAL DISTRIBUTION
CENTER

**May 3, 2022, 8:10 pm**
Arrived at USPS Regional Origin Facility
BEDFORD PARK IL DISTRIBUTION CENTER

**May 3, 2022, 10:35 am**
USPS picked up item



 Text Message 



May 7, 2022 at 12:51 PM

Jim you in the office

Jun 8, 2022 at 2:47 PM



DAWS0002794



Text Message

RF

Rick









DAWS0002795





DAWS0002796











Jun 8, 2022 at 4:25 PM

Looks pretty cool

 Text Message 



Jun 8, 2022 at 4:25 PM

Looks pretty cool

Jun 14, 2022 at 12:04 PM

Man that was a weird conversation..looks like Tom Gullickson wanted his son to sell..

And wanted to know what happened..
I told him talk to Mike..but I couldn't do it at his number.

DAWS0002799

I think Tom is still owed money.



Text Message



**Verizon**    2:30 PM    48%



RF

Rick ›

And wanted to know what happened..
I told him talk to Mike..but I couldn't do it at his number.
I think Tom is still owed money.
Who knows

Not sure either

DAWS0002800

Jun 22, 2022 at 1:49 PM

If you get a chance email that note from Bryan. I want to put a copy in my file

This one Jim

+    Text Message    🎤

📶 Verizon 🛜    2:31 PM    48% 🔋

‹    RF
Rick ›

This one Jim



out in Tahoe for the insurance meeting. I enjoyed meeting you and your wife. Looking forward to working together in the future. Have a great weekend. –Bryan Watson    3:15 PM

Thank you Bryan same here it's definitely a fun and knowledgeable crowd, believe it or not we just landed in Chicago, spent 2 days in Phoenix trying to get out. excited for the future and

DAWS0002801



trying to get out...excited for the future and growing Daws 👆 👆 👆
You Kirsten and the fam have a great weekend..happy Father's day !

5:43 PM

**B**  Holy cow. Flying is getting to be a pain for sure. Happy Father's Day to you as well!

7:33 PM

Jun 22, 2022 at 4:12 PM

Thanks



➕  Text Message  🎤



📶 Verizon 📶    2:31 PM    48% 🔋

‹    RF

Rick ›

DAWS0002802

Jun 22, 2022 at 4:12 PM

Thanks

Oct 19, 2022 at 11:35 AM

Hey Jim when you get a chance

Dec 7, 2022 at 10:16 AM

I got 14 trucks sitting in Chicago alone..
What are you guys seeing

I think we are moderately busy.



Text Message





I think we are moderately busy.

Dec 11, 2022 at 8:51PM

Just landed in Omaha big Daddy.
Brought Chicago popcorn for the office 

Nice. When will you get to the office

I have to see what Jake's assistant says I'm probably gonna be there

DAWS0002804

probably gonna be there by 9am

Text Message



.ıl Verizon 📶    2:31 PM    48% 🔋

RF

Rick ›

probably gonna be there by 9am



Dec 12, 2022 at 4:42 PM

I take it you will be out tomorrow

Oh shit ok no problem

On shit ok no problem Jim I got caught up at up and grabbed a sandwich on my own.i told Tony I'll catch him tomorrow.. And Jaisa said DOT hasn't responded so ..that's good 👍

+    Text Message    🎤

.ıl Verizon 🤶    2:31PM    48% 🔋

<    RF    Rick ›

And Jaisa said DOT hasn't responded so ..that's good 👍

We will be here till 5:30 if you are close by

I'm actually at the Graduate waiting on someone from UBT.. Cuz 1 more Doc needed to be Signed

If your near by later I'll drink with you 😁

Or I can go that way

It's getting foggy. Low visibility so I think I'll stay



DAWS0002807

It's getting foggy. Low visibility so I think I'll stay home.

Oh wow I just looked out the window what the Hell ..I can' barely see crane 2 blocks away

That was fast

It's been moving from the west last couple of hours

That's crazy..I'll catch later all good though tks

Dec 25, 2022 at 9:26 AM

 Text Message 

DAWS0002808



Dec 25, 2022 at 9:26 AM

Merry Christmas and happy new year



Same to you big Jim
Give Lana a big hug from

DAWS0002809



all of us 🎅🧑‍🍼🤗

Mar 10, 2023 at 9:21 AM

BG is working in the shop

Oh Cool 

Mar 23, 2023 at 10:30 AM

Great News Jim my attorney wasn't having

DAWS0002810





DAWS0002811



payoff letter and survey if available.

