ID:2
Name:Rick Jake Muhleisen LINCOLN Ben MARTENS UBT
Phone Number:+17082672308 +14027307237 +14025802482
Contents:
2024-01-18 13:53:26Sent
The Bill Is Coming Due on a Record Amount of Commercial Real Estate Debt - WSJ
https://www.wsj.com/real-estate/commercial/the-bill-is-coming-due-on-a-record-amount-of-commercial-real-estate-debt-451ec8cb

2024-01-18 13:54:22Sent
Well we knew that bubble was coming..
Especially Amazon satellite suppliers

2024-01-18 13:54:52Sent
1million square foot paper weights

2024-01-18 14:05:55Received
Things could get interesting this year Rick - thanks so much for sharing!

2024-01-18 14:07:21Sent
It's hard to catch a snowflake ❄

2024-02-04 18:18:32Received
ILL

2024-02-04 18:23:02Sent
INI

2024-02-04 18:23:19Sent
▯

2024-02-04 18:23:21Received
▯

2024-02-04 18:23:37Sent
▯

2024-02-04 18:23:42Received
HUSKER POWER!!!!!

2024-02-04 18:34:28Received
If you're there...Papa Del's for pizza. Murphy's for burgers. And KAM's for beers with the kids.

2024-02-04 18:36:44Received
Close game!

2024-02-04 19:24:31Sent
Wow!

2024-02-04 19:48:14Received
Nice game

2024-05-01 09:21:42Sent

2024-05-01 09:21:42Sent
Hey Guysb

We have a development with Jim can we conference call for quick minute so I can fill you guys in .. send me a link
When you can
Tks/rick

2024-05-01 09:21:42Sent

2024-05-01 09:27:12Sent

2024-05-01 09:27:12Sent

2024-05-01 09:27:12Sent

I little preview

2024-05-01 09:27:33Sent

2024-05-01 09:27:33Sent

2024-05-01 09:27:33Sent

2024-05-01 09:39:02Received
Will do Rick! I will find time today and send you an invite. Appreciate the short preview - talk soon!

2024-05-01 09:39:02Received
Will do Rick! I will find time today and send you an invite. Appreciate the short preview - talk soon!

2024-05-01 09:39:02Received

2024-05-01 09:39:02Received

2024-05-01 09:41:57Sent
Orale thanks Ben ..yes any time

2024-05-01 09:41:57Sent

2024-05-01 09:41:57Sent

2024-05-08 10:22:43Sent
Hey Fella's has Jim reached to you ..?
He went dark on me[illegible]

2024-05-08 10:22:43Sent

2024-05-08 10:22:43Sent
Hey Fella's has Jim reached to you ..?
He went dark on me[illegible]

2024-05-08 10:32:59Received
Morning Rick! Nothing on our end so far. We will definitely let you know if that changes!

2024-05-08 10:32:59Received
Morning Rick! Nothing on our end so far. We will definitely let you know if that changes!

2024-05-08 10:32:59Received
Morning Rick! Nothing on our end so far. We will definitely let you know if that changes!

2024-05-08 10:32:59Received

2024-05-08 10:39:52Sent
Maybe he's touching reality..who knows tks/rick

2024-05-08 10:39:52Sent

2024-05-08 10:39:52Sent
Maybe he's touching reality..who knows tks/rick

2024-05-08 13:46:22Received
Liked "Maybe he's touching reality..who knows tks/rick "

2024-05-08 13:46:22Received
Liked "Maybe he's touching reality..who knows tks/rick "

2024-05-08 13:46:22Received

2024-05-08 13:46:22Received
Liked "Maybe he's touching reality..who knows tks/rick "

2024-05-09 19:32:52Sent
Funny thing I just peaked at Daws Financials and there may be a slight adjustment next month
But it looks like they hit
a million dollar Ebitad
In 4 months.

2024-05-09 19:32:52Sent

2024-05-09 19:32:52Sent
Funny thing I just peaked at Daws Financials and there may be a slight adjustment next month
But it looks like they hit
a million dollar Ebitad
In 4 months.

2024-05-09 19:33:15Sent
I dont think he knows yet.

2024-05-09 19:33:15Sent

2024-05-09 19:33:15Sent
I dont think he knows yet.

2024-05-09 20:14:11Received
That's great to hear Rick - keep us updated!

2024-05-09 20:14:11Received
That's great to hear Rick - keep us updated!

2024-05-09 20:14:11Received

2024-05-09 20:14:11Received
That's great to hear Rick - keep us updated!

2024-05-15 12:34:18Sent
Here's an update from Jim.
So maybe he'll send something to you first

2024-05-15 12:34:18Sent

2024-05-15 12:34:18Sent
Here's an update from Jim.
So maybe he'll send something to you first

2024-06-05 09:32:16Received
Thanks for the update Rick! Let us know if there is anything we can do in the interim. Appreciate you keeping us posted!

