| | |
|---|---|
| From: | Rick Fernandez <RickF@rdtintermodal.com> |
| Sent: | Monday, April 10, 2023 10:04 PM |
| To: | Jake Muhleisen <Jake.Muhleisen@ubt.com>; |
| Cc: | jim@daws-trucking.com; r.d.fernandez2@gmail.com; tony@daws-trucking.com |
| Subject: | RE: Trailers /cash flow.. |
| Attachments: | DAWS TRUCKING - EXHIBIT E.pdf; |

Hey Jake thanks yes we did hope you and your family as well.

Here is the Award for 2022 and 20023 from John Deere.

It's an Ongoing book of business, the award is year over year and it has to do with performance and availability.

Since JD trucking has performed well we were encouraged to provide more equipment.

Jim can add more when he returns from vacation as to how much more revenue it will produce but I'm guessing at the very least 5% to 7% of Revenue.

Thanks/Rick

---

**From:** Jake Muhleisen [mailto:Jake.Muhleisen@ubt.com]
**Sent:** Monday, April 10, 2023 9:12 AM
**To:** Rick Fernandez
**Cc:** Jim Daws; r.d.fernandez2@gmail.com; Tony Glenn
**Subject:** RE: Trailers /cash flow..

Thanks Rick, this is very helpful. Hope you all had a great Easter!

The new business w/ John Deere, how long will that run and what is the potential revenue?



Jake Muhleisen

Vice President

Commercial Loans

402-323-1104 Direct

402-730-7237 Cell

www.ubt.com

4243 Pioneer Woods Drive

P.O. Box 82535

Lincoln, NE 68501-2535

**From:** Rick Fernandez <RickF@rdtintermodal.com>
**Sent:** Friday, April 7, 2023 3:12 PM
**To:** Jake Muhleisen <Jake.Muhleisen@ubt.com>
**Cc:** Jim Daws <jim@daws-trucking.com>; r.d.fernandez2@gmail.com; Tony Glenn <tony@daws-trucking.com>
**Subject:** RE: Trailers /cash flow..

⚠ EXTERNAL MESSAGE - Think Before You Click

Hey Jake adding

Jim/Tony/Ricky

Yes first quarter numbers are never great Jim or JDT llc had 140k in registrations in January.

RDT's March numbers won't be much better we had 63k in registrations.

RDT has a 74k refund in Insurance premium rebates coming so by April end we'll be fine

This will even out our numbers.

The 11 new Flatbeds for JDT llc. are being designated for a new piece of Business for JOHN DEER that Jim just locked up.

JDT will be adding more trucks to cover this new business.

Everyone is aware if the additional payment of $16,000.00 per month and confident we can cashflow this equipment.

Thanks/Rick

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------

From: Jake Muhleisen <Jake.Muhleisen@ubt.com>

Date: 4/7/23 1:46 PM (GMT-06:00)

To: Rick Fernandez <RickF@rdtintermodal.com>

Subject: Trailers

Afternoon Rick –

Getting everything put together on my end to get these trailers done for you.

Couple of quick questions:

- With the 11 trailers you are purchasing, are you going to sell some other trailers that you have on hand? Or simply adding to your fleet due to demand?
- I see you are showing a small loss on RD; I assume March numbers will change that; is that the case?
    - Simply trying to show global cash flow with RD and Daws combined with adding the new trailers.

Thanks, let me know if you have any questions.



**Jake Muhleisen**

Vice President

Commercial Loans

**402-323-1104 Direct**

402-730-7237 Cell

www.ubt.com

**4243 Pioneer Woods Drive**

P.O. Box 82535

Lincoln, NE 68501-2535

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, re-transmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are

JDT_00226186

prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. If your response to this email contains proprietary or confidential material, please send it in a secure manner.

The sender and the sending organization is not liable for any third-party interception of proprietary or confidential information that is sent in an insecure manner. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guaranty with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto. The information contained herein is subject to change without notice.

---

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, re-transmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. If your response to this email contains proprietary or confidential material, please send it in a secure manner.

The sender and the sending organization is not liable for any third-party interception of proprietary or confidential information that is sent in an insecure manner. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guaranty with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto. The information contained herein is subject to change without notice.