**From:** Rick Fernandez <RickF@rdtintermodal.com>
**Sent:** Saturday, April 30, 2022 11:03 AM
**To:** Julie Karavas <Julie@jkklegal.com>; Clay Springer <cspringer@rfclaw.com>; Jake Muhleisen <Jake.Muhleisen@ubt.com>; Jim Daws <jim@daws-trucking.com>; Rob Shortridge <rshortridge@perrylawfirm.com>;
**Cc:** Karen.Topp@ubt.com; r.d.fernandez2@gmail.com
**Subject:** RE: RDT / Daws

And lets not forget the 4mil..( i owe you ) to Jim

Tks/rick

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Julie Karavas <Julie@jkklegal.com>
Date: 4/30/22 11:01 AM (GMT-06:00)
To: Clay Springer <cspringer@rfclaw.com>, Rick Fernandez <RickF@rdtintermodal.com>, Jake Muhleisen <Jake.Muhleisen@ubt.com>, Jim Daws <jim@daws-trucking.com>, Rob Shortridge <rshortridge@perrylawfirm.com>
Cc: Karen Topp <Karen.Topp@ubt.com>, r.d.fernandez2@gmail.com
Subject: RE: RDT / Daws

Found it – never understand why randomly an email gets snagged as suspicious! I will look yet today.

Julie M. Karavas
Karavas & Kranz, P.C.

**From:** Clay Springer <cspringer@rfclaw.com>
**Sent:** Saturday, April 30, 2022 9:57 AM
**To:** Julie Karavas <Julie@jkklegal.com>; Rick Fernandez <RickF@rdtintermodal.com>; Jake Muhleisen <Jake.Muhleisen@ubt.com>; Jim Daws <jim@daws-trucking.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>; r.d.fernandez2@gmail.com
**Subject:** Re: RDT / Daws

I sent over proposed final language yesterday morning. I'm not at home right now, but I'll send copies of everything to this string just to make sure everyone has them.

Clayton J. Springer
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
317.523.9779 (d) | 312.494.1001 (f)
cspringer@rfclaw.com | http://www.rfclaw.com

**From:** Julie Karavas <Julie@jkklegal.com>
**Sent:** Saturday, April 30, 2022 10:54:30 AM
**To:** Clay Springer <cspringer@rfclaw.com>; Rick Fernandez <RickF@rdtintermodal.com>; Jake Muhleisen <Jake.Muhleisen@ubt.com>; Jim Daws <jim@daws-trucking.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>; r.d.fernandez2@gmail.com <r.d.fernandez2@gmail.com>
**Subject:** RE: RDT / Daws

Clay,

Did I miss an email from you with your proposed final version, or do you mean I can review after you upload?

Julie M. Karavas
Karavas & Kranz, P.C.

---

**From:** Clay Springer <cspringer@rfclaw.com>
**Sent:** Saturday, April 30, 2022 9:47 AM
**To:** Rick Fernandez <RickF@rdtintermodal.com>; Jake Muhleisen <Jake.Muhleisen@ubt.com>; Jim Daws <jim@daws-trucking.com>; Julie Karavas <Julie@jkklegal.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>; r.d.fernandez2@gmail.com
**Subject:** Re: RDT / Daws

I will upload my last document this evening for UBT to review, so as long as that's enough time for them and Julie to review, it works for me.

Clayton J. Springer
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
317.523.9779 (d) I 312.494.1001 (f)
cspringer@rfclaw.com I http://www.rfclaw.com

---

**From:** Rick Fernandez <RickF@rdtintermodal.com>
**Sent:** Saturday, April 30, 2022 10:38:28 AM
**To:** Clay Springer <cspringer@rfclaw.com>; Jake Muhleisen <Jake.Muhleisen@ubt.com>; Jim Daws <jim@daws-trucking.com>; Julie Karavas <Julie@jkklegal.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>; r.d.fernandez2@gmail.com <r.d.fernandez2@gmail.com>
**Subject:** RE: RDT / Daws

Hi All

I'm lining up flights.. want to make sure i have stuff to sign by Tuesday.

If that's still the plan. Ricky and i will fly in Monday night and sign Tuesday latest Wednesday.

And Funding will be done some time later that week it early the following week .

If that's still the plan ..

CAN I GET AN AMEN !!

Tks/rick

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------

From: Clay Springer <cspringer@rfclaw.com>

Date: 4/29/22 11:08 AM (GMT-06:00)

To: Rick Fernandez <RickF@rdtintermodal.com>, Jake Muhleisen <Jake.Muhleisen@ubt.com>, Jim Daws <jim@daws-trucking.com>, Julie Karavas <Julie@jkklegal.com>, Rob Shortridge <rshortridge@perrylawfirm.com>

Cc: Karen Topp <Karen.Topp@ubt.com>

Subject: RE: RDT / Daws

My apologies, everyone. Comcast apparently prematurely cut off services at our current location, and we're waiting on them to fix. In the meantime, my team and I are working on redrafting as quickly as possible. I apologize once again. I know this couldn't come at a worse time, but that's always when it seems to happen.

