**From:** Rick Fernandez <RickF@rdtintermodal.com>
**Sent:** Friday, April 07, 2023 1:38 PM
**To:** Jake Muhleisen <Jake.Muhleisen@ubt.com>; Tony Glenn <tony@daws-trucking.com>;
**Cc:** jim@daws-trucking.com
**Subject:** RE: Wilson Trailer Invoices

Yes sir that is correct

Tks/rick

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Jake Muhleisen <Jake.Muhleisen@ubt.com>
Date: 4/7/23 7:32 AM (GMT-06:00)
To: Tony Glenn <tony@daws-trucking.com>, Rick Fernandez <RickF@rdtintermodal.com>
Cc: Jim Daws <jim@daws-trucking.com>
Subject: RE: Wilson Trailer Invoices

Just want to confirm my numbers:

- 11 trailers
    - Requesting note for $830k.

Is that correct?

Thanks.



**Jake Muhleisen**
Vice President
Commercial Loans

**402-323-1104 Direct**
402-730-7237 Cell

www.ubt.com

4243 Pioneer Woods Drive
P.O. Box 82535

Confidential                                                                JDT_00231095

Lincoln, NE 68501-2535

**From:** Jake Muhleisen
**Sent:** Wednesday, April 5, 2023 11:00 AM
**To:** Tony Glenn <tony@daws-trucking.com>; Rick Fernandez <RickF@rdtintermodal.com>
**Cc:** Jim Daws <jim@daws-trucking.com>
**Subject:** RE: Wilson Trailer Invoices

Thanks Tony, I will include these in the current request.



**Jake Muhleisen**

Vice President

Commercial Loans

402-323-1104 Direct

402-730-7237 Cell

www.ubt.com

4243 Pioneer Woods Drive

P.O. Box 82535

Lincoln, NE 68501-2535

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Wednesday, April 5, 2023 10:47 AM
**To:** Jake Muhleisen <Jake.Muhleisen@ubt.com>; Rick Fernandez <RickF@rdtintermodal.com>
**Cc:** Jim Daws <jim@daws-trucking.com>
**Subject:** Fw: Wilson Trailer Invoices

⚠ EXTERNAL MESSAGE – Think Before You Click

**From:** Tyler Howard <Tyler.Howard@wilsontrailer.com>
**Sent:** Wednesday, April 5, 2023 10:35 AM
**To:** Jim Daws <jim@daws-trucking.com>; Tony Glenn <tony@daws-trucking.com>
**Subject:** Wilson Trailer Invoices

Confidential                                                                                          JDT_00231096



Tyler E. Howard

Wilson Trailer Sales of Grand Island

2314 East Highway 30

P.O Box 2421

Grand Island, NE 68802

800-381-1802 office

308-380-0450 cell

308-381-4845 fax

http://www.wilsontrailer.com

Trailer Financing through **Anchor Acceptance Corporation**

Online Application: Click Here

---

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, re-transmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. If your response to this email contains proprietary or confidential material, please send it in a secure manner.

The sender and the sending organization is not liable for any third-party interception of proprietary or confidential information that is sent in an insecure manner. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guaranty with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto. The information contained herein is subject to change without notice.

Confidential                                                                                                               JDT_00231097