**From:** Ben Martens <Ben.Martens@ubt.com>
**Sent:** Friday, May 24, 2024 1:38 PM
**To:** Rick Fernandez <RickF@rdtintermodal.com>;
**Cc:** Jake.Muhleisen@ubt.com; tony@daws-trucking.com; jim@daws-trucking.com; r.d.fernandez2@gmail.com
**Subject:** RE: Release Request

Thanks Rick!

Hope everyone has a great Memorial Day weekend!



**Ben Martens**

Vice President

Commercial Loans

**402-323-1979 Direct**

402-580-2482 Cell

www.ubt.com

4243 Pioneer Woods Dr

P.O. Box 82535

Lincoln, NE 68501-2535

---

**From:** Rick Fernandez <RickF@rdtintermodal.com>
**Sent:** Friday, May 24, 2024 1:37 PM
**To:** Ben Martens <Ben.Martens@ubt.com>
**Cc:** Jake Muhleisen <Jake.Muhleisen@ubt.com>; Tony Glenn <tony@daws-trucking.com>; Jim Daws <jim@daws-trucking.com>; r.d.fernandez2@gmail.com
**Subject:** RE: Release Request

⚠ EXTERNAL MESSAGE – Think Before You Click

Ben / Jake

All good to release those titles

The variance on the April balance sheet was offset by settling up the maintenance account.

Thanks All

Added everyone for visibility

Sent via the Samsung Galaxy S21+ 5G, an AT&T 5G smartphone

Confidential

JDT_00226049

-------- Original message --------

From: Ben Martens <Ben.Martens@ubt.com>

Date: 5/24/24 12:28 PM (GMT-06:00)

To: Rick Fernandez <RickF@rdtintermodal.com>

Cc: Jake Muhleisen <Jake.Muhleisen@ubt.com>

Subject: Release Request

Rick,

Good afternoon – hope the day has gone well so far!

We had the chance to touch base with Jim today and he included the following release request with a check for $114K for deposit to the Jim Daws Trucking account ending 9524 . We will plan to deposit the funds and release the titles, but wanted to make sure we got your confirmation/awareness before we moved forward. Let me know if you're ok to proceed. Thanks – talk soon!

These 2 drivers have paid off their trucks:

| Darl Parry | John Vance |
|---|---|
| Year - 2015 | Year - 2022 |
| Make - Kenworth | Make - Peterbilt |
| Model - T800 | Model - 389 |
| VIN - 1XKDDP9X0FJ420797 | VIN - 1XPXDP9X4ND783883 |



**Ben Martens**

Vice President

Commercial Loans

**402-323-1979 Direct**

402-580-2482 Cell

www.ubt.com

**4243 Pioneer Woods Dr**

P.O. Box 82535

Lincoln, NE 68501-2535

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, re-transmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. If your response to this email contains proprietary or confidential material, please send it in a secure manner.

The sender and the sending organization is not liable for any third-party interception of proprietary or confidential information that is sent in an insecure manner. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guaranty with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto. The information contained herein is subject to change without notice.

This message is intended only for the persons or entities to which it is addressed. The information transmitted herein may contain proprietary or confidential material. Review, reproduction, re-transmission, distribution, disclosure or other use, and any consequent action taken by persons or entities other than intended recipients, are prohibited and may be unlawful. If you are not the intended recipient, please delete this information from your system and contact the sender. If your response to this email contains proprietary or confidential material, please send it in a secure manner.

The sender and the sending organization is not liable for any third-party interception of proprietary or confidential information that is sent in an insecure manner. Although reasonable precautions have been taken to ensure that no viruses are present, the sender makes no warranty or guaranty with respect thereto, and is not responsible for any loss or damage arising from the receipt or use of this e-mail or attachments hereto. The information contained herein is subject to change without notice.

Confidential

JDT_00226051