# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 9/2/2024 |

## Outline of Conversations

 **+14029576223** • 5 messages on 9/2/2024 • <4026415432> • Jeremy Becker <4029576223>

**Messages in chronological order** (times are shown in GMT +00:00)

+14029576223

**JB** Jeremy Becker <4029576223> — 9/2/2024, 8:58 PM
Happy Labor Day
Did Kim and I pass the teat to your two sergeants and boss(Lana)?

Good husker game day?

Receipts • <4026415432> [R:9/2/2024, 9:16 PM]

<4026415432> — 9/2/2024, 9:23 PM
It's all good everyone is happy. I forgot football could be that good

Receipts • Jeremy Becker <4029576223> [R:9/2/2024, 9:27 PM]

**JB** Jeremy Becker <4029576223> — 9/2/2024, 9:28 PM
Haha!
Glad to hear on everyone being happy

Receipts • <4026415432> [R:9/2/2024, 9:45 PM]

<4026415432> — 9/2/2024, 9:45 PM
Making an offer in Wednesday. Hopefully we will all be moving forward

Receipts • Jeremy Becker <4029576223> [R:9/2/2024, 10:14 PM]

**JB** Jeremy Becker <4029576223> — 9/2/2024, 10:14 PM
👍

Receipts • <4026415432> [R:9/2/2024, 10:15 PM]