# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 9/11/2024 |

## Outline of Conversations

💬   **tony@daws-trucking.com** • 3 messages on 9/11/2024 • <4026415432> • <tony@daws-trucking.com>

**Messages in chronological order** (times are shown in GMT +00:00)

**tony@daws-trucking.com**

\# &lt;4026415432&gt; — 9/11/2024, 11:49 AM
Rick is saying I bought a truck from the LLC. Can you tell me which one it is. I don't think I did

&gt; T &lt;tony@daws-trucking.com&gt; — 9/11/2024, 11:55 AM
No trucks in Daws Trucking, J&L last one was 7 in Jan 23. Could he be thinking of 110 or any of the others turned back in?

Receipts • &lt;4026415432&gt; [R:9/11/2024, 11:56 AM]

&gt;&gt;\# &lt;4026415432&gt; — 9/11/2024, 11:57 AM
7 became 128 I'll ask him to clarify thanks