From: Rick Fernandez <RickF@rdtintermodal.com>
Sent: Tuesday, September 24, 2024 3:42 PM
To: FMCSA Customer Service <fmcsa_ask@mailfg.custhelp.com>;
Cc: jim@daws-trucking.com; RickDF@rdtintermodal.com
Subject: RE: Operating Authority - Transfer of Authority [Incident: 240209-006543]

Good morning Christina

Unfortunately, we were unable to come to an agreement to complete the transfer the DOT Number from Daws Trucking Inc. to Jim Daws Trucking LLC

However, Jim Daws Trucking LLC is retaining the active MC # MC-440948 purchased in the acquisition

My question what is our next step ?

Should Jim Daws Trucking LLC now apply for a new dot under the same Motor Carrier number

or you had mentioned on a phone call a possible second option would be:

To simply add our Existing US DOT # 550755 from our Parent company (RD Limited).

The goal is to keep our driver, safety, and profile experience active.

My number is 708-267-2307 Rick is you have time for a call.

Thank you and appreciate your assistance..

Rick Fernandez

| USDOT INFORMATION | | | |
|---|---|---|---|
| Entity Type: | CARRIER/SHIPPER | | |
| USDOT Status: | ACTIVE | Out of Service Date: | None |
| USDOT Number: | 1068705 | State Carrier ID Number: | |
| MCS-150 Form Date: | 08/22/2024 | MCS-150 Mileage (Year): | 9,195,823 (2023) |
| OPERATING AUTHORITY INFORMATION | | | |
| ting Authority Status: | AUTHORIZED FOR Property  For Licensing and Insurance details click here. | | |
| MC/MX/FF Number(s): | MC-440948 | | |
| COMPANY INFORMATION | | | |
| Legal Name: | DAWS TRUCKING INC | | |
| DBA Name: | JIM DAWS TRUCKING LLC | | |
| Physical Address: | 758 280TH ROAD  MILFORD, NE  68405 | | |
| Phone: | (402) 761-2186 | | |
| Mailing Address: | 758 280TH ROAD  MILFORD, NE  68405 | | |
| DUNS Number: | -- | | |
| Power Units: | 80 | Drivers: | 80 |

**From:** Rick Fernandez
**Sent:** Friday, February 16, 2024 11:19 AM
**To:** FMCSA Customer Service
**Cc:** Jim Daws
**Subject:** RE: Operating Authority - Transfer of Authority [Incident: 240209-006543]

Thank you Christina

I appreciate that you helped us clarify that. I will ask Mr. Daws for an updated ammendment. Naming Daws Trucking inc. a member of Jim Daws Trucking LLC.

Best Regards

Rick Fernandez

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------

From: FMCSA Customer Service <fmcsa_ask@mailfg.custhelp.com>

Date: 2/16/24 8:56 AM (GMT-06:00)

To: Rick Fernandez <RickF@rdtintermodal.com>

Subject: Operating Authority - Transfer of Authority [Incident: 240209-006543]



**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**

Recently you requested assistance from FMCSA Contact Center support. Below is a summary of your request and our response. If this issue is not resolved to your satisfaction, please contact us again and provide the incident reference # below. Thank you for allowing us to be of service to you.

Subject

**Operating Authority - Transfer of Authority**

Response By Email (Christina R.) (02/16/2024 09:56 AM)

Good morning, sir!

Not specifically. I asked because if you cannot provide articles of amendment, a new USDOT is required per USDOT policy. Please see below"

"**Per USDOT Policy: USDOT numbers are a unique identifying number to each person required to identify itself within the FMCSA. USDOT numbers are nontransferable and will remain assigned to that person forever. A person includes an individual (sole proprietor), corporation, partnership, or other business organizations.**

**Most of the time, when form of business changes, a new USDOT number is required because this business has became a new legal person/entity. However, if the motor carrier provides evidence that the entity is recognized as a continuation of the original entity under state law, no new USDOT number is required.** "

Please see below for the instructions to transfer the authority:

If there is a change in ownership, the transferor (seller) and transferee (buyer) will be required to complete a transfer request. Attached you will find a transfer request to assist with providing the required information.

Please submit your IRS confirmation letters displaying the current EIN and new ownership (Form CP 575 or 147c).

