**From:**      Rick Fernandez <RickF@rdtintermodal.com>
**Sent:**      Tuesday, September 24, 2024 5:35 PM
**To:**        Tony Glenn <tony@daws-trucking.com>;
**Cc:**        wtucker@ghs.cpa; r.d.fernandez2@gmail.com; Kathy@daws-trucking.com
**Subject:**   RE: My last day

Hey Tony

If you can get me a crash course on accounts payable

I list of contacts for

TLC to pay drivers

I will get with Kathy

on how to get these drivers paid

and how will we know what is debiting out of American National?

I added William Tucker to see if there's potential Taxes that need to be paid.

And Ricky to help get a list together

**From:** Tony Glenn [mailto:tony@daws-trucking.com]
**Sent:** Tuesday, September 24, 2024 12:23 PM
**To:** Rick Fernandez
**Subject:** My last day

Will be Friday Sept 27, thanks.

JDT_00226228