**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 9/30/2024 |

**Outline of Conversations**

 **+18142416038** · 11 messages on 9/30/2024 · <4026415432> · George Wiltrot  <8142416038>

Daws0001238

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **+18142416038**

GW   **George Wiltrot  <8142416038>**                         ▶ 9/30/2024, 3:56 PM
Hey boss I getting empty in Michigan what should I do

Receipts • <4026415432> [R:9/30/2024, 3:56 PM]

>#   **<4026415432>**                                          ◀ 9/30/2024, 3:57 PM
Call me

Receipts • George Wiltrot  <8142416038> [D:9/30/2024, 3:57 PM]

>>   **George Wiltrot  <8142416038>**                         ▶ 9/30/2024, 4:42 PM
GW   Chuck won't even take my call from cell or office
If I don't hear anything I gonna just head east I got times and people I talk wrote down

Receipts • <4026415432> [R:9/30/2024, 4:42 PM]

>>>#   **<4026415432>**                                        ◀ 9/30/2024, 4:42 PM
K

Receipts • George Wiltrot  <8142416038> [D:9/30/2024, 4:42 PM]

>>>>   **George Wiltrot  <8142416038>**                       ▶ 9/30/2024, 5:13 PM
GW

*File **"c3e7ec11-4bb7-499a-baeb-5928b280f4b1.PNG"** is missing.*
*Image: ~_Library_SMS_Attachments_31_01_0E9E6D24-3EEE-453E-8789-0CBA0D021AD1_IMG_5577.PNG (204 KB)*

Receipts • <4026415432> [R:9/30/2024, 5:13 PM]

>>>>>   **George Wiltrot  <8142416038>**                      ▶ 9/30/2024, 5:13 PM
GW   IMG_5577.PNG
https://p25-
content.icloud.com/MY30827CE027E81561713FABC74C7544B3BE28E96B8CB80675001BEA708A80182D.21F788CE
698EE1A9.C01USN00

Receipts • <4026415432> [R:9/30/2024, 5:13 PM]

>>>>>   **George Wiltrot  <8142416038>**                      ▶ 9/30/2024, 5:13 PM
GW   That's all I got

Receipts • <4026415432> [R:9/30/2024, 5:13 PM]

>>>>>   **<4026415432>**                                       ◀ 9/30/2024, 5:19 PM
>#   Thanks

Receipts • George Wiltrot  <8142416038> [D:9/30/2024, 5:19 PM]

>>>>>   **<4026415432>**                                       ◀ 9/30/2024, 5:19 PM
>>#   Safe travels

Receipts • George Wiltrot  <8142416038> [D:9/30/2024, 5:19 PM]

>>>>>   **George Wiltrot  <814241603B>**                      ▶ 9/30/2024, 5:20 PM
>>>   I'll be parked till I hear from you boss

Daws0001239

GW

Receipts · <4026415432> [R:9/30/2024, 5:22 PM]

>>>>>  **<4026415432>**                                                    ◄ 9/30/2024, 5:22 PM
>>>>#   👍

Receipts · George Wiltrot  <8142416038> [D:9/30/2024, 5:22 PM]

Daws0001240