# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 3 | Date Range: 9/30/2024 |

## Outline of Conversations

 **+15153213939** • 3 messages on 9/30/2024 • <4026415432> • Dawn Pewick <5153213939>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+15153213939**

DP **Dawn Pewick <5153213939>** ▶ 9/30/2024, 1:14 PM
When you can could you please call me. I have drivers calling me because they are not able to get anyone else on the phone.

Receipts • <4026415432> [R:9/30/2024, 1:37 PM]

\> DP **Dawn Pewick <5153213939>** ▶ 9/30/2024, 5:04 PM
Lunchtime it might be a bit about Broken Bow

Receipts • <4026415432> [R:9/30/2024, 5:05 PM]

>># **<4026415432>** ◀ 9/30/2024, 5:05 PM
K

Receipts • Dawn Pewick <5153213939> [D:9/30/2024, 5:05 PM]