## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 10/2/2024 |

## Outline of Conversations

 **+14026703834** · 6 messages on 10/2/2024 · <4026415432> · Chrissy Howard <4026703834>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **+14026703834**

CH    **Chrissy Howard <4026703834>**                                    ▶ 10/2/2024, 4:55 PM
      Hi Jim,  I'm at an appt now, will call you as soon as I can.

      Receipts • <4026415432> [R:10/2/2024, 4:55 PM]

># 　 **<4026415432>**                                                  ◀ 10/2/2024, 4:55 PM
      👍

      Receipts • Chrissy Howard <4026703834> [D:10/2/2024, 4:55 PM]

>> CH  **Chrissy Howard <4026703834>**                                  ▶ 10/2/2024, 6:37 PM
      Hi Jim, please text me a contact I can call.
      2 loads at McCook needing picked up. I'm assuming no drivers will be coming

      Receipts • <4026415432> [R:10/2/2024, 6:42 PM]

>>># 　 **<4026415432>**                                                ◀ 10/2/2024, 6:45 PM
      708-599-5599
      419-708-0324

      Receipts • Chrissy Howard <4026703834> [D:10/2/2024, 6:45 PM]

>>>>  **Chrissy Howard <4026703834>**                                   ▶ 10/2/2024, 6:45 PM
CH    Is there a name to ask for?

      Receipts • <4026415432> [R:10/2/2024, 6:46 PM]

>>>>> **<4026415432>**                                                  ◀ 10/2/2024, 6:46 PM
# 　  Chuck

      Receipts • Chrissy Howard <4026703834> [D:10/2/2024, 6:46 PM]