# Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 11 | Date Range: 10/2/2024 |

## Outline of Conversations

   **+18017916962** · 11 messages on 10/2/2024 · <4026415432> · Tommy McGee <8017916962>

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+18017916962**

TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 12:56 PM
Jim
Is it true that I'm now driving for Richard Daniels

Receipts • <4026415432> [R:10/2/2024, 12:58 PM]

ᐅ# **<4026415432>** ◀ 10/2/2024, 12:59 PM
I don't know the answer to that. That truck belongs to Ricks corp.

Receipts • Tommy McGee <8017916962> [D:10/2/2024, 12:59 PM]

ᐅᐅ TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 1:01 PM
K

Receipts • <4026415432> [R:10/2/2024, 1:02 PM]

ᐅᐅᐅ TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 1:02 PM
I don't want to leave

Receipts • <4026415432> [R:10/2/2024, 1:03 PM]

ᐅᐅᐅᐅ# **<4026415432>** ◀ 10/2/2024, 1:03 PM
Try to load and keep making money while we work this out

Receipts • Tommy McGee <8017916962> [D:10/2/2024, 1:03 PM]

ᐅᐅᐅᐅᐅ TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 1:04 PM
Okay

Receipts • <4026415432> [R:10/2/2024, 1:04 PM]

ᐅᐅᐅᐅᐅ># **<4026415432>** ◀ 10/2/2024, 1:05 PM
Keep notes or tape every conversation for me please

Receipts • Tommy McGee <8017916962> [D:10/2/2024, 1:05 PM]

ᐅᐅᐅᐅᐅᐅ TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 1:05 PM
Okay

Receipts • <4026415432> [R:10/2/2024, 1:05 PM]

ᐅᐅᐅᐅᐅᐅᐅᐅ TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 4:27 PM

File "e50bf860-9d19-4c57-bf49-57fea4e96851.heic" is missing.
Attachment: ~_Library_SMS_Attachments_b7_07_AC36F2EB-7ABA-4698-BB5C-FF2C0D037369_IMG_6806.heic (66 KB)

Receipts • <4026415432> [R:10/2/2024, 4:30 PM]

ᐅᐅᐅᐅᐅᐅᐅᐅ TM **Tommy McGee <8017916962>** ▶ 10/2/2024, 4:27 PM
IMG_6806.heic
https://p48-content.icloud.com/MYC653AAB24E6739ED12D1C10E7D92D0DF34A63F796D8EB899986DA7B641AB3B86.21F788CE698EE1A9.C01USN00

Receipts · <4026415432> [R:10/2/2024, 4:30 PM]

>>>>> Tommy McGee <8017916962>  ▶ 10/2/2024, 4:27 PM
>>>> Load
TM

Receipts · <4026415432> [R:10/2/2024, 4:30 PM]

Daws0001572