# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 10/2/2024 |

## Outline of Conversations

 **+17855437246** • 8 messages on 10/2/2024 • <4026415432> • Jeff Keeler <7855437246>

**Messages in chronological order** (times are shown in GMT +00:00)

**+17855437246**

JK **Jeff Keeler <7855437246>** ▶ 10/2/2024, 1:20 PM
The key to Conrads truck are in the strap box

Receipts • <4026415432> [R:10/2/2024, 1:21 PM]

># **<4026415432>** ◀ 10/2/2024, 1:21 PM
Did he quit

Receipts • Jeff Keeler <7855437246> [D:10/2/2024, 1:21 PM]

>> JK **Jeff Keeler <7855437246>** ▶ 10/2/2024, 1:21 PM
No he's on his way to phoenix

Receipts • <4026415432> [R:10/2/2024, 1:21 PM]

>>># **<4026415432>** ◀ 10/2/2024, 6:10 PM
Spenser may call

Receipts • Jeff Keeler <7855437246> [D:10/2/2024, 6:10 PM]

>>>> JK **Jeff Keeler <7855437246>** ▶ 10/2/2024, 6:10 PM
👍

Receipts • <4026415432> [R:10/2/2024, 6:11 PM]

>>>>> JK **Jeff Keeler <7855437246>** ▶ 10/2/2024, 7:43 PM
Scott Jundt is asking about some loads to Florida. How do I need to handle that?

Receipts • <4026415432> [R:10/2/2024, 7:56 PM]

>>>>># **<4026415432>** ◀ 10/2/2024, 7:56 PM
Needs to call Chuck

Receipts • Jeff Keeler <7855437246> [D:10/2/2024, 7:56 PM]

>>>>> >> JK **Jeff Keeler <7855437246>** ▶ 10/2/2024, 7:56 PM
That's what I thought. Thanks

Receipts • <4026415432> [R:10/2/2024, 8:19 PM]