# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 10/2/2024 |

## Outline of Conversations

 **+14174305501** • 8 messages on 10/2/2024 • <4026415432> • Mike Hill <4174305501>

**Messages in chronological order** (times are shown in GMT +00:00)

**+14174305501**

**Mike Hill <4174305501>**  10/2/2024, 2:06 PM
Do we have someone doing payroll and cash advances asking cause Andrea text said she looking for freight for us to start running with

Receipts • <4026415432> [R:10/2/2024, 2:06 PM]

**<4026415432>**  10/2/2024, 2:07 PM
I would call Chuck and ask him that question. If you do video when you call it tapes the conversation or take notes

Receipts • Mike Hill <4174305501> [R:10/2/2024, 2:08 PM]

**Mike Hill <4174305501>**  10/2/2024, 5:11 PM
Michael, since Jim owns the truck unfortunately my hands are tied and will not be able to dispatch you. Please refer to Jim at this point

Receipts • <4026415432> [R:10/2/2024, 5:13 PM]

**<4026415432>**  10/2/2024, 5:16 PM
I've been notified that my hands are tied so I don't know what to say. I may have more answers on Friday

Receipts • Mike Hill <4174305501> [R:10/2/2024, 5:17 PM]

**Mike Hill <4174305501>**  10/2/2024, 5:18 PM
Just letting u know what they said plus I recorded conversation I had if u need it

Receipts • <4026415432> [R:10/2/2024, 5:23 PM]

**<4026415432>**  10/2/2024, 5:23 PM
Please send it

Receipts • Mike Hill <4174305501> [R:10/2/2024, 5:27 PM]

**Mike Hill <4174305501>**  10/2/2024, 5:28 PM
Just sent from wife's phone

Receipts • <4026415432> [R:10/2/2024, 5:28 PM]

**<4026415432>**  10/2/2024, 5:28 PM
Thanks

Receipts • Mike Hill <4174305501> [R:10/2/2024, 5:28 PM]