# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 10/3/2024 |

## Outline of Conversations

 **+15412161584** · 3 messages on 10/3/2024 · <4026415432> · Matt Hudson <5412161584>

**Messages in chronological order** (times are shown in GMT +00:00)

💬 **+15412161584**

MH **Matt Hudson <5412161584>** ▶ 10/3/2024, 1:59 PM
Got this text do you want me to respond?

*File **"707f5942-ede5-474c-8a51-241e264e6752.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_1b_11_E8DEA9A7-F0FB-49C9-8E68-CDA0431FD7F2_image000001.jpg (83 KB)*

Receipts • <4026415432> [R:10/3/2024, 2:08 PM]

> MH **Matt Hudson <5412161584>** ▶ 10/3/2024, 1:59 PM
image000001.jpg

Receipts • <4026415432> [R:10/3/2024, 2:08 PM]

># **<4026415432>** ◀ 10/3/2024, 2:09 PM
Your choice. I'm not allowed to talk to you