# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 10/7/2024 |

## Outline of Conversations

💬 **+14029366114** · 4 messages on 10/7/2024 · <4026415432> · <4029366114>

Daws0001227

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029366114**

\# &lt;4026415432&gt; ◀ 10/7/2024, 2:27 PM

File **"bdccfc32-78cf-4dc9-b67b-ae183792909d.vcf"** is missing.
Attachment: ~_Library_SMS_Attachments_87_07_9117B4C7-42BE-4C2C-ADE8-581B7B4206E8_Chuck.vcf

&gt;\# &lt;4026415432&gt; ◀ 10/7/2024, 2:27 PM
Chuck.vcf

&gt;\# &lt;4026415432&gt; ◀ 10/7/2024, 2:28 PM
Call him for dispatch

&gt;&gt;\# &lt;4029366114&gt; ▶ 10/7/2024, 7:48 PM
Thank you

Receipts • &lt;4026415432&gt; [R:10/7/2024, 8:04 PM]