IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | ) CASE NO. 4:24-CV-3177 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **DECLARATION OF** |
| | ) **MATTIE HANS** |
| DAWS, INC., JAMES R. DAWS, LANA R. | ) |
| DAWS, DAWS TRUCKING, INC., and | ) |
| COLUMBUS TRANSPORTATION & | ) |
| LOGISTICS, LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

I, Mattie Hans, hereby declare as follows:

1. I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2. Since December 2, 2024, I have been employed by the City of Seward, Nebraska.

3. Before working for the City of Seward, I worked for Jim Daws Trucking, LLC ("JDT"). I began working for JDT in January 2024 in the billing department.

4. When I was hired, it was my understanding that as Kathy Temme neared retirement age, she intended to cut back on hours. My understanding was that I was to learn how to do Kathy's job and would eventually replace her when she retired. It was my understanding that Kathy intended to cut back her hours beginning in August 2024. Kathy's plans changed when another employee left and Kathy picked up his work.

5. When I was hired, it was my understanding that Jim Daws was in the process of transitioning the operations of the company to Rick Fernandez ("Rick") at which point he would retire.

6. Rick was rarely in the office and I had only a few interactions with him. When he was there, he barely spoke to me and showed no interest in me or my fellow workers. For example, I recall one instance where it was my turn to pick up lunch for the office, and I asked him if I could get anything for him. He responded, "Thanks lady." I don't believe Rick even knew my name while I was working at JDT.

7. I did not get good vibes from Rick. Simply put, I didn't like Rick and didn't want to work for him.

8. On Tuesday, September 24, 2024, there was a buzz around the office, and I heard that a number of employees including Jeff Keeler, Corey Stull, RaNae Muenchrath, and JoAnn Roth had turned in their notices.

9. On September 24, 2024, I spoke with a number of my co-workers who told me that they were going to resign because they didn't want to work for Rick. No one asked me or encouraged me to resign. I decided on my own to resign.

10. On the afternoon of September 24, 2024, I e-mailed Rick notifying him that my last day would be Friday, September 27, 2024. Rick never responded to my e-mail.

11. That week Bill Molthan, who was a JDT employee who did not resign, reached out to me and encouraged me to stay, but I did not want to work for Rick.

resigned from JDT. I simply didn't want to work for Rick.

13. During my employment at JDT I grew concerned that Rick's plan was to move the office operations to Chicago where Rick owned another trucking company. I had serious concerns about if I stayed at JDT whether I would have a job for very long.

14. On Friday September 27, 2024, I was in the Daws Trucking maintenance shop. When I returned to the office, all of the other employee's cars were gone and Jim Daws told me that Rick had told them to get off of Rick's property. I was visibly distraught and Jim Daws comforted me asking if I was ok. I do not believe I have had any communications with Jim Daws since September 27, 2024 regarding any employment situation.

15. When I decided to resign, I didn't even know that Jim Daws had turned in his notice. I did not find out until a week or two after the fact that Jim Daws had retired on September 30, 2024.

16. Jim Daws had nothing to do with my decision to resign my employment at JDT.

17. To my knowledge there was no orchestrated or coordinated effort by Jim Daws to cause JDT's employees to resign. The general sentiment I heard was that people did not want to work for Rick. That's how I felt.

18. Approximately two weeks after I resigned, while I was unemployed, Rick contacted me begging me to come back to work for him. He offered me significantly more money to come back and essentially told me to name my price. Even though I was unemployed and could have used the money, I did not want to work for Rick and declined his invitation.

19. I remained unemployed until I became started work with the City of Seward on December 2, 2024. Since leaving JDT, I have not worked for any trucking business.

20. Jim Daws never promised me anything if I quit my employment with JDT.

21. I am not aware that since he left employment with JDT that Jim Daws is operating any other trucking business.

22. I have never heard Jim Daws say anything negative about JDT or Rick Fernandez.

23. At no time has Jim Daws, or anyone else, ever asked me to work for any company owned by or affiliated with Jim Daws.

I declare, under penalty of perjury, that the foregoing declaration, executed on the 29 day of January, 2025, at Seward, Nebraska, is true and correct.

Mattie

Hans

3343210

2