IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF JEREMY** |
| | ) | **BECKER** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

I, Jeremy Becker, hereby declare as follows:

1. I am above the age of 21 and am competent to testify. I have personal knowledge of all facts set forth herein.

2. I have known Jim Daws for over thirty years and consider him to be a friend. On occasion I have bounced ideas off of Jim and sought his advice. I consider him a mentor to me on issues relating to the trucking industry.

3. At no time have I been involved in any business with Jim or Lana Daws and I have no plans to do so. I have never compensated Jim or Lana Daws for any advice Jim has provided me over the years, and I have no plans to do so in the future.

4. In the summer, and through the fall, of 2024, it was my understanding that Jim Daws was negotiating the potential purchase of Jim Daws Trucking, LLC ("JDT") from Rick Fernandez. Jim and I discussed the possibility that if Jim purchased JDT whether I would come and work for JDT. Jim told me he wanted to

retire, but the thought was if he could purchase JDT, Corey Stull, RaNae Muenchrath, and I would run JDT and eventually buy Jim out.

5. I never had any discussions with Jim about him participating in a venture that would compete with JDT. My discussions were that Jim would buy JDT and I would work for JDT.

6. It was my understanding that Jim was not able to reach an agreement with Rick Fernandez to purchase JDT.

7. After it appeared that Jim would not be able to purchase JDT, in the fall of 2024 I explored the possibility of forming a new trucking company with Corey and RaNae. There was never any discussion of Jim being a part of that new company.

8. On October 22, 2024, I reached out to Jim via e-mail about some general questions about owning a trucking business such as would it be better to finance the purchase of trucks through the manufacturer or a bank. I never paid or offered to pay Jim for this general advice and never considered that he would be a participant in the business Corey, RaNae, and I were contemplating. I mistakenly sent the e-mail to Jim's previous e-mail address jim@daws-trucking.com. I never received a response from Jim to my questions.

9. It's my understanding the Rick made numerous offers to sell JDT to Jim, and then would change his mind and increase his demands. For example, on October 31, 2024, Jim forwarded me an e-mail from his attorney recounting that after an October 30, 2024, court hearing that Rick's attorney offered that Rick would be willing to sell JDT back to Jim with Jim paying no cash and only assuming $4.8

million in JDT's debt. I understand that Rick's attorney withdrew that offer later on the same day.

10. Ultimately, in late 2024 I decided not to enter into business with RaNae and Corey. I live in Omaha and my family wasn't interested in moving to Milford where the new company would be based.

11. I have no role in any business ReNae and Corey may have started.

I declare, under penalty of perjury, that the foregoing declaration, executed on the __22nd__ day of January, 2025, at Omaha, Nebraska, is true and correct.

_____
Jeremy Becker

3303810

3