IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | CASE NO. 4:24-CV-3177 |
| Plaintiff, | |
| v. | **DECLARATION OF JACOB BARFUSS** |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | |
| Defendants. | |

I, Jacob Barfuss, hereby declare as follows:

1. I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2. I am a commercial truck driver who has driven trucks since 2019.

3. I have known Jim Daws for five and a half (5 ½) years.

4. Before 2022, I was an independent contractor working for Daws, Inc. and I drove trucks for Daws, Inc. under the general name "Daws Trucking." At the end of the year, I would receive a 1099 from Daws, Inc.

5. While I do not know the details, it is my understanding that at some point in 2022, Jim Daws Trucking, LLC took over the operations of Daws Trucking.

6. After Jim Daws Trucking, LLC began operating as Daws Trucking, I remained an independent contractor of Jim Daws Trucking, LLC.

7. Since October 1, 2024, I attempted to contact Jim Daws Trucking, LLC to inquire about hauling loads for it on numerous occasions. Jim Daws Trucking, LLC has not answered or returned my calls.

8. After Jim Daws Trucking, LLC took over operations of Daws Trucking, Jim Daws remained involved in the operation of Daws Trucking. With few exceptions, after Jim Daws Trucking LLC took over the operations of Daws Trucking, Daws Trucking continued to operate the way it always had.

9. Both before and after Jim Daws Trucking, LLC took over the operations of Daws Trucking, and until Jim Daws left employment with Jim Daws Trucking, LLC, Daws Trucking typically assigned loads to me by having a Daws Trucking dispatcher call me assigning a load to me.

10. Since October 1, 2024, no one from Jim Daws Trucking, LLC has contacted me to haul any load on behalf of Jim Daws Trucking, LLC or Daws Trucking.

11. I was ready, willing, and able to continue working for Jim Daws Trucking, LLC, but it has not asked me to do so.

12. Based on my experience, Jim Daws Trucking, LLC operated a specialty flat-bed hauling company. It only operated flatbed trailers and did not operate dry vans, tankers, or refrigerated (reefer) trailers or any other type of trailer other than flatbeds.

13. I am aware that Jim Daws left employment with Jim Daws Trucking, LLC around the end of September 2024.

14. Before announcing he was leaving employment with Jim Daws Trucking, LLC, neither Jim Daws, nor anyone else, spoke to me about his plans to leave.

15. I never met with Jim Daws on August 23, 2024 behind closed doors or otherwise.

16. At no point has Jim Daws, or anyone on his behalf, ever encouraged me, implied, or requested that I quit working for Jim Daws Trucking, LLC.

17. I am not aware of anyone who Jim Daws has encouraged to quit working for Jim Daws Trucking, LLC.

18. At no time since Jim Daws Trucking, LLC took over operations of Daws Trucking has Jim Daws, or anyone on his behalf, ever asked me to work for any company owned by or affiliated with Jim Daws.

19. I am not aware of any driver who Jim Daws has encouraged to work for any company owned by or affiliated with Jim Daws.

20. I am not aware that since he left employment with Jim Daws Trucking, LLC that Jim Daws is operating any other trucking business.

21. Since 9/25/24 I have not hauled any load for Jim Daws or any of his affiliated companies and I am not aware of any other driver who has.

22. I am not aware of any situation in which Jim Daws interfered with the customers of Jim Daws Trucking, LLC.

23. When Jim Daws was working at Jim Daws Trucking, LLC, Daws Trucking continued to get new customers and grow the business.

24. I am not aware of any situation in which Jim Daws interfered with the operations of Jim Daws Trucking, LLC. From my experience, after May 2022, things continued to operate as they had before. It was only after Jim Daws left employment with Jim Daws Trucking, LLC that things changed and I no longer received calls from Jim Daws Trucking, LLC or Daws Trucking to haul loads.

25. Since Jim Daws Trucking, LLC is refused to assign loads to me and still owes me over $6,000.00, I gained employment with another trucking company.

I declare, under penalty of perjury, that the foregoing declaration, executed on the 14th day of January, 2025, at Big Springs, Nebraska is true and correct.

Jacob Bax

# Chelsey Fox

**From:** jake barfuss <jake_102469@yahoo.com>
**Sent:** Tuesday, January 14, 2025 9:09 AM
**To:** Chelsey Fox
**Subject:** Fw: URGENT DAWS UPDATE!!!

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Caitlin Super" <csuper113@gmail.com>
**To:** "jimdaws24@gmail.com" <jimdaws24@gmail.com>, "mr.keeler103@gmail.com" <mr.keeler103@gmail.com>, "lil_vais28@yahoo.com" <lil_vais28@yahoo.com>
**Sent:** Fri, Sep 27, 2024 at 12:21 PM
**Subject:** URGENT DAWS UPDATE!!!

Rick Fernandez shut down the computers and phones at Daws! Please continue on your loads for the weekend loads as planned, we will talk to you all on Monday.

Thanks

Cait Super

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

1