IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC,         )         CASE NO. 4:24-CV-3177

         )

    Plaintiff,            )

         )

v.                    )        **DECLARATION OF**

         )        **NOAH HASENAUER**

DAWS, INC., JAMES R. DAWS, LANA )
R. DAWS, DAWS TRUCKING, INC., and )
COLUMBUS   TRANSPORTATION   & )
LOGISTICS, LLC,

    Defendants.

I, Noah Hasenauer, hereby declare as follows:

1.     I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2.     I am a commercial truck driver who has driven trucks since February 2023.

3.     I have known Jim Daws for two to three months.

4.     I was an employee of Daws, Inc. and I drove trucks for Daws, Inc. under the general name "Daws Trucking." At the end of 2024, I should receive a W2 from Daws, Inc.

5.     I became an employee of Jim Daws Trucking, LLC in July 2024.

6.     I have never expressly resigned as an employee or independent contractor of Jim Daws Trucking, LLC, there was just no work.

7.     I do not consider myself currently be employed by Jim Daws Trucking, LLC.

8.     I have been informed that Jim Daws Trucking, LLC served an interrogatory answer in this lawsuit identifying me as an employee who "quit" my employment with Jim Daws Trucking, LLC. That statement is false. I never quit and would have been willing to continue hauling loads for Jim Daws Trucking, LLC had they provided work and paid me the amounts owed..

9.  Since October 1, 2024, I attempted to contact Jim Daws Trucking, LLC to inquire about hauling loads for it on numerous occasions. Jim Daws Trucking, LLC has not answered or returned my calls.

10.  From my start date until the end of September 2024, loads were consistently dispatched through Dennis or Rane.

11.  Since October 1, 2024, no one from Jim Daws Trucking, LLC has contacted me to haul any load on behalf of Jim Daws Trucking, LLC or Daws Trucking.

12.  On or around the first week of October 2024 I received an email from Rick Fernandez directing me to contact them about being paid for my final loads from Jim Daws Trucking, LLC.

13.  On or around October 7, 2024, I called the number provided me in the email from Rick Fernandez. I asked about getting paid for my final loads hauled for Jim Daws Trucking, LLC. I was told I would be paid and a few days later I received payment. On the same phone conversation, I was told for the week I went without work or pay, I would be paid $200 per day for a total of $1,000 for that first week in October. This amount has gone unpaid.

14.  Had Jim Daws trucking, LLC paid the amounts they stated they would pay me for the stand down period in the first week of October and had Jim Daws Trucking, LLC dispatched loads for me to drive, I would have been ready, willing, and able to continue working for Jim Daws Trucking, LLC.

15.  Based on my experience, Jim Daws Trucking, LLC operated a specialty flat-bed hauling company. It only operated flatbed trailers and did not operate dry vans, tankers, or refrigerated (reefer) trailers or any other type of trailer other than flatbeds.

16.  Before announcing he was leaving employment with Jim Daws Trucking, LLC, neither Jim Daws, nor anyone else, spoke to me about his plans to leave.

17.  I never met with Jim Daws on August 23, 2024 behind closed doors or otherwise.

18.  At no point has Jim Daws, or anyone on his behalf, ever encouraged me, implied, or requested that I quit working for Jim Daws Trucking, LLC.

19.  I am not aware of anyone who Jim Daws has encouraged to quit working for Jim Daws Trucking, LLC.

20. At no time since Jim Daws Trucking, LLC took over operations of Daws Trucking has Jim Daws, or anyone on his behalf, ever asked me to work for any company owned by or affiliated with Jim Daws.

21. I am not aware of any driver who Jim Daws has encouraged to work for any company owned by or affiliated with Jim Daws.

22. I am not aware that since he left employment with Jim Daws Trucking, LLC that Jim Daws is operating any other trucking business.

23. Sincelast week of September, I have not hauled any load for Jim Daws or any of his affiliated companies and I am not aware of any other driver who has.

24. I am not aware of any situation in which Jim Daws interfered with the customers of Jim Daws Trucking, LLC.

25. When Jim Daws was working at Jim Daws Trucking, LLC, Daws Trucking continued to get new customers and grow the business.

26. I am not aware of any situation in which Jim Daws interfered with the operations of Jim Daws Trucking, LLC.. It was only after the last week of September 2024 that things changed and I no longer received calls from Jim Daws Trucking, LLC or Daws Trucking to haul loads.

27. Since Jim Daws Trucking, LLC didnot assign loads to me nor pay the amounts owed, I sought alternative employment so I could earn a living.

I declare, under penalty of perjury, that the foregoing declaration, executed on the 22nd day of January, 2025, at North Platte, Nebraska is true and correct.

Noah Hasenauer