IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **DOUGLAS WARNSING** |
| DAWS, INC., JAMES R. DAWS, LANA | ) | |
| R. DAWS, DAWS TRUCKING, INC., and | ) | |
| COLUMBUS TRANSPORTATION & | ) | |
| LOGISTICS, LLC, | | |
| | | |
| Defendants. | | |

I, Douglas Warnsing, hereby declare as follows:

1. I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2. I am a commercial truck driver who has driven trucks since 11 years.

3. I have known Jim Daws for 5 years.

4. Before 2022, I was an employee of Daws, Inc. and I drove trucks for Daws, Inc. under the general name "Daws Trucking." At the end of 2024, I would receive a 1099 from Daws Trucking.

5. While I do not know the details, it is my understanding that at some point in 2022, Jim Daws Trucking, LLC took over the operations of Daws Trucking.

6. After Jim Daws Trucking, LLC began operating as Daws Trucking, I became an employee of Jim Daws Trucking, LLC. I have been employed with Jim Daws Trucking, LLC since approximately May 2022.

7. I resigned when it became clear no loads would be assigned to me and Jim Daws Tucking, LLC initially refused to pay for the loads previously hauled. As of this declaration Jim Daws Trucking, LLC has paid me out, but by the time I received payment I had already been exploring new employment.

8. I do not consider myself to currently be employed by Jim Daws Trucking, LLC.

9.     I have been informed that Jim Daws Trucking, LLC served an interrogatory answer in this lawsuit identifying me as an employee who "quit" my employment with Jim Daws Trucking, LLC. That statement is true, but Jim Daws Trucking, LLC temporarily withheld payment for work I had performed and I have bills to pay. I resigned only after finding new employment to continue making a living. The reason I haven't hauled loads for Jim Daws Trucking, LLC is Jim Daws Trucking, LLC delayed payment for work performed.

10.    Since October 1, 2024, I attempted to contact Jim Daws Trucking, LLC to get paid. After a delay due to claimed computer issues, I received payment in the middle or late October 2024. At which I had no desire to work for a company that would mess around with my pay.

11.    After Jim Daws Trucking, LLC took over operations of Daws Trucking, Jim Daws remained involved in the operation of Daws Trucking. With few exceptions, after Jim Daws Trucking, LLC took over the operations of Daws Trucking, Daws Trucking continued to operate the way it always had.

12.    Both before and after Jim Daws Trucking, LLC took over the operations of Daws Trucking, and until Jim Daws left employment with Jim Daws Trucking, LLC, Daws Trucking typically assigned loads to me through a Daws Trucking dispatcher after I notified them that I had completed my current haul.

13.    Since October 1, 2024, I have received one phone call from a Bailey employed representing Jim Daws Trucking, LLC asking if I would be interested in returning to hauling loads for Jim Daws Trucking, LLC. I made it clear I did not want to return.

14.    Based on my experience, Jim Daws Trucking, LLC operated a specialty flat-bed hauling company. It only operated flatbed trailers and did not operate dry vans, tankers, or refrigerated (reefer) trailers or any other type of trailer other than flatbeds.

15.    I am aware that Jim Daws left employment with Jim Daws Trucking, LLC around the end of September 2024.

16.    Before announcing he was leaving employment with Jim Daws Trucking, LLC, neither Jim Daws, nor anyone else, spoke to me about his plans to leave.

17.    I never met with Jim Daws on August 23, 2024 behind closed doors or otherwise.

18.    At no point has Jim Daws, or anyone on his behalf, ever encouraged me, implied, or requested that I quit working for Jim Daws Trucking, LLC.

19.    I am not aware of anyone who Jim Daws has encouraged to quit working for Jim Daws Trucking, LLC.

20.    At no time since Jim Daws Trucking, LLC took over operations of Daws Trucking has Jim Daws, or anyone on his behalf, ever asked me to work for any company owned by or affiliated with Jim Daws.

21.    I am not aware of any driver who Jim Daws has encouraged to work for any company owned by or affiliated with Jim Daws.

22.    I am not aware that since he left employment with Jim Daws Trucking, LLC that Jim Daws is operating any other trucking business.

23.    Since the end of September 2024, I have not hauled any load for Jim Daws or any of his affiliated companies and I am not aware of any other driver who has.

24.    I am not aware of any situation in which Jim Daws interfered with the customers of Jim Daws Trucking, LLC.

25.    I am not aware of any situation in which Jim Daws interfered with the operations of Jim Daws Trucking, LLC. From my experience, after May 2022, things continued to operate as they had before. It was only after the end of September 2024 that things changed.

I declare, under penalty of perjury, that the foregoing declaration, executed on the 27 day of 01 , 2025, at Beatrice, Nebraska is true and correct.


_____
Douglas Warnsing