IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **ZACHARY DEMERELL** |
| DAWS, INC., JAMES R. DAWS, LANA | ) | |
| R. DAWS, DAWS TRUCKING, INC., and | ) | |
| COLUMBUS TRANSPORTATION & | ) | |
| LOGISTICS, LLC, | | |
| | | |
| Defendants. | | |

I, Zachary Demerell, hereby declare as follows:

1.      I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2.      I am a commercial truck driver who has driven trucks since April 2021.

3.      I have known Jim Daws since June2022 years.

4.      Beginning in June 2022, I was an employee of Daws, Inc. and I drove trucks for Daws, Inc. under the general name "Daws Trucking." At the end of the 2024, I expect receive a 1099 from Daws, Inc.

5.      While I do not know the details, it is my understanding that at some point in 2022, Jim Daws Trucking, LLC took over the operations of Daws Trucking.

6.      After Jim Daws Trucking, LLC began operating as Daws Trucking, I remained an owner-operator working for Jim Daws Trucking, LLC. I have worked with Jim Daws Trucking, LLC since approximately June 2022.

7.      I have never resigned as an employee or independent contractor of Jim Daws Trucking, LLC. Rick told me he could not run my truck because of a do not compete agreement and the fact that Jim Daws owns my truck. J&L Enterprises holds a lien on title, truck is titled in Gunner Trucking, LLC;

8.      I do not consider myself to currently be employed by Jim Daws Trucking, LLC. On or about October 14, 2024, phone call with Rick Fernandez informed me that because of the non-compete he couldn't run my truck in their fleet.

9.  I have been informed that Jim Daws Trucking, LLC served an interrogatory answer in this lawsuit identifying me as an employee who "quit" my employment with Jim Daws Trucking, LLC. That statement is false. I never quit. I was told that I could not run freight with Jim Daws Trucking, LLC..

10.  Since October 1, 2024, I attempted to contact Jim Daws Trucking, LLC on numerous occasions to inquire about hauling loads for ituntil I was told I could no longer haul freight for Jim Daws Trucking, LLC.I also called to obtain payment for unpaid Settlements for a period of 2-3 weeks at which point it became clear to me that Jim Daws Trucking, LLC had no intention of voluntarily paying me. Jim Daws Trucking, LLC has not answered or returned my calls.

11.  After Jim Daws Trucking, LLC took over operations of Daws Trucking, Jim Daws remained involved in the operation of Daws Trucking. With few exceptions, after Jim Daws Trucking, LLC took over the operations of Daws Trucking, Daws Trucking continued to operate the way it always had.

12.  Both before and after Jim Daws Trucking, LLC took over the operations of Daws Trucking, and until Jim Daws left employment with Jim Daws Trucking, LLC, Daws Trucking typically assigned loads to me by having a Daws Trucking dispatcher call me assigning a load to me.

13.  Since October 1, 2024, no one from Jim Daws Trucking, LLC has contacted me to haul any load on behalf of Jim Daws Trucking, LLC.

14.  I am ready, willing, and able to haul freight, but Jim Daws Trucking, LLC told me they would not assign loads to me due to J&L Enterprises' lien on my truck.

15.  Based on my experience, Jim Daws Trucking, LLC operated a specialty flatbed hauling company. It only operated flatbed trailers and did not operate dry vans, tankers, or refrigerated (reefer) trailers or any other type of trailer other than flatbeds.

16.  I am aware that Jim Daws left employment with Jim Daws Trucking, LLC around the end of September 2024.

17.  Before announcing he was leaving employment with Jim Daws Trucking, LLC, neither Jim Daws, nor anyone else, spoke to me about his plans to leave.

18.  I never met with Jim Daws on August 23, 2024 behind closed doors or otherwise.

19.     At no point has Jim Daws, or anyone on his behalf, ever encouraged me, implied, or requested that I quit working for Jim Daws Trucking, LLC.

20.     I am not aware of anyone who Jim Daws has encouraged to quit working for Jim Daws Trucking, LLC.

21.     At no time since Jim Daws Trucking, LLC took over operations of Daws Trucking has Jim Daws, or anyone on his behalf, ever asked me to work for any company owned by or affiliated with Jim Daws.

22.     I am not aware of any driver who Jim Daws has encouraged to work for any company owned by or affiliated with Jim Daws.

23.     I am not aware that since he left employment with Jim Daws Trucking, LLC that Jim Daws is operating any other trucking business.

24.     Since hauling for Jim Daws Trucking, LLC prior to October 1, 2024, I have not hauled any load for Jim Daws or any of his affiliated companies and I am not aware of any other driver who has.

25.     I am not aware of any situation in which Jim Daws interfered with the customers of Jim Daws Trucking, LLC.

26.     When Jim Daws was working at Jim Daws Trucking, LLC, Daws Trucking appeared to me, as a driver, to continue to get new customers.

27.     I am not aware of any situation in which Jim Daws interfered with the operations of Jim Daws Trucking, LLC. From my experience, after May 2022, things continued to operate as they had before. It was only after Jim Daws left employment with Jim Daws Trucking, LLC that things changed and I no longer received calls from Jim Daws Trucking, LLC or Daws Trucking to haul loads.

28.     Since Jim Daws Trucking, LLC has expressly declined to assign loads to me, I have found alternative employement to continue earning a living. If other companies are prevented from hiring me I will suffer a loss of income.

I declare, under penalty of perjury, that the foregoing declaration, executed on the _26_ day of ___January___, 2025, at Las Vegas, Nevada is true and correct.