IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' WITNESS LIST** |
| | ) | **IN OPPOSITION TO** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) ) ) | **PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |
| | ) | |
| Defendants. | ) | |

In addition to the individuals identified on Plaintiff's witness list (Filing 55), who Defendants reserve the right to call as their witnesses, Defendants identify the following additional individual whom they may call as a witness in opposition to Plaintiff's Motion for a Preliminary Injunction.

1. Lana Daws.

DATED the 31st day of January, 2025.

                              DAWS, INC., JAMES R. DAWS,
                              LANA R. DAWS, DAWS TRUCKING, INC.
                              and COLUMBUS TRANSPORTATION &
                              LOGISTICS, LLC, Defendants

             BY:  /s/ Timothy J. Thalken
                   David C. Mullin, #21985
                   Timothy J. Thalken, #22173
                   Kristin M. Nalbach, #27125
                   FRASER STRYKER PC LLO
                   500 Energy Plaza
                   409 South 17th Street
                   Omaha, NE  68102-2663
                   (402) 341-6000
                   (402) 341-8290 - fax
                   tthalken@fraserstryker.com
                   dmullin@fraserstryker.com
                   knalbach@fraserstryker.com
                   ATTORNEYS FOR DEFENDANTS

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that on the 31st day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                               /s/ Timothy J. Thalken

3344825.2