IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | CASE NO. 4:24-CV-3177<br><br>**NOTICE OF SERVICE** |

COMES NOW Defendants, DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, hereby gives notice that they served the following on Plaintiff, on February 4, 2025, by electronic mail:

1. Defendants' Third Set of Requests for Production of Documents to Plaintiff

DATED this 4th day of February, 2025.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY: /s/ *ERIC WELLS*

Timothy J. Thalken, #22173
Eric W. Wells, #23694
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
tthalken@fraserstryker.com
ewells@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed with the Court, providing electronic notification to the below parties on this 4th day of February, 2025:

Andre R. Barry
Henry L. Wiedrich
Cline Williams Wright
Johnson & Oldfather, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
abarry@clinewilliams.com
hwiedrich@clinewilliams.com

/s/ *ERIC WELLS*