IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | ) | CASE NO. 4:24-CV-3177<br><br>**DEFENDANTS' AMENDED WITNESS LIST IN OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

In addition to the individuals identified on Plaintiff's witness list (Filing 55), who Defendants reserve the right to call as their witnesses, Defendants identify the following additional individuals whom they may call as a witness in opposition to Plaintiff's Motion for a Preliminary Injunction.

1. Lana Daws; and
2. Bill Molthan.

DATED the 4th day of February, 2025.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY: /s/ Timothy J. Thalken

David C. Mullin, #21985
Timothy J. Thalken, #22173
Kristin M. Nalbach, #27125
FRASER STRYKER PC LLO
500 Energy Plaza; 409 S. 17th Street
Omaha, NE 68102-2663
(402) 341-6000
tthalken@fraserstryker.com
dmullin@fraserstryker.com
knalbach@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Thalken

3352217