IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>　　　Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S INDEX OF REBUTTAL EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff Jim Daws Trucking, LLC ("JDT") submits this Index of Rebuttal Evidence in support of its Motion for Preliminary Injunction. Attached to this Index are true and correct copies of the following:

**Exhibit 26:**　　**2024.09.25 J. Karavas and A. Barry emails re ANB**

**Exhibit 27:**　　**2024.10.28 Loyal Trucking Business Plan**

**Exhibit 28:**　　**2024.10.29 Email - Lana to Larry re Business Plan**

**Exhibit 29:**　　**2024.10.30 Email from Ranae to Jim**

**Exhibit 30:**　　**2024.10.30 Texts between Jim and Ranae**

**Exhibit 31:**　　**2024.10.31 Email - Jaisa to Larry re Business Plan**

**Exhibit 32:**　　**2024.10.31 Texts between Jim and Jerry**

**Exhibit 33:**　　**2024.11.01 Jaisa to Larry Loyal Trucking Business Plan**

**Exhibit 34:**　　**2024.11.7 Jackie Evans to Larry Nedder Binding Driver List**

**Exhibit 35:**　　**2024.11.7 Jackie Evans to Larry Nedder Loyal Trucking - Equipment Drivers**

| | |
|---|---|
| **Exhibit 36:** | **2024.12.06 Insurance Denial Re_ LOYAL TRUCKING LLC DOT 2826485** |
| **Exhibit 37:** | **2024.12.31 Loyal Balance Sheet** |
| **Exhibit 38:** | **2025.01.07 Email between Tony and Jim re 50k** |
| **Exhibit 39:** | **2025.01.08 J&L Amended Complaint and Demand for Jury Trial (4.24-cv-03222)** |
| **Exhibit 40:** | **2025.01.22 Emails between L. Nedder & J. Ronning re health insurance** |
| **Exhibit 41:** | **2025.01.25 Email re JDT Requests for Supplemental Discovery Responses** |
| **Exhibit 42:** | **2025.01.31 Bill Molthan Email FW_ co#553197** |
| **Exhibit 43:** | **2025.02.04 Screenshot of Google Review** |
| **Exhibit 44:** | **2025.02.06 K. Nalbach Email re text messages** |

Dated February 7, 2025

        JIM DAWS TRUCKING, LLC, Plaintiff

By:   s/ Andre R. Barry
      Andre R. Barry, #22505
      Henry L. Wiedrich, #23696
      Madeline C. Hasley, #27870
      CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.
      233 South 13th Street
      1900 US Bank Building
      Lincoln, NE 68508
      (402) 474-6900
      abarry@clinewilliams.com
      hwiedrich@clinewilliams.com
      mhasley@clinewilliams.com
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, Andre R. Barry, hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

                                                      s/    Andre R. Barry
                                                      Andre R. Barry