# Business Plan
# for
# Loyal Trucking, LLC
### October 28, 2024

**GOAL:** Loyal Trucking, LLC will provide over the road flatbed trucking for all 48 continental United States.

**PLANS & STRATEGIES TO ACCOMPLISH THE GOAL ARE:**

- The company will operate thirty (30) plus tractors.

- The company will utilize modern, up-to-date equipment.

- Established customer list

- Experienced drivers – with multiple years of experience

- Experienced office and shop personnel – with multiple year of experience

- Property available – office bulding, 2 shops and additional storage buildings

EXHIBIT 27

Nedder_SDT00000357