| | |
|---|---|
| **From:** | Lana Daws <lana.daws73@gmail.com> |
| **Sent:** | Tuesday, October 29, 2024 2:21 PM |
| **To:** | Larry Nedder </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=480a3e4d54f84fdfbfec53037cd01183-LARRY NEDDE>; |
| **Subject:** | Business Plan |
| **Attachments:** | Business Plan.docx; |

Hi Larry!
I've been put to work to establish this business plan. I have attached it for your review. This is pretty simple and basic!
Please let me know what you think…
Even though it is pretty 'bare bones', let me know your thoughts. I would make any changes or suggestions.
Then, I would have Corey send it to you 'officially'. Thanks!
Lana

**EXHIBIT**

**28**

Nedder_SDT00000356