**From:** RaNae Vanis <lil_vanis28@yahoo.com>
**Sent:** Wed 10/30/2024 1:15:38 PM
**Subject:** Fwd: Pricing
**To:** jimdaws24@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** AJ Bias <aj@keystonetrucksoftware.com>
> **Date:** October 29, 2024 at 3:38:41 PM CDT
> **To:** RaNae Vanis <lil_vanis28@yahoo.com>
> **Subject: Re: Pricing**
>
> Hi Ranae,
> My apologies for my delay in getting back to you as both of my kids are sick at the moment so I'm pretty far behind on all of my work this week. What I can do is send over the links for the full installer, as well as the most recent software update. That way, you guys can get the programs installed on your server and all of your workstations. Once you have all of the machines setup, then what I can do is work with you to authorize the server and get the program up and running with everything enabled.
>
> The full version of the software can be downloaded at the link below:
>
> https://drive.google.com/drive/folders/1cnEfAbqwV6Gt6RyowWgUIj1AGChxx2S1?usp=drive_link
>
> After you click on that link, you'll download the entire contents of the Nexus Build folder; it will download as a zipped file. Unzip the Nexus Build folder to your Desktop. Then, run the setup.exe as an Administrator (NOT the setup(std).exe). That will allow you to install the programs and the desktop folder and icons.
>
> Then, install the newest update which can be downloaded below. It is a simple click-through installer:
>
> http://keystonetrucksoftware.com/downloads/KeystoneSetup_202404-1.exe
>
> Once you have everything installed on the server and at least one workstation (so that we can ensure the workstations are communicating with the server properly), we can work on getting everything authorized and tested.
>
> Please let me know if you have any questions.
>
> Thanks,
>
> **AJ Bias**
>
> **Keystone Software**
>
> P: 413-531-1044
>
> aj@keystonetrucksoftware.com
>
> On Mon, Oct 28, 2024 at 12:20 PM RaNae Vanis <lil_vanis28@yahoo.com> wrote:
>
>> Hi AJ

**EXHIBIT 29**

What do we need to do to get set up and move forward? The name of the company will be Columbus Transportation & Logistics

Thanks
RaNae Muenchrath

Sent from my iPhone

> On Oct 28, 2024, at 9:52 AM, AJ Bias <aj@keystonetrucksoftware.com> wrote:
>
> Hi Ranae,
> We're in the middle of putting together our new software platform and are still in the process of determining what the exact pricing for that will be. That new platform will feature subscription pricing which will be on a per user/per month basis, depending upon what add-ons customers have.
>
> To start, what we will do is charge $40/user per month, so for 10 users it would be $400 total per month. That price is a discount compared to both the current and new platforms, and once the pricing is finalized for the new platform and that transition to the new software is completed, we will reset pricing at that time.
>
> Please let me know if this works for you and your company.
>
> Thanks,
>
> **AJ Bias**
>
> **Keystone Software**
>
> P: 413-531-1044
>
> aj@keystonetrucksoftware.com