## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 6 | Date Range: 10/30/2024 |

## Outline of Conversations

💬   **+14026411832** • 6 messages on 10/30/2024 • <4026415432> • Ranae Muenchrath <4026411832>

EXHIBIT
30

Daws0002604

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14026411832**

RM | **Ranae Muenchrath <4026411832>** | ▶ 10/30/2024, 1:11 PM
Good morning.   I need to go and see my grandma and stuff today.   She isn't doing good and she may not make it thru the week so I wanna try and go see her today but I will be in Lincoln at 4.   So I might be unavailable some today

Receipts • <4026415432> [R:10/30/2024, 1:11 PM]

>#  **<4026415432>**    ◀ 10/30/2024, 1:12 PM
No problem any news from AJ did we tell him loyal or CTL

Receipts • Ranae Muenchrath <4026411832> [D:10/30/2024, 1:12 PM]

>> RM | **Ranae Muenchrath <4026411832>** | ▶ 10/30/2024, 1:15 PM
We told him CTL.

Receipts • <4026415432> [R:10/30/2024, 1:15 PM]

>>> RM | **Ranae Muenchrath <4026411832>** | ▶ 10/30/2024, 1:15 PM
And he did send me an email late last night.

Receipts • <4026415432> [R:10/30/2024, 1:15 PM]

>>>># **<4026415432>**    ◀ 10/30/2024, 1:16 PM
Is he going to get it up and running

Receipts • Ranae Muenchrath <4026411832> [D:10/30/2024, 1:16 PM]

>>>>> RM | **Ranae Muenchrath <4026411832>** | ▶ 10/30/2024, 1:16 PM
We have to install it on our computers and then he will help get it set up.   I just sent you the email to your Gmail acct

Receipts • <4026415432> [R:10/30/2024, 1:16 PM]