| | |
|---|---|
| **From:** | Jaisa Douty <jaisadouty@gmail.com> |
| **Sent:** | Thursday, October 31, 2024 4:14 PM |
| **To:** | Larry Nedder </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=480a3e4d54f84fdfbfec53037cd01183-LARRY NEDDE>; |
| **Subject:** | Business Plan for Loyal Trucking |
| **Attachments:** | Loyal Trucking Business Plan.docx; |

Attached is the business plan for Loyal Trucking
Please let me know if you need anything else

Jaisa Douty

**EXHIBIT 31**