## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 12 | Date Range: 10/31/2024 |

## Outline of Conversations

💬   **+13303160157** · 12 messages on 10/31/2024 · <4026415432> · Jerry Anderson <3303160157>

EXHIBIT
**32**

Daws0002610

**Messages in chronological order** (times are shown in GMT +00:00)

## +13303160157

**JA** — Jerry Anderson <3303160157>  
Everyone left the yard  
10/31/2024, 7:06 PM  
Receipts • <4026415432> [R:10/31/2024, 7:15 PM]

**> JA** — Jerry Anderson <3303160157>  
They back to get heralds truck i think. They by it  
10/31/2024, 9:50 PM  
Receipts • <4026415432> [R:10/31/2024, 9:52 PM]

**>># ** — <4026415432>  
K  
10/31/2024, 9:52 PM

**>>> JA** — Jerry Anderson <3303160157>  
They just taking Ed's truck and herald truck today  
10/31/2024, 10:17 PM  
Receipts • <4026415432> [R:10/31/2024, 10:18 PM]

**>>>> JA** — Jerry Anderson <3303160157>  
What's the dinner plan  
10/31/2024, 10:18 PM  
Receipts • <4026415432> [R:10/31/2024, 10:18 PM]

**>>>>> #** — <4026415432>  
We're going out with some friends. Forgot to tell you  
10/31/2024, 10:19 PM

**>>>>> > JA** — Jerry Anderson <3303160157>  
10 4 have a good night  
10/31/2024, 10:19 PM  
Receipts • <4026415432> [R:10/31/2024, 10:19 PM]

**>>>>> >> JA** — Jerry Anderson <3303160157>  
Ok everyone left with trucks  
10/31/2024, 10:20 PM  
Receipts • <4026415432> [R:10/31/2024, 10:20 PM]

**>>>>> >>> JA** — Jerry Anderson <3303160157>  
29 and 123 still here  
10/31/2024, 10:20 PM  
Receipts • <4026415432> [R:10/31/2024, 10:20 PM]

**>>>>> >>>> #** — <4026415432>  
123 is a loyal truck  
10/31/2024, 10:25 PM

**>>>>> >>>>> JA** — Jerry Anderson <3303160157>  
Ok  
10/31/2024, 10:25 PM  
Receipts • <4026415432> [R:10/31/2024, 10:25 PM]

**>>>>> >>>>> JA** — Jerry Anderson <3303160157>  
So just 29  
10/31/2024, 10:26 PM  
Receipts • <4026415432> [R:10/31/2024, 10:26 PM]