# Loyal Trucking, LLC

# Business Plan

# November 1, 2024

Loyal Trucking, LLC will be a customer-oriented carrier that will provide over the road flatbed trucking for all 48 continental United States.

- The company will operate thirty (30) plus tractors.
- The company will utilize modern, up-to-date equipment.
- Implement an established customer list.
- Employ experienced drivers.
- Employ experienced office and shop personnel.
- Available property --- office building, 2 shops and additional storage buildings.

## Ownership/Management Team

### Corey Stull

Daws Trucking – Milford, NE  July 1994 – September 2024

- Over-the-road driver --- 20 years
- Shop/maintenance supervisor --- 20 years
- Mechanic --- 8 years

### RaNae Muenchrath

Daws Trucking --- Milford, NE January 2011 – September 2024

- Operations manager --- 13 years
- Nebraska outbound dispatch
- Certified drug and alcohol collector
- Sales experience

EXHIBIT
33

**Jeremy W. Becker**

Kirsch Transportation --- Omaha, NE August 2010 – Present

- Chief revenue officer
- Key member of leadership team
- Executive vice president for customer service management
- Business development manager developed and improved sales models

Gordon Trucking Inc., --- Seattle, WA October 2007 – January 2010

- Director of regional sales

Crete Carrier Corporation --- October 2005 – October 2007

- Project Manager
- Managed logistics for 17 plus U.S. facilities

**Jaisa Douty**

Daws Trucking --- Milford, NE September 2021 – September 2024

- NATMI certified safety director

Crete Carrier Corporation --- Lincoln, NE --- January 2011 – September 2021

- Driver safety/service manager

The Loyal Trucking leadership team has an established customer base needing Loyal's expertise in moving freight. The required on-time service level is an area of specialization.

The sales and marketing team have an established relationship with the customer base.  With their combined experience, communication and customer referrals, this will bring in new customers.

Financial projections for the first year of operation are $10 million.