| Trk | First | Last | Cell | City | ST | CDL # | STATE | DOB |
|---|---|---|---|---|---|---|---|---|
| 99 | Jerry | Anderson | 330-316-0157 | Columbia | TN | RP251630 | TN | 8/8/1969 |
| 121 | Ryan | Brown | 402-710-1041 | Grand Island | NE | H13213765 | NE | 12/21/1974 |
| 188 | Tom | Crawford | 785-643-7971 | Lost Springs | KS | K02017734 | KS | 1/23/1964 |
| 7 | Jeff | Cyphers | 785-614-2552 | Jamestown | KS | K02049112 | KS | 2/8/1970 |
| 64 | Gus | DeAnda | 925-628-7063 | Salem | OR | 2619263 | OR | 11/29/1965 |
| 6 | Zach | DeMerell | 918-510-7083 | Madill | OK | P082734561 | OK | 9/15/1987 |
| 16 | Adam | DeNino | 402-770-7170 | Lincoln | NE | H12082672 | NE | 10/26/1975 |
| 31 | Craig | Downs | 402-936-1690 | Norfolk | NE | H12125597 | NE | 5/24/1969 |
| 55 | Courtney | Eierman | 402-860-3499 | Norfolk | NE | H13093713 | NE | 8/30/1973 |
| 70 | Craig | Eubank | 620-388-3996 | Goreville | IL | K03458604 | IL | 3/30/1962 |
| 56 | Larry | Evans | 316-779-6156 | Clearwater | KS | K00075741 | KS | 3/27/1959 |
| 61 | Lee | Godsey | 469-559-0790 | Addison | TX | 33380534 | TX | 2/22/1968 |
| 15 | Jeff | Harris | 402-587-0798 | Fairbury | NE | G42004388 | NE | 10/19/1960 |
| 43 | Jason | Hernandez | 520-310-9448 | Killeen | TX | 49515014 | TX | 2/15/1988 |
| 54 | Dana | Hinsch | 719-650-8432 | Elwood | NE | 8261385 | NE | 6/3/1976 |
| 112 | Brandon | Krumme | 402-446-0093 | Beatrice | NE | H12268928 | NE | 8/30/1978 |
| 20 | Max | Madsen | 806-672-1025 | Clarendon | TX | 43692998 | TX | 7/24/1974 |
| 92 | Preston | Mau | 402-366-8306 | Geneva | NE | H12447129 | NE | 7/20/1981 |
| 66 | Mike | McGalliard | 402-703-5070 | Fairmont | NE | G66004982 | NE | 12/8/1966 |
| 39 | Scott | Mitchell | 620-617-5935 | Goddard | KS | K01267208 | KS | 12/20/1986 |
| 111 | Jeremy | Nichols | 720-725-0065 | Orongo | MO | 201E297005 | MO | 6/26/1980 |
| 53 | Brandon | Parkinson | 702-540-4742 | Versailles | MO | 081B283004 | MO | 4/20/1977 |
| 86 | Cory | Pinnell | 785-738-8858 | Glasco | KS | K01960544 | KS | 10/29/1969 |
| 32 | Johnathon | Price | 573-768-9929 | St. Genevieve | MO | D153020001 | MO | 5/6/1994 |
| 37 | John | Proctor | 540-621-2727 | Tappahannock | VA | T63480121 | VA | 7/26/1964 |
| 9 | Matthew | Roach | 336-894-8579 | Reidsville | NC | 23861935 | NC | 6/4/1983 |
| 84 | Jonathan | Saliba | 785-822-7966 | New Cambria | KS | 940495593 | AR | 2/5/1992 |
| 60 | Steve | Schmitz | 214-460-8535 | Waxahachie | TX | 14216774 | TX | 8/5/1957 |
| 47 | Conrad | Schulte | 480-383-9895 | Phoenix | AZ | D03682661 | AZ | 7/12/1986 |
| 44 | Milton | Turner | 318-233-6202 | W. Monroe | LA | 7360688 | LA | 8/27/1981 |
| 58 | Chuck | Weaver | 308-672-0785 | Scottsbluff | NE | G21028997 | NE | 5/26/1962 |
| 38 | Wendell | Watson | 402-641-2158 | Seward | NE | H13299922 | NE | 8/22/1993 |

EXHIBIT
34