| | |
|---|---|
| **From:** | Jackie Evans <JEVANS@cottinghambutler.com> |
| **Sent:** | Thursday, November 07, 2024 9:21 AM |
| **To:** | Larry Nedder </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=480a3e4d54f84fdfbfec53037cd01183-LARRY NEDDE>; |
| **Subject:** | Loyal Trucking - Equipment & Drivers |
| **Attachments:** | Binding Equipment List.xlsx; Binding Driver List.xlsx; |

Here you are – let me know what else you need!

Jackie Evans *AAI, CPCU, ARM, AU, CIC, CRM*

Senior Account Manager / Service Supervisor,

National Specialized Transportation Division

O  563.587.5542   F  563.587.5702
jevans@cottinghambutler.com

Cottingham & Butler | 800 Main St | Dubuque, IA 52001

1.888.785.4677 | www.CottinghamButler.com

In California: Cottingham & Butler Insurance Service, Inc | License #0235045

**MAKE A PAYMENT:** SEP Payment Portal

**CONFIDENTIALITY NOTICE**: This correspondence, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information or Protected Health Information (PHI). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender and destroy all original copies.

**EXHIBIT 35**

Nedder_SDT00000798