| | |
|---|---|
| **From:** | Larry Nedder |
| **To:** | Nolan Gard |
| **Subject:** | Re: LOYAL TRUCKING LLC DOT 2826485 |
| **Attachments:** | Objections and Answers to Plf's RPD to Defs (M. Zimmerman - Milton Turner)(2)(7817854.1).docx |
| **Sent:** | 12/6/2024 2:40:45 PM |

I have plenty but not worth the time or work-    I just received word that Northland will be releasing numbers and I got a formal quote from Amtrust yesterday…. Both turning it is less that 5 days….

Canal has been looking for every reason NOT to do it.   So why spin our wheels…

**From:** Nolan Gard <ngard@creativeunderwriters.com>
**Date:** Friday, December 6, 2024 at 2:33 PM
**To:** Larry Nedder <lnedder@cottinghambutler.com>
**Subject:** FW: LOYAL TRUCKING LLC DOT 2826485

Larry,

Please see the below declination from the Canal fleet manager. She has found some information leading them to believe there is still an ownership connection with  Daws Trucking. Pleas let me know if you have anything that can refute this information.

Good Afternoon Nolan,

I hope you've had a wonderful week! Evan has thoroughly dug into the submission provided and unfortunately, I am not thinking it is worthwhile to continue with the RMS call as we will not be able to proceed based on the below -

- We were advised Jim Daws sold Daws Trucking 2 years ago. However, Jim is still listed as the owned of Daws Trucking on CAB/FMCSA. More importantly, he is still listed as the owner on the Secretary of State (see screenshot below). We also confirmed Jim would be a silent investor and executive of Loyal Trucking. We are not comfortable with this overlap. Additionally, Jasia Douty is listed as a rep on CAB for Daws and is also the safety manager of Loyal.
- The situation presented was that Loyal Trucking is essentially taking equipment, drivers and routes from Daws. This seems pretty odd considering they share an address. The overlap of management, proximity and operation class makes it also impossible to believe there will not be interchange.
- Loyal Trucking intends to service the same customer base as Daws. Based on Daw's website, the OS/OW exposure is pretty large and appears specialized. Given the 'new venture' nature of this operation, even the 10% OS OW exposure is not something we comfortable with given the high risk nature of the operation class. Daw's also offers pilot car services – no small units on provided equipment list for Loyal, but felt this was worth mentioning.
- We were advised there is no multi state garaging, yet drivers are from all over the country and the drivers list provided lists their city as well.
- Application provided indicates short term trip leasing of owner operators. We are not comfortable with this exposure.

**EXHIBIT 36**

Nedder_SDT00001354




I know this is not the news you were looking for, but I can't in good faith but this one on the books at this time based on the abovementioned concerns. Please let me know if you have any questions or would like to discuss further.

Thank you,

**Nolan Gard**
President
P: 800-769-4321 ext.138
P: 317-343-2516 Direct
F: 317-814-4794

Nedder_SDT00001355



Nedder_SDT00001356