| Loyal – 2024 | Bal 10/31/24 | Nov | Bal 11/30/24 | Dec | Bal 12/31/24 |
|---|---|---|---|---|---|
| **Balance Sheet** | | | | | |
| **ASSETS** | | | | | |
| Cash | 38,238.56 | (18,927.05) | 19,311.51 | 1,302,566.03 | 1,321,877.54 |
| Investment Account | 357,477.98 | | 357,477.98 | | 357,477.98 |
| Note Receivable – Price | 76,939.80 | | 76,939.80 | | 76,939.80 |
| Note Receivable – Kirk | 0.00 | | 0.00 | | 0.00 |
| Note Receivable – Hill | 73,575.60 | | 73,575.60 | | 73,575.60 |
| Note Receivable – Hall | 119,724.00 | | 119,724.00 | | 119,724.00 |
| Note Receivable – Anderson | (7,676.76) | | (7,676.76) | | (7,676.76) |
| 2018 Peterbilt # 61C | 75,286.00 | | 75,286.00 | | 75,286.00 |
| 2020 Peterbilt # 60A | 125,000.00 | | 125,000.00 | | 125,000.00 |
| 2020 Peterbilt # 123E | 163,961.00 | | 163,961.00 | | 163,961.00 |
| 2021 Peterbilt # 53B | 172,606.44 | | 172,606.44 | | 172,606.44 |
| 2021 Peterbilt # 86C | 167,480.09 | | 167,480.09 | | 167,480.09 |
| 2022 Peterbilt # 15F | 177,616.07 | | 177,616.07 | | 177,616.07 |
| 2023 Peterbilt # 16B | 249,837.06 | | 249,837.06 | | 249,837.06 |
| 2023 Kenworth # 64C | 248,000.00 | | 248,000.00 | | 248,000.00 |
| 2024 Kenworth # 66C | 258,830.44 | | 258,830.44 | | 258,830.44 |
| 2023 Peterbilt # 61F | 195,000.00 | | 195,000.00 | | 195,000.00 |
| 2024 Trailer #148D | 72,128.00 | | 72,128.00 | | 72,128.00 |
| A/D - Trucks | (1,379,233.47) | (53,457.00) | (1,432,690.47) | | (1,432,690.47) |
| N/P # 8964 #60A ($3,785.46) | (44,081.40) | | (44,081.40) | 3,566.04 | (40,515.36) |
| N/P # 9154 #16B ($5,565.78) | (79,680.80) | | (79,680.80) | | (79,680.80) |
| N/P # 9194 # 64C ($5,813.10) | (88,522.94) | | (88,522.94) | 5,280.27 | (83,242.67) |
| N/P # 9484 # 184A/21E ($2,477.23) | (48,777.56) | | (48,777.56) | | (48,777.56) |
| N/P # 9535 # 54C ($6,170.03) | (126,243.74) | | (126,243.74) | 5,378.91 | (120,864.83) |
| N/P # 9675 # 61F ($6,095.17) | (140,220.29) | | (140,220.29) | | (140,220.29) |
| N/P # 9969 | 0.00 | | 0.00 | | 0.00 |
| N/P # 0333 2025 trailers | 0.00 | | 0.00 | (1,399,121.00) | (1,399,121.00) |
| Prepaid 2025 Ins from J&L Enterprises | 0.00 | (50,000.00) | (50,000.00) | | (50,000.00) |
| Due to Jim Daws | (10,000.00) | | (10,000.00) | | (10,000.00) |
| N/P – Jim Daws | (656,667.00) | | (656,667.00) | | (656,667.00) |
| Owed to J & L Enterprises | (45,000.00) | | (45,000.00) | | (45,000.00) |
| Retained Earnings | 0.00 | | 0.00 | | 0.00 |
| Equity – Jim Daws | (0.00) | | (0.00) | | (0.00) |
| Equity – Corey Stull | 45,954.98 | 1,500.00 | 47,454.98 | | 47,454.98 |
| Equity – Stan Craig | 71,416.97 | 2,300.00 | 73,716.97 | | 73,716.97 |
| Check Balance Sheet Total | 0.00 | | 0.00 | | (76,146.63) |
| **Income Statement** | | | | | |
| Truck Income | 410,873.40 | 38,895.50 | 449,768.90 | 40,943.37 | 490,712.27 |
| Interest Income | 16,041.27 | 14.25 | 16,055.52 | | 16,055.52 |
| Gain/Loss on Sale – Truck #76C | 3,692.12 | | 3,692.12 | | 3,692.12 |
| Liab/Cargo Ins | 3,498.00 | 25,500.00 | 28,998.00 | | 28,998.00 |
| Driver Wages | 13,352.38 | 73,510.16 | 86,862.54 | 40,306.50 | 127,169.04 |
| Taxes/Licensing | 7,812.20 | | 7,812.20 | 150.00 | 7,962.20 |
| State Income Taxes | 22,744.00 | | 22,744.00 | | 22,744.00 |
| Tolls/Scales/Permits/Fax/Lodging | 76.00 | 50.00 | 126.00 | | 126.00 |
| Professional Fees | 2,250.00 | 19.01 | 2,269.01 | 1,811.40 | 4,080.41 |
| Utilities/Office Expense | 0.00 | | 0.00 | 1,227.67 | 1,227.67 |
| Donations | 1,000.00 | | 1,000.00 | | 1,000.00 |
| Truck Repairs | 1,790.00 | 874.73 | 2,664.73 | 656.52 | 3,321.25 |
| Truck Loan Interest | 40,066.61 | 3,902.87 | 43,969.48 | 2,974.40 | 46,943.88 |
| Life Ins | 7,763.58 | 180.03 | 7,943.61 | | 7,943.61 |
| Depreciation | 267,285.00 | 53,457.00 | 320,742.00 | | 320,742.00 |
| Bonus Depreciation | 0.00 | | 0.00 | | 0.00 |
| Net Income/(Loss) - Month | | (118,584.05) | | (6,183.12) | |
| Net Income/(Loss) - Year to Date | 62,969.02 | | (55,615.03) | | (61,798.15) |
| Assets | 1,184,790.81 | | 1,112,406.76 | | 2,414,972.79 |
| Liab/Equity | (1,184,790.81) | | (1,112,406.76) | | (2,491,119.42) |
| | 0.00 | | 0.00 | | (76,146.63) |
| **Share of Income (10/29/24 Daws exit)** | | | | | |
| Jim Daws | 20,989.67 | 0.00 | 20,989.67 | | 20,989.67 |
| Corey Stull | 20,989.67 | (59,292.03) | (38,302.35) | (3,091.56) | (41,393.91) |
| Stan Craig | 20,989.67 | (59,292.03) | (38,302.35) | (3,091.56) | (41,393.91) |
| Total | 62,969.02 | | (55,615.03) | | (61,798.15) |
| | 0.00 | | 0.00 | | 0.00 |

**EXHIBIT 37**