**Zimbra**     **tony@ltneb.com**

**Re: Loyal year end question**

**From:** Jim Daws <jimdaws24@gmail.com>    Tue, Jan 07, 2025 03:03 PM
**Subject:** Re: Loyal year end question
**To:** Tony Glenn <tony@ltneb.com>

```
I put that in to cover my share of the physical damage on J &L trucks.
Jaisa is supposed to be getting me the dollar amount by month.
```
Sent from my iPhone

> On Jan 7, 2025, at 2:00 PM, Tony Glenn <tony@ltneb.com> wrote:
>
> The sale of your shares took place 10/29 and you pur $50k in Loyal on 11/4. Is that an amount I should show as Loyal owing you or should I put it in with the draws, equity, etc? Would be cleaner as a contribution to equity for Ryan to deal with, thanks.

**EXHIBIT 38**