| | |
|---|---|
| **From:** | Jackie Ronning <JRonning@cottinghambutler.com> |
| **Sent:** | Wednesday, January 22, 2025 9:21 AM |
| **To:** | Larry Nedder </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=480a3e4d54f84fdfbfec53037cd01183-LARRY NEDDE>; |
| **Subject:** | Re: health insurance |

Are they a NE company?   I'll have Katie Ehlers help with it but I'll stay involved to make sure Jim is taking care of.

Get Outlook for iOS

---

**From:** Larry Nedder <lnedder@cottinghambutler.com>
**Sent:** Wednesday, January 22, 2025 9:25:15 AM
**To:** Jackie Ronning <JRonning@cottinghambutler.com>
**Subject:** RE: health insurance

It's the Spin off from JDT- so probably 40'ish?

Larry Nedder   *CIC*

Vice President, Transportation Group

O  563.587.5388   M  563.599-4380   F  563.587.5822
Lnedder@cottinghambutler.com

---

**From:** Jackie Ronning <JRonning@cottinghambutler.com>
**Sent:** Wednesday, January 22, 2025 8:24 AM
**To:** Larry Nedder <lnedder@cottinghambutler.com>
**Subject:** Re: health insurance

Hey Larry! I'm in Mexico, just headed to breakfast.  Where are they located and ballpark me on employee count.  I'll let you know who can help.

Get Outlook for iOS

---

**From:** Larry Nedder <lnedder@cottinghambutler.com>
**Sent:** Wednesday, January 22, 2025 9:21:18 AM
**To:** Jackie Ronning <JRonning@cottinghambutler.com>
**Subject:** FW: health insurance

Let me know when you have a min to chat…

Larry Nedder   *CIC*

Vice President, Transportation Group

O  563.587.5388   M  563.599-4380   F  563.587.5822
Lnedder@cottinghambutler.com

**EXHIBIT 40**

**From:** RaNae Muenchrath <ranae@ltneb.com>
**Sent:** Wednesday, January 15, 2025 12:48 PM
**To:** Larry Nedder <lnedder@cottinghambutler.com>
**Subject:** Re: health insurance

Perfect thanks.

Thanks

RaNae Muenchrath
Loyal Trucking LLC
402-821-0007 -Office
402-641-1832 - Cell

---

**From:** "Larry Nedder" <lnedder@cottinghambutler.com>
**To:** "RaNae Muenchrath" <ranae@ltneb.com>
**Sent:** Wednesday, January 15, 2025 12:42:31 PM
**Subject:** RE: health insurance

You bet-   Let me make some calls…

Larry Nedder   *CIC*

Vice President, Transportation Group

O  563.587.5388   M  563.599-4380   F  563.587.5822
Lnedder@cottinghambutler.com

---

**From:** RaNae Muenchrath <ranae@ltneb.com>
**Sent:** Wednesday, January 15, 2025 12:42 PM
**To:** Larry Nedder <lnedder@cottinghambutler.com>
**Subject:** health insurance

Hello Larry

Are you able to get me in touch with someone who can help me with health insurance cost?    I will be needing it for our employees.

Thanks

RaNae Muenchrath
Loyal Trucking LLC
402-821-0007 -Office
402-641-1832 - Cell