**Maddie C. Hasley**

| | |
|---|---|
| **From:** | Maddie C. Hasley |
| **Sent:** | Monday, January 27, 2025 2:17 PM |
| **To:** | Nalbach, Kristin |
| **Cc:** | Henry L. Wiedrich; Aley, Andrew; Kelsey F. Hunter; Thalken, Timothy; Andre R. Barry |
| **Subject:** | RE: JDT v. Daws Inc. - Discovery |

Kristin:

JDT_00225321-00225324 are redacted on the basis of work product and common interest. I was able to find the documents I was referencing on the phone, and do not have further questions at this time.

Do you have an update on our request for supplemental discovery responses that we sent on December 31, 2024, and January 7, 2025, outlined below?

Thank you,



**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.**
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

---

**From:** Nalbach, Kristin <knalbach@FraserStryker.com>
**Sent:** Monday, January 20, 2025 2:53 PM
**To:** Maddie C. Hasley <MHasley@clinewilliams.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Aley, Andrew <AALEY@FraserStryker.com>; Kelsey F. Hunter <KHunter@clinewilliams.com>; Thalken, Timothy <TTHALKEN@FraserStryker.com>; Andre R. Barry <abarry@clinewilliams.com>
**Subject:** RE: JDT v. Daws Inc. - Discovery

Hi Maddie,

As we just discussed, attached is the email from Avalon explaining that the photo files were not present on the phone. We also discussed that documents labeled JDT_00225321-00225324 contain redactions, but it is not clear from the face of the document what privilege or protection applies. You mentioned you were going to take a look at those documents and get back to me. I believe you had a similar redaction question from our production and were going to send me the BATES range.

Thanks,

**Kristin M. Nalbach**  she/her
Attorney
**DIRECT:** 402.978.5272
**EMAIL:** knalbach@fraserstryker.com    Visit my bio

**EXHIBIT 41**



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Maddie C. Hasley <MHasley@clinewilliams.com>
**Sent:** Friday, January 17, 2025 4:59 PM
**To:** Nalbach, Kristin <knalbach@FraserStryker.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Aley, Andrew <AALEY@FraserStryker.com>; Kelsey F. Hunter <KHunter@clinewilliams.com>; Thalken, Timothy <TTHALKEN@FraserStryker.com>; Andre R. Barry <abarry@clinewilliams.com>
**Subject:** [EXTERNAL] RE: JDT v. Daws Inc. - Discovery

Hi, Kristin:

Thank you for getting back to us on this issue. Please let us know if you would be amenable to us contacting Avalon to discuss the storage issue related to the image attachments of the text messages collected.

Thank you,



**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.**
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

---

**From:** Nalbach, Kristin <knalbach@FraserStryker.com>
**Sent:** Monday, January 13, 2025 2:14 PM
**To:** Maddie C. Hasley <MHasley@clinewilliams.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Aley, Andrew <AALEY@FraserStryker.com>; Kelsey F. Hunter <KHunter@clinewilliams.com>; Thalken, Timothy <TTHALKEN@FraserStryker.com>; Andre R. Barry <abarry@clinewilliams.com>
**Subject:** RE: JDT v. Daws Inc. - Discovery

Hi Maddie,

As we discussed last week, we have been working with our IT professionals and Avalon to determine why the referenced images did not appear in the production.  We have been in contact with Avalon numerous times, and Avalon has confirmed that the phone was captured correctly.  Avalon has further reviewed the capture, and the images do not appear on their system either.  Avalon sent the attached screenshot when they attempted to open the files, which states "Specified file does not exist."  Avalon has further confirmed "Cellebrite does not specifically show that [the images] were deleted. My team suspects that it is more likely that it's where the attachments are stored that they show as not present."  In short, the images cannot be produced.



Thanks,

**Kristin M. Nalbach**   she/her
Attorney
**DIRECT**: 402.978.5272
**EMAIL**: knalbach@fraserstryker.com     Visit my bio

 Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Thalken, Timothy <TTHALKEN@FraserStryker.com>
**Sent:** Thursday, January 9, 2025 12:44 PM
**To:** Maddie C. Hasley <MHasley@clinewilliams.com>; Andre R. Barry <abarry@clinewilliams.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Nalbach, Kristin <knalbach@FraserStryker.com>; Aley, Andrew <AALEY@FraserStryker.com>; Kelsey F. Hunter <KHunter@clinewilliams.com>
**Subject:** RE: JDT v. Daws Inc. - Discovery

Thanks for providing the documents. That was helpful.

We checked our system and those images weren't produced to us by Avalon. We'll investigate with Avalon whether they have them.

-Tim

**Timothy J. Thalken**
Attorney
**DIRECT**: 402.978.5285
**EMAIL**: tthalken@fraserstryker.com     Visit my bio

 Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Maddie C. Hasley <MHasley@clinewilliams.com>
**Sent:** Thursday, January 9, 2025 12:03 PM
**To:** Thalken, Timothy <TTHALKEN@FraserStryker.com>; Andre R. Barry <abarry@clinewilliams.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Nalbach, Kristin <knalbach@FraserStryker.com>; Aley, Andrew <AALEY@FraserStryker.com>; Kelsey F. Hunter <KHunter@clinewilliams.com>
**Subject:** [EXTERNAL] RE: JDT v. Daws Inc. - Discovery

Here are the attached documents for reference.



**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.**
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

**From:** Maddie C. Hasley
**Sent:** Thursday, January 9, 2025 11:52 AM
**To:** Thalken, Timothy <TTHALKEN@FraserStryker.com>; Andre R. Barry <abarry@clinewilliams.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Nalbach, Kristin <knalbach@FraserStryker.com>; Aley, Andrew <AALEY@FraserStryker.com>; Kelsey F. Hunter <KHunter@clinewilliams.com>
**Subject:** RE: JDT v. Daws Inc. - Discovery

Andrew:

Our team checked the load files provided with Jim Daws, Inc.'s December 16, 2024, production and found that no bates information was provided for the text messages' child image attachments. Attached are several text messages where images are referenced, but not embedded, nor is there any familial information listed in the load file for these documents. As you can see below, the materials with starting bates numbers of Daws0001702, 2583, and 2049 all reference attachments, but no bates ranges are listed in the BegAttach or EndAttach fields for those documents.

| ATTACHMENT | BEGATTACH | BEGINDOC | END |
|---|---|---|---|
| 494 | | Daws0001702 | |
| 659 | | Daws0002049 | |
| 709 | | Daws0002583 | |

Please provide us with an overlay for all .RSMF files in your December 16 production (there are approximately 462). Include both the Start and End bates number fields as well as the BegAttach and EndAttach bates information. This should allow us to maintain any familial relationships between the text messages and their attachments.

If you would like us to work with Avalon directly to resolve any of these issues, we are happy to do so.

Thank you,

4:24-cv-03177-SMB-MDN   Doc # 75-16   Filed: 02/07/25   Page 5 of 6 - Page ID # 1395



**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.**
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

---

**From:** Thalken, Timothy <TTHALKEN@FraserStryker.com>
**Sent:** Wednesday, January 8, 2025 10:40 AM
**To:** Maddie C. Hasley <MHasley@clinewilliams.com>; Andre R. Barry <abarry@clinewilliams.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Nalbach, Kristin <knalbach@FraserStryker.com>; Aley, Andrew <AALEY@FraserStryker.com>
**Subject:** RE: JDT v. Daws Inc. - Discovery

Maddie and Andy,

We are unable to provide a supplementation today pursuant to your New Year's Eve request that we do so. The timing of the request is not reasonable considering the holiday and prior scheduled depositions we had this week. Our production occurred on December 16. It's not reasonable, or proportional, to expect us to supplement three weeks later.

With respect to the text message images, we had Avalon obtain the text message data from Jim's phone, at a cost to us of several thousand dollars, and we produced the data to you in the form it was provided to us by Avalon. We verified with Andrew Aley of our IT Department that the images were transmitted to you, but perhaps the load files on your end were not uploaded correctly. Could you recheck the load files were uploaded without error and in the OPT (image load file)? This technical stuff is beyond me so have your IT folks reach out directly to Andrew Aley if there are additional questions on the technical side. I've copied him on this email.

-Tim


**Timothy J. Thalken**
Attorney
**DIRECT:** 402.978.5285
**EMAIL:** tthalken@fraserstryker.com     Visit my bio



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
fraserstryker.com

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Maddie C. Hasley <MHasley@clinewilliams.com>
**Sent:** Tuesday, January 7, 2025 8:20 PM
**To:** Andre R. Barry <abarry@clinewilliams.com>; Thalken, Timothy <TTHALKEN@FraserStryker.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>
**Subject:** [EXTERNAL] RE: JDT v. Daws Inc. - Discovery

Good evening, Tim:

Do you have an update on the below request to supplement discovery responses through December 31, 2024? As well as the images contained in text messages?

Thank you,



**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P**.
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

---

**From:** Andre R. Barry <abarry@clinewilliams.com>
**Sent:** Tuesday, December 31, 2024 12:39 PM
**To:** Thalken, Timothy <TTHALKEN@FraserStryker.com>
**Cc:** Henry L. Wiedrich <hwiedrich@clinewilliams.com>; Maddie C. Hasley <MHasley@clinewilliams.com>
**Subject:** JDT v. Daws Inc. - Discovery

Tim:

The discovery responses you provided cut off in early November. Would you please supplement those responses to include all text messages and emails requested in RFP Nos. 1 and 2 through December 31, 2024, including all requested emails from Jim's Gmail account? We would ask to have those documents by next Tuesday, January 7.

Also, would you please supplement your production of text messages to include images?



**ANDY BARRY** | Partner
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P**.
233 South 13th Street | 1900 US Bank Bldg. | Lincoln, NE 68508
Direct: 402.479.7143 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke