-------- Original message --------
From: Bill Molthan <billm@daws-trucking.com>
Date: 1/31/25 7:13 AM (GMT-06:00)
To: Rick Fernandez <RickF@rdtintermodal.com>
Cc: Ricky Fernandez <r.d.fernandez2@gmail.com>, Bill Barker <ebarker@daws-trucking.com>, Bailey Toovey <bailey@daws-trucking.com>
Subject: Fw: co#553197

fyi

**From:** Jeff Fangmeyer <JeffFangmeyer@reinke.com>
**Sent:** Friday, January 31, 2025 7:04 AM
**To:** Bill Molthan <billm@daws-trucking.com>
**Subject:** RE: co#553197

yes

*Jeff Fangmeyer*
*Domestic Irrigation Group Lead*
402-365-7251 ext 7429

EXHIBIT 42

**From:** Bill Molthan [mailto:billm@daws-trucking.com]
**Sent:** Friday, January 31, 2025 7:02 AM

**To:** Jeff Fangmeyer <JeffFangmeyer@reinke.com>
**Subject:** Re: co#553197

ok understood, just wanted to check, had a reload planned for that trailer next week, can i assume it is for Loyal Trucking,Milford?

**From:** Jeff Fangmeyer <JeffFangmeyer@reinke.com>
**Sent:** Friday, January 31, 2025 6:57 AM
**To:** Bill Molthan <billm@daws-trucking.com>
**Subject:** RE: co#553197

Got an email from upstairs requesting a carrier change on it.

*Jeff Fangmeyer*
Domestic Irrigation Group Lead
402-365-7251 ext 7429

**From:** Bill Molthan [mailto:billm@daws-trucking.com]
**Sent:** Friday, January 31, 2025 6:49 AM
**To:** Jeff Fangmeyer <JeffFangmeyer@reinke.com>
**Subject:** co#553197

can i ask what happened to co#553197 that was on the portal yesterday for sturgis,mi?