

**EXHIBIT 43**