# Maddie C. Hasley

| | |
|---|---|
| **From:** | Nalbach, Kristin <knalbach@FraserStryker.com> |
| **Sent:** | Thursday, February 6, 2025 11:55 AM |
| **To:** | Maddie C. Hasley |
| **Cc:** | Andre R. Barry; Henry L. Wiedrich; Thalken, Timothy; Wells, Eric |
| **Subject:** | RE: Daws Exhibit List - Bates Numbers |
| **Attachments:** | FRASER-#3354007-v1-James_R_Daws_First_Supplemental_Resp_to_Pltf_s_2nd_Set_of_RFP.pdf; James R Daws Supplemental Production_ DAWS2767.PDF |

Hi Maddie,

Apologies for the mix-up on the BATES labels; I presume you are correct that a couple filed versions may have old numbers. Even so, all documents on Defendants' Index of Evidence and Exhibit List are filed and easily accessible for review from the docket sheet. For purposes of the hearing, we will plan to refer to documents by Exhibit number or Court CM/ECF number to avoid confusion.

As to Plaintiff's exhibits listed on its Exhibit List (Filing No. 56), could you please send those exhibits? Plaintiff's Exhibit List does not contain BATES identifiers, and the vast majority of documents on Plaintiff's exhibit list are not on file with the Court. I appreciate it!

As a final matter, two of Defendants' exhibits (11 and 25, on CM/ECF at 61-11 and 63-2) were not in the initial production; Defendants hereby produce them, supplementing Plaintiff's RFP #10 to include Defendants' Exhibit 11. We are working with our IT team on your request that we supplement our client's emails. With regard to text messages, we outsource phone captures to Avalon, which is both time-intensive and costly. This case is still in early stages. Future discovery requests could also require a phone capture, and repeating this process is unduly burdensome. A quick call may be beneficial to discuss a path forward.

Best,

**Kristin M. Nalbach**   she/her
Attorney
**DIRECT:** 402.978.5272
**EMAIL:** knalbach@fraserstryker.com   **Visit my bio**



Fraser Stryker PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102
**fraserstryker.com**

The information contained in this message is confidential and may be attorney-client privileged. It is intended only for the use of the individual or entity identified above. If the receiver of this message is not the intended recipient, you are hereby notified that reading, distribution, use, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender by replying to the address noted above and delete the message.

**From:** Maddie C. Hasley <MHasley@clinewilliams.com>
**Sent:** Wednesday, February 5, 2025 4:13 PM
**To:** Thalken, Timothy <TTHALKEN@FraserStryker.com>; Nalbach, Kristin <knalbach@FraserStryker.com>; Wells, Eric <ewells@FraserStryker.com>
**Cc:** Andre R. Barry <abarry@clinewilliams.com>; Henry L. Wiedrich <hwiedrich@clinewilliams.com>
**Subject:** [EXTERNAL] Daws Exhibit List - Bates Numbers

Good afternoon, all:

**EXHIBIT 44**

In reviewing your exhibit list submitted to the Court, the bates labels are incorrect. For example, when I pull Daws 1510-1511 (Exhibit #50. 10.9.24 Pinnel Texts (Daws 1510-1511)), the corresponding document is a text thread with Brandon Parkinson. The texts with Cory Pinnel are found at DAWS 1939-1940.

My assumption is that the bates labels are based on the initial production with overlapping bates labels that was corrected and replaced with new bates labels.

Would you please correct the current exhibit list?

Thank you,


**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P**.
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke