IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC,

Plaintiff,

v.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

Defendants.

Case No. 4:24-cv-3177

**PLAINTIFF'S REBUTTAL EXHIBIT LIST FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

COMES NOW Plaintiff, by and through its undersigned counsel, and respectfully submits its Rebuttal Exhibit List as follows:

| PLF | DFT | 3 PTY | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | | | 2024.04.22 Texts between Rick & Jim re Buyback | | | | | |
| | | | 2024.09.25 J. Karavas and A. Barry emails re ANB | | | | | |
| | | | 2024.10.28 Loyal Trucking Business Plan | | | | | |
| | | | 2024.10.29 Email - Lana to Larry re Business Plan | | | | | |
| | | | 2024.10.30 Declaration of Jim Daws | | | | | |
| | | | 2024.10.30 Email from Ranae to Jim | | | | | |
| | | | 2024.10.30 Texts between Jim and Ranae | | | | | |
| | | | 2024.10.31 Email - Jaisa to Larry re Business Plan | | | | | |
| | | | 2024.10.31 Texts between Jim and Jerry | | | | | |
| | | | 2024.11.01 Jaisa to Larry Loyal Trucking Business Plan | | | | | |
| | | | 2024.11.7 Jackie Evans to Larry Nedder Binding Driver List | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | 2024.11.7 Jackie Evans to Larry Nedder Loyal Trucking - Equipment Drivers | | | | | |
| | | | 2024.12.06 Insurance Denial Re_ LOYAL TRUCKING LLC DOT 2826485 | | | | | |
| | | | 2024.12.31 Daws trial balance spreadsheet | | | | | |
| | | | 2024.12.31 JLD trial balance spreadsheet | | | | | |
| | | | 2024.12.31 Loyal Balance Sheet | | | | | |
| | | | 2024.12.31 Loyal trial balance spreadsheet | | | | | |
| | | | 2025.01.07 Email between Tony and Jim re 50k | | | | | |
| | | | 2025.01.08 J&L Amended Complaint and Demand for Jury Trial (4.24-cv-03222) | | | | | |
| | | | 2025.01.22 Emails between L. Nedder & J. Ronning re health insurance | | | | | |
| | | | 2025.01.25 Email re JDT Requests for Supplemental Discovery Responses | | | | | |
| | | | 2025.01.31 Bill Molthan Email FW_ co#553197 | | | | | |
| | | | 2025.02.04 Screenshot of Google Review | | | | | |
| | | | 2025.02.06 K. Nalbach Email re text messages | | | | | |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

In addition to the exhibits identified above, Plaintiff reserves the right to offer any exhibit identified by the Defendants and to identify and offer additional exhibits for purposes of impeachment or rebuttal.

Dated February 7, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By: s/ Andre R. Barry
Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

**CERTIFICATE OF SERVICE**

I, Andre R. Barry, hereby certify that on February 7, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/ Andre R. Barry
Andre R. Barry