IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>　　　　　Defendants. | Case No. 4:24-cv-3177<br><br>**PLAINTIFF JDT'S MOTION FOR CONTEMPT SANCTIONS** |

COMES NOW Plaintiff Jim Daws Trucking, LLC, ("Plaintiff" or "JDT" or "Daws Trucking"), pursuant to the Court's inherent authority, and moves the Court for an order holding Defendants James R. Daws ("Jim") in contempt of court for (a) false statements and omissions of material fact in his Declaration [Filing 22-1] and (b) violations of the Court's Temporary Restraining Order dated October 30, 2024 (the "TRO") [Filing No. 25]. The factual and legal bases for JDT's Motion are set forth in its Brief in Support of its Motion for Contempt Sanction.

WHEREFORE, JDT respectfully requests that the Court order sanctions for contempt of court, including (1) an order for Jim to compensate JDT for all amounts the trucking enterprise has been paid by customers or former customers of JDT since the TRO was granted; (2) an order to pay JDT the attorneys' fees, costs, and expenses it incurred in seeking temporary and preliminary injunctive relief; and (3) such other relief as the Court deems appropriate.

Dated February 11, 2025

                                                     JIM DAWS TRUCKING, LLC,
Plaintiff

By:    *s/ Andre R. Barry*
Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com

## CERTIFICATE OF SERVICE

    I, Andre R. Barry, hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

                                                  *s/ Andre R. Barry*
Andre R. Barry

2