IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS'** |
| | ) | **SUPPLEMENTAL INDEX OF** |
| DAWS, INC.; JAMES R. DAWS; LANA R. | ) | **EVIDENCE IN OPPOSITION** |
| DAWS; DAWS TRUCKING, INC.; and | ) | **TO PLAINTIFF'S MOTION** |
| COLUMBUS TRANSPORTATION & | ) | **FOR PRELIMINARY** |
| LOGISTICS, LLC, | ) | **INJUNCTION** |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 65 and NECivR 7.1, Defendants submit this supplemental index of evidence in opposition to Plaintiff's Motion for Preliminary Injunction. Defendants state that in its rebuttal, Plaintiff offers an unverified February 4, 2025, screen shot from a Google review given by Michel Marlowe regarding Daws, Inc. (Filing 75-18) and then essentially argues that Ms. Marlowe's Google Review shows she lied in her declaration when she stated that she had not hauled any loads for Jim or his affiliated companies. (Filing 74 at ECF p. 17). Defendants submit Ms. Marlowe's supplemental declaration which refutes this new evidence produced by Plaintiff for the first time in its rebuttal.

1.    Supplemental Declaration of Michel Marlowe.

DATED this 14th day of February, 2025.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY:    /s/ Timothy J. Thalken
Timothy J. Thalken, #22173
David C. Mullin, #21985
Kristin M. Nalbach, #27125
FRASER STRYKER PC LLO
500 Energy Plaza; 409 S. 17th St.
Omaha, NE  68102-2663
(402) 341-6000

tthalken@fraserstryker.com
dmullin@fraserstryker.com
knalbach@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Thalken

3356452.2