IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | CASE NO. 4:24-CV-3177 |
| Plaintiff, | |
| v. | **DECLARATION OF MICHEL MARLOWE** |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | |
| Defendants. | |

I, Michel Marlowe, hereby declare as follows:

1. I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2. On October 13, 2024, I left five (5) reviews on Google. (Attached as Exhibit A is a true and accurate of these reviews).

3. In one of my reviews, I left a review for Daws Inc.

4. In that review, I stated that "Jim and his whole crew have been nothing but awesome to work with. I'm so glad I made the switch." This review was solely regarding my work with Jim Daws, Trucking, LLC, prior to October 1, 2024, when Jim Daws Trucking, LLC, assigned me loads.

5. After October 1, 2024, I only hauled four or five loads. All for Jim Daws Trucking, LLC. I lost my truck on December 9, 2024 and have not hauled any loads for anyone since that date.

6. As I truthfully stated in my first declaration, since October 2024, I have not hauled any loads for Jim Daws or any of his affiliated companies.

7. Any allegation that after October 1, 2024, that I have hauled loads for Jim Daws or any company affiliated with Jim Daws is blatantly false.

I declare, under penalty of perjury, that the foregoing declaration, executed on the __11th___ day of ____February_____, 2025, at __Daytona Beach_____, Florida is true and correct.

[signature]
02-11-2025


