IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | Case No. 4:24-cv-03177 |
| Plaintiff, | |
| v. | PLAINTIFF'S SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | |
| Defendants. | |

Plaintiff Jim Daws Trucking, LLC ("JDT") submits this Supplemental Index of Evidence in support of its Motion for Preliminary Injunction. Attached to this Index are true and correct copies of the following:

**Exhibit 45:** **2025.02.18 Declaration of Gus DeAnda with Exhibit A**

**Exhibit 46:** **2025.02.18 Declaration of Matt Roach with Exhibit A**

**Exhibit 47:** **2024.09.27 Email – Jeff Cyphers to Charles Rhyland, Thelma Vazquez, and Rick Fernandez**

Dated February 18, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By:    s/ Andre R. Barry
Andre R. Barry, #22505
Henry L. Wiedrich, #23696
Madeline C. Hasley, #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900

abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Andre R. Barry, hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/    Andre R. Barry
Andre R. Barry

4937-8177-6156, v. 1