IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | Case No. 4:24- cv- 03177 |
| Plaintiff, | |
| vs. | DECLARATION OF GUS DEANDA |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | |
| Defendants. | |

EXHIBIT 45

Gus DeAnda, pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury the following:

1. I am over the age of majority and am competent to testify. I have personal knowledge of the matters addressed in this Declaration.

2. I have been a truck driver for 35 years.

3. As of May 4, 2022, I became a driver for Jim Daws Trucking, LLC ("JDT").

4. I currently drive for JDT, in a Peterbilt that belongs to JDT.

5. On Thursday, February 6, 2025, I picked up a load at a customer's lot in eastern Nebraska.

6. This customer loads its goods onto JDT's trailer, which reads, "Daws, Inc."

7. I observed drivers for Loyal Trucking at this customer's location at the same time as me.

8. On Monday February 10, 2025, I delivered the load in Magna, Utah.

9. On Tuesday, February 11, 2025, I reloaded in Preston, Idaho to drive a load to Minnesota, with the trailer from February 6, 2025, still attached to my truck.

10. On February 11, 2025, I was driving in Wyoming on Interstate 80 and traveling around 75 miles per hour when I felt the truck start to shake.

11. I looked out of the rear- view mirror and saw that two tires were traveling alongside my trailer. The tires were bouncing along the road on the driver's side of the trailer, between my trailer and the median.

12. After pulling over, I inspected my trailer and the two tires had come off of my trailer.

13. There are usually 10 studs sticking out from the wheel. The tire is attached to the stud by lug nuts and then capped to secure the tire to the wheel.

14. The wheel had 9 studs intact, with no lug nuts. The studs were not stripped, as all threads were visible. This indicates that the lug nuts had been loosened, which led them to come off, causing the two tires in turn to come off the wheel during transit.

15. If properly tightened, lug nuts do not loosen during transit. A high torque impact wrench is required to loosen the lug nuts.

16. In all my years of trucking, I have never experienced this type of incident.

17. A true and correct copy of photos of the wheel, showing 9 bolts with intact threading, are attached hereto as Exhibit A.

18. This incident could have resulted in severe injury or death if the tires had collided with oncoming traffic.

19. I declare under penalty of perjury that the foregoing is true and correct.

Dated February ___, 2025

Gus DeAnda

4912-3494-4028, v. 2

*[signature]*



**EXHIBIT A**



