IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>    Defendants. | Case No. 4:24-cv-03177<br><br>DECLARATION<br>OF<br>MATTHEW ROACH |

Matthew Roach ("Matthew"), pursuant to 28 U.S.C. § 1746(2), declares under penalty of perjury the following:

1. I am over eighteen years old and am competent to testify. I have personal knowledge of the matters addressed in this Declaration.

2. I have been a truck driver for many years. I work as a driver for Jim Daws Trucking, LLC ("JDT").

3. I currently drive a 2022 Peterbilt that I lease from JDT.

4. On Saturday, February 15, 2025, I picked up a load at a customer's lot in southwest Nebraska.

5. This customer loads its goods onto JDT's trailer, which reads, "Daws, Inc."

6. I observed Loyal Trucking at this customer's location at the same time as me. As is common currently occupying the same territory for work.

7. Shortly after departing, I stopped at Walmart for a personal errand. 2.8 miles away.

**EXHIBIT 46**

8. When I exited the cab, I noticed that there was oil spray around the rim on the trailer. On the left rear assembly. And the front right assembly

9. Oil is inserted into each wheel hub, and without oil, the axle hub would dry up cause extreme bearing wear and fall off. Or possibly over heat causing the tires to combust.

10. The hub cap is made of a durable cast aluminum. It is sealed with a cork gasket compressed between the cap and cast iron hub, secured with hex bolts. There is a site glass for measuring the oil level on the outer most section of the hub cap assembly.

11. Upon my inspection, it appeared to me that a flathead screwdriver, or similar tool, was jammed or hammered into the outer seal between the lock ring and site glass as presented in photos. The force caused cracks in the cast aluminum ring breaking the seal that holds the oil in the hub.

12. I reported this incident to Rick Fernandez and Ricky Fernandez.

13. Had I not stopped at Walmart and noticed this issue, the hub assemblies likely would have fallen off within a couple of hours of travel, creating serious safety concerns for me and others on the road.

14. The trailer is otherwise in good working condition, regularly inspected, and undergoes routine maintenance.

15. A true and correct copy of photos of the broken hub cap are attached hereto as **Exhibit A**.

16. I declare under penalty of perjury that the foregoing is true and correct.

[signature on next page]

Dated February 18, 2025

*Matthew Roach*
Matthew Roach

4910-7490-5628, v. 1

4910-7490-5628, v. 1



EXHIBIT A





