

**From:** Jeff Cyphers [jeffciphers@gmail.com]
**Sent:** Friday, September 27, 2024 4:36 PM
**To:** Charles Rhyand
**Cc:** Thelma Vazquez; Ricardo Fernandez
**Subject:** Re: Welcome

I have never nor will I ever work for Dick Daniels trucking, I drive Jim Daws truck and I will continue to do so elsewhere away from your organization...no need to reach out to me by phone or email ever again

On Fri, Sep 27, 2024, 2:33 PM Charles Rhyand <CharlesR@rdtintermodal.com> wrote:

> Good afternoon,
>
> My name is Chuck Rhyand and I am the Safety Manager at Richard Daniels Transportation. I would like to take this opportunity to establish a line of communication during the transition from Daws to Richard Daniels. We would like to continue providing a working relationship for those drivers that want to share in our success.

**EXHIBIT 47**