IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>    Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S SECOND SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff Jim Daws Trucking, LLC ("JDT") submits this Second Supplemental Index of Evidence in support of its Motion for Preliminary Injunction. Attached to this Index are true and correct copies of the following:

**Exhibit 48:** **2024.12.18 Email from Jeremy Becker to Ranae Muenchrath**

**Exhibit 49:** **2024.11.22 Text from Jeremy Becker to Lana Daws**

**Exhibit 50:** **2024.11.7 - 2024.12.12 Texts between Jeremy Becker, Corey Stull, and Ranae Muenchrath**

**Exhibit 51:** **2024.11.25 - 2024.11.26 Email between Jeremy Becker and Tony Glenn**

**Exhibit 52:** **2024.11.14 Texts between Jeremy Becker, Jeff Keeler, and Ranae Muenchrath**

**Exhibit 53:** **2024.11.7 - 2024.12.15 Texts between Jeremy Becker, Corey Stull, Ranae Muenchrath, and Jeff Keeler**

**Exhibit 54:** **2024.10.21 - 2024.12.18 Texts between Jeremy Becker and Ranae Muenchrath**

Dated February 19, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By: s/ Andre R. Barry
Andre R. Barry, #22505
Henry L. Wiedrich, #23696
Madeline C. Hasley, #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Andre R. Barry, hereby certify that on February 19, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/    Andre R. Barry

4935-5676-6749, v. 1