**From:** jeremy becker <jwbecker75@yahoo.com>
**Sent:** Wednesday, December 18, 2024 8:09 AM
**To:** lil_vanis28@yahoo.com <lil_vanis28@yahoo.com>;
**Subject:** Update

Good morning Renee,
In regard to your text to me, I thought I would email you so you can either forward on if necessary; not to mention, I don't want my explanation below to get misconstrued by telling each person different.

The scenario of carrying on JIm's legacy had changed multiple times since my initial conversation with him early in the summer. Changing to the point that I felt that I was not only asking endless questions for needed information, but also learning something new every time I spent time with a Daws disciple (whether you, the ladies in Milford, Jeff, or even JIm when I could talk to him).  This became a flag, not to mention just a lack of understanding how things were going to work.  MInd you, there is a lot of unknown going forward, but it just didn't have the base to it.

The idea for what Jim and I discussed early on, unfortunately, changed when the legal issues started.  This became a red flag for not only me, but my family.  Not to mention, the gamble to start a new company versus carry on a legacy company became a component that would have large needs and wants.  The critical point to it all was when the gag order was laid on JIm and I to communicate.  That did not work for me.  You see, my decision making is based upon both a good amount of information but interestingly enough on "feel" for something.  I think you know quite well that people like Jim, who can provide sound advice and consultation, does not come easy.
For twenty-seven years my decision making has been made upon having a feeling for something.  That feeling wasn't 100% there.  Add on that I have created a relatively solid picture  for my family's future.  As I enter what is hopefully the last decade of my work career, the feeling for something to take an investment and apply it to something has to be almost a 1MM% success rate.  Now...do I understand that starting a new business has huge risk? Absolutely.  But I also sense that your opportunity will work.  You are a lot younger and can gamble a bit differently.   Unfortunately, I will not be joining.  I personally think that with the Daws track record, your network of past customers, and establishing a very, very challenged means to communicate with everyone; this will set you and Corey on your way.   This is a very difficult environment for trucking and transportation among this 21st century.  I do, however, believe that with what you and Corey bring to the table, along with some valued consultants at your side, you will succeed.

I wish you all the best.

**Jeremy Becker**

**EXHIBIT 48**

Becker_SDT00000013