Messages - Lana Daws & ❤️My love❤️

iMessage
11/22/2024 8:14:14 AM

Kim and I wanted to let you know how much it meant to us, this past Monday, to meet with you.  Great clarity is so important.  We appreciated the opportunity to bend both your ear.  Thank you.
-JB

**Lana Daws**
We appreciate you! Our lawyers want your cell phone number. Is it ok to give to them? Along with that, keep us updated. We will help in any way can…cautiously! But definitely understand what you said!

Tim has called me in the past.   But yes, he can have number.

**Lana Daws**
Ok.  We'll pass it on!  Wishing you all a Happy Thanksgiving day! 🦃

11/22/2024 9:41:47 AM

Same to you!

**My love**
Happy Thanksgiving Jim and Lana!! 😊

**EXHIBIT 49**

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:32:43 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM

Page 1 of 1

Becker_SDT00000014