Messages - Corey Stull & Renee Daws Trucking

iMessage
11/7/2024 7:46:09 AM

> One thing that will help me understand better (allowing us to talk about systems, ops, process going forward) is how much ownership you two are considering.   Percentage, stake, amount of equipment considered into the equation.   All that is weighted and has importance.
> Thinking out loud…
> Do you both plan to finance ownership or bring cash to the table, etc.
> These are all important.
>
> I also want you two to understand me better and know my background, intentions, role, etc
> As I mentioned to Renee, if we can explore that even before Sunday, it helps us move forward.
> Hope that makes sense.
>
> If you are like me, I don't like the "unknown".  But will also do anything to find the answers at almost times.
> Best,
> JB

11/7/2024 10:16:20 AM

**Corey Stull**
We are thinking 3 equal shares across the board but rite now our main focus is  on getting everything set up and going

> 10-4

11/8/2024 8:27:58 AM

> Any updates to the "new" regime?

11/8/2024 9:36:06 AM

**Corey Stull**
No still Waiting on government

> 10-4.   In the meantime, is Rick still shitting on his customer base?

**Corey Stull**
We assume so

11/12/2024 10:40:08 AM

> Good morning.  Any new status?

**EXHIBIT 50**

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:32:30 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM    Page 1 of 2

Becker_SDT00000017

Messages - Corey Stull & Renee Daws Trucking

**Renee Daws Trucking**

The DoT number is active.   Waiting on the authority and MC number then insurance

12/12/2024 2:26:07 PM

**Renee Daws Trucking**

Please be at Jones Bank in Seward Monday morning at 10 am so we can have a meeting with the loan committee so he can meet you.

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:32:30 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM

Page 2 of 2

Becker_SDT00000018