**From:** tony@ltneb.com <tony@ltneb.com>
**Sent:** Tuesday, November 26, 2024 6:14 AM
**To:** jeremy becker <jwbecker75@yahoo.com>;
**Subject:** Re: Thank you

Thanks Jeremy, it was good to meet you too!

The chance to buy in right from the start is, to me, much more appealing than what Rick bought. Everything is on a much smaller, controllable and necessarily lean scale which can grow as the owners prefer or can afford. It's much easier to add what you need than shed longtime expenses that you don't need.

I wish I could send you a definitive spreadsheet that came to an answer but that would even be impossible if nothing had changed. I suspect strongly that expense will decrease much more than we were able to discuss yesterday.

Hope that helps!
Tony

---

**From:** "jeremy becker" <jwbecker75@yahoo.com>
**To:** "tony" <tony@ltneb.com>
**Sent:** Monday, November 25, 2024 4:43:00 PM
**Subject:** Thank you

Tony,
Thanks for taking time to meet today. That was one of the biggest points of emphasis for me going forward - was meeting you. Interestingly enough, I continue to learn things I didn't know about. IE. Who owns what trucks, who has ownership to which companies, etc.
Consistently confusing yet strangely interesting(If there ever was such a thing).

That said, my biggest concerns are how soon until a start up like this can be profitable. I generally take a worst case scenario going in, but as long as we have our ducks-in-a-row; and most importantly, an understanding of expense, it will always shape itself out. Honestly, I figure to struggle for quite a while which is a huge step back from where I am coming from - but I am a believer. Whether its analysis or some tools to guide us by, that is what I was hoping to understand further. Per my initial meeting with JD, I had planned to put some of my own finances along with energy into this newly formed company. Honestly, I still don't understand where that needs to go.

It was great to meet you and I appreciate you sharing what history and data you had today. Its very unfortunate that they took away the server and files.

Best,
Jeremy
402-957-6223

**EXHIBIT 51**