Messages - Jeff Keeler & Renee Daws Trucking

                                                iMessage
                                  11/14/2024 9:43:27 AM

> Good morning. I just got done with my meeting and hope to be there as close to 11 AM at J&R as possible.

Jeff Keeler
> Sounds good

EXHIBIT 52

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:33:06 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM     Page 1 of 1

Becker_SDT00000021