Messages - Corey Stull & Renee Daws Trucking & Jeff Keeler

iMessage
11/7/2024 7:21:09 AM

Good morning.
If Sunday looks like the best timeframe to meet, what time and where works best?
I do want to discuss(ask questions)through quite a few items regarding plan, process.

I am officiating basketball in St Joe, MO Fri night and Sat afternoon so am out those two days.
Let me know- look forward to getting to brass tacks.
-JB

**Renee Daws Trucking**

Good morning.    I will get with the group and we will try and get a plan together and let you know something today.



**Jeff Keeler**

Ditto

**Corey Stull**



https://www.overdriveonline.com/business/article/15706839/how-owneroperators-can-win-direct-freight?utm_source=email&utm_medium=email&utm_campaign=AD2024+OVD+Small-fleets-secure-direct-freight_NL_Engaged&utm_term=OE411ZZCC&ust_id=6800G4461678B3A&utm_content=11-06-2024 (https://www.overdriveonline.com/business/article/15706839/how-owneroperators-can-win-direct-freight?utm_source=email&utm_medium=email&utm_campaign=AD2024+OVD+Small-fleets-secure-direct-freight_NL_Engaged&utm_term=OE411ZZCC&ust_id=6800G4461678B3A&utm_content=11-06-2024)

Hopefully you can click on that and read the article.    It's solid information going forward

11/8/2024 11:13:10 AM

**Renee Daws Trucking**

Hello Jeremy.   What time would work for you to meet Sunday ?

EXHIBIT
53

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:32:04 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM    Page 1 of 3

Becker_SDT00000023

Messages - Corey Stull & Renee Daws Trucking & Jeff Keeler

> What are the times that work for you all?

**Jeff Keeler**
Anytime in the afternoon works for me

**Corey Stull**
Anytime works for me.

**Renee Daws Trucking**
Any chance we can make like 11 work ?  I get my son back and don't want to have to wait till late afternoon / evening before I get him.

**Jeff Keeler**
I'm good with 11

> 11 works for me!  Name the place.

**Corey Stull**
Brewskies on 27th???????

> Yep

**Jeff Keeler**
Coolcool

*11/26/2024 9:11:43 AM*

**Jeff Keeler**
Jeremy , is there any way you could make a meeting at 1:30 today in Seward at Jones bank?

> Sorry, I cannot.  I have meetings.

**Jeff Keeler**
No worries, it's short notice af.

> I would totally. Just have internal stuff happening here.

**Jeff Keeler**
We will let you know what happens

👍

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:32:04 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM

Page 2 of 3

Becker_SDT00000024

Messages - Corey Stull & Renee Daws Trucking & Jeff Keeler

11/26/2024 2:57:48 PM

**Corey Stull**

Rick.gray@jonesbank.com
Direct 402-643-7735

> Thx

> Can you provide me numbers of trailers coming from each person among this deal?
>
> Also, what is loan % from Jones?
>
> Thank you.

> 30 total for the moment right?

**Jeff Keeler**

I'm going to try and get 6 in JLD. Not sure what % Jones is at right now. Yes, 30 total.

12/3/2024 7:51:12 AM

> Good morning.   Hope you all had a nice Thanksgiving.  Anything new among your environment?
>
> Working on balance sheet for Rick at Jones Bank.

12/3/2024 8:58:17 AM

**Jeff Keeler**

Status still the same. Waiting on insurance, authority and the bank. We do have computers and phones! We will keep you updated as soon as we learn more. Thanks

> Liked "Status still the same. Waiting on insurance, autho…"

12/15/2024 1:51:21 PM

> With both the best of respect and sadness, Kim and I just met with Jim and Lana to inform them we will not be moving forward with the business venture.  Thank you for your discussion and acceptance of consideration of an outsider to the group.  That said, it's just not the right time at this time for me going forward.   Best to you all.
> - Jeremy-

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:32:04 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM

Page 3 of 3

Becker_SDT00000025