Messages - Renee Daws Trucking

iMessage
10/21/2024 10:07:13 AM

**Jeremy B**

11/6/2024 10:59:50 AM

Hey Renee. It's Jeremy B. What is your email address. I have an article that I think you would like to read.

lil_vanis28@yahoo.com

Hello by the way

Perfect. Are your trucks getting some revenue on the road this week?!!!

No they are not. Not moving yet

11/7/2024 7:31:46 AM

Hi. Did you get my email yesterday? Making sure I sent to right address 😉

Hello. Yes I did get that email and I started to read it but didn't get all the way thru it. Plan to read it today. It was a good article from what I have read so far. Thanks for sharing it with me.

It's a good one and I am really excited for the market shift and asset trucks to be in a great position with customers and prospects.

I have a lot of questions regarding the start up! One is how much ownership you and Corey want/or are purchasing into. If we can clarify some of that it will help Kim/I understand and focus on systems "go".

I will try and get that answer for you prior to Sunday so you have that answer at least before meeting as a group.

11/15/2024 9:31:04 AM

Hi. Can you give me Lana's cell when you get a chance? Thanks.

Lana Daws.vcf

Thanks

Welcome

**EXHIBIT 54**

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:29:43 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM    Page 1 of 3

Becker_SDT00000026

Messages - Renee Daws Trucking

11/21/2024 11:39:41 AM

> Hey Renee. Had any success getting messages or communication out to customers of old?

Hey. I have touch bases with a couple of them this morning. I have talked to PVS and reinke. I am planning to touch base with more next week. I have been busy redoing the office and haven't really been where I can make calls to everyone.

> All good. Was just curious. Are your drivers leased on and moving with anyone to generate a little $ for you? What's status on trailer? Thanks!

My trucks aren't moving. And we are still working on trailers

> 10-4

12/5/2024 8:53:24 AM

> Have to call you back. Going into meeting

That's fine I was just wondering if you go that paper back to the bank

> Today. Had to figure out how to submit some asset info. Been talking to Rick the entire time. He knows.

> Has any transactions been made to buy out anyone yet?

> Will be out of meeting by 0930

Just call me when you can and we can chat

> 10/4

> Sorry, running over. Call ya when out

No worries.

12/6/2024 12:40:33 PM

> All my information has been sent to Rick at Jones Bank. FYI.

Perfect thank. I just met with a bit ago. I am getting just a few more things to him so he can't preset it to the loan committee on Wednesday then we should know for sure.

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:29:43 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM

Page 2 of 3

Becker_SDT00000027

Messages - Renee Daws Trucking

12/17/2024 9:03:28 AM

Hey sometime could you call me and tell me what changes your mind on going into business with us

12/18/2024 8:10:55 AM

Hey. I emailed you so you can read and forward if necessary. No words get misconceived that way. Thanks.

Delivered

Exported from JB iPhone (G6TF60E20D3Y) on 2/18/2025 4:29:43 PM with iMazing by DigiDNA. Database date when extracted: 2/18/2025 4:27:57 PM

Page 3 of 3

Becker_SDT00000028