IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | 4:24CV3177<br><br>ORDER |

1. The above-captioned case is set for a preliminary injunction hearing before the undersigned judge in Courtroom 1 Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, commencing at 9:00 a.m. on Wednesday, February 26, 2025, for a duration of 3 days.

2. No later than 12:00 p.m. on February 24, 2025, the parties must file all exhibits and affidavits or declarations on which the parties intend to rely, along with an exhibit list referencing the exhibits and corresponding filing number that will be offered at the hearing in this matter. Those exhibits and affidavits previously properly authenticated and filed in support of the briefing on the motion for temporary restraining order need not be filed again.

**IT IS SO ORDERED.**

Dated this 21st day of February, 2025.

BY THE COURT:

*Susan M. Bazis*
Susan M. Bazis
United States District Judge