IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>    Defendants. | Case No. 4:24-cv-03177<br><br><br>PLAINTIFF'S THIRD SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff Jim Daws Trucking, LLC ("JDT") submits this Third Supplemental Index of Evidence in support of its Motion for Preliminary Injunction, pursuant to this Court's Order at Filing 84. Attached to this Index are true and correct copies of the following:

**Exhibit 55:**      **5.2.2022 Kathy Temme email to Tony Glenn.**

**Exhibit 56:**      **5.2.2022 Tony Glenn email to the drivers.**

**Exhibit 57:**      **4.29.2022 to 5.2.2022 email chain between Rick, Ricky, Jim Daws, and Kathy Temme.**

**Exhibit 58:**      **7.18.2024 text message exchange between Jeremy Becker and Jim Daws.**

**Exhibit 59:**      **8.13.2024 text message exchange between Jeremy Becker and Jim Daws.**

**Exhibit 60:**      **8.19.2024 text message exchange between Jeremy Becker and Jim Daws.**

**Exhibit 61:**      **8.21.2024 text message exchange between Jeremy Becker and Jim Daws.**

**Exhibit 62:**      **8.22.2024 text message exchange between Jeremy Becker and Jim Daws.**

**Exhibit 63:**    8.23.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 64:**    8.29.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 65:**    9.2.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 66:**    9.5.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 67:**    9.10.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 68:**    9.13.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 69:**    9.14.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 70:**    9.24.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 71:**    9.26.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 72:**    9.27.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 73:**    10.2.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 74:**    10.4.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 75:**    10.14.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 76:**    10.15.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 77:**    10.18.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 78:**      10.19.2024 text message exchange between Jeremy Becker and Jim Daws.

**Exhibit 79:**      10.22.2024 Jeremy Becker email to Jimdaws24@gmail.com

**Exhibit 80:**      10.22.2024 text message exchange between Jim Daws, Jeff Keeler, Ranae Muenchrath, and Wayne Schmeeckle

**Exhibit 81:**      10.9.2024 text message exchange between Jim Daws and Zach DeMerell.

**Exhibit 82:**      9.28.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 83:**      9.29.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 84:**      10.1.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 85:**      10.26.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 86:**      10.27.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 87:**      10.29.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 88:**      10.7.2024 text message exchange between Jim Daws and Jerry Anderson.

**Exhibit 89:**      9.28.2024 text message exchange between Jim Daws and Jonathan Saliba.

**Exhibit 90:**      10.2.2024 text message exchange between Jim Daws and Lee Godsey.

**Exhibit 91:**      10.21.2024 text message exchange between Jim Daws and Lee Godsey.

**Exhibit 92:**      10.16.2024 text message exchange between Jim Daws and Craig Eubank.

**Exhibit 93:**      10.31.2024 text message exchange between Jim Daws and Ranae Muenchrath.

**Exhibit 94:**      10.20.2024 text message exchange between Jim Daws and Corey Stull.

**Exhibit 95:**      10.21.2024 text message exchange between Jim Daws and Corey Stull.

**Exhibit 96:**      10.20.2024 text message exchange between Jim Daws and Ranae Muenchrath.

**Exhibit 97:**      10.25.2024 text message exchange between Jim Daws and Ranae Muenchrath.

**Exhibit 98:**      9.24.2024 text message exchange between Jim Daws and Tony Glenn.

**Exhibit 99:**      10.1.2024 text message exchange between Jim Daws and Jeff Cyphers.

**Exhibit 100:**     10.21.2024 text message exchange between Jim Daws and Jeff Cyphers.

**Exhibit 101:**     10.20.2024 text message exchange between Jim Daws and Jeff Keeler.

**Exhibit 102:**     10.28.2024 text message exchange between Jim Daws and Bryan Watson.

**Exhibit 103:**     8.21.2024 text message exchange between Jim Daws, Jeff Keeler, Kathy Temme, and Tony Glenn.

**Exhibit 104:**     9.11.2024 to 9.27.2024 Tony Glenn emails, with attachments, to his personal Gmail account.

**Exhibit 105:**     Jim Daws, Jaisa Douty, Tony Glenn, Ranae Muenchrath, and Kathy Temme email deletion logs

**Exhibit 106:**     10.7.2024 email from Jeff Keeler to everyone on Daws Contact email.

**Exhibit 107:**     10.1.2024 email exchange between Concrete Industries and Jim Daws.

**Exhibit 108:**    10.2.2024 email exchange between Ranae Muenchrath and Jim Daws regarding Valmont contact.

**Exhibit 109:**    10.2.2024 email exchange between Jim Daws and Mary Campbell of Claas.

**Exhibit 110:**    10.21.2024 email exchange between Jim Daws, Rick Gray, and Jones Bank.

**Exhibit 111:**    10.9.2024 email exchange between Jim Daws and Mary Campbell of Claas.

**Exhibit 112:**    10.24.2024 email exchange between Jim Daws and Brian Wanner.

**Exhibit 113:**    10.25.2024 email from Jim Daws to Rick (Jones Bank) and Brian (Peters Trucking).

**Exhibit 114:**    10.25.2024 email exchange, with attachment, between Jim Daws, Robin Schmeeckle, and Wayne Schmeeckle.

**Exhibit 115:**    10.31.2024 email exchange between Jim Daws and Tim Thalken, which Jim forwarded to Robin Schmeeckle

**Exhibit 116:**    10.22.2022 email exchange between Jim Daws and Jeremy Becker regarding Nolan Transportation.

**Exhibit 117:**    10.29.2024 email exchange between Charles Franks (Pinnacle Truck & Trailer Sales) and Jim Daws.

**Exhibit 118:**    10.29.2024 email exchange between Jason Fischer (Jim Hawk Truck Trailers) and Jim Daws.

**Exhibit 119:**    10.29.2024 email exchange between Tyler Howard (Wilson Trailer Sales of Grand Island) and Jim Daws.

**Exhibit 120:**    10.29.2024 email exchange between Tyler Howard (Wilson Trailer Sales of Grand Island) and Jim Daws

**Exhibit 121:**    10.30.2024 email from Jim Daws to Robin Schmeeckle.

**Exhibit 122:**    10.14.2024 email from Zachary Demerell to Jim Daws, with attachment.

**Exhibit 123:**    9.18.2024 email from Tony Glenn to Jim Daws.

**Exhibit 124:**    9.27.2022 Truck Sales Contract between John Vance and JDT (signed by Tony Glenn for Jim Daws, President).

**Exhibit 125:**    4.1.2024 email exchange between Jim and Lana Daws.

**Exhibit 126:**    5.21.2024 email from Jim Daws to Tony Glenn regarding West O lease.

**Exhibit 127:**    7.12.2023 (creation date) Excel spreadsheet authored by Tony Glenn.

**Exhibit 128:**    1.7.2025 Photographs of Loyal Trucking equipment.

**Exhibit 129:**    8.26.2015 American National Bank Account Signature Pages for Daws Inc.

**Exhibit 130:**    09.2024 American National Bank Reporting Activity for Daws Inc.

**Exhibit 131:**    1.9.2025 American National Bank Business Focus for Daws Inc.

**Exhibit 132:**    1.22.2024 (origination date) Jones Bank loan to J&L.

**Exhibit 133:**    1.23.2024 Peterbilt sale.

**Exhibit 134:**    5.23.2024 (origination date) Jones Bank loan to Vance Logistics with James Daws as Guarantor.

**Exhibit 135:**    7.20.2024 Save the Date.

**Exhibit 136:**    5.11.2024 Guest Invitation List.

**Exhibit 137:**    9.24.2024 resignation email from JoAnn Roth to Rick.

**Exhibit 138:**    9.24.2024 resignation email from Ranae Muenchrath.

**Exhibit 139:**    9.24.2024 resignation email from Kathy Temme to Rick.

**Exhibit 140:**    9.24.2024 resignation email from Jaisa Douty to Rick.

**Exhibit 141:**    9.24.2024 resignation email from Tony Glenn to Rick.

**Exhibit 142:**    9.24.2024 resignation email from Mattie Hans to Rick.

**Exhibit 143:**    9.24.2024 resignation email from Caitlin Super to Rick.

**Exhibit 144:**    9.24.2024 resignation email from Corey Stull to Rick.

**Exhibit 145:**    11.3.2021 Independent Contractor Agreement between Daws Trucking, Inc. and Loyal Trucking LLC.

**Exhibit 146:**    2.9.2024 Promissory Note between Anthony Hall and Loyal Trucking, Inc.

**Exhibit 147:**    2.9.2024 Truck Sales Contract between Loyal Trucking LLC and Anthony Hall.

**Exhibit 148:**    2024.04.22 Texts between Rick & Jim re Buyback

**Exhibit 149:**    2024.12.31 Daws trial balance spreadsheet

**Exhibit 150:**    2024.12.31 JLD trial balance spreadsheet

**Exhibit 151:**    2024.12.31 Loyal trial balance spreadsheet

Dated February 24, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By:    s/ Andre R. Barry
        Andre R. Barry, #22505
        Henry L. Wiedrich, #23696
        Madeline C. Hasley, #27870
        CLINE WILLIAMS WRIGHT
        JOHNSON & OLDFATHER, L.L.P.
        233 South 13th Street
        1900 US Bank Building
        Lincoln, NE 68508
        (402) 474-6900
        abarry@clinewilliams.com
        hwiedrich@clinewilliams.com
        mhasley@clinewilliams.com
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Andre R. Barry, hereby certify that on February 24, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

        s/    Andre R. Barry

4902-0950-4287, v. 1