**From:**        Kathy Temme <Kathy@daws-trucking.com>
**Sent:**        Monday, May 02, 2022 2:40 PM
**To:**          Tony Glenn <tony@daws-trucking.com>;
**Subject:**     jim's message please send to the drivers

In searching for a way to retire and maintain Daws Trucking, I have sold the business to my colleague, Rick Fernandez who owns Richard Daniel's Transportation. **Our name will still be Jim Daws Trucking**. Nothing about our operation will change except the trip numbers jumped to the 200000 series. All of the office staff and shop staff will remain the same. I will be at work every day for the next 2 years as I have been for the last 27 years. After that, I will be working on a consulting basis. Please direct any questions to myself, Jeff or Tony.

Thank you for all your hard work. Jim

**Case
4:24cv3177**

**Exhibit
1**

JDT_00226299