**From:**      Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-
               TONY>

**Sent:**      Monday, May 02, 2022 3:12 PM

**To:**        Jim Daws </o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=0fedd1c733784e9d8efaa1864ca2591b-jim>; Kathy
               Temme </o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=fafa2bfd340341abb979560952c98b9d-Kathy>;

**Cc:**        /o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=fbc9d013eaec425d8d52cbcb37d4bde3-Jeff;
               /o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=18c2b75a8c5b4ca99079346877e069b7-tony

**Bcc:**       3303160157@vzwpix.com; pauleyb2477@gmail.com; jake_102469@yahoo.com;
               brianbest26@gmail.com; rollinbrenneman64@gmail.com; 4027101041@vzwpix.com;
               bbuchanan73401@gmail.com; eburt1981@gmail.com; coover39@gmail.com;
               craig.eubank@yahoo.com; drfisher120@gmail.com; battletrucking123@gmail.com;
               bhaley28z@gmail.com; 7856331950@mms.att.net; mahill70@yahoo.com;
               7609956663@vzwpix.com; madsenmax@outlook.com; squirrel2118@yahoo.com;
               4069269674@vzwpix.com; dillydilly478@gmail.com; stretchparry@gmail.com;
               kcktruckingllc@gmail.com; banditjr1994@gmail.com; dan.reed78@yahoo.com;
               jonathansaliba92@gmail.com; slatentransport@gmail.com; swetttruckingllc@gmail.com;
               kevin_totten@yahoo.com; thomas.voisin67@gmail.com;
               dougdawntrucking2021@yahoo.com; windhorsttrucking7@gmail.com;
               jwexpress@yahoo.com; ctbarlow95@gmail.com; ralph.botella@gmail.com;
               7856143122@vzwpix.com; bue352@gmail.com; 4027707170@vzwpix.com;
               craigdowns1969@gmail.com; jessefuller68@gmail.com; 4695590790@vtext.com;
               4025870799@email.uscc.net; wkkhawley@gmail.com; roberthemenway8@gmail.com;
               hernandez88j@live.com; 5412161584@vzwpix.com; terrytuckerking36@gmail.com;
               bozander42912@gmail.com; 5126293877@mms.att.net; 9793078033@vzwpix.com;
               adam.layman81@gmail.com; 8162841549@vzwpix.com; 4027450909@mms.uscc.net;
               atts3169@gmail.com; phatboyz31@icloud.com; 7025404742@vzwpix.com;
               pedersen7713@gmail.com; 7857388858@vzwpix.com; joshua.pooler@gmail.com;
               schmitzsteven799@gmail.com; 3082497196@vzwpix.com;
               redneckexpresstrucking@gmail.com; jnms73@yahoo.com; 3086720785@vzwpix.com;
               jroberts719@yahoo.com; j.proctor2727@gmail.com; georgeowens156@gmail.com;
               thomas.crawford2071@gmail.com

**Subject:**   from Jim

In searching for a way to retire and maintain Daws Trucking, I have sold the business to my colleague, Rick Fernandez who owns Richard Daniel's Transportation. **Our name will still be Jim Daws Trucking**. Nothing about our operation will change except the trip numbers jumped to the 200000 series. All of the office staff and shop staff will remain the same. I will be at work every day for the next 2 years as I have been for the last 27 years. After that, I will be working on a consulting basis. Please direct any questions to myself, Jeff or Tony.
Thank you for all your hard work. Jim

**Case
4:24cv3177**

**Exhibit
2**

JDT_00233662