**From:**       Kathy Temme <Kathy@daws-trucking.com>
**Sent:**       Monday, May 02, 2022 2:37 PM
**To:**         Jim Daws <jim@daws-trucking.com>;
**Subject:**    Re: A note from Jim

thanks,  I'll have Tony send it out.  Be careful today.

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Monday, May 2, 2022 9:36 AM
**To:** Kathy Temme <Kathy@daws-trucking.com>
**Subject:** Re: A note from Jim

I like it

Sent from my iPhone

> On May 2, 2022, at 9:18 AM, Kathy Temme <Kathy@daws-trucking.com> wrote:

> In searching for a way to retire and maintain Daws Trucking, I have sold the business to my colleague, Rick Fernandez who owns Richard Daniel's Transportation. **Our name will still be Jim Daws Trucking**. Nothing about our operation will change except the trip numbers jumped to the 200000 series. All of the office staff and shop staff will remain the same. I will be at work every day for the next 2 years as I have been for the last 27 years. After that, I will be working on a consulting basis. Please direct any questions to myself, Jeff or Tony.

> Thank you for all your hard work. Jim

> What do you think of this version?

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Monday, May 2, 2022 7:00 AM
**To:** Kathy Temme <Kathy@daws-trucking.com>
**Subject:** Fwd: A note from Jim

Sent from my iPhone

Begin forwarded message:

> **From:** Jim Daws <jim@daws-trucking.com>
> **Date:** April 29, 2022 at 1:59:45 PM CDT
> **To:** Lana Daws <lana.daws73@gmail.com>
> **Subject: Fwd: A note from Jim**

> Sent from my iPhone

> Begin forwarded message:

>> **From:** Rick Fernandez <RickF@rdtintermodal.com>
>> **Date:** April 29, 2022 at 1:06:00 PM CDT
>> **To:** Jim Daws <jim@daws-trucking.com>, r.d.fernandez2@gmail.com
>> **Subject: FW: A note from Jim**

**Case 4:24cv3177**

**Exhibit 3**

Hey Jim Rick wrote this if you want more ..or less..lmk

Sent via the Samsung Galaxy S8+, an AT&T 5G Evolution capable smartphone

-------- Original message --------
From: Ricardo Fernandez <r.d.fernandez2@gmail.com>
Date: 4/29/22 12:59 PM (GMT-06:00)
To: Rick Fernandez <RickF@rdtintermodal.com>
Subject: A note from Jim

To the Professional Transportation Team at Daws Inc.

Jim's message has always been simple. Work hard. Be honest. Plan for the future. Today, Jim would like to share his plans for the future. If it wasn't obvious, those plans include spending more time with his wife, Lana. Along with a few motorcycle rides, baseball games, and a Reba concert or two.

To make that happen, Jim needed to make sure everyone at Daws Inc would have the managerial and financial resources necessary for continued success. His close friend and colleague of 13 years, Rick Fernandez, has pledged those resources in an agreement to Jim Daws. Rick looks forward to working with everyone and seeing the company grow and prosper for current and future generations. Rick has owned and operated Richard Daniel's Transportation, a 90 truck fleet based out of Chicago, IL, since 1994.

For the employees, drivers, and owner-operators at Daws Inc, there should be no noticeable changes. You will still see Jim in the office or behind the wheel of his Pete. You will also see Rick in the office, spending time with Jim and the team. If you see Rick, please stop and introduce yourself. You are guaranteed a good trucking story from the era of deregulation.

Thank you to the world class team at Daws Inc. for truly inspiring dedication to your craft.

Sincerely,

Jim Daws

and

Rick Fernandez

JDT_00233668