## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 7/18/2024 |

## Outline of Conversations

💬     **+14029576223** · 3 messages on 7/18/2024 · <4026415432> · Jeremy Becker <4029576223>

---

Case
4:24cv3177

Exhibit
5

Daws0001333

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

\#    **<4026415432>**                                                           ◄ 7/18/2024, 12:02 AM

👍

Receipts • Jeremy Becker <4029576223> [R:7/18/2024, 12:20 AM]

\> JB    **Jeremy Becker <4029576223>**                                         ► 7/18/2024, 8:33 PM

Thanks again for lunch.  I also felt privileged that you would think of me in the role you mentioned.  Send me your email address when you get a chance.  No hurry.

Congratulations once again on your company's history.

-JB

Receipts • <4026415432> [R:7/18/2024, 8:40 PM]

\>>#    **<4026415432>**                                                         ◄ 7/18/2024, 10:07 PM

jim@daws-trucking.com
Thanks for taking time to visit with me

Receipts • Jeremy Becker <4029576223> [R:7/18/2024, 10:57 PM]

Daws0001334