## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 8/13/2024 |

## Outline of Conversations

**+14029576223** · 2 messages on 8/13/2024 · <4026415432> · Jeremy Becker <4029576223>

<table>
<tr><td>Case<br>4:24cv3177<br><br>Exhibit<br>7</td></tr>
</table>

Daws0001494

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬     **+14029576223**

JB     **Jeremy Becker <4029576223>**                                    ▶ 8/13/2024, 7:34 PM

Hey Jim,
I can't thank you enough for the time you took to have me into your home and talk details, along with sharing your inner thoughts. Really happy to have met Lana as well.  We covered a lot of ground and I will most likely have more questions.

Like I mentioned, I still find myself both gracious and excited that you would think of me among this capacity.   Thanks for lunch too.

Receipts • <4026415432> [R:8/13/2024, 7:34 PM]

>#     **<4026415432>**                                                ◀ 8/13/2024, 11:49 PM

Thanks for sharing. I think we have a future together

Receipts • Jeremy Becker <4029576223> [R:8/14/2024, 12:05 AM]

Daws0001495