## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 8/19/2024 |

## Outline of Conversations

💬     **+14029576223** · 5 messages on 8/19/2024 · <4026415432> · Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
8

Daws0001515

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

JB | **Jeremy Becker <4029576223>** | ▶ 8/19/2024, 6:02 PM
Happy Monday…

We didn't talk about Information Technology(IT).   Who is your guru or resident expert?   Computer, software, etc

Receipts • <4026415432> [R:8/19/2024, 6:02 PM]

>#  **<4026415432>** | ◀ 8/19/2024, 7:11 PM
Glad to be back at work. The black hills are beautiful and fun. Bizco and Mattie in my office take care of it

Receipts • Jeremy Becker <4029576223> [R:8/19/2024, 7:28 PM]

>> JB | **Jeremy Becker <4029576223>** | ▶ 8/19/2024, 7:30 PM
10-4.   I ran into some Aussies in Steamboat, who were at Sturgis, black hills, now CO, etc.  They love riding motorcycles through there and stopping.

Receipts • <4026415432> [R:8/19/2024, 7:40 PM]

>>># **<4026415432>** | ◀ 8/19/2024, 8:28 PM
Rick is coming from Chicago tonight so I will feel him out

Receipts • Jeremy Becker <4029576223> [R:8/19/2024, 8:28 PM]

>>>> JB | **Jeremy Becker <4029576223>** | ▶ 8/19/2024, 8:28 PM
👍
You are the man

Receipts • <4026415432> [R:8/19/2024, 8:28 PM]

Daws0001516