## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 6 | Date Range: 8/21/2024 |

## Outline of Conversations

**+14029576223** · 6 messages on 8/21/2024 · <4026415432> · Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
9

Daws0001537

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

\# **<4026415432>**

I made Rick mad last night. We will see what he says today. If you get a minute call me

8/21/2024, 4:27 PM

Receipts • Jeremy Becker <4029576223> [R:8/21/2024, 4:27 PM]

\> JB **Jeremy Becker <4029576223>**

I will call you in the next hour or two if that works?

8/21/2024, 4:27 PM

Receipts • <4026415432> [R:8/21/2024, 4:28 PM]

\>>\# **<4026415432>**

Yep

8/21/2024, 4:28 PM

Receipts • Jeremy Becker <4029576223> [R:8/21/2024, 5:23 PM]

\>>> JB **Jeremy Becker <4029576223>**

You are one busy guy of course, straight to voicemail - vmail full.  Call me back anytime!

8/21/2024, 6:14 PM

Receipts • <4026415432> [R:8/21/2024, 6:15 PM]

\>>>> JB **Jeremy Becker <4029576223>**

I have a 2pm with my financial guy coincidentally.   Talking strategy.

8/21/2024, 6:56 PM

Receipts • <4026415432> [R:8/21/2024, 6:57 PM]

\>>>>> \# **<4026415432>**

Good deal

8/21/2024, 6:58 PM

Receipts • Jeremy Becker <4029576223> [R:8/21/2024, 6:58 PM]

Daws0001538