## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 8/22/2024 |

## Outline of Conversations

💬    **+14029576223** · 1 message on 8/22/2024 · <4026415432> · Jeremy Becker <4029576223>

**Case
4:24cv3177

Exhibit
10**

**Daws0001542**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**                                    ▶ 8/22/2024, 12:09 PM

Do you extend your brokerage to any of your top customers that allow for it?  For example, Nucor or Vulcraft.  I can't help but think that the trustworthiness is there for you to broker some of their freight if necessary(after your fleet is booked of course).  Good stream to help the P&L in a down market.

Random morning thoughts….

Receipts • <4026415432> [R:8/22/2024, 12:09 PM]

**Daws0001543**