## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 6 | Date Range: 8/23/2024 |

## Outline of Conversations

**+14029576223** · 6 messages on 8/23/2024 · <4026415432> · Jeremy Becker <4029576223>

**Case
4:24cv3177

Exhibit
11**

Daws0001558

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **+14029576223**

\#  **<4026415432>**                                               ◀ 8/23/2024, 3:34 PM

That's a good idea. Just had a good meeting with my attorney. She is sending me the list of things that Rick hasn't followed through so that should give me some insight and more leverage

Receipts · Jeremy Becker <4029576223> [R:8/23/2024, 5:04 PM]

\> JB  **Jeremy Becker <4029576223>**                             ▶ 8/23/2024, 5:06 PM

That intel will help extensively.

Call me anytime this afternoon if you want to chat, etc.   otherwise no bigs.

Still want to do Monday night in Lincoln?

Receipts · <4026415432> [R:8/23/2024, 5:28 PM]

\>>#  **<4026415432>**                                            ◀ 8/23/2024, 5:29 PM

I'm thinking Wednesday night old Mistys in havelock. Lana is gone till Tuesday afternoon.

Receipts · Jeremy Becker <4029576223> [R:8/23/2024, 5:29 PM]

\>>>  **Jeremy Becker <4029576223>**                              ▶ 8/23/2024, 5:30 PM
JB

Cool.   I will let my wife know.

Receipts · <4026415432> [R:8/23/2024, 5:35 PM]

\>>>>  **Jeremy Becker <4029576223>**                             ▶ 8/23/2024, 7:05 PM
JB

I must be loosening up lately.

My wife told me I get excited more when I talk about your company; and not as much on my current.

Receipts · <4026415432> [R:8/23/2024, 7:45 PM]

\>>>>>  **<4026415432>**                                          ◀ 8/23/2024, 7:45 PM
\#

Cool

Receipts · Jeremy Becker <4029576223> [R:8/23/2024, 7:48 PM]

Daws0001559