## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 8/29/2024 |

## Outline of Conversations

💬    **+14029576223** • 2 messages on 8/29/2024 • <4026415432> • Jeremy Becker <4029576223>

**Case
4:24cv3177**

**Exhibit
12**

**Daws0001594**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

JB   **Jeremy Becker <4029576223>**   ▶ 8/29/2024, 2:39 AM

Please thank Lana as well;  but thank you for dinner and setting that up tonight.  Kim and I enjoyed it thoroughly.

I've mentioned it to you already, but my enthusiasm and charge comes by way of being able to shadow you and secure a solid understanding of the business.  That fuels me for all the rest.

Probably time now to shape things out on how we make it work!

Receipts · <4026415432> [R:8/29/2024, 2:39 AM]

>#   **<4026415432>**   ◀ 8/29/2024, 2:39 AM
👍

Receipts · Jeremy Becker <4029576223> [R:8/29/2024, 2:53 AM]

---

**Daws0001595**