## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 9/2/2024 |

## Outline of Conversations

💬 **+14029576223** • 5 messages on 9/2/2024 • <4026415432> • Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
13

Daws0001606

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**    ▶ 9/2/2024, 8:58 PM
Happy Labor Day
Did Kim and I pass the teat to your two sergeants and boss(Lana)?

Good husker game day?

Receipts • <4026415432> [R:9/2/2024, 9:16 PM]

>#    **<4026415432>**    ◀ 9/2/2024, 9:23 PM
It's all good everyone is happy. I forgot football could be that good

Receipts • Jeremy Becker <4029576223> [R:9/2/2024, 9:27 PM]

>> JB    **Jeremy Becker <4029576223>**    ▶ 9/2/2024, 9:28 PM
Haha!
Glad to hear on everyone being happy

Receipts • <4026415432> [R:9/2/2024, 9:45 PM]

>>>#    **<4026415432>**    ◀ 9/2/2024, 9:45 PM
Making an offer in Wednesday. Hopefully we will all be moving forward

Receipts • Jeremy Becker <4029576223> [R:9/2/2024, 10:14 PM]

>>>>
JB    **Jeremy Becker <4029576223>**    ▶ 9/2/2024, 10:14 PM
👍

Receipts • <4026415432> [R:9/2/2024, 10:15 PM]

Daws0001607