## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 9/5/2024 |

## Outline of Conversations

💬    **+14029576223** · 10 messages on 9/5/2024 · <4026415432> · Jeremy Becker <4029576223>

**Case
4:24cv3177**

**Exhibit
14**

Daws0001619

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

JB **Jeremy Becker <4029576223>** ▶ 9/5/2024, 3:51 PM
You do any work (or in the past)for the Department of Defense?

Receipts • <4026415432> [R:9/5/2024, 3:52 PM]

>#  **<4026415432>** ◀ 9/5/2024, 3:52 PM
We did long time ago cheap rates and 100 days to pay

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 3:52 PM]

>> JB **Jeremy Becker <4029576223>** ▶ 9/5/2024, 3:53 PM
It seems to have got super saturated with bad trend- like you mention in pay terms.

Receipts • <4026415432> [R:9/5/2024, 3:53 PM]

>>># **<4026415432>** ◀ 9/5/2024, 4:07 PM
Correct. What's Monday look like for you. I would like to start talking what we can do for each other

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 4:07 PM]

>>>> JB **Jeremy Becker <4029576223>** ▶ 9/5/2024, 4:10 PM
I am in Mnpls-St Paul Mon-Wed

Receipts • <4026415432> [R:9/5/2024, 4:14 PM]

>>>>> JB **Jeremy Becker <4029576223>** ▶ 9/5/2024, 4:10 PM
Open Thursday/Fri

Receipts • <4026415432> [R:9/5/2024, 4:14 PM]

>>>>> > JB **Jeremy Becker <4029576223>** ▶ 9/5/2024, 4:14 PM
Did you make your formal offer?

Receipts • <4026415432> [R:9/5/2024, 4:14 PM]

>>>>> >># **<4026415432>** ◀ 9/5/2024, 4:16 PM
I will this week I. Julie is putting it together and then I'll send it.

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 4:16 PM]

>>>>> >>> JB **Jeremy Becker <4029576223>** ▶ 9/5/2024, 4:16 PM
All the best!

Receipts • <4026415432> [R:9/5/2024, 4:16 PM]

>>>>> >>># **<4026415432>** ◀ 9/5/2024, 4:34 PM
Thanks

Receipts • Jeremy Becker <4029576223> [D:9/5/2024, 4:34 PM]

Daws0001620