## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 5 | Date Range: 9/10/2024 |

## Outline of Conversations

💬    **+14029576223** • 5 messages on 9/10/2024 • <4026415432> • Jeremy Becker <4029576223>

**Case
4:24cv3177

Exhibit
15**

**Daws0001649**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

---

JB · **Jeremy Becker <4029576223>** ▶ 9/10/2024, 2:39 PM

Good morning from sunny Minneapolis, St. Paul.

I know we discussed Thursday as a potential day to meet. I am actually going to be out in Exeter for a funeral and would potentially be available to get together on my way back to Omaha mid to later afternoon that day.   Otherwise Friday.

Receipts · <4026415432> [R:9/10/2024, 2:39 PM]

---

>#  **<4026415432>** ◀ 9/10/2024, 2:42 PM

We have arriving today till Friday. We'll drop them at the airport around 10 and could meet n west Omaha for lunch

Receipts · Jeremy Becker <4029576223> [D:9/10/2024, 2:42 PM]

---

>> JB  **Jeremy Becker <4029576223>** ▶ 9/10/2024, 2:42 PM

Friday would work.
Hows dealing with Rick?

Receipts · <4026415432> [R:9/10/2024, 2:42 PM]

---

>>># **<4026415432>** ◀ 9/10/2024, 2:46 PM

Julie is sending our proposal as we speak. I'll be getting yelled by late afternoon 😂😂😂

Receipts · Jeremy Becker <4029576223> [D:9/10/2024, 2:46 PM]

---

>>>> JB **Jeremy Becker <4029576223>** ▶ 9/10/2024, 2:49 PM

Get it bro!

Receipts · <4026415432> [R:9/10/2024, 2:50 PM]

Daws0001650