## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 9/13/2024 |

## Outline of Conversations

**+14029576223** · 5 messages on 9/13/2024 · <4026415432> · Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
16

**Daws0001685**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**                        ▶ 9/13/2024, 3:25 PM
      Good morning!
      We will come to you, just let us know where you end up.
      I am walking into a 1030-1130 meeting, pick up Kim and be on way.

      Receipts • <4026415432> [R:9/13/2024, 3:31 PM]

>#    **<4026415432>**                                       ◀ 9/13/2024, 3:32 PM
      Hurrdats see you there

      Receipts • Jeremy Becker <4029576223> [D:9/13/2024, 3:32 PM]

>>#   **<4026415432>**                                       ◀ 9/13/2024, 4:49 PM
      We will go get a table

      Receipts • Jeremy Becker <4029576223> [D:9/13/2024, 4:49 PM]

>>>#  **<4026415432>**                                       ◀ 9/13/2024, 8:42 PM
      Thanks for visiting today. I appreciate your listening and understanding. It's hard for me to be patient sometimes but it's
      important now.

      Receipts • Jeremy Becker <4029576223> [D:9/13/2024, 8:42 PM]

>>>>  **Jeremy Becker <4029576223>**                         ▶ 9/13/2024, 8:51 PM
JB    We very much understand.  Sounds like truth and politics are on your side!

      Receipts • <4026415432> [R:9/13/2024, 8:56 PM]

**Daws0001686**