## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 9 | Date Range: 9/14/2024 |

## Outline of Conversations

💬     **+14029576223** · 9 messages on 9/14/2024 · <4026415432> · Jeremy Becker <4029576223>

<div style="border:1px solid black">

**Case
4:24cv3177**

**Exhibit
17**

</div>

**Daws0001696**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

\# **<4026415432>**    ◀ 9/14/2024, 12:32 AM

2 empty seats in front of me B3 row 3

Receipts • Jeremy Becker <4029576223> [D:9/14/2024, 12:32 AM]

\> JB **Jeremy Becker <4029576223>**    ▶ 9/14/2024, 12:34 AM

I see your swanky seats!

Receipts • <4026415432> [R:9/14/2024, 12:51 AM]

\>>\# **<4026415432>**    ◀ 9/14/2024, 12:51 AM

They just got used

Receipts • Jeremy Becker <4029576223> [D:9/14/2024, 12:51 AM]

\>>> JB **Jeremy Becker <4029576223>**    ▶ 9/14/2024, 4:10 PM

You'll have to tell Lana this funny story as well…
Kim and I came down and were within about 15 feet of you two with intent to sit down with you.  Right as we got there those two kids sat down in them! 😂

Receipts • <4026415432> [R:9/14/2024, 4:11 PM]

\>>>> JB **Jeremy Becker <4029576223>**    ▶ 9/14/2024, 4:11 PM

Have a great day.  GBR.

Receipts • <4026415432> [R:9/14/2024, 4:11 PM]

\>>>>> \# **<4026415432>**    ◀ 9/14/2024, 4:12 PM

That is funny.  Hard to believe they were that late.  GBR

Receipts • Jeremy Becker <4029576223> [D:9/14/2024, 4:12 PM]

\>>>>> \> JB **Jeremy Becker <4029576223>**    ▶ 9/14/2024, 4:15 PM

Keep thinking about how you have come so clean with me from our first conversation.   I appreciate all of this.  I continue to see major signs among all this and good reason to be associated directly to you,  and with you.   I honestly look forward to good things happening.
Thanks for this continued consideration - hopefully happening.

Receipts • <4026415432> [R:9/14/2024, 4:15 PM]

\>>>>> \>>\# **<4026415432>**    ◀ 9/14/2024, 4:16 PM

I'm a no gray area guy. You need to know how we got here so we can be successful moving forward and we will

Receipts • Jeremy Becker <4029576223> [D:9/14/2024, 4:16 PM]

\>>>>> \>>> JB **Jeremy Becker <4029576223>**    ▶ 9/14/2024, 4:17 PM

👍

Receipts • <4026415432> [R:9/14/2024, 4:17 PM]

Daws0001697