## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 9/24/2024 |

## Outline of Conversations

 **+14029576223** · 4 messages on 9/24/2024 · <4026415432> · Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
18

Daws0001761

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**    ▶ 9/24/2024, 2:42 PM

Thanks for believing in me and the process.  I really know you are dealing with some underlying issue with Rick & Co - so just glad you still take time to chat.
This is a big leap of faith for my career and family, but one that I want to be part of.  I cannot help but appreciate to have a longstanding industry great like you being there with this offer to join.    Most importantly though, the camaraderie we can build and for me to learn as much as I can from you, while you are willing before you ride off on the white horse.

Receipts • <4026415432> [R:9/24/2024, 2:42 PM]

>#    **<4026415432>**    ◀ 9/24/2024, 2:43 PM

I'm excited about getting us together and when that happens I'll be available for quite sometime

Receipts • Jeremy Becker <4029576223> [D:9/24/2024, 2:43 PM]

>> JB    **Jeremy Becker <4029576223>**    ▶ 9/24/2024, 2:50 PM

BTW…congrats on next weeks retirement 😂

Receipts • <4026415432> [R:9/24/2024, 3:03 PM]

>>>#    **<4026415432>**    ◀ 9/24/2024, 3:03 PM

Too funny

Receipts • Jeremy Becker <4029576223> [D:9/24/2024, 3:03 PM]

**Daws0001762**