## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 9/26/2024 |

### Outline of Conversations

**+14029576223** · 4 messages on 9/26/2024 · <4026415432> · Jeremy Becker <4029576223>

**Case
4:24cv3177**

**Exhibit
19**

**Daws0001787**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

\# **<4026415432>**    ◀ 9/26/2024, 8:30 PM

How did your meeting go yesterday

Receipts • Jeremy Becker <4029576223> [D:9/26/2024, 8:30 PM]

> JB **Jeremy Becker <4029576223>**    ▶ 9/26/2024, 9:05 PM

Greif Brothers is packaging.  It's an industry that isn't profitable for box carriers.   Flatbed biz is where it's at all day long!

How are things coming along?

Receipts • <4026415432> [R:9/26/2024, 9:05 PM]

>>\# **<4026415432>**    ◀ 9/26/2024, 9:05 PM

I'll call on my way home

Receipts • Jeremy Becker <4029576223> [D:9/26/2024, 9:05 PM]

>>> **Jeremy Becker <4029576223>**    ▶ 9/26/2024, 9:08 PM
JB

10-4

Receipts • <4026415432> [R:9/26/2024, 9:27 PM]

Daws0001788