## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 9/27/2024 |

## Outline of Conversations

💬      **+14029576223** · 5 messages on 9/27/2024 · <4026415432> · Jeremy Becker <4029576223>

<table>
<tr><td>
<strong>Case<br>4:24cv3177</strong><br><br><strong>Exhibit<br>20</strong>
</td></tr>
</table>

**Daws0001793**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬     **+14029576223**

JB     **Jeremy Becker <4029576223>**                    ▶ 9/27/2024, 4:30 PM

Is there any chance that you could get someone among your group to send me an overview of what the benefits look like at Daws?   Would love to take a look at them if you don't mind.

Receipts • <4026415432> [R:9/27/2024, 4:30 PM]

> JB     **Jeremy Becker <4029576223>**                  ▶ 9/27/2024, 4:32 PM

If you have a bunch of stuff going on today, then don't even worry about it and we can chat next week!

Receipts • <4026415432> [R:9/27/2024, 4:39 PM]

>># **<4026415432>**                                      ◀ 9/27/2024, 6:00 PM

It's turning into a shit show. Rick is here and moving out

Receipts • Jeremy Becker <4029576223> [D:9/27/2024, 6:00 PM]

>>>
JB     **Jeremy Becker <4029576223>**                    ▶ 9/27/2024, 6:30 PM

NO worries.  Sorry to bother you
Al the best to you down there.

Receipts • <4026415432> [R:9/27/2024, 6:30 PM]

>>>># **<4026415432>**                                   ◀ 9/27/2024, 6:30 PM

👍

Receipts • Jeremy Becker <4029576223> [D:9/27/2024, 6:30 PM]

Daws0001794