## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 10/2/2024 |

## Outline of Conversations

💬  **+14029576223** · 6 messages on 10/2/2024 · <4026415432> · Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
21

Daws0001900

## Messages in chronological order (times are shown in GMT +00:00)

---

💬 **+14029576223**

**JB**  **Jeremy Becker <4029576223>**                                    ▶ 10/2/2024, 9:05 PM

Been out by York helping my in-laws today in the field.  They were short handed for a day.
How's  status?  Retirement party tomorrow?

Receipts • <4026415432> [R:10/2/2024, 9:05 PM]

**>#**  **<4026415432>**                                                ◀ 10/2/2024, 9:06 PM

It's all coming to a head. Know more on Friday

Receipts • Jeremy Becker <4029576223> [D:10/2/2024, 9:06 PM]

**>> JB**  **Jeremy Becker <4029576223>**                               ▶ 10/2/2024, 9:07 PM

👍

Receipts • <4026415432> [R:10/2/2024, 9:11 PM]

**>>>#**  **<4026415432>**                                             ◀ 10/2/2024, 9:11 PM

If you're coming by stop for a beer

Receipts • Jeremy Becker <4029576223> [D:10/2/2024, 9:11 PM]

**>>>>**  **Jeremy Becker <4029576223>**                               ▶ 10/2/2024, 9:16 PM
**JB**  Rain check.
Kim and I are sure excited to make this all happen!

Receipts • <4026415432> [R:10/2/2024, 9:23 PM]

**>>>>>**  **Jeremy Becker <4029576223>**                              ▶ 10/2/2024, 9:18 PM
**JB**  Could you have one of your folks send me a copy of how your health benefits, etc work - when you get a chance.
Would like to take a look at them.
Do you do any business with companies that make the smaller housing units(generally move on a drop deck) for large scale electric/power projects?

Receipts • <4026415432> [R:10/2/2024, 9:23 PM]

Daws0001901