## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 3 | Date Range: 10/4/2024 |

## Outline of Conversations

💬     **+14029576223** · 3 messages on 10/4/2024 · <4026415432> · Jeremy Becker <4029576223>

---

**Case
4:24cv3177**

**Exhibit
22**

**Daws0001914**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**        ▶ 10/4/2024, 7:42 PM
Any status to close out the week?

Receipts • <4026415432> [R:10/4/2024, 8:02 PM]

>#     **<4026415432>**        ◀ 10/4/2024, 8:03 PM
Can we meet up somewhere Monday afternoon. I have a conference call with lawyers and then want to start moving forward with us

Receipts • Jeremy Becker <4029576223> [D:10/4/2024, 8:03 PM]

>> JB    **Jeremy Becker <4029576223>**        ▶ 10/4/2024, 8:08 PM
Sure. I have stuff until mid afternoon and can come your way

Receipts • <4026415432> [R:10/4/2024, 8:12 PM]

Daws0001915