## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 10/14/2024 |

## Outline of Conversations

💬      **+14029576223** · 1 message on 10/14/2024 · <4026415432> · Jeremy Becker <4029576223>

**Case
4:24cv3177**

**Exhibit
23**

**Daws0001990**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**                          ▶ 10/14/2024, 1:15 PM

Good morning.
I am sure you realized this would most likely happen, but on Friday I spoke to (2) individuals that heard of the "hear say" about Jim Daws Trucking.

I had told you that Mark Nolan had heard some things that the new ownership was running it the wrong way.

The other that was concerning was a Union Bank guy from Columbus that I was chatting with at the Scarlet hotel before the volleyball game Friday night.   He mentioned he had heard a trucking company with 150 trucks in Milford went bankrupt.

Call me if you want to chat.  I fly out for Seattle at 1500.   I get back at 1400 on Wed.    Can talk til I fly out this afternoon.

Receipts • <4026415432> [R:10/14/2024, 1:15 PM]

Daws0001991