## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 5 | Date Range: 10/15/2024 |

## Outline of Conversations

💬    **+14029576223** · 5 messages on 10/15/2024 · <4026415432> · Jeremy Becker <4029576223>

> **Case
> 4:24cv3177**
>
> **Exhibit
> 24**

**Daws0002007**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14029576223**

JB    **Jeremy Becker <4029576223>**    ▶ 10/15/2024, 8:24 PM
When I land back in OMA tomorrow I am running out for dinner in Exeter to see sister and kids who are visiting.
I should have talk time to/from Exeter.
I am like you, I am ready to chisel our future and workload in front of us!

Receipts • <4026415432> [R:10/15/2024, 8:25 PM]

>#    **<4026415432>**    ◀ 10/15/2024, 9:12 PM
Can you talk now

Receipts • Jeremy Becker <4029576223> [D:10/15/2024, 9:12 PM]

>> JB    **Jeremy Becker <4029576223>**    ▶ 10/15/2024, 9:30 PM
What's your friends name or company name?

Receipts • <4026415432> [R:10/15/2024, 9:30 PM]

>>>#    **<4026415432>**    ◀ 10/15/2024, 9:31 PM
Schemeeckle Bros construction fort Morgan  co

Receipts • Jeremy Becker <4029576223> [D:10/15/2024, 9:31 PM]

>>>>    **Jeremy Becker <4029576223>**    ▶ 10/15/2024, 9:35 PM
JB    👍

Receipts • <4026415432> [R:10/15/2024, 11:30 PM]

**Daws0002008**