## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 10/18/2024 |

## Outline of Conversations

💬　　　**+14029576223** · 7 messages on 10/18/2024 · <4026415432> · Jeremy Becker <4029576223>

Case
4:24cv3177

Exhibit
25

Daws0002027

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬     **+14029576223**

# **<4026415432>**   ◀ 10/18/2024, 12:22 AM

I'm bringing Jeff our ops guy along also

Receipts • Jeremy Becker <4029576223> [D:10/18/2024, 12:22 AM]

> JB   **Jeremy Becker <4029576223>**   ▶ 10/18/2024, 12:22 AM

👍

Receipts • <4026415432> [R:10/18/2024, 12:22 AM]

>> JB   **Jeremy Becker <4029576223>**   ▶ 10/18/2024, 4:31 PM

Just got out of meeting and hopped in truck on way. Might be a bit late.

Receipts • <4026415432> [R:10/18/2024, 4:36 PM]

>>>
JB   **Jeremy Becker <4029576223>**   ▶ 10/18/2024, 4:50 PM

Can we talk anything about the Rick scenario with jeff with us?

Receipts • <4026415432> [R:10/18/2024, 4:56 PM]

>>>># **<4026415432>**   ◀ 10/18/2024, 4:56 PM

Yes. Just arrived and will get a table

Receipts • Jeremy Becker <4029576223> [D:10/18/2024, 4:56 PM]

>>>>>
JB   **Jeremy Becker <4029576223>**   ▶ 10/18/2024, 10:58 PM

Thanks again for lunch
Did you hear from Wayne?

Receipts • <4026415432> [R:10/18/2024, 10:58 PM]

>>>>>
># **<4026415432>**   ◀ 10/18/2024, 10:58 PM

Not yet

Receipts • Jeremy Becker <4029576223> [D:10/18/2024, 10:58 PM]

Daws0002028