## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 10/19/2024 |

### Outline of Conversations

💬    **+14029576223** · 5 messages on 10/19/2024 · <4026415432> · Jeremy Becker <4029576223>

**Case
4:24cv3177

Exhibit
26**

Daws0002035

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14029576223**

\# **<4026415432>**  ◄ 10/19/2024, 3:52 PM
Wayne just looked at his phone. What's Monday look like for you

Receipts • Jeremy Becker <4029576223> [D:10/19/2024, 3:52 PM]

> JB **Jeremy Becker <4029576223>**  ► 10/19/2024, 4:14 PM
I could make it happen

Receipts • <4026415432> [R:10/19/2024, 4:17 PM]

>> JB **Jeremy Becker <4029576223>**  ► 10/19/2024, 10:04 PM
What is the plan for Monday?

Receipts • <4026415432> [R:10/19/2024, 10:04 PM]

>>>\# **<4026415432>**  ◄ 10/19/2024, 10:04 PM
Waiting on Wayne.  Hopefully he's lining up the jet

Receipts • Jeremy Becker <4029576223> [D:10/19/2024, 10:04 PM]

>>>> JB **Jeremy Becker <4029576223>**  ► 10/19/2024, 10:05 PM
Got it

Receipts • <4026415432> [R:10/19/2024, 10:05 PM]

Daws0002036