**Sent:** Tue 10/22/2024 6:32:47 PM
**From:** jeremy becker <jwbecker75@yahoo.com>
**To:** "jimdaws24@gmail.com" <jimdaws24@gmail.com>
**Subject:** Questions covered

4:24-cv-03177-SMB-MDN   Doc # 86-25   Filed: 02/24/25   Page 1 of 1 - Page ID # 1533

Naturally, with things starting to show positive entry, I have inquiry.  As things stay moving, I want to understand a better.  Part is just my way of visual learning, but I also want to see how numbers work for what we talk about.  I want to talk about this stuff over the phone, but also wanted to get it down on paper so you could read them and allows me to elaborate a little better...

1) Purchasing a truck
Does the manufacturer provide better financing, or does it make better sense to finance through a bank?
Can you walk me through an example or show me the accounting of a truck(monthly/weekly)?  I want to see how cost works(all the expenses) and hopeful profitability.  Along with what it takes to make a truck profitable per month?
Example, you mentioned running a truck 8,000 miles for potential profitability.
For example, purchase price $210,000,  plan / financial terms / month line item of all accounting if possible.

2) Can you show me one quarter of the P&L for your brokerage, or talk me through it?  I would love to look and see what the the possibilities are and your overhead in general.

3) Tell me more about how you see ownership among Renee, Corey, and myself.  I am curious what they want and what they are interested in for a percentage, etc.

4) You mentioned you get your property back on Oct 31.  Does this include everything except the trucks/trailers and staff that Rick has?    Do you figure to move back into that property as fast as you can to help expedite our venture, right?

5) I was thinking about Wayne's meeting and how it may help if Lucas had some additional peace of mind in what they would be investing into?   Do we send them some intel on claims/insurance/activity, and how it works among the trucking industry, and/or show the odds of solid return on investment?   Also, would it make any sense to see if Wayne wanted to front a loan(negotiable on rate %/prime); Then, working out a payment plan with him?   Taking a loan from Wayne, in my opinion, is much better than the penalties and processing one faces with a bank.  However, I am very observant of your solid relationships ;)

By the way, you walking me through this is worth its weight in gold.  One of the many big reasons I want to work with you moving forward is your knowledge and experience in all the categories I am asking about.  You will teach me a ton about knowing more on the profitability of a trucking company.    I don't have much anxiety because I believe in the way we make this work.

The only thing I do worry about is taking a step too far back from what my current earning potential is.   I think with ownership and putting together plan for making sure returns happen early is what can eliminate that anxiety.    I get the part about struggling early on to get things going, but to hear from you out on how to integrate all this could help a lot.

Sorry, as its a bit of rambling but I hope you understand my questions.  Thanks JIm.   I continue to be incredibly excited about where we can go with this all.
Thanks.

JB

Case
4:24cv3177

Exhibit
29

Daws0000904