## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 5 | Date Range: 10/22/2024 |

**Outline of Conversations**

 **chat135622071988445461** · 5 messages on 10/22/2024 · <4026415432> · Jeff Keeler <7855437246> · Ranae Muenchrath <4026411832> · Wayne Schmeeckle <9703962800>

**Case 4:24cv3177**

**Exhibit 30**

**Daws0002076**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **chat135622071988445461**

**WS**    **Wayne Schmeeckle <9703962800>**    ▶ 10/22/2024, 7:32 PM

Schmeeckle trailer's

3- 48' composite tarp trailers
1- 48' composite flatbed
1- Landoll 50 ton heavy haul
1- Landoll 35 ton sliding axle

*File **"a28b2ce7-9f1e-44f6-8fa5-47e97fb06f9d.jpeg"** is missing.*
*Image: ~_Library_SMS_Attachments_66_06_48864E06-7C4F-4618-A241-BA23DFB833CA_IMG_8470.jpeg (266 KB)*

Receipts • <4026415432> [R:10/22/2024, 7:32 PM]

**> WS**    **Wayne Schmeeckle <9703962800>**    ▶ 10/22/2024, 7:32 PM

IMG_8470.jpeg
https://p54-
content.icloud.com/MY2F021D50D22EDB84C9B13087BD3AAB6BEDD7079CF21467EC7656BC94367A9714.21F788C
E698EE1A9.C01USN00

Receipts • <4026415432> [R:10/22/2024, 7:32 PM]

**> WS**    **Wayne Schmeeckle <9703962800>**    ▶ 10/22/2024, 7:45 PM

*File **"e9c018d5-9280-4c65-91b7-e3695b547324.jpeg"** is missing.*
*Image: ~_Library_SMS_Attachments_ce_14_C7E2BBC7-96C6-4040-8F41-2529F71A7426_IMG_5843.jpeg (5 MB)*

Receipts • <4026415432> [R:10/22/2024, 7:45 PM]

**>>**
**WS**    **Wayne Schmeeckle <9703962800>**    ▶ 10/22/2024, 7:45 PM

IMG_5843.jpeg
https://p57-
content.icloud.com/MY2F021D50D22EDB84C9B13087BD3AAB6BEDD7079CF21467EC7656BC94367A9714.21F788C
E698EE1A9.C01USN00

Receipts • <4026415432> [R:10/22/2024, 7:45 PM]

**>> JK**    **Jeff Keeler <7855437246>**    ▶ 10/22/2024, 7:47 PM

Thank you for the info Wayne , we will stay in touch.

Receipts • <4026415432> [R:10/22/2024, 8:38 PM]

Daws0002077