## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 2 | Date Range: 10/9/2024 |

## Outline of Conversations

💬     **+19185107083** · 2 messages on 10/9/2024 · <4026415432> · Zach DeMerell <9185107083>

---

**Case
4:24cv3177**

**Exhibit
31**

Daws0001952

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+19185107083**

ZD **Zach DeMerell <9185107083>**                    ▶ 10/9/2024, 8:06 PM

Sorry to bother you. Just seeing if you still own j&l enterprises/ my truck. Would like to keep paying you rather than turn in the keys.

Receipts • <4026415432> [R:10/9/2024, 8:06 PM]

>#  **<4026415432>**                              ◀ 10/9/2024, 8:07 PM

Yes I'm the owner of j & l. You're in good hands with me. Call me later for a discussion

Receipts • Zach DeMerell <9185107083> [R:10/9/2024, 8:07 PM]

Daws0001953