## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 9/28/2024 |

### Outline of Conversations

💬    **+13303160157** · 7 messages on 9/28/2024 · <4026415432> · Jerry Anderson <3303160157>

```
Case
4:24cv3177

Exhibit
33
```

Daws0001812

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13303160157**

**JA** | **Jerry Anderson <3303160157>** | ▶ 9/28/2024, 1:30 PM
At yard if you need me to do anything

Receipts • <4026415432> [R:9/28/2024, 1:31 PM]

>#  | **<4026415432>** | ◀ 9/28/2024, 1:32 PM
Anyone around the office that shouldn't be

>> JA | **Jerry Anderson <3303160157>** | ▶ 9/28/2024, 1:33 PM
No sir

Receipts • <4026415432> [R:9/28/2024, 1:39 PM]

>>> JA | **Jerry Anderson <3303160157>** | ▶ 9/28/2024, 1:33 PM
Not yet

Receipts • <4026415432> [R:9/28/2024, 1:39 PM]

>>>> JA | **Jerry Anderson <3303160157>** | ▶ 9/28/2024, 1:34 PM
I been up walking and watching

Receipts • <4026415432> [R:9/28/2024, 1:39 PM]

>>>>> # | **<4026415432>** | ◀ 9/28/2024, 1:39 PM
Thanks

>>>>> > JA | **Jerry Anderson <3303160157>** | ▶ 9/28/2024, 1:49 PM
My pleasure

Receipts • <4026415432> [R:9/28/2024, 1:51 PM]

Daws0001813