## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 9/29/2024 |

## Outline of Conversations

💬  **+13303160157** · 10 messages on 9/29/2024 · <4026415432> · Jerry Anderson <3303160157>

**Case
4:24cv3177**

**Exhibit
34**

**Daws0001820**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13303160157**

\# | **<4026415432>** | ◀ 9/29/2024, 1:15 PM
Want to ride today

\> JA | **Jerry Anderson <3303160157>** | ▶ 9/29/2024, 1:15 PM
Sure what time

Receipts • <4026415432> [R:9/29/2024, 1:15 PM]

\>>\# | **<4026415432>** | ◀ 9/29/2024, 1:16 PM
Is it quiet out there

\>>> JA | **Jerry Anderson <3303160157>** | ▶ 9/29/2024, 1:16 PM
Yes sir

Receipts • <4026415432> [R:9/29/2024, 1:16 PM]

\>>>> JA | **Jerry Anderson <3303160157>** | ▶ 9/29/2024, 1:17 PM
Nothing is going on

Receipts • <4026415432> [R:9/29/2024, 1:17 PM]

\>>>>> \# | **<4026415432>** | ◀ 9/29/2024, 1:17 PM
Leave my house about 9:15

\>>>>> > JA | **Jerry Anderson <3303160157>** | ▶ 9/29/2024, 1:19 PM
Okay

Receipts • <4026415432> [R:9/29/2024, 1:29 PM]

\>>>>> >> JA | **Jerry Anderson <3303160157>** | ▶ 9/29/2024, 1:20 PM
Meet you there

Receipts • <4026415432> [R:9/29/2024, 1:29 PM]

\>>>>> >>>\# | **<4026415432>** | ◀ 9/29/2024, 1:49 PM
Let's meet at fast mart in Seward. I need gas

\>>>>> >>>> JA | **Jerry Anderson <3303160157>** | ▶ 9/29/2024, 1:50 PM
Ok

Receipts • <4026415432> [R:9/29/2024, 1:50 PM]

Daws0001821