## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 2 | Date Range: 10/1/2024 |

## Outline of Conversations

**+13303160157** · 2 messages on 10/1/2024 · <4026415432> · Jerry Anderson <3303160157>

Case
4:24cv3177

Exhibit
35

Daws0001851

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+13303160157**

\#    **<4026415432>**                                              ◄ 10/1/2024, 11:06 AM
When you go to Omaha pick up a trailer at concrete industries

> JA    **Jerry Anderson <3303160157>**                            ► 10/1/2024, 12:37 PM
Yes sir

Receipts • <4026415432> [R:10/1/2024, 1:09 PM]

**Daws0001852**