## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 19 | Date Range: 10/26/2024 |

## Outline of Conversations

💬    **+13303160157** · 19 messages on 10/26/2024 · <4026415432> · Jerry Anderson <3303160157>

**Case
4:24cv3177**

**Exhibit
37**

**Daws0002118**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13303160157**

JA · **Jerry Anderson <3303160157>** ▶ 10/26/2024, 3:27 PM
Eld is disabled. All unplugged.

Receipts · <4026415432> [R:10/26/2024, 3:46 PM]

>#  **<4026415432>** ◀ 10/26/2024, 3:46 PM
Sounds good

>> JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 3:49 PM
Let me know if you hear from your friend

Receipts · <4026415432> [R:10/26/2024, 3:50 PM]

>>> JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 4:47 PM
Rick the dick is here with a trailer to start packing up i guess

Receipts · <4026415432> [R:10/26/2024, 4:48 PM]

>>>># **<4026415432>** ◀ 10/26/2024, 4:49 PM
Keep track of what he takes. Is it office stuff

>>>>> JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 4:49 PM
No in shop

Receipts · <4026415432> [R:10/26/2024, 4:49 PM]

>>>>> > JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 4:50 PM
Trying to figure out what he's taking i guess

Receipts · <4026415432> [R:10/26/2024, 4:50 PM]

>>>>> >># **<4026415432>** ◀ 10/26/2024, 4:51 PM
Take pictures as he loads please. How big of a trailer

>>>>> >>> JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 4:52 PM
Enclosed trailer little smaller than a car trailer

Receipts · <4026415432> [R:10/26/2024, 5:02 PM]

>>>>> >>>> JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 4:53 PM

*File **"a1670801-08d8-49a6-b6b2-8d563f7a79db.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_32_02_84C29562-7851-470B-BC19-0A5AE5D8AEF9_image000000.jpg (273 KB)*

Receipts · <4026415432> [R:10/26/2024, 5:02 PM]

>>>>> >>>>> JA  **Jerry Anderson <3303160157>** ▶ 10/26/2024, 4:53 PM
image000000.jpg

Receipts · <4026415432> [R:10/26/2024, 5:02 PM]

>>>>> **Jerry Anderson <3303160157>** ▶ 10/26/2024, 5:00 PM

Daws0002119

>>>>> I can't really see anything now they backed in to the shop bay
JA

Receipts • <4026415432> [R:10/26/2024, 5:02 PM]

>>>>> Jerry Anderson <3303160157>                                    ▶ 10/26/2024, 5:01 PM
>>>>> Rick left. Adonis left too
JA

Receipts • <4026415432> [R:10/26/2024, 5:02 PM]

>>>>> Jerry Anderson <3303160157>                                    ▶ 10/26/2024, 5:02 PM
>>>>> Just about 5 Mexicans getting inventory stuff
JA

Receipts • <4026415432> [R:10/26/2024, 5:02 PM]

>>>>> Jerry Anderson <3303160157>                                    ▶ 10/26/2024, 5:04 PM
>>>>> Truck 125 is here with a dry van. And a different name on it
JA

Receipts • <4026415432> [R:10/26/2024, 5:06 PM]

>>>>> <4026415432>                                                   ◀ 10/26/2024, 5:07 PM
>>>>> Headed out there
#
>>>>> Jerry Anderson <3303160157>                                    ▶ 10/26/2024, 5:07 PM
>>>>> Okay
JA

Receipts • <4026415432> [R:10/26/2024, 5:07 PM]

>>>>> Jerry Anderson <3303160157>                                    ▶ 10/26/2024, 5:30 PM
>>>>> All good
JA

Receipts • <4026415432> [R:10/26/2024, 5:30 PM]

>>>>> Jerry Anderson <3303160157>                                    ▶ 10/26/2024, 5:30 PM
>>>>> Not trying to draw attention to me watching
JA

Receipts • <4026415432> [R:10/26/2024, 5:30 PM]

Daws0002120