## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 36 | Date Range: 10/27/2024 |

## Outline of Conversations

💬    **+13303160157** · 36 messages on 10/27/2024 · <4026415432> · Jerry Anderson <3303160157>

Case
**4:24cv3177**

**Exhibit
38**

**Daws0002125**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13303160157**

\# **<4026415432>**
What's happening out there
◄ 10/27/2024, 1:05 PM

\> JA **Jerry Anderson <3303160157>**
Quiet this morning
► 10/27/2024, 2:09 PM

Receipts • <4026415432> [R:10/27/2024, 2:10 PM]

\>> JA **Jerry Anderson <3303160157>**
I'm sure they will be back soon
► 10/27/2024, 2:10 PM

Receipts • <4026415432> [R:10/27/2024, 2:10 PM]

\>>>\# **<4026415432>**
If they try to take anything out of the trailers or containers let me know please
◄ 10/27/2024, 2:11 PM

\>>>> JA **Jerry Anderson <3303160157>**
Will do 👍
► 10/27/2024, 2:12 PM

Receipts • <4026415432> [R:10/27/2024, 2:13 PM]

\>>>>> JA **Jerry Anderson <3303160157>**
I'm going to get breakfast and fuel in truck I be back
► 10/27/2024, 2:13 PM

Receipts • <4026415432> [R:10/27/2024, 2:13 PM]

\>>>>> \># **<4026415432>**
👍
◄ 10/27/2024, 2:13 PM

\>>>>> \>> JA **Jerry Anderson <3303160157>**
► 10/27/2024, 3:42 PM

*File **"e2378958-025a-467a-a5a9-fa0d5716d655.jpg"** is missing.
Image: ~_Library_SMS_Attachments_a6_06_29C2EB5C-8EA4-42EE-A80E-7511E8A6EF1A_dbd14873-b9fc-46b1-b854-8bc9f3d0d1a9.jpg (216 KB)*

Receipts • <4026415432> [R:10/27/2024, 3:51 PM]

\>>>>> \>>> JA **Jerry Anderson <3303160157>**
dbd14873-b9fc-46b1-b854-8bc9f3d0d1a9.jpg
► 10/27/2024, 3:42 PM

Receipts • <4026415432> [R:10/27/2024, 3:51 PM]

\>>>>> \>>> JA **Jerry Anderson <3303160157>**
Do you want me to check office out
► 10/27/2024, 3:51 PM

Receipts • <4026415432> [R:10/27/2024, 3:51 PM]

\>>>>> \>>>>\# **<4026415432>**
If you want and the shop. See if the bandsaw is gone 1954 shop 2003
◄ 10/27/2024, 3:52 PM

\>>>>> \>>>>> **Jerry Anderson <3303160157>**
Bills pc is gone and watsons
► 10/27/2024, 3:53 PM

JA

Receipts * <4026415432> [R:10/27/2024, 3:56 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 3:54 PM
>>>>> Jaisa pc gone
JA

Receipts * <4026415432> [R:10/27/2024, 3:56 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>>
JA

File *"b7b7c605-a07c-4e12-a585-4efd53e5565a.jpg"* is missing.
Image: ~_Library_SMS_Attachments_73_03_9D59F2D4-2EE1-4AD1-80D9-DBD8C1D68C54_image000000.jpg (208 KB)

File *"65f08675-19d6-4ef2-934e-25c88170a7b6.jpg"* is missing.
Image: ~_Library_SMS_Attachments_fd_13_64932F6D-9477-4458-A56A-A1EEAA8D9BD7_image000001.jpg (183 KB)

File *"e803548b-d5b3-4df0-9674-c226e9960e05.jpg"* is missing.
Image: ~_Library_SMS_Attachments_74_04_541E56BC-96AB-42DB-90CE-C6AF04B9523E_image000002.jpg (203 KB)

File *"f0202bb4-65a5-4281-8bd6-124a147415dd.jpg"* is missing.
Image: ~_Library_SMS_Attachments_db_11_46981BEA-FDCD-44C9-8616-E0A1703FF70A_image000003.jpg (204 KB)

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000000.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000001.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000002.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000003.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>>
JA

File *"e2fa1aaa-2d28-4abb-87dd-4da42321e08c.jpg"* is missing.
Image: ~_Library_SMS_Attachments_a7_07_3B859C07-7A27-47C4-995A-F1CA98BAFCA6_image000000.jpg (4 KB)

File *"f381ed64-c762-4d3c-b6f9-25de8fd7e61b.jpg"* is missing.
Image: ~_Library_SMS_Attachments_1e_14_A3DAF53C-C96B-4FF3-8330-209F0DF868CC_image000001.jpg (4 KB)

Daws0002127

*File **"7261526e-7f9f-44b1-928b-078cd2402b49.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_1e_14_67BA2BDC-5685-4DCC-B078-44BB8CE6B790_image000002.jpg (15 KB)*

*File **"5a1684e1-a922-4f17-a3c3-78ec8146d669.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_cc_12_338CC7F5-F125-4E05-8763-BC9E9D36483B_image000003.jpg (15 KB)*

*File **"db30a5ad-77e1-4d66-890e-efd111fbe50f.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_0f_15_8B462285-A1B4-4DC7-A96E-724989DF83EB_image000004.jpg (5 KB)*

*File **"219a42b9-5416-4cfa-b18a-5eb700bec683.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_13_03_873A0E2F-3B27-48D1-B226-212CA6441AA6_image000005.jpg (5 KB)*

*File **"b0e4b780-9e11-41b6-8341-30e7489d672c.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_2f_15_C942AB38-DD08-4FBA-A829-8EA69F2FB027_image000006.jpg (13 KB)*

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000000.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000001.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000002.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000003.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000004.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**                                ▶ 10/27/2024, 4:00 PM
>>>>> image000005.jpg
JA

Receipts * <4026415432> [R:10/27/2024, 4:00 PM]

**Daws0002128**

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:00 PM
>>>>> image000006.jpg
JA

Receipts • <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:00 PM
>>>>> Mainly inventory
JA

Receipts • <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:00 PM
>>>>> What i can see
JA

Receipts • <4026415432> [R:10/27/2024, 4:00 PM]

>>>>> **<4026415432>**    ◀ 10/27/2024, 4:01 PM
>>>>> Thanks for looking
#

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:01 PM
>>>>> No problem
JA

Receipts • <4026415432> [R:10/27/2024, 4:01 PM]

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:36 PM
>>>>> They are back
JA

Receipts • <4026415432> [R:10/27/2024, 4:37 PM]

>>>>> **<4026415432>**    ◀ 10/27/2024, 4:37 PM
>>>>> K
#

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:37 PM
>>>>> To move stuff maybe
JA

Receipts • <4026415432> [R:10/27/2024, 4:37 PM]

>>>>> **<4026415432>**    ◀ 10/27/2024, 4:38 PM
>>>>> Take any pictures that you can
#

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:39 PM
>>>>> I will
JA

Receipts • <4026415432> [R:10/27/2024, 4:39 PM]

>>>>> **Jerry Anderson <3303160157>**    ▶ 10/27/2024, 4:48 PM
>>>>> They backing into shop again
JA

Receipts • <4026415432> [R:10/27/2024, 6:01 PM]

**Daws0002129**