## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 34 | Date Range: 10/29/2024 |

## Outline of Conversations

💬     **+13303160157** · 34 messages on 10/29/2024 · <4026415432> · Jerry Anderson <3303160157>

Case
4:24cv3177

Exhibit
39

Daws0002583

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13303160157**

| | | |
|---|---|---|
| JA | **Jerry Anderson <3303160157>**<br>Rick the dick left just now | ▶ 10/29/2024, 3:28 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:54 PM] | |
| > JA | **Jerry Anderson <3303160157>**<br>They moving trucks today | ▶ 10/29/2024, 3:28 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:54 PM] | |
| >> JA | **Jerry Anderson <3303160157>**<br>Hes back | ▶ 10/29/2024, 3:35 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:54 PM] | |
| >>># | **<4026415432>**<br>I was there | ◀ 10/29/2024, 3:54 PM |
| >>>><br>JA | **Jerry Anderson <3303160157>**<br>I saw you pull in after I just sent it | ▶ 10/29/2024, 3:57 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:57 PM] | |
| >>>>><br>JA | **Jerry Anderson <3303160157>**<br>Somebody in a white mini van pulled around by north building | ▶ 10/29/2024, 3:58 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:58 PM] | |
| >>>>><br>> JA | **Jerry Anderson <3303160157>**<br>Nebraska tags | ▶ 10/29/2024, 3:58 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:58 PM] | |
| >>>>><br>>> JA | **Jerry Anderson <3303160157>**<br>So maybe farmer | ▶ 10/29/2024, 3:58 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:58 PM] | |
| >>>>><br>>>># | **<4026415432>**<br>If they try to get in let me know | ◀ 10/29/2024, 3:58 PM |
| >>>>><br>>>>><br>JA | **Jerry Anderson <3303160157>**<br>Talking to Terry now | ▶ 10/29/2024, 3:59 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:59 PM] | |
| >>>>><br>>>>>><br>JA | **Jerry Anderson <3303160157>**<br>So not sure who it is | ▶ 10/29/2024, 3:59 PM |
| | Receipts • <4026415432> [R:10/29/2024, 3:59 PM] | |
| >>>>><br>>>>>><br># | **<4026415432>**<br>Walk over and see who it is | ◀ 10/29/2024, 3:59 PM |
| >>>>> | **Jerry Anderson <3303160157>** | ▶ 10/29/2024, 4:00 PM |

Daws0002584

>>>>> On it
JA

Receipts • <4026415432> [R:10/29/2024, 4:14 PM]

>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 4:07 PM
>>>>> Dennis
JA

Receipts • <4026415432> [R:10/29/2024, 4:14 PM]

>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 4:28 PM
>>>>> I'll call you back.
JA

Receipts • <4026415432> [R:10/29/2024, 4:28 PM]

>>>>> **<4026415432>**                                                   ◀ 10/29/2024, 4:28 PM
>>>>> 👍
#

>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 6:28 PM
>>>>> They moving trucks out
JA

Receipts • <4026415432> [R:10/29/2024, 7:02 PM]

>>>>> **<4026415432>**                                                   ◀ 10/29/2024, 7:02 PM
>>>>> Cool.
#

>>>>> **<4026415432>**                                                   ◀ 10/29/2024, 7:08 PM
>>>>> If these leave let me know please and thanks
#

*File **"0935a4eb-3e6d-488a-a1c9-73ef2c1debb3.HEIC"** is missing.*
*Attachment: ~_Library_SMS_Attachments_d1_01_9390E847-4542-4D09-95CD-*
*0AD211936174_75192169055__BCE0451A-E304-4C84-996C-55C13CFF86CB.HEIC (2 MB)*

>>>>> **<4026415432>**                                                   ◀ 10/29/2024, 7:08 PM
>>>>> 75192169055__BCE0451A-E304-4C84-996C-55C13CFF86CB.HEIC
#

>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 7:09 PM
>>>>> Will do
JA

Receipts • <4026415432> [R:10/29/2024, 7:13 PM]

>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 7:11 PM
>>>>> What about 29
JA

Receipts • <4026415432> [R:10/29/2024, 7:13 PM]

>>>>> **<4026415432>**                                                   ◀ 10/29/2024, 7:13 PM
>>>>> That's mine too good job
#
>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 7:14 PM
>>>>> Double checking what's here now
JA

Receipts • <4026415432> [R:10/29/2024, 7:14 PM]

>>>>> **Jerry Anderson <3303160157>**                                    ▶ 10/29/2024, 7:21 PM
>>>>> So 75 88 41 110 123 124 are good to go
JA

Receipts • <4026415432> [R:10/29/2024, 7:22 PM]

Daws0002585

>>>>> **<4026415432>**　　　　　　　　　　　◀ 10/29/2024, 7:22 PM
>>>>> Yes
\#

>>>>> **Jerry Anderson <3303160157>**　　　　▶ 10/29/2024, 7:22 PM
>>>>> Ok
JA

Receipts • <4026415432> [R:10/29/2024, 7:22 PM]

>>>>> **Jerry Anderson <3303160157>**　　　　▶ 10/29/2024, 7:29 PM
>>>>> Guy in a newish brown chevy creeped thru the yard as i was picking up trash
JA

Receipts • <4026415432> [R:10/29/2024, 7:47 PM]

>>>>> **<4026415432>**　　　　　　　　　　　◀ 10/29/2024, 7:47 PM
>>>>> K
\#

>>>>> **Jerry Anderson <3303160157>**　　　　▶ 10/29/2024, 7:53 PM
>>>>> Know anybody in a white Volkswagen
JA

Receipts • <4026415432> [R:10/29/2024, 7:53 PM]

>>>>> **<4026415432>**　　　　　　　　　　　◀ 10/29/2024, 7:53 PM
>>>>> No
\#

>>>>> **Jerry Anderson <3303160157>**　　　　▶ 10/29/2024, 7:57 PM
>>>>> Guys from quik q the fuel thing we use. Looking for watson.
JA

Receipts • <4026415432> [R:10/29/2024, 8:00 PM]

>>>>> **Jerry Anderson <3303160157>**　　　　▶ 10/29/2024, 7:58 PM
>>>>> He's going to email Watson
JA

Receipts • <4026415432> [R:10/29/2024, 8:00 PM]

>>>>> **<4026415432>**　　　　　　　　　　　◀ 10/29/2024, 8:00 PM
>>>>> K
\#

Daws0002586