## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 4 | Date Range: 11/7/2024 |

## Outline of Conversations

💬     **+13303160157** · 4 messages on 11/7/2024 · <4026415432> · Jerry Anderson <3303160157>

**Case
4:24cv3177

Exhibit
40**

Daws0002656

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+13303160157**

\#  **<4026415432>**                                              ◄ 11/7/2024, 3:02 PM
Fresh coffee in the office

\> JA  **Jerry Anderson <3303160157>**                              ► 11/7/2024, 3:03 PM
Ok thanks

Receipts · <4026415432> [R:11/7/2024, 3:04 PM]

\>> JA  **Jerry Anderson <3303160157>**                             ► 11/7/2024, 9:52 PM
We back

Receipts · <4026415432> [R:11/7/2024, 9:53 PM]

\>>>\#  **<4026415432>**                                           ◄ 11/7/2024, 9:53 PM
Come to the office

Daws0002657