# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 9/28/2024 |

## Outline of Conversations

 **+17858227966** · 7 messages on 9/28/2024 · <4026415432> · Jonathon Saliba <7858227966>

**Case 4:24cv3177**

**Exhibit 42**

Daws0001816

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+17858227966**

JS    **Jonathon Saliba <7858227966>**                                    ▶ 9/28/2024, 7:08 PM
      With everything I'm hearing from people I'm just need to know if I still have a job after I deliver Monday

      Receipts • <4026415432> [R:9/28/2024, 7:08 PM]

>#    **<4026415432>**                                                    ◀ 9/28/2024, 7:09 PM
      We'll know a plan on Monday but yes you will

>> JS **Jonathon Saliba <7858227966>**                                    ▶ 9/28/2024, 7:10 PM
      Ok so do I call you or who

      Receipts • <4026415432> [R:9/28/2024, 7:10 PM]

>>># **<4026415432>**                                                     ◀ 9/28/2024, 7:10 PM
      Where are you delivering

>>>> **Jonathon Saliba <7858227966>**                                     ▶ 9/28/2024, 7:11 PM
JS    Fort Wayne Indiana

      Receipts • <4026415432> [R:9/28/2024, 7:11 PM]

>>>>> **<4026415432>**                                                    ◀ 9/28/2024, 7:11 PM
#     Call me

>>>>> **Jonathon Saliba <7858227966>**                                    ▶ 9/28/2024, 7:12 PM
> JS  Ok thank you

      Receipts • <4026415432> [R:9/28/2024, 7:12 PM]

Daws0001817