## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 3 | Date Range: 10/2/2024 |

### Outline of Conversations

💬    **+14695590790** • 3 messages on 10/2/2024 • <4026415432> • Lee Godsey <4695590790>

<table>
<tr><td>Case<br>4:24cv3177<br><br>Exhibit<br>44</td></tr>
</table>

Daws0001881

## Messages in chronological order (times are shown in GMT +00:00)

💬 **+14695590790**

LG **Lee Godsey <4695590790>**                                                    ▶ 10/2/2024, 12:53 PM
Are we getting paid on Friday, I got rent to pay and it's almost $2,000

Receipts • <4026415432> [R:10/2/2024, 12:53 PM]

>#  **<4026415432>**                                                             ◀ 10/2/2024, 12:53 PM
Supposed to If not I'll make you good

>> LG  **Lee Godsey <4695590790>**                                              ▶ 10/2/2024, 12:54 PM
Okay, thank you Jim

Receipts • <4026415432> [R:10/2/2024, 1:19 PM]

Daws0001882