## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 1 | Date Range: 10/21/2024 |

## Outline of Conversations

💬    **+14695590790** · 1 message on 10/21/2024 · <4026415432> · Lee Godsey <4695590790>

**Case
4:24cv3177

Exhibit
45**

**Daws0002051**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **+14695590790**

LG   **Lee Godsey <4695590790>**                                ▶ 10/21/2024, 12:58 PM
Do you know what time Corey is supposed to be here

Receipts • <4026415432> [R:10/21/2024, 2:39 PM]

**Daws0002052**