## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 10/16/2024 |

### Outline of Conversations

💬 **+16203883996** · 3 messages on 10/16/2024 · <4026415432> · Craig Eubank <6203883996>

Case
4:24cv3177

Exhibit
46

**Daws0002021**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **+16203883996**

CE   **Craig Eubank <6203883996>**                      ▶ 10/16/2024, 9:08 PM

Mr Jim . Ms Tammy and I have a contact on our house here in Illinois . Just wanted to ask if a dry van would still be available to use ? I am so sorry to bother you with this your plate is full enough . If you cannot answer I do understand because of legal issues . Our prayers are always with you !

Receipts • <4026415432> [R:10/16/2024, 9:08 PM]

>#   **<4026415432>**                      ◀ 10/16/2024, 10:51 PM

I'll check with Corey and see if we have anything available and road worthy

Receipts • Craig Eubank <6203883996> [D:10/16/2024, 10:51 PM]

>> CE   **Craig Eubank <6203883996>**                      ▶ 10/16/2024, 10:53 PM

Perfect thank you so very much .

Receipts • <4026415432> [R:10/16/2024, 10:53 PM]

**Daws0002022**