## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 3 |
| Total Messages: 2 | Date Range: 10/31/2024 |

## Outline of Conversations

💬 **chat348459884687569740** · 2 messages on 10/31/2024 · <4026415432> · Ice <4026414045> · Ranae Muenchrath <4026411832>

**Case
4:24cv3177

Exhibit
50**

Daws0002606

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **chat348459884687569740**

RM    **Ranae Muenchrath <4026411832>**    ▶ 10/31/2024, 12:23 AM

I am home.   Thanks so much for everything.   I am beyond excited and happy with the news from tonight and I can't be more excited to move forward and come back stronger than ever.   Love you guys.

Receipts · <4026415432> [R:10/31/2024, 12:23 AM]

>#    **<4026415432>**    ◀ 10/31/2024, 12:33 AM

I'm excited also. Love you too

**Daws0002607**