## Short Message Report

| | |
|---|---|
| Conversations: 1 | Participants: 2 |
| Total Messages: 3 | Date Range: 10/20/2024 |

### Outline of Conversations

💬     **+14026416249** · 3 messages on 10/20/2024 · <4026415432> · Corey Stull <4026416249>

| Case |
|---|
| **Case**<br>**4:24cv3177**<br><br>**Exhibit**<br>**51** |

**Daws0002047**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **+14026416249**

\#   **<4026415432>**   ◀ 10/20/2024, 7:13 PM
Please send me your email so Brian can email you the logo for peters brothers

Receipts • Corey Stull <4026416249> [D:10/20/2024, 7:13 PM]

> CS   **Corey Stull <4026416249>**   ▶ 10/20/2024, 7:15 PM
Coreymstull@gmail.com

Receipts • <4026415432> [R:10/20/2024, 7:15 PM]

>>\#   **<4026415432>**   ◀ 10/20/2024, 7:23 PM
Thanks

Receipts • Corey Stull <4026416249> [D:10/20/2024, 7:23 PM]

**Daws0002048**