## Short Message Report

| Conversations: 1 | Participants: 2 |
| --- | --- |
| Total Messages: 4 | Date Range: 10/21/2024 |

## Outline of Conversations

💬     **+14026416249** · 4 messages on 10/21/2024 · <4026415432> · Corey Stull <4026416249>

| Case 4:24cv3177 Exhibit 52 |
| --- |

**Daws0002055**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+14026416249**

\# **<4026415432>**
What did Adam say
◄ 10/21/2024, 3:24 PM

Receipts • Corey Stull <4026416249> [D:10/21/2024, 3:24 PM]

> CS **Corey Stull <4026416249>**
He will pull a refer.
► 10/21/2024, 3:28 PM

Receipts • <4026415432> [R:10/21/2024, 3:32 PM]

>>\# **<4026415432>**
Good
◄ 10/21/2024, 3:33 PM

Receipts • Corey Stull <4026416249> [D:10/21/2024, 3:33 PM]

>>> CS **Corey Stull <4026416249>**
Lee goin in 61
► 10/21/2024, 3:36 PM

Receipts • <4026415432> [R:10/21/2024, 3:39 PM]

Daws0002056