## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 10/20/2024 |

### Outline of Conversations

💬    **+14026411832** · 10 messages on 10/20/2024 · <4026415432> · Ranae Muenchrath <4026411832>

**Case
4:24cv3177**

**Exhibit
54**

Daws0002045

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **+14026411832**

| | | |
|---|---|---|
| # | **\<4026415432\>** | ◄ 10/20/2024, 6:43 PM |

So you have a hangover today 🪙🪙🪙

Receipts • Ranae Muenchrath \<4026411832\> [D:10/20/2024, 6:43 PM]

\> RM   **Ranae Muenchrath \<4026411832\>**   ► 10/20/2024, 6:44 PM

Yes and now I am trying to work at the bar without puking 😄

Receipts • \<4026415432\> [R:10/20/2024, 6:44 PM]

\>\># **\<4026415432\>**   ◄ 10/20/2024, 6:44 PM

Too funny. We are going to north platte and leaving my house at 7:30

Receipts • Ranae Muenchrath \<4026411832\> [D:10/20/2024, 6:45 PM]

\>\>\>
RM   **Ranae Muenchrath \<4026411832\>**   ► 10/20/2024, 6:50 PM

Tomorrow ?

Receipts • \<4026415432\> [R:10/20/2024, 6:51 PM]

\>\>\>\># **\<4026415432\>**   ◄ 10/20/2024, 6:51 PM

Yeah should've said that

Receipts • Ranae Muenchrath \<4026411832\> [D:10/20/2024, 6:51 PM]

\>\>\>\>\>
RM   **Ranae Muenchrath \<4026411832\>**   ► 10/20/2024, 6:51 PM

I see …. Who's all going ?   Are you meeting Wayne

Receipts • \<4026415432\> [R:10/20/2024, 6:51 PM]

\>\>\>\>\>
\># **\<4026415432\>**   ◄ 10/20/2024, 6:53 PM

Jeff Jeremy maybe Lana you me

Receipts • Ranae Muenchrath \<4026411832\> [D:10/20/2024, 6:53 PM]

\>\>\>\>\>
\>\># **\<4026415432\>**   ◄ 10/20/2024, 6:53 PM

Meeting Wayne for lunch

Receipts • Ranae Muenchrath \<4026411832\> [D:10/20/2024, 6:53 PM]

\>\>\>\>\>
\>\>\>
RM   **Ranae Muenchrath \<4026411832\>**   ► 10/20/2024, 6:54 PM

Okay.   I will be at your place at 7:30 in the morning

Receipts • \<4026415432\> [R:10/20/2024, 6:54 PM]

\>\>\>\>\>
\>\>\>\># **\<4026415432\>**   ◄ 10/20/2024, 6:54 PM

👍

Receipts • Ranae Muenchrath \<4026411832\> [D:10/20/2024, 6:54 PM]

Daws0002046