## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 11 | Date Range: 10/25/2024 |

## Outline of Conversations

💬      **+14026411832** · 11 messages on 10/25/2024 · <4026415432> · Ranae Muenchrath <4026411832>

```
Case
4:24cv3177

Exhibit
56
```

Daws0002109

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬   **+14026411832**

RM   **Ranae Muenchrath <4026411832>**                                    ▶ 10/25/2024, 5:34 PM
I am home

Receipts • <4026415432> [R:10/25/2024, 5:36 PM]

>#   **<4026415432>**                                                     ◀ 10/25/2024, 5:37 PM
I'll get ahold of the guys and let you know when we will be there. What did AJ say

Receipts • Ranae Muenchrath <4026411832> [D:10/25/2024, 5:37 PM]

>> RM   **Ranae Muenchrath <4026411832>**                                ▶ 10/25/2024, 5:38 PM
I still haven't got him to answer my calls or call me back.   I tried this morning again too.

Receipts • <4026415432> [R:10/25/2024, 5:38 PM]

>>>   **Ranae Muenchrath <4026411832>**                                  ▶ 10/25/2024, 5:39 PM
RM   I just called again and left another message

Receipts • <4026415432> [R:10/25/2024, 5:46 PM]

>>>>#   **<4026415432>**                                                 ◀ 10/25/2024, 7:33 PM
Any luck with AJ

Receipts • Ranae Muenchrath <4026411832> [D:10/25/2024, 7:33 PM]

>>>>>   **Ranae Muenchrath <4026411832>**                                ▶ 10/25/2024, 7:36 PM
RM   No and that's the same number I have been calling.   I am gonna call at 3 our time again maybe he will be back from lunch

Receipts • <4026415432> [R:10/25/2024, 7:39 PM]

>>>>>   **<4026415432>**                                                 ◀ 10/25/2024, 8:04 PM
>#   I had Jeff leave AJ a message as well

Receipts • Ranae Muenchrath <4026411832> [D:10/25/2024, 8:04 PM]

>>>>>   **Ranae Muenchrath <4026411832>**                                ▶ 10/25/2024, 8:20 PM
>> RM   Ok

Receipts • <4026415432> [R:10/25/2024, 8:37 PM]

>>>>>   **Ranae Muenchrath <4026411832>**                                ▶ 10/25/2024, 8:22 PM
>>>   I just tried again and nothing
RM

Receipts • <4026415432> [R:10/25/2024, 8:37 PM]

>>>>>   **<4026415432>**                                                 ◀ 10/25/2024, 8:38 PM
>>>>#   I'll send a text message. I wonder if Rick filled him up with bullshit

Receipts • Ranae Muenchrath <4026411832> [D:10/25/2024, 8:38 PM]

>>>>>   **Ranae Muenchrath <4026411832>**                                ▶ 10/25/2024, 8:39 PM
>>>>>   I am beginning to wonder also.
RM

Receipts • <4026415432> [R:10/25/2024, 8:56 PM]

Daws0002110

Daws0002111