## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 9/24/2024 |

## Outline of Conversations

💬  **+14028906447** · 3 messages on 9/24/2024 · <4026415432> · Tony Glen <4028906447>

| Case<br>4:24cv3177<br><br>Exhibit<br>57 |
|---|

Daws0001763

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14028906447**

TG    **Tony Glen <4028906447>**                                    ▶ 9/24/2024, 3:01 PM
      Where are you (and I)working Oct 1? 😶

      Receipts • <4026415432> [R:9/24/2024, 3:03 PM]

>#    **<4026415432>**                                              ◀ 9/24/2024, 3:05 PM
      Monday September 30th I will be done

      Receipts • Tony Glen <4028906447> [D:9/24/2024, 3:05 PM]

>> TG    **Tony Glen <4028906447>**                                 ▶ 9/24/2024, 3:11 PM
      👍

      Receipts • <4026415432> [R:9/24/2024, 3:16 PM]

Daws0001764