## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 10/1/2024 |

## Outline of Conversations

💬    **+17856142552** · 3 messages on 10/1/2024 · <4026415432> · Jeff Cyphers <7856142552>

<div style="border:1px solid black; text-align:center">

**Case
4:24cv3177**

**Exhibit
60**

</div>

**Daws0001875**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+17856142552**

JC    **Jeff Cyphers <7856142552>**                    ▶ 10/1/2024, 10:45 PM
      How's things looking sir...asking for me .. just wanna know and I will stay with you no matter wat

      Receipts • <4026415432> [R:10/1/2024, 11:01 PM]

>#    **<4026415432>**                                ◀ 10/1/2024, 11:01 PM
      It's been a shit show that's why I got you in a Lana truck. Let's talk tomorrow

>> JC  **Jeff Cyphers <7856142552>**                   ▶ 10/1/2024, 11:03 PM
      I appreciate it more than you know

      Receipts • <4026415432> [R:10/1/2024, 11:06 PM]

Daws0001876