## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 10/21/2024 |

## Outline of Conversations

💬 **+17856142552** · 7 messages on 10/21/2024 · <4026415432> · Jeff Cyphers <7856142552>

Case
4:24cv3177

Exhibit
62

**Daws0002049**

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬 **+17856142552**

JC **Jeff Cyphers <7856142552>**                                    ▶ 10/21/2024, 12:48 AM
I think we will hafta talk about a refer.  I'm not a fan if that

Receipts • <4026415432> [R:10/21/2024, 12:48 AM]

ᐳ# **<4026415432>**                                                ◀ 10/21/2024, 12:49 AM
I'll call you tomorrow

ᐳᐳ JC **Jeff Cyphers <7856142552>**                                ▶ 10/21/2024, 1:06 AM
I can come see ya,just let me know

Receipts • <4026415432> [R:10/21/2024, 1:06 AM]

ᐳᐳᐳ# **<4026415432>**                                             ◀ 10/21/2024, 1:07 AM
Let's plan on meeting up on Tuesday

ᐳᐳᐳᐳ **Jeff Cyphers <7856142552>**                                 ▶ 10/21/2024, 1:15 AM
JC Sounds good...let me know where

Receipts • <4026415432> [R:10/21/2024, 2:02 AM]

ᐳᐳᐳᐳᐳ **Jeff Cyphers <7856142552>**                               ▶ 10/21/2024, 9:56 PM
JC

*File **"f359be77-a698-473f-8e0f-970394ab3ffb.jpg"** is missing.*
*Image: ~_Library_SMS_Attachments_44_04_DF3196F0-1F7D-43FA-835B-9901A3F0421C_image000000.jpg (374 KB)*

Receipts • <4026415432> [R:10/21/2024, 9:56 PM]

ᐳᐳᐳᐳᐳ **Jeff Cyphers <7856142552>**                               ▶ 10/21/2024, 9:56 PM
ᐳ JC image000000.jpg

Receipts • <4026415432> [R:10/21/2024, 9:56 PM]

Daws0002050