## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 10/20/2024 |

## Outline of Conversations

💬    **+17855437246** • **10 messages on 10/20/2024** • <4026415432> • Jeff Keeler <7855437246>

Case
4:24cv3177

Exhibit
63

Daws0002037

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬  **+17855437246**

JK    **Jeff Keeler <7855437246>**                                      ▶ 10/20/2024, 2:06 PM
      Did you ever hear anything from Wayne?

      Receipts • <4026415432> [R:10/20/2024, 2:13 PM]

>#    **<4026415432>**                                                  ◀ 10/20/2024, 2:15 PM
      Yesterday afternoon. Waiting on a response. Hoping he would send the plane. If not we will drive out. I said we could do lunch.

      Receipts • Jeff Keeler <7855437246> [D:10/20/2024, 2:15 PM]

>> JK **Jeff Keeler <7855437246>**                                      ▶ 10/20/2024, 2:16 PM
      Lunch on Monday?

      Receipts • <4026415432> [R:10/20/2024, 2:16 PM]

>>># **<4026415432>**                                                   ◀ 10/20/2024, 2:16 PM
      Yes

      Receipts • Jeff Keeler <7855437246> [D:10/20/2024, 2:16 PM]

>>>>  **Jeff Keeler <7855437246>**                                      ▶ 10/20/2024, 2:18 PM
JK    Sounds good. Let me know if that gets confirmed and I will come back to Nebraska this afternoon. Thanks

      Receipts • <4026415432> [R:10/20/2024, 3:00 PM]

>>>>> **<4026415432>**                                                  ◀ 10/20/2024, 3:02 PM
#     I'm planning on going regardless. Leaving my house at 7:45 and will pick you up on the way by.

      Receipts • Jeff Keeler <7855437246> [D:10/20/2024, 3:02 PM]

>>>>> **Jeff Keeler <7855437246>**                                      ▶ 10/20/2024, 3:04 PM
> JK  I will be ready. Are RaNae and Jeremy going?

      Receipts • <4026415432> [R:10/20/2024, 3:04 PM]

>>>>> **<4026415432>**                                                  ◀ 10/20/2024, 3:04 PM
>>#   Yes

      Receipts • Jeff Keeler <7855437246> [D:10/20/2024, 3:04 PM]

>>>>> **Jeff Keeler <7855437246>**                                      ▶ 10/20/2024, 3:05 PM
>>>   Good. See you in the morning.
JK

      Receipts • <4026415432> [R:10/20/2024, 3:05 PM]

>>>>> **<4026415432>**                                                  ◀ 10/20/2024, 3:05 PM
>>>># 👍

      Receipts • Jeff Keeler <7855437246> [D:10/20/2024, 3:05 PM]

Daws0002038