## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 6 | Date Range: 10/28/2024 |

## Outline of Conversations

**+14026412158** • 6 messages on 10/28/2024 • <4026415432> • Bryan Watson <4026412158>

**Case
4:24cv3177

Exhibit
64**

Daws0002575

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **+14026412158**

\#    **<4026415432>**                ◄ 10/28/2024, 3:27 PM

Have you heard from efs

Receipts • Bryan Watson <4026412158> [D:10/28/2024, 3:27 PM]

\> BW    **Bryan Watson <4026412158>**        ► 10/28/2024, 4:27 PM

I haven't heard a thing from Joe.

Receipts • <4026415432> [R:10/28/2024, 4:28 PM]

\>>#    **<4026415432>**                ◄ 10/28/2024, 4:28 PM

Reach out about a new account in loyal trucking and see what he says please

Receipts • Bryan Watson <4026412158> [D:10/28/2024, 4:28 PM]

\>>> BW    **Bryan Watson <4026412158>**        ► 10/28/2024, 4:59 PM

He responded and will send me an email. Do we have a head count for number of trucks we would have on this program

Receipts • <4026415432> [R:10/28/2024, 4:59 PM]

\>>>>#    **<4026415432>**             ◄ 10/28/2024, 4:59 PM

30 to start.

Receipts • Bryan Watson <4026412158> [D:10/28/2024, 4:59 PM]

\>>>>> BW    **Bryan Watson <4026412158>**       ► 10/28/2024, 5:10 PM

10 4

Receipts • <4026415432> [R:10/28/2024, 5:22 PM]

**Daws0002576**