## Short Message Report

| Conversations: 1 | Participants: 4 |
|---|---|
| Total Messages: 3 | Date Range: 8/21/2024 |

## Outline of Conversations

 **chat809871475341014640** • 3 messages on 8/21/2024 • <4026415432> • Jeff Keeler <7855437246> • Kathy Temme <4023669312> • Tony Glen <4028906447>

Case
4:24cv3177

Exhibit
66

Daws0001532

**Messages in chronological order** (times are shown in GMT +00:00)

---

💬    **chat809871475341014640**

#    **<4026415432>**                                                        ◄ 8/21/2024, 12:15 PM

Don't pay any bills till after payroll. I made Rick pretty mad last night. Hard to tell what he will do

> TG    **Tony Glen <4028906447>**                                          ► 8/21/2024, 12:18 PM
👍

Receipts • <4026415432> [R:8/21/2024, 12:33 PM]

>> KT    **Kathy Temme <4023669312>**                                       ► 8/21/2024, 12:33 PM
Ok

Receipts • <4026415432> [R:8/21/2024, 12:53 PM]

Daws0001533