| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Wednesday, September 18, 2024 4:24 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| **Attachments:** | 091824 cd settles.pdf; |

Case
4:24cv3177

Exhibit
67

JDT_00225420

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Wednesday, September 11, 2024 9:13 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |

**Attachments:**    091124 cd settles.pdf;

JDT_00226052

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Thursday, September 19, 2024 5:01 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |

**Attachments:**    091824 oo settles.pdf;

JDT_00226085

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Thursday, September 26, 2024 2:54 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| **Attachments:** | IMG_0781.JPG; IMG_0782.JPG; IMG_0783.JPG; IMG_0784.JPG; IMG_0785.JPG; IMG_0786.JPG; IMG_0787.JPG; IMG_0788.JPG; IMG_0789.JPG; |

JDT_00226352

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Thursday, September 26, 2024 12:10 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| **Attachments:** | 093024 cd settles.pdf; |

JDT_00226385

**From:**       Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**       Thursday, September 26, 2024 2:50 PM

**To:**         Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:** Jan 24 Pyr ap check register.xls; July 24 Pyr ap check register.xls; July 24 Pyr balance sheet.pdf; July 24 Pyr bank stmt.pdf; July 24 Pyr bookkeeping income stmt.pdf; July 24 Pyr income stmt.pdf; July 24 Pyr sales tax.pdf; July 24 Pyramid shell.xls; July 24 quicken check register.pdf; Pyr.pdf; Transactions-8965-2024-07-31.xls; Jan 24 Pyr balance sheet.pdf; 061724 Pyr paychecks.pdf; 062724 Pyr cash.pdf; 063024 Pyr 941.pdf; 063024 Pyr 941N.pdf; 063024 Pyr AR aging.pdf; 063024 Pyr UI tax report.pdf; 071524 Pyr 401k pymt.pdf; 071524 Pyr Fedl tax deposit.pdf; 071524 Pyr NE tax deposit.pdf; Jun 24 Form 10.pdf; Jan 24 Pyr bank stmt.pdf; Jun 24 Pyr ap check register.xls; Jun 24 Pyr balance sheet.pdf; Jun 24 Pyr bank stmt.pdf; Jun 24 Pyr bookkeeping income stmt.pdf; Jun 24 Pyr income stmt.pdf; Jun 24 Pyramid shell.xls; Nebraska Electronic Filing System - Form 941N Transaction Summary.pdf; thumbnail_73914229659__FFF10CAA-E765-4A00-AD82-6F4539672979.jpg; Jan 24 Pyr bookkeeping income stmt.pdf; Jan 24 Pyr Form 10.pdf; Jan 24 Pyr mgmt income stmt.pdf; Jan 24 Pyramid shell.xls; 063024 ytd example.pdf; July 24 Form 10.pdf;

JDT_00226448

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Friday, September 27, 2024 1:36 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| **Attachments:** | 2024 oo phys dam ins.xls; blank.xls; Daws-RDS.RDP; Show Desktop.scf; SlavicUniversalEmployerGuide.pdf; xm roster.xls; 2024 oo prev recaps.xls; 2024 oo recaps.xls; oo stats.xls; 2022 oo recaps.xls; 2023 oo recaps.xls; 2024 payroll detail.xls; 2024 payroll je.xls; 2021 time.xls; |

JDT_00226613

**From:**     Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-
TONY>

**Sent:**     Thursday, September 26, 2024 2:52 PM

**To:**       Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**   2020 Annual Business Survey census.pdf; blank inventory sheet.pdf; blank inventory
sheet.xls; Logo Final.pdf; Name Change.pdf; Pole Sign.pdf; PPP2 Pyr payroll.xls; Pyr BCBS
letter.pdf; Pyr CS loan 0184 loan docs.pdf; Pyr wire template.doc; Pyr York Occupancy
Cert.pdf; 2023 Annual Business Survey confirmation.pdf; Pyramid Canvas info.pdf; Pyramid
chart of accounts.xls; Pyramid draft time sheet.pdf; Pyramid employment application.pdf;
Pyramid file labels; Pyramid ins questionaire.pdf; Pyramid list of members.pdf; PYRAMID
logo.pdf; Pyramid old ins cert.pdf; 2023 Annual Business Survey.pdf; Pyramid PPT 2015 and
on; Pyramid Tarp Cornerstone Bank # 0184.tv5; Pyramid Tarp 2nd ppp forgiveness appl.pdf;
Pyramid Tarp and Repair LLC org docs.pdf; Pyramid Tarp drug policy.pdf; Pyramid Tarp
Meeting Minutes.pdf; Pyramid Tarp Morton Building docs.pdf; Pyramid Tarp NE Cert of
Org.pdf; Pyramid Tarp Operating Agreement.pdf; Pyramid Tarp PPP2 application.pdf;
Pyramid Tarp Seam Welder and Sewing Machine amort.pdf; Pyramid time sheet draft.xls;
Scan0025.pdf; Seam Welder specs.jpg; sign photo 1.jpg; sign photo 2.jpg; sign photo 3.jpg;
South Dakota SSTA Certificate.pdf; Stella art.pdf; The Employer's Guide to Unemployment
Insurance.pdf; 19681 Pyr sewing mach amort.xlsx; 041818 Pyramid cash backup.xls; 071222
Pyr bldg ins check.pdf; 072522 Morton Bldg damage bid.pdf; 082521 jones check register.xls;

JDT_00226638

**From:** Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:** Friday, September 27, 2024 11:35 AM

**To:** Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:** 401k signup.pdf; hsa garn.xls; Kansas escrow.pdf; 2024 Loves discounts.xls; 2024 Maint Fund Reserve.xls; 2024 mileage bonus.xls; OOIDA driver portion.pdf; OOIDA master copy.jpg; OOIDA pymt portion.pdf; payroll jes.pdf; 2020 Pyramid cash.xls; 072424 equip.pdf; Ryan Burger info.pdf; 103124 Safety Bonus.xls; SAPP 2024.xls; 2024 Sapp discount.xls; 2024 Shop Tickets.xls; 2021 time.xls; xm roster.xls; 080824 phone list.pdf; Bank Balance_Estimate.xls; blank.xls; Working Calendar.xls; 2024 Comdata discounts.xls; 2024 EFS discounts.xls; Empty.xls;

JDT_00226927

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Thursday, September 26, 2024 2:55 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| **Attachments:** | IMG_0790.JPG; IMG_0799.JPG; IMG_0800.JPG; IMG_0801.JPG; IMG_0802.JPG; IMG_0791.JPG; IMG_0792.JPG; IMG_0793.JPG; IMG_0794.JPG; IMG_0795.JPG; IMG_0796.JPG; IMG_0797.JPG; IMG_0798.JPG; |

JDT_00227004

**From:**        Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**        Friday, September 27, 2024 1:24 PM

**To:**          Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**  2023 CTL ap 1099 info all vendors.pdf; 2023 Form 10.pdf; 123123 HJ Trucking trial balance.xls; HJ safety bonus.pdf; HJ Trucking 2023 tax wps.pdf; Truck 111B purchase invoice.pdf; HJT truck 56 purchase j and l amort.pdf; HJT truck 56 setup JDT amort.pdf; HJT truck 111 part purchase CTL amort.pdf; HJT truck 111 setup ST 35013 JDT amort.pdf; Watson Buyout amort.pdf; 2023 CTL Form 1120.pdf; apr 23.pdf; aug 23.pdf; dec 22.pdf; dec 23.pdf; feb 23.pdf; jan 23.pdf; jul 23.pdf; jun 23.pdf; load #2.pdf; loan #1.pdf; 2023 CTL Form 1120N.pdf; mar 23.pdf; may 23.pdf; nov 23.pdf; oct 23.pdf; sept 23.pdf; 2023 J and L 043023 trial balance for Jones Bank.pdf; 2023 J and L Form 1065.pdf; 2023 J and L Form 1065N.pdf; 2023 Silverado purchase.pdf; 032423 NE tax refund j and l.pdf; Columbus Transp and Logistics 2023 tax wps.pdf; Aug 22 to Jul 23 elec bills for solar consideration.pdf; J and L 59E bill of sale.pdf; j and l 35049 54 set up.pdf; J and L Enterprises 2023 tax wps.pdf; J and L Jones Bank loan 9381.pdf; Apr 23 J and L finls.pdf; Aug 23 J and L finls.pdf; Feb 23 J and L finls.pdf; Jan 23 J and L finls.pdf; July 23 J and L finls.pdf; Dawn Pewick 2023 1099.pdf; Jun 23 J and L finls.pdf; Mar 23 J and L finls.pdf; May 23 J and L finls.pdf; Traci Sagmiller 2023 1099.pdf; 2023 Daws Inc tax wps.pdf; NE Tax Return.pdf; US Tax Return.pdf;

JDT_00227081

**From:**      Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-
               TONY>

**Sent:**      Thursday, September 26, 2024 5:45 PM

**To:**        Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**    093024 oo settles.pdf;

JDT_00227589

**From:**      Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**      Thursday, September 26, 2024 2:44 PM

**To:**        Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**  2024 10511.9.xls; LOC interest allocation.xls; 2024 comps.xls; 2024 HSA.xls; 2024 JDT book depr.xls; 2024 licensing gl.xls; 2024 Owed to Daws.xls; 2024 rolling four week average.xls; 2024 Shop Tickets.xls; 2025 licensing gl.xls;

JDT_00227661

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Thursday, September 26, 2024 2:53 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| | |
| **Attachments:** | 120920 Pyr Form 13.jpg; SalesUseTax.pdf; IMG_0761.JPG; IMG_0762.JPG; IMG_0763.JPG; IMG_0764.JPG; IMG_0765.JPG; IMG_0766.JPG; IMG_0767.JPG; IMG_0768.JPG; IMG_0769.JPG; NE Form 12N Kirk Daws.pdf; Nebraska Tax Application.pdf; Pyr Jen W4.pdf; Pyramid EIN.pdf; Pyramid Form 20.pdf; Pyramid NE Form 13.pdf; Pyramid Tarp Fed ID number.pdf; Pyramid Tarp W9.pdf; |

JDT_00227672

**From:** Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:** Friday, September 27, 2024 1:29 PM

**To:** Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:** 2023 Pyramid Tarp Form 1065.pdf; 2023 Pyramid Tarp Form 1065N.pdf; Watson 112 35817 new truck setup.pdf; Watson safety bonus.pdf; Watson Trucking 2023 misc.pdf; Watson Trucking 2023 tb wps.pdf; Watson Trucking 2023 trial balance.pdf; Watson Trucking Jan 23 bank stmt.pdf; Bill Molthan W2-10.I151090.2023.pdf; Dan Booth 2023 W2.pdf; Daws Incorporated 2023 Form W-3N.pdf; Kirk Daws 2023 K1.pdf; Daws Trucking Inc 2023 Form W-3N.pdf; HJ 111 amort due to CTL.pdf; Apr 24 J and L finls.pdf; Feb 24 J and L finls.pdf; J and L 7B setup 36437.pdf; J and L 7B 012324 purchase invoice.pdf; J and L 59E apu setup 36593.pdf; J and L loader purchased 082624.pdf; Jul 24 J and L finls.pdf; June 24 J and L finls.pdf; Pyramid Tarp & Repair 2023 tax wps.pdf; Mar 24 J and L finls.pdf; May 24 J and L finls.pdf; 2022 Form 1065 34821 CLIENT.pdf; 043024 loc sh distr.pdf; 37E Pete of Lincoln.pdf; 062024 JLD owed to JDT.pdf; JLD 37 Oregon citation for 061924 settle.pdf; JLD loan # 7870 payoff 44C.pdf; jld note 7870 may 24 payoff.pdf; Updated 062024 JLD owed to JDT.pdf; Stan Harvey 2023 K1.pdf; 9969 080524 loan payoff.pdf; Loyal sh dist as of 080824.pdf; 063024 Maint Fund Reserve.xls; 063024 oo recaps.xls; 96b auction invoice.pdf; 033124 Josh May tax info.pdf; 063024 Josh May maint.pdf; 063024 Josh May settlement detail.pdf; 063024 Josh May settlement summary.pdf; 033124 Scott Mitchell tax info.pdf; 2023 Form 10.pdf; 063024 Scott Mitchell maint.pdf; 063024 Scott Mitchell settlement detail.pdf; 063024 Scott Mitchell settlement summary.pdf; 033124 Milton Turner tax info.pdf; 063024 Milton Turner maint.pdf; 063024 Milton Turner settlement detail.pdf; 063024 Milton Turner settlement summary.pdf; 123123 Watson Trucking trial balance.xls; Form1005_4087773.pdf; Re_ Watson Trucking for 2023.zip;

JDT_00227702

**From:**        Tony Glenn <tglenn1892@gmail.com>
**Sent:**        Sunday, September 22, 2024 1:19 PM
**To:**          Tony (work) <tony@daws-trucking.com>;
**Subject:**     Pyramid backup 091524

**Attachments:**   Pyramid Tarp & Repair LLC (Backup Sep 15,2024 09 22 AM).QBB;

JDT_00228156

**From:**        Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-
              TONY>

**Sent:**        Thursday, September 26, 2024 3:51 PM

**To:**          Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:** Aug 24 CTL shell.xls; authority; CT&L CoverSheet 092513.doc; CTL authority.pdf; CTL bond
              091713.pdf; CTL carrier packet updated 092513.pdf; CTL insurance.pdf; CTL service
              agreement.pdf; insurance; 083124 CTL gl detail.pdf; Logs audit receipts 2.xls; service
              agreement; Shameg W9.pdf; w-9;
              2024_COLUMBUS_TRANSPORTATION_AND_LOGISTICS_LLC_Jill_Kruse-signed-
              certificate.pdf; Articles of Organization Columbus Transportation.pdf; CTL Articles of
              Incorporation.pdf; CTL void check.pdf; CTL W-9 2020.pdf; HJ 111 amort due to CTL.pdf;
              2015 CTL W9.pdf;

JDT_00228158

**From:**       Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**       Thursday, September 26, 2024 2:46 PM

**To:**         Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**  2024 Daws trial balance.xls; 2024 JLD trial balance.xls; 2024 Loyal trial balance.xls; Aug 24 Form 10.pdf; Aug 24 Pyr ap check register.xls; Aug 24 Pyr bank stmt.pdf; Aug 24 Pyramid shell.xls; 2024 oo payments.xls; 011624 truck list for Charles.pdf; 020224 equip.pdf; 042524 equip.pdf; 052124 equip.pdf; 061624 equip.pdf; 072424 equip.pdf; 2024 J and L trial balance.xls;

JDT_00228303

**From:**  Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**  Friday, September 27, 2024 1:26 PM

**To:**  Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**  123123 Pogo Express trial balance.xls; Checking Account Statements - 9_29_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 10_31_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 11_30_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 12_29_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 12_30_2022 - POGO EXPRESS TRANSPORTATION LLC.pdf; Jones Bank _ Loan account.pdf; Pogo Express 2023 tax wps.pdf; Pogo safety bonus.pdf; Transactions-2955-2024-02-01.csv; Transactions-2955-2024-02-01.xls; Checking Account Statements - 1_31_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 2_28_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 3_31_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 4_28_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 5_31_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 6_30_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 7_31_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf; Checking Account Statements - 8_31_2023 - POGO EXPRESS TRANSPORTATION LLC.pdf;

JDT_00228532

**From:**    Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**    Friday, September 27, 2024 1:26 PM

**To:**    Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**    2023 JLD Form 1065.pdf; 083123 Loyal trial balance.xls; Steve Green 2023 recap.pdf; Tim Swett 2023 recap.pdf; Tony Hall 2023 recap.pdf; VOE_ADAM_LAYMAN.pdf; Walter Haven 2023 recap.pdf; Zach Demerell 2023 recap.pdf; 123123 Loyal trial balance.xls; Loyal # 61E bill of sale.pdf; Loyal 15 overhaul.pdf; Loyal 66 apu setup.pdf; Loyal 76 overhaul.pdf; Loyal April 2023.pdf; Loyal Aug 2023.pdf; Loyal Dec 2023.pdf; Loyal Feb 2023.pdf; 2023 JLD Form 1065N.pdf; Loyal Jan 2023.pdf; Loyal July 2023.pdf; Loyal June 2023.pdf; Loyal March 2023.pdf; Loyal May 2023.pdf; Loyal Nov 2023.pdf; Loyal Oct 2023.pdf; Loyal Sept 2023.pdf; Loyal Trucking 2023 tax wps.pdf; Loyal Trucking LLC 1.31.23.pdf; 083123 JLD LLC trial balance.xls; ongoing 2023 Loyal trial balance.xls; Stanley Craig 2023 tax info.pdf; 010223 Otho.pdf; 090623 Scott Mitchell finls.pdf; 122622 Otho.pdf; Adam Layman 2023 Form 1099.pdf; Adam Layman 2023 recap.pdf; Adam Layman 060523 online voe.pdf; al 122721.pdf; Ben Howard 2023 Form 1099.pdf; 123123 JLD LLC trial balance.xls; Ben Howard 2023 recap.pdf; Ben Howard 052523 amort sched.pdf; Ben Howard 052523 promissory note.doc; Ben Howard 052523 truck sale contract.doc; Bill Haley 2023 recap.pdf; Bill Slated 2023 recap.pdf; Bobby Haney 2023 recap.pdf; Brad Buchanan 2023 recap.pdf; Brad Buchanan last settlement.pdf; Brandon Almond 2023 recap.pdf; JLD 2023 tax wps.pdf; Brian Best 2023 recap.pdf; Craig Eubank 2023 recap.pdf; Cris Coover 2023 recap.pdf; Dan Reed 2023 recap.pdf; Darl Parry 2023 recap.pdf; Dave Stutzman 2023 recap.pdf; Doug Warnsing 2023 maint.pdf; Doug Warnsing 2023 settlement detail final.pdf; Doug Warnsing 2023 settlement detail.pdf; Doug Warnsing 2023 settlement summary final.pdf; JLD new truck warranty 091923.pdf; Doug Warnsing 2023 settlement summary.pdf; Dylan Wayne 2023 recap.pdf; Eric Burt 2023 recap.pdf; George Wiltrout 2023 recap.pdf; Jake Barfuss 2023 recap.pdf; James Turner 2023 recap.pdf; Jason Hernandez 2023 recap.pdf; Jeff Klein 2023 recap.pdf; Jeff Turner 2023 recap.pdf; Jerry Anderson 2023 recap.pdf; 23-24 Loyal Trucking Renewal Proposal.pdf; Jessica Kirk 2023 recap.pdf; Joe Witt 2023 recap.pdf; Joe Witt 2023 spreadsheet.xls; John Price 2023 recap.pdf; John Price 122223 tax info.pdf; John Vance 2023 recap.pdf; Jonathan Saliba 2023 recap.pdf; Jonathan Saliba 2022 2023 finls.pdf; Josh May 2023 tax info.pdf; Josh May 033123 tax info.pdf; 2023 Loyal Form 1065.pdf; Josh May 063023 tax info.pdf; Josh May 093023 tax info.pdf; Josh Pooler 2023 recap.pdf; Kendall Miller 2023 recap.pdf; Kevin Totten 2023 recap.pdf; Leroy Gray 2023 recap.pdf; Mark Brant 2023 recap.pdf; Michael Hill 2023 recap.pdf; Mike Buttjer 2023 recap.pdf; Milton Turner 093023 tax info.pdf; 2023 Loyal Form 1065N.pdf; Milton Turner as of 070523 tax info.pdf; Otho Williams 2023 recap.pdf; Paul Barber 2023 recap.pdf; Robert Hemenway 2023 recap.pdf; Rollin Brenneman 2023 recap.pdf; Ryan Brown 2023 recap.pdf; Scott Mitchell 2023 1099.pdf; Scott Mitchell 2023 tax info.pdf; Scott Mitchell 093023 tax info.pdf; Scott VanBuskirk 2023 recap.pdf;

JDT_00228636

**From:**          Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**          Thursday, September 26, 2024 2:51 PM

**To:**            Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**   1q24 Pyr Form 941.pdf; Mar 24 Pyramid shell.xls; 051324 Verizon.jpg; 052024 paycheck stubs.jpg; 052724 paycheck stubs.jpg; 053124 Pyr AR Aging.pdf; May 24 Pyr ap check register.xls; May 24 Pyr balance sheet.pdf; May 24 Pyr bank stmt.pdf; May 24 Pyr bookkeeping income statment.pdf; May 24 Pyr Form 10.pdf; 033124 NE UI.pdf; May 24 Pyr income statment.pdf; May 24 Pyramid shell.xls; x.xls; 2024 Form 94 Waste Reduction return.pdf; 091824 york checks.xls; pr to 0916.xls; Sep 24 Pyramid shell.xls; Mar 24 Form 10.pdf; Mar 24 Form 941N.pdf; Mar 24 Pyr ap check register.xls; Mar 24 Pyr balance sheet.pdf; Mar 24 Pyr bank stmt.pdf; Mar 24 Pyr bookkeeping income stmt.pdf; Mar 24 Pyr income stmt.pdf;

JDT_00229316

| | |
|---|---|
| **From:** | Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY> |
| **Sent:** | Thursday, September 26, 2024 2:53 PM |
| **To:** | Tony (home) Glenn <tglenn1892@gmail.com>; |
| **Subject:** | |
| **Attachments:** | IMG_0770.JPG; IMG_0779.JPG; IMG_0780.JPG; IMG_0771.JPG; IMG_0772.JPG; IMG_0773.JPG; IMG_0774.JPG; IMG_0775.JPG; IMG_0776.JPG; IMG_0777.JPG; IMG_0778.JPG; |

JDT_00229366

**From:** Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:** Thursday, September 26, 2024 2:49 PM

**To:** Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:** 2024 Pyr payroll.xls; Apr 24 Pyr ap check register.xls; Apr 24 Pyr balance sheet.pdf; Apr 24 Pyr bank stmt.pdf; Apr 24 Pyr Form 10.pdf; Apr 24 Pyr income statement.pdf; Apr 24 Pyramid shell.xls; Feb 24 Pyr ap check register.xls; Feb 24 Pyr balance sheet.pdf; Feb 24 Pyr bank stmt.pdf; Feb 24 Pyr bookkeeping income stmt.pdf; Feb 24 Pyr Form 10.pdf; Feb 24 Pyr income stmt.pdf; Feb 24 Pyramid shell.xls; Feb 24 share pricing.pdf; Pyramid Tarp & Repair LLC (Backup Feb 29,2024 08 31 AM).QBB; 2024 Pyramid invoices.xls; 073124 Pyr gl detail.pdf; Aug 24 Pyramid Annual BLS Refiling Survey Summary Page.pdf; Pyr finls for Kent.pdf; Pyramid AP.xls; Apr 24 ar aging.pdf;

JDT_00229378

**From:**      Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**      Friday, September 27, 2024 1:34 PM

**To:**        Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**    2018 notebook notes.pdf; 6 column ledger paper.pdf; 2024 calendar.pdf; attendance controller.xls; billofsale 2.pdf; billofsale.pdf; Cash receipt fillable.pdf; Daws trip env6x9.pdf; Direct Deposit Authorization.doc; Driver vacation calc.xls; Expense report.xls; 2024_COLUMBUS_TRANSPORTATION_AND_LOGISTICS_LLC_Jill_Kruse-signed-certificate.pdf; Fax Coversheet 2010.doc; Fax Coversheet.doc; Generic file folder labels; hsa garn.pdf; hsa garn.xls; payroll jes.pdf; printable cash receipt.pdf; time off form.pdf; TIME OFF REQUEST form2.doc; Articles of Organization Columbus Transportation.pdf; timesheet-template.xls; TLC Deduction Authorization.pdf; TLCSlavicRolloverForm.pdf; travel expense report.doc; travel.xls; Daws Inc letterhead.pdf; daws trucking logo 2012.odg; CTL Articles of Incorporation.pdf; Daws_Trucking logo addl.pdf; Daws_Trucking logo.pdf; dawslogo.gif; Commission Cover Letter.pdf; Doc0209.pdf; NE-Policy6.pdf; 2014 2015 Time.xls; 2018 time.xls; 2019 time.xls; 2020 time.xls; CTL void check.pdf; AR service charges.xls; calendar.xls; calendar.xls; financial ratios.xls; ifta historical miles.xls; 2024 10511.9.xls; 2024 comps.xls; 2024 HSA.xls; 2024 JDT book depr.xls; 2024 licensing gl.xls; CTL W-9 2020.pdf; 2024 Owed to Daws.xls; 2024 rolling four week average.xls; 2024 Shop Tickets.xls; 2025 licensing gl.xls; LOC interest allocation.xls; 2024 J and L trial balance.xls; 2024 JLD trial balance.xls; 2024 Loyal trial balance.xls; HJ 111 amort due to CTL.pdf; 2 column ledger paper.pdf; 2 column.pdf;

JDT_00229444

**From:**         Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**         Thursday, September 26, 2024 2:56 PM

**To:**           Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:**  032822 Keeton OSHA agreement.pdf; Pyr Jackson Svcs credit app.pdf; Pyr Kimball Midwest credit appl.pdf; Pyr Merchant Transaction appl.pdf; Pyr Midwest Messenger ad.pdf; Pyr Unishippers credit appl.pdf; Pyramid Seaman credit app 071814.pdf; Pyramid Shur Co credit app.pdf; Pyramid Tarp AAmstrand Ropes credit app.pdf; Pyramid Tarp American and Efird credit app.pdf; Pyramid Tarp Fastenal credit app.pdf; 032922 Keeton OSHA check letter.pdf; Seaman credit approval.pdf; Shelton Reynolds Pyramid Tarp credit appl.pdf; Shurco Pyramid Tarp credit appl.pdf; Pyramid Jones checking.pdf; 2015 Pyramid empl benefit signed forms.pdf; 012916 file labels.odt; 102215 Pyramid Chart of Accounts.pdf; blank label file.odt; 032922 Keeton OSHA check.pdf; C and B proposal; Pyr canvas to tarp tape.pdf; Pyr customer check to Steve.pdf; Pyr Morton payment.pdf; Pyr workers comp claim info.pdf; 033022 Keeton info.pdf; Pyramid employment application.pdf; Pyramid void check.pdf; Keeton cancelled check cert mail sign.pdf; Final Pyramid list of members.pdf; Pyramid list of members.pdf; Pyramid list of members.xls; Pyramid purchase and lease agreements.pdf;

JDT_00229543

---

**From:**        Tony Glenn </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=18C2B75A8C5B4CA99079346877E069B7-TONY>

**Sent:**        Friday, September 27, 2024 1:31 PM

**To:**          Tony (home) Glenn <tglenn1892@gmail.com>;

**Subject:**

**Attachments:** Daws Scans_20240313_130248_000042610025.pdf; Bob Johnson Truck #76b.tv5; Tony Hall.tv5; TVALUE.dll; TValue5.chm; TValue5.dll; TValueLicense.txt; TValue-ReleaseNotes.pdf; UNWISE.EXE; Weekly pymt.tv5; Zach Demerell amort sched.tv5; Brad Buchanan #93C 19875.9000.tv5; Zach DeMerell.tv5; Brian Best Truck 34 purchase $636.63 payment begin 0120821.tv5; Brian Best Truck 34 purchase $800 payment begin 012721.tv5; Brian Best Truck 34 purchase $1000 payment as of 102221.tv5; Brian Best Truck 34 purchase $1000 payment begin 081121.tv5; Brian Best Truck 34 purchase $1000 payment begin 100522.tv5; Brian Best Truck 34 purchase.tv5; Bryan Watson buy out 2.tv5; Bryan Watson buy out zero percent.tv5; $4M.tv5; Bryan Watson buy out.tv5; Bryan Watson Truck 38C.tv5; Clayton Peaster # 59C.tv5; Clayton Peaster #59c.tv5; Craig Eubank #70E REVISED 030122.tv5; Craig Eubank #70E REVISED 050422.tv5; Craig Eubank #70E REVISED FOR EXTRA PAYMENTS 063021.tv5; Craig Eubank #70E REVISED FOR EXTRA PAYMENTS 073121.tv5; Craig Eubank #70E REVISED FOR EXTRA PAYMENTS 092921.tv5; Craig Eubank #70E REVISED FOR EXTRA PAYMENTS 120821.tv5; 142k.tv5; Craig Eubank #70E.tv5; Dan Reed 2020 Pete #30E.tv5; Dan Reed 2020 Peterbilt.tv5; Danny Fisher 2018 Pete #97B 19655.9.tv5; Danny Fisher 2018 Pete #97B $1,000 payment 19655.9.tv5; Danny Fisher #120E purchase.tv5; Darl Parry.tv5; Dave Messinger truck #176.tv5; Doug Warnsing truck purchase.tv5; Eric Burt 2020 Pete 389.tv5; 145k.tv5; FMB #0081 #100DD - 105DD.tv5; FMB #8120 25996.9.tv5; FMB #8181 25096.9 574.15.tv5; INSTALL.LOG; Jake Barfuss estimated 127C 19865.9.tv5; Jake Barfuss final 127C 19865.9.tv5; James Hughes #109C 19864.9000.tv5; James Hughes #109C 48 MO 020121 19864.9000.tv5; James Hughes #109C 48 mos 19864.9000.tv5; James Hughes 2020 Peterbilt #109B.tv5; Adam Layman #9b.tv5; James Hughes incr pymt 010121 rough draft.tv5; Jason Hernandez #43c.tv5; Jason Hernandez loan.tv5; Jeff Klein 2019 Pete 389 #21E revised 030122.tv5; Jeff Klein 2019 Pete 389 #21E.tv5; Jerry Anderson 2020 Pete 19699.9 1000 payment 022322 on.tv5; Jerry Anderson 2020 Pete 19699.9.tv5; Jerry Anderson draft.tv5; Jim Blowers Jan, Feb 21 health ins loan.tv5; Joe Witt #50C apu.tv5; Adam Layman #9B.tv5; Joe Witt #50C down payment.tv5; John Rooney draft amort schedule.tv5; John Rooney truck purchase.tv5; John Vance 90C 092722.tv5; Johnathon Price #32C 19879.9000.tv5; Jonathan Saliba Truck 84.tv5; Jones #5932.tv5; Jones Bank #6015 JLD #39F.tv5; Josh Pooler .tv5; Joshua May #96b 19877.9000.tv5; Adam Layman draft.tv5; leroy 129k.tv5; Leroy Gray draft #104b.tv5; Leroy Gray Truck 99.tv5; Max Madsen Truck 20E 19871.9000.tv5; mfc100u.dll; Michael Hill 19881.9000.tv5; Mickey McCann purchase #91C revised $800 pymts 072622.tv5; Mickey McCann purchase #91C.tv5; Mike McGalliard cc # 25029.tv5; msvcp100.dll; Bob J .tv5; msvcr100.dll; Orbcomm ELD units Sep 20 23095.9000.tv5; Paul Barber #92A purchase.tv5; Pyramid Tarp Seam Welder 10.tv5; Pyramid Tarp Seam Welder and sewing machine.tv5; Ranae draft first truck.tv5; Robert Weaver 19884.9000.tv5; Ryan Brown 2003 Pete #121 #19639.9 revised 050422.tv5; Ryan Brown 2003 Pete #121 #19639.9 revised 051022.tv5; Ryan Brown 2003 Pete #121 #19639.9.tv5; Bob Johnson purchase truck 53.tv5; Ryan Brown 2019 Pete 389 final.tv5; Ryan Brown 2019 Pete 389.tv5; Ryan Brown #121A 031822 apu and boxes.tv5; Ryan Brown 18c .tv5; Ryan Brown 2020 Pete #120E.tv5; Scott Mitchell #39F.tv5; Scott Mitchell draft.tv5; SPR32D30.DLL; Thomas Voisin 2018 Pete #82c.tv5; Tim Swett 010621 hypothetical.tv5;

JDT_00229649