| Subject | Operation | User | DateTime | Folder | Client | | Owner | User | Result | |
|---|---|---|---|---|---|---|---|---|---|---|
| Manhattan Associates- Logistics Gateway: New Off | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:46 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Brunswick | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:45 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:45 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Outbound load list | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:44 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Re: TONY HALL | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:44 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Sapp Bros Pricing for 9/27/2024 | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:44 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Tender for Shipment RC3.24242031 | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:44 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| | MailItemsAccessed | Ranae Muencrath | 9/27/2024 7:43 | | Client=RES 2603:10b6:610:6e::9 | | Owner | Ranae Mue | Succeeded | |
| Fuel Update for 9/27 | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:43 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Re: Multi load | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:43 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| RE: Multi load | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:43 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| | Create | Ranae Muencrath | 9/27/2024 7:41 | \Drafts | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | N/A |
| | MailItemsAccessed | Ranae Muencrath | 9/27/2024 7:40 | | Client=RES 2603:10b6:610:6e::9 | | Owner | Ranae Mue | Succeeded | |
| Today/Tomorrow | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:40 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| ORBCOMM Service Notification: ORBCOMM Transp | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:40 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| RE: load | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:40 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| | MailItemsAccessed | Ranae Muencrath | 9/27/2024 7:39 | | Client=RES 2603:10b6:610:6e::9 | | Owner | Ranae Mue | Succeeded | |
| Re: Checking in | Create | Ranae Muencrath | 9/27/2024 7:39 | \Drafts | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | N/A |
| RE: TX | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:38 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Re: Who handles loads out of Texas? | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:38 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Request for bid on auction #3941211. Auction Clos | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:38 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| 1 Events, 62 Lanes, and 783 Loads open for bidding | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:38 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| | MailItemsAccessed | Ranae Muencrath | 9/27/2024 7:37 | | Client=RES 2603:10b6:610:6e::9 | | Owner | Ranae Mue | Succeeded | |
| Request for bid on auction #3941314. Auction Clos | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:37 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| RE: 2 LOADS - 1 stop - Pacific Excavation - Elk Grove | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:37 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Re: Daws invoice284 | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:37 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| | MailItemsAccessed | Ranae Muencrath | 9/27/2024 7:36 | | Client=RES 2603:10b6:610:6e::9 | | Owner | Ranae Mue | Succeeded | |
| PSL LOGIN 2FA CODE | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:36 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| Request for bid on auction #3941329. Auction Clos | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:36 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |
| One-time verification code | MoveToDeletedItems | Ranae Muencrath | 9/27/2024 7:36 | \Deleted Ite \Inbox | Client=OW. 173.240.89.140 | | Owner | Ranae Mue | Succeeded | FALSE |

JDT_00225285

| Subject | | Action | User | DateTime | Path | Client | Owner | Result | Flag |
|---|---|---|---|---|---|---|---|---|---|
| Transflo Invoice 2116521 - Notification | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: Truck 192 Curtis Mcleod | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Pyramid backup 091524 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Truck 192 Curtis Mcleod | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: Lexion C8810037 billing/80174102 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Corcentric - Open Balance Report for 09/01/2024 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Tommy McGee | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Bank Account | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Nebraska Public Power District Bill Generated | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| SambaSafety Billing Portal Password Expiry Notification | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| SambaSafety Billing Portal Password Expiry Notification | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Fwd: New Carrier Packet for MC# 1007011 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Fw: New Carrier Packet for MC# 904504 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: .matthew | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Payroll Reports 09.16.24 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Adam DeNino | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: CTL hours for August?  thanks* | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: INVOICE | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| JOHN VANCE | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: a/p from anb  timesheet | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| us diary | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| settlements | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| MAIL | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| o/o no settlements | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: Burt child support online entry | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| shop invoice #37453 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| | 37413 | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| quality truck washes | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| fyi | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| jim's list | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| allied oil | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| SETTLEMENTS | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| eric burt truck payment | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: mail | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: Eric Burt | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: ERIC BURT | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| SETTLEMENTS | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: hireright | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: SETTLEMENTS | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Your Express Update Newsletter | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: where should this be paid from? | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: where should I pay this from? | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| Re: cash for Mon Sep 9 | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| T20240923.0277 - Your Ticket Has Been Received | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |
| | | MoveToDeletedItems | Tony Glenn | 9/26/2024 7:10 | \Deleted Ite \Archive | Client=OW 173.240.89.140 | Owner | Tony Glenn Succeeded | FALSE |

JDT_00225286

| Subject | Operation | User | Date | Location | Role | Actor | Result | |
|---|---|---|---|---|---|---|---|---|
| driver recruit | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Your one-time passcode to view the message | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Re: [External] Bumper Invoice | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Your one-time passcode to view the message | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Request Summary - Curtis Mcleod | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| DRIVECAM NOTIFICATION: Vehicle Speed - Speed Duration longer than 0 min &an | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| [Blue Tree Reporting]: Hours of Service Summary: PC report | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Hyatt × MasterClass: A Collaboration Inspired by Wellbeing | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Your Project Has Been Saved | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Scott M Mitchell | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| JEFF HARRIS | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| JOE WITT | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| GEORGE WILTROUT | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| STEVE SCHMITZ | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| ROBERT HEMENWAY | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| DYLAN WAYNE | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| BRANDON KRUMME | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| SCOTT VANBUSKIRK | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| ADAM DENINO | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| JASON HERNANDEZ | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| BRIAN BEST | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| DANA HINSCH | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| DYLAN WAYNE | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| TIM SWETT | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| BILLY SLATEN | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| [Blue Tree Reporting]: Critical Events Report: Daily Critical Events Report | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| STEVE GREEN | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Fw: Tommy McGee Trailer 191D | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| RE: [EXTERNAL] Give me a call please | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| QUERY COMPLETE: A driver has provided consent in the Drug and Alcohol Clearin; | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| QUERY COMPLETE: A driver has provided consent in the Drug and Alcohol Clearin; | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Request Received - Shane Davis | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Screening Status Change | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Shooting leads to workers' comp dispute | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Seeking Your Feedback - PrePass Strategic Planning Survey | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| RE: 1493630 LDI Rate Confirmation: MEXIA, TX (5/17/2024) to MORRIS, MN (5/20/; | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| QUERY COMPLETE: A driver has provided consent in the Drug and Alcohol Clearin; | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Screening Status Change | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Re: Order # 8777872 Warrenton to Sussex | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Re: I am leaving for the Day, Hope you all have a great weekend! | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Alert - Driver: crawfordt - Driver Hours Exceeded | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| DRIVECAM NOTIFICATION: Vehicle Speed - Speed Duration longer than 0 min &an | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| When ship hits the fan, we're here | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Device Health report #3807878 processed. | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Re: Inquiry about load 0271875 | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Your one-time passcode to view the message | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Re: Eric Burt | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Now Due: Only 15 days left to file the US DOT Biennial Update for DAWS TRUCKIN | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Tim | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Interest In Becoming A Driver From DawsTruckingNE.com | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| [Blue Tree Reporting]: Critical Events Report: Daily Critical Events Report | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Response Authorization action required | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| QUERY COMPLETE: A driver has provided consent in the Drug and Alcohol Clearin; | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Why You Save Big with CardsDirect | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Tomorrow Only: Harnessing the Power of Environmental Management Systems... I | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| CDLLife - Matched Job Application Submitted by Lance Armstong | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Re: Driver's list | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Proofpoint Essentials - Quarantine Digest | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| CDLLife - Direct - Text Blast Application Submitted by Earl Wright | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Interest In Becoming A Driver From DawsTruckingNE.com | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |
| Today | SoftDelete | Jaisa Douty | 9/27/2024 11:08 | \Deleted Ite Client=OW 173.240.89.139 | Owner | Jaisa Douty | Succeeded | FALSE |

JDT_00225287

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RE: John Vance truck purchase docs | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: Re: | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| oo stats for 9/16 checks | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Trey Taylor | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Daws Trucking Inc | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| cash for Mon Sep 16 | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Iowa Route to Pella | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Sep 9 to 15 trip status, check registers | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| 9/15 trip reports | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| lunch | MoveToDeletedItems | Jim Daws | 9/24/2024 7:06 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Aug finls JDT | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Weekly Vacation Sheet | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE: | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| JDT 8/31 finls | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Jim Daws - transfer funds on Monday, September 16th | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE: Policy ZACAT6009407 / DOL 03/11/2024  Our Claim: 002203-010382-AD-01 | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE: JDT 8/31 finls | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Interest In Becoming A Driver From DawsTruckingNE.com | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Interest In Becoming A Driver From DawsTruckingNE.com | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Cardinals keeping perspective amid adversity | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| call | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE: Belinda- out of office | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| phone call | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| still can't log in to network this morning, is it just me?* | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| STIL - Mid-Month Outstanding Items | MoveToDeletedItems | Jim Daws | 9/24/2024 7:05 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: Policy ZACAT6009407 / DOL 03/11/2024  Our Claim: 002203-010382-AD-01 | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Updated CSA Score | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Mike McGalliard | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: TA - Spencer | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: TA - Spencer | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Tommy McGee | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: Camera's | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Daws overdue invoice list | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Interest In Becoming A Driver From DawsTruckingNE.com | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| CTL overdue invoice list | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| BMOTF Quick Market Update - 9/17/24 | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| | MailItemsAccessed | Jim Daws | 9/24/2024 7:04 | | Client=RES 2603:10b6:930:54::12 | Owner | Jim Daws | Succeeded | |
| Re: CTL overdue invoice list | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Interest In Becoming A Driver From DawsTruckingNE.com | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: CTL overdue invoice list | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Letter | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| escrow | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Re: | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| cash for Thu Sep 19 | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE: response to questions post resignation letter | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| RE: building details | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |
| Fw: 2 week notice | MoveToDeletedItems | Jim Daws | 9/24/2024 7:04 | \Deleted Ite \Inbox | Client=OW, 173.240.89.140 | Owner | Jim Daws | Succeeded | FALSE |

JDT_00225288