**From:** Jeff Keeler <mr.keeler103@gmail.com>
**Subject:** Re: Daws Contacts
**Sent:** Mon 10/7/2024 3:21:46 PM
**Cc:** dbroadwell61@gmail.com, coreymstull@gmail.com, lil_vanis28@yahoo.com, csuper113@gmail.com, bmolthan@gmail.com, bwatson53@gmail.com, joann@jrweldinginc.net, jaisadouty@gmail.com, ktemme8@gmail.com, mattiehans@gmail.com
**To:** Jim Daws <jimdaws24@gmail.com>

Good morning everyone. There will be an update concerning our current situation by tomorrow morning, if not sooner. Please contact me if you have any questions. Thank you for your patience.
Sent from my iPhone

On Sep 27, 2024, at 10:13 AM, Jim Daws <jimdaws24@gmail.com> wrote:

Hello Everyone!

Jim Daws - jimdaws24@gmail.com    - 402-641-5432
Jeff Keeler - mr.keeler103@gmail.com    785-543-7246
RaNae Muenchrath - lil_vanis28@yahoo.com    402-641-1832
Dennis Broadwell - dbroadwell61@gmail.com    402-641-5666
Bill Molthan - bmolthan@gmail.com    402-641-4261
Cait Super - csuper113@gmail.com    402-803-4111
Bryan Watson - bwatson53@gmail.com    402-641-2158
Tony Glenn - tglenn1892@gmail.com    402-890-6447
JoAnn Roth - joann@jrweldinginc.net    402-641-3718
Kathy Temme - ktemme8@gmail.com    402-366-9312
Jaisa Douty - jaisadouty@gmail.com    402-641-9295
Corey Stull - coreymstull@gmail.com    402-641-6249
Mattie Hans - mattiehans@gmail.com    402-641-2313

> **Case**
> **4:24cv3177**
>
> **Exhibit**
> **70**

Daws0000717