**From:**  RaNae Vanis <lil_vanis28@yahoo.com>
**Sent:**  Tue 10/1/2024 6:39:01 PM
**Subject:**  Fwd: Wellington, CO
**To:**  jimdaws24@gmail.com, Mr.Keeler103@gmail.com

Sent from my iPhone

Begin forwarded message:

> **From:** Guy Hayes <GuyH@concreteindustries.com>
> **Date:** October 1, 2024 at 12:45:41 PM CDT
> **To:** lil_vanis28@yahoo.com
> **Subject: FW: Wellington, CO**

---

**From:** Guy Hayes
**Sent:** Tuesday, October 1, 2024 7:31 AM
**To:** Ranae Muenchrath (ranae@daws-trucking.com) <ranae@daws-trucking.com>; 'Jeff@daws-trucking.com' <Jeff@daws-trucking.com>
**Subject:** FW: Wellington, CO

Morning. can you quote the following. Know that the wall panel loads that are 12' are on drop decks and with 60 dgree racks
All I know

guy

Guy,
Would you please get a rate for Wellington, CO?
At the moment I have 194 loads estimated for the following products.
The Walls are typically 12 feet wide.
The TT are typically 8 feet wide.

| PRODUCT | NO. PCS. | NO. OF LOADS |
|---|---|---|
| **BASE BID:** | | |
| 3.3.8 WALL | 84 | 76 |
| 8" SOLID WALL | 17 | 11 |
| 12" SPANDREL | 6 | 6 |
| 24X24 COLUMN | 15 | 5 |

**Case 4:24cv3177**

**Exhibit 79**

Daws0000672

| | | |
|---|---|---|
| 16X16 COLUMN | 2 | 0 |
| 16RB28 | 3 | 1 |
| 32IT36 | 13 | 7 |
| 8" SOLID SLAB | 2 | 0 |
| 96TT24 | 23 | 8 |
| 96TT32 | 93 | 78 |
| 8" Trash Enclosure Wall | 6 | 2 |

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Daws0000673