**From:**      RaNae Vanis <lil_vanis28@yahoo.com>
**Sent:**      Wed 10/2/2024 4:35:39 PM
**Subject:**   Screenshot 2024-10-02 at 11.35.29 AM
**To:**        jimdaws24@gmail.com

---

**Case
4:24cv3177**

**Exhibit
80**

Daws0000472



Daws0000473

Sent from my iPhone

Daws0000474

**From:**    Jim Daws <jimdaws24@gmail.com>
**Subject:**  Re: Screenshot 2024-10-02 at 11.35.29 AM
**Sent:**    Wed 10/2/2024 4:52:37 PM
**To:**      RaNae Vanis <lil_vanis28@yahoo.com>

I'll call her
Sent from my iPhone

> On Oct 2, 2024, at 11:35 AM, RaNae Vanis <lil_vanis28@yahoo.com> wrote:
>
>
>
> <Screenshot 2024-10-02 at 11.35.29 AM.jpeg>
>
> Sent from my iPhone

Daws0000475