**From:** Jim Daws <jimdaws24@gmail.com>
**Subject:** Re: LEXION C8610013 West Point NE to Omaha October 8th
**Sent:** Wed 10/2/2024 1:09:00 PM
**To:** "Campbell, Mary" <Mary.Campbell@claas.com>

I'm on it. Thanks
Sent from my iPhone

On Oct 2, 2024, at 5:16 AM, Campbell, Mary <Mary.Campbell@claas.com> wrote:

Good morning, Jim.  Please see below e-mail I sent yesterday.
I hope you are able to get your disagreement sorted out.  As far as my dealings with Daws, I have had no issues since you informed me of the sale.

In the meantime, if I have anything else come up, should I just send the info to this e-mail?

Thanks
Mary

_____

**Mary Campbell**
Sr. Logistics Specialist
CLAAS | Global SCM

P +402 861 1032
M +402 630 4448
E mary.campbell@claas.com

CLAAS Omaha Inc. 8401 South 132nd Street Omaha, Nebraska 68138 United States

claas.com

Follow CLAAS:
Instagram | Facebook | TikTok |YouTube | LinkedIn

**From:** Campbell, Mary
**Sent:** Tuesday, October 1, 2024 11:35 AM
**To:** RaNae Muencrath <ranae@daws-trucking.com>; Dennis Broadwell <dennis@daws-trucking.com>
**Cc:** Jeff Keeler <jeff@daws-trucking.com>; Bryan Watson <bryan@daws-trucking.com>; Caitlin Super <caitlin@daws-trucking.com>
**Subject:** FW: LEXION C8610013 West Point NE to Omaha October 8th

Hello, All.  Are you back up and running?

Please see below and let me know if you can help with this move next week.

Thanks
Mary

_____

**Mary Campbell**
Sr. Logistics Specialist
CLAAS | Global SCM

P +402 861 1032
M +402 630 4448
E mary.campbell@claas.com

CLAAS Omaha Inc. 8401 South 132nd Street Omaha, Nebraska 68138 United States

Case
4:24cv3177

Exhibit
81

Daws0000694

Follow CLAAS:
Instagram | Facebook | TikTok |YouTube | LinkedIn

**From:** Tayles, Andrew <Andrew.Tayles@claas.com>
**Sent:** Tuesday, October 1, 2024 11:32 AM
**To:** Campbell, Mary <Mary.Campbell@claas.com>
**Cc:** Johnson, Casey <casey.johnson@claas.com>; Aschbrenner, Brian <Brian.Aschbrenner@claas.com>; Huber, Steven <Steven.Huber@claas.com>
**Subject:** LEXION C8610013 West Point NE to Omaha October 8th

Hello Mary,

Could you please make trucking arrangements for the LEXION C8610013 from West Point NE to Omaha Oct 8th. Ideally, we would like it back in Omaha by 1pm on the 8th if possible.

LEXION 8800TT/ C8610013
L = 35'
W = 14'
H = 13' 2"
Weight =58000lbs (approximate)


**Pick up:**
1374 H Road
West Point NE, 68788
Farm Contact: Steve Hunke (402) 380 1194
CLAAS Contact: Casey Johnson (402) 769 8984

**Delivery**
CLAAS Omaha Protoshop
13610 Giles Rd,
Omaha NE, 68138
CLAAS Contact: CLAAS: Casey Johnson (402) 769 8984

Thanks

Best Regards,

_____

**Andrew Tayles**
Head of Product Evaluation & Prototyping
CLAAS | SU Engineering PE PT COL

P +1 (402) 861 1110
M +1 (402) 981 3356
E Andrew.tayles@claas.com

CLAAS Omaha Inc. 8401 S 132nd Street Omaha NE, 68138 United States

claas.com

Follow CLAAS:
Instagram | Facebook | TikTok | YouTube | LinkedIn

Daws0000695