**From:**     Jim Daws <jimdaws24@gmail.com>
**Sent:**     Mon 10/21/2024 2:50:34 PM
**To:**       Rick Gray <rick.gray@jonesbank.com>

Good morning

Jake Barfuss wants to pull his truck from Daws. Does he have a clause that says he can't leave. If so can that be put on hold till I get this fixed.

Jim Daws
Sent from my iPhone

**Case
4:24cv3177**

**Exhibit
82**

Daws0000899