**From:** Jim Daws <jimdaws24@gmail.com>
**Subject:** Re: Machine from IA to MO
**Sent:** Wed 10/9/2024 11:53:17 AM
**To:** "Campbell, Mary" <Mary.Campbell@claas.com>

Good morning,
Bryan may get it loaded this afternoon and delivered tomorrow.
Thanks
Jim
Sent from my iPhone


On Oct 9, 2024, at 5:19 AM, Campbell, Mary <Mary.Campbell@claas.com> wrote:


Good morning, Jim.  I will send info over later in the morning.

Machine number is:  C8910362, 8600, 14' wide and 46,000 lbs plust 2,500 for the duals.
The request was to load today but I left the person requesting that his request was not likely for today.
Machine will pick up at:
Claas FarmPoint
1822 24th St. SW
LeMars, IA  51031

Going to
Ziegler
22761 US-71
Maryville, MO  64468

Please confirm pick up date and you will be able to take the duals so I can move forward with getting a hotshot if needed and adjust weight on BOL accordingly.

Thanks
Mary

_____

**Mary Campbell**
Sr. Logistics Specialist
CLAAS | Global SCM

P +402 861 1032
M +402 630 4448
E mary.campbell@claas.com

CLAAS Omaha Inc. 8401 South 132nd Street Omaha, Nebraska 68138 United States
claas.com

Follow CLAAS:
Instagram | Facebook | TikTok | YouTube | LinkedIn

_____

**From:** Jim Daws <jimdaws24@gmail.com>
**Sent:** Tuesday, October 8, 2024 4:18 PM
**To:** Campbell, Mary <Mary.Campbell@claas.com>
**Subject:** Re: Machine from IA to MO

Send me the info
Sent from my iPhone

Case
4:24cv3177

Exhibit
83

On Oct 8, 2024, at 2:45 PM, Campbell, Mary <Mary.Campbell@claas.com> wrote:

Daws0000728

Hi, Jim. I have been asked to move a combine from LeMars, IA to Maryville, MO asap. Machine has duals and they will be off the machine tomorrow.
Would you be able to help with this? If so, let me know if you can take the duals, if not, I will have to hot shot them.

Thanks,
Mary

_____

**Mary Campbell**
Sr. Logistics Specialist
CLAAS | Global SCM

P +402 861 1032
M +402 630 4448
E mary.campbell@claas.com

CLAAS Omaha Inc. 8401 South 132nd Street Omaha, Nebraska 68138 United States

claas.com

Follow CLAAS:
Instagram | Facebook | TikTok | YouTube | LinkedIn

Daws0000729