Good afternoon

I leased a couple of trucks to Peters Brothers Trucking, Inc in Pennsylvania. To get the trucks licensed PA requires the liens be released from Nebraska and refiled to Jones with a PA lien. A new one on me. On Monday please call Anthony at Maiden Creek Notary 610-926-5069 and Antony will assist you in completing the paperwork. The trucks are JLD 2024 KW VIN RR216054 and Watson Trucking 2024 VIN RD677823

Thanks

Jim Daws

**Case
4:24cv3177

Exhibit
85**

Daws0000460