**From:**     Robin Schmeeckle <robin@schmeecklebros.com>
**Sent:**     Fri 10/25/2024 9:38:50 PM
**Subject:**  Trailer list
**To:**       jimdaws24@gmail.com, Wayne Schmeeckle <wayne@schmeecklebros.com>, Wayne
Schmeeckle <wescuda@hotmail.com>
DOC102524-10252024132631.pdf

---

Sent from my iPhone

**Case
4:24cv3177**

**Exhibit
86**

| Code | Axle Description | Serial | Equip Type | Fleet | Title holder |
|---|---|---|---|---|---|
| 142D | 2 2012 WILSON | 4WW5502A7C6618915 | CURTAIN TRAILER | DAWS TRUCKING, INC | UBT |
| 174TT | 2 2012 WILSON | 4WW5502A5C6618914 | CURTAIN TRAILER | OWNER/OPERATOR FLEET | |
| 143D | 2 2014 WILSON | 4WW5502A1E6620940 | CURTAIN TRAILER | DAWS TRUCKING, INC | UBT |
| 144D | 2 2014 WILSON | 4WW5502A3E6620941 | CURTAIN TRAILER | DAWS TRUCKING, INC | UBT |
| 145D | 2 2015 WILSON | 4WW5502A8F6623402 | CURTAIN TRAILER | DAWS TRUCKING, INC | UBT |
| 146D | 2 2015 WILSON TRAILER | 4WW5502AXF6623403 | CURTAIN TRAILER | DAWS TRUCKING, INC | UBT |
| 2014D | 3 2021 XL SPECIALIZED | 4U3J05332ML020364 | DOUBLE DROP | COMPANY FLEET | UBT |
| 040D | 3 2001 WILSON | 4WWGGB6B61N606341 | FLATBED | COMPANY FLEET | UBT |
| 041D | 3 2001 WILSON | 4WWGGB6B81N606342 | FLATBED | COMPANY FLEET | UBT |
| 129D | 2 2008 MAC | 5MAPA48208A013516 | FLATBED | DAWS TRUCKING, INC | UBT |
| 137D | 2 2009 MAC | 5MAPA482X8A014186 | FLATBED | DAWS TRUCKING, INC | UBT |
| 154D | 2 2012 MAC | 5MAPA5322CA020764 | FLATBED | COMPANY FLEET | UBT |
| 151D | 2 2012 MAC FLATBED | 5MAPA5325BA020496 | FLATBED | DAWS TRUCKING, INC | UBT |
| 152D | 2 2012 MAC FLATBED | 5MAPA5320CA020763 | FLATBED | DAWS TRUCKING, INC | UBT |
| 165D | 2 2013 M AC | 5MAPA5325DA022803 | FLATBED | DAWS TRUCKING, INC | UBT |
| 155D | 2 2013 MAC | 5MAPA5327DA025055 | FLATBED | COMPANY FLEET | UBT |
| 156D | 2 2013 MAC | 5MAPA5329DA025056 | FLATBED | COMPANY FLEET | UBT |
| 157D | 2 2013 MAC | 5MAPA5320DA025057 | FLATBED | COMPANY FLEET | UBT |
| 158D | 2 2013 MAC | 5MAPA5322DA025058 | FLATBED | COMPANY FLEET | UBT |
| 159D | 2 2013 MAC | 5MAPA5324DA025059 | FLATBED | COMPANY FLEET | UBT |
| 160D | 2 2013 MAC | 5MAPA5320DA025060 | FLATBED | COMPANY FLEET | UBT |
| 162D | 2 2013 MAC | 5MAPA532XDA022800 | FLATBED | DAWS TRUCKING, INC | UBT |
| 163D | 2 2013 MAC | 5MAPA5321DA022801 | FLATBED | DAWS TRUCKING, INC | UBT |
| 164D | 2 2013 MAC | 5MAPA5323DA022802 | FLATBED | DAWS TRUCKING, INC | UBT |
| 166D | 2 2013 MAC | 5MAPA5327DA022804 | FLATBED | DAWS TRUCKING, INC | UBT |
| 167D | 2 2013 MAC | 5MAPA5329DA022805 | FLATBED | DAWS TRUCKING, INC | UBT |
| 168D | 2 2013 MAC | 5MAPA5320DA022806 | FLATBED | DAWS TRUCKING, INC | UBT |
| 169D | 2 2013 MAC | 5MAPA5322DA022807 | FLATBED | DAWS TRUCKING, INC | UBT |
| 172D | 2 2014 WILSON | 4WW5532A8E6622380 | FLATBED | DAWS TRUCKING, INC | UBT |
| 173D | 2 2014 WILSON | 4WW5532AXE6622381 | FLATBED | DAWS TRUCKING, INC | UBT |
| 174D | 2 2014 WILSON | 4WW5532A1E6622382 | FLATBED | DAWS TRUCKING, INC | UBT |
| 175D | 2 2014 WILSON | 4WW5532A9E6622386 | FLATBED | DAWS TRUCKING, INC | UBT |
| 1525D | 2 2015 WILSON | 4WW5532A3F6622417 | FLATBED | COMPANY FLEET | UBT |
| 177D | 2 2015 WILSON | 4WW5532A3F6622384 | FLATBED | DAWS TRUCKING, INC | UBT |
| 178D | 2 2015 WILSON | 4WW5532A5F6622385 | FLATBED | COMPANY FLEET | UBT |
| 179D | 2 2015 WILSON | 4WW5532A9F6622387 | FLATBED | COMPANY FLEET | UBT |
| 180D | 2 2015 WILSON | 4WW5532A0F6622388 | FLATBED | COMPANY FLEET | UBT |
| 181D | 2 2015 WILSON | 4WW5532A2F6622389 | FLATBED | COMPANY FLEET | UBT |
| 182D | 2 2015 WILSON | 4WW5532A9F6622390 | FLATBED | COMPANY FLEET | UBT |
| 183D | 2 2015 WILSON | 4WW5532A0F6622391 | FLATBED | COMPANY FLEET | UBT |
| 184D | 2 2015 WILSON | 4WW5532A2F6622392 | FLATBED | COMPANY FLEET | UBT |
| 185D | 2 2015 WILSON | 4WW5532A4F6622393 | FLATBED | COMPANY FLEET | UBT |
| 186D | 2 2015 WILSON | 4WW5532A6F6622394 | FLATBED | COMPANY FLEET | UBT |
| 187D | 2 2015 WILSON | 4WW5532A8F6622395 | FLATBED | COMPANY FLEET | UBT |
| 188D | 2 2015 WILSON | 4WW5532AXF6622396 | FLATBED | COMPANY FLEET | UBT |
| 189D | 2 2015 WILSON | 4WW5532A1F6622397 | FLATBED | COMPANY FLEET | UBT |
| 191D | 2 2015 WILSON | 4WW5532A5F6622399 | FLATBED | COMPANY FLEET | UBT |
| 192D | 3 2015 WILSON | 4WW5532A8F6622400 | FLATBED | COMPANY FLEET | UBT |
| 193D | 2 2015 WILSON | 4WW5532AXF6622401 | FLATBED | COMPANY FLEET | UBT |
| 194D | 2 2015 WILSON | 4WW5532A1F6622402 | FLATBED | COMPANY FLEET | UBT |
| 195D | 2 2015 WILSON | 4WW5532A3F6622403 | FLATBED | COMPANY FLEET | UBT |
| 196D | 2 2015 WILSON | 4WW5532A5F6622404 | FLATBED | COMPANY FLEET | UBT |
| 197D | 2 2015 WILSON | 4WW5532A7F6622405 | FLATBED | COMPANY FLEET | UBT |
| 198D | 2 2016 WILSON | 4WW5532A0G6625101 | FLATBED | DAWS TRUCKING, INC | UBT |
| 199D | 2 2016 WILSON | 4WW5532A2G6625102 | FLATBED | DAWS TRUCKING, INC | UBT |
| 200D | 2 2016 WILSON | 4WW5532A4G6625103 | FLATBED | DAWS TRUCKING, INC | UBT |
| 203D | 2 2016 WILSON | 4WW5532AXG6625106 | FLATBED | COMPANY FLEET | UBT |
| 204D | 2 2016 WILSON | 4WW5532A1G6625107 | FLATBED | COMPANY FLEET | UBT |
| 205D | 2 2016 WILSON | 4WW5532A3G6625108 | FLATBED | COMPANY FLEET | UBT |
| 206D | 2 2016 WILSON | 4WW5532A5G6625109 | FLATBED | COMPANY FLEET | UBT |

Daws0000966

| | | | | | |
|---|---|---|---|---|---|
| 207D | 2 2016 WILSON | 4WW5532A1G6625110 | FLATBED | COMPANY FLEET | UBT |
| 076DD | 2 2017 GREAT DANE | 1GRDM9627HH733622 | FLATBED | COMPANY FLEET | UBT |
| 077DD | 2 2017 GREAT DANE | 1GRDM9629HH733623 | FLATBED | COMPANY FLEET | UBT |
| 078DD | 2 2017 GREAT DANE | 1GRDM9620HH733624 | FLATBED | COMPANY FLEET | UBT |
| 080DD | 2 2018 GREAT DANE | 1GRDM9627JH122253 | FLATBED | COMPANY FLEET | UBT |
| 081DD | 2 2018 GREAT DANE | 1GRDM9629JH122254 | FLATBED | COMPANY FLEET | UBT |
| 082DD | 2 2018 GREAT DANE | 1GRDM9620JH122255 | FLATBED | COMPANY FLEET | UBT |
| 083DD | 2 2018 GREAT DANE | 1GRDM9622JH122256 | FLATBED | COMPANY FLEET | UBT |
| 084DD | 2 2018 GREAT DANE | 1GRDM9624JH122257 | FLATBED | COMPANY FLEET | UBT |
| 085DD | 2 2018 GREAT DANE | 1GRDM9626JH122258 | FLATBED | COMPANY FLEET | UBT |
| 086DD | 2 2018 GREAT DANE | 1GRDM9628JH122259 | FLATBED | COMPANY FLEET | UBT |
| 087DD | 2 2018 GREAT DANE | 1GRDM9624JH122260 | FLATBED | COMPANY FLEET | UBT |
| 088DD | 2 2018 GREAT DANE | 1GRDM9626JH122261 | FLATBED | COMPANY FLEET | UBT |
| 089DD | 2 2018 GREAT DANE | 1GRDM9628JH122262 | FLATBED | COMPANY FLEET | UBT |
| 090DD | 2 2018 GREAT DANE | 1GRDM962XJH122442 | FLATBED | COMPANY FLEET | UBT |
| 091DD | 2 2018 GREAT DANE | 1GRDM962XJH122263 | FLATBED | COMPANY FLEET | UBT |
| 092DD | 2 2018 GREAT DANE | 1GRDM9621JH122264 | FLATBED | COMPANY FLEET | UBT |
| 093DD | 2 2018 GREAT DANE | 1GRDM9623JH122265 | FLATBED | COMPANY FLEET | UBT |
| 094DD | 2 2018 GREAT DANE | 1GRDM9625JH122266 | FLATBED | COMPANY FLEET | UBT |
| 095DD | 2 2018 GREAT DANE | 1GRDM9627JH122267 | FLATBED | COMPANY FLEET | UBT |
| 096DD | 2 2018 GREAT DANE | 1GRDM9629JH122268 | FLATBED | COMPANY FLEET | UBT |
| 097DD | 2 2018 GREAT DANE | 1GRDM9620JH122269 | FLATBED | COMPANY FLEET | UBT |
| 098DD | 2 2018 GREAT DANE | 1GRDM9627JH122270 | FLATBED | COMPANY FLEET | UBT |
| 099DD | 2 2018 GREAT DANE | 1GRDM9629JH122271 | FLATBED | COMPANY FLEET | UBT |
| 065DD | 2 2019 WILSON AF-1080  FLATBED | 1W15482A2K6627528 | FLATBED | COMPANY FLEET | UBT |
| 060DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A3K6627523 | FLATBED | COMPANY FLEET | UBT |
| 061DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A5K6627524 | FLATBED | COMPANY FLEET | UBT |
| 062DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A7K6627525 | FLATBED | COMPANY FLEET | UBT |
| 063DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A9K6627526 | FLATBED | COMPANY FLEET | UBT |
| 064DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A0K6627527 | FLATBED | COMPANY FLEET | UBT |
| 066DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A4K6627529 | FLATBED | COMPANY FLEET | UBT |
| 067DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A0K6627530 | FLATBED | COMPANY FLEET | UBT |
| 068DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A2K6627531 | FLATBED | COMPANY FLEET | UBT |
| 069DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A4K6627532 | FLATBED | COMPANY FLEET | UBT |
| 070DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A6K6627533 | FLATBED | COMPANY FLEET | UBT |
| 071DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A8K6627534 | FLATBED | COMPANY FLEET | UBT |
| 072DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482AXK6627535 | FLATBED | COMPANY FLEET | UBT |
| 073DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A1K6627536 | FLATBED | COMPANY FLEET | UBT |
| 074DD | 2 2019 WILSON AF-1080 FLATBED | 1W15482A3K6627537 | FLATBED | COMPANY FLEET | UBT |
| 100DD | 2 2020 WILSON | 1W15482A6L6628652 | FLATBED | COMPANY FLEET | UBT |
| 101DD | 2 2020 WILSON | 1W15482A8L6628653 | FLATBED | COMPANY FLEET | UBT |
| 102DD | 2 2020 WILSON | 1W15482AXL6628654 | FLATBED | COMPANY FLEET | UBT |
| 103DD | 2 2020 WILSON | 1W15482A1L6628655 | FLATBED | COMPANY FLEET | UBT |
| 104DD | 2 2020 WILSON | 1W15482A3L6628656 | FLATBED | COMPANY FLEET | UBT |
| 105DD | 2 2020 WILSON | 1W15482A5L6628657 | FLATBED | COMPANY FLEET | UBT |
| 106DD | 2 2020 WILSON | 1W15482A7L6628658 | FLATBED | COMPANY FLEET | UBT |
| 107DD | 2 2020 WILSON | 1W15482A9L6628659 | FLATBED | COMPANY FLEET | UBT |
| 108DD | 2 2020 WILSON | 1W15482A5L6628660 | FLATBED | COMPANY FLEET | UBT |
| 109DD | 2 2020 WILSON | 1W15482A7L6628661 | FLATBED | COMPANY FLEET | UBT |
| 110DD | 2 2020 WILSON | 1W15482A9L6628662 | FLATBED | COMPANY FLEET | UBT |
| 111DD | 2 2020 WILSON | 1W15482A0L6628663 | FLATBED | COMPANY FLEET | UBT |
| 112DD | 2 2021 WILSON | 1W15482A4M6629638 | FLATBED | COMPANY FLEET | UBT |
| 113DD | 2 2021 WILSON | 1W15482A6M6629639 | FLATBED | COMPANY FLEET | UBT |
| 114DD | 2 2021 WILSON | 1W15482A2M6629640 | FLATBED | COMPANY FLEET | UBT |
| 115DD | 2 2021 WILSON | 1W15482A4M6629641 | FLATBED | COMPANY FLEET | UBT |
| 116DD | 2 2021 WILSON | 1W15482A6M6629642 | FLATBED | COMPANY FLEET | UBT |
| 117DD | 2 2021 WILSON | 1W15482A8M6629643 | FLATBED | COMPANY FLEET | UBT |
| 118DD | 2 2021 WILSON | 1W15482AXM6629644 | FLATBED | COMPANY FLEET | UBT |
| 119DD | 2 2021 WILSON | 1W15482A1M6629645 | FLATBED | COMPANY FLEET | UBT |
| 3503D | 3 2022 MANAC | 2M5131614N1204649 | FLATBED | COMPANY FLEET | UBT |
| 3504D | 3 2022 MANAC | 2M5131610N1204731 | FLATBED | COMPANY FLEET | UBT |

Daws0000967

| | | | | | |
|---|---|---|---|---|---|
| 2006D | 0 2009 XL SPECIALIZED | 4U3J048249L010260 | REMOVABLE GOOSE NECK | DAWS TRUCKING, INC | UBT |
| 2009D | 3 2014 TRAIL KING | 1TKJ05335EW072042 | REMOVABLE GOOSE NECK | COMPANY FLEET | UBT |
| 2010D | 3 2014 TRAIL KING | 1TKJ05337EW072043 | REMOVABLE GOOSE NECK | COMPANY FLEET | UBT |
| 2011D | 3 2014 TRAIL KING | 1TKJ05339EW072044 | REMOVABLE GOOSE NECK | COMPANY FLEET | UBT |
| 2012D | 3 2018 XL SPECIALIZED | 4U3J05331JL016866 | REMOVABLE GOOSE NECK | COMPANY FLEET | UBT |
| 2013D | 3 2021 XL SPECIALIZED | 4U3J05330ML020363 | REMOVABLE GOOSE NECK | COMPANY FLEET | UBT |
| 1044D | 2 2010 MAC | 5MAPA4828AA018243 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1045D | 2 2010 MAC | 5MAPA482XAA018244 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1501D | 2 2010 MAC | 5MAPA5325AA018231 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1503D | 2 2012 WILSON | 4WW5532A4C6619022 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1504D | 3 2013 MAC | 5MASA5329DA025052 | STEPDECK | COMPANY FLEET | UBT |
| 1505D | 2 2013 MAC | 5MASA5320DA025053 | STEPDECK | COMPANY FLEET | UBT |
| 1506D | 2 2013 MAC | 5MASA5322DA025054 | STEPDECK | COMPANY FLEET | UBT |
| 1508D | 2 2013 MAC | 5MASA5324DA024598 | STEPDECK | COMPANY FLEET | UBT |
| 1510D | 2 2013 MAC | 5MASA5329DA022796 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1511D | 2 2013 MAC | 5MASA5320DA022797 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1512D | 2 2013 MAC | 5MASA5322DA022798 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1513D | 2 2013 MAC | 5MASA5324DA022799 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1514D | 2 2014 WILSON | 4WW5512A5E6622406 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1515D | 2 2014 WILSON | 4WW5512A7E6622407 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1516D | 2 2014 WILSON | 4WW5512A9E6622408 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1701D | 3 2014 WILSON 3 AXLE STEP | 4WW5533A3E6620986 | STEPDECK | COMPANY FLEET | UBT |
| 1702D | 3 2014 WILSON 3 AXLE STEP | 4WW5533A9E6621012 | STEPDECK | COMPANY FLEET | UBT |
| 1703D | 3 2014 WILSON 3 AXLE STEP | 4WW5533A8E6621020 | STEPDECK | COMPANY FLEET | UBT |
| 1704D | 3 2014 WILSON 3 AXLE STEP | 4WW5533A1E6621022 | STEPDECK | COMPANY FLEET | UBT |
| 1705D | 3 2014 WILSON 3 AXLE STEP | 4WW5533A3E6621023 | STEPDECK | COMPANY FLEET | UBT |
| 1517D | 2 2015 WILSON | 4WW5532A4F6622409 | STEPDECK | DAWS TRUCKING, INC | UBT |
| 1518D | 2 2015 WILSON | 4WW5532A0F6622410 | STEPDECK | COMPANY FLEET | UBT |
| 1519D | 2 2015 WILSON | 4WW5532A2F6622411 | STEPDECK | COMPANY FLEET | UBT |
| 1520D | 2 2015 WILSON | 4WW5532A6F6622412 | STEPDECK | COMPANY FLEET | UBT |
| 1521D | 2 2015 WILSON | 4WW5532A6F6622413 | STEPDECK | COMPANY FLEET | UBT |
| 1522D | 2 2015 WILSON | 4WW5532A8F6622414 | STEPDECK | COMPANY FLEET | UBT |
| 1523D | 2 2015 WILSON | 4WW5532AXF6622415 | STEPDECK | COMPANY FLEET | UBT |
| 1524D | 2 2015 WILSON | 4WW5532A1F6622416 | STEPDECK | COMPANY FLEET | UBT |
| 1526D | 2 2015 WILSON | 4WW5532A5F6622418 | STEPDECK | COMPANY FLEET | UBT |
| 1527D | 2 2015 WILSON | 4WW5512A1F6622419 | STEPDECK | COMPANY FLEET | UBT |
| 1047D | 2 2018 WILSON | 4WW5482A8J6626410 | STEPDECK | COMPANY FLEET | UBT |
| 1048D | 2 2018 WILSON | 4WW5482AXJ6626411 | STEPDECK | COMPANY FLEET | UBT |
| 1049D | 2 2019 WILSON | 1W15482A5K6628186 | STEPDECK | COMPANY FLEET | UBT |
| 1050D | 2 2019 WILSON | 1W15482A7K6628187 | STEPDECK | COMPANY FLEET | UBT |
| 1051D | 2 2019 WILSON | 1W15482A9K6628188 | STEPDECK | COMPANY FLEET | UBT |
| 1528D | 2 2019 WILSON | 1W15532AXK6628183 | STEPDECK | COMPANY FLEET | UBT |
| 1529D | 2 2019 WILSON | 1W15532A1K6628184 | STEPDECK | COMPANY FLEET | UBT |
| 1530D | 2 2019 WILSON | 1W15532A3K6628185 | STEPDECK | COMPANY FLEET | UBT |
| 1052D | 2 2021 WILSON | 1W15482A3M6629646 | STEPDECK | COMPANY FLEET | UBT |
| 1053D | 2 2021 WILSON | 1W15482A5M6629647 | STEPDECK | COMPANY FLEET | UBT |
| 1054D | 2 2021 WILSON | 1W15482A7M6629648 | STEPDECK | COMPANY FLEET | UBT |
| 1055D | 2 2021 WILSON | 1W15482A9M6629649 | STEPDECK | COMPANY FLEET | UBT |
| 1056D | 2 2024 WILSON | 1W1K54827R6633960 | STEPDECK | COMPANY FLEET | UBT |
| 1057D | 2 2024 WILSON | 1W1K54829R6633961 | STEPDECK | COMPANY FLEET | UBT |
| 1058D | 2 2024 WILSON | 1W1K54820R6633962 | STEPDECK | COMPANY FLEET | UBT |
| 1059D | 0 2024 WILSON | 1W1K54822R6633963 | STEPDECK | COMPANY FLEET | UBT |
| 1060D | 2 2024 WILSON | 1W1K54824R6633964 | STEPDECK | COMPANY FLEET | UBT |
| 1706D | 3 2024 WILSON 3 AXLE STEP | 1W1K55334R6633954 | STEPDECK | COMPANY FLEET | UBT |
| 1707D | 3 2024 WILSON 3 AXLE STEP | 1W1K55336R663355 | STEPDECK | COMPANY FLEET | UBT |
| 1708D | 3 2024 WILSON 3 AXLE STEP | 1W1K55338R6633956 | STEPDECK | COMPANY FLEET | UBT |
| 1709D | 3 2024 WILSON 3 AXLE STEP | 1W1K5533XR6633957 | STEPDECK | COMPANY FLEET | UBT |
| 1710D | 3 2024 WILSON 3 AXLE STEP | 1W1K5533XR6633958 | STEPDECK | COMPANY FLEET | UBT |
| 1711D | 3 2024 WILSON 3 AXLE STEP | 1W1K5533XR6633959 | STEPDECK | COMPANY FLEET | UBT |
| 306 | 3 1991 JR'S POLE TRAILER | NEBR009203 | STRETCH FLAT | COMPANY FLEET | UBT |
| 307D | 3 2001 JR'S POLE TRAILER | 000169900016704NE | STRETCH FLAT | COMPANY FLEET | UBT |

Daws0000968

| 301D | 2 2002 GREAT DANE | 1GRDM96292M004701 | STRETCH FLAT | COMPANY FLEET | UBT |
|------|------------------|-------------------|--------------|---------------|-----|
| 302D | 2 2002 GREAT DANE | 1GRDM96202M004702 | STRETCH FLAT | COMPANY FLEET | UBT |
| 308D | 3 2002 JR'S POLE TRAILER | 000169900016887NE | STRETCH FLAT | COMPANY FLEET | UBT |
| 303D | 2 2003 GREAT DANE | 1GRDM96273M022101 | STRETCH FLAT | COMPANY FLEET | UBT |
| 304D | 2 2003 GREAT DANE | 1GRDM96293M022102 | STRETCH FLAT | COMPANY FLEET | UBT |
| 3501D | 3 2008 MANAC | 2M513146X81118202 | STRETCH FLAT | DAWS TRUCKING, INC | UBT |
| 3502D | 3 2008 MANAC | 2M513146181118203 | STRETCH FLAT | DAWS TRUCKING, INC | UBT |
| 3601D | 3 2008 MANAC | 2M513161381118205 | STRETCH STEPDECK | DAWS TRUCKING, INC | UBT |
| 3602D | 2 2009 MANAC | 2M513161991121417 | STRETCH STEPDECK | DAWS TRUCKING, INC | UBT |
| 3603D | 3 2010 MANAC | 2M5131613A1123314 | STRETCH STEPDECK | COMPANY FLEET | UBT |
| 496 | 2 1995 WABASH NATIONAL | 1JJV532U9SL285105 | VAN | DAWS TRUCKING, INC | UBT |
| 497 | 2 FRUEHAUF | 1H2V05329RE043422 | VAN | DAWS TRUCKING, INC | UBT |

Daws0000969