I'll start getting numbers
Sent from my iPhone


On Oct 22, 2024, at 1:34 PM, jeremy becker <jwbecker75@yahoo.com> wrote:



**Jeremy Becker**


----- Forwarded Message -----
**From:** michala@nolantransportation.com <michala@nolantransportation.com>
**To:** jwbecker75@yahoo.com <jwbecker75@yahoo.com>
**Sent:** Tuesday, October 22, 2024 at 10:35:45 AM CDT
**Subject:** Truck List


Good Morning Jeremy,

Mark asked me to forward you a list of our current trucks and trailers.



Thank You,

**Michala Nolan**
Nolan Transportation LLC
119 E Bond St, P O Box 399
York, Nebraska 68467
Phone: 402-362-0366  Fax: 402-362-7553
<Nolan Trucks & Trailers.pdf>

| Case 4:24cv3177 |
| --- |
| Exhibit 89 |

Daws0000526