**From:**    Perry Franks <pfranks@pinnaclellc.us>
**To:**    "jimdaws24@gmail.com" <jimdaws24@gmail.com>
**Subject:**    XL Specialized 80MFG-A, 53' Lowboy W/Alum Pull-Outs on 3 Axles, Stock# 28976
**Sent:**    Tue 10/29/2024 3:27:26 PM

XL80 MFG-AG 533 Specs-Drawing.pdf
XL Specialized Warranty-5-3-1.pdf
XL80MFGA-533-1.jpg
XL80MFGA-533-2.jpg
XL80MFGA-533-3.jpg

Jim,

Thank You for inquiring today about a new RGN, I appreciate your time and opportunity. I have attached pictures, spec's and drawing of our 2025 XL Specialized 80MFG-A, 53' OAL lowboy with aluminum pull-outs on 3 axles. These are heavy spec'd and hard loaded with options you most likely will not find without custom ordering; (26) Micro Nova LEDs per side, 29'6" well with Aluminum Pull-Outs, Michelin XZE 22.5 tires, All Aluminum wheels, Tire Inflation system, Oversize Pull-Out lights, Amber Strobes, Pressure Gauge, and 3rd Axle Airlift, the built weight is 19,470#. I have also attached XL Specialized 5-3-1 Warranty which is the best in the business: 5 years structural, 3 years on paint and 1 year parts coverage. I have (1) left here in LaVergne, TN. Please review and I will be glad to answer any questions for you, please give me a call on my cell: 901-848-6217.

STOCK# 28975 $111,500 (FOB: LAVERGNE, TN / FET INCL)

**Regards,**

*Charles Perry Franks*
**Pinnacle Truck & Trailer Sales LLC**
**176 Charter Place**
**Lavergne, TN 37086**
**Cell: 901-848-6217**
**Email: pfranks@pinnaclellc.us**
**www.pinnaclellc.us**
**Serving the Trucking Industry over 20 Years**
**Authorized Dealer: Benson, Extreme, Fontaine Specialized, Liddell, Transcraft, Wabash, XL Specialized**

Case
4:24cv3177

Exhibit
90

Daws0001067