4:24-cv-03177-SMB-MDN    Doc # 87-26    Filed: 02/24/25    Page 1 of 1 - Page ID # 1663

2025 Great Dane 48' All Aluminum Stock Spec Sheet.pdf

Jim,

There are 10 of these available today at the Great Dane factory in Huntsville. Attached is the spec sheet for the Great Dane stock trailers.

$54,880.00 FET included FOB Huntsville, TN.

**Thank you,**

**Jason Fischer**
**Nebraska Sales Representative**
**Jim Hawk Truck Trailers, Inc.**
**Office (712)366-2241**
**Cell (712)577-3003**



**Jim Hawk Website**
**https://www.jhtt.com/**

**Thermoguard Video**
**https://www.youtube.com/watch?v=vahai-eRf-k**

**Hendrickson Suspension Video**
**https://www.hendrickson-intl.com/Trailer/Videos/INTRAAX-Integrated-Trailer-Suspension**

**Great Dane AdvantEDGE. Giving fleet managers and their drivers their EDGE.**
**https://www.youtube.com/watch?v=-4wqADOMnPM&feature=youtu.be**

**ON LINE CREDIT APP LINK  ----   https://www.jhtt.com/credit-app**



 

Case
4:24cv3177

Exhibit
91

Daws0001079