**From:**  Tyler Howard <Tyler.Howard@wilsontrailer.com>
**To:**  "jimdaws24@gmail.com" <jimdaws24@gmail.com>
**Subject:**  48ft AF Spec Sheet - Wilson Trailer
**Sent:**  Tue 10/29/2024 8:06:44 PM
WT-1170010681.pdf

Jim,

Take a look at these specs and let me know if this looks correct.

Thanks



## Tyler E. Howard
Wilson Trailer Sales of Grand Island
2314 East Highway 30
P.O Box 2421
Grand Island, NE 68802
800-381-1802 office
308-380-0450 cell
308-381-4845 fax
http://www.wilsontrailer.com
*Trailer Financing through* **Anchor Acceptance Corporation**
*Online Application:* *Click Here*

**Case
4:24cv3177

Exhibit
92**

Daws0000549