**From:** Tyler Howard <Tyler_Howard@wilsontrailer.com>
**To:** "jimdaws24@gmail.com" <jimdaws24@gmail.com>
**Subject:** Trailers on the ground now - Wilson Trailer
**Sent:** Tue 10/29/2024 8:21:27 PM

634985.pdf

Jim,

I talked to my Product Manager and we have 19 of these 53ft AF's on the ground which would get you started. Let me know if you see anything needing to be changed on the previous spec I sent you. I will get back to you on costing once I hear from my manager.

Thanks



Tyler E. Howard

Wilson Trailer Sales of Grand Island

2314 East Highway 30

P.O Box 2421

Grand Island, NE 68802

800-381-1802 office

308-380-0450 cell

308-381-4845 fax

http://www.wilsontrailer.com

*Trailer Financing through* **Anchor Acceptance Corporation**

*Online Application:* *Click Here*

---

**Case
4:24cv3177**

**Exhibit
93**

Daws0000550