**Sent:** Wed 10/30/2024 12:57:18 AM
**From:** Jim Daws <jimdaws24@gmail.com>
**To:** robin@schmeeklebros.com

Wayne
The are the trailers we would like;

12 - 2020 Wilson Flats $290,000.00
8 - 2021 Wilson Flats $230,000.00
5 - 2014 Wilson Step $85,000.00   Triple axle trailers
6- 2024 Wilson Step $345,000.00  Triple axle trailers

Thanks

Jim Daws

Case
**4:24cv3177**

**Exhibit
94**

Daws0000581