**Sent:** Mon 10/14/2024 6:28:35 PM
4:24-cv-03177-SMB-MDN   Doc # 88-1   Filed: 02/24/25   Page 1 of 2 - Page ID # 1675
**Subject:** Item shared with you: "Zach_Rick_Convo.MOV"
**From:** "Zachary Demerell (via Google Drive)" <drive-shares-dm-noreply@google.com>
**To:** jimdaws24@gmail.com

# Zachary Demerell shared an item

Zachary Demerell (zdemerell@gmail.com) has shared the following item:

Hopefully this works. Thanks Jim -Karley

Zach_Rick_Convo.MOV

Something went wrong. Try again
{{#thumbnailUrl}}
{{/thumbnailUrl}}{{^thumbnailUrl}}
{{/thumbnailUrl}}
Open
{{#summaryDescription}}
Summary
   {{summaryDescription}}
{{/summaryDescription}}{{#ownerOrCreatorMessage}}
{{ownerOrCreatorMessage}}
{{/ownerOrCreatorMessage}}{{#lastEdited}}
{{#lastEdited.editor}}Last edited by {{lastEdited.editor}}
{{lastEdited.datetime}}{{/lastEdited.editor}}{{^lastEdited.editor}}Last
edited {{lastEdited.datetime}}{{/lastEdited.editor}}
{{/lastEdited}}

Open

If you don't want to receive files from this person, block the sender from Drive

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because zdemerell@gmail.com shared a file or folder located in Google Drive with you.

# Zachary Demerell shared an item

Zachary Demerell (zdemerell@gmail.com) has shared the following item:

Hopefully this works. Thanks Jim -Karley

Zach_Rick_Convo.MOV

Open

```
Case
4:24cv3177

Exhibit
95
```

If you don't want to receive files from this person, block the sender from Drive

Google LLC, 1600 Amphitheatre Parkway, Mountain View, CA 94043, USA
You have received this email because zdemerell@gmail.com shared a file or folder located in Google Drive with you.

Daws0000788