**From:**      Jim Daws <jim@daws-trucking.com>
**Sent:**      Thursday, September 19, 2024 2:51 PM
**To:**        Tony Glenn <tony@daws-trucking.com>;
**Subject:**   Re: Re:

I'm good with doing it thru J & L. I will send a note with his last settlement that he needs to make a plan to make payments or legal action.

**From:** Tony Glenn <tony@daws-trucking.com>
**Sent:** Wednesday, September 18, 2024 10:13 AM
**To:** Jim Daws <jim@daws-trucking.com>
**Subject:** Re:

I agree that the escrow is J&L's, since over the years it has accumulated in JDT, by reducing amount paid out to O/O by JDT.

A negative maint account is actually a receivable on JDT books as of right now because they paid for past repairs that exceed what o/o had "repaid" with maint savings.

Sticking Rick with the negative maint balance seems to penalize JDT for a truck that they never received any revenue from as that goes to J & L & O/O.

Strictly from an accounting viewpoint seems - JDT owes J&L $20k escrow, J&L owes JDT any negative maint that o/o couldn't cover.

Let me know if I'm missing something, Jeff kind of filled me in on the overall context and by the way, I'm in on 9/30 letter.

Thanks

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Wednesday, September 18, 2024 7:54 AM
**To:** Tony Glenn <tony@daws-trucking.com>; Kathy Temme <Kathy@daws-trucking.com>
**Subject:**

Morning,

A thought on Eric Burt? J & L owns this truck and the escrow should go to the truck and the past due maintenance is owned by the LLC so Rick is stuck with it. I'm going to have Thomas send Eric a letter about a payment plan or we will go to court. These guys need to learn to operate like a business!

Thanks

Jim

<div style="border:1px solid black; display:inline-block; padding:10px; text-align:center;">

**Case
4:24cv3177**

**Exhibit
97**

</div>

JDT_00226254