## TRUCK SALES CONTRACT

This contract is entered into on this 27th day of September, 2022, between **Jim Daws Trucking LLC**, a Nebraska Corporation, Seller, and **John Vance**, Buyer.

1.  For and in consideration of the sum of **$180,000.00**, the Seller does hereby sell to buyer the following property:

    **Truck Make, Model & Year:  2022 Peterbilt 389**

    **Mileage: approx 145,000**

    **VIN # 1XPXDP9X4ND783883**

2.  The total purchase price for this property is **$180,000.00 (plus interest)**.  It shall be paid from Buyer to Seller in the following manner: a) The sum of **$0** shall be paid from Buyer to Seller on date of execution of this agreement by both Seller and Buyer.  b) The balance of **$180,000.00 (plus interest)** shall be paid in equal weekly installments of principal and interest in accordance with the terms of a promissory note signed by Buyer in favor of the Seller of even date, which terms are incorporated by this reference into this contract as if fully set forth.  Seller authorizes the Buyer to subtract from monies which may from time to time be due to Seller from Buyer those amounts necessary to satisfy the payments due under the promissory note, together with insurance premiums attributed to the property.

3.  Title to the subject property shall pass to Buyer from Seller upon execution of this contract, the promissory note, and the payment of the down payment, after which the Seller will execute the assignment to the certificate of title to the property.  As security for the payment of the amounts due under the promissory note, the Buyer grants to the Seller a security interest in the property referenced in Paragraph 2.  The Seller shall retain a first lien upon this property, and shall retain the certificate of title to the property until all payments are made under the promissory note, and all remaining terms of this contract are satisfied, at which time the certificate of title shall pass to Buyer and the lien released.  The security interest granted to Seller from Buyer shall encompass not only the amounts due under this contract, but also any other and future monetary advances made to Buyer from Seller.

4.  If the Buyer shall sell, assign or attempt to sell or assign any of the property listed above without first receiving written permission from the Seller, or if the Buyer defaults on any of the covenants, conditions or provisions of this contract it is agreed that the Seller may immediately and without notice take possession of the property wheresoever found and removed and keep for disposal of the same and any unpaid amounts shall at once become due and payable.  If any step is taken by legal action or otherwise by the Seller to recover possession of the property or to collect monies due hereunder the Buyer shall pay to the Seller the equivalent of the monies expended or charges incurred by the Seller as a result of these actions including reasonable attorney's fees.

Case
4:24cv3177

Exhibit
98

JDT_00225829

5. The Buyer shall use the property at all times in a workman-like manner and in such a manner as will not injure the same excepting ordinary wear and tear and shall be responsible for all day-to-day maintenance and all repairs to said property without contribution by the Seller. The Buyer shall further be responsible for maintaining property and casualty insurance against all of the property at the expense of the Buyer, naming the Seller as an additional insured for so long as any amounts remain unpaid.

6. The subject property is sold and purchased on an "as-is" basis. Buyer has had adequate opportunity to examine the property, and is fully satisfied with its condition. Unless otherwise stated herein, there are no representations or warranties of any nature accompanying this transaction.

7. The parties intend and agree that the terms of this contract shall be binding upon their respective heirs, successors, assigns, and personal representatives. This contract is governed by and interpreted according to the laws of the State of Nebraska. This contract represents the entire agreement between the parties and incorporates all previous agreements, whether written or oral. In the event that any provisions of the contract deemed illegal or unenforceable by a Court of law or equity, the remaining terms of this contract shall continue to remain in full force and effect except as to those provisions so found.

8. Buyer agrees to have Seller withhold 10 cents per mile per settlement for a maintenance reserve held by Seller. The total miles used will be the total miles off of the weekly settlement sheets.

9. Buyer agrees to not add any bells, whistles or add-ons to the tractor until note to Daws Incorporated is paid in full.

Dated this 27th day of September, 2022.

**Jim Daws Trucking LLC**, a Nebraska Corporation, Seller; **John Vance**, Buyer _

By _Tony Glen for Jim Daws_
President's Signature

Tony Glenn for James Daws
President's Name Printed

By _____
Buyer's Signature

John V Vance
Buyer's Name Printed

Witness _____

Dated   9/27/22

JDT_00225830

# Purchase Agreement

Tractor                      VIN # **1XPXDP9X4ND783883**                    $180,000.00


                                                        **Total   $180,000.00**


By _Tony Glen for Jim Davis_          _Tony Glenn for James Davis_
    President's Signature                     President's Name Printed

By _____          _John V Vance_____
    Buyer's Signature                       Buyer's Name Printed

Witness _____          Dated ___9/27/22___

JDT_00225831

# PROMISSORY NOTE

$180,000.00 (note amount)                          Date of this note: Sept 27, 2022

FOR VALUE RECEIVED, from and after the date of this note, the undersigned, John Vance (borrrower), promises to pay to the order of J & L ENTERPRISES LLC, (Lender or note Holder, whether one or more), the principal sum of $ 0 with  8  % interest on the unpaid principal balance from the date of this Note, until paid.  Principal and interest payments shall be payable in weekly installments each in the amount of $841.98 commencing on October 12, 2022 and continuing weekly thereafter until the entire principal balance is paid in full.  Borrower authorizes the Lender to deduct each payment from any amounts owed from Lender to Borrower arising as a result of the Borrower provided contract services to the Lender.

All installments are due and payable weekly.  If a weekly settlement is missed, a deduction will be made from my next settlement for any deductions that I missed.  Further, as time is of the essence, Lender may declare the entire unpaid balance of the Note due and payable after giving Borrower notice by telephone or in writing granting ten (10) days to correct the default from the date of the telephone call or mailing of the Notice.  The Lender's failure to exercise such option upon any default shall not be constructed as a waiver to exercise such option a later failure to default.  If borrower leaves Daws Incorporated before note is paid in full, any unpaid balance is due and payable upon termination.

If any of the following events of default occur, this Note and any other obligation of the Borrower to the Lender, shall become due immediately, without demand or notice: (1) filing of a voluntary bankruptcy by Borrower or an involuntary bankruptcy against Borrower; (2) application for the appointment of a receive for, or making of a general assignment for the benefit of creditors by, or insolvency of Borrower.

Presentment, notice of dishonor, and protest are hereby waived by all of the Borrowers of this Note.  This Note shall be the joint and several obligation of all Borrowers, and endorsers, and shall be binding upon them and their successors and assigns.

No renewal or extension of this Note, delay in enforcing any right of Lender under this Note, or assignment by Lender of this Note shall affect the liability of the Borrower.  All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Payee's option.

Borrower **shall** have the right to pre-pay any additional principal amounts at any time without penalty.  Any such additional pre-payments will be applied to the principal balance then existing under this note.

This note shall be constructed in accordance with the laws of the State of Nebraska.

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operational.

JDT_00225832

The Borrower guarantees the prompt payment of the Note and each installment when due, in accordance with all terms and conditions of the Note, and agrees to all terms and conditions of the Note.

Executed this _27th_ day of ___September___, 20 _22_.

_____
Borrower' Signature

_____
Witness's Signature

_John V Vance_
Borrower's Name Printed

_Jeff Keeler_
Witness's Name Printed

JDT_00225833

09/27/2022  7:37:52 AM  Page 1

John Vance   90C

Compound Period ......... :   Weekly

Nominal Annual Rate .... :   8.000 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1  Loan | 09/27/2022 | 180,000.00 | 1 | | |
| 2  Payment | 10/12/2022 | 841.98 | 260 | Weekly | 09/29/2027 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 09/27/2022 | | | | 180,000.00 |
| 1 | 10/12/2022 | 841.98 | 593.85 | 248.13 | 179,751.87 |
| 2 | 10/19/2022 | 841.98 | 276.54 | 565.44 | 179,186.43 |
| 3 | 10/26/2022 | 841.98 | 275.67 | 566.31 | 178,620.12 |
| 4 | 11/02/2022 | 841.98 | 274.80 | 567.18 | 178,052.94 |
| 5 | 11/09/2022 | 841.98 | 273.93 | 568.05 | 177,484.89 |
| 6 | 11/16/2022 | 841.98 | 273.05 | 568.93 | 176,915.96 |
| 7 | 11/23/2022 | 841.98 | 272.18 | 569.80 | 176,346.16 |
| 8 | 11/30/2022 | 841.98 | 271.30 | 570.68 | 175,775.48 |
| 9 | 12/07/2022 | 841.98 | 270.42 | 571.56 | 175,203.92 |
| 10 | 12/14/2022 | 841.98 | 269.54 | 572.44 | 174,631.48 |
| 11 | 12/21/2022 | 841.98 | 268.66 | 573.32 | 174,058.16 |
| 12 | 12/28/2022 | 841.98 | 267.78 | 574.20 | 173,483.96 |
| 2022 Totals | | 10,103.76 | 3,587.72 | 6,516.04 | |
| 13 | 01/04/2023 | 841.98 | 266.90 | 575.08 | 172,908.88 |
| 14 | 01/11/2023 | 841.98 | 266.01 | 575.97 | 172,332.91 |
| 15 | 01/18/2023 | 841.98 | 265.13 | 576.85 | 171,756.06 |
| 16 | 01/25/2023 | 841.98 | 264.24 | 577.74 | 171,178.32 |
| 17 | 02/01/2023 | 841.98 | 263.35 | 578.63 | 170,599.69 |
| 18 | 02/08/2023 | 841.98 | 262.46 | 579.52 | 170,020.17 |
| 19 | 02/15/2023 | 841.98 | 261.57 | 580.41 | 169,439.76 |
| 20 | 02/22/2023 | 841.98 | 260.68 | 581.30 | 168,858.46 |
| 21 | 03/01/2023 | 841.98 | 259.78 | 582.20 | 168,276.26 |
| 22 | 03/08/2023 | 841.98 | 258.89 | 583.09 | 167,693.17 |
| 23 | 03/15/2023 | 841.98 | 257.99 | 583.99 | 167,109.18 |
| 24 | 03/22/2023 | 841.98 | 257.09 | 584.89 | 166,524.29 |
| 25 | 03/29/2023 | 841.98 | 256.19 | 585.79 | 165,938.50 |
| 26 | 04/05/2023 | 841.98 | 255.29 | 586.69 | 165,351.81 |
| 27 | 04/12/2023 | 841.98 | 254.39 | 587.59 | 164,764.22 |
| 28 | 04/19/2023 | 841.98 | 253.48 | 588.50 | 164,175.72 |
| 29 | 04/26/2023 | 841.98 | 252.58 | 589.40 | 163,586.32 |
| 30 | 05/03/2023 | 841.98 | 251.67 | 590.31 | 162,996.01 |
| 31 | 05/10/2023 | 841.98 | 250.76 | 591.22 | 162,404.79 |
| 32 | 05/17/2023 | 841.98 | 249.85 | 592.13 | 161,812.66 |
| 33 | 05/24/2023 | 841.98 | 248.94 | 593.04 | 161,219.62 |

JDT_00225834

09/27/2022  7:37:52 AM  Page 2

John Vance   90C

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 34 | 05/31/2023 | 841.98 | 248.03 | 593.95 | 160,625.67 |
| 35 | 06/07/2023 | 841.98 | 247.12 | 594.86 | 160,030.81 |
| 36 | 06/14/2023 | 841.98 | 246.20 | 595.78 | 159,435.03 |
| 37 | 06/21/2023 | 841.98 | 245.28 | 596.70 | 158,838.33 |
| 38 | 06/28/2023 | 841.98 | 244.37 | 597.61 | 158,240.72 |
| 39 | 07/05/2023 | 841.98 | 243.45 | 598.53 | 157,642.19 |
| 40 | 07/12/2023 | 841.98 | 242.53 | 599.45 | 157,042.74 |
| 41 | 07/19/2023 | 841.98 | 241.60 | 600.38 | 156,442.36 |
| 42 | 07/26/2023 | 841.98 | 240.68 | 601.30 | 155,841.06 |
| 43 | 08/02/2023 | 841.98 | 239.76 | 602.22 | 155,238.84 |
| 44 | 08/09/2023 | 841.98 | 238.83 | 603.15 | 154,635.69 |
| 45 | 08/16/2023 | 841.98 | 237.90 | 604.08 | 154,031.61 |
| 46 | 08/23/2023 | 841.98 | 236.97 | 605.01 | 153,426.60 |
| 47 | 08/30/2023 | 841.98 | 236.04 | 605.94 | 152,820.66 |
| 48 | 09/06/2023 | 841.98 | 235.11 | 606.87 | 152,213.79 |
| 49 | 09/13/2023 | 841.98 | 234.18 | 607.80 | 151,605.99 |
| 50 | 09/20/2023 | 841.98 | 233.24 | 608.74 | 150,997.25 |
| 51 | 09/27/2023 | 841.98 | 232.30 | 609.68 | 150,387.57 |
| 52 | 10/04/2023 | 841.98 | 231.37 | 610.61 | 149,776.96 |
| 53 | 10/11/2023 | 841.98 | 230.43 | 611.55 | 149,165.41 |
| 54 | 10/18/2023 | 841.98 | 229.49 | 612.49 | 148,552.92 |
| 55 | 10/25/2023 | 841.98 | 228.54 | 613.44 | 147,939.48 |
| 56 | 11/01/2023 | 841.98 | 227.60 | 614.38 | 147,325.10 |
| 57 | 11/08/2023 | 841.98 | 226.65 | 615.33 | 146,709.77 |
| 58 | 11/15/2023 | 841.98 | 225.71 | 616.27 | 146,093.50 |
| 59 | 11/22/2023 | 841.98 | 224.76 | 617.22 | 145,476.28 |
| 60 | 11/29/2023 | 841.98 | 223.81 | 618.17 | 144,858.11 |
| 61 | 12/06/2023 | 841.98 | 222.86 | 619.12 | 144,238.99 |
| 62 | 12/13/2023 | 841.98 | 221.91 | 620.07 | 143,618.92 |
| 63 | 12/20/2023 | 841.98 | 220.95 | 621.03 | 142,997.89 |
| 64 | 12/27/2023 | 841.98 | 220.00 | 621.98 | 142,375.91 |
| 2023 Totals | | 43,782.96 | 12,674.91 | 31,108.05 | |
| 65 | 01/03/2024 | 841.98 | 219.04 | 622.94 | 141,752.97 |
| 66 | 01/10/2024 | 841.98 | 218.08 | 623.90 | 141,129.07 |
| 67 | 01/17/2024 | 841.98 | 217.12 | 624.86 | 140,504.21 |
| 68 | 01/24/2024 | 841.98 | 216.16 | 625.82 | 139,878.39 |
| 69 | 01/31/2024 | 841.98 | 215.20 | 626.78 | 139,251.61 |
| 70 | 02/07/2024 | 841.98 | 214.23 | 627.75 | 138,623.86 |
| 71 | 02/14/2024 | 841.98 | 213.27 | 628.71 | 137,995.15 |
| 72 | 02/21/2024 | 841.98 | 212.30 | 629.68 | 137,365.47 |
| 73 | 02/28/2024 | 841.98 | 211.33 | 630.65 | 136,734.82 |
| 74 | 03/06/2024 | 841.98 | 210.36 | 631.62 | 136,103.20 |
| 75 | 03/13/2024 | 841.98 | 209.39 | 632.59 | 135,470.61 |
| 76 | 03/20/2024 | 841.98 | 208.42 | 633.56 | 134,837.05 |
| 77 | 03/27/2024 | 841.98 | 207.44 | 634.54 | 134,202.51 |
| 78 | 04/03/2024 | 841.98 | 206.47 | 635.51 | 133,567.00 |
| 79 | 04/10/2024 | 841.98 | 205.49 | 636.49 | 132,930.51 |
| 80 | 04/17/2024 | 841.98 | 204.51 | 637.47 | 132,293.04 |

JDT_00225835

09/27/2022  7:37:52 AM  Page 3

John Vance   90C

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 81 | 04/24/2024 | 841.98 | 203.53 | 638.45 | 131,654.59 |
| 82 | 05/01/2024 | 841.98 | 202.55 | 639.43 | 131,015.16 |
| 83 | 05/08/2024 | 841.98 | 201.56 | 640.42 | 130,374.74 |
| 84 | 05/15/2024 | 841.98 | 200.58 | 641.40 | 129,733.34 |
| 85 | 05/22/2024 | 841.98 | 199.59 | 642.39 | 129,090.95 |
| 86 | 05/29/2024 | 841.98 | 198.60 | 643.38 | 128,447.57 |
| 87 | 06/05/2024 | 841.98 | 197.61 | 644.37 | 127,803.20 |
| 88 | 06/12/2024 | 841.98 | 196.62 | 645.36 | 127,157.84 |
| 89 | 06/19/2024 | 841.98 | 195.63 | 646.35 | 126,511.49 |
| 90 | 06/26/2024 | 841.98 | 194.63 | 647.35 | 125,864.14 |
| 91 | 07/03/2024 | 841.98 | 193.64 | 648.34 | 125,215.80 |
| 92 | 07/10/2024 | 841.98 | 192.64 | 649.34 | 124,566.46 |
| 93 | 07/17/2024 | 841.98 | 191.64 | 650.34 | 123,916.12 |
| 94 | 07/24/2024 | 841.98 | 190.64 | 651.34 | 123,264.78 |
| 95 | 07/31/2024 | 841.98 | 189.64 | 652.34 | 122,612.44 |
| 96 | 08/07/2024 | 841.98 | 188.63 | 653.35 | 121,959.09 |
| 97 | 08/14/2024 | 841.98 | 187.63 | 654.35 | 121,304.74 |
| 98 | 08/21/2024 | 841.98 | 186.62 | 655.36 | 120,649.38 |
| 99 | 08/28/2024 | 841.98 | 185.61 | 656.37 | 119,993.01 |
| 100 | 09/04/2024 | 841.98 | 184.60 | 657.38 | 119,335.63 |
| 101 | 09/11/2024 | 841.98 | 183.59 | 658.39 | 118,677.24 |
| 102 | 09/18/2024 | 841.98 | 182.58 | 659.40 | 118,017.84 |
| 103 | 09/25/2024 | 841.98 | 181.57 | 660.41 | 117,357.43 |
| 104 | 10/02/2024 | 841.98 | 180.55 | 661.43 | 116,696.00 |
| 105 | 10/09/2024 | 841.98 | 179.53 | 662.45 | 116,033.55 |
| 106 | 10/16/2024 | 841.98 | 178.51 | 663.47 | 115,370.08 |
| 107 | 10/23/2024 | 841.98 | 177.49 | 664.49 | 114,705.59 |
| 108 | 10/30/2024 | 841.98 | 176.47 | 665.51 | 114,040.08 |
| 109 | 11/06/2024 | 841.98 | 175.45 | 666.53 | 113,373.55 |
| 110 | 11/13/2024 | 841.98 | 174.42 | 667.56 | 112,705.99 |
| 111 | 11/20/2024 | 841.98 | 173.39 | 668.59 | 112,037.40 |
| 112 | 11/27/2024 | 841.98 | 172.37 | 669.61 | 111,367.79 |
| 113 | 12/04/2024 | 841.98 | 171.34 | 670.64 | 110,697.15 |
| 114 | 12/11/2024 | 841.98 | 170.30 | 671.68 | 110,025.47 |
| 115 | 12/18/2024 | 841.98 | 169.27 | 672.71 | 109,352.76 |
| 116 | 12/25/2024 | 841.98 | 168.24 | 673.74 | 108,679.02 |
| 2024 Totals | | 43,782.96 | 10,086.07 | 33,696.89 | |
| 117 | 01/01/2025 | 841.98 | 167.20 | 674.78 | 108,004.24 |
| 118 | 01/08/2025 | 841.98 | 166.16 | 675.82 | 107,328.42 |
| 119 | 01/15/2025 | 841.98 | 165.12 | 676.86 | 106,651.56 |
| 120 | 01/22/2025 | 841.98 | 164.08 | 677.90 | 105,973.66 |
| 121 | 01/29/2025 | 841.98 | 163.04 | 678.94 | 105,294.72 |
| 122 | 02/05/2025 | 841.98 | 161.99 | 679.99 | 104,614.73 |
| 123 | 02/12/2025 | 841.98 | 160.95 | 681.03 | 103,933.70 |
| 124 | 02/19/2025 | 841.98 | 159.90 | 682.08 | 103,251.62 |
| 125 | 02/26/2025 | 841.98 | 158.85 | 683.13 | 102,568.49 |
| 126 | 03/05/2025 | 841.98 | 157.80 | 684.18 | 101,884.31 |
| 127 | 03/12/2025 | 841.98 | 156.75 | 685.23 | 101,199.08 |

JDT_00225836

09/27/2022  7:37:52 AM  Page 4

John Vance   90C

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 128 | 03/19/2025 | 841.98 | 155.69 | 686.29 | 100,512.79 |
| 129 | 03/26/2025 | 841.98 | 154.64 | 687.34 | 99,825.45 |
| 130 | 04/02/2025 | 841.98 | 153.58 | 688.40 | 99,137.05 |
| 131 | 04/09/2025 | 841.98 | 152.52 | 689.46 | 98,447.59 |
| 132 | 04/16/2025 | 841.98 | 151.46 | 690.52 | 97,757.07 |
| 133 | 04/23/2025 | 841.98 | 150.40 | 691.58 | 97,065.49 |
| 134 | 04/30/2025 | 841.98 | 149.33 | 692.65 | 96,372.84 |
| 135 | 05/07/2025 | 841.98 | 148.27 | 693.71 | 95,679.13 |
| 136 | 05/14/2025 | 841.98 | 147.20 | 694.78 | 94,984.35 |
| 137 | 05/21/2025 | 841.98 | 146.13 | 695.85 | 94,288.50 |
| 138 | 05/28/2025 | 841.98 | 145.06 | 696.92 | 93,591.58 |
| 139 | 06/04/2025 | 841.98 | 143.99 | 697.99 | 92,893.59 |
| 140 | 06/11/2025 | 841.98 | 142.91 | 699.07 | 92,194.52 |
| 141 | 06/18/2025 | 841.98 | 141.84 | 700.14 | 91,494.38 |
| 142 | 06/25/2025 | 841.98 | 140.76 | 701.22 | 90,793.16 |
| 143 | 07/02/2025 | 841.98 | 139.68 | 702.30 | 90,090.86 |
| 144 | 07/09/2025 | 841.98 | 138.60 | 703.38 | 89,387.48 |
| 145 | 07/16/2025 | 841.98 | 137.52 | 704.46 | 88,683.02 |
| 146 | 07/23/2025 | 841.98 | 136.44 | 705.54 | 87,977.48 |
| 147 | 07/30/2025 | 841.98 | 135.35 | 706.63 | 87,270.85 |
| 148 | 08/06/2025 | 841.98 | 134.26 | 707.72 | 86,563.13 |
| 149 | 08/13/2025 | 841.98 | 133.17 | 708.81 | 85,854.32 |
| 150 | 08/20/2025 | 841.98 | 132.08 | 709.90 | 85,144.42 |
| 151 | 08/27/2025 | 841.98 | 130.99 | 710.99 | 84,433.43 |
| 152 | 09/03/2025 | 841.98 | 129.90 | 712.08 | 83,721.35 |
| 153 | 09/10/2025 | 841.98 | 128.80 | 713.18 | 83,008.17 |
| 154 | 09/17/2025 | 841.98 | 127.70 | 714.28 | 82,293.89 |
| 155 | 09/24/2025 | 841.98 | 126.61 | 715.37 | 81,578.52 |
| 156 | 10/01/2025 | 841.98 | 125.51 | 716.47 | 80,862.05 |
| 157 | 10/08/2025 | 841.98 | 124.40 | 717.58 | 80,144.47 |
| 158 | 10/15/2025 | 841.98 | 123.30 | 718.68 | 79,425.79 |
| 159 | 10/22/2025 | 841.98 | 122.19 | 719.79 | 78,706.00 |
| 160 | 10/29/2025 | 841.98 | 121.09 | 720.89 | 77,985.11 |
| 161 | 11/05/2025 | 841.98 | 119.98 | 722.00 | 77,263.11 |
| 162 | 11/12/2025 | 841.98 | 118.87 | 723.11 | 76,540.00 |
| 163 | 11/19/2025 | 841.98 | 117.75 | 724.23 | 75,815.77 |
| 164 | 11/26/2025 | 841.98 | 116.64 | 725.34 | 75,090.43 |
| 165 | 12/03/2025 | 841.98 | 115.52 | 726.46 | 74,363.97 |
| 166 | 12/10/2025 | 841.98 | 114.41 | 727.57 | 73,636.40 |
| 167 | 12/17/2025 | 841.98 | 113.29 | 728.69 | 72,907.71 |
| 168 | 12/24/2025 | 841.98 | 112.17 | 729.81 | 72,177.90 |
| 169 | 12/31/2025 | 841.98 | 111.04 | 730.94 | 71,446.96 |
| 2025 Totals | | 44,624.94 | 7,392.88 | 37,232.06 | |
| 170 | 01/07/2026 | 841.98 | 109.92 | 732.06 | 70,714.90 |
| 171 | 01/14/2026 | 841.98 | 108.79 | 733.19 | 69,981.71 |
| 172 | 01/21/2026 | 841.98 | 107.66 | 734.32 | 69,247.39 |
| 173 | 01/28/2026 | 841.98 | 106.53 | 735.45 | 68,511.94 |
| 174 | 02/04/2026 | 841.98 | 105.40 | 736.58 | 67,775.36 |

JDT_00225837

09/27/2022  7:37:52 AM  Page 5

John Vance   90C

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 175 | 02/11/2026 | 841.98 | 104.27 | 737.71 | 67,037.65 |
| 176 | 02/18/2026 | 841.98 | 103.13 | 738.85 | 66,298.80 |
| 177 | 02/25/2026 | 841.98 | 102.00 | 739.98 | 65,558.82 |
| 178 | 03/04/2026 | 841.98 | 100.86 | 741.12 | 64,817.70 |
| 179 | 03/11/2026 | 841.98 | 99.72 | 742.26 | 64,075.44 |
| 180 | 03/18/2026 | 841.98 | 98.58 | 743.40 | 63,332.04 |
| 181 | 03/25/2026 | 841.98 | 97.43 | 744.55 | 62,587.49 |
| 182 | 04/01/2026 | 841.98 | 96.29 | 745.69 | 61,841.80 |
| 183 | 04/08/2026 | 841.98 | 95.14 | 746.84 | 61,094.96 |
| 184 | 04/15/2026 | 841.98 | 93.99 | 747.99 | 60,346.97 |
| 185 | 04/22/2026 | 841.98 | 92.84 | 749.14 | 59,597.83 |
| 186 | 04/29/2026 | 841.98 | 91.69 | 750.29 | 58,847.54 |
| 187 | 05/06/2026 | 841.98 | 90.53 | 751.45 | 58,096.09 |
| 188 | 05/13/2026 | 841.98 | 89.38 | 752.60 | 57,343.49 |
| 189 | 05/20/2026 | 841.98 | 88.22 | 753.76 | 56,589.73 |
| 190 | 05/27/2026 | 841.98 | 87.06 | 754.92 | 55,834.81 |
| 191 | 06/03/2026 | 841.98 | 85.90 | 756.08 | 55,078.73 |
| 192 | 06/10/2026 | 841.98 | 84.74 | 757.24 | 54,321.49 |
| 193 | 06/17/2026 | 841.98 | 83.57 | 758.41 | 53,563.08 |
| 194 | 06/24/2026 | 841.98 | 82.40 | 759.58 | 52,803.50 |
| 195 | 07/01/2026 | 841.98 | 81.24 | 760.74 | 52,042.76 |
| 196 | 07/08/2026 | 841.98 | 80.07 | 761.91 | 51,280.85 |
| 197 | 07/15/2026 | 841.98 | 78.89 | 763.09 | 50,517.76 |
| 198 | 07/22/2026 | 841.98 | 77.72 | 764.26 | 49,753.50 |
| 199 | 07/29/2026 | 841.98 | 76.54 | 765.44 | 48,988.06 |
| 200 | 08/05/2026 | 841.98 | 75.37 | 766.61 | 48,221.45 |
| 201 | 08/12/2026 | 841.98 | 74.19 | 767.79 | 47,453.66 |
| 202 | 08/19/2026 | 841.98 | 73.01 | 768.97 | 46,684.69 |
| 203 | 08/26/2026 | 841.98 | 71.82 | 770.16 | 45,914.53 |
| 204 | 09/02/2026 | 841.98 | 70.64 | 771.34 | 45,143.19 |
| 205 | 09/09/2026 | 841.98 | 69.45 | 772.53 | 44,370.66 |
| 206 | 09/16/2026 | 841.98 | 68.26 | 773.72 | 43,596.94 |
| 207 | 09/23/2026 | 841.98 | 67.07 | 774.91 | 42,822.03 |
| 208 | 09/30/2026 | 841.98 | 65.88 | 776.10 | 42,045.93 |
| 209 | 10/07/2026 | 841.98 | 64.69 | 777.29 | 41,268.64 |
| 210 | 10/14/2026 | 841.98 | 63.49 | 778.49 | 40,490.15 |
| 211 | 10/21/2026 | 841.98 | 62.29 | 779.69 | 39,710.46 |
| 212 | 10/28/2026 | 841.98 | 61.09 | 780.89 | 38,929.57 |
| 213 | 11/04/2026 | 841.98 | 59.89 | 782.09 | 38,147.48 |
| 214 | 11/11/2026 | 841.98 | 58.69 | 783.29 | 37,364.19 |
| 215 | 11/18/2026 | 841.98 | 57.48 | 784.50 | 36,579.69 |
| 216 | 11/25/2026 | 841.98 | 56.28 | 785.70 | 35,793.99 |
| 217 | 12/02/2026 | 841.98 | 55.07 | 786.91 | 35,007.08 |
| 218 | 12/09/2026 | 841.98 | 53.86 | 788.12 | 34,218.96 |
| 219 | 12/16/2026 | 841.98 | 52.64 | 789.34 | 33,429.62 |
| 220 | 12/23/2026 | 841.98 | 51.43 | 790.55 | 32,639.07 |
| 221 | 12/30/2026 | 841.98 | 50.21 | 791.77 | 31,847.30 |
| 2026 Totals | | 43,782.96 | 4,183.30 | 39,599.66 | |

JDT_00225838

09/27/2022  7:37:52 AM  Page 6

John Vance   90C

|      | Date       | Payment    | Interest  | Principal  | Balance   |
|------|------------|------------|-----------|------------|-----------|
| 222  | 01/06/2027 | 841.98     | 49.00     | 792.98     | 31,054.32 |
| 223  | 01/13/2027 | 841.98     | 47.78     | 794.20     | 30,260.12 |
| 224  | 01/20/2027 | 841.98     | 46.55     | 795.43     | 29,464.69 |
| 225  | 01/27/2027 | 841.98     | 45.33     | 796.65     | 28,668.04 |
| 226  | 02/03/2027 | 841.98     | 44.10     | 797.88     | 27,870.16 |
| 227  | 02/10/2027 | 841.98     | 42.88     | 799.10     | 27,071.06 |
| 228  | 02/17/2027 | 841.98     | 41.65     | 800.33     | 26,270.73 |
| 229  | 02/24/2027 | 841.98     | 40.42     | 801.56     | 25,469.17 |
| 230  | 03/03/2027 | 841.98     | 39.18     | 802.80     | 24,666.37 |
| 231  | 03/10/2027 | 841.98     | 37.95     | 804.03     | 23,862.34 |
| 232  | 03/17/2027 | 841.98     | 36.71     | 805.27     | 23,057.07 |
| 233  | 03/24/2027 | 841.98     | 35.47     | 806.51     | 22,250.56 |
| 234  | 03/31/2027 | 841.98     | 34.23     | 807.75     | 21,442.81 |
| 235  | 04/07/2027 | 841.98     | 32.99     | 808.99     | 20,633.82 |
| 236  | 04/14/2027 | 841.98     | 31.74     | 810.24     | 19,823.58 |
| 237  | 04/21/2027 | 841.98     | 30.50     | 811.48     | 19,012.10 |
| 238  | 04/28/2027 | 841.98     | 29.25     | 812.73     | 18,199.37 |
| 239  | 05/05/2027 | 841.98     | 28.00     | 813.98     | 17,385.39 |
| 240  | 05/12/2027 | 841.98     | 26.75     | 815.23     | 16,570.16 |
| 241  | 05/19/2027 | 841.98     | 25.49     | 816.49     | 15,753.67 |
| 242  | 05/26/2027 | 841.98     | 24.24     | 817.74     | 14,935.93 |
| 243  | 06/02/2027 | 841.98     | 22.98     | 819.00     | 14,116.93 |
| 244  | 06/09/2027 | 841.98     | 21.72     | 820.26     | 13,296.67 |
| 245  | 06/16/2027 | 841.98     | 20.46     | 821.52     | 12,475.15 |
| 246  | 06/23/2027 | 841.98     | 19.19     | 822.79     | 11,652.36 |
| 247  | 06/30/2027 | 841.98     | 17.93     | 824.05     | 10,828.31 |
| 248  | 07/07/2027 | 841.98     | 16.66     | 825.32     | 10,002.99 |
| 249  | 07/14/2027 | 841.98     | 15.39     | 826.59     | 9,176.40  |
| 250  | 07/21/2027 | 841.98     | 14.12     | 827.86     | 8,348.54  |
| 251  | 07/28/2027 | 841.98     | 12.84     | 829.14     | 7,519.40  |
| 252  | 08/04/2027 | 841.98     | 11.57     | 830.41     | 6,688.99  |
| 253  | 08/11/2027 | 841.98     | 10.29     | 831.69     | 5,857.30  |
| 254  | 08/18/2027 | 841.98     | 9.01      | 832.97     | 5,024.33  |
| 255  | 08/25/2027 | 841.98     | 7.73      | 834.25     | 4,190.08  |
| 256  | 09/01/2027 | 841.98     | 6.45      | 835.53     | 3,354.55  |
| 257  | 09/08/2027 | 841.98     | 5.16      | 836.82     | 2,517.73  |
| 258  | 09/15/2027 | 841.98     | 3.87      | 838.11     | 1,679.62  |
| 259  | 09/22/2027 | 841.98     | 2.58      | 839.40     | 840.22    |
| 260  | 09/29/2027 | 841.98     | 1.76      | 840.22     | 0.00      |
| 2027 Totals |     | 32,837.22  | 989.92    | 31,847.30  |           |
| Grand Totals |    | 218,914.80 | 38,914.80 | 180,000.00 |           |

JDT_00225839

John Vance   90C

Last interest amount increased by 0.47 due to rounding.

JDT_00225840