| | |
|---|---|
| **From:** | Jim Daws </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0FEDD1C733784E9D8EFAA1864CA2591B-JIM> |
| **Sent:** | Monday, April 01, 2024 2:44 PM |
| **To:** | Lana Daws <lana.daws73@gmail.com>; |
| **Subject:** | Re: Re: |

Good morning,

Here are a few things I'm thinking about;

I was told by you and Ricky to run the company till, I wanted to stop. Also, in the contract, I have total control. I was also told that Ricky would have a bigger role in learning the business.

So, in regards to Chuck, I think I should have been in the loop before you hired Chuck. We talked earlier last week about Chuck coming out here so we could get a feel on his abilities to help Daws. I asked for Chuck's resume or an application so I could start my process on vetting him but I've never seen anything. The people he was naming were mostly brokers except for Heidtman Steel

You claim I asked you to hire someone in Chicago, but in reality, the only thing I asked you to do was try and find some drivers.

You sent him the link to Stella Jones and when I asked about it you told me you didn't care about the poles but wanted to haul pipe out of Chicago. I have asked you for the first 1 ½ years to contact the steel industry around you when there was an overrun of loads.

Jim

---

**From:** Jim Daws <jim@daws-trucking.com>
**Sent:** Monday, April 1, 2024 9:35 AM
**To:** Lana Daws <lana.daws73@gmail.com>
**Subject:** Re:

Good morning,

Here are a few things I'm thinking about,

I was told by you and Ricky to run the company till I wanted to stop. Also, in the contract I have total control. I was also told that Ricky would have a bigger role in learning the business?

So, in regards to Chuck, I think I should have been in the loop before you hired anyone. We talked earlier last week about him coming out here so we could get a feel on his abilities to help Daws. I asked for Chuck's resume or an application so I could start my process on vetting him but I've never seen anything. The people he was naming were mostly brokers except for Heidtman Steel

You claim I asked you to hire someone in Chicago, but the only thing I asked you to do was try and find some drivers

You sent him the link to Stella Jones and when I asked about it you told me you didn't care about the poles but wanted to haul pipe out of Chicago. I have asked you for the first 1 ½ years to contact the steel industry around you when there was an overrun of loads.

Jim

---

**From:** Jim Daws
**Sent:** Monday, April 1, 2024 9:03 AM
**To:** Lana Daws <lana.daws73@gmail.com>
**Subject:**

Morning,

A few things for you

**Case 4:24cv3177**

**Exhibit 100**

JDT_00233548

I was told by you guys to run it till I wanted to stop. Also, in the contract I have total control! I was also told that Ricky would have a bigger role in learning the business?

So, with Chuck, I think I should have been in the loop before you hired anyone. We talked earlier last week about him coming out here so we could get a feel on his abilities to help Daws. I asked for his resume or an application so I could start my process on vetting him but never seen anything. The people he was naming were mostly brokers except for Heidtman Steel

You claim I asked you to hire someone in Chicago, but the only thing I asked you to do was try and find some drivers

You sent him the link to Stella Jones and when I asked about it you told me you didn't care about the poles but wanted to haul pipe out of Chicago. I have asked you for the first 1 ½ years to contact the steel industry around you when there was an overrun of loads.

Jim

JDT_00233549