**From:**        Jim Daws </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
                 (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0FEDD1C733784E9D8EFAA1864CA2591B-
                 JIM>

**Sent:**        Tuesday, May 21, 2024 9:35 AM

**To:**          Tony Glenn </o=ExchangeLabs/ou=Exchange Administrative Group
                 (FYDIBOHF23SPDLT)/cn=Recipients/cn=18c2b75a8c5b4ca99079346877e069b7-tony>;

**Subject:**

Morning,

A couple of things.
I see that I haven't paid the setup cost for #7? With JDT owing me the balance of the escrow from Adam and we could deduct that from the balance due and then write a check.
I also rented a property on west O in J & L's name for insurance purposes but the rent will be paid by JDT

Thanks,
Jim

Case
4:24cv3177

Exhibit
101

JDT_00231208