overall

| | Trial Balance to Tax Preparer | Daily Cash Mgmt | Financial Stmts | | Payroll Filings | Payroll Prep or Review | A/P checks |
| | | | Monthly | Ad Hoc Annual | | | |
|---|---|---|---|---|---|---|---|
| **Jim Daws Trucking LLC**<br>Owned by absentee Rick Fernandez at 4/30/24<br>Main trucking business<br>Financials prepared monthly via Keystone | x | x | Keystone | | TLC | x | x |
| **Daws Inc.**<br>owned by Jim & Lana Daws<br>Collects owner/operator truck payments existing before 5/1/22 sale of business<br>Financials prepared monthly via excel trial balance on drive U | x | x | Excel TB | | - | - | occasonal |
| **J & L Enterprises**<br>owned by Jim & Lana Daws (employee)<br>Approx 7 trucks at 4/30/24 leased on with Jim Daws Trucking LLC<br>Financials prepared monthly via excel trial balance on drive U | x | x | Excel TB | | - | - | occasonal |
| **Loyal Trucking**<br>owned by Jim Daws, Stanley Craig & Corey Stull (employees)<br>Approx 7 trucks at 4/30/24 leased on with Jim Daws Trucking LLC<br>Financials prepared at least annually via excel trial balance on drive U | x | x | | x | - | - | occasonal |
| **JLD Truck Lines**<br>4 trucks at 4/30/24 leased on with Jim Daws Trucking LLC<br>owned by Jim Daws & Jeff Keeler (employee)<br>Financials prepared at least annually via excel trial balance on drive U | x | x | | x | - | - | occasonal |
| **Watson Trucking**<br>owned by Bryan Watson (employee)<br>2 trucks at 4/30/24 leased on with Jim Daws Trucking LLC<br>Financials prepared at least annually via excel trial balance on drive U | to owner | - | - | - | - | - | - |
| **HJ Trucking**<br>owned by Ranae Muenchrath (employee)<br>3 trucks at 4/30/24 leased on with Jim Daws Trucking LLC<br>Financials prepared at least annually via excel trial balance on drive U | to owner | - | - | - | - | - | - |
| **CTL**<br>owned by Jim & Lana Daws<br>brokerage<br>Financials prepared monthly via Keystone | x | x | Keystone | - | - | - | occasonal |
| **Pyramid Tarp & Repair**<br>York NE business<br>exists in Keystone<br>Ten owners including many Daws employees<br>Financials prepared monthly via excel trial balance on drive U | x | x | Keystone | - | x | as needed | x |

JDT00226615_001

daily

**Cash**
Review cash balances vs bank online
Update cash spreadsheet
Email Jim & Jeff daily cash balances

**A/P**
Enter recently received A/P from snail/email & in-basket

**Shop**
Retrieve shop tickets, A/P from shop
Enter & scan appropriate ones for owner/operator settlement attachments

JDT00226615_002