

<table>
<tbody>
<tr><td>
**Case**<br>
**4:24cv3177**<br>
<br>
**Exhibit**<br>
**103**
</td></tr>
</tbody>
</table>

JDT_00233642



JDT_00233643



JDT_00233644