

## Credit Presentation

**Model Description Name**
#139809 2024 PETERBILT / 389

| | |
|---|---|
| **Company Name**<br>J&L ENTERPRISES LLC | **Applicant Name**<br>ENTERPRISES L J&L |
| **New Loan Amount**<br>131,955 | **Interest Rate**<br>7.650% |
| **Purpose of Loan**<br>#139809 2024 PETERBILT / 389 | **Loan Officer/Comment**<br>Rick |

## RELATED ENTITIES

---

### Summary/Purpose

---

### Customer Background

Operating income is consistent year to year. Since J&L Enterprises LLC primary income comes from Flatbed revenue, trailer leases and building rent from Daws Inc. Will request current financial statement and tax return.

Jim Daws and his team are experienced and involved in the day to day operations. Jim has owned Daws Inc for twenty five years.

---

### Credit Relationship

**J&L ENTERPRISES LLC**

**Our Debt**
**New Loans**

| Loan # /<br>Purpose | Loan<br>Type | Principal<br>Balance | Present<br>Commit | Incr. /<br>Decr. | Proposed<br>Commit | Int. % | Pmt Amt<br>P&I | # Pmts<br>/ Yr | Term | Amort. | Orig. Date /<br>Mat. Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 139809 | Int. | | | 131,955 | 131,955 | 7.650 | 4,120 | 12 | 36 | 36 | 01/22/2024<br>01/22/2027 |
| 2024 PETERBILT / 389. VIN #1XPXD49X6RD678279 | | | | | | | | | | | |
| **Total - New (Our Debt)** | | | | **131,955** | **131,955** | | **49,444** | | | | |
| **Total - Our Debt** | | | | **131,955** | **131,955** | | **49,444** | | | | |
| **Grand Totals** | | | | **131,955** | **131,955** | | **49,444** | | | | |

---

### Sources & Uses of Funds

**Sources & Uses**

---

### Deposit Relationship

> **Case**
> **4:24cv3177**
>
> **Exhibit**
> **123**

JonesBank_SDT00001130

**Financial Analysis**

## BALANCE SHEET

| | |
|---|---|
| **Balance Sheet Dates** | **12/31/2020** |
| **Balance Sheet Description** | **12/31/20** |
| Current Assets | 141,400 |
| Current Liabilities | 147,147 |
| Total Assets | 1,555,960 |
| Total Liabilities | 420,863 |
| Total Equity | 1,135,097 |
| Working Capital:* | -5,747 |

## EARNED EQUITY CHANGE

| | Projected | Yr Avg. |
|---|---|---|
| **Beginning Balance Sheet Date** | | |
| **Ending Balance Sheet Date** | | |
| Beginning Balance Sheet Equity | | |
| Ending Balance Sheet Equity | | |
| Equity Change | | |
| Total Earned Equity | | |
| Earned Equity Change | | |

**Balance Sheet Analysis**

## INCOME STATEMENT

| | | 1 Yr Avg. |
|---|---|---|
| **Inc. & Exp. Beginning Date** | **01/01/2020** | |
| **Inc. & Exp. Ending Date** | **12/31/2020*** | |
| **Inc. & Exp. Description** | **2020 CP** | |
| Gross Revenues: | 400,217 | 400,217 |
| Net Sales: | 400,217 | 400,217 |
| Cost of Goods Sold | | |
| Cost of Sales Depreciation: | | |
| Gross Profit: | 400,217 | 400,217 |
| Depreciation/Amortization/Depletion: | 119,384 | 119,384 |
| Total Expense: | 209,888 | 209,888 |
| Operating Income: | 190,329 | 190,329 |
| Total Non Operating: | | |
| Capital Gains: | | |
| Capital Losses: | | |
| EBIT: | 352,051 | 352,051 |
| Interest Income: | | |
| Income Before Tax: | 334,439 | 334,439 |
| Income Tax: | | |
| Net Income: | 334,439 | 334,439 |
| Owner Withdrawal: | | |
| Dividends Paid: | | |
| Net Income After Owner Withdrawal | 334,439 | 334,439 |
| EBITDA: | 471,435 | 471,435 |

**Income Statement Analysis**

JonesBank_SDT00001131

## REPAYMENT CAPACITY

| | 01/01/2020 12/31/2020* 2020 CP No Adj. | 1 Yr. Average |
|---|---|---|
| **OPERATING INCOME** | **190,329** | **190,329** |
| **Total Non-Operating** | **0** | **0** |
| Net Other Gains/Losses | 161,722 | 161,722 |
| **(EBIT) EARNINGS BEF. INT. & TAXES** | **352,051** | **352,051** |
| Interest Payment(s) | 17,612 | 17,612 |
| INCOME BEFORE TAXES | 334,439 | 334,439 |
| **NET INCOME** | **334,439** | **334,439** |
| Plus: | | |
| Commercial | | |
| Interest Payment(s) | 17,612 | 17,612 |
| Depreciation | 119,384 | 119,384 |
| **CAP RPLC & DEBT REPAYMENT CAPACITY** | **471,435** | **471,435** |
| Total Annual P&I Payment(s) | 122,946 | 122,946 |
| **Total Debt Service** | **122,946** | **122,946** |
| **MARGIN AFTER DEBT SERVICING** | **348,489** | **348,489** |
| **Commercial DSCR** | **3.83** | **3.83** |

### Sensitivity Analysis

Debt Service Margin will be Depleted if:

| | | |
|---|---|---|
| Net Sales/Revenues Decreases by: | 87.08% | 87.08% |
| Operating Expense plus COGS Increase by: | 385.05% | 385.05% |

## Debt Coverage Analysis

| Ratios and Indicators |
|---|

## LIQUIDITY / LEVERAGE

| Balance Sheet Dates | 12/31/2020 |
|---|---|
| Balance Sheet Description | 12/31/20 |
| Current Ratio:* | 0.96 |
| Quick Ratio(Acid Test):* | 0.91 |
| Cash Ratio:* | 0.91 |
| Working Capital:* | -5,747 |
| Debt / Equity:* | 0.37 |
| Debt / Asset:* | 27.05% |
| Equity / Assets:* | 72.95% |
| Current Liabilities / Non-Cur. Liab.:* | 53.76% |
| Current Liabilities / Total Liabilities:* | 34.96% |
| Long Term Debt / Working Capital:* | -47.63 |
| Capitalization Ratio:* | 0.19 |
| Fixed Assets / Tang Net Worth:* | 1.25 |
| Debt / Tang Net Worth:* | 0.37 |

## PROFITABILITY

| Inc. & Exp. Beginning Date | 01/01/2020 | |
|---|---|---|
| Inc. & Exp. Ending Date | 12/31/2020* | 1 Yr Avg. |
| Inc. & Exp. Description | 2020 CP | |
| Return on Assets:* | | |
| Return on Equity:* | | |

JonesBank_SDT00001132

Return on Investment:*
| | | |
|---|---|---|
| Gross Profit Margin: | 100.0% | 100.0% |
| Net Profit Margin: | 83.6% | 83.6% |
| Operating Income Margin: | 47.6% | 47.6% |

Profit Before Tax / Tang Net Worth:*
Profit Before Tax / Total Assets:*
Profit Before Tax / Equity:*

## Ratio Analysis

## Collateral Analysis

## COLLATERAL ANALYSIS DETAIL

Balance Sheet Date: 12/31/2020

### LOANS                                                          COLLATERAL

### Our Loans

**\*2023 PETERBILT 389 TRACTOR TRU**

| Loan # | Description | Type | Loan Amt.**** | Type | Collateral Value | Adv Rate | Prior Lien | Discounted Collateral Value | Margin | Discounted LTV |
|---|---|---|---|---|---|---|---|---|---|---|
| 139682 | | Int.[1] | 185,050 | 2023 PETERBILT 389 TRACTOR TRU | 250,000 | 100% | | 250,000 | | |
| | | **Total** | **185,050** | | | | **Total** | **250,000** | **1.35** | **74.02%** |

**\*#139809 2024 PETERBILT/389.**

| Loan # | Description | Type | Loan Amt.**** | Type | Collateral Value | Adv Rate | Prior Lien | Discounted Collateral Value | Margin | Discounted LTV |
|---|---|---|---|---|---|---|---|---|---|---|
| **139809 | 2024 PETERBILT / 389. VIN #1XPXD49X6RD678279 | Int.[3] | 131,955 | 2024 PETERBILT 389 TRACTOR TRU | 231,905 | 100% | | 231,905 | | |
| | | **Total** | **131,955** | | | | **Total** | **231,905** | **1.76** | **56.90%** |

**Grand Totals**

| | | Loan Amt. | | | Discounted Collateral Value | Margin | Discounted LTV |
|---|---|---|---|---|---|---|---|
| | **Total (Scoring/Rating)** | **317,005** | | **Total (Scoring/Rating)** | **481,905** | **1.52** | **65.78%** |
| | **Total (Ours)** | **317,005** | | **Total (Ours)** | **481,905** | **1.52** | **65.78%** |

1=Principal Balance   2=Present Commitment   3=Proposed Commitment
\* To Scoring & Rating   \*\* Denotes New Loans   \*\*\* Denotes 3rd Party Assets   \*\*\*\* Prior Lien(s) are added to Loan Amount

## Industry Comparison

JonesBank_SDT00001133

## Risk Rating

**#139809 2024 PETERBILT / 389**

| 2 Good |
|---|

**Model Used**: Commercial Model
**Last Scored**: 01/26/2024 7:54 AM Rick Gray
**Financial Statements and Forms calculated from:**

Balance Sheet:          Inc. / Exp.:
12/31/2020 12/31/20     Avg

| Criteria | | Criteria Score | Wt % | Weighted Criteria Score |
|---|---|---|---|---|
| Debt Coverage Ratio: | 3.83 | 1.00 | 150.00 | 1.500 |
| Debt to Equity | 0.37 | 2.00 | 50.00 | 1.000 |
| Net Worth: | 1,135,097 | 3.00 | 50.00 | 1.500 |
| Working Capital: | -5,747 | 5.00 | 50.00 | 2.500 |
| Management: | 3 - Competent | 3.00 | 50.00 | 1.500 |
| Industry: | 3 - Stable | 3.00 | 50.00 | 1.500 |
| Margin of Collateral to Loan | 1.52 | 3.00 | 100.00 | 3.000 |
| **Officer Adjustment:** | 0 | 0.00 | 100.00 | 0.000 |
| | | | | **12.500** |

## RISK RATING TREND

| Description | Score | Overall Score | Last Scored |
|---|---|---|---|
| Commercial Model | 12.50 | 2 | 11/17/2023 |
| Commercial Model | 12.50 | 2 | 11/17/2023 |

## Comments & Recommendations

## Covenants

## Policy Exceptions

## Decision

\* Adjusted for Loan To/From Affiliates/Shareholders

JonesBank_SDT00001134