**VEHICLE INVOICE**

RIVERSIDE TRUCK CENTER, INC. dba

**12079**



# NEBRASKA
# P E T E R B I L T

**8225 S US HWY 281   PO BOX 1083**          **(308) 382-1044**          **GRAND ISLAND, NEBRASKA  68802**

**SOLD TO    J & L ENTERPRISES LLC**                                      **DATE    JANUARY 23, 2024**

**ADDRESS   758 280TH ROAD**

**CITY    MILFORD, NE 68405**                               **SALESMAN   IVAN WALSH**

TERMS NET CASH:  NO DISCOUNT ALLOWED.

| DESCRIPTION | | AMOUNT |
|---|---|---|
| 1 – NEW  PETERBILT: 2024 | SELLING PRICE | $207,288.39 |
| MODEL: 389 | ADD 12% FET | 24,874.61 |
| MILEAGE: 598 | SUBTOTAL | 232,163.00 |
|  | DEDUCT TIRE FET | 258.00 |
|  | TOTAL | $231,905.00 |
| CASH DUE ON DELIVERY: $231,905.00 | | |

**STOCK NO.   P6054**
**SERIAL NO. (VIN NO.)   1XPXD49X6RD678279**
**ENGINE NO.   80594830**

RECEIPT OF INVOICE ACKNOWLEDGED _____    CHECKED BY _____
(CUSTOMER'S SIGNATURE)

**Case
4:24cv3177**

**Exhibit
124**

JonesBank_SDT00000955