

JIM **Daws**
TRUCKING LLC

Case
4:24cv3177

Exhibit
126

# Save the Date

## 30th Anniversary

### July 20th 2024

### Holthus Convention Center
### 3130 Holen Ave, York, NE 68467

### More details soon

