Case
4:24cv3177

Exhibit
127

ZACH & KARLEY DEMERREL
309 LEA LANE
MADILL OK 73446

JEFF CYPHERS
110 WALNUT
JAMESTOWN KS 66948

JEFF & LINDA HARRIS
71065 571ST AVE
FAIRBURY NE 68352

ADAM DENINO
2916 S.W. 6TH STREET
LINCOLN NE 68522

MAX MADSEN
PO BOX 1210
CLARENDON TX 79226

DAN & HEATHER REED
1399 MT. TUSSEL ROAD
KNIFLEY KY 42753

CRAIG DOWNS
304 SOUTH 5TH STREET
NORFOLK NE 68701

JOHNATHON PRICE
133 LINN DRIVE
SAINTE GENEVIEVE MO 63670

MATT LAWS
55 COUNTY ROAD 3350
BOONEVILLE MS 38829

KEVIN & WENDY SIGNOR
4701 SOUTH DEER RUN
NORFOLK NE 68701

STANLEY CRAIG
436 JACKSON
SEWARD NE 68434

SCOTT MITCHELL
PO BOX 225
GODDARD KS 67052

DOUG & DAWN WARNSING
1312 NORTH 9TH STREET
BEATRICE NE 68310

SPENCER MCCLOUD
1247 N HILLCREST AVE
SPRINGFIELD MO 65802

JASON HERNANDEZ
1005 CEDAR DRIVE
KILLEEN TX 76543

MILTON & TINA TURNER
131 LOU DRIVE
WEST MONROE LA 71291

MR & MRS KELSEY RHYNALDS
1455 WYOMING AVENUE
CRETE NE 68333

RON LANDOLL
114 GREENSLOPE COURT
BASTROP TX 78602

JERRY ANDERSON
3631 PERRY CEMETERY ROAD
COLUMBIA TN 38401

ED WALKER
1290 COUNTY ROAD P
COLON NE 68018

WALTER HAVEN
111 S HIGHLAND STREET
MEMPHIS TN 38111

JOE & BILLIE WITT
3305 CANTERBURY DRIVE
SALINA KS 67401

TOMMY MCGEE
2491 N HWY 89 TRL 205
PLEASANT VIEW UT 84404

BRANDON & DEANNA PARKINSON
8445 WEBB ROAD
VERSAILLES MO 65084

COURTNEY EIERMAN
221 TRAILRIDGE ROAD
NORFOLK NE 68701

DAN & BRENDA MCCLESKEY
3895 NE STATE ROUTE U
HAMILTON MO 64644

CHUCK & MELANIE WEAVER
230594 COUNTY ROAD C
SCOTTSBLUFF NE 69361

STEVE & SUZANNE SCHMITZ
1249 GREATHOUSE RD
WAXAHACHIE TX 75167

DANA HINSCH
PO BOX 181
ELWOOD NE 68937

JDT_00221713

GUS & BERTHA  DEANDA
2624 KRISTIN CT NE
SALEM OR 97305

DARRON & TRACY LAWRENCE
702 LAKEVIEW LOOP
SOMERVILLE TX 77879

MIKE & DEANNA MCGALLIARD
726 8TH AVE
FAIRMONT NE 68354

CRAIG & TAMMY EUBANK
313 NORTH BROADWAY
GOREVILLE IL 62939

ROBERT & TORI HEMENWAY
5208 ROBERTA DRIVE
HIGH RIDGE MO 63049

DANIEL & STACY BOOTH
1100 THORNWOOD DRIVE LOT #902
HEATH OH 43056

TERRY & KELLY  KING
2565 KESSLER BLVD
LINCOLN NE 68502

JOHN  & JEANNIE PROCTOR
3286 INDIAN NECK ROAD
TAPPAHANNOCK VA 22560

JAISA DOUTY
231 N 3RD ST
SEWARD NE 68434

ERIC & ANDREA BURT
1015 NORTH GRAND
ELLSWORTH KS 67439

LEE GODSEY
14600 MARSH LANE APT #1105
ADDISON TX 75001

JONATHAN SALIBA
112 1ST STREET
NEW CAMBRIA KS 67470

CORY PINNELL
502 E MAIN STREET
GLASCO KS 67445

TRAVIS & CASSANDRA  HALL
548 AGNES ST
OWATONNA MN 55060

JOHN & CINDY  VANCE
239 HIGHWAY 407
WINONA MS 38967

MICKEY MCCANN
601 MAIN
DEER LODGE MT 59722

PRESTON MAU
1224 H STREET
GENEVA NE 68361

GEORGE WILTROUT
216 5TH COURT
SOUTH FORK PA 15956

OTHO & KIM  WILLIAMS
55 COUNTY ROAD 3350
BOONEVILLE MS 38829

JOSHUA & CASSANDRA  MAY
232 RALPH STREET
JACKSON OH 45640

JOHN HICKS
3631 PERRY CEMETERY RD
COLUMBIA TN 38401

MATT HUDSON
429 NORTH SERVICE ROAD
SAINT PETERS MO 63376

JOSHUA & AMBER POOLER
2372 FLAG ROAD
ABILENE KS 67410

DYLAN & LINDSAY WAYNE
396 DAVIS ROAD
COLDWATER MS 38618

KRISTOFER BUEHLER
105 W 5TH STREET APT 304
PO BOX 217
FAIRBURY NE 68352

BEN & ANDREA  HOWARD
1906 ROAD 20
WACO NE 68460

JOSH & APRIL CRAIG
1017 WILLOW AVE
SEWARD NE 68434

BRANDON & CATHY KRUMME
108 NORTH BELL STREET
BEATRICE NE 68310

RYAN & SHAWN TAE BROWN
2519 PIONEER BLVD
GRAND ISLAND NE 68801

JDT_00221714

JERED TIDYMAN
408 DAVENPORT AVENUE
CULBERTSON NE 69024

HAROLD & LYN MCCULLOUGH
5420 WEST GARY GATELY STREET
LINCOLN NE 68528

TIM & LORI SWETT
44 TAZ COURT
HERMOSA SD 57744

JAKE BARFUSS
133 VILLAGE CREEK DRIVE
MAYSVILLE NC 28555

BOB & LINDA HANEY
17056 SOUTH INDIAN HILLS ROAD
BURLINGAME KS 66413

BILL & JODY HALEY
201 N CARTHAGE
EXIRA IA 50076

ROLLIN BRENNEMAN
4303 LINN BENTON RD
FAIRFAX IA 52228

MICHAEL & DEBRA HILL
4950 W FARM RD 156 LOT 31
BROOKLINE MO 65619

KENDALL & LIZ MILLER
106 MONROE ST N
HAZLETON IA 50641

DARL PARRY
816 GASCHE ST
WOOSTER OH 44691

TONY & RASCHELLE HALL
2621 ARKANSAS TER
QUENEMO KS 66528

SCOTT & CHRISTY VANBUSKIRK
32253 150TH AVE
HEDRICK IA 52563

MIKE & SHERRY BUTTJER
636 WEST ST
PLAINFIELD IA 50666

TOM CRAWFORD
2267 340TH
LOST SPRINGS KS 66859

JOANN & JASON ROTH
BOX 347
MILFORD NE 68405

STEVE & SANDRA GREEN
179 RAIDER DRIVE APT A
COOKEVILLE TN 38501

LEE GRANT
5338 WEST MILL ROAD
RAYMOND NE 68428

JOHN SWANSON
301 EAST WILLARD AVENUE – APT 12
GENOA NE 68640

IVAN & SHARON WALSH
8930 ROCKY TOP RD
LINCOLN NE 68526

JOHN & NICOLE DUNARD
222 DAVIS ROAD
TROY MO 63379

GEORGE CARTER
PO BOX 91
DONIPHAN NE 68832

JEFF & CRYSTAL FANGMEYER
PO BOX 12
DESHLER NE 68340

VERN ZWINGMAN
1325 N DELAWARE DRIVE LOT #120
APACHE JUNCTION AZ 85120

JOSH & HEIDI GREGG
2422 EAST 16TH
YORK NE 68467

MIKE & JEANIE HECKER
2432 N COLUMBIA
SEWARD NE 68434

RANDY & CINDY BOHLKEN
521 S 11TH
GENEVA NE 68361

JIM & ROXY BLOWERS
219 NORTH F
MILFORD NE 68405

DAVE & MEGAN DARLINGTON
4001 NICHOLAS CT
ROCA NE 68430

WES & LINDSAY DUNHAM
30133 390TH ST
GRIGGSVILLE IL 62340

JDT_00221715

AL & CRYSTAL PLOEN
1061 154TH
PLEASANT DALE NE 68423

JAY & HANNAH OLSON
1060 CEDAR CIRCLE
SPRINGFIELD NE 68059

STEVE & TRELLA DUNHAM
30179 390TH ST
GRIGGSVILLE IL 62340-2253

LARRY NEDDER
8682 FISHER DR
FRISCO TX 75033

MARK KOLTERMAN & GUEST
2577 WAVERLY RD
SEWARD NE 68434

KEVIN & SALLY DANEKAS
276 252ND
MILFORD NE 68405

RANDY & CINDY WINTERFELD
1346 224TH
SEWARD NE 68434

BILL & CAROL MURPHY
1630 E 13TH
CRETE NE 68333

CORBY & MARILYN FLAGLE
3932 MEADOW WAY TRL
GRAND ISLAND NE 68803

KATHY SKALA
1810 W 13TH
GRAND ISLAND NE 68803

STEVE & MARY SKLENAR
3 COUNRTY CLUB HEIGHTS
YORK NE 68467

WAYNE & BARB AUDE
710 LINCOLN AVE
HEBRON NE 68370

STEVE & ELAINE RODENBAUGH
252 MAPLE STREET
SEWARD NE 68434

WAYNE & LINDA FLATHMAN
BOX 23
SHICKLEY NE 68436

KEVIN & JULIE WILLIS
BOX 256
SHELTON NE 68876

MOOSE & SUE BERNT
1738 RAINBOW
SEWARD NE 68434

DAVE & CID BESSE
BOX 62
GOEHNER NE 68364

BRIAN & TINA WANNER
387 MAIDENCREEK ROAD
FLEETWOOD PA 19522

KENNY & ANGELA PEKAREK
460 S EVERGREEN
SEWARD NE 68434

KEVIN & LAURIE SAGEHORN
194 WILDWOOD ROAD
SEWARD NE 68434

DICK & CLAUDIA HANSEN
341 ROAD 3550
SUPERIOR NE 68978

GLENN & DEB STYCH
BOX 217
EXETER NE 68351

COLLEEN KUSKA
BOX 185
EXETER NE 68351

JEFF & DARLA AEGERTER
1250 RIDGE RUN
SEWARD NE 68434

GARY & LINDA GILL
619 E 9TH
FRIEND NE 68359

DAVE & KATHY STUTZMAN
882 280TH
SEWARD NE 68434

KENTON & CHRISTY SCHEGG
1266 E SEWARD ST
SEWARD NE 68434

KATHY TEMME & BOBBY HOEFT
PO BOX 423
FAIRMONT NE 68354

TONY & MARCY GLENN
5241 SOUTH 30TH STREET
LINCOLN NE 68516

DENNIS & KAREN BROADWELL
1210 NORTH 7TH STREET
SEWARD NE 68434

JDT_00221716

BREN JOHNSON
PO BOX 14
MALCOLM NE 68402

BILL & LINDA MOLTHAN
344 NORTH 5TH STREET
SEWARD NE 68434

MATTIE HANS & GUEST
728 SEWARD STREET
SEWARD NE 68434

JEFF & CHRISTY KEELER
PO BOX 83
GOEHNER NE 68364

RANAE MUENCHRATH
254 WEST MAPLE STREET
PO BOX 162
DWIGHT NE 68635

BRYAN & KIRSTEN WATSON
2119 N 2ND STREET
SEWARD NE 68434

COREY STULL
758 280TH RD
MILFORD NE 68405

ALLAN & CARISSA HEMSATH
333 SOUTH 9TH STREET
SEWARD NE 68434

TRACI & DAN SAGMILLER
14860 EAST HILLS VIEW DRIVE
PIEDMONT SD 57769

DAWN PEWICK
8955 JAMISON DRIVE
WEST DES MOINES IA 50266

SYLVIA & DENNIS KOURT
14200 STURGIS ROAD #10
PIEDMONT SD 57769

ANDREA & JIM COTTEN
507 NORTH STREET
DEXTER IA 50070

TIM & LISA SCHENK
47885 DREW STREET
HARRISBURG SD 57032

MO & SALLY JOST

KEVIN & BECKY WINGARD
909 1ST STREET
MILFORD NE 68405

GUY & THERESA HAYES
2300 LARCHDALE DR
LINCOLN NE 68506

TREY TAYLOR
1075 8TH STREET
DAVID CITY NE 68632

WAYNE & ROBIN SCHMEECKLE
15 CARRIE COURT
FORT MORGAN CO 80701

LUKAS SCHMEECKLE
2809 SUNSET VIEW DR
FORT FOLLINS CO 80528

BRIAN & AMY BEST
105 2ND STREET AVE NW APT 20
PO BOX 2184
HILDEBRAN NC 28637

KYLE EVSICH
8565 STATE RTE T
AMAZONIA MO 64421

ADONIS GUZMAN - ROGRIGUEZ
2055 MEADOW LANE APT 17
SEWARD NE 68634

JDT_00221717

JDT_00221718

JDT_00221719

JDT_00221720

JDT_00221721

JDT_00221722

JDT_00221723