**From:**     Joann Roth <Joann@daws-trucking.com>
**Sent:**     Tuesday, September 24, 2024 8:29 PM
**To:**       rickf@rdtintermodal.com <rickf@rdtintermodal.com>;

**Subject:**  resignation


My last day will be Friday September 27, 2024.
JoAnn Roth

<div style="border: 2px solid black; padding: 10px;">

**Case
4:24cv3177**

**Exhibit
128**

</div>

JDT_00225269