| | |
|---|---|
| **From:** | Ranae Muencrath <ranae@daws-trucking.com> |
| **Sent:** | Tuesday, September 24, 2024 6:06 PM |
| **To:** | Rick Fernandez <rick@daws-trucking.com>; |
| **Subject:** | last day |

My last day will be Friday Sept 27th.

**Thanks**
**RaNae Muenchrath**
**Daws Trucking**
**NE Dispatch**
**402-761-2186**

**Case
4:24cv3177**

**Exhibit
129**

JDT_00225265