**From:**       Kathy Temme <Kathy@daws-trucking.com>
**Sent:**       Tuesday, September 24, 2024 6:38 PM
**To:**         RICK FERNANDEZ <RickF@rdtintermodal.com>;
**Subject:**    last day

My last day will be September 27, 2024.

Kathy Temme

**Case
4:24cv3177**

**Exhibit
130**

JDT_00225266