**From:**      Jaisa Douty <Jaisa@daws-trucking.com>
**Sent:**      Tuesday, September 24, 2024 8:29 PM
**To:**        Rick Fernandez <rickf@rdtintermodal.com>;
**Subject:**   Resignation

My last day will be Friday September 27, 2024

Thank you

Jaisa Douty
Safety Director

**Daws Trucking Inc.**
758 280th Rd
Milford Ne 68405
Office: 402.761.2186
Fax : 402.761.3711

**Case
4:24cv3177**

**Exhibit
131**

JDT_00225268