**From:**      Tony Glenn <tony@daws-trucking.com>
**Sent:**      Tuesday, September 24, 2024 5:22 PM
**To:**        Rick Fernandez <RickF@rdtintermodal.com>;
**Subject:**   My last day

Will be Friday Sept 27, thanks.

**Case
4:24cv3177**

**Exhibit
132**

JDT_00225271