**From:**      Mattie Hans <Mattie@daws-trucking.com>
**Sent:**      Tuesday, September 24, 2024 8:28 PM
**To:**        rickf@rdtintermodal.com <rickf@rdtintermodal.com>;
**Subject:**   Resignation Notice

My last day will be September 27, 2024.

Thank you,
Mattie Hans

Daws Trucking
Milford, NE
402.761.2186

**Case
4:24cv3177**

**Exhibit
133**

JDT_00225270