| | |
|---|---|
| **From:** | Caitlin Super <caitlin@daws-trucking.com> |
| **Sent:** | Tuesday, September 24, 2024 8:26 PM |
| **To:** | RickF@rdtintermodal.com <RickF@rdtintermodal.com>; Rick Fernandez <rick@daws-trucking.com>; |
| **Subject:** | Notice |

My last day will be Friday, September 27, 2024.

Thanks,

Cait Super
Permitting Manager
Daws Trucking
402.761.2186



```
Case
4:24cv3177

Exhibit
134
```

JDT_00225264