**From:**      Corey Stull <Corey@daws-trucking.com>
**Sent:**      Wednesday, September 25, 2024 1:17 PM
**To:**        Rick Fernandez <rick@daws-trucking.com>;
**Subject:**

Rick

I am giving my notice friday  will be my last day

**Case 4:24cv3177**

**Exhibit 135**

JDT_00225267