## PROMISSORY NOTE

$131,000.00 (note amount)                     Date of this note: Feb 9, 2024

FOR VALUE RECEIVED, from and after the date of this note, the undersigned, Anthony Hall (borrrower), promises to pay to the order of LOYAL TRUCKING INC, (Lender or note Holder, whether one or more), the principal sum of $ 0 with 8 % interest on the unpaid principal balance from the date of this Note, until paid. Principal and interest payments shall be payable in weekly installments each in the amount of $737.23 commencing on February 21, 2024 and continuing weekly thereafter until the entire principal balance is paid in full. Borrower authorizes the Lender to deduct each payment from any amounts owed from Lender to Borrower arising as a result of the Borrower provided contract services to the Lender.

All installments are due and payable weekly. If a weekly settlement is missed, a deduction will be made from my next settlement for any deductions that I missed. Further, as time is of the essence, Lender may declare the entire unpaid balance of the Note due and payable after giving Borrower notice by telephone or in writing granting ten (10) days to correct the default from the date of the telephone call or mailing of the Notice. The Lender's failure to exercise such option upon any default shall not be constructed as a waiver to exercise such option a later failure to default. If borrower leaves Daws Incorporated before note is paid in full, any unpaid balance is due and payable upon termination.

If any of the following events of default occur, this Note and any other obligation of the Borrower to the Lender, shall become due immediately, without demand or notice: (1) filing of a voluntary bankruptcy by Borrower or an involuntary bankruptcy against Borrower; (2) application for the appointment of a receive for, or making of a general assignment for the benefit of creditors by, or insolvency of Borrower.

Presentment, notice of dishonor, and protest are hereby waived by all of the Borrowers of this Note. This Note shall be the joint and several obligation of all Borrowers, and endorsers, and shall be binding upon them and their successors and assigns.

No renewal or extension of this Note, delay in enforcing any right of Lender under this Note, or assignment by Lender of this Note shall affect the liability of the Borrower. All rights of the Lender under this Note are cumulative and may be exercised concurrently or consecutively at the Payee's option.

Borrower **shall** have the right to pre-pay any additional principal amounts at any time without penalty. Any such additional pre-payments will be applied to the principal balance then existing under this note.

This note shall be constructed in accordance with the laws of the State of Nebraska.

If any one or more of the provisions of this Note are determined to be unenforceable, in whole or in part, for any reason, the remaining provisions shall remain fully operational.

Case
4:24cv3177

Exhibit
137

JDT_00233616

The Borrower guarantees the prompt payment of the Note and each installment when due, in accordance with all terms and conditions of the Note, and agrees to all terms and conditions of the Note.

Executed this _____9th_____ day of _____Feb_____, 20 _24_.

_____          _____
Borrower' Signature                      Borrower's Name Printed
                                         Tony Hall

_____          _____
Witness's Signature                      Witness's Name Printed
                                         James R. Dawes

JDT_00233617

02/09/2024  8:41:43 AM  Page 1

Tony Hall #184a (formerly 76c) Loyal

Compound Period ......... :  Weekly

Nominal Annual Rate .... :  8.000 %

CASH FLOW DATA

| Event | Date | Amount | Number | Period | End Date |
|---|---|---|---|---|---|
| 1  Loan | 02/09/2024 | 131,000.00 | 1 | | |
| 2  Payment | 02/21/2024 | 737.23 | 208 | Weekly | 02/09/2028 |

AMORTIZATION SCHEDULE - Normal Amortization

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| Loan | 02/09/2024 | | | | 131,000.00 |
| 1 | 02/21/2024 | 737.23 | 345.32 | 391.91 | 130,608.09 |
| 2 | 02/28/2024 | 737.23 | 200.94 | 536.29 | 130,071.80 |
| 3 | 03/06/2024 | 737.23 | 200.11 | 537.12 | 129,534.68 |
| 4 | 03/13/2024 | 737.23 | 199.28 | 537.95 | 128,996.73 |
| 5 | 03/20/2024 | 737.23 | 198.46 | 538.77 | 128,457.96 |
| 6 | 03/27/2024 | 737.23 | 197.63 | 539.60 | 127,918.36 |
| 7 | 04/03/2024 | 737.23 | 196.80 | 540.43 | 127,377.93 |
| 8 | 04/10/2024 | 737.23 | 195.97 | 541.26 | 126,836.67 |
| 9 | 04/17/2024 | 737.23 | 195.13 | 542.10 | 126,294.57 |
| 10 | 04/24/2024 | 737.23 | 194.30 | 542.93 | 125,751.64 |
| 11 | 05/01/2024 | 737.23 | 193.46 | 543.77 | 125,207.87 |
| 12 | 05/08/2024 | 737.23 | 192.63 | 544.60 | 124,663.27 |
| 13 | 05/15/2024 | 737.23 | 191.79 | 545.44 | 124,117.83 |
| 14 | 05/22/2024 | 737.23 | 190.95 | 546.28 | 123,571.55 |
| 15 | 05/29/2024 | 737.23 | 190.11 | 547.12 | 123,024.43 |
| 16 | 06/05/2024 | 737.23 | 189.27 | 547.96 | 122,476.47 |
| 17 | 06/12/2024 | 737.23 | 188.43 | 548.80 | 121,927.67 |
| 18 | 06/19/2024 | 737.23 | 187.58 | 549.65 | 121,378.02 |
| 19 | 06/26/2024 | 737.23 | 186.74 | 550.49 | 120,827.53 |
| 20 | 07/03/2024 | 737.23 | 185.89 | 551.34 | 120,276.19 |
| 21 | 07/10/2024 | 737.23 | 185.04 | 552.19 | 119,724.00 |
| 22 | 07/17/2024 | 737.23 | 184.19 | 553.04 | 119,170.96 |
| 23 | 07/24/2024 | 737.23 | 183.34 | 553.89 | 118,617.07 |
| 24 | 07/31/2024 | 737.23 | 182.49 | 554.74 | 118,062.33 |
| 25 | 08/07/2024 | 737.23 | 181.63 | 555.60 | 117,506.73 |
| 26 | 08/14/2024 | 737.23 | 180.78 | 556.45 | 116,950.28 |
| 27 | 08/21/2024 | 737.23 | 179.92 | 557.31 | 116,392.97 |
| 28 | 08/28/2024 | 737.23 | 179.07 | 558.16 | 115,834.81 |
| 29 | 09/04/2024 | 737.23 | 178.21 | 559.02 | 115,275.79 |
| 30 | 09/11/2024 | 737.23 | 177.35 | 559.88 | 114,715.91 |
| 31 | 09/18/2024 | 737.23 | 176.49 | 560.74 | 114,155.17 |
| 32 | 09/25/2024 | 737.23 | 175.62 | 561.61 | 113,593.56 |
| 33 | 10/02/2024 | 737.23 | 174.76 | 562.47 | 113,031.09 |
| 34 | 10/09/2024 | 737.23 | 173.89 | 563.34 | 112,467.75 |
| 35 | 10/16/2024 | 737.23 | 173.03 | 564.20 | 111,903.55 |

JDT_00233618

02/09/2024  8:41:43 AM  Page 2

Tony Hall #184a (formerly 76c) Loyal

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 36 | 10/23/2024 | 737.23 | 172.16 | 565.07 | 111,338.48 |
| 37 | 10/30/2024 | 737.23 | 171.29 | 565.94 | 110,772.54 |
| 38 | 11/06/2024 | 737.23 | 170.42 | 566.81 | 110,205.73 |
| 39 | 11/13/2024 | 737.23 | 169.55 | 567.68 | 109,638.05 |
| 40 | 11/20/2024 | 737.23 | 168.67 | 568.56 | 109,069.49 |
| 41 | 11/27/2024 | 737.23 | 167.80 | 569.43 | 108,500.06 |
| 42 | 12/04/2024 | 737.23 | 166.92 | 570.31 | 107,929.75 |
| 43 | 12/11/2024 | 737.23 | 166.05 | 571.18 | 107,358.57 |
| 44 | 12/18/2024 | 737.23 | 165.17 | 572.06 | 106,786.51 |
| 45 | 12/25/2024 | 737.23 | 164.29 | 572.94 | 106,213.57 |
| 2024 Totals | | 33,175.35 | 8,388.92 | 24,786.43 | |
| 46 | 01/01/2025 | 737.23 | 163.41 | 573.82 | 105,639.75 |
| 47 | 01/08/2025 | 737.23 | 162.52 | 574.71 | 105,065.04 |
| 48 | 01/15/2025 | 737.23 | 161.64 | 575.59 | 104,489.45 |
| 49 | 01/22/2025 | 737.23 | 160.75 | 576.48 | 103,912.97 |
| 50 | 01/29/2025 | 737.23 | 159.87 | 577.36 | 103,335.61 |
| 51 | 02/05/2025 | 737.23 | 158.98 | 578.25 | 102,757.36 |
| 52 | 02/12/2025 | 737.23 | 158.09 | 579.14 | 102,178.22 |
| 53 | 02/19/2025 | 737.23 | 157.20 | 580.03 | 101,598.19 |
| 54 | 02/26/2025 | 737.23 | 156.30 | 580.93 | 101,017.26 |
| 55 | 03/05/2025 | 737.23 | 155.41 | 581.82 | 100,435.44 |
| 56 | 03/12/2025 | 737.23 | 154.52 | 582.71 | 99,852.73 |
| 57 | 03/19/2025 | 737.23 | 153.62 | 583.61 | 99,269.12 |
| 58 | 03/26/2025 | 737.23 | 152.72 | 584.51 | 98,684.61 |
| 59 | 04/02/2025 | 737.23 | 151.82 | 585.41 | 98,099.20 |
| 60 | 04/09/2025 | 737.23 | 150.92 | 586.31 | 97,512.89 |
| 61 | 04/16/2025 | 737.23 | 150.02 | 587.21 | 96,925.68 |
| 62 | 04/23/2025 | 737.23 | 149.12 | 588.11 | 96,337.57 |
| 63 | 04/30/2025 | 737.23 | 148.21 | 589.02 | 95,748.55 |
| 64 | 05/07/2025 | 737.23 | 147.31 | 589.92 | 95,158.63 |
| 65 | 05/14/2025 | 737.23 | 146.40 | 590.83 | 94,567.80 |
| 66 | 05/21/2025 | 737.23 | 145.49 | 591.74 | 93,976.06 |
| 67 | 05/28/2025 | 737.23 | 144.58 | 592.65 | 93,383.41 |
| 68 | 06/04/2025 | 737.23 | 143.67 | 593.56 | 92,789.85 |
| 69 | 06/11/2025 | 737.23 | 142.75 | 594.48 | 92,195.37 |
| 70 | 06/18/2025 | 737.23 | 141.84 | 595.39 | 91,599.98 |
| 71 | 06/25/2025 | 737.23 | 140.92 | 596.31 | 91,003.67 |
| 72 | 07/02/2025 | 737.23 | 140.01 | 597.22 | 90,406.45 |
| 73 | 07/09/2025 | 737.23 | 139.09 | 598.14 | 89,808.31 |
| 74 | 07/16/2025 | 737.23 | 138.17 | 599.06 | 89,209.25 |
| 75 | 07/23/2025 | 737.23 | 137.25 | 599.98 | 88,609.27 |
| 76 | 07/30/2025 | 737.23 | 136.32 | 600.91 | 88,008.36 |
| 77 | 08/06/2025 | 737.23 | 135.40 | 601.83 | 87,406.53 |
| 78 | 08/13/2025 | 737.23 | 134.47 | 602.76 | 86,803.77 |
| 79 | 08/20/2025 | 737.23 | 133.54 | 603.69 | 86,200.08 |
| 80 | 08/27/2025 | 737.23 | 132.62 | 604.61 | 85,595.47 |
| 81 | 09/03/2025 | 737.23 | 131.69 | 605.54 | 84,989.93 |
| 82 | 09/10/2025 | 737.23 | 130.75 | 606.48 | 84,383.45 |

JDT_00233619

02/09/2024  8:41:43 AM  Page 3

## Tony Hall #184a (formerly 76c) Loyal

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 83 | 09/17/2025 | 737.23 | 129.82 | 607.41 | 83,776.04 |
| 84 | 09/24/2025 | 737.23 | 128.89 | 608.34 | 83,167.70 |
| 85 | 10/01/2025 | 737.23 | 127.95 | 609.28 | 82,558.42 |
| 86 | 10/08/2025 | 737.23 | 127.01 | 610.22 | 81,948.20 |
| 87 | 10/15/2025 | 737.23 | 126.07 | 611.16 | 81,337.04 |
| 88 | 10/22/2025 | 737.23 | 125.13 | 612.10 | 80,724.94 |
| 89 | 10/29/2025 | 737.23 | 124.19 | 613.04 | 80,111.90 |
| 90 | 11/05/2025 | 737.23 | 123.25 | 613.98 | 79,497.92 |
| 91 | 11/12/2025 | 737.23 | 122.30 | 614.93 | 78,882.99 |
| 92 | 11/19/2025 | 737.23 | 121.36 | 615.87 | 78,267.12 |
| 93 | 11/26/2025 | 737.23 | 120.41 | 616.82 | 77,650.30 |
| 94 | 12/03/2025 | 737.23 | 119.46 | 617.77 | 77,032.53 |
| 95 | 12/10/2025 | 737.23 | 118.51 | 618.72 | 76,413.81 |
| 96 | 12/17/2025 | 737.23 | 117.56 | 619.67 | 75,794.14 |
| 97 | 12/24/2025 | 737.23 | 116.61 | 620.62 | 75,173.52 |
| 98 | 12/31/2025 | 737.23 | 115.65 | 621.58 | 74,551.94 |
| 2025 Totals | | 39,073.19 | 7,411.56 | 31,661.63 | |
| 99 | 01/07/2026 | 737.23 | 114.70 | 622.53 | 73,929.41 |
| 100 | 01/14/2026 | 737.23 | 113.74 | 623.49 | 73,305.92 |
| 101 | 01/21/2026 | 737.23 | 112.78 | 624.45 | 72,681.47 |
| 102 | 01/28/2026 | 737.23 | 111.82 | 625.41 | 72,056.06 |
| 103 | 02/04/2026 | 737.23 | 110.86 | 626.37 | 71,429.69 |
| 104 | 02/11/2026 | 737.23 | 109.89 | 627.34 | 70,802.35 |
| 105 | 02/18/2026 | 737.23 | 108.93 | 628.30 | 70,174.05 |
| 106 | 02/25/2026 | 737.23 | 107.96 | 629.27 | 69,544.78 |
| 107 | 03/04/2026 | 737.23 | 106.99 | 630.24 | 68,914.54 |
| 108 | 03/11/2026 | 737.23 | 106.02 | 631.21 | 68,283.33 |
| 109 | 03/18/2026 | 737.23 | 105.05 | 632.18 | 67,651.15 |
| 110 | 03/25/2026 | 737.23 | 104.08 | 633.15 | 67,018.00 |
| 111 | 04/01/2026 | 737.23 | 103.10 | 634.13 | 66,383.87 |
| 112 | 04/08/2026 | 737.23 | 102.13 | 635.10 | 65,748.77 |
| 113 | 04/15/2026 | 737.23 | 101.15 | 636.08 | 65,112.69 |
| 114 | 04/22/2026 | 737.23 | 100.17 | 637.06 | 64,475.63 |
| 115 | 04/29/2026 | 737.23 | 99.19 | 638.04 | 63,837.59 |
| 116 | 05/06/2026 | 737.23 | 98.21 | 639.02 | 63,198.57 |
| 117 | 05/13/2026 | 737.23 | 97.23 | 640.00 | 62,558.57 |
| 118 | 05/20/2026 | 737.23 | 96.24 | 640.99 | 61,917.58 |
| 119 | 05/27/2026 | 737.23 | 95.26 | 641.97 | 61,275.61 |
| 120 | 06/03/2026 | 737.23 | 94.27 | 642.96 | 60,632.65 |
| 121 | 06/10/2026 | 737.23 | 93.28 | 643.95 | 59,988.70 |
| 122 | 06/17/2026 | 737.23 | 92.29 | 644.94 | 59,343.76 |
| 123 | 06/24/2026 | 737.23 | 91.30 | 645.93 | 58,697.83 |
| 124 | 07/01/2026 | 737.23 | 90.30 | 646.93 | 58,050.90 |
| 125 | 07/08/2026 | 737.23 | 89.31 | 647.92 | 57,402.98 |
| 126 | 07/15/2026 | 737.23 | 88.31 | 648.92 | 56,754.06 |
| 127 | 07/22/2026 | 737.23 | 87.31 | 649.92 | 56,104.14 |
| 128 | 07/29/2026 | 737.23 | 86.31 | 650.92 | 55,453.22 |
| 129 | 08/05/2026 | 737.23 | 85.31 | 651.92 | 54,801.30 |

JDT_00233620

02/09/2024  8:41:43 AM  Page 4

Tony Hall #184a (formerly 76c) Loyal

| | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 130 | 08/12/2026 | 737.23 | 84.31 | 652.92 | 54,148.38 |
| 131 | 08/19/2026 | 737.23 | 83.31 | 653.92 | 53,494.46 |
| 132 | 08/26/2026 | 737.23 | 82.30 | 654.93 | 52,839.53 |
| 133 | 09/02/2026 | 737.23 | 81.29 | 655.94 | 52,183.59 |
| 134 | 09/09/2026 | 737.23 | 80.28 | 656.95 | 51,526.64 |
| 135 | 09/16/2026 | 737.23 | 79.27 | 657.96 | 50,868.68 |
| 136 | 09/23/2026 | 737.23 | 78.26 | 658.97 | 50,209.71 |
| 137 | 09/30/2026 | 737.23 | 77.25 | 659.98 | 49,549.73 |
| 138 | 10/07/2026 | 737.23 | 76.23 | 661.00 | 48,888.73 |
| 139 | 10/14/2026 | 737.23 | 75.21 | 662.02 | 48,226.71 |
| 140 | 10/21/2026 | 737.23 | 74.19 | 663.04 | 47,563.67 |
| 141 | 10/28/2026 | 737.23 | 73.17 | 664.06 | 46,899.61 |
| 142 | 11/04/2026 | 737.23 | 72.15 | 665.08 | 46,234.53 |
| 143 | 11/11/2026 | 737.23 | 71.13 | 666.10 | 45,568.43 |
| 144 | 11/18/2026 | 737.23 | 70.11 | 667.12 | 44,901.31 |
| 145 | 11/25/2026 | 737.23 | 69.08 | 668.15 | 44,233.16 |
| 146 | 12/02/2026 | 737.23 | 68.05 | 669.18 | 43,563.98 |
| 147 | 12/09/2026 | 737.23 | 67.02 | 670.21 | 42,893.77 |
| 148 | 12/16/2026 | 737.23 | 65.99 | 671.24 | 42,222.53 |
| 149 | 12/23/2026 | 737.23 | 64.96 | 672.27 | 41,550.26 |
| 150 | 12/30/2026 | 737.23 | 63.92 | 673.31 | 40,876.95 |
| 2026 Totals | | 38,335.96 | 4,660.97 | 33,674.99 | |
| 151 | 01/06/2027 | 737.23 | 62.89 | 674.34 | 40,202.61 |
| 152 | 01/13/2027 | 737.23 | 61.85 | 675.38 | 39,527.23 |
| 153 | 01/20/2027 | 737.23 | 60.81 | 676.42 | 38,850.81 |
| 154 | 01/27/2027 | 737.23 | 59.77 | 677.46 | 38,173.35 |
| 155 | 02/03/2027 | 737.23 | 58.73 | 678.50 | 37,494.85 |
| 156 | 02/10/2027 | 737.23 | 57.68 | 679.55 | 36,815.30 |
| 157 | 02/17/2027 | 737.23 | 56.64 | 680.59 | 36,134.71 |
| 158 | 02/24/2027 | 737.23 | 55.59 | 681.64 | 35,453.07 |
| 159 | 03/03/2027 | 737.23 | 54.54 | 682.69 | 34,770.38 |
| 160 | 03/10/2027 | 737.23 | 53.49 | 683.74 | 34,086.64 |
| 161 | 03/17/2027 | 737.23 | 52.44 | 684.79 | 33,401.85 |
| 162 | 03/24/2027 | 737.23 | 51.39 | 685.84 | 32,716.01 |
| 163 | 03/31/2027 | 737.23 | 50.33 | 686.90 | 32,029.11 |
| 164 | 04/07/2027 | 737.23 | 49.28 | 687.95 | 31,341.16 |
| 165 | 04/14/2027 | 737.23 | 48.22 | 689.01 | 30,652.15 |
| 166 | 04/21/2027 | 737.23 | 47.16 | 690.07 | 29,962.08 |
| 167 | 04/28/2027 | 737.23 | 46.10 | 691.13 | 29,270.95 |
| 168 | 05/05/2027 | 737.23 | 45.03 | 692.20 | 28,578.75 |
| 169 | 05/12/2027 | 737.23 | 43.97 | 693.26 | 27,885.49 |
| 170 | 05/19/2027 | 737.23 | 42.90 | 694.33 | 27,191.16 |
| 171 | 05/26/2027 | 737.23 | 41.83 | 695.40 | 26,495.76 |
| 172 | 06/02/2027 | 737.23 | 40.76 | 696.47 | 25,799.29 |
| 173 | 06/09/2027 | 737.23 | 39.69 | 697.54 | 25,101.75 |
| 174 | 06/16/2027 | 737.23 | 38.62 | 698.61 | 24,403.14 |
| 175 | 06/23/2027 | 737.23 | 37.54 | 699.69 | 23,703.45 |
| 176 | 06/30/2027 | 737.23 | 36.47 | 700.76 | 23,002.69 |

JDT_00233621

02/09/2024  8:41:43 AM  Page 5

Tony Hall #184a (formerly 76c) Loyal

|  | Date | Payment | Interest | Principal | Balance |
|---|---|---|---|---|---|
| 177 | 07/07/2027 | 737.23 | 35.39 | 701.84 | 22,300.85 |
| 178 | 07/14/2027 | 737.23 | 34.31 | 702.92 | 21,597.93 |
| 179 | 07/21/2027 | 737.23 | 33.23 | 704.00 | 20,893.93 |
| 180 | 07/28/2027 | 737.23 | 32.14 | 705.09 | 20,188.84 |
| 181 | 08/04/2027 | 737.23 | 31.06 | 706.17 | 19,482.67 |
| 182 | 08/11/2027 | 737.23 | 29.97 | 707.26 | 18,775.41 |
| 183 | 08/18/2027 | 737.23 | 28.89 | 708.34 | 18,067.07 |
| 184 | 08/25/2027 | 737.23 | 27.80 | 709.43 | 17,357.64 |
| 185 | 09/01/2027 | 737.23 | 26.70 | 710.53 | 16,647.11 |
| 186 | 09/08/2027 | 737.23 | 25.61 | 711.62 | 15,935.49 |
| 187 | 09/15/2027 | 737.23 | 24.52 | 712.71 | 15,222.78 |
| 188 | 09/22/2027 | 737.23 | 23.42 | 713.81 | 14,508.97 |
| 189 | 09/29/2027 | 737.23 | 22.32 | 714.91 | 13,794.06 |
| 190 | 10/06/2027 | 737.23 | 21.22 | 716.01 | 13,078.05 |
| 191 | 10/13/2027 | 737.23 | 20.12 | 717.11 | 12,360.94 |
| 192 | 10/20/2027 | 737.23 | 19.02 | 718.21 | 11,642.73 |
| 193 | 10/27/2027 | 737.23 | 17.91 | 719.32 | 10,923.41 |
| 194 | 11/03/2027 | 737.23 | 16.81 | 720.42 | 10,202.99 |
| 195 | 11/10/2027 | 737.23 | 15.70 | 721.53 | 9,481.46 |
| 196 | 11/17/2027 | 737.23 | 14.59 | 722.64 | 8,758.82 |
| 197 | 11/24/2027 | 737.23 | 13.48 | 723.75 | 8,035.07 |
| 198 | 12/01/2027 | 737.23 | 12.36 | 724.87 | 7,310.20 |
| 199 | 12/08/2027 | 737.23 | 11.25 | 725.98 | 6,584.22 |
| 200 | 12/15/2027 | 737.23 | 10.13 | 727.10 | 5,857.12 |
| 201 | 12/22/2027 | 737.23 | 9.01 | 728.22 | 5,128.90 |
| 202 | 12/29/2027 | 737.23 | 7.89 | 729.34 | 4,399.56 |
| 2027 Totals | | 38,335.96 | 1,858.57 | 36,477.39 | |
| | | | | | |
| 203 | 01/05/2028 | 737.23 | 6.77 | 730.46 | 3,669.10 |
| 204 | 01/12/2028 | 737.23 | 5.64 | 731.59 | 2,937.51 |
| 205 | 01/19/2028 | 737.23 | 4.52 | 732.71 | 2,204.80 |
| 206 | 01/26/2028 | 737.23 | 3.39 | 733.84 | 1,470.96 |
| 207 | 02/02/2028 | 737.23 | 2.26 | 734.97 | 735.99 |
| 208 | 02/09/2028 | 737.23 | 1.24 | 735.99 | 0.00 |
| 2028 Totals | | 4,423.38 | 23.82 | 4,399.56 | |
| | | | | | |
| Grand Totals | | 153,343.84 | 22,343.84 | 131,000.00 | |

JDT_00233622

Tony Hall #184a (formerly 76c) Loyal

Last interest amount increased by 0.11 due to rounding.

JDT_00233623