## TRUCK SALES CONTRACT

This contract is entered into on this 9th day of February, 2024, between **LOYAL TRUCKING LLC**, a Nebraska Corporation, Seller, and **Anthony Hall**, Buyer.

1.  For and in consideration of the sum of **$131,000.00**, the Seller does hereby sell to buyer the following property:

    **Truck Make, Model & Year: 2020 Kenworth**

    **Mileage: approx 550,000**

    **VIN # 1XKWD49X2LR292745**

2.  The total purchase price for this property is **$131,000.00 (plus interest)**. It shall be paid from Buyer to Seller in the following manner: a) The sum of **$0** shall be paid from Buyer to Seller on date of execution of this agreement by both Seller and Buyer. b) The balance of **$131,000.00 (plus interest)** shall be paid in equal weekly installments of principal and interest in accordance with the terms of a promissory note signed by Buyer in favor of the Seller of even date, which terms are incorporated by this reference into this contract as if fully set forth. Seller authorizes the Buyer to subtract from monies which may from time to time be due to Seller from Buyer those amounts necessary to satisfy the payments due under the promissory note, together with insurance premiums attributed to the property.

3.  Title to the subject property shall pass to Buyer from Seller upon execution of this contract, the promissory note, and the payment of the down payment, after which the Seller will execute the assignment to the certificate of title to the property. As security for the payment of the amounts due under the promissory note, the Buyer grants to the Seller a security interest in the property referenced in Paragraph 2. The Seller shall retain a first lien upon this property, and shall retain the certificate of title to the property until all payments are made under the promissory note, and all remaining terms of this contract are satisfied, at which time the certificate of title shall pass to Buyer and the lien released. The security interest granted to Seller from Buyer shall encompass not only the amounts due under this contract, but also any other and future monetary advances made to Buyer from Seller.

4.  If the Buyer shall sell, assign or attempt to sell or assign any of the property listed above without first receiving written permission from the Seller, or if the Buyer defaults on any of the covenants, conditions or provisions of this contract it is agreed that the Seller may immediately and without notice take possession of the property wheresoever found and removed and keep for disposal of the same and any unpaid amounts shall at once become due and payable. If any step is taken by legal action or otherwise by the Seller to recover possession of the property or to collect monies due hereunder the Buyer shall pay to the Seller the equivalent of the monies expended or charges incurred by the Seller as a result of these actions including reasonable attorney's fees.

**Case
4:24cv3177**

**Exhibit
138**

5. The Buyer shall use the property at all times in a workman-like manner and in such a manner as will not injure the same excepting ordinary wear and tear and shall be responsible for all day-to-day maintenance and all repairs to said property without contribution by the Seller. The Buyer shall further be responsible for maintaining property and casualty insurance against all of the property at the expense of the Buyer, naming the Seller as an additional insured for so long as any amounts remain unpaid.

6. The subject property is sold and purchased on an "as-is" basis. Buyer has had adequate opportunity to examine the property, and is fully satisfied with its condition. Unless otherwise stated herein, there are no representations or warranties of any nature accompanying this transaction.

7. The parties intend and agree that the terms of this contract shall be binding upon their respective heirs, successors, assigns, and personal representatives. This contract is governed by and interpreted according to the laws of the State of Nebraska. This contract represents the entire agreement between the parties and incorporates all previous agreements, whether written or oral. In the event that any provisions of the contract deemed illegal or unenforceable by a Court of law or equity, the remaining terms of this contract shall continue to remain in full force and effect except as to those provisions so found.

8. Buyer agrees to have Seller withhold 10 cents per mile per settlement for a maintenance reserve held by Seller. The total miles used will be the total miles off of the weekly settlement sheets.

9. Buyer agrees to not add any bells, whistles or add-ons to the tractor until note to Daws Incorporated is paid in full.

Dated this 9th day of February, 2024.

**LOYAL TRUCKING LLC**, a Nebraska Corporation, Seller; **Anthony Hall**, Buyer _

By _____
President's Signature

By _____
Buyer's Signature

Witness _____

President's Name Printed
_____

_____
Buyer's Name Printed

Dated _____2/9/24_____

JDT_00233625

## Purchase Agreement

Tractor                        VIN #  **1XKWD49X2LR292745**              $131,000.00


                                                      Total   **$131,000.00**


By _____            _____
        President's Signature                      President's Name Printed

By _____            _____
        Buyer's Signature                          Buyer's Name Printed

Witness _____            Dated  2-9-2024

JDT_00233626

# APPENDIX A

CARRIER WILL PAY:

76% OF LINEHAUL FOR FULL, PARTIAL AND OVERDIMENSIONAL LOADS 71% OF WHICH WILL BE PAID WEEKLY; 5% OF WHICH WILL BE RETAINED IN AN ESCROW ACCOUNT

100% TARP, PICK-UP, STOP PAY AND FUEL SURCHARGE

CONTRACTOR IS PAID WEEKLY FOR LOADS DELIVERED THRU MONDAY WITH PAPERWORK RECEIVED IN THE OFFICE BY NOON ON WEDNESDAY

CONTRACTOR WILL PAY:

ALL FUEL TAXES
ANNUAL FORM 2290
ANNUAL LICENSING FEES
PHYSICAL DAMAGE INSURANCE
BOBTAIL INSURANCE
OCCUPATIONAL ACCIDENT INSURANCE
50% OF LIABILITY AND CARGO INSURANCE
TOLLS, SCALES, BESTPASS IF DESIRED
ELECTRONIC DRIVER LOG SUBSCRIPTION FEE $35 PER MONTH
ELECTRONIC LOG DEVICE DEPOSIT $1000 AT $40 PER WEEK

CONTRACTOR

Anthony Hall

CARRIER

James Daws
Daws Trucking Inc

DATE

Addendum to Lease Agreement for Owner/Operators
Confidential for Daws Trucking Inc.

February 9,2024

JDT_00233627

# APPENDIX B

Unit #
184

Year & Make
2020 Kenworth

VIN #
1XKWD49X2LR292745

The equipment listed above is exclusively leased to Daws Trucking Inc.

CONTRACTOR

Anthony Hall
Owner/Operator

CARRIER

James Daws
DAWS TRUCKING INC.

2-9-2024
DATE

## TERMINATION OF LEASE AGREEMENT

Effective_____, I hereby terminate my lease agreement with Daws Trucking Inc.

CONTRACTOR

CARRIER

Anthony Hall
Owner/Operator

James Daws
DAWS TRUCKING INC.

Addendum to Lease Agreement for Owner/Operators
Confidential for Daws Trucking Inc.

February 2024

JDT_00233628