

gains.. you take over the
loans

Text Message

Verizon     2:33 PM     47%

RF

Rick >

Mon, Apr 22 at 11:50 AM

Better yet let me get my
money back with my
gains.. you take over the
loans
And I'm good
We'll part on good terms

Case
4:24cv3177

Exhibit
139

Fri, Apr 26 at 12:53 PM

I'm going to take you up



EXHIBIT

A

JDT_00233645

on your offer to buy it back. I'll start looking at the options

Well that's fine there's a lot taxes that have been paid on both ends ..

+ Text Message



Verizon    2:33 PM    47%

RF

Rick >

Well that's fine there's a lot taxes that have been paid on both ends ..
Try to figure out as fair as possible.
I tried in my head and it's

JDT_00233646

not easy.

I would be willing to let you keep the low interest rate we locked in at with the bank .
Depending on the Offer

Tue, May 14 at 12:46 PM

Hey Jim haven't heard anything ..let me know if





Rick ⟩

Tue, May 14 at 12:46 PM

JDT_00233647