Trucks        35% salvage value/ 3 yrs SL
Trailers       35% salvage value/ 5 yrs SL
Equipment   20% salvage value/ 5 yrs SL

Purchase date before 16th of month - begin depreciating in month purchased
Purchase date after 15th of month - begin depreciating in next month after purchase

**Daws Inc – 2023**

| Date | Desc | Cost | Prior Depr | Salvage | Basis | 2023 | Jan | Nov | Dec | Total | Jan 24 | Feb 24 | Mar 24 | Apr 24 | May 24 | Jun 24 | July 24 | Aug 24 | Sep 24 | Oct 24 | Nov 24 | Dec 24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **149.9** | | | | | | | | | | | | | | | | | | | | | | | |
| **Other Vehicles** | | | | | | | | | | | | | | | | | | | | | | | |
| 04/29/09 | 2001 GMC Pickup | 4,200 | 3,360 | 840 | 3,360 | 0 | | | | | | | | | | | | | | | | | |
| 01/29/10 | 2003 Silverado 1500 Pickup | 11,357 | 9,085 | 2,271 | 9,085 | 0 | | | | | | | | | | | | | | | | | |
| 12/15/11 | 2011 Chevy Impala | 16,800 | 13,440 | 3,360 | 13,440 | 0 | | | | | | | | | | | | | | | | | |
| 10/02/12 | 2004 Buick LeSabre | 10,937 | 8,750 | 2,187 | 8,750 | 0 | | | | | | | | | | | | | | | | | |
| 08/22/13 | 2000 Chevy Snowplow | 3,500 | 3,500 | 0 | 0 | 0 | | | | | | | | | | | | | | | | | |
| 10/29/13 | 2005 Chevy Crew Pickup | 12,900 | 10,320 | 2,580 | 2,580 | 0 | | | | | | | | | | | | | | | | | |
| 10/30/19 | 2019 Chevy Silverado | 41,346 | 20,948 | 8,269 | 12,129 | 6,615 | 551 | 551 | 551 | 6,615 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | 551 | |
| 10/19/19 | 2000 Buick LeSabre | 3,550 | 1,799 | 710 | 2,840 | 568 | 47 | 47 | 47 | 568 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | 47 | |
| 07/20/20 | 2020 Chevy Silverado | 47,518 | 22,966 | 0 | 47,518 | 9,503 | 792 | - | - | 3,960 | - | | | | | | | | | | | | | |
| 06/02/23 | 2020 Chevy Silverado (traded 6/2/23) | -47,518 | -26,926 | | | | | | | 0 | | | | | | | | | | | | | |
| Totals | | 104,590 | | | | 16,686 | 1,391 | 599 | 599 | 11,143 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | 599 | |
| A/D | | | 67,242 | | | | 68,633 | 77,786 | 78,385 | | 78,984 | 79,582 | 80,181 | 80,779 | 81,378 | 81,976 | 82,575 | 83,174 | 83,772 | 84,371 | 84,969 | 85,568 | |

Glenn_SDT00000132_001

**Daws Inc – 2022**

| Date | Desc | Cost | Prior Depr | Salvage | Basis | 2022 exp | Jan | Feb – Dec | Total | Jan |
|------|------|------|-----------|---------|-------|----------|-----|-----------|-------|-----|
| **147.9** | | | | | | | | | | |
| **Org Costs** | | | | | | | | | | |
| | 2021 forward | 274 | 94 | | 274 | 5 | 5 | 0 | 5 | 5 |
| | | | | | | | | | | |
| Monthly Expense | | | | | | | 5 | 0 | 5 | 5 |
| A/D | | | 94 | | | | 99 | 99 | 99 | 104 |

Glenn_SDT00000132_002

**Daws Inc**
**20035.9**
**Owed from JDT**

| | | | |
|---|---|---|---:|
| **Bal** | **11/30/22** | | **$211,296.77** |
| | | JDT payment for J & L truck # 82C (corrects in Jan 23) | -$8,545.19 |
| | | 11/30/22 Jim Daws payments timing diff | -$7,296.77 |
| **Bal** | **12/31/22** | | **$195,454.81** |
| | | N/P Jim Daws miscode | -$56,661.59 |
| | | Correction | $56,661.59 |
| | | J Anderson pymt to Jim 1/11, shb zero | -$1,000.00 |
| | 01/25/23 | JDT payment for J & L truck # 82C (half) | $4,272.60 |
| **Bal** | **01/31/23** | | **$198,727.41** |
| | | JDT payment for J & L truck # 82C (half) | $4,272.59 |
| | | 1/11 J Anderson pymt adj – Feb | $1,000.00 |
| **Bal** | **02/28/23** | | **$204,000.00** |

Absent any timing differences, this balance is $204,000 which is the amount Jim Daws is entitled to from the Jones Bank account at 5/1/22 sale.

Glenn_SDT00000132_003

**Daws Inc**
**Due (to)/from J and L.**

| Date | Amount | Description |
|---|---|---|
| 4/30/22 | 0.00 | |
| 5/15/22 | 10,800.00 | '98 Ottawa shag truck purchased from Daws |
| 5/15/22 | 124,924.13 | Truck # 79C purchased from Daws |
| 5/15/22 | 135,383.40 | Truck # 92A purchased from Daws |
| 5/15/22 | 101,286.00 | Truck # 109C purchased from Daws |
| 10/31/22 | 372,393.53 | |
| 11/16/22 | 124,432.68 | Truck # 59C purchased from Daws |
| 11/30/22 | 496,826.21 | |
| | 3,795.00 | Adj Truck # 109C purchased from Daws |
| 12/29/22 | 9,724.82 | Truck # 82C purchased from Daws |
| 4/30/23 | 510,346.03 | |
| 6/2/23 | 20,592.00 | Basis of traded 2020 Chevy Silverado |
| 6/30/23 | 530,938.03 | |
| 7/21/23 | (10,015.00) | Dan Reed wire (to Daws Inc truck note) |
| 7/31/23 | 520,923.03 | |
| 11/19/24 | 3,200.00 | Dan Reed check toward truck |
| 12/13/24 | 9,657.42 | Dan Reed check toward truck |
| 12/31/24 | 533,780.45 | |

Glenn_SDT00000132_004

| Daws Inc 2024 | Bal 07/31/24 | August Other | Int | Bal 08/31/24 | Sept Other | Int | Bal 09/30/24 | Oct Other | Int | Bal 10/31/24 | Nov Other | Int | Bal 11/30/24 | Dec Other | Int | Bal 12/31/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | | | |
| Owed from JDT | 138,084.26 | | | 138,084.26 | 2,524.89 | | 140,609.15 | | | 140,609.15 | | | 140,609.15 | | | 140,609.15 |
| Due (to)/from Pyramid Tarp | 101,375.82 | | | 101,375.82 | | | 101,375.82 | | | 101,375.82 | | | 101,375.82 | | | 101,375.82 |
| Due (to)/from J & L | 520,923.03 | | | 520,923.03 | 12,857.42 | | 533,780.45 | | | 533,780.45 | | | 533,780.45 | | | 533,780.45 |
| STIL Deposit Receivable | 331,844.00 | | | 331,844.00 | | | 331,844.00 | | | 331,844.00 | | | 331,844.00 | | | 331,844.00 |
| Patronage Dividend Receivable | 11,203.96 | | | 11,203.96 | | | 11,203.96 | | | 11,203.96 | | | 11,203.96 | | | 11,203.96 |
| | | | | | | | | | | | | | | | | |
| N/R – Truck # 121A (Brown) | 19,652.12 | (3,000.00) | 170.54 | 16,822.66 | (2,000.00) | 99.14 | 14,921.80 | | | 14,921.80 | | | 14,921.80 | | | 14,921.80 |
| N/R – Truck # 30E (Reed) | 30,200.98 | (3,851.05) | 221.16 | 26,571.09 | (15,938.26) | 5.89 | 10,638.72 | | | 10,638.72 | | | 10,638.72 | | | 10,638.72 |
| N/R – Truck # 127C (Barfuss) | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| N/R – Truck # 99C (Anderson) | 95,455.98 | (2,362.08) | 583.32 | 93,677.22 | (1,771.56) | 430.29 | 92,335.95 | | | 92,335.95 | | | 92,335.95 | | | 92,335.95 |
| N/R – Truck # 70E (Eubank) | 38,334.59 | (2,654.56) | 230.32 | 35,910.35 | (2,654.56) | 266.85 | 33,522.64 | | | 33,522.64 | | | 33,522.64 | | | 33,522.64 |
| N/R – Truck # 84C (Saliba) | 34,925.20 | (2,364.16) | 209.96 | 32,771.00 | (2,364.16) | 196.68 | 30,603.52 | | | 30,603.52 | | | 30,603.52 | | | 30,603.52 |
| N/R – Truck # 96B (May) | 19,231.23 | | | 19,231.23 | (19,231.23) | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| | | | | | | | | | | | | | | | | |
| Other Vehicles | 104,586.76 | | | 104,586.76 | | | 104,586.76 | | | 104,586.76 | | | 104,586.76 | | | 104,586.76 |
| A/D – Other Vehicles | (82,576.83) | (598.58) | | (83,175.42) | (598.58) | | (83,774.00) | (598.58) | | (84,372.58) | (598.58) | | (84,971.17) | (598.58) | | (85,569.75) |
| Organizational Costs | 274.02 | | | 274.02 | | | 274.02 | | | 274.02 | | | 274.02 | | | 274.02 |
| A/A - Org Costs | (104.00) | | | (104.00) | | | (104.00) | | | (104.00) | | | (104.00) | | | (104.00) |
| | | | | | | | | | | | | | | | | |
| **Total Assets** | 1,363,411.12 | | | 1,349,995.98 | | | 1,321,818.79 | | | 1,321,220.21 | | | 1,320,621.62 | | | 1,320,023.04 |
| | | | | | | | | | | | | | | | | |
| **LIABILITIES & EQUITY** | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Retained Earnings | (8,487,470.44) | | | (8,488,287.15) | | | (8,488,687.42) | | | (8,488,088.84) | | | (8,487,490.25) | | | (8,486,891.67) |
| Shareholder Draw | 7,124,059.32 | | 14,231.85 | 7,138,291.17 | | 28,577.46 | 7,166,868.63 | | | 7,166,868.63 | | | 7,166,868.63 | | | 7,166,868.63 |
| | | | | | | | | | | | | | | | | |
| **Total Liabilities & Equity** | (1,363,411.12) | | | (1,349,995.98) | | | (1,321,818.79) | | | (1,321,220.21) | | | (1,320,621.62) | | | (1,320,023.04) |
| | | | | | | | | | | | | | | | | |
| Check | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| | | | | | | | | | | | | | | | | |
| **INCOME STATEMENT** | | | | | | | | | | | | | | | | |
| Interest Revenue | 13,906.17 | | 1,415.30 | 15,321.47 | | 998.85 | 16,320.32 | | | 16,320.32 | | 0.00 | 16,320.32 | | 0.00 | 16,320.32 |
| Misc Income | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| | 13,906.17 | | 1,415.30 | 15,321.47 | | 998.85 | 16,320.32 | | 0.00 | 16,320.32 | | 0.00 | 16,320.32 | | 0.00 | 16,320.32 |
| | | | | | | | | | | | | | | | | |
| Depreciation/Amortization | 4,196.33 | 598.58 | | 4,794.92 | 598.58 | | 5,393.50 | 598.58 | | 5,992.08 | 598.58 | | 6,590.67 | 598.58 | | 7,189.25 |
| Tax Prep | 2,125.00 | | | 2,125.00 | | | 2,125.00 | | | 2,125.00 | | | 2,125.00 | | | 2,125.00 |
| Other | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| | 6,321.33 | 598.58 | 0.00 | 6,919.92 | 598.58 | 0.00 | 7,518.50 | 598.58 | 0.00 | 8,117.08 | 598.58 | 0.00 | 8,715.67 | 598.58 | 0.00 | 9,314.25 |
| | | | | | | | | | | | | | | | | |
| Gain/(Loss) on Sale | 53,830.18 | 0.00 | | 53,830.18 | 0.00 | | 53,830.18 | 0.00 | | 53,830.18 | 0.00 | | 53,830.18 | 0.00 | | 53,830.18 |
| | | | | | | | | | | | | | | | | |
| Net Income/(Loss) - Month | 1,150.40 | | | 816.72 | | | 400.27 | | | (598.58) | | | (598.58) | | | (598.58) |
| | | | | | | | | | | | | | | | | |
| Net Income/(Loss) - Year to Date | 61,415.02 | | | 62,231.73 | | | 62,632.00 | | | 62,033.42 | | | 61,434.83 | | | 60,836.25 |
| | | | | | | | | | | | | | | | | |
| Total Assets | 1,363,411.12 | | | 1,349,995.98 | | | 1,321,818.79 | | | 1,321,220.21 | | | 1,320,621.62 | | | 1,320,023.04 |
| Total Liabilities & Equity | (1,363,411.12) | | | (1,349,995.98) | | | (1,321,818.79) | | | (1,321,220.21) | | | (1,320,621.62) | | | (1,320,023.04) |
| Var | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 | | | 0.00 |
| | | | | | | | | | | | | | | | | |
| Total Loans Receivable | 237,800.10 | | | 224,983.55 | | | 182,022.63 | | | 182,022.63 | | | 182,022.63 | | | 182,022.63 |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Payments Total | | (14,231.85) | | | (43,959.77) | | | 0.00 | | | 0.00 | | | 0.00 | | (234,204.73) |
| | | | | | | | | | | | | | | | | |
| Debit to SH Draw | | 14,231.85 | | | 28,577.46 | | | 0.00 | | | 0.00 | | | 0.00 | | 221,871.25 |
| | | | | | | | | | | | | | | | | |
| Variance | | 0.00 | | | (15,382.31) | | | 0.00 | | | 0.00 | | | 0.00 | | (12,333.48) |
| | | | | | | | | | | | | | | | | 40,266.71 |
| | | | | | | | | | | | | | | | | (52,600.19) |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | 7,745,047.38 |
| | | | | | | | | | | | | | | | | 7,337,461.19 |
| | | | | | | | | | | | | | | | | 407,586.19 |

Glenn_SDT00000132_005