**JLD - Checking**

| Date | Deposits | $866.67 Turner | $686.56 Hernandez | $647.04 Best | $654.73 Mitchell | Truck Payment | A/P Checks | Balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/24 | $1,048.32 | $866.67 | $686.56 | | $654.73 | | | $19,532.22 | | $3,256.28 |
| 1/4/24 | | | | | | $2,710.47 | | $16,821.75 | | |
| 1/5/24 | $3,617.81 | | | | | | | $20,439.56 | | |
| 1/8/24 | $(835.06) | $866.67 | | | | | | $20,471.17 | | $31.61 |
| 1/15/24 | $3,897.17 | $866.67 | $1,373.12 | | $1,309.46 | | | $27,917.59 | | $7,446.42 |
| 1/16/24 | | | | | | $6,872.34 | | $21,045.25 | | |
| 1/19/24 | | | | | | $3,988.67 | | $17,056.58 | | |
| 1/22/24 | $5,094.93 | $866.67 | $686.56 | | $1,309.46 | $5,367.62 | | $19,646.58 | | $7,957.62 |
| 1/23/24 | | | | | | $2,473.72 | | $17,172.86 | | |
| 1/24/24 | | | | | | | $17.00 | $17,155.86 | 1208 | |
| 1/29/24 | $182.99 | $866.67 | $686.56 | | $1,309.46 | | | $20,201.54 | | $3,045.68 |
| 1/31/24 | $8.44 | | | | | | | $20,209.98 | | |
| | | | | | | | | $25,363.86 | | |
| | $13,014.60 | $4,333.35 | $3,432.80 | | $4,583.11 | $21,412.82 | $17.00 | $(21,429.82) | Reconciled $ | |
| 2/1/24 | | | | | | | | $20,209.98 | | |
| 2/2/24 | | | | | | | | $20,209.98 | | |
| 2/3/24 | | | | | | | | $20,209.98 | | |
| 2/4/24 | | | | | | | | $20,209.98 | | |
| 2/5/24 | | | | | | $2,710.47 | | $17,499.51 | | |
| 2/6/24 | $7,430.57 | $866.67 | $686.56 | | $1,309.46 | | | $27,792.77 | | $10,293.26 |
| 2/7/24 | | | | | | | | $27,792.77 | | |
| 2/8/24 | | | | | | | | $27,792.77 | | |
| 2/9/24 | | | | | | | | $27,792.77 | | |
| 2/10/24 | | | | | | | | $27,792.77 | | |
| 2/11/24 | | | | | | | | $27,792.77 | | |
| 2/12/24 | | | | | | | | $27,792.77 | | |
| 2/13/24 | $13,369.54 | $866.67 | $686.56 | | $654.73 | | | $43,370.27 | | $15,577.50 |
| 2/14/24 | | | | | | $6,673.10 | | $36,697.17 | | |
| 2/15/24 | | | | | | $199.25 | $548.73 | $35,949.19 | 1209 | |
| 2/16/24 | | | | | | | | $35,949.19 | | |
| 2/17/24 | | | | | | | | $35,949.19 | | |
| 2/18/24 | | | | | | | | $35,949.19 | | |
| 2/19/24 | | | | | | | | $35,949.19 | | |
| 2/20/24 | $7,391.98 | $866.67 | $686.56 | | $654.73 | $3,988.67 | | $41,560.46 | | $9,599.94 |
| 2/21/24 | | | | | | $2,473.72 | | $39,086.74 | | |
| 2/22/24 | | | | | | $5,367.62 | | $33,719.12 | | |
| 2/23/24 | | | | | | | | $33,719.12 | | |
| 2/24/24 | | | | | | | | $33,719.12 | | |
| 2/25/24 | | | | | | | | $33,719.12 | | |
| 2/26/24 | | | | | | | | $33,719.12 | | |
| 2/27/24 | $5,271.92 | $866.67 | | | $- | | | $39,857.71 | | $6,138.59 |

Glenn_SDT00000133_001

| Date | | | | | | | Balance | Note | |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/24 | | | | | | $275.00 | $39,582.71 | debit | |
| 2/29/24 | $12.58 | | | | | | $39,595.29 | | |
| | $33,476.59 | $3,466.68 | $2,059.68 | $2,618.92 | $21,412.83 | $823.73 | | Reconciled $ | |
| 3/1/24 | | | | | | $21.57 | $39,573.72 | debit | |
| 3/2/24 | | | | | | | $39,573.72 | | |
| 3/3/24 | | | | | | | $39,573.72 | | |
| 3/4/24 | | | | | $2,710.47 | | $36,863.25 | | |
| 3/5/24 | $1,966.56 | $866.67 | $1,373.12 | $- | | | $41,069.60 | | $4,206.35 |
| 3/6/24 | | | | | | | $41,069.60 | | |
| 3/7/24 | | | | | | | $41,069.60 | | |
| 3/8/24 | | | | | | | $41,069.60 | | |
| 3/9/24 | | | | | | | $41,069.60 | | |
| 3/10/24 | | | | | | | $41,069.60 | | |
| 3/11/24 | | | | | | $1,500.00 | $39,569.60 | 1211 | |
| 3/12/24 | $4,131.47 | $866.67 | $686.56 | $654.73 | | | $45,909.03 | | $6,339.43 |
| 3/13/24 | $1,032.30 | | | | | | $46,941.33 | | |
| 3/14/24 | | | | | $6,673.10 | | $40,268.23 | | |
| 3/15/24 | | | | | $186.39 | $10,006.00 | $30,075.84 | debit | |
| 3/16/24 | | | | | | | $30,075.84 | | |
| 3/17/24 | | | | | | | $30,075.84 | | |
| 3/18/24 | | | | | | | $30,075.84 | | |
| 3/19/24 | $8,375.69 | $866.67 | $686.56 | $654.73 | $3,988.67 | | $36,670.82 | | $10,583.65 |
| 3/20/24 | | | | | | | $36,670.82 | | |
| 3/21/24 | | | | | $2,473.72 | | $34,197.10 | | |
| 3/22/24 | | | | | $5,367.62 | | $28,829.48 | | |
| 3/23/24 | | | | | | | $28,829.48 | | |
| 3/24/24 | | | | | | | $28,829.48 | | |
| 3/25/24 | | | | | | | $28,829.48 | | |
| 3/26/24 | $6,293.08 | $- | $- | $- | | | $35,122.56 | | $6,293.08 |
| 3/27/24 | | | | | | | $35,122.56 | | |
| 3/28/24 | | | | | | | $35,122.56 | | |
| 3/29/24 | $15.01 | | | | | | $35,137.57 | | |
| 3/30/24 | | | | | | | $35,137.57 | | |
| 3/31/24 | | | | | | | $35,137.57 | | |
| | $21,814.11 | $2,600.01 | $2,746.24 | $1,309.46 | $21,399.97 | $11,527.57 | | Reconciled $35,137.57 | |
| 4/1/24 | | | | | | | $35,137.57 | | |
| 4/2/24 | $5,281.05 | $1,733.34 | $1,373.12 | $1,309.46 | | | $44,834.54 | | $9,696.97 |
| 4/3/24 | | | | | | | $44,834.54 | | |
| 4/4/24 | | | | | $2,710.47 | | $42,124.07 | | |
| 4/5/24 | | | | | | | $42,124.07 | | |
| 4/6/24 | | | | | | | $42,124.07 | | |
| 4/7/24 | | | | | | | $42,124.07 | | |
| 4/8/24 | | | | | | | $42,124.07 | | |
| 4/9/24 | $4,777.37 | $1,733.34 | $1,373.12 | $1,309.46 | | $6,000.00 | $45,317.36 | 1212 | $9,193.29 |

Glenn_SDT00000133_002

| Date | | | | | | | Balance | Check # | |
|---|---|---|---|---|---|---|---|---|---|
| 4/10/24 | | | | | | | $45,317.36 | | |
| 4/11/24 | | | | | | | $45,317.36 | | |
| 4/12/24 | | | | | | | $45,317.36 | | |
| 4/13/24 | | | | | | | $45,317.36 | | |
| 4/14/24 | | | | | | | $45,317.36 | | |
| 4/15/24 | | | | | $6,872.34 | | $38,445.02 | | |
| 4/16/24 | $6,501.40 | $- | $- | $- | | | $44,946.42 | | $6,501.40 |
| 4/17/24 | | | | | | $1,379.51 | $43,566.91 | 1213 | |
| 4/18/24 | | | | | | | $43,566.91 | | |
| 4/19/24 | | | | | $3,988.67 | | $39,578.24 | | |
| 4/20/24 | | | | | | | $39,578.24 | | |
| 4/21/24 | | | | | | | $39,578.24 | | |
| 4/22/24 | | | | | $7,841.34 | | $31,736.90 | | |
| 4/23/24 | $1,620.40 | $866.67 | $686.56 | $654.73 | | | $35,565.26 | | $3,828.36 |
| 4/24/24 | | | | | | | $35,565.26 | | |
| 4/25/24 | | | | | | | $35,565.26 | | |
| 4/26/24 | | | | | | | $35,565.26 | | |
| 4/27/24 | | | | | | | $35,565.26 | | |
| 4/28/24 | | | | | | | $35,565.26 | | |
| 4/29/24 | $17.39 | | | | | | $35,582.65 | | |
| 4/30/24 | $5,848.78 | $866.67 | $686.56 | $654.73 | | | $43,639.39 | | $8,056.74 |
| | $24,046.39 | $5,200.02 | $4,119.36 | $3,928.38 | $21,412.82 | $7,379.51 | | Reconciled $43,639.39 | |
| 5/1/24 | $62,128.00 | | | | | | $105,767.39 | | |
| 5/2/24 | | | | | | $55,450.00 | $50,317.39 | 1214 | |
| 5/3/24 | | | | | | | $50,317.39 | | |
| 5/4/24 | | | | | | | $50,317.39 | | |
| 5/5/24 | | | | | | | $50,317.39 | | |
| 5/6/24 | | | | | | | $50,317.39 | | |
| 5/7/24 | $330.60 | $866.67 | $686.56 | $654.73 | | | $52,855.95 | | $2,538.56 |
| 5/8/24 | | | | | | | $52,855.95 | | |
| 5/9/24 | | | | | | | $52,855.95 | | |
| 5/10/24 | | | | | | | $52,855.95 | | |
| 5/11/24 | | | | | | | $52,855.95 | | |
| 5/12/24 | | | | | | | $52,855.95 | | |
| 5/13/24 | | | | | | | $52,855.95 | | |
| 5/14/24 | $467.25 | $866.67 | $686.56 | $654.73 | $6,673.10 | | $48,858.06 | | $2,675.21 |
| 5/15/24 | | | | | $192.82 | | $48,665.24 | | |
| 5/16/24 | | | | | | | $48,665.24 | | |
| 5/17/24 | | | | | $2,701.25 | | $45,963.99 | | |
| 5/18/24 | | | | | | | $45,963.99 | | |
| 5/19/24 | | | | | | | $45,963.99 | | |
| 5/20/24 | | | | | $3,988.67 | | $41,975.32 | | |
| 5/21/24 | $5,831.91 | $866.67 | $686.56 | $654.73 | $2,473.72 | | $47,541.47 | | $8,039.87 |
| 5/22/24 | | | | | $5,367.62 | | $42,173.85 | | |
| 5/23/24 | | | | | $7.67 | | $42,166.18 | | |
| 5/24/24 | | | | | | | $42,166.18 | | |

Glenn_SDT00000133_003

| Date | | | | | | | Balance | Check | |
|---|---|---|---|---|---|---|---|---|---|
| 5/25/24 | | | | | | | $42,166.18 | | |
| 5/26/24 | | | | | | | $42,166.18 | | |
| 5/27/24 | | | | | | | $42,166.18 | | |
| 5/28/24 | $(629.59) | $866.67 | $686.56 | $654.73 | | | $43,744.55 | | $1,578.37 |
| 5/29/24 | | | | | | | $43,744.55 | | |
| 5/30/24 | | | | | | | $43,744.55 | | |
| 5/31/24 | $26.24 | | | | | | $43,770.79 | | |
| | $68,154.41 | $3,466.68 | $2,746.24 | $2,618.92 | $21,404.85 | $55,450.00 | Reconciled $43,770.79 | | |
| 6/1/24 | | | | | | | $43,770.79 | | |
| 6/2/24 | | | | | | | $43,770.79 | | |
| 6/3/24 | | | | | $1,942.22 | $4,137.96 | $37,690.61 | 1215 | |
| 6/4/24 | $4,079.86 | $866.67 | $686.56 | $654.73 | | | $43,978.43 | | $6,287.82 |
| 6/5/24 | | | | | | | $43,978.43 | | |
| 6/6/24 | | | | | | | $43,978.43 | | |
| 6/7/24 | | | | | | | $43,978.43 | | |
| 6/8/24 | | | | | | | $43,978.43 | | |
| 6/9/24 | | | | | | | $43,978.43 | | |
| 6/10/24 | | | | | | | $43,978.43 | | |
| 6/11/24 | $3,247.15 | $866.67 | $686.56 | $654.73 | | | $49,433.54 | | $5,455.11 |
| 6/12/24 | | | | | | | $49,433.54 | | |
| 6/13/24 | | | | | $6,673.10 | | $42,760.44 | | |
| 6/14/24 | | | | | | | $42,760.44 | | |
| 6/15/24 | | | | | | | $42,760.44 | | |
| 6/16/24 | | | | | | | $42,760.44 | | |
| 6/17/24 | | | | | $199.24 | | $42,561.20 | | |
| 6/18/24 | $6,892.19 | $866.67 | $686.56 | $654.73 | | | $51,661.35 | | $9,100.15 |
| 6/19/24 | | | | | | | $51,661.35 | | |
| 6/20/24 | | | | | $3,988.67 | | $47,672.68 | | |
| 6/21/24 | | | | | $2,473.72 | | $45,198.96 | | |
| 6/22/24 | | | | | | | $45,198.96 | | |
| 6/23/24 | | | | | | | $45,198.96 | | |
| 6/24/24 | | | | | $5,367.62 | | $39,831.34 | | |
| 6/25/24 | $10,622.33 | $866.67 | $686.56 | $- | | | $52,006.90 | | $12,175.56 |
| 6/26/24 | | | | | | | $52,006.90 | | |
| 6/27/24 | | | | | | | $52,006.90 | | |
| 6/28/24 | $18.19 | | | | | | $52,025.09 | | |
| 6/29/24 | | | | | | | $52,025.09 | | |
| 6/30/24 | | | | | | | $52,025.09 | | |
| | $24,859.72 | $3,466.68 | $2,746.24 | $1,964.19 | $20,644.57 | $4,137.96 | Reconciled $52,025.09 | | |
| 7/1/24 | | | | | $1,942.22 | | $50,082.87 | | |
| 7/2/24 | $3,125.56 | $866.67 | $686.56 | $1,309.46 | | | $56,071.12 | | $5,988.25 |
| 7/3/24 | | | | | | | $56,071.12 | | |
| 7/4/24 | | | | | | | $56,071.12 | | |
| 7/5/24 | | | | | | | $56,071.12 | | |

Glenn_SDT00000133_004



| Date | | | | | | | | Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 7/6/24 | | | | | | | | $56,071.12 | |
| 7/7/24 | | | | | | | | $56,071.12 | |
| 7/8/24 | | | | | | | | $56,071.12 | |
| 7/9/24 | $2,719.49 | $866.67 | $686.56 | | $654.73 | | | $60,998.57 | $4,927.45 |
| 7/10/24 | | | | | | | | $60,998.57 | |
| 7/11/24 | | | | | | | $16,678.00 | $44,320.57 | 1216 |
| 7/12/24 | | | | | | | | $44,320.57 | |
| 7/13/24 | | | | | | | | $44,320.57 | |
| 7/14/24 | | | | | | | | $44,320.57 | |
| 7/15/24 | | | | | | $6,865.92 | | $37,454.65 | |
| 7/16/24 | $8,860.51 | $866.67 | $686.56 | $1,941.12 | $654.73 | | | $50,464.24 | $13,009.59 |
| 7/17/24 | | | | | | | | $50,464.24 | |
| 7/18/24 | | | | | | | | $50,464.24 | |
| 7/19/24 | | | | | | $3,988.67 | | $46,475.57 | |
| 7/20/24 | | | | | | | | $46,475.57 | |
| 7/21/24 | | | | | | | | $46,475.57 | |
| 7/22/24 | | | | | | $7,841.34 | | $38,634.23 | |
| 7/23/24 | $2,921.66 | $866.67 | $1,373.12 | $647.04 | $654.73 | | | $45,097.45 | $6,463.22 |
| 7/24/24 | | | | | | | | $45,097.45 | |
| 7/25/24 | | | | | | | | $45,097.45 | |
| 7/26/24 | | | | | | | | $45,097.45 | |
| 7/27/24 | | | | | | | | $45,097.45 | |
| 7/28/24 | | | | | | | | $45,097.45 | |
| 7/29/24 | | | | | | | | $45,097.45 | |
| 7/30/24 | $(1,608.02) | $866.67 | $686.56 | $647.04 | $- | | | $45,689.70 | $592.25 |
| 7/31/24 | $22.19 | | | | | | | $45,711.89 | |
| | $16,041.39 | $4,333.35 | $4,119.36 | $3,235.20 | $3,273.65 | $20,638.15 | $16,678.00 | Reconciled $ | |
| 8/1/24 | | | | | | $1,942.22 | | $43,769.67 | |
| 8/2/24 | | | | | | | | $43,769.67 | |
| 8/3/24 | | | | | | | | $43,769.67 | |
| 8/4/24 | | | | | | | | $43,769.67 | |
| 8/5/24 | | | | | | | | $43,769.67 | |
| 8/6/24 | $6,717.08 | | | | | | | $50,486.75 | $6,717.08 |
| 8/7/24 | | | | | | | | $50,486.75 | |
| 8/8/24 | | | | | | | | $50,486.75 | |
| 8/9/24 | | | | | | | | $50,486.75 | |
| 8/10/24 | | | | | | | | $50,486.75 | |
| 8/11/24 | | | | | | | | $50,486.75 | |
| 8/12/24 | | | | | | | | $50,486.75 | |
| 8/13/24 | $7,756.38 | $1,733.34 | $1,373.12 | $- | $1,964.19 | | | $63,313.78 | $12,827.03 |
| 8/14/24 | | | | | | $6,673.10 | | $56,640.68 | |
| 8/15/24 | | | | | | $199.24 | | $56,441.44 | |
| 8/16/24 | | | | | | | | $56,441.44 | |
| 8/17/24 | | | | | | | | $56,441.44 | |
| 8/18/24 | | | | | | | | $56,441.44 | |
| 8/19/24 | | | | | | $3,988.67 | | $52,452.77 | |

Glenn_SDT00000133_005



| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/20/24 | $6,908.01 | $866.67 | $686.56 | $- | $654.73 | | | $61,568.74 | | $9,115.97 |
| 8/21/24 | | | | | | $2,473.72 | | $59,095.02 | | |
| 8/22/24 | | | | | | $5,367.62 | | $53,727.40 | | |
| 8/23/24 | | | | | | | | $53,727.40 | | |
| 8/24/24 | | | | | | | | $53,727.40 | | |
| 8/25/24 | | | | | | | | $53,727.40 | | |
| 8/26/24 | | | | | | | | $53,727.40 | | |
| 8/27/24 | $1,531.74 | $866.67 | $686.56 | | $654.73 | | | $57,467.10 | | $3,739.70 |
| 8/28/24 | | | | | | | $4,950.00 | $52,517.10 | debit | |
| 8/29/24 | | | | | | | | $52,517.10 | | |
| 8/30/24 | $21.46 | | | | | | | $52,538.56 | | $21.46 |
| 8/31/24 | | | | | | | | $52,538.56 | | |
| | $22,934.67 | $3,466.68 | $2,746.24 | $- | $3,273.65 | $20,644.57 | $4,950.00 | | Reconciled $ | |
| 9/1/24 | | | | | | | | $52,538.56 | | |
| 9/2/24 | | | | | | | | $52,538.56 | | |
| 9/3/24 | | | | | | $1,942.22 | | $50,596.34 | | |
| 9/4/24 | $1,475.45 | $866.67 | $686.56 | | $654.73 | | | $54,279.75 | | |
| 9/5/24 | | | | | | | | $54,279.75 | | |
| 9/6/24 | | | | | | | | $54,279.75 | | |
| 9/7/24 | | | | | | | | $54,279.75 | | |
| 9/8/24 | | | | | | | | $54,279.75 | | |
| 9/9/24 | | | | | | | | $54,279.75 | | |
| 9/10/24 | $- | | | | | | | $54,279.75 | | |
| 9/11/24 | | | | | | | | $54,279.75 | | |
| 9/12/24 | | | | | | | | $54,279.75 | | |
| 9/13/24 | | | | | | | | $54,279.75 | | |
| 9/14/24 | | | | | | | | $54,279.75 | | |
| 9/15/24 | | | | | | | | $54,279.75 | | |
| 9/16/24 | | | | | | | | $54,279.75 | | |
| 9/17/24 | $- | | | | | | | $54,279.75 | | |
| 9/18/24 | | | | | | | | $54,279.75 | | |
| 9/19/24 | | | | | | | | $54,279.75 | | |
| 9/20/24 | | | | | | | | $54,279.75 | | |
| 9/21/24 | | | | | | | | $54,279.75 | | |
| 9/22/24 | | | | | | | | $54,279.75 | | |
| 9/23/24 | | | | | | | | $54,279.75 | | |
| 9/24/24 | $- | | | | | | | $54,279.75 | | |
| 9/25/24 | | | | | | | | $54,279.75 | | |
| 9/26/24 | | | | | | | | $54,279.75 | | |
| 9/27/24 | | | | | | | | $54,279.75 | | |
| 9/28/24 | | | | | | | | $54,279.75 | | |
| 9/29/24 | | | | | | | | $54,279.75 | | |
| 9/30/24 | | | | | | | | $54,279.75 | | |
| | $1,475.45 | $866.67 | $686.56 | $- | $654.73 | $1,942.22 | $- | | Reconciled $ | |

Glenn_SDT00000133_006

settles

## JLD – 2024 Settlement Summary

| Revenue | Total Expense | Direct Deposit | Settle Date | Fuel | | | | | Fuel Total | ktag/Prepass | licensing | Driver health ins | Driver wages/taxes | Wash | Mitchell | Best | Turner | Hernandez | Camera/E Log Fees | Liab/Cargo Ins | fuel tax | permits/testing/fax/XM/tolls/scale | rebate/reimb | lodging | repairs | car rental | Phys Dam Ins | Acctg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 12/25/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 12/18/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 12/11/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 12/4/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 11/27/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 11/20/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 11/13/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 11/6/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 10/30/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 10/23/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 10/16/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 10/9/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 10/2/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 9/25/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 9/18/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 9/11/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| | 0.00 | 0.00 | 9/4/24 | | | | | | 0.00 | | | | | | | | | | | | | | | | | | | |
| 9,931.88 | 6,248.47 | 3,683.41 | 8/28/24 | 378.12 | 150.00 356.97 520.05 315.18 | | | | 617.83 2,338.15 | | | | 5,255.31 | | (654.73) | | (866.67) | (686.56) | | 129.00 | | 30.06 | | | 530.46 | | 173.45 | |
| 14,216.83 | 10,477.13 | 3,739.70 | 8/21/24 | 35.20 | 37.88 364.47 167.52 371.63 | | | | 3,460.27 4,436.97 | | | 1,938.07 | 5,071.83 | | (654.73) | | (866.67) | (686.56) | | 235.26 | | | | | 829.51 | | 173.45 | |
| 18,687.48 | 9,571.51 | 9,115.97 | 8/14/24 | 487.40 | 379.37 455.60 377.46 56.29 | | | | 3,662.98 5,419.10 | 178.33 | | | 5,734.31 | | (654.73) | | (866.67) | (686.56) | | 68.00 231.66 | | | | | | | 148.07 | |
| 20,227.83 | 7,400.80 | 12,827.03 | 8/7/24 | 446.18 | 480.74 496.04 112.22 32.25 | | | | 3,572.20 5,139.63 | | | 126.54 | 6,201.53 | 203.13 | (1,964.19) | | (1,733.34) | (1,373.12) | 140.00 | 264.75 | | 197.04 | | | | | 198.83 | |
| 19,781.35 | 13,064.27 | 6,717.08 | 7/31/24 | 277.32 | 348.33 92.52 342.61 15.07 | | | | 3,462.92 4,538.77 | | | | 5,896.82 | | | | | | | 242.13 | | 34.06 | | | 2,204.42 | | 148.07 | |
| 13,958.07 | 13,365.82 | 592.25 | 7/24/24 | 347.74 | 149.36 412.60 139.17 235.52 | | | | 3,496.42 4,780.81 | | | 1,938.07 | 7,152.44 | | 0.00 | (647.04) | (866.67) | (686.56) | | 241.26 | 389.07 | 29.68 | (740.50) | | 1,601.81 | | 173.45 | |
| 18,561.17 | 12,097.95 | 6,463.22 | 7/17/24 | 491.98 | 176.46 310.40 230.67 473.09 | | | | 3,867.68 5,550.28 | 475.42 | | | 6,757.77 | | (654.73) | (647.04) | (866.67) | (1,373.12) | 68.00 | 290.46 | 306.12 | 51.36 | | | 1,966.65 | | 173.45 | |
| 25,383.57 | 12,373.98 | 13,009.59 | 7/10/24 | 375.52 | 28.19 381.96 477.09 459.15 | | | | 4,688.24 6,410.15 | | | 2,064.61 | 6,845.17 | 109.89 | (654.73) | (1,941.12) | (866.67) | (686.56) | | 291.90 | | 83.50 | | | 544.39 | | 173.45 | |
| 12,918.28 | 7,990.83 | 4,927.45 | 7/3/24 | 219.98 | 13.82 438.87 277.99 367.74 | | | | 3,601.23 4,919.63 | | | | 4,510.56 | 66.65 | (654.73) | | (866.67) | (686.56) | 175.00 | 193.50 | | 160.00 | | | | | 173.45 | |
| 21,600.73 | 15,612.48 | 5,988.25 | 6/26/24 | 48.12 | 469.65 560.74 24.50 415.07 | | 32.10 | 1,938.07 | 5,216.14 6,734.22 | | | | 8,323.74 | 55.90 | (654.73) | | (866.67) | (686.56) | | 365.55 | | 30.06 | | 149.57 | 672.51 | | 173.45 | |
| 29,231.03 | 17,055.47 | 12,175.56 | 6/19/24 | 284.26 | 388.14 165.39 543.35 535.94 | | | 84.36 | 5,442.82 7,359.90 | | | | 7,741.70 | 144.05 | 0.00 | | (866.67) | (686.56) | 68.00 | 327.36 | | 657.88 | | | 2,052.00 | | 173.45 | |
| 24,651.13 | 15,550.98 | 9,100.15 | 6/12/24 | 405.49 | 21.95 262.52 338.58 442.32 | | 240.46 2.00 | 42.18 | 5,619.60 7,090.46 | | | | 8,675.37 | | (654.73) | | (866.67) | (686.56) | | 390.75 | 457.94 | 569.59 | | | 116.74 | | 173.45 | |
| 19,743.94 | 14,288.83 | 5,455.11 | 6/5/24 | 507.59 | 378.79 516.32 356.65 40.79 | | | | 3,757.17 5,557.31 | | | | 7,819.67 | 133.29 | (654.73) | | (866.67) | (686.56) | 184.50 | 294.96 | | 160.00 | | | 1,908.83 | 264.78 | 173.45 | |
| 13,056.79 | 6,768.97 | 6,287.82 | 5/29/24 | 331.08 | 13.77 520.82 258.11 485.66 | | 168.46 | | 2,405.83 4,015.27 | | | | 4,557.06 | | (654.73) | | (866.67) | (686.56) | | 201.09 | | 30.06 | | | | | 173.45 | |
| 12,537.18 | 10,958.81 | 1,578.37 | 5/22/24 | 418.17 | 42.89 187.48 430.33 457.89 | | | | 1,892.35 3,429.11 | | | | 6,435.08 | 70.00 | (654.73) | | (866.67) | (686.56) | | 210.84 | | | | | 2,848.29 | | 173.45 | |
| 20,316.65 | 12,276.78 | 8,039.87 | 5/15/24 | 432.80 | 49.22 388.54 32.65 441.07 | | 290.70 | 126.54 | 4,623.45 5,967.73 | | | | 7,682.50 | 37.67 | (654.73) | | (866.67) | (686.56) | 68.00 | 264.69 | | | | | | | 173.45 | |
| 13,336.53 | 10,661.32 | 2,675.21 | 5/8/24 | 400.94 | 295.79 21.56 167.10 31.09 | | | | 2,513.47 3,429.95 | | | | 4,636.64 | | (654.73) | | (866.67) | (686.56) | | 200.07 | | | | | 4,302.63 | | 173.45 | |
| 14,582.27 | 12,043.71 | 2,538.56 | 5/1/24 | 382.36 | 13.51 349.02 12.39 228.99 | | | 1,938.07 | 3,743.74 4,730.01 | | | | 4,849.46 | | (654.73) | | (866.67) | (686.56) | 175.00 | 209.94 | | 175.74 | | | 2,000.00 | | 173.45 | |
| 17,586.67 | 9,529.93 | 8,056.74 | 4/24/24 | 446.12 | 35.83 354.00 17.28 209.96 | | | | 4,193.79 5,256.98 | | | | 5,333.18 | 66.64 | (654.73) | | (866.67) | (686.56) | | 236.22 | 202.08 | | | 149.57 | 319.77 | | 173.45 | |
| 12,954.94 | 9,126.58 | 3,828.36 | 4/17/24 | 1,120.43 | 484.81 17.89 627.42 265.84 | | 168.46 | | 1,850.26 4,366.65 | | | | 6,023.52 | 66.64 | (654.73) | | (866.67) | (686.56) | 68.00 | 242.87 | 270.43 | | | | | | 127.97 | |
| 17,072.60 | 10,571.20 | 6,501.40 | 4/10/24 | 406.98 | 9.50 414.06 242.97 390.24 | | | 126.54 | 3,447.90 4,911.65 | | | | 4,755.24 | 66.64 | (1,309.46) | | (1,733.37) | (1,373.12) | 175.00 | 225.24 | | | | | 29.16 | | 173.45 | |
| 15,359.79 | 6,166.50 | 9,193.29 | 4/3/24 | 328.66 | 30.00 255.82 22.42 317.39 | | | | 3,529.35 4,483.64 | | | | 4,755.24 | 66.64 | (1,309.46) | | (1,733.37) | (1,373.12) | 175.00 | 213.36 | | 160.00 | | | 555.12 | | 173.45 | |
| 19,860.55 | 10,163.58 | 9,696.97 | 3/27/24 | 90.03 | 382.14 17.06 366.32 536.39 | | | 1,938.07 | 4,839.20 6,231.14 | | | | 6,526.97 | 55.89 | (1,309.46) | | | | 30.00 | 257.85 | | 43.53 | | | | | 198.83 | |
| 20,445.19 | 14,152.11 | 6,293.08 | 3/20/24 | 267.39 | 16.19 231.45 427.02 16.93 | | | | 5,627.31 6,586.29 | | | | | | | | | | 38.00 | 288.21 | 508.68 | | | | | | 148.07 | |
| 30,703.27 | 20,119.62 | 10,583.65 | 3/13/24 | 338.91 | 14.83 544.98 23.03 531.33 | | 332.56 | 2,070.91 | 7,896.34 9,349.42 | | | | 8,931.09 | | (654.73) | | (866.67) | (686.56) | 175.00 | 386.25 | | 12.00 | | | 1,071.90 | | 173.45 | |
| 25,728.57 | 19,389.14 | 6,339.43 | 3/6/24 | 442.54 | 227.39 249.02 8.89 444.80 | | 58.01 | | 6,513.15 7,885.79 | | | | 10,459.93 | 205.53 | (654.73) | | (866.67) | (686.56) | 175.00 | 376.71 | | 235.00 | | | 2,027.68 | | 173.45 | |
| 21,198.89 | 16,992.54 | 4,206.35 | 2/28/24 | 30.66 | 425.97 36.54 526.55 253.23 | | 17.00 | 1,938.07 | 6,161.87 7,434.82 | | | | 7,363.56 | 129.97 | 0.00 | | (866.67) | (1,373.12) | | 322.80 | | 30.06 | | | 1,822.60 | | 173.45 | |
| 24,709.84 | 18,571.25 | 6,138.59 | 2/21/24 | 456.40 | 35.38 365.83 18.51 476.26 | | | | 7,918.99 9,271.37 | | | | 8,767.41 | 136.64 | 0.00 | | (866.67) | 0.00 | 68.00 | 360.39 | 37.43 | 3.75 | | | 619.48 | | 173.45 | |
| 22,752.91 | 13,152.97 | 9,599.94 | 2/14/24 | 419.79 | 328.60 342.47 393.78 360.19 | | 330.08 | | 4,428.73 6,273.56 | | | | 7,509.32 | 66.64 | 0.00 | | (866.67) | (686.56) | | 325.65 | | 27.50 | | | | | 173.45 | |
| 30,793.97 | 15,216.47 | 15,577.50 | 2/7/24 | 247.26 | 437.06 20.10 519.07 387.27 | | | 120.24 | 5,408.73 7,019.49 | | | | 8,324.21 | 0.54 | (654.73) | | (866.67) | (686.56) | 175.00 | 347.70 | | 160.00 | | 157.07 | 946.73 | | 173.45 | |
| 25,392.32 | 15,099.06 | 10,293.26 | 1/31/24 | 122.80 | 26.98 286.83 27.93 275.09 | | 2.00 | | 7,049.19 7,788.82 | | | | 8,181.95 | 126.25 | (1,309.46) | | (866.67) | (686.56) | | 367.02 | 431.67 | 235.96 | | | 654.63 | | 173.45 | |
| 22,182.77 | 19,137.09 | 3,045.68 | 1/24/24 | 293.28 | 410.19 13.08 294.52 356.42 | | | | 6,839.19 8,206.68 | | | | 9,580.66 | 55.59 | (1,309.46) | | (866.67) | (686.56) | | 315.90 | 241.62 | 9.00 | | | 3,416.88 | | 173.45 | |
| 19,157.66 | 11,200.04 | 7,957.62 | 1/17/24 | 79.04 | 230.62 17.49 294.31 475.80 | | 360.24 | | 5,158.41 6,255.67 | | | | 6,735.51 | | (1,309.46) | | (866.67) | (686.56) | | 300.03 | | | | | 237.83 | | 173.45 | |
| 14,757.47 | 7,311.05 | 7,446.42 | 1/10/24 | 480.70 | 35.05 211.40 420.61 443.48 | | 10.00 | 159.24 | 3,288.45 4,879.69 | | | | 4,961.26 | | (1,309.46) | | (866.67) | (1,373.12) | | 207.93 | 376.12 | 40.08 | | | 52.53 | | 173.45 | |
| 12,997.98 | 12,966.37 | 31.61 | 1/3/24 | 423.91 | 34.08 238.89 18.99 290.20 | | | | 3,455.44 4,461.51 | | | 654.10 | 7,696.00 | 124.42 | | | (866.67) | | 175.00 | 179.58 | 168.98 | 200.00 | | | | | 173.45 | |
| 12,539.78 | 9,283.50 | 3,256.28 | 12/27/23 | 527.53 | 425.59 461.03 474.99 13.66 | | | | 1,817.48 3,720.28 | | | 1,888.86 | 5,325.89 | | (654.73) | | (866.67) | (686.56) | 175.00 | 137.58 | | | | | 258.00 | | 160.85 | |
| 688,917.88 | 445,957.11 | 242,960.77 | | | | | | | 206,230.90 | 2,376.25 | 121.11 | 19,092.54 | 241,552.01 | ###### | (23,570.28) | | (31,200.15) | ######### | 1,850.50 | 9,676.46 | 3,390.14 | 3,365.91 | (740.50) | 456.21 | 33,590.55 | 264.78 | 6,160.74 | 0.00 |
| | | 242,960.77 | | | | | | | | | | | | | | | | | | | | | | | | | | |

## JLD – 2024 Settlement Summary

| | |
|---|---|
| Revenue | 688,917.88 |
| Fuel | (206,230.90) |
| Fuel Rebate | 740.50 |
| Prepass/KTag | (2,376.25) |
| Truck Notes Receivable | |
| Mitchell | 23,570.28 |
| Turner | 31,200.15 |
| Hernandez | 25,402.72 |
| Driver Wages/Taxes | (241,552.01) |
| Driver Health Ins | (19,092.54) |
| Fuel Tax | (3,390.14) |
| Lodging | (456.21) |
| Auto Rental | (264.78) |
| Phys Dam Ins | (6,160.74) |
| Repairs | (33,590.55) |
| Washes | (1,977.86) |
| Liability/Cargo Ins | (9,676.46) |
| Licensing | (121.11) |
| Tolls/Scale/Misc | (3,365.91) |
| Accounting | 0.00 |
| E Log | (1,850.50) |
| | (449,192.31) |
| Direct Deposit | 239,725.57 |
| | 3,235.20 |

Glenn_SDT00000133_007

**JLD 2024 advance 1099's**

| | |
|---|---:|
| Jerry Anderson | $750.00 |
| Courtney Eierman | $8,000.00 |
| Craig Downs | $5,000.00 |
| Scott Mitchell | $3,750.00 |
| Chuck Weaver | $1,000.00 |
| Total for Form 1096 (7 1099's) | $18,500.00 |

Glenn_SDT00000133_008

2024 depr

**Future Depreciation Report FYE: 12/31/24**

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| 2 | 21 PETERBILT 389 # 31F | 08/24/20 | $167,867 | $0 | $0 | $0 |
| 6 | 20 PETERBILT 389 # 37E | 06/19/19 | $189,254 | $0 | $0 | $0 |
| 9 | 2020 PETERBILT 579 # 46C | 09/19/22 | $125,000 | $0 | $0 | $0 |
| 10 | 24 PETE # 58E | 02/15/23 | $255,000 | $113,333 | $113,333 | $0 |
| 11 | 24 PETE # 55B | 09/19/23 | $242,747 | $107,887 | $107,887 | $0 |
| 12 | 23 PETE # 37F | 11/14/23 | $217,837 | $96,816 | $96,816 | $0 |
| | | | $1,197,705 | $318,036 | $318,036 | $0 |

Glenn_SDT00000133_009

**JLD**

**Due From Pyramid Tarp**

| | | |
|---|---|---|
| 9/21/15 | # 1050 | $15,000.00 |
| 2/11/16 | # 1057 | $16,400.00 |
| 5/19/16 | # 1062 | $5,000.00 |
| 5/10/19 | # 1117 | $6,500.00 |

**Balance  12/31/24** **$42,900.00**

Glenn_SDT00000133_010

**JLD**
**Due to JDT**
**12/31/24**

| 1/1/23 | 0.00 | |
|---|---|---|
| 9/20/23 | 23,776.68 | Shop Inv # 35616 – Truck # 55B |
| 12/20/23 | 22,836.53 | Shop Inv # 36132 – Truck # 37F |
| 12/31/24 | 46,613.21 | |

Glenn_SDT00000133_011

**JLD**
**Member Equity**
**As of 12/31/24**

|  |  | Members | Jim Daws | Jeff Keeler |
|---|---|---|---|---|
|  | Combined Equity 12/31/23 | -$27,902.31 | $0.00 | $0.00 |
| January | Split 12/31/23 equity to Members | $27,902.31 | -$13,951.16 | -$13,951.15 |
| April | Keeler Draw |  |  | $6,000.00 |
| October | LT N/P to buy out Jim Daws |  | $13,951.16 | $461,048.83 |
|  | JLD xfr truck # 37E to Jim Daws |  |  | -$46,000.00 |
| November | Keeler Draw |  |  | $4,000.00 |
| December | ST payment to buy out Jim Daws |  |  | $25,000.00 |
|  | Keeler Draw |  |  | $5,000.00 |
|  | **Equity 12/31/24 before close** | **$0.00** | **$0.00** | **$441,097.69** |
|  | Split 10/31/24 ytd Net Loss to Members |  | $86,737.98 | $86,737.98 |
|  | 100% Nov Net Loss to Keeler |  | $0.00 | $19,967.21 |
|  | 100% Dec Net Loss to Keeler |  | $0.00 | $47,661.53 |
|  | 2024 Net Loss | $241,104.70 | $86,737.98 | $154,366.72 |

Glenn_SDT00000133_012

**JLD – 2024**

| Balance Sheet | Bal 11/30/24 | Dec | Bal 12/31/24 | | |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Cash | 46,604.62 | (60,986.59) | (14,381.97) | | |
| Due From Pyramid Tarp | 42,900.00 | | 42,900.00 | | |
| Note Receivable – Hernandez | 93,532.47 | | 93,532.47 | | |
| Note Receivable – Mitchell | 91,258.01 | | 91,258.01 | | |
| Note Receivable – M Turner | 110,475.45 | | 110,475.45 | | |
| **Note Receivable – Best** | **0.00** | | **0.00** | | |
| 2019 Peterbilt # 37E | 0.00 | | 0.00 | | |
| 2021 Peterbilt # 31F | 167,864.15 | | 167,864.15 | | |
| 2020 Peterbilt # 46C | 125,000.00 | | 125,000.00 | | |
| 2024 Kenworth # 58E | 255,000.00 | | 255,000.00 | | |
| 2023 Peterbilt # 37F | 217,836.53 | | 217,836.53 | | |
| 2024 Peterbilt # 55B | 242,746.68 | | 242,746.68 | | |
| **#147D** | **72,128.00** | | **72,128.00** | 1008447.36 | |
| | | | | 1197702 | |
| A/D | (938,486.59) | (26,503.00) | (964,989.59) | 189254.64 | |
| Due to Jim Daws Trucking LLC | (46,613.21) | | (46,613.21) | | |
| N/P # 7870 – Truck 44C ($2,710.47) | 0.00 | | 0.00 | | |
| N/P # 8963 – Truck 46C ($3,028.55) | (56,117.11) | 2,194.39 | (53,922.72) | | |
| N/P # 8946 – ($3,785.46) | (43,135.90) | | (43,135.90) | | |
| N/P # 9236 – Truck 58E ($7,592.66) | (142,883.41) | 4,487.90 | (138,395.51) | | |
| N/P # 9602 – Truck 55B ($5,258.21) | (128,579.02) | 3,195.77 | (125,383.25) | | |
| N/P # 9674 – Truck 37F ($4,695.50) | (154,668.14) | | (154,668.14) | | |
| N/P # 9689 – (n/s) | (30,050.00) | | (30,050.00) | | |
| N/P # 9970 – Trailer #147D ($1,942.22) | (54,353.38) | (50.00) | (54,403.38) | | |
| N/P – Jim Daws | (475,000.00) | | (475,000.00) | | |
| Retained Earnings | 0.00 | | 0.00 | | |
| Equity – Jeff Keeler | 411,097.69 | 30,000.00 | 441,097.69 | | |
| Equity – Jim Daws | (0.00) | | (0.00) | | |
| Check Balance Sheet Total | 0.00 | | 0.00 | | |
| | | | | | |
| Income Statement | | | | | |
| Truck Income | 213,951.13 | 23,751.87 | 237,703.00 | | |
| Interest Income | 20,118.03 | 13.16 | 20,131.19 | | |
| **Gain/Loss on Sale** | (46,000.00) | | (46,000.00) | | |
| Driver Wages | 23,750.93 | 38,093.68 | 61,844.61 | | |
| Taxes/Licensing | 5,790.73 | | 5,790.73 | | |
| State Income Taxes | 10,006.00 | | 10,006.00 | | |
| Professional Fees | 1,521.57 | 1,053.40 | 2,574.97 | | |
| Truck Repairs | 5,337.96 | 2,041.14 | 7,379.10 | | |
| Truck Loan Interest | 43,572.14 | 3,735.34 | 47,307.48 | | |
| Depreciation | 291,533.00 | 26,503.00 | 318,036.00 | | |
| Bonus Depreciation | 0.00 | | 0.00 | | |
| Net Income/(Loss) - Month | | (47,661.53) | | | |
| Net Income/(Loss) - Year to Date | (193,443.17) | | (241,104.70) | | |
| **Share of Income (10/29/24 Daws exit)** | | | | | |
| Jeff Keeler | (106,705.19) | (47,661.53) | (154,366.72) | | |
| Jim Daws | (86,737.98) | | (86,737.98) | | |
| Total | (193,443.17) | | (241,104.70) | | |
| Assets | 526,859.32 | | 439,369.73 | | |
| Liab/Equity | (526,859.32) | | (439,369.73) | | |
| | 0.00 | | 0.00 | | |
| o/o pymts | | 13.16 | | | |
| truck pymts | | 13,563.40 | | | |

Glenn_SDT00000133_013

**JLD LLC - Trial Balance**

| Balance Sheet | Bal 12/31/22 | Settlements | Checking | Non - cash | Bal 12/31/23 | |
|---|---|---|---|---|---|---|
| Cash | 42,243.37 | 427,403.79 | (453,371.22) | | 16,275.94 | |
| | | | | | | |
| Advance Receivable | 2,750.00 | (2,557.25) | | (192.75) | 0.00 | |
| | | | | | | |
| Note Receivable – Best | 38,592.40 | (40,032.55) | | 1,440.15 | 0.00 | |
| Note Receivable – Hernandez | 139,580.91 | (35,014.56) | | 10,002.59 | 114,568.94 | |
| Note Receivable – Mitchell | 135,348.84 | (34,045.96) | | 9,893.28 | 111,196.16 | |
| Note Receivable – M Turner | 0.00 | (24,266.76) | | 160,438.89 | 136,172.13 | |
| | | | | | | |
| 2019 Peterbilt # 37E | 189,254.44 | | | | 189,254.44 | |
| 2021 Peterbilt # 31F | 167,864.15 | | | | 167,864.15 | |
| 2022 Peterbilt # 44C (sold to o/o) | 169,499.99 | | | (169,499.99) | 0.00 | |
| 2020 Peterbilt # 46C | 125,000.00 | | | | 125,000.00 | |
| 2024 Kenworth # 58E | 0.00 | | 255,000.00 | | 255,000.00 | |
| 2023 Peterbilt # 37F | 0.00 | | 195,000.00 | 22,836.53 | 217,836.53 | |
| 2024 Peterbilt # 55B | 0.00 | | 218,970.00 | 23,776.68 | 242,746.68 | |
| | | | | | | |
| A/D - Trucks | (1,005,708.02) | | | 169,499.99 | (836,208.03) | |
| | | | | | | |
| Due to Jim Daws Trucking LLC | 0.00 | | | (46,613.21) | (46,613.21) | |
| Due From/(To) Pyramid Tarp | 42,900.00 | | | | 42,900.00 | 735,993.73 |
| | | | | | | |
| N/P # 6015 – Truck 39F ($2,890.97) | (2,885.94) | | 2,897.86 | (11.92) | 0.00 | |
| N/P # 6769 – Truck 31F ($3,528.38) | (27,749.05) | | 28,242.08 | (493.03) | 0.00 | |
| N/P # 7870 – Truck 44C ($2,710.47) | (44,966.23) | | 32,525.64 | (1,005.88) | (13,446.47) | |
| N/P # 8963 – Truck 46C ($3,028.55) | (115,398.17) | | 45,425.52 | (5,525.72) | (75,498.37) | |
| N/P # 8946 – ($3,785.46) | (92,324.07) | | 36,342.60 | (4,421.33) | (60,402.80) | |
| N/P # 9236 – Truck 58E ($7,592.66) | 0.00 | | (169,073.40) | (13,084.75) | (182,158.15) | |
| N/P # 9602 – Truck 55B ($5,258.21) | 0.00 | | (153,195.37) | (3,133.86) | (156,329.23) | |
| N/P # 9674 – Truck 37F ($4,395.50) | 0.00 | | (188,904.83) | (1,301.57) | (190,206.40) | |
| N/P # 9689 – (n/s) | 0.00 | | (30,000.00) | (50.00) | (30,050.00) | |
| | | | | | | |
| Retained Earnings | 235,997.38 | | 80,000.00 | | 315,997.38 | (392,094.04) |
| | 0.00 | | | | Net Income | (343,899.69) |
| | | | | | | (735,993.73) |
| **Income Statement** | | | | | | |
| | | | | | | |
| Truck Income | | (1,080,699.80) | | | (1,080,699.80) | |
| Interest Income | | | (263.03) | (27,582.16) | (27,845.19) | |
| Gain/Loss on Sale | | | | (154,000.00) | (154,000.00) | |
| | | | | | | |
| Fuel | | 335,377.61 | | | 335,377.61 | |
| Fuel Rebate | | (2,957.38) | | | (2,957.38) | |
| Prepass/KTag | | 3,704.05 | | | 3,704.05 | |
| Phys Dam Ins | | 6,663.68 | | | 6,663.68 | |
| Liab/Cargo Ins | | 12,004.01 | 7,235.62 | | 19,239.63 | |
| E Log Fees | | 70.00 | | | 70.00 | |
| Fuel Taxes | | 5,619.31 | | | 5,619.31 | |
| Driver Health Ins | | 21,371.89 | | | 21,371.89 | |
| Driver Wages | | 351,468.36 | 10,769.46 | | 362,237.82 | |
| Taxes/Licensing | | (1,243.85) | 8,416.04 | | 7,172.19 | |
| State Income Taxes | | | 45,318.00 | | 45,318.00 | |
| Tolls/Scales/Permits/Fax/Lodging | | 5,459.08 | | 180.00 | 5,639.08 | |
| Accounting | | | 3,525.00 | | 3,525.00 | |
| Truck Washes | | 3,218.82 | | | 3,218.82 | |
| Truck Loan Interest | | | | 28,848.06 | 28,848.06 | |
| Life Ins | | | | | 0.00 | |
| Depreciation | | | | | 0.00 | |
| Bonus Depreciation | | | | | 0.00 | |
| Repair Expense | | 48,457.51 | 25,140.03 | | 73,597.54 | |
| | | | | | | |
| **Net Income/(Loss)** | | | | | **343,899.69** | |
| | | | | | | |
| Check Balance | 0.00 | (0.00) | 0.00 | 0.00 | 343,899.69 | net income per books |
| | | | | | 0.00 | life ins |
| | | | | | 343,899.69 | net income per tax |

|  |
|---|
| 11.92 |
| 493.03 |
| 1,005.88 |
| 5,525.72 |
| 4,421.33 |
| 13,054.75 |
| 3,083.86 |
| 1,251.57 |
| 28,848.06 |

Glenn_SDT00000133_014