**Loyal - Checking**

| Date | Direct Deposit | $706.17 Kirk Truck Pymt | 729.96/$546.41 Hill Truck Pymt | $677.07 Price Truck Pymt | $590.52 Anderson Truck P | $737.23 Hall Truck Pymt | Truck Payment | Payroll | A/P Checks | Balance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/2/24 | $11,612.68 | $706.17 | $729.96 | $677.07 | | | | | | $55,716.64 | | ######### |
| 1/4/24 | | | | | | | | | | $50,150.86 | | |
| 1/5/24 | | | | | | | | | | $50,150.86 | | |
| 1/8/24 | -$512.23 | | $729.96 | | | | $2,477.23 | | | $47,891.36 | | $217.73 |
| 1/15/24 | $8,882.94 | $1,412.34 | $729.96 | $1,015.61 | | | | | | $53,719.13 | | ######### |
| 1/16/24 | | | | | | | | | | $53,719.13 | | |
| 1/19/24 | | | | | | | | | | $53,719.13 | | |
| 1/22/24 | $13,039.63 | $706.17 | $546.41 | $1,015.60 | | | $3,785.46 | | | $65,241.48 | | ######### |
| 1/23/24 | | | | | | | | | | $65,241.48 | | |
| 1/24/24 | | | | | | | | | | $65,241.48 | | |
| 1/29/24 | $4,751.58 | $706.17 | $546.41 | $677.07 | | | $6,170.03 | | $610.47 | $59,329.11 | LIfe ins | $6,681.23 |
| 1/31/24 | $22.71 | | | | | | | | | $59,351.82 | | |
| | $37,797.31 | $3,530.85 | $3,282.70 | $3,385.35 | | | $29,906.77 | | $728.38 | | Reconciled $ | |
| 2/1/24 | | | | | | | | | | $59,351.82 | | |
| 2/2/24 | | | | | | | | | | $59,351.82 | | |
| 2/3/24 | | | | | | | | | | $59,351.82 | | |
| 2/4/24 | | | | | | | | | | $59,351.82 | | |
| 2/5/24 | | | | | | | | | | $59,351.82 | | |
| 2/6/24 | $19,273.59 | $0.00 | $0.00 | $677.07 | | | $5,565.78 | | | $73,736.70 | | ######### |
| 2/7/24 | | | | | | | $2,477.23 | | | $71,259.47 | | |
| 2/8/24 | | | | | | | | | | $71,259.47 | | |
| 2/9/24 | | | | | | | $6,095.17 | | | $65,164.30 | | |
| 2/10/24 | | | | | | | | | | $65,164.30 | | |
| 2/11/24 | | | | | | | | | | $65,164.30 | | |
| 2/12/24 | | | | | | | | | $117.91 | $65,046.39 | LIfe ins | |
| 2/13/24 | $21,863.10 | $706.17 | $0.00 | $0.00 | | | | | | $87,615.66 | | ######### |
| 2/14/24 | | | | | | | | | | $87,615.66 | | |
| 2/15/24 | | | | | | | | | | $87,615.66 | | |
| 2/16/24 | | | | | | | | | | $87,615.66 | | |
| 2/17/24 | | | | | | | | | | $87,615.66 | | |
| 2/18/24 | | | | | | | | | | $87,615.66 | | |
| 2/19/24 | | | | | | | | | | $87,615.66 | | |
| 2/20/24 | $22,406.32 | $1,354.14 | $1,639.23 | $0.00 | | | | | | $113,015.35 | | ######### |
| 2/21/24 | | | | | | | $3,785.46 | | | $109,229.89 | | |
| 2/22/24 | | | | | | | | | $17.00 | $109,212.89 | 1762 | |
| 2/23/24 | | | | | | | | | | $109,212.89 | | |
| 2/24/24 | | | | | | | | | | $109,212.89 | | |
| 2/25/24 | | | | | | | | | | $109,212.89 | | |
| 2/26/24 | | | | | | | $5,813.10 | | | $103,399.79 | | |
| 2/27/24 | $1,752.39 | $0.00 | $546.41 | $677.07 | | $737.23 | | | | $107,112.89 | | $2,975.87 |
| 2/28/24 | | | | | | | $6,170.03 | | | $100,942.86 | | |
| 2/29/24 | $33.29 | | | | | | | | $610.47 | $100,365.68 | LIfe ins | |
| | $65,328.69 | $2,060.31 | $2,185.64 | $1,354.14 | | $737.23 | $29,906.77 | | $745.38 | | Reconciled $ | |
| 3/1/24 | | | | | | | | | | $100,365.68 | | |
| 3/2/24 | | | | | | | | | | $100,365.68 | | |
| 3/3/24 | | | | | | | | | | $100,365.68 | | |
| 3/4/24 | | | | | | | $5,565.78 | | | $94,799.90 | | |
| 3/5/24 | $6,372.75 | $6,675.14 | $546.41 | $0.00 | | $737.23 | | | | $109,131.43 | | ######### |
| 3/6/24 | | | | | | | $2,477.23 | | | $106,654.20 | | |
| 3/7/24 | | | | | | | | | | $106,654.20 | | |
| 3/8/24 | | | | | | | | | | $106,654.20 | | |

Glenn_SDT00000134_001

| Date | | | | | | | | | Balance | Check# | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/9/24 | | | | | | | | | $106,654.20 | | |
| 3/10/24 | | | | | | | | | $106,654.20 | | |
| 3/11/24 | | | | | | | $6,095.17 | $117.91 | $100,441.12 | LIfe ins | |
| 3/12/24 | $14,947.36 | | $546.41 | $677.07 | $590.52 | $0.00 | | $2,250.00 | $114,952.48 | 1763 | ######### |
| 3/13/24 | | | | | | | | | $114,952.48 | | |
| 3/14/24 | | | | | | | | $450.00 | $114,502.48 | 1764 | |
| 3/15/24 | | | | | | | | $22,744.00 | $91,758.48 | debit | |
| 3/16/24 | | | | | | | | | $91,758.48 | | |
| 3/17/24 | | | | | | | | | $91,758.48 | | |
| 3/18/24 | | | | | | | | | $91,758.48 | | |
| 3/19/24 | $7,345.79 | | $546.41 | $677.07 | $590.52 | $1,474.46 | | | $102,392.73 | | ######### |
| 3/20/24 | | | | | | | $3,785.46 | | $98,607.27 | | |
| 3/21/24 | | | | | | | | $6,000.00 | $92,607.27 | 1765 | |
| 3/22/24 | | | | | | | | $2,000.00 | $90,607.27 | 1766 | |
| 3/23/24 | | | | | | | | | $90,607.27 | | |
| 3/24/24 | | | | | | | | | $90,607.27 | | |
| 3/25/24 | | | | | | | $5,813.10 | | $84,794.17 | | |
| 3/26/24 | $14,590.61 | | $546.41 | $677.07 | $590.52 | | | | $101,198.78 | | ######### |
| 3/27/24 | | | | | | | $6,170.03 | | $95,028.75 | | |
| 3/28/24 | | | | | | | | $610.47 | $94,418.28 | LIfe ins | |
| 3/29/24 | $41.47 | | | | | | | | $94,459.75 | | |
| 3/30/24 | | | | | | | | | $94,459.75 | | |
| 3/31/24 | | | | | | | | | $94,459.75 | | |
| | $43,297.98 | $6,675.14 | $2,185.64 | $2,031.21 | $1,771.56 | $2,211.69 | $29,906.77 | $34,172.38 | | Reconciled $94,459.75 | |
| 4/1/24 | | | | | | | | | $94,459.75 | | |
| 4/2/24 | $3,453.47 | | $546.41 | $677.07 | $590.52 | | | | $99,727.22 | | $5,267.47 |
| 4/3/24 | | | | | | | $5,565.78 | | $94,161.44 | | |
| 4/4/24 | | | | | | | | | $94,161.44 | | |
| 4/5/24 | | | | | | | | | $94,161.44 | | |
| 4/6/24 | | | | | | | | | $94,161.44 | | |
| 4/7/24 | | | | | | | | | $94,161.44 | | |
| 4/8/24 | | | | | | | $2,477.23 | | $91,684.21 | | |
| 4/9/24 | $16,060.64 | | $546.41 | $677.07 | $590.52 | | $6,095.17 | $18,180.00 | $85,283.68 | 1767 | ######### |
| 4/10/24 | | | | | | | | | $85,283.68 | | |
| 4/11/24 | | | | | | | | $117.91 | $85,165.77 | LIfe ins | |
| 4/12/24 | | | | | | | | | $85,165.77 | | |
| 4/13/24 | | | | | | | | | $85,165.77 | | |
| 4/14/24 | | | | | | | | | $85,165.77 | | |
| 4/15/24 | | | | | | | | $22,412.00 | $62,753.77 | 1768 | |
| 4/16/24 | $3,119.32 | | $546.41 | $677.07 | $590.52 | | | | $67,687.09 | | $4,933.32 |
| 4/17/24 | | | | | | | | $7,852.38 | $59,834.71 | 1769 | |
| 4/18/24 | | | | | | | | $250.00 | $59,584.71 | 1770 | |
| 4/19/24 | | | | | | | | | $59,584.71 | | |
| 4/20/24 | | | | | | | | | $59,584.71 | | |
| 4/21/24 | | | | | | | | | $59,584.71 | | |
| 4/22/24 | | | | | | | $3,785.46 | | $55,799.25 | | |
| 4/23/24 | $12,909.82 | | $546.41 | $677.07 | $590.52 | | | | $70,523.07 | | ######### |
| 4/24/24 | | | | | | | | | $70,523.07 | | |
| 4/25/24 | | | | | | | $5,813.10 | | $64,709.97 | | |
| 4/26/24 | | | | | | | | | $64,709.97 | | |
| 4/27/24 | | | | | | | | | $64,709.97 | | |
| 4/28/24 | | | | | | | | | $64,709.97 | | |
| 4/29/24 | $36.16 | | | | | | $6,170.03 | $610.47 | $57,965.63 | LIfe ins | |
| 4/30/24 | $10,189.04 | | $546.41 | $677.07 | $590.52 | | | $576.00 | $69,392.67 | 1771  1772 | ######### |
| | $45,768.45 | $0.00 | $2,732.05 | $3,385.35 | $2,952.60 | $0.00 | $29,906.77 | $49,998.76 | | Reconciled $69,392.67 | |
| 5/1/24 | $72,128.00 | | | | | | | | $141,520.67 | | |
| 5/2/24 | | | | | | | | $55,450.00 | $86,070.67 | 1773 | |

Glenn_SDT00000134_002

| Date | | | | | | | | | Balance | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/3/24 | | | | | | | $5,565.78 | | $80,504.89 | | |
| 5/4/24 | | | | | | | | | $80,504.89 | | |
| 5/5/24 | | | | | | | | | $80,504.89 | | |
| 5/6/24 | | | | | | | $2,477.23 | | $78,027.66 | | |
| 5/7/24 | $14,086.27 | | $546.41 | $677.07 | $590.52 | $0.00 | | | $93,927.93 | | ######### |
| 5/8/24 | | | | | | | | $4,000.00 | $89,927.93 | 1774 | |
| 5/9/24 | | | | | | | $6,095.17 | | $83,832.76 | | |
| 5/10/24 | | | | | | | | $117.91 | $83,714.85 | LIfe ins | |
| 5/11/24 | | | | | | | | | $83,714.85 | | |
| 5/12/24 | | | | | | | | | $83,714.85 | | |
| 5/13/24 | | | | | | | | | $83,714.85 | | |
| 5/14/24 | $15,799.87 | | $0.00 | $677.07 | $590.52 | $0.00 | | | $100,782.31 | | ######### |
| 5/15/24 | | | | | | | | | $100,782.31 | | |
| 5/16/24 | | | | | | | | | $100,782.31 | | |
| 5/17/24 | | | | | | | | | $100,782.31 | | |
| 5/18/24 | | | | | | | | | $100,782.31 | | |
| 5/19/24 | | | | | | | | | $100,782.31 | | |
| 5/20/24 | | | | | | | | $1,000.00 | $99,782.31 | 1765 | |
| 5/21/24 | $14,485.87 | | $0.00 | $677.07 | $590.52 | $0.00 | $3,785.46 | | $111,750.31 | | ######### |
| 5/22/24 | | | | | | | | | $111,750.31 | | |
| 5/23/24 | | | | | | | | | $111,750.31 | | |
| 5/24/24 | | | | | | | | | $111,750.31 | | |
| 5/25/24 | | | | | | | | | $111,750.31 | | |
| 5/26/24 | | | | | | | | | $111,750.31 | | |
| 5/27/24 | | | | | | | | | $111,750.31 | | |
| 5/28/24 | $13,580.46 | | $1,092.82 | $677.07 | $590.52 | | $11,983.13 | | $115,708.05 | | ######### |
| 5/29/24 | | | | | | | | $610.47 | $115,097.58 | LIfe ins | |
| 5/30/24 | | | | | | | | | $115,097.58 | | |
| 5/31/24 | $50.34 | | | | | | | | $115,147.92 | | |
| | $130,130.81 | $0.00 | $1,639.23 | $2,708.28 | $2,362.08 | $0.00 | $29,906.77 | $61,178.38 | Reconciled $115,147.92 | | |
| 6/1/24 | | | | | | | | | $115,147.92 | | |
| 6/2/24 | | | | | | | | | $115,147.92 | | |
| 6/3/24 | | | | | | | $7,819.74 | | $107,328.18 | | |
| 6/4/24 | $10,306.57 | | $546.41 | $677.07 | $590.52 | | | | $119,448.75 | | ######### |
| 6/5/24 | | | | | | | | | $119,448.75 | | |
| 6/6/24 | | | | | | | $2,477.23 | | $116,971.52 | | |
| 6/7/24 | | | | | | | | | $116,971.52 | | |
| 6/8/24 | | | | | | | | | $116,971.52 | | |
| 6/9/24 | | | | | | | | | $116,971.52 | | |
| 6/10/24 | | | | | | | $6,095.17 | | $110,876.35 | | |
| 6/11/24 | $5,473.86 | | $546.15 | $677.07 | | $737.23 | | $117.91 | $118,192.75 | LIfe ins | $7,434.31 |
| 6/12/24 | | | | | | | | | $118,192.75 | | |
| 6/13/24 | | | | | | | | | $118,192.75 | | |
| 6/14/24 | | | | | | | | | $118,192.75 | | |
| 6/15/24 | | | | | | | | | $118,192.75 | | |
| 6/16/24 | | | | | | | | | $118,192.75 | | |
| 6/17/24 | | | | | | | | | $118,192.75 | | |
| 6/18/24 | $9,253.38 | | $546.15 | $677.07 | | $737.23 | | | $129,406.58 | | ######### |
| 6/19/24 | | | | | | | | | $129,406.58 | | |
| 6/20/24 | | | | | | | | | $129,406.58 | | |
| 6/21/24 | | | | | | | $3,785.46 | | $125,621.12 | | |
| 6/22/24 | | | | | | | | | $125,621.12 | | |
| 6/23/24 | | | | | | | | | $125,621.12 | | |
| 6/24/24 | | | | | | | | | $125,621.12 | | |
| 6/25/24 | $8,107.44 | | $546.15 | $677.07 | | $737.23 | | $1,749.00 | $133,940.01 | 1776 | ######### |
| 6/26/24 | | | | | | | $5,813.10 | | $128,126.91 | | |
| 6/27/24 | | | | | | | | $30.20 | $128,096.71 | 1777 | |
| 6/28/24 | $48.69 | | | | | | $6,170.03 | -$6,000.00 | $127,975.37 | Remove #1765 | |
| 6/29/24 | | | | | | | | | $127,975.37 | | |

Glenn_SDT00000134_003

| Date | | | | | | | | | Balance | Note | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/30/24 | | | | | | | | | $127,975.37 | | ######### |
| | | | | | | | | | | | ######### |
| | $33,189.94 | $0.00 | $2,184.86 | $2,708.28 | $590.52 | $2,211.69 | $32,160.73 | -$4,102.89 | | Reconciled $127,975.37 | |
| 7/1/24 | | | | | | | $2,253.96 | $610.47 | $125,110.94 | LIfe ins | |
| 7/2/24 | $5,439.26 | | $546.15 | $0.00 | | $737.23 | | | $131,833.58 | | $6,722.64 |
| 7/3/24 | | | | | | | $5,565.78 | $16,678.00 | $109,589.80 | 1775 | |
| 7/4/24 | | | | | | | | | $109,589.80 | | |
| 7/5/24 | | | | | | | | $1,749.00 | $107,840.80 | 1778 | |
| 7/6/24 | | | | | | | | | $107,840.80 | | |
| 7/7/24 | | | | | | | | | $107,840.80 | | |
| 7/8/24 | | | | | | | $2,477.23 | $1,540.00 | $103,823.57 | 1779 | |
| 7/9/24 | $11,895.32 | | $546.15 | $677.07 | | $737.23 | $6,095.17 | | $111,584.17 | | ######### |
| 7/10/24 | | | | | | | | | $111,584.17 | | |
| 7/11/24 | | | | | | | | $117.91 | $111,466.26 | LIfe ins | |
| 7/12/24 | | | | | | | | | $111,466.26 | | |
| 7/13/24 | | | | | | | | | $111,466.26 | | |
| 7/14/24 | | | | | | | | | $111,466.26 | | |
| 7/15/24 | | | | | | | | | $111,466.26 | | |
| 7/16/24 | $1,449.83 | | $546.41 | $677.07 | | $737.23 | | | $114,876.80 | | $3,410.54 |
| 7/17/24 | | | | | | | | | $114,876.80 | | |
| 7/18/24 | | | | | | | | | $114,876.80 | | |
| 7/19/24 | | | | | | | | | $114,876.80 | | |
| 7/20/24 | | | | | | | | | $114,876.80 | | |
| 7/21/24 | | | | | | | | | $114,876.80 | | |
| 7/22/24 | | | | | | | $3,785.46 | | $111,091.34 | | |
| 7/23/24 | $9,204.54 | | $546.41 | $1,354.14 | | $737.23 | | | $122,933.66 | | ######### |
| 7/24/24 | | | | | | | | | $122,933.66 | | |
| 7/25/24 | | | | | | | $5,813.10 | | $117,120.56 | | |
| 7/26/24 | | | | | | | | | $117,120.56 | | |
| 7/27/24 | | | | | | | | | $117,120.56 | | |
| 7/28/24 | | | | | | | | | $117,120.56 | | |
| 7/29/24 | | | | | | | $6,170.03 | $610.47 | $110,340.06 | | |
| 7/30/24 | $891.48 | | $546.41 | $677.07 | | $737.23 | | | $113,192.25 | | $2,852.19 |
| 7/31/24 | $52.41 | | | | | | | | $113,244.66 | | |
| | $28,932.84 | $0.00 | $2,731.53 | $3,385.35 | $0.00 | $3,686.15 | $32,160.73 | $21,305.85 | | Reconciled $113,244.66 | |
| 8/1/24 | | | | | | | $2,253.96 | | $110,990.70 | | |
| 8/2/24 | | | | | | | | | $110,990.70 | | |
| 8/3/24 | | | | | | | | | $110,990.70 | | |
| 8/4/24 | | | | | | | | | $110,990.70 | | |
| 8/5/24 | $1,749.00 | | | | | | $8,043.01 | | $104,696.69 | | |
| 8/6/24 | $10,706.84 | $0.00 | | $677.07 | | $737.23 | $66,845.09 | | $49,972.74 | pay off # 9469 | ######### |
| 8/7/24 | | | | | | | | | $49,972.74 | | |
| 8/8/24 | | | | | | | | | $49,972.74 | | |
| 8/9/24 | | | | | | | $6,095.17 | | $43,877.57 | | |
| 8/10/24 | | | | | | | | | $43,877.57 | | |
| 8/11/24 | | | | | | | | | $43,877.57 | | |
| 8/12/24 | | | | | | | | $117.91 | $43,759.66 | LIfe ins | |
| 8/13/24 | $10,886.54 | | $1,092.82 | $677.07 | | $1,474.46 | | $24,180.00 | $33,710.55 | 1780 | ######### |
| 8/14/24 | | | | | | | | $1,768.00 | $31,942.55 | 1781 | |
| 8/15/24 | | | | | | | | | $31,942.55 | | |
| 8/16/24 | | | | | | | | | $31,942.55 | | |
| 8/17/24 | | | | | | | | | $31,942.55 | | |
| 8/18/24 | | | | | | | | | $31,942.55 | | |
| 8/19/24 | | | | | | | | | $31,942.55 | | |
| 8/20/24 | $11,702.49 | | $546.41 | $677.07 | | $737.23 | | | $45,605.75 | | ######### |
| 8/21/24 | | | | | | | $3,785.46 | | $41,820.29 | | |
| 8/22/24 | | | | | | | | | $41,820.29 | | |
| 8/23/24 | | | | | | | | | $41,820.29 | | |

Glenn_SDT00000134_004

| Date | | | | | | | | | Balance | Note | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/24/24 | | | | | | | | | $41,820.29 | | |
| 8/25/24 | | | | | | | | | $41,820.29 | | |
| 8/26/24 | | | | | | | $5,813.10 | $20.00 | $35,987.19 | 1782 | |
| 8/27/24 | $11,878.97 | | $546.41 | $677.07 | | $737.23 | | | $49,826.87 | | ######## |
| 8/28/24 | | | | | | | $6,170.03 | $6,600.00 | $37,056.84 | dr | |
| 8/29/24 | | | | | | | | $610.47 | $36,446.37 | LIfe ins | |
| 8/30/24 | $19.88 | | | | | | | $2,000.00 | $34,466.25 | 1783 | |
| 8/31/24 | | | | | | | | | $34,466.25 | | |
| | $46,943.72 | $0.00 | $2,185.64 | $2,708.28 | $0.00 | $3,686.15 | $99,005.82 | $35,296.38 | Reconciled $34,466.25 | | |
| 9/1/24 | | | | | | | | | $34,466.25 | | |
| 9/2/24 | | | | | | | | | $34,466.25 | | |
| 9/3/24 | | | | | | | $5,565.78 | | $28,900.47 | | |
| 9/4/24 | $11,946.49 | | $546.41 | $677.07 | | $737.23 | | | $42,807.67 | | ######## |
| 9/5/24 | | | | | | | | | $42,807.67 | | |
| 9/6/24 | | | | | | | $2,477.23 | | $40,330.44 | | |
| 9/7/24 | | | | | | | | | $40,330.44 | | |
| 9/8/24 | | | | | | | | | $40,330.44 | | |
| 9/9/24 | | | | | | | $6,095.17 | | $34,235.27 | | |
| 9/10/24 | $17,195.02 | | $546.41 | $0.00 | | $737.23 | | | $52,713.93 | | ######## |
| 9/11/24 | | | | | | | | $117.91 | $52,596.02 | LIfe ins | |
| 9/12/24 | | | | | | | | | $52,596.02 | | |
| 9/13/24 | | | | | | | | | $52,596.02 | | |
| 9/14/24 | | | | | | | | | $52,596.02 | | |
| 9/15/24 | | | | | | | | | $52,596.02 | | |
| 9/16/24 | | | | | | | | | $52,596.02 | | |
| 9/17/24 | $15,992.02 | | $546.41 | $677.07 | | $737.23 | | | $70,548.75 | | ######## |
| 9/18/24 | | | | | | | | | $70,548.75 | | |
| 9/19/24 | | | | | | | | | $70,548.75 | | |
| 9/20/24 | | | | | | | | | $70,548.75 | | |
| 9/21/24 | | | | | | | | | $70,548.75 | | |
| 9/22/24 | | | | | | | | | $70,548.75 | | |
| 9/23/24 | | | | | | | $3,785.46 | | $66,763.29 | | |
| 9/24/24 | $6,783.08 | | $546.41 | $1,354.08 | | $737.23 | $5,813.10 | | $70,370.99 | | $9,420.80 |
| 9/25/24 | | | | | | | | | $70,370.99 | | |
| 9/26/24 | | | | | | | | | $70,370.99 | | |
| 9/27/24 | | | | | | | | | $70,370.99 | | |
| 9/28/24 | | | | | | | | | $70,370.99 | | |
| 9/29/24 | | | | | | | | | $70,370.99 | | |
| 9/30/24 | $23.45 | | | | | | $6,170.03 | $610.47 | $63,613.94 | LIfe ins | |
| | $51,940.06 | $0.00 | $2,185.64 | $2,708.22 | $0.00 | $2,948.92 | $29,906.77 | $728.38 | Reconciled $61,613.94 | | |
| 10/1/24 | $0.00 | | | | | | | $2,000.00 | $61,613.94 | 1784 | $0.00 |
| 10/2/24 | | | | | | | | | $61,613.94 | | |
| 10/3/24 | | | | | | | $5,565.78 | | $56,048.16 | | |
| 10/4/24 | | | | | | | | | $56,048.16 | | |
| 10/5/24 | | | | | | | | | $56,048.16 | | |
| 10/6/24 | | | | | | | | | $56,048.16 | | |
| 10/7/24 | | | | | | | $2,477.23 | | $53,570.93 | | |
| 10/8/24 | $0.00 | | | | | | | | $53,570.93 | | $0.00 |
| 10/9/24 | | | | | | | $6,095.17 | | $47,475.76 | | |
| 10/10/24 | | | | | | | | | $47,475.76 | | |
| 10/11/24 | | | | | | | | $180.03 | $47,295.73 | LIfe ins | |
| 10/12/24 | | | | | | | | | $47,295.73 | | |
| 10/13/24 | | | | | | | | | $47,295.73 | | |
| 10/14/24 | | | | | | | | | $47,295.73 | | |
| 10/15/24 | $0.00 | | | | | | | | $47,295.73 | | $0.00 |
| 10/16/24 | | | | | | | | | $47,295.73 | | |
| 10/17/24 | | | | | | | | | $47,295.73 | | |

Glenn_SDT00000134_005



| Date | C1 | C2 | C3 | C4 | C5 | C6 | C7 | C8 | C9 | Balance | Ref | Extra |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/24 | | | | | | | | | | $47,295.73 | | |
| 10/19/24 | | | | | | | | | | $47,295.73 | | |
| 10/20/24 | | | | | | | | | | $47,295.73 | | |
| 10/21/24 | | | | | | | $191.99 | | $1,000.00 | $46,103.74 | 1785 | |
| 10/22/24 | $0.00 | | | | | | | | $2,000.00 | $44,103.74 | 1786 1789 | $0.00 |
| 10/23/24 | | | | | | | | | $2,000.00 | $42,103.74 | 1787 1790 | |
| 10/24/24 | | | | | | | | | $500.00 | $41,603.74 | 1791 | |
| 10/25/24 | | | | | | | $515.64 | | $1,145.00 | $39,943.10 | 1792 | |
| 10/26/24 | | | | | | | | | | $39,943.10 | | |
| 10/27/24 | | | | | | | | | | $39,943.10 | | |
| 10/28/24 | | | | | | | | | | $39,943.10 | | |
| 10/29/24 | $0.00 | | | | | | $696.04 | | $1,028.13 | $38,218.93 | LIfe ins | $0.00 |
| 10/30/24 | | | | | | | | | | $38,218.93 | | |
| 10/31/24 | $19.63 | | | | | | | | | $38,238.56 | | |
| | $19.63 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15,541.85 | | $9,853.16 | ==Reconciled $38,238.56== | | |
| 11/1/24 | | | | | | | | | $1,000.00 | $37,238.56 | 1795 | |
| 11/2/24 | | | | | | | | | | $37,238.56 | | |
| 11/3/24 | | | | | | | | | | $37,238.56 | | |
| 11/4/24 | $50,000.00 | | | | | | $479.60 | | | $86,758.96 | | |
| 11/5/24 | | | | | | | $286.56 | | $1,000.00 | $85,472.40 | 1788 | |
| 11/6/24 | | | | | | | | | $1,000.00 | $84,472.40 | 1796 | |
| 11/7/24 | | | | | | | | | $25,500.00 | $58,972.40 | Ins debit | |
| 11/8/24 | | | | | | | | | $500.00 | $58,472.40 | 1797 | |
| 11/9/24 | | | | | | | | | | $58,472.40 | | |
| 11/10/24 | | | | | | | | | | $58,472.40 | | |
| 11/11/24 | | | | | | | $929.73 | $11,487.27 | $500.00 | $45,555.40 | NASTC | |
| 11/12/24 | $2,987.33 | | | | | | | | $180.03 | $48,362.70 | LIfe ins | |
| 11/13/24 | | | | | | | | | $50.00 | $48,312.70 | efs | |
| 11/14/24 | | | | | | | | | | $48,312.70 | | |
| 11/15/24 | | | | | | | | $15,710.76 | | $32,601.94 | | |
| 11/16/24 | | | | | | | | | | $32,601.94 | | |
| 11/17/24 | | | | | | | | | | $32,601.94 | | |
| 11/18/24 | | | | | | | | | | $32,601.94 | | |
| 11/19/24 | $598.66 | | | | | | | | | $33,200.60 | | |
| 11/20/24 | $6,900.57 | | | | | | | | $1,015.00 | $39,086.17 | 1798 | |
| 11/21/24 | | | | | | | | | $263.74 | $38,822.43 | 1802 | |
| 11/22/24 | | | | | | | $212.57 | $23,023.12 | $2,910.99 | $12,675.75 | 1799 1800 1801 1803 | |
| 11/23/24 | | | | | | | | | | $12,675.75 | | |
| 11/24/24 | | | | | | | | | | $12,675.75 | | |
| 11/25/24 | | | | | | | $532.83 | $19,274.01 | $19.01 | $(7,150.10) | | |
| 11/26/24 | | | | | | | | -$28,408.94 | $500.00 | $20,758.84 | 1826 | |
| 11/27/24 | | | | | | | | | | $20,758.84 | | |
| 11/28/24 | | | | | | | | | | $20,758.84 | | |
| 11/29/24 | $14.25 | | | | | | $1,461.58 | | | $19,311.51 | | |
| 11/30/24 | | | | | | | | | | $19,311.51 | | |
| | $60,500.81 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,902.87 | $41,086.22 | $34,438.77 | ==Reconciled $19,311.51== | | |
| 12/1/24 | | | | | | | | | | $19,311.51 | | |
| 12/2/24 | | | | | | | $464.14 | | | $18,847.37 | | |
| 12/3/24 | $3,500.50 | | | | | | | | | $22,347.87 | | |
| 12/4/24 | $9,017.78 | | | | | | | $17,000.63 | | $14,365.02 | | |
| 12/5/24 | | | | | | | | | | $14,365.02 | | |
| 12/6/24 | $3,388.81 | | | | | | $286.56 | | | $17,467.27 | | |
| 12/7/24 | | | | | | | | | | $17,467.27 | | |
| 12/8/24 | | | | | | | | | | $17,467.27 | | |
| 12/9/24 | | | | | | | $899.75 | | $535.36 | $16,032.16 | 1827 | |
| 12/10/24 | $524.74 | | | | | | | | | $16,556.90 | | |
| 12/11/24 | | | | | | | | $19,522.84 | | $(2,965.94) | | |

Glenn_SDT00000134_006



| Date | | | | | | | | | | | Balance | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/12/24 | | | | | | | | | -$8,691.48 | | $5,725.54 | |
| 12/13/24 | | | | | | | | | | | $5,725.54 | |
| 12/14/24 | | | | | | | | | | | $5,725.54 | |
| 12/15/24 | | | | | | | | | | | $5,725.54 | |
| 12/16/24 | | | | | | | | | -$8,876.17 | $432.23 | $14,169.48 | 1805 |
| 12/17/24 | $4,197.77 | | | | | | | | | $1,811.40 | $16,555.85 | 1804 1806 |
| 12/18/24 | $3,000.00 | | | | | | | $17,738.93 | | | $1,816.92 | |
| 12/19/24 | | | | | | | | | | | $1,816.92 | |
| 12/20/24 | $7,200.71 | | | | | | | | | | $9,017.63 | |
| 12/21/24 | | | | | | | | | | | $9,017.63 | |
| 12/22/24 | | | | | | | | | | | $9,017.63 | |
| 12/23/24 | $4,417.05 | | | | | | | $3,785.46 | -$6,360.45 | $437.10 | $15,572.57 | 1830 |
| 12/24/24 | | | | | | | | | | | $15,572.57 | |
| 12/25/24 | | | | | | | | | | | $15,572.57 | |
| 12/26/24 | $4,000.00 | | | | | | | $5,813.10 | | $139.08 | $13,620.39 | 1808 |
| 12/27/24 | $1,399,000.00 | | | | | | | $10,270.09 | | $76,146.63 | $1,326,203.67 | 10000 – 001 |
| 12/28/24 | | | | | | | | | | | $1,326,203.67 | |
| 12/29/24 | | | | | | | | | | | $1,326,203.67 | |
| 12/30/24 | $21.41 | | | | | | | $6,170.03 | -$8,605.58 | | $1,328,660.63 | |
| 12/31/24 | $1,674.60 | | | | | | | $8,307.69 | | $150.00 | $1,321,877.54 | 1828 – 1829 |
| | $1,439,943.37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,419.04 | $40,306.50 | | $79,651.80 | Reconciled $1,321,877.54 | |
| 1/1/25 | | | | | | | | | | | $1,321,877.54 | |
| 1/2/25 | | | | | | | | $11,624.65 | | $111,020.00 | $1,199,232.89 | wire |
| 1/3/25 | $721.59 | | | | | | | $5,565.78 | | $40.00 | $1,194,348.70 | 10002 |
| 1/4/25 | | | | | | | | | | | $1,194,348.70 | |
| 1/5/25 | | | | | | | | | | | $1,194,348.70 | |
| 1/6/25 | | | | | | | | $2,477.23 | | $322,070.00 | $869,801.47 | |
| 1/7/25 | | | | | | | | | | | $869,801.47 | |
| 1/8/25 | | | | | | | | | | | $869,801.47 | |
| 1/9/25 | | | | | | | | | | | $869,801.47 | |
| 1/10/25 | | | | | | | | | | | $869,801.47 | |
| 1/11/25 | | | | | | | | | | | $869,801.47 | |
| 1/12/25 | | | | | | | | | | | $869,801.47 | |
| 1/13/25 | | | | | | | | | | | $869,801.47 | |
| 1/14/25 | | | | | | | | | | | $869,801.47 | |
| 1/15/25 | | | | | | | | | | | $869,801.47 | |
| 1/16/25 | | | | | | | | | | | $869,801.47 | |
| 1/17/25 | | | | | | | | | | | $869,801.47 | |
| 1/18/25 | | | | | | | | | | | $869,801.47 | |
| 1/19/25 | | | | | | | | | | | $869,801.47 | |
| 1/20/25 | | | | | | | | | | | $869,801.47 | |
| 1/21/25 | | | | | | | | | | | $869,801.47 | |
| 1/22/25 | | | | | | | | | | | $869,801.47 | |
| 1/23/25 | | | | | | | | | | | $869,801.47 | |
| 1/24/25 | | | | | | | | | | | $869,801.47 | |
| 1/25/25 | | | | | | | | | | | $869,801.47 | |
| 1/26/25 | | | | | | | | | | | $869,801.47 | |
| 1/27/25 | | | | | | | | | | | $869,801.47 | |
| 1/28/25 | | | | | | | | | | | $869,801.47 | |
| 1/29/25 | | | | | | | | | | | $869,801.47 | |
| 1/30/25 | | | | | | | | | | | $869,801.47 | |
| 1/31/25 | | | | | | | | | | | $869,801.47 | |
| | $721.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,043.01 | $11,624.65 | | $433,130.00 | Reconciled $ | |

Glenn_SDT00000134_007

**Loyal Trucking 2024 1099 list**

| | |
|---|---|
| Brandon Parkinson | $1,000.00 |
| Steve Schmitz | $2,000.00 |
| Corey Pinnell | $2,015.00 |
| Jeff Harris | $1,000.00 |
| Adam Denino | $1,000.00 |
| Mike McGalliard | $1,000.00 |
| Lee Godsey | $500.00 |
| Total for Form 1096 (7 1099's) | $8,515.00 |

Glenn_SDT00000134_008

Owed

| | CTL | JLD | J & L | Daws Trkg | Pyramid | HJ | Loyal | JDT |
|---|---|---|---|---|---|---|---|---|
| CTL | | | $120,000.00 | | $107,000.00 working capl | $41,804.51 truck 111b | | |
| JLD | | | | | $42,900.00 working capl | | | |
| J & L | | | | | | | $45,000.00 | |
| Daws Trkg | | | $570,092.05 | | $101,211.55 working capl | | | |
| Pyramid | | | | | | | | |
| HJ | | | | | | | $2,400.00 Trk 60 '25 lic | |
| Loyal | | | | | | | | |
| JDT | | | | | | | | |
| Jim Sale | | $475,000.00 | | | | | $10,000.00 $656,667.00 | |
| Jim draws | | even | | | | | Stan $3k more At 10/31/24 that Jim or Corey | |

Glenn_SDT00000134_009

Dist

**Loyal Trucking LLC**
**Member Distributions**

| Date | Ck # | Amount | Stan | Corey | Jim |
|------|------|--------|------|-------|-----|
| 12/31/23 | Bal Fwd | | $284,488.49 | $284,488.49 | $284,488.49 |
| 03/22/24 | 1766 | $2,000.00 | $2,000.00 | | |
| 04/08/24 | 1767 | $18,180.00 | $18,180.00 | | |
| 04/15/24 | 1768 | $22,412.00 | | $22,412.00 | |
| 05/08/24 | 1774 | $4,000.00 | $4,000.00 | | |
| 04/30/24 | 1771 | $500.00 | | $500.00 | |
| 08/12/24 | 1781 | $1,768.00 | | $1,768.00 | |
| 08/12/24 | 1780 | $24,180.00 | | | $24,180.00 |
| 08/30/24 | 1783 | $2,000.00 | $2,000.00 | | |
| 10/01/24 | 1784 | $2,000.00 | $2,000.00 | | |
| 10/31/24 | 1797 | $500.00 | | $500.00 | |
| Balance at 10/29/24 Jim exit | | | $312,668.49 | $309,668.49 | $308,668.49 |
| 11/01/24 | 1795 | $1,000.00 | $1,000.00 | | |
| 11/08/24 | 1797 | $500.00 | | $500.00 | |
| 11/22/24 | 1803 | $2,000.00 | $2,000.00 | | |

Glenn_SDT00000134_010

Depr

**Future Depreciation Report FYE: 12/31/24**

| Asset | Description | Date In Service | Cost | Tax | AMT | ACE |
|---|---|---|---|---|---|---|
| Prior | | | | | | |
| 1 | 20 PETERBILT #123E | 1/21/20 | $163,961 | $0 | $0 | $0 |
| 2 | 21 PETERBILT #53B | 9/21/20 | $172,606 | $0 | $0 | $0 |
| 3 | 21 PETERBILT #86C | 11/12/20 | $167,480 | $0 | $0 | $0 |
| 8 | 18 PETERBILT 389 #61C | 08/02/17 | $75,286 | $0 | $0 | $0 |
| 10 | 22 PETE #15F | 06/11/21 | $177,616 | $0 | $0 | $0 |
| 12 | 20 PETE 579 #60A | 09/16/22 | $125,000 | $0 | $0 | $0 |
| 13 | 23 PETE 389 #62E | 12/29/22 | $230,000 | $0 | $0 | $0 |
| 14 | 22 PETE 389 #16B UPGRADES | 04/01/23 | $19,837 | $8,817 | $8,817 | $0 |
| 15 | 23 KW 900L #64C | 01/20/23 | $248,000 | $110,222 | $110,222 | $0 |
| 16 | 24 KW #66C | 08/01/23 | $258,830 | $115,036 | $115,036 | $0 |
| 18 | 23 PETE #61F | 11/08/23 | $195,000 | $86,667 | $86,667 | $0 |
| | | | $1,833,616 | $320,742 | $320,742 | $0 |

Glenn_SDT00000134_011

Member Equity

**Loyal**
**Member Equity**
**As of 12/31/24**

| | | Members | Jim Daws | Corey Stull | Stan Craig |
|---|---|---|---|---|---|
| | Combined Equity 12/31/23 | -$626,708.06 | $0.00 | $0.00 | $0.00 |
| January | Split 12/31/23 equity to Members | $626,708.06 | -$208,925.35 | -$208,928.35 | -$208,928.35 |
| Draws | March | | | $450.00 | $2,000.00 |
| | April | | $22,412.00 | $500.00 | $18,180.00 |
| | May | | | | $4,000.00 |
| | August | | $24,180.00 | $1,768.00 | $2,000.00 |
| | October | | | | $2,000.00 |
| | November | | | $1,500.00 | $2,300.00 |
| | 10/31/24  Equity before Buyout | $0.00 | -$162,333.35 | -$204,710.35 | -$178,448.35 |
| October | LT N/P to buy out Jim Daws | | | $328,333.50 | $328,333.50 |
| | Remove Jim 10/31 equity | | $162,333.35 | -$81,166.68 | -$81,166.67 |
| | ST payment to buy out Jim Daws | | | $5,000.00 | $5,000.00 |
| | 12/31/24 Equity | $0.00 | $0.00 | $47,456.48 | $73,718.49 |
| | Split 10/31/24 ytd Net Loss to Members | $62,969.02 | $20,989.68 | $20,989.67 | $20,989.67 |
| | November Net Loss | -$118,584.05 | $0.00 | -$59,292.03 | -$59,292.02 |
| | November Net Loss | -$6,183.12 | $0.00 | -$3,091.56 | -$3,091.56 |
| | 2024 Net Loss | -$61,798.15 | $20,989.68 | -$41,393.92 | -$41,393.91 |

Glenn_SDT00000134_012

**Loyal – 2024**

| | 12/31/23 | Jan | Bal 01/31/24 | Feb | Bal 02/29/24 | Mar | Bal 03/31/24 | Apr | Bal 04/30/24 | May | Bal 05/31/24 | Jun | Bal 06/30/24 | Jul | Bal 07/31/24 | Aug | Bal 08/31/24 | Sept | Bal 09/30/24 | Oct | Bal 10/31/24 | Nov | Bal 11/30/24 | Dec | Bal 12/31/24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Sheet** | | | | | | | | | | | | | | | | | | | | | | | | | |
| **ASSETS** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash | 41,990.76 | 17,361.06 | 59,351.82 | 41,013.86 | 100,365.68 | (5,905.93) | 94,459.75 | (25,067.08) | 69,392.67 | 45,755.25 | 115,147.92 | 12,827.45 | 127,975.37 | (14,730.71) | 113,244.66 | (78,778.41) | 34,466.25 | 29,147.69 | 63,613.94 | (25,375.38) | 38,238.56 | (18,927.05) | 19,311.51 | 1,302,566.03 | 1,321,877.54 |
| Investment Account | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 | | 357,477.98 |
| Prepaid Insurance | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 76,146.63 | 76,146.63 |
| Note Receivable – Price | 96,491.56 | (2,651.24) | 93,840.32 | (1,066.22) | 92,774.10 | (1,605.49) | 91,168.61 | (2,692.32) | 88,476.29 | (2,168.80) | 86,307.49 | (2,182.20) | 84,125.29 | (2,746.67) | 81,378.62 | (2,212.58) | 79,166.04 | (2,226.24) | 76,939.80 | | 76,939.80 | | 76,939.80 | | 76,939.80 |
| Note Receivable – Kirk | 137,695.11 | (2,479.27) | 135,215.84 | (1,232.82) | 133,983.02 | (6,675.14) | 127,307.88 | (127,307.88) | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Note Receivable – Hill | 90,102.89 | (2,598.43) | 87,504.46 | (1,650.96) | 85,853.50 | (1,661.14) | 84,192.36 | (2,090.83) | 82,101.53 | (1,262.24) | 80,839.29 | (1,692.06) | 79,147.23 | (2,129.25) | 77,017.98 | (1,716.14) | 75,301.84 | (1,726.24) | 73,575.60 | | 73,575.60 | | 73,575.60 | | 73,575.60 |
| Note Receivable – Hall | 0.00 | | 0.00 | 130,608.09 | 130,608.09 | (1,611.36) | 128,996.73 | | 128,996.73 | | 128,996.73 | (1,618.80) | 127,377.93 | (2,714.66) | 124,663.27 | (2,735.60) | 121,927.67 | (2,203.67) | 119,724.00 | | 119,724.00 | | 119,724.00 | | 119,724.00 |
| Note Receivable – Anderson | 0.00 | | 0.00 | | 0.00 | (1,771.56) | (1,771.56) | (2,952.60) | (4,724.16) | (2,362.08) | (7,086.24) | (590.52) | (7,676.76) | | (7,676.76) | | (7,676.76) | | (7,676.76) | | (7,676.76) | | (7,676.76) | | (7,676.76) |
| 2018 Peterbilt # 61C | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 | | 75,286.00 |
| 2020 Peterbilt # 60A | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 | | 125,000.00 |
| 2020 Peterbilt # 123E | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 | | 163,961.00 |
| 2021 Peterbilt # 53B | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 | | 172,606.44 |
| 2021 Peterbilt # 86C | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 | | 167,480.09 |
| 2022 Peterbilt # 15F | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 | | 177,616.07 |
| 2023 Peterbilt # 16B | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 | | 249,837.06 |
| 2023 Kenworth # 64C | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 | | 248,000.00 |
| 2024 Kenworth # 66C | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 | | 258,830.44 |
| 2023 Peterbilt # 61F | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 | | 195,000.00 |
| 2024 Trailer #148D | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 55,450.00 | 55,450.00 | 16,678.00 | 72,128.00 | | 72,128.00 | | 72,128.00 | | 72,128.00 | | 72,128.00 | | 72,128.00 | | 72,128.00 |
| A/D - Trucks | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | | (1,111,948.47) | (267,285.00) | (1,379,233.47) | (53,457.00) | (1,432,690.47) | | (1,432,690.47) |
| N/P # 8964 #60A ($3,785.46) | (75,498.37) | 3,409.65 | (72,088.72) | 3,449.05 | (68,639.67) | 3,475.82 | (65,163.85) | 3,461.09 | (61,702.76) | 3,507.12 | (58,195.64) | 3,504.83 | (54,690.81) | 3,521.73 | (51,169.08) | 3,546.68 | (47,622.40) | 3,541.00 | (44,081.40) | | (44,081.40) | | (44,081.40) | 3,566.04 | (40,515.36) |
| N/P # 9154 #16B ($5,565.78) | (129,018.47) | 4,814.25 | (124,204.22) | 4,769.95 | (119,434.27) | 4,916.46 | (114,517.81) | 4,898.72 | (109,619.09) | 4,927.25 | (104,691.84) | 4,935.63 | (99,756.21) | 4,984.71 | (94,771.50) | 4,958.54 | (89,812.96) | 5,060.06 | (84,752.90) | 5,072.10 | (79,680.80) | | (79,680.80) | | (79,680.80) |
| N/P # 9194 #64C ($5,813.10) | (134,755.30) | 5,028.16 | (129,727.14) | 5,007.07 | (124,720.07) | 5,135.04 | (119,585.03) | 5,093.30 | (114,491.73) | 5,079.50 | (109,412.23) | 5,218.27 | (104,193.96) | 5,206.18 | (98,987.78) | 5,198.06 | (93,789.72) | 5,266.78 | (88,522.94) | | (88,522.94) | | (88,522.94) | 5,280.27 | (83,242.67) |
| N/P # 9484 #184A/21E ($2,477.23) | (69,922.76) | 2,025.36 | (67,897.40) | 2,091.63 | (65,805.77) | 2,103.51 | (63,702.26) | 2,065.56 | (61,636.70) | 2,139.26 | (59,497.44) | 2,116.04 | (57,381.40) | 2,117.64 | (55,263.76) | 2,163.38 | (53,100.38) | 2,154.87 | (50,945.51) | 2,167.95 | (48,777.56) | | (48,777.56) | | (48,777.56) |
| N/P # 9535 #54C ($6,170.03) | (174,157.14) | 5,078.65 | (169,078.49) | 5,176.70 | (163,901.79) | 5,239.21 | (158,662.58) | 5,175.75 | (153,486.83) | 5,298.36 | (148,188.47) | 5,270.41 | (142,918.06) | 5,302.40 | (137,615.66) | 5,361.54 | (132,254.12) | 5,315.34 | (126,938.78) | 695.00 | (126,243.74) | | (126,243.74) | 5,378.91 | (120,864.83) |
| N/P # 9675 #61F ($6,095.17) | (190,289.83) | 4,914.85 | (185,374.98) | 4,866.04 | (180,508.94) | 4,898.30 | (175,610.64) | 5,005.90 | (170,604.74) | 5,000.46 | (165,604.28) | 4,961.71 | (160,642.57) | 5,098.74 | (155,543.83) | 5,063.83 | (150,480.00) | 5,097.41 | (145,382.59) | 5,162.30 | (140,220.29) | | (140,220.29) | | (140,220.29) |
| N/P # 9969 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| N/P # 0333 2025 trailers | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (1,399,121.00) | (1,399,121.00) | | (1,399,121.00) |
| Prepaid 2025 Ins from J&L Enterprises | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (50,000.00) | (50,000.00) | | (50,000.00) |
| Due to Jim Daws | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (10,000.00) | (10,000.00) | | (10,000.00) | | (10,000.00) |
| N/P – Jim Daws | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | (656,667.00) | (656,667.00) | | (656,667.00) | | (656,667.00) |
| Owed to J & L Enterprises | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) | | (45,000.00) |
| Retained Earnings | (626,785.06) | 626,785.06 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Equity – Jim Daws | (208,928.35) | (208,928.35) | (208,928.35) | | (208,928.35) | 22,412.00 | (186,516.35) | | (186,516.35) | | (186,516.35) | | (186,516.35) | 24,180.00 | (162,336.35) | | (162,336.35) | 162,336.35 | (0.00) | | (0.00) | | (0.00) | | (0.00) |
| Equity – Corey Stull | (208,928.35) | (208,928.35) | (208,928.35) | | (208,928.35) | 450.00 | (208,478.35) | 500.00 | (207,978.35) | | (207,978.35) | | (207,978.35) | | (207,978.35) | 1,768.00 | (206,210.35) | 252,165.33 | 45,954.98 | | 45,954.98 | 1,500.00 | 47,454.98 | | 47,454.98 |
| Equity – Stan Craig | (208,928.35) | (208,928.35) | (208,928.35) | | (208,928.35) | 2,000.00 | (206,928.35) | 18,180.00 | (188,748.35) | 4,000.00 | (184,748.35) | | (184,748.35) | | (184,748.35) | 2,000.00 | (182,748.35) | 254,165.32 | 71,416.97 | | 71,416.97 | 2,300.00 | 73,716.97 | | 73,716.97 |
| Check Balance Sheet Total | | | | | | | | | | | | | | | | | | | | | | | | | |
| **Income Statement** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Truck Income | | 37,774.60 | 37,774.60 | 65,295.40 | 103,070.00 | 43,256.51 | 146,326.51 | 45,732.29 | 192,058.80 | 57,952.47 | 250,011.27 | 33,141.25 | 283,152.52 | 28,880.43 | 312,032.95 | 46,923.84 | 358,956.79 | 51,916.61 | 410,873.40 | | 410,873.40 | 38,895.50 | 449,768.90 | 40,943.37 | 490,712.27 |
| Interest Income | | 2,492.67 | 2,492.67 | 2,028.70 | 4,521.37 | 1,592.02 | 6,113.39 | 1,370.41 | 7,483.80 | 966.81 | 8,450.61 | 1,660.46 | 10,111.07 | 2,264.86 | 12,375.93 | 1,935.63 | 14,311.56 | 1,710.08 | 16,021.64 | 19.63 | 16,041.27 | 14.25 | 16,055.52 | | 16,055.52 |
| Gain/Loss on Sale – Truck #76C | | 0.00 | 0.00 | 131,000.00 | 131,000.00 | | 131,000.00 | (127,307.88) | 3,692.12 | | 3,692.12 | | 3,692.12 | | 3,692.12 | | 3,692.12 | | 3,692.12 | | 3,692.12 | | 3,692.12 | | 3,692.12 |
| Liab/Cargo Ins | | 0.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,749.00 | 1,749.00 | 1,749.00 | 3,498.00 | | 3,498.00 | | 3,498.00 | | 3,498.00 | 25,500.00 | 28,998.00 | | 28,998.00 |
| Driver Wages | | 0.00 | 0.00 | | 0.00 | | 0.00 | 7,852.38 | 7,852.38 | | 7,852.38 | | 7,852.38 | | 7,852.38 | | 7,852.38 | 5,500.00 | 13,352.38 | 73,510.16 | 86,862.54 | 40,306.50 | 127,169.04 | | 127,169.04 |
| Taxes/Licensing | | 0.00 | 0.00 | 17.00 | 17.00 | | 17.00 | | 17.00 | | 17.00 | 30.20 | 47.20 | | 47.20 | 6,620.00 | 6,667.20 | | 6,667.20 | 1,145.00 | 7,812.20 | | 7,812.20 | 150.00 | 7,962.20 |
| State Income Taxes | | 0.00 | 0.00 | | 0.00 | 22,744.00 | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 | | 22,744.00 |
| Tolls/Scales/Permits/Fax/Lodging | | 0.00 | 0.00 | | 0.00 | | 0.00 | 76.00 | 76.00 | | 76.00 | | 76.00 | | 76.00 | | 76.00 | | 76.00 | | 76.00 | | 76.00 | 50.00 | 126.00 |
| Professional Fees | | 0.00 | 0.00 | | 0.00 | 2,250.00 | 2,250.00 | | 2,250.00 | | 2,250.00 | | 2,250.00 | | 2,250.00 | | 2,250.00 | | 2,250.00 | | 2,250.00 | 19.01 | 2,269.01 | 1,811.40 | 4,080.41 |
| Utilities/Office Expense | | 0.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | 1,000.00 | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | 227.67 | 1,227.67 |
| Donations | | 0.00 | 0.00 | | 0.00 | 6,000.00 | 6,000.00 | | 6,000.00 | 1,000.00 | 7,000.00 | (6,000.00) | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 | | 1,000.00 |
| Truck Repairs | | | | | | | | 250.00 | 250.00 | | 250.00 | | 250.00 | 1,540.00 | 1,790.00 | | 1,790.00 | | 1,790.00 | | 1,790.00 | 874.73 | 2,664.73 | 656.52 | 3,321.25 |
| Truck Loan Interest | | 4,635.85 | 4,635.85 | 4,546.33 | 9,182.18 | 4,138.43 | 13,320.61 | 4,206.45 | 17,527.06 | 3,954.82 | 21,481.88 | 5,348.85 | 26,830.73 | 3,675.37 | 30,506.10 | 3,644.74 | 34,150.84 | 3,471.31 | 37,622.15 | 2,444.46 | 40,066.61 | 3,902.87 | 43,969.48 | 2,974.40 | 46,943.88 |
| Life Ins | | 728.38 | 728.38 | 728.38 | 1,456.76 | 728.38 | 2,185.14 | 728.38 | 2,913.52 | 728.38 | 3,641.90 | 117.91 | 3,759.81 | 1,338.85 | 5,098.66 | 728.38 | 5,827.04 | 728.38 | 6,555.42 | 1,208.16 | 7,763.58 | 180.03 | 7,943.61 | | 7,943.61 |
| Depreciation | | 0.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | 267,285.00 | 267,285.00 | 53,457.00 | 320,742.00 | | 320,742.00 |
| Bonus Depreciation | | 0.00 | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| Net Income/(Loss) - Month | | 34,903.04 | | | | 8,987.72 | | (93,318.39) | | 53,236.08 | | 33,555.75 | | 22,842.07 | | 37,866.35 | | 49,427.00 | | (277,562.99) | | (118,584.05) | | (6,183.12) | |
| Net Income/(Loss) - Year to Date | 0.00 | | 34,903.04 | | 227,935.43 | | 236,923.15 | | 143,604.76 | | 196,840.84 | | 230,396.59 | | 253,238.66 | | 291,105.01 | | 340,532.01 | | 62,969.02 | | (55,615.03) | | (61,798.15) |
| Assets | 1,445,426.93 | | 1,455,059.05 | | 1,622,731.00 | | 1,603,500.38 | | 1,443,389.67 | | 1,538,801.80 | | 1,545,545.67 | | 1,539,902.38 | | 1,454,459.65 | | 1,477,451.19 | | 1,184,790.81 | | 1,112,406.76 | | 2,491,119.42 |
| Liab/Equity | (1,445,426.93) | | (1,455,059.05) | | (1,622,731.00) | | (1,603,500.38) | | (1,443,389.67) | | (1,538,801.80) | | (1,545,545.67) | | (1,539,902.38) | | (1,454,459.65) | | (1,477,451.19) | | (1,184,790.81) | | (1,112,406.76) | | (2,491,119.42) |
| | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 | | 0.00 |
| **Share of Income (10/29/24 Daws exit)** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Jim Daws | | | | | | | | | | | | | | | | | | | | | 20,989.67 | 0.00 | 20,989.67 | | 20,989.67 |
| Corey Stull | | | | | | | | | | | | | | | | | | | | | 20,989.67 | (59,292.03) | (38,302.35) | (3,091.56) | (41,393.91) |
| Stan Craig | | | | | | | | | | | | | | | | | | | | | 20,989.67 | (59,292.03) | (38,302.35) | (3,091.56) | (41,393.91) |
| Total | | | | | | | | | | | | | | | | | | | | | 62,969.02 | | (55,615.03) | | (61,798.15) |

Glenn_SDT00000134_013

**JLD LLC - Trial Balance**

| Balance Sheet | Bal 12/31/22 | Settlements | Checking | Non - cash | Bal 12/31/23 | |
|---|---|---|---|---|---|---|
| Cash | 42,243.37 | 427,403.79 | (453,371.22) | | 16,275.94 | |
| | | | | | | |
| Advance Receivable | 2,750.00 | (2,557.25) | | (192.75) | 0.00 | |
| | | | | | | |
| Note Receivable – Best | 38,592.40 | (40,032.55) | | 1,440.15 | 0.00 | |
| Note Receivable – Hernandez | 139,580.91 | (35,014.56) | | 10,002.59 | 114,568.94 | |
| Note Receivable – Mitchell | 135,348.84 | (34,045.96) | | 9,893.28 | 111,196.16 | |
| Note Receivable – M Turner | 0.00 | (24,266.76) | | 160,438.89 | 136,172.13 | |
| | | | | | | |
| 2019 Peterbilt # 37E | 189,254.44 | | | | 189,254.44 | |
| 2021 Peterbilt # 31F | 167,864.15 | | | | 167,864.15 | |
| 2022 Peterbilt # 44C (sold to o/o) | 169,499.99 | | | (169,499.99) | 0.00 | |
| 2020 Peterbilt # 46C | 125,000.00 | | | | 125,000.00 | |
| 2024 Kenworth # 58E | 0.00 | | 255,000.00 | | 255,000.00 | |
| 2023 Peterbilt # 37F | 0.00 | | 195,000.00 | 22,836.53 | 217,836.53 | |
| 2024 Peterbilt # 55B | 0.00 | | 218,970.00 | 23,776.68 | 242,746.68 | |
| | | | | | | |
| A/D - Trucks | (1,005,708.02) | | | 169,499.99 | (836,208.03) | |
| | | | | | | |
| Due to Jim Daws Trucking LLC | 0.00 | | | (46,613.21) | (46,613.21) | |
| Due From/(To) Pyramid Tarp | 42,900.00 | | | | 42,900.00 | 735,993.73 |
| | | | | | | |
| N/P # 6015 – Truck 39F ($2,890.97) | (2,885.94) | | 2,897.86 | (11.92) | 0.00 | |
| N/P # 6769 – Truck 31F ($3,528.38) | (27,749.05) | | 28,242.08 | (493.03) | 0.00 | |
| N/P # 7870 – Truck 44C ($2,710.47) | (44,966.23) | | 32,525.64 | (1,005.88) | (13,446.47) | |
| N/P # 8963 – Truck 46C ($3,028.55) | (115,398.17) | | 45,425.52 | (5,525.72) | (75,498.37) | |
| N/P # 8946 – ($3,785.46) | (92,324.07) | | 36,342.60 | (4,421.33) | (60,402.80) | |
| N/P # 9236 – Truck 58E ($7,592.66) | 0.00 | | (169,073.40) | (13,084.75) | (182,158.15) | |
| N/P # 9602 – Truck 55B ($5,258.21) | 0.00 | | (153,195.37) | (3,133.86) | (156,329.23) | |
| N/P # 9674 – Truck 37F ($4,395.50) | 0.00 | | (188,904.83) | (1,301.57) | (190,206.40) | |
| N/P # 9689 – (n/s) | 0.00 | | (30,000.00) | (50.00) | (30,050.00) | |
| | | | | | | |
| Retained Earnings | 235,997.38 | | 80,000.00 | | 315,997.38 | (392,094.04) |
| | 0.00 | | | | Net Income | (343,899.69) |
| | | | | | | (735,993.73) |

| Income Statement | | | | | | |
|---|---|---|---|---|---|---|
| Truck Income | | (1,080,699.80) | | | (1,080,699.80) | |
| Interest Income | | | (263.03) | (27,582.16) | (27,845.19) | |
| Gain/Loss on Sale | | | | (154,000.00) | (154,000.00) | |
| | | | | | | |
| Fuel | | 335,377.61 | | | 335,377.61 | |
| Fuel Rebate | | (2,957.38) | | | (2,957.38) | |
| Prepass/KTag | | 3,704.05 | | | 3,704.05 | |
| Phys Dam Ins | | 6,663.68 | | | 6,663.68 | |
| Liab/Cargo Ins | | 12,004.01 | 7,235.62 | | 19,239.63 | |
| E Log Fees | | 70.00 | | | 70.00 | |
| Fuel Taxes | | 5,619.31 | | | 5,619.31 | |
| Driver Health Ins | | 21,371.89 | | | 21,371.89 | |
| Driver Wages | | 351,468.36 | 10,769.46 | | 362,237.82 | |
| Taxes/Licensing | | (1,243.85) | 8,416.04 | | 7,172.19 | |
| State Income Taxes | | | 45,318.00 | | 45,318.00 | |
| Tolls/Scales/Permits/Fax/Lodging | | 5,459.08 | | 180.00 | 5,639.08 | |
| Accounting | | | 3,525.00 | | 3,525.00 | |
| Truck Washes | | 3,218.82 | | | 3,218.82 | |
| Truck Loan Interest | | | | 28,848.06 | 28,848.06 | |
| Life Ins | | | | | 0.00 | |
| Depreciation | | | | | 0.00 | |
| Bonus Depreciation | | | | | 0.00 | |
| Repair Expense | | 48,457.51 | 25,140.03 | | 73,597.54 | |
| | | | | | | |
| **Net Income/(Loss)** | | | | | **343,899.69** | |
| | | | | | | |
| Check Balance | 0.00 | (0.00) | 0.00 | 0.00 | 343,899.69 | net income per books |
| | | | | | 0.00 | life ins |
| | | | | | 343,899.69 | net income per tax |

|  |
|---|
| 11.92 |
| 493.03 |
| 1,005.88 |
| 5,525.72 |
| 4,421.33 |
| 13,054.75 |
| 3,083.86 |
| 1,251.57 |
| 28,848.06 |

Glenn_SDT00000134_014