IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **DEFENDANTS' EXHIBIT LIST** |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS,  DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) Case No.    4:24CV3177 ) Deputy:    Rene' Wilson ) Reporter:  Lisa Grimminger ) Date:      February 26, 2025 ) |
| Defendants. | ) |

Defendants, by and through their attorneys of record, submit their list of potential exhibits, subject to offer, in the above captioned matter:

| PLF | DFT | 3rd PTY | FILING NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | 201 | | 22-1 | Declaration of Jim Daws, dated Oct. 30, 2024 | | | | | |
| | 202 | | 22-2 | April 2024 text messages between Rick Fernandez to Jim Daws | | | | | |
| | 203 | | 42-1 | Declaration of Thomas D. Kranz, dated Dec. 8, 2024 | | | | | |
| | 204 | | 54-1 | Asset Purchase Agreement | | | | | |
| | 205 | | 54-2 | Letter from Julie Karavas to Andy Barry, dated 9.17.2024 | | | | | |
| | 206 | | 54-13 | Text messages with Tommy McGee, dated 10.1.24 | | | | | |
| | 207 | | 54-21 | Email from Daws to Becker, dated 10-31-24 | | | | | |
| | 208 | | 59-1 | Jim Daws Trucking Income Statement for Period Ending 12-31-22 | | | | | |
| | 209 | | 59-2 | Jim Daws Trucking Income Statement for Period Ending 12-31-23 | | | | | |

1

| PLF | DFT | 3rd PTY | FILING NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | 210 | | 59-3 | Jim Daws Trucking Income Statement for Period Ending 7-31-24 | | | | | |
| | 211 | | 61-1 | Nebraska Secretary of State Report for Columbus Transportation & Logistics LLC | | | | | |
| | 212 | | 61-2 | Nebraska Secretary of State Report for Daws, Inc. | | | | | |
| | 213 | | 61-3 | Nebraska Secretary of State Report for Daws Trucking, Inc. | | | | | |
| | 214 | | 61-4 | Nebraska Secretary of State Report for J&L Enterprises, LLC | | | | | |
| | 215 | | 61-5 | Nebraska Secretary of State Report for JLD Truck Lines, LLC | | | | | |
| | 216 | | 61-6 | Nebraska Secretary of State Report for Loyal Trucking, Inc. | | | | | |
| | 217 | | 61-7 | Nebraska Secretary of State Report for Pyramid Tarp and Equipment Sales, LLC | | | | | |
| | 218 | | 61-8 | SAFER Company Snapshot for Columbus Transportation & Logistics LLC | | | | | |
| | 219 | | 61-9 | SAFER Company Snapshot for Daws Trucking, Inc. d/b/a Jim Daws Trucking, LLC | | | | | |
| | 220 | | 61-10 | 10.29.24 JLD Redemption Agreement | | | | | |
| | 221 | | 61-11 | 10.29.24 Loyal Redemption Agreement (Daws0002767 - 0002771) | | | | | |
| | 222 | | 62-1 | Photo of Exterior of the shop | | | | | |
| | 223 | | 62-2 | Photo of Interior of the Office | | | | | |

2

| PLF | DFT | 3rd PTY | FILING NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|---|
|  | 224 |  | 62-3 | Photo of Server Room |  |  |  |  |  |
|  | 225 |  | 62-4 | Photo of Interior of Office |  |  |  |  |  |
|  | 226 |  | 62-5 | J&L Office Lease |  |  |  |  |  |
|  | 227 |  | 62-6 | J&L Shop Lease |  |  |  |  |  |
|  | 228 |  | 62-7 | Plaintiff's Answers to Interrogatories |  |  |  |  |  |
|  | 229 |  | 62-8 | JDT Truck Promissory Note (JDT225580-225583) |  |  |  |  |  |
|  | 230 |  | 62-9 | JDT Trailer Promissory Note (JDT225576-225579) |  |  |  |  |  |
|  | 231 |  | 62-10 | JDT $4M Promissory Note |  |  |  |  |  |
|  | 232 |  | 62-11 | Rick Fernandez $250k Promissory Note |  |  |  |  |  |
|  | 233 |  | 62-12 | Membership Interest Pledge Agreement |  |  |  |  |  |
|  | 234 |  | 63-1 | Rick Text Messages to Jim (JDT225325-225363) |  |  |  |  |  |
|  | 235 |  | 63-2 | Rick Text Messages to Jim (Daws0002772-0002852) |  |  |  |  |  |
|  | 236 |  | 63-3 | Rick Text Messages to UBT (JDT225317-225324) |  |  |  |  |  |
|  | 237 |  | 63-4 | 5.3.22 Email (JDT 231134-231147) |  |  |  |  |  |
|  | 238 |  | 63-5 | 5.10.22 Email (JDT231078-231081) |  |  |  |  |  |
|  | 239 |  | 63-6 | 4.10.23 Email (JDT 226184-226187) |  |  |  |  |  |
|  | 240 |  | 63-7 | 4.30.22 Rick Email (JDT231431-231436) |  |  |  |  |  |
|  | 241 |  | 63-8 | 5.4.22 Emails (JDT233461-233479) |  |  |  |  |  |
|  | 242 |  | 63-9 | 4.7.23 Email (JDT231095-231097) |  |  |  |  |  |
|  | 243 |  | 63-10 | 5.24.24 Email to UBT (JDT226048-226051) |  |  |  |  |  |
|  | 244 |  | 63-11 | 9.2.24 Jim Texts (Daws1298-1299) |  |  |  |  |  |

3

| PLF | DFT | 3rd PTY | FILING NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|---------|-----------|-------------|-----|-----|------|---------|------|
| | 245 | | 63-12 | 9.5.24 Jim Texts (Daws1300-1301) | | | | | |
| | 246 | | 64-1 | 9.11.24 Jim Texts (Daws 1822-1823) | | | | | |
| | 247 | | 64-2 | 9.24.24 Rick Email (JDT 231028-231033) | | | | | |
| | 248 | | 64-3 | 9.24.24 Rick Email (JDT226228) | | | | | |
| | 249 | | 64-4 | 9.24.24 Molthan Email | | | | | |
| | 250 | | 64-5 | 9.25.24 Rick Email (Daws946-948) | | | | | |
| | 251 | | 64-6 | 9.26.24 Rick Email (Daws 949) | | | | | |
| | 252 | | 64-7 | 9.30.24 George Wiltrot Texts (Daws1238-1240) | | | | | |
| | 253 | | 64-8 | 9.30.24 Pewick Texts | | | | | |
| | 254 | | 64-9 | 10.2.24 Chrissy Howard Text | | | | | |
| | 255 | | 64-10 | 10.2.24 McGee Text (Daws 1570-1572) | | | | | |
| | 256 | | 64-11 | 10.2.24 Keeler Text (Daws 2099-2100) | | | | | |
| | 257 | | 64-12 | 10.2.24 Mike Hill Texts (Daws 1505-1506) | | | | | |
| | 258 | | 64-13 | 10.3.24 Hudson Texts (Daws 1655-1656) | | | | | |
| | 259 | | 64-14 | 10.7.24 Jim Texts (Daws 1227-1228) | | | | | |
| | 260 | | 64-15 | 10.9.24 Pinnel Texts (Daws 1510-1511) | | | | | |
| | 261 | | 65-1 | Declaration of Caitlin Super | | | | | |
| | 262 | | 65-2 | Declaration of Mattie Hans | | | | | |
| | 263 | | 65-3 | Declaration of Shannon Dugan | | | | | |
| | 264 | | 65-4 | Declaration of Wayne Schmeeckle | | | | | |
| | 265 | | 65-5 | Declaration of Jeremy Becker | | | | | |
| | 266 | | 65-6 | Declaration of Jerry Anderson | | | | | |

4

| PLF | DFT | 3rd PTY | FILING NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|---|
| | 267 | | 65-7 | Declaration of John Proctor | | | | | |
| | 268 | | 65-8 | Declaration of Jacob Barfuss | | | | | |
| | 269 | | 65-9 | Declaration of Michel Marlowe | | | | | |
| | 270 | | 65-10 | Declaration of Jeff Harris | | | | | |
| | 271 | | 65-11 | Declaration of Steven Schmitz | | | | | |
| | 272 | | 65-12 | Declaration of Milton Turner | | | | | |
| | 273 | | 65-13 | Declaration of Ronald Landoll | | | | | |
| | 274 | | 65-14 | Declaration of Jeff Cyphers | | | | | |
| | 275 | | 65-15 | Declaration of Craig Downs | | | | | |
| | 276 | | 65-16 | Declaration of Noah Hasenauer | | | | | |
| | 277 | | 65-17 | Declaration of Douglas Warnsing | | | | | |
| | 278 | | 65-18 | Declaration of Zachary DeMerrell | | | | | |
| | 279 | | 65-19 | Declaration of Chuck Weaver | | | | | |
| | 280 | | 65-20 | Declaration of Scott Mitchell | | | | | |
| | 281 | | 65-21 | Declaration of Bryan Watson | | | | | |
| | 282 | | 80-1 | Supplemental Declaration of Michel Marlowe | | | | | |
| | 283 | | | | | | | | |
| | 284 | | | | | | | | |
| | 285 | | | | | | | | |
| | 286 | | | | | | | | |
| | 287 | | | | | | | | |
| | 288 | | | | | | | | |
| | 289 | | | | | | | | |
| | 290 | | | | | | | | |
| | 291 | | | | | | | | |
| | 292 | | | | | | | | |

| PLF | DFT | 3rd PTY | FILING NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|-----|-----|---------|------------|-------------|-----|-----|------|----------|------|
|     | 293 |         |            |             |     |     |      |          |      |
|     | 294 |         |            |             |     |     |      |          |      |
|     | 295 |         |            |             |     |     |      |          |      |
|     | 296 |         |            |             |     |     |      |          |      |
|     | 297 |         |            |             |     |     |      |          |      |

**OBJECTIONS**
**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**

DATED this 24th day of February, 2025.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants


BY:    /s/ Timothy J. Thalken
       Timothy J. Thalken, #22173
       David C. Mullin, #21985
       Kristin M. Nalbach, #27125
       FRASER STRYKER PC LLO
       500 Energy Plaza
       409 South 17th Street
       Omaha, NE  68102-2663
       Telephone:  (402) 341-6000
       Facsimile:  (402) 341-8290
       tthalken@fraserstryker.com
       dmullin@fraserstryker.com
       knalbach@fraserstryker.com
       ATTORNEYS FOR DEFENDANTS

6

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.


/s/ Timothy J. Thalken


3360438