IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>　　　　Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S FOURTH SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff Jim Daws Trucking, LLC ("JDT") submits this Fourth Supplemental Index of Evidence in support of its Motion for Preliminary Injunction, pursuant to this Court's Order at Filing 84. Attached to this Index are true and correct copies of the following:

**Exhibit 152:**　　**Photos of truck**

Dated February 27, 2025

　　　　　　　　　　　　　　　　　　JIM DAWS TRUCKING, LLC,
　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　By:　s/ Andre R. Barry
　　　　　　　　　　　　　　　　Andre R. Barry, #22505
　　　　　　　　　　　　　　　　Henry L. Wiedrich, #23696
　　　　　　　　　　　　　　　　Madeline C. Hasley, #27870
　　　　　　　　　　　　　　　　CLINE WILLIAMS WRIGHT
　　　　　　　　　　　　　　　　JOHNSON & OLDFATHER, L.L.P.
　　　　　　　　　　　　　　　　233 South 13th Street
　　　　　　　　　　　　　　　　1900 US Bank Building
　　　　　　　　　　　　　　　　Lincoln, NE 68508
　　　　　　　　　　　　　　　　(402) 474-6900
　　　　　　　　　　　　　　　　abarry@clinewilliams.com
　　　　　　　　　　　　　　　　hwiedrich@clinewilliams.com
　　　　　　　　　　　　　　　　mhasley@clinewilliams.com
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Andre R. Barry, hereby certify that on February 27, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

                                                s/     Andre R. Barry