

Case 4:24cv3177

Exhibit 173





