IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC,

Plaintiff,

vs.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

Defendant.

**EXHIBIT LIST**

Case No. 4:24CV3177
Deputy: Rene' Wilson
Reporter: Lisa Grimminger
Date: February 26, 2025

| PLF | DFT | FIL. NO. | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| 1 | | 86-1 | 5.2.2022 Kathy Temme email to Tony Glenn. | | | | | |
| 2 | | 86-2 | 5.2.2022 Tony Glenn email to the drivers. | | | | | |
| 3 | | 86-3 | 4.29.2022 to 5.2.2022 email chain between Rick, Ricky, Jim Daws, and Kathy Temme. | | | | | |
| 4 | | 19-7 | 7.23.2024 to 7.25.2024 email chain between Jeremy Becker and Jim Daws. | | | | | |
| 5 | | 86-4 | 7.18.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 6 | | 54-6 | 8.7.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 7 | | 86-5 | 8.13.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 8 | | 86-6 | 8.19.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 9 | | 86-7 | 8.21.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 10 | | 86-8 | 8.22.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 11 | | 86-9 | 8.23.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 12 | | 86-10 | 8.29.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 13 | | 86-11 | 9.2.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 14 | | 86-12 | 9.5.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | | 86-13 | 9.10.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 16 | | 86-14 | 9.13.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 17 | | 86-15 | 9.14.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 18 | | 86-16 | 9.24.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 19 | | 86-17 | 9.26.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 20 | | 86-18 | 9.27.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 21 | | 86-19 | 10.2.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 22 | | 86-20 | 10.4.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 23 | | 86-21 | 10.14.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 24 | | 86-22 | 10.15.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 25 | | 86-23 | 10.18.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 26 | | 86-24 | 10.19.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 27 | | 54-22 | 10.28.2024 text message exchange between Jeremy Becker and Jim Daws. | | | | | |
| 28 | | 19-9 | 10.22.2024 Jeremy Becker email to Jim@daws-trucking.com | | | | | |
| 29 | | 86-25 | 10.22.2024 Jeremy Becker email to Jimdaws24@gmail.com | | | | | |
| 30 | | 86-26 | 10.22.2024 text message exchange between Jim Daws, Jeff Keeler, Ranae Muenchrath, and Wayne Schmeeckle | | | | | |
| 31 | | 86-27 | 10.9.2024 text message exchange between Jim Daws and Zach DeMerell. | | | | | |
| 32 | | 54-20 | 10.30.2024 text message exchange between Jim Daws and Brandon Krumme. | | | | | |
| 33 | | 86-28 | 9.28.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 34 | | 86-29 | 9.29.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 35 | | 86-30 | 10.1.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 36 | | 54-10 | 10.12.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 37 | | 86-31 | 10.26.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 38 | | 86-32 | 10.27.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 39 | | 86-33 | 10.29.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 40 | | 86-34 | 10.7.2024 text message exchange between Jim Daws and Jerry Anderson. | | | | | |
| 41 | | 54-11 | 10.2.2024 text message exchange between Jim Daws and Mike Hill. | | | | | |
| 42 | | 86-35 | 9.28.2024 text message exchange between Jim Daws and Jonathan Saliba. | | | | | |
| 43 | | 54-8 | 10.9.2024 text message exchange between Jim Daws and Cory Pinnell. | | | | | |
| 44 | | 86-36 | 10.2.2024 text message exchange between Jim Daws and Lee Godsey. | | | | | |
| 45 | | 86-37 | 10.21.2024 text message exchange between Jim Daws and Lee Godsey. | | | | | |
| 46 | | 86-38 | 10.16.2024 text message exchange between Jim Daws and Craig Eubank. | | | | | |
| 47 | | 54-18 | 10.7.2024 text message exchange between Jim Daws and Wayne Schmeeckle. | | | | | |
| 48 | | 54-13 | 10.1.2024 text message exchange between Jim Daws and Tommy McGee. | | | | | |
| 49 | | 54-12 | 10.2.2024 text message exchange between Jim Daws and Tommy McGee. | | | | | |
| 50 | | 87-1 | 10.31.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| 51 | | 87-2 | 10.20.2024 text message exchange between Jim Daws and Corey Stull. | | | | | |
| 52 | | 87-3 | 10.21.2024 text message exchange between Jim Daws and Corey Stull. | | | | | |
| 53 | | 54-14 | 10.8.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| 54 | | 87-4 | 10.20.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 55 | | 54-19 | 10.23.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| 56 | | 87-5 | 10.25.2024 text message exchange between Jim Daws and Ranae Muenchrath. | | | | | |
| 57 | | 87-6 | 9.24.2024 text message exchange between Jim Daws and Tony Glenn. | | | | | |
| 58 | | 54-15 | 9.27.2024 text message exchange between Jim Daws and Tony Glenn. | | | | | |
| 59 | | 54-16 | 10.29.2024 text message exchange between Jim Daws and Tony Glenn. | | | | | |
| 60 | | 87-7 | 10.1.2024 text message exchange between Jim Daws and Jeff Cyphers. | | | | | |
| 61 | | 54-9 | 10.15.2024 text message exchange between Jim Daws and Jeff Cyphers. | | | | | |
| 62 | | 87-8 | 10.21.2024 text message exchange between Jim Daws and Jeff Cyphers. | | | | | |
| 63 | | 87-9 | 10.20.2024 text message exchange between Jim Daws and Jeff Keeler. | | | | | |
| 64 | | 87-10 | 10.28.2024 text message exchange between Jim Daws and Bryan Watson. | | | | | |
| 65 | | 54-17 | 9.28.2024 text message exchange between Jim Daws and Otho. | | | | | |
| 66 | | 87-11 | 8.21.2024 text message exchange between Jim Daws, Jeff Keeler, Kathy Temme, and Tony Glenn. | | | | | |
| 67 | | 87-12 | 9.11.2024 to 9.27.2024 Tony Glenn emails, with attachments, to his personal Gmail account. | | | | | |
| 68 | | 87-13 | Jim Daws, Jaisa Douty, Tony Glenn, Ranae Muenchrath, and Kathy Temme email deletion logs | | | | | |
| 69 | | 54-7 | 9.27.2024 email from Jim Daws to personal email accounts of JDT employees, with contact information. | | | | | |
| 70 | | 87-14 | 10.7.2024 email from Jeff Keeler to everyone on Daws Contact email. | | | | | |
| 71 | | 54-24 p. 1-7 | 10.22.2024 to 10.31.2024 emails from Tony Glenn to Jim Daws with bank account balances. | | | | | |
| 72 | | 54-24 p. 8 | 11.22.2022 email from Tony Glenn to Rick. | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 73 | | 54-24 p. 9 | 10.20.2022 email from Tony Glenn to Jim Daws and Jeff Keeler with account balances. | | | | | |
| 74 | | 54-24 p. 10 | 9.20.2023 email from Tony Glenn to Jim Daws with account balances. | | | | | |
| 75 | | 54-24 p. 11 | 6.18.2024 email from Tony Glenn to Jim Daws. | | | | | |
| 76 | | 54-24 p. 12 | 9.10.2024 email from Tony Glenn to Jim Daws with account balances. | | | | | |
| 77 | | 54-4 | 4.17.2024 email from Jim Daws to Rick regarding DOT number. | | | | | |
| 78 | | 54-25 | 9.29.2024 to 11.26.2024 Verizon mobile phone call log for Jim and Lana Daws. | | | | | |
| 79 | | 87-15 | 10.1.2024 email exchange between Concrete Industries and Jim Daws. | | | | | |
| 80 | | 87-16 | 10.2.2024 email exchange between Ranae Muenchrath and Jim Daws regarding Valmont contact. | | | | | |
| 81 | | 87-17 | 10.2.2024 email exchange between Jim Daws and Mary Campbell of Claas. | | | | | |
| 82 | | 87-18 | 10.21.2024 email exchange between Jim Daws, Rick Gray, and Jones Bank. | | | | | |
| 83 | | 87-19 | 10.9.2024 email exchange between Jim Daws and Mary Campbell of Claas. | | | | | |
| 84 | | 87-20 | 10.24.2024 email exchange between Jim Daws and Brian Wanner. | | | | | |
| 85 | | 87-21 | 10.25.2024 email from Jim Daws to Rick (Jones Bank) and Brian (Peters Trucking). | | | | | |
| 86 | | 87-22 | 10.25.2024 email exchange, with attachment, between Jim Daws, Robin Schmeeckle, and Wayne Schmeeckle. | | | | | |
| 87 | | 54-21 | 10.31.2024 email exchange between Jim Daws and Tim Thalken, which Jim forwarded to Jeremy Becker. | | | | | |
| 88 | | 87-23 | 10.31.2024 email exchange between Jim Daws and Tim Thalken, which Jim forwarded to Robin Schmeeckle | | | | | |
| 89 | | 87-24 | 10.22.2022 email exchange between Jim Daws and Jeremy Becker regarding Nolan Transportation. | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 90 | | 87-25 | 10.29.2024 email exchange between Charles Franks (Pinnacle Truck & Trailer Sales) and Jim Daws. | | | | | |
| 91 | | 87-26 | 10.29.2024 email exchange between Jason Fischer (Jim Hawk Truck Trailers) and Jim Daws. | | | | | |
| 92 | | 87-27 | 10.29.2024 email exchange between Tyler Howard (Wilson Trailer Sales of Grand Island) and Jim Daws. | | | | | |
| 93 | | 87-28 | 10.29.2024 email exchange between Tyler Howard (Wilson Trailer Sales of Grand Island) and Jim Daws | | | | | |
| 94 | | 87-29 | 10.30.2024 email from Jim Daws to Robin Schmeeckle. | | | | | |
| 95 | | 88-1 | 10.14.2024 email from Zachary Demerell to Jim Daws, with attachment. | | | | | |
| 96 | | 54-23 | 1.17.2023 email exchange between Tony Glenn and Ryan Burger. | | | | | |
| 97 | | 88-2 | 9.18.2024 email from Tony Glenn to Jim Daws. | | | | | |
| 98 | | 88-3 | 9.27.2022 Truck Sales Contract between John Vance and JDT (signed by Tony Glenn for Jim Daws, President). | | | | | |
| 99 | | 54-3 | 9.13.2024 email from Tony Glenn to Jim Daws. | | | | | |
| 100 | | 88-4 | 4.1.2024 email exchange between Jim and Lana Daws. | | | | | |
| 101 | | 88-5 | 5.21.2024 email from Jim Daws to Tony Glenn regarding West O lease. | | | | | |
| 102 | | 88-6 | 7.12.2023 (creation date) Excel spreadsheet authored by Tony Glenn. | | | | | |
| 103 | | 88-7 | 1.7.2025 Photographs of Loyal Trucking equipment. | | | | | |
| 104 | | 88-8 | 8.26.2015 American National Bank Account Signature Pages for Daws Inc. | | | | | |
| 105 | | 88-9 | 09.2024 American National Bank Reporting Activity for Daws Inc. | | | | | |
| 106 | | 88-10 | 1.9.2025 American National Bank Business Focus for Daws Inc. | | | | | |
| 107 | | 54-1 | 5.4.2022 Asset Purchase Agreement | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 108 | | 19-3 | 4.8.2024 email from Julie Karavas to Ryan Burger and Jim Daws regarding DOT number. | | | | | |
| 109 | | 19-4 | 4.19.2023 Independent Contractor Agreement between Walter Haven and Daws Trucking Inc. (James Daws). | | | | | |
| 110 | | 19-5 | 11.14.2023 Trademark Application for "Daws Trucking" | | | | | |
| 111 | | 19-6 | 11.14.2023 USPTO registration for Daws Trucking. | | | | | |
| 112 | | 19-10 | 10.25.2024 letter from Andre Barry to Tim Thalken. | | | | | |
| 113 | | 19-11 | 10.28.2024 email from Tim Thalken to Andre Barry. | | | | | |
| 114 | | 19-12 | 10.29.2024 email from Andre Barry to Tim Thalken. | | | | | |
| 115 | | 41-3 | 02.2017 Daws Inc. Handbook | | | | | |
| 116 | | 41-4 | 10.31.2022 email from Kathy Temme to Bill Molthan, with handbook policy. | | | | | |
| 117 | | 41-5 | 11.2.2023 email from Kathy Temme to Ranae Muenchrath, with handbook policy. | | | | | |
| 118 | | 41-6 | 7.26.2024 email from Jaisa Douty to Lana Daws with Handbook. | | | | | |
| 119 | | 41-7 | 4.11.2024 email exchange between Jim Daws and Thomas Kranz. | | | | | |
| 120 | | 41-8 | 4.1.2024 email from Jim Daws to Rick. | | | | | |
| 121 | | 41-9 | 9.12.2024 Vendor Report for payments made to Karavas & Kranz. | | | | | |
| 122 | | 41-10 | 9.17.2024 to 10.2.2024 email exchanges between Andre Barry and Julie Karavas. | | | | | |
| 123 | | 88-11 | 1.22.2024 (origination date) Jones Bank loan to J&L. | | | | | |
| 124 | | 88-12 | 1.23.2024 Peterbilt sale. | | | | | |
| 125 | | 88-13 | 5.23.2024 (origination date) Jones Bank loan to Vance Logistics with James Daws as Guarantor. | | | | | |
| 126 | | 88-14 | 7.20.2024 Save the Date. | | | | | |
| 127 | | 88-15 | 5.11.2024 Guest Invitation List. | | | | | |
| 128 | | 88-16 | 9.24.2024 resignation email from JoAnn Roth to Rick. | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 129 | | 88-17 | 9.24.2024 resignation email from Ranae Muenchrath. | | | | | | |
| 130 | | 88-18 | 9.24.2024 resignation email from Kathy Temme to Rick. | | | | | | |
| 131 | | 88-19 | 9.24.2024 resignation email from Jaisa Douty to Rick. | | | | | | |
| 132 | | 88-20 | 9.24.2024 resignation email from Tony Glenn to Rick. | | | | | | |
| 133 | | 88-21 | 9.24.2024 resignation email from Mattie Hans to Rick. | | | | | | |
| 134 | | 88-22 | 9.24.2024 resignation email from Caitlin Super to Rick. | | | | | | |
| 135 | | 88-23 | 9.24.2024 resignation email from Corey Stull to Rick. | | | | | | |
| 136 | | 88-24 | 11.3.2021 Independent Contractor Agreement between Daws Trucking, Inc. and Loyal Trucking LLC. | | | | | | |
| 137 | | 88-25 | 2.9.2024 Promissory Note between Anthony Hall and Loyal Trucking, Inc. | | | | | | |
| 138 | | 88-26 | 2.9.2024 Truck Sales Contract between Loyal Trucking LLC and Anthony Hall. | | | | | | |
| 139 | | 88-27 | 2024.04.22 Texts between Rick & Jim re Buyback | | | | | | |
| 140 | | 75-1 | 2024.09.25 J. Karavas and A. Barry emails re ANB | | | | | | |
| 141 | | 75-2 | 2024.10.28 Loyal Trucking Business Plan | | | | | | |
| 142 | | 75-3 | 2024.10.29 Email - Lana to Larry re Business Plan | | | | | | |
| 143 | | 22-1 | 2024.10.30 Declaration of Jim Daws | | | | | | |
| 144 | | 75-4 | 2024.10.30 Email from Ranae to Jim | | | | | | |
| 145 | | 75-5 | 2024.10.30 Texts between Jim and Ranae | | | | | | |
| 146 | | 75-6 | 2024.10.31 Email - Jaisa to Larry re Business Plan | | | | | | |
| 147 | | 75-7 | 2024.10.31 Texts between Jim and Jerry | | | | | | |
| 148 | | 75-8 | 2024.11.01 Jaisa to Larry Loyal Trucking Business Plan | | | | | | |
| 149 | | 75-9 | 2024.11.7 Jackie Evans to Larry Nedder Binding Driver List | | | | | | |
| 150 | | 75-10 | 2024.11.7 Jackie Evans to Larry Nedder Loyal Trucking - Equipment Drivers | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 151 | | 75-11 | 2024.12.06 Insurance Denial Re_ LOYAL TRUCKING LLC DOT 2826485 | | | | | |
| 152 | | 88-28 | 2024.12.31 Daws trial balance spreadsheet | | | | | |
| 153 | | 88-29 | 2024.12.31 JLD trial balance spreadsheet | | | | | |
| 154 | | 75-12 | 2024.12.31 Loyal Balance Sheet | | | | | |
| 155 | | 88-30 | 2024.12.31 Loyal trial balance spreadsheet | | | | | |
| 156 | | 75-13 | 2025.01.07 Email between Tony and Jim re 50k | | | | | |
| 157 | | 75-14 | 2025.01.08 J&L Amended Complaint and Demand for Jury Trial (4.24-cv-03222) | | | | | |
| 158 | | 75-15 | 2025.01.22 Emails between L. Nedder & J. Ronning re health insurance | | | | | |
| 159 | | 75-16 | 2025.01.25 Email re JDT Requests for Supplemental Discovery Responses | | | | | |
| 160 | | 75-17 | 2025.01.31 Bill Molthan Email FW_ co#553197 | | | | | |
| 161 | | 75-18 | 2025.02.04 Screenshot of Google Review | | | | | |
| 162 | | 75-19 | 2025.02.06 K. Nalbach Email re text messages | | | | | |
| 163 | | 81-1 | 2025.02.18 Declaration of Gus DeAnda with Exhibit A | | | | | |
| 164 | | 81-2 | 2025.02.18 Declaration of Matt Roach with Exhibit A | | | | | |
| 165 | | 81-3 | 2024.09.27 Email – Jeff Cyphers to Charles Rhyland, Thelma Vazquez, and Rick Fernandez | | | | | |
| 166 | | 83-1 | 2024.12.18 Email from Jeremy Becker to Ranae Muenchrath | | | | | |
| 167 | | 83-2 | 2024.11.22 Text from Jeremy Becker to Lana Daws | | | | | |
| 168 | | 83-3 | 2024.11.7 - 2024.12.12 Texts between Jeremy Becker, Corey Stull, and Ranae Muenchrath | | | | | |
| 169 | | 83-4 | 2024.11.25 - 2024.11.26 Email between Jeremy Becker and Tony Glenn | | | | | |
| 170 | | 83-5 | 2024.11.14 Texts between Jeremy Becker, Jeff Keeler, and Ranae Muenchrath | | | | | |
| 171 | | 83-6 | 2024.11.7 - 2024.12.15 Texts between Jeremy Becker, Corey Stull, Ranae Muenchrath, and Jeff Keeler | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 172 | | 83-7 | 2024.10.21 - 2024.12.18 Texts between Jeremy Becker and Ranae Muenchrath | | | | | |
| 173 | | 95-1 | Photos of Truck | | | | | |
| 174 | | | | | | | | |
| 175 | | | | | | | | |
| 176 | | | | | | | | |
| 177 | | | | | | | | |
| 178 | | | | | | | | |
| 179 | | | | | | | | |
| 180 | | | | | | | | |
| 181 | | | | | | | | |
| 182 | | | | | | | | |

**OBJECTIONS**

**R: Relevancy**
**H: Hearsay**
**A: Authenticity**
**O: Other (specify)**