# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC

Plaintiff,

vs.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTIC, LLC,

Defendants.

Case No.: 4:24CV3177

**REQUEST FOR TRANSCRIPT**

**TO COURT REPORTER:** __X__ Prepare a transcript.[1]

**TO CLERK:** ____ Burn an audio CD of a digitally-recorded hearing before Judge Bazis, or a magistrate judge, if available. [2]

**Please prepare a transcript of the proceedings indicated below:**

____ **Pretrial Proceeding** held on________________________________________

____ **Plea Hearing** held on______________________________________________

____ **Sentencing** held on_______________________________________________

____ **Trial** held on____________________________________________________

(**NOTE:** Transcript will not include voir dire, opening statements, or closing arguments unless specifically requested):

[1]**NOTE:** After the court reporter or transcriber files the official transcript in any civil or criminal proceeding, the parties will have seven business days to file a Notice of Intent to Request Redaction. **See** NEGenR 1.3(c); NECivR 5.3; NECrimR 49.3. **See also** http://www.ned.uscourts.gov/plans-and-policies, "Transcript Redaction Procedure (Revised; Effective May 12, 2008)."

[2]Digital audio files of hearings and trials before Judge Kopf, Judge Urbom, and the magistrate judges may be available over the Internet through the Public Access to Court Electronic Records (PACER) system at https://ecf.ned.uscourts.gov/cgi-bin/ShowIndex.pl. See Digital Audio Files of Court Proceedings Available Online at http://www.ned.uscourts.gov/email.

____ **Testimony ONLY of Specific Trial Witness(es)**

Name________________________________ Date______________

Name________________________________ Date______________

Name________________________________ Date______________

X **Other Hearing** held on February 26-28, 2025.

**Delivery Requested**:

____ Within 30 calendar days ($4.40 per page)

____ Within 14 calendar days ($5.10 per page)

____ Within 7 calendar days ($5.85 per page)

_X_ Within 3 calendar days ($6.55 per page)

Print Name: Andre R. Barry #22505

s/Andre R. Barry
Attorney's Signature/Party Name

Address: 233 South 13th Street, #1900
City/State: Lincoln, NE
Date: March 3, 2025
E-mail Address: abarry@clinewilliams.com
Phone: (402) 474-6900