IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>          Plaintiff<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>          Defendants. | CASE NO. 4:24-CV-3177<br><br><br>**PLAINTIFF'S NOTICE OF SERVICE OF RESPONSES TO DEFENDANTS' THIRD SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS** |

COMES NOW the Plaintiff, Jim Daws Trucking, LLC and hereby gives notice that on March 5, 2025, it served true and correct copies of its Responses to Defendants' Third Set of Requests for Production of Documents via electronic mail to Defendants' counsel of record as follows:

| | |
|---|---|
| Timothy J. Thalken | tthalken@fraserstryker.com |
| David C. Mullin | dmullin@fraserstryker.com |
| Eric W. Wells | ewells@fraserstryker.com |
| Kristin M. Nalbach | knalbach@fraserstryker.com |

Dated March 5, 2025


[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

JIM DAWS TRUCKING, LLC, Plaintiff

By s/ Madeline C. Hasley
  Andre R. Barry #22505
  Henry L. Wiedrich #23696
  Madeline C. Hasley #27870
  CLINE WILLIAMS WRIGHT
  JOHNSON & OLDFATHER, L.L.P.
  233 South 13th Street
  1900 US Bank Building
  Lincoln, NE 68508
  Phone: (402) 474-6900
  abarry@clinewilliams.com
  hwiedrich@clinewilliams.com
  mhasley@clinewilliams.com

## CERTIFICATE OF SERVICE

I, Madeline C. Hasley, hereby certify that on March 5, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

  s/ Madeline C. Hasley
  Madeline C. Hasley #27870

4934-8356-3556, v. 1

2