IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>    Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S FIFTH SUPPLEMENTAL INDEX OF EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |

Plaintiff Jim Daws Trucking, LLC ("JDT") submits this Fifth Supplemental Index of Evidence in support of its Motion for Preliminary Injunction, pursuant to this Court's Order at Filing 84. Attached to this Index are true and correct copies of the following:

**Exhibit 153:** Color coded Verizon mobile phone call log for Jim and Lana Daws, also numbered as Exhibit 174 for the Hearing on the Preliminary Injunction

Dated March 12, 2025.

                                              JIM DAWS TRUCKING, LLC, Plaintiff

                              By:    s/ Andre R. Barry
                                      Andre R. Barry, #22505
                                      Henry L. Wiedrich, #23696
                                      Madeline C. Hasley, #27870
                                      CLINE WILLIAMS WRIGHT
                                      JOHNSON & OLDFATHER, L.L.P.
                                      233 South 13th Street
                                      1900 US Bank Building
                                      Lincoln, NE 68508
                                      (402) 474-6900
                                      abarry@clinewilliams.com
                                      hwiedrich@clinewilliams.com
                                      mhasley@clinewilliams.com
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Andre R. Barry, hereby certify that on March 12, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

                                                   s/    Andre R. Barry