IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JIM DAWS TRUCKING, LLC,

Plaintiff,

vs.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,

Defendant.

**WITNESS LIST**

Case No.    4:24CV3177
Deputy:     Rene' Wilson
Reporter:   Lisa Grimminger
Dates:      February 26-28, 2025
            March 12, 2025

FOR PLAINTIFF:

| Name | Date |
| --- | --- |
| James R. Daws | 2/26/25; 2/27/25 |
| Jeremy Becker | 2/27/25 |
| Tony Glenn | 2/27/25 |
| Lana Daws | 2/27/25 |
| Bill Molthan | 2/27/25 |
| Jaisa Douty | 2/28/25 |
| Ranae Muenchrath | 2/28/25 |
| Terry King | 2/28/25 |
| Corey Stull | 2/28/25 |
| Ricardo Fernandez | 2/28/25; 3/12/25 |
| Jeffrey Keeler | 3/12/25 |

FOR DEFENDANT:

| Name | Date |
| --- | --- |
| JoAnn Roth | 3/12/25 |
| Kathy Temme | 3/12/25 |
| Wendell Watson | 2/27/25 |