IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | 4:24CV3177<br><br><br>**AMENDMENT TO MEMORANDUM AND ORDER AT FILING NO. 113** |

     A telephone conference was held to discuss the parties' questions pertaining to the scope of the Court's preliminary injunction order. (Filing No. 113.)

     For the reasons stated on the record, the Court's previous Memorandum and Order (Filing No. 113) is amended as follows:

     1.     Jim, and anyone acting on his behalf or in concert with him, is barred from engaging in the business of trucking in the continental United States. Jim may not provide any company advice as to how to operate a trucking company. Jim is prohibited from providing financial support to anyone carrying out the business plan for Loyal. Jim may continue to operate his other companies that only lease real estate or lease or sell trucks to other companies, except that these companies may not lease or sell trucks or trailers to Loyal or otherwise use their assets to support Loyal. CTL may continue to broker freight, except that CTL may not broker freight for Loyal or otherwise use its assets to support Loyal. If Loyal wants to operate, it must pay Jim the full amount owed to him under its redemption agreement. Until such time as these funds are paid, Loyal may

not operate. JLD may not use its equipment or assets to support Loyal unless it pays Jim the full amount it owes him under its redemption agreement.

2. J&L may continue to lease real estate to Loyal. However, the lease must be for fair market value. J&L may not otherwise use its assets to assist Loyal with its operations.

3. Subject to these amendments, the Court's Memorandum and Order (Filing No. 113) remains in full force and effect.

**IT IS SO ORDERED.**

Dated this 11th day of April, 2025.

BY THE COURT:

_Susan M. Bazis_
Susan M. Bazis
United States District Judge

2