IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS' MOTION TO** |
| | ) | **INCREASE SURETY BOND** |
| DAWS, INC.; JAMES R. DAWS; LANA R. | ) | **AND TO RECONSIDER SCOPE** |
| DAWS; DAWS TRUCKING, INC.; and | ) | **OF INJUNCTION AND** |
| COLUMBUS TRANSPORTATION & | ) | **REQUEST FOR ORAL** |
| LOGISTICS, LLC, | ) | **ARGUMENT ON AN** |
| | ) | **EXPEDITED BASIS** |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 60, Fed. R. Civ. P. 65(c), the Court's inherent power to reconsider its decisions, and this Court's statement that the amount of the bond "may be raised or lowered as the case progresses upon appropriate motion filed by the parties." (Filing 113 at ECF p. 16), Defendants move for an order increasing the amount of the bond Plaintiff must post in this case for the preliminary injunction to remain effective.

In addition, Defendants request that this Court vacate, or modify, that part of its order that requires Defendants to transfer the funds held in the ANB account to JDT subject to valid liens.

Because the injunction requires Defendants to transfer these funds by April 22, 2025, and the effect of the injunction has been to put non-parties, including drivers, out of business, Defendants requests an expedited hearing on this matter.

Defendants contemporaneously submit a brief setting for the basis of their motion and an index of evidence in support of their motion.

WHEREFORE, Defendants respectfully request that the Court order that the amount of the bond set forth in this Court's preliminary injunction order be increased, and the preliminary injunction order be vacated or modified, as set forth in Defendants' brief.

## REQUEST FOR ORAL ARGUMENT

Due to the time-sensitive nature of the required surety bond, and its effect on the preliminary injunction, pursuant to Neb.Civ.R. 7.1(e), Defendants request oral argument via telephonic, video conference, or an in-court hearing. Defendants estimate 30 minutes (15 minutes per side) will be sufficient for the hearing.

DATED this 14th day of April, 2025.

> DAWS, INC., JAMES R. DAWS,
> LANA R. DAWS, DAWS TRUCKING, INC.
> and COLUMBUS TRANSPORTATION &
> LOGISTICS, LLC, Defendants
>
>
> BY:   /s/ Timothy J. Thalken
>       David C. Mullin, #21985
>       Timothy J. Thalken, #22173
>       Kristin M. Nalbach, #27125
>       FRASER STRYKER PC LLO
>       500 Energy Plaza
>       409 South 17th Street
>       Omaha, NE  68102-2663
>       (402) 341-6000
>       (402) 341-8290 - fax
>       dmullin@fraserstryker.com
>       tthalken@fraserstryker.com
>       knalbach@fraserstryker.com
>       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

> /s/ Timothy J. Thalken

3385703.2