**Buyer's Attorney:**  Please contact us if you would like your attorney's fee included on the Master Statement and if the inflation enhancement will not be requested at closing.

**Lender:**  Please respond to confirm this closing and inform us of any further requests.

**Countryside Office:**

6432 Joliet Road, Suite A
Countryside, IL 60525
Phone:  (708)482-2900
Fax:    (708)482-3044
Email:  castleservices@ctt.com

**Thank you - we look forward to working with you!**

May 3, 2023 at 10:02 AM

I'm in Troy looking at a truck but will be there tomorrow

Not a problem Jim I'll be fine





Not a problem Jim I'll be fine

May 4, 2023 at 12:01 PM

I'm here and trying to get a table

May 5, 2023 at 1:52 PM

Please let Jeff and Ranae know who to send the information for Jon to

Jun 27, 2023 at 7:51 AM

 Text Message 

DAWS0002813



Jun 27, 2023 at 7:51 AM



Jun 27, 2023 at 5:09 PM

We needed that brick delivered to help us here. Not very happy about that

DAWS0002814

Jul 10, 2023 at 9:44 AM



Text Message

Jul 10, 2023 at 9:44 AM

Gloria and I picked up donuts be there in a bit



Jul 10, 2023 at 2:35 PM

Lazlos at 7 tonight work

DAWS0002815



for you

Perfect 👍

Jul 10, 2023 at 6:41 PM

We have a table



Text Message

.ıll Verizon 🛜    2:31 PM    48% 🔋

RF

Rick >

Jul 10, 2023 at 6:41 PM

We have a table



Oh wow your early..
Be right there

DAWS0002816

I'll keep an eye out. When you come in the revolving door look to your left

Jul 11, 2023 at 8:46 AM

Don Burns from Peterbilt will be here around 10:30

Ok thank will be there

Text Message 



Verizon 2:32 PM 48%

RF

Rick

Ok thank will be there

DAWS0002817

OK thank will be there

Jul 12, 2023 at 3:01PM

Hey Jim be right back in 20 min went to drop my stuff off at cobblestone they're still working on the AC

I'll b there around 4

Let me know where to meet you ..when you get a chance

I'll be at the shop. I have to bring Watson back

 Text Message 

DAWS0002818



I'll be at the shop. I have to bring Watson back

Aug 25, 2023 at 2:51 PM

Send me Ricky's cell number please

708-267-2308

Oct 19, 2023 at 10:45 AM

Jeff Rezac    JR  >

Oct 22, 2023 at 9:27 AM

DAWS0002819

Hope you guys didn't

+ | Text Message | 🎤



📶 Verizon 🛜         2:32 PM         48% 🔋

‹              RF
            Rick ›

Oct 22, 2023 at 9:27 AM

Hope you guys didn't get affected much by hurricane Tammy ..

Oct 22, 2023 at 11:28 AM

Just some rain so far

Be safe 👍

DAWS0002820

Tue, Nov 7 at 8:56 AM

R u in the caymans

Got a shitty Outbound
have leave the house at
1am tonight.. so no sleep





Tue, Nov 7 at 8:56 AM

R u in the caymans

Got a shitty Outbound
have leave the house at
1am tonight.. so no sleep

You going after all

> I see you'll tired. Nope. Kinda done with stil

I thought brian wouldn't run again so he can take my place.. I need a break..

> I've said that over and over. We need to get


Text Message




.ıll Verizon 🛜     2:32 PM     48% 🔋

RF

Rick ›

> I've said that over and

DAWS0002822

over. We need to get some young guys involved before every one wants off at the same time

Yup

Nobody listens

Called that Reinke supplier a couple of times no answer doesn't go to voice mail.

Looked him up he's the owner I'm going to call the company and leave a



Text Message





Looked him up he's the owner I'm going to call the company and leave a message

Good

Tue, Nov 7 at 2:22 PM

Ardel may call you. I told them we were staying with TLC

Yeah well either way doesn't .67cts isn't exciting
Let's see what next year

DAWS0002824

brings..



brings..

That's what I told them

Wed, Nov 8 at 5:24 AM

Well this sucks.. Gloria and I were on the plane taking off at 5am .. they told us to get off the plane ..because its broken

DAWS0002825

And there are no more flights to Cayman until tomorrow

Looking for another Outbound





Looking for another Outbound

That does suck. Having any luck

They said they

fixed ..spending the
night in Miami..missed
the only connection

Wed, Nov 8 at 7:57 AM

That makes for a long
day

Mon, Nov 13 at 2:47 PM

Please text me your

Text Message



.ıll Verizon 🤖                    2:32 PM                    47% 🔋

‹

RF

Rick ›

Mon, Nov 13 at 2:47 PM

DAWS0002827

Please text me your home address

1112 Hawthorn Lane Western springs Illinois 60558

They're going to test drive and align the truck Wednesday

K thanks

Fri, Mar 1 at 8:38 AM

I'm going into a meeting at 9 but should be done



Text Message



Verizon    2:32 PM    47%



Fri, Mar 1 at 8:38 AM

I'm going into a meeting at 9 but should be done before 10:30.

No worries Jim we're just going to repeat what we spoke about yesterday

Mon, Apr 22 at 7:48 AM

I'm out of town this week. Won't be taking calls. If you have questions about me you

DAWS0002829

shouldn't go thru the
back door via Keeler

Text Message



📶 Verizon 🛜    2:32 PM    47% 🔋

RF

Rick >

Mon, Apr 22 at 7:48 AM

I'm out of town this week. Won't be taking calls. If you have questions about me you shouldn't go thru the back door via Keeler. Next week then I will be around

Your making me spend

DAWS0002830

money unnecessarily
now I have to 1)change
the DOT
2)Move the bank
account
3)Reletter the truck
4)and listening to Julie



**Text Message** 

---



.ıll Verizon 🛜     2:32 PM     47% 🔋

**RF**

Rick ›

Your making me spend
money unnecessarily
now I have to 1)change
the DOT
2)Move the bank
account
3)Reletter the truck

3)Reletter the truck
4)and listening to Julie
you have exposure
5);you're not telling me
what's going on Charles
quicksand I wasn't told
6)I'm trying to hire
people her to help cuz I
got trucks sitting and
you get pissed
7)I'm paying for them
they're both



6)I'm trying to hire

people her to help cuz I got trucks sitting and you get pissed

7)I'm paying for them they're both My companies

8)you can't make me feel like I work for you

9)don't do that remember what i paid you it wasnt easy to put that deal together

10) I put up all me assets including my house for you say I have no say so

11)  you can buy it back if you like

12) you said two years



Text Message



Verizon    2:32 PM    47%



RF

Rick ›

10) I put up all me assets including my house for you say I have no say so
11) you can buy it back if you like
12) you said two years let Jeff run
After the anniversary
13) not right !!!

That's what's on my mind

Mon, Apr 22 at 11:50 AM

Better yet let me get my money back with my

DAWS0002834

gains.. you take over the loans



+ | Text Message | 🎤

**Verizon** 2:33 PM 47%

‹

RF

Rick ›

Mon, Apr 22 at 11:50 AM

Better yet let me get my money back with my gains.. you take over the loans
And I'm good
We'll part on good terms

Fri, Apr 26 at 12:53 PM

I'm going to take you up

DAWS0002835

on your offer to buy it back. I'll start looking at the options

Well that's fine there's a lot taxes that have been paid on both ends ..

 Text Message 



.ll Verizon 🛜          2:33 PM          47% 🔋

‹          RF

Rick ›

Well that's fine there's a lot taxes that have been paid on both ends ..
Try to figure out as fair as possible.
I tried in my head and it's

DAWS0002836

not easy.

I would be willing to let you keep the low interest rate we locked in at with the bank .
Depending on the Offer

Tue, May 14 at 12:46 PM

Hey Jim haven't heard anything ..let me know if



Text Message



● Verizon 🛜     2:33 PM     47% 🔋

‹

**RF**

Rick ›

Tue, May 14 at 12:46 PM

DAWS0002837

Hey Jim haven't heard anything ..let me know if need me to complete the taxes
Tks

Tue, May 14 at 3:43 PM

Waiting on the letter of intent. Should be today or tomorrow

Ok 10-4

Fri, May 24 at 2:51 PM

Jim I don't want to



+    Text Message

.ıll Verizon 🛜        2:33 PM        47% 🔋

DAWS0002838



Rick >

Fri, May 24 at 2:51PM

Jim I don't want to worked up over little stuff ..neither should you ..too much history between us ...
I said that to you before not gonna fight over small stuff... my friend

I'm in agreement

Great have a good weekend

Do the same please

DAWS0002839



Tue, Jun 18 at 2:53 PM

Larry said to man up and make a call. So call me when you have time so we can talk

Yes sir my bad..I will let me put our this lil fire

Thu, Jun 20 at 3:40 PM

DAWS0002840

Up in the crawl space trying to fix AC

Talk tomorrow

Fri, Jun 28 at 11:49 AM





Fri, Jun 28 at 11:49 AM

I'll call you soon

No worries

Wed, Jul 10 at 4:56 PM

DAWS0002841

Weᵈ, Jul 10 at 4:56 PM

Sorry Jim catch you tomorrow I got a long call with the IT guy

That's okay. I went to measure a load

OK 

Thu, Jul 11 at 3:42 PM





Verizon    2:33 PM    47%

RF

Rick ›

Thu, Jul 11 at 3:42 PM

I'm running a drug test to town and will be back in the morning

OK cool tks/rick

Mon, Jul 22 at 4:41PM

Hey Jim
Just wanted to let you know they broke into our yard took 6 ECM computers out cut the harnesses..
I'm down 6 trucks for a couple of weeks ..
I'm gonna use 101 the

 

Text Message



Verizon    2:33PM    47%

DAWS0002843



**Rick** ›

I'm down 6 trucks for a couple of weeks ..
I'm gonna use 101 the gold one ..to cover some of my loads

We caught them on camera but they won't do anything about it 😡

Tue, Jul 23 at 9:48 AM

I'm walking into a new customer meeting. I'll call you later

Nice good luck .. sorry I'm trying to collect a

DAWS0002844



bad debt

Text Message



Verizon    2:33 PM    47%

RF

Rick >

Nice good luck .. sorry I'm trying to collect a bad debt

I'm off the phone call when your out

Wed, Aug 21 at 5:51 PM

Hey Jim spoke to Jeff like to asked he said as long as his health is

good ..end on the maybe end of January or so..
I'm staying until Friday
I don't know who set up the Fuel accounts but should be next





the Fuel accounts but should be next

I'll be here next week as well

Fri, Sep 27 at 3:29 PM

DAWS0002846

Jim I have everything I can carry today the guys will be back to pickup everything
I have to get with the Bank and ask them how they want me to move forward

I need 5 hours notice so I'm around




Text Message



**Verizon** 2:33 PM 47%

RF

Rick ›

I need 5 hours notice so

DAWS0002847

I'm around

Ok

Mon, Sep 30 at 9:29 AM

Flight got bumped we will be there between 2 and 3pm
Will need mailbox key

Mon, Sep 30 at 3:32 PM

We have a meeting to get to be back tomorrow
Will text later what time

Text Message

Verizon     2:33 PM     47%



Rick

Tue, Oct 1 at 7:09 AM

Don't deposit any of my checks I need to see them



Tue, Oct 1 at 12:33 PM

Where do I drop this rent check

Slide it under my office door. What about my paycheck. I didn't receive it

DAWS0002849

As far as I know Tony

Text Message



**‖‖| Verizon** 📶    2:33 PM    47% 🔋

**RF**

Rick ›

As far as I know Tony paid everyone

I receive a hard check which didn't happen as you shut the server down

Are you bay the yard

Doors are locked  .we put it in the Driver

DAWS0002850

mailbox



Tue, Oct 1 at 2:21 PM





Doors are locked  .we put it in the Driver mailbox



DAWS0002851

Tue, Oct 1 at 2:21PM

Contact  >

She has a load to Clearwater MN. call her

Never mind I sent Travis Hall to pick it up tomorrow morning and deliver Thursday

 Text Message 

Sent from my iPhone

DAWS0002852