2024-06-05 09:34:02Sent
Appreciate your help

2024-08-20 17:54:56Sent
OK came in to Lincoln at 2am last night cuz this Jim' wanted to see me.. got to the office at 12noon had me sitting outside until 4pm to tell me he's out and his Number 1 is out too
I said what about your number 2 and 3 he said I can't tell them want to do.
Half of my trucks are parked told me the accountant may be leaving too .

If anyone has time tomorrow let me know tks/rick

Oh by the way you don't have a lease on this place so you have to leave.

2024-08-20 19:19:47Received
Rick - very sorry to hear about all of this! I have time to talk tomorrow. The only thing I have is a scheduled is a lunch. Let us know what works for you. Talk to you soon!

2024-08-20 19:27:33Sent

Orale tks/rick

2024-08-20 19:43:51Received
Hey Rick, sorry man, we will get it figured out. I have an 830, noon, and 2pm meetings tmrw. Let us know what works best for you.

2024-08-20 19:46:39Sent
I'm gonna move my flight to Friday.. interview everyone trying to figure out who's on my team and who's just saying what I want to hear .
Then find Someone to run operations.
I can do back office from Chicago

2024-08-20 19:48:47Received
I think that's a great idea - good to know what you've got...

2024-08-21 17:02:03Received
Hey Rick! Jake and I spoke to our attorney, Rob Shortridge, that drafted these loan documents up originally. He also recommended a firm, Cline Williams, that came to my mind when you and I talked this morning. To that end, he offered to talk with you and make an introduction to one of their business litigators. As you said, hopefully you avoid the legal stuff, but to the extent it's needed I wanted to give you an option to consider. Rob's contact info is included here for your reference. Thanks - hope today went better - talk soon!

2024-08-21 17:02:03Received

2024-08-21 18:39:16Sent
Thanks Ben ..today went better but that seems to change on the dime

2024-08-21 18:41:46Sent
Dave just got back from London he said he uses Rob too and he's got a place at the lake

2024-08-21 19:05:36Received
Glad to hear it went better today - Rob was actually at his 'lake office' today :)

2024-08-21 19:07:35Sent
Hahahaha well there you go full service lake house I miss Bruce.. it was great wedding ..I'm gonna hang up there tomorrow

2024-08-21 19:08:37Sent
https://imaginationdesigners.com/films/jacqueline-alex-wedding-highlight-film/

2024-08-21 19:09:45Sent
6 years ago the other day..
Bruce made everyone wonder if Alex was Jewish

2024-08-21 19:17:46Received
Haha! Wow - what a beautiful wedding Rick - looks like it was a lot of fun. Also, a great speech from the father of the bride!

2024-08-21 19:34:44Sent
Totally a blast..a lil too expensive

2024-08-26 09:05:39Received
Rick - good morning & hope found time to enjoy the weekend! Just wanted to check in to see how things are going. We are waiting to hear an update on the document review and hope to have some follow-up on that this week. Safe travels - talk soon!

2024-08-26 13:29:47Sent
Cal me guys quick call

2024-08-26 13:40:11Received
Rick - Jake is out for lunch but we can give you a call when he steps back in this afternoon. Does that work? If not, happy to reach out now. Thanks so much!

2024-08-26 14:30:48Sent
Yes either way just wanna update a bit before I send him an email

2024-08-26 14:31:34Received
Got it! Will call this afternoon!

2024-08-26 14:37:24Sent

2024-08-27 14:54:46Sent

Accountants did a mockup not a lot left over ▒

2024-08-28 12:19:22Sent
Hey There Fellas has Jim reached out to you yet

2024-08-28 14:42:49Received
Hey Rick - hope all is well! Yes - we had a conversation today. Very high level, but consistent with you've relayed so far in terms of where things are at. Keep us posted - talk to you soon!

2024-08-28 15:29:24Sent
Nice thank you !!! Curious did you Get the Feeling that American National was a second Option for him.
Cuz I didn't
I think you guys are it ..
Plus what ever cash he has.

2024-08-28 16:25:25Received
I didn't get that sense or at least he didn't mention it :)

2024-09-03 13:57:55Sent
Hey Guys hope your weekend went well..
Just to let you know I reached out to Rob this Morning
He is reviewing Docs..
Since we hadn't heard from Jim.

My instinct says it will be an unacceptable number.. so I'm preparing for different scenarios.

2024-09-03 14:41:51Received
Liked "Hey Guys hope your weekend went well..
Just to let..."

2024-09-03 14:42:16Received
Hey Rick - hope you enjoyed the weekend too! Thanks for the update. Appreciate you keeping us informed!

2024-09-03 15:02:48Sent
Yup just spoke to Rob and thank you.
Because of a potential conflict he wants another attorney "Andy" involved but .. hoping for a reasonable resolution.
The Banks agreement has Shark Teeth .

2024-09-09 13:28:39Sent
Hey Ben/Jake has Jim asked for another title for another truck?

2024-09-09 14:16:10Received
Hey Rick! Not that I've seen...

2024-09-09 14:16:33Sent
OK cool

2024-09-18 17:14:02Sent
[redacted]

Page fully redacted.





JDT_00225324