Julie-can you take a look at the attached draft of the APA and confirm the changes are acceptable? I think the only question left that I need from your side is what level the assets will be insured to prior to closing.

Clayton J. Springer

**Rock Fusco & Connelly, LLC**

321 N. Clark Street, Suite 2200

Chicago, Illinois 60654

317.523.9779 (d) I 312.494.1001 (f)

cspringer@rfclaw.com I http://www.rfclaw.com

Confidential

JDT_00231433

**From:** Rick Fernandez <RickF@rdtintermodal.com>
**Sent:** Friday, April 29, 2022 9:13 AM
**To:** Clay Springer <cspringer@rfclaw.com>; Jake Muhleisen <Jake.Muhleisen@ubt.com>; Jim Daws <jim@daws-trucking.com>; Julie Karavas <Julie@jkklegal.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>
**Subject:** RE: RDT / Daws

Thanks Clay keep us updated

Rick

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------

From: Clay Springer <cspringer@rfclaw.com>

Date: 4/29/22 9:05 AM (GMT-06:00)

To: Jake Muhleisen <Jake.Muhleisen@ubt.com>, Rick Fernandez <RickF@rdtintermodal.com>, Jim Daws <jim@daws-trucking.com>, Julie Karavas <Julie@jkklegal.com>, Rob Shortridge <rshortridge@perrylawfirm.com>

Cc: Karen Topp <Karen.Topp@ubt.com>

Subject: Re: RDT / Daws

Hi All,

I apologize, but we're moving offices today, and the movers somehow knocked out my VPN access. I'm working with our tech people and will forward the documents ASAP.

Clayton J. Springer
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
317.523.9779 (d) | 312.494.1001 (f)
cspringer@rfclaw.com | http://www.rfclaw.com

**From:** Clay Springer <cspringer@rfclaw.com>
**Sent:** Thursday, April 28, 2022 3:31:37 PM
**To:** Jake Muhleisen <Jake.Muhleisen@ubt.com>; Rick Fernandez <RickF@rdtintermodal.com>; Jim Daws

Confidential

<jim@daws-trucking.com>; Julie Karavas <Julie@jkklegal.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>
**Subject:** Re: RDT / Daws

I will have draft documents completed for everyone to review by tomorrow morning.

Clayton J. Springer
**Rock Fusco & Connelly, LLC**
321 N. Clark Street, Suite 2200
Chicago, Illinois 60654
317.523.9779 (d) | 312.494.1001 (f)
cspringer@rfclaw.com | http://www.rfclaw.com

---

**From:** Jake Muhleisen <Jake.Muhleisen@ubt.com>
**Sent:** Thursday, April 28, 2022 3:29:34 PM
**To:** Rick Fernandez <RickF@rdtintermodal.com>; Clay Springer <cspringer@rfclaw.com>; Jim Daws <jim@daws-trucking.com>; Julie Karavas <Julie@jkklegal.com>; Rob Shortridge <rshortridge@perrylawfirm.com>
**Cc:** Karen Topp <Karen.Topp@ubt.com>
**Subject:** RDT / Daws

All:

I spoke with Rick earlier today regarding the transaction and wanted to touch base with everyone with all the moving parts of the acquisition and timing of loan documents.

I have cc'd Rob Shortridge on this email, he is our Bank Counsel and will be completing all loan documents. In our discussions, the effective date of the acquisition can remain as 5/1/22. With that said, funding will not occur that same day as loan documents will be in draft copy at that time. We will plan to fund and close the loan as quickly as possible after the effective date but we need to have all final documents (purchase agreements, carryback notes, titles, etc) prior to finalizing and producing loan documents.

Clay and Julie, please feel free to coordinate with Rob to get the appropriate documents to the finish line and we can work together to get this transaction completed. I mentioned to Rick that the rate we quoted within our commitment letters will remain valid.

Thanks everyone, let me know if you have any questions.

**UBT**
**Union Bank & Trust**

**Jake Muhleisen**
Vice President

Commercial Loans

**402-323-1104 Direct**

402-730-7237 Cell

www.ubt.com

**4243 Pioneer Woods Drive**

P.O. Box 82535

Lincoln, NE 68501-2535

---

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, re-transmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. If your response to this email contains proprietary or confidential material, please send it in a secure manner.

The sender and the sending organization is not liable for any third-party interception of proprietary or confidential information that is sent in an insecure manner. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guaranty with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto. The information contained herein is subject to change without notice.