**USDOT numbers are not transferable**. To facilitate the transfer, the transferee (buyer) will need to generate their own USDOT number in the Unified Registration System (URS) as **INTRASTATE** (do not send an MCS-150 to apply for the new USDOT number). Once a USDOT number is assigned at the end of the registration, please place that USDOT number in the space provided on the transfer request. It will be updated to Interstate and attached to the MC number once it is transferred.

**Note:** Internet browsers: Internet Explorer 10 or above in compatibility mode, Google Chrome, Safari or Firefox browsers work best with the URS tool.

**Apply Online via the Unified Registration System** (URS)

To complete the transfer, the transferor (seller) is required to send an updated MCS-150 marking USDOT 1068705 either OUT OF BUSINESS, Interstate Private Property or Intrastate. (Information on the form should be the transferor's information prior to any unapproved changes)

A copy of the driver's license of the transferor (seller) and transferee (buyer) is required to be submitted along with the documents for changes to be processed.

Please return completed and requested documents back to this email.

If you have any questions, please respond directly to this email only or I can be reached via phone call at 202.643.8395.

Thank you

**Customer By Service Email (Ricardo Fernandez)** (02/16/2024 01:41 AM)

Hi Christina

There weren't any amendments to the Original Company known as Daws Trucking Inc. as Jim Daws Proprietor will is planning to fade it out. But will remain as President of the new company.

There was a formation of Jim Daws Trucking as an LLC ( currently acting as DBA) we hope the company will remain with the same DOT and MC # also no amendments.

Are there specific amendments that should be issued .?

Regards

Ricardo Fernandez

Cell 708-267-2307

**Operating Authority - Transfer of Authority [Incident: 240209-006543]**

**Response By Email (Christina R.)** (02/15/2024 08:46 AM)

Hi,

Are you able to provide articles of amendment?

Thank you,

Question Reference # 240209-006543

- Date Created: 02/09/2024 05:24 PM
- Date Last Updated: 02/16/2024 09:56 AM
- Status: Solved

FMCSA Portal Users -

**If you have or use an FMCSA Portal account, you must act now to maintain access.**

How you log on to the FMCSA Portal is changing. FMCSA is making access more secure by implementing m**ultifactor authentication.** Soon, User ID and Passwords will no longer be used to access the FMCSA Portal.

You will access the FMCSA Portal and other FMCSA Systems through a Login.gov account instead of using your current FMCSA Portal username and password.

**What actions do you need to take now?**

To ensure you have continued access to the FMCSA Portal, verify your FMCSA Portal Profile, ensuring your portal account's email address matches your Login.gov account.

If you don't have Login.gov account yet, you must set up an account using your FMCSA Portal account email address by January 1, 2024.

Please follow the step-by-step directions, which can be found on the FMCSA website, to establish your account.

Once you have created your Login.gov account, instead of entering a User ID and Password, simply click the "Sign In With Login.gov" link to log in.

**Have questions or need help setting up your Login.gov account or accessing your FMCSA Portal Profile?**

Carrier and Company users should dial 1-800-832-5660 or submit a question through https://www.fmcsa.dot.gov/registration/ask-fmcsa

**What is Multifactor Authentication?**

Multifactor Authentication is a method to verify your identity requiring two or more pieces of evidence (factors). These factors can be something you know (like a password), something you have (like an access card) or something you are (like facial recognition or fingerprint).

**Why is FMCSA implementing Multifactor Authentication?**

The Federal Cybersecurity plan under White House Executive Order 14028, *Improving the Nation's Cybersecurity*, and Office of Budget Memorandum M-22-09, *Moving the U.S. Government Toward Zero Trust Cybersecurity Principles (Federal Zero Trust Strategy)* requires all Federal agencies to adopt secure MFA to enhance information security by Dec.

31, 2023.

Questions for the Federal Motor Carrier Safety Administration? Please Contact Us.

CONFIDENTIALITY NOTE: This e-mail and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of this e-mail or any attachment is prohibited. If you have received this e-mail in error, please notify us immediately by returning it to the sender and delete this copy from your system. Thank you for your cooperation.

[---002:005277:09257---]

JDT_00231033