IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF** |
| | ) | **TIMOTHY J. THALKEN** |
| DAWS, INC.; JAMES R. DAWS; LANA R. | ) | |
| DAWS; DAWS TRUCKING, INC.; and | ) | |
| COLUMBUS TRANSPORTATION & | ) | |
| LOGISTICS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

I, Timothy J. Thalken, hereby declare as follows:

1.      I am above the age of 21, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2.      I am the attorney of record for Defendants.

3.      Attached as Exhibit A is a true and correct copy of the UCC Financing Statement, identifying Jim Daws Trucking LLC ("JDT") as a debtor of Daws, Inc., and detailing the collateral.

4.      Attached as Exhibit B is a true and correct copy of the UCC Financing Statements, identifying JDT as a debtor of Union Bank and Trust Company ("UBT"), and detailing the collateral.

5.      Attached as Exhibit C is a true and correct copy of the Notice of Default and Acceleration of the Note, served upon counsel of record JDT.

6.      Attached as Exhibit D is a true and correct copy of the Subordination Agreement between UBT, Daws, Inc., and JDT.

7.      According to American National Bank, as of April 7, 2025, the balance of the Daws, Inc. account at American National Bank was $517,888.55.

**EXHIBIT**

**1**

I declare, under penalty of perjury, that the foregoing declaration, executed on the 14th day of April, 2025, at Omaha, Nebraska, is true and correct.

3385681

NE Sec of State - Robert B. Evnen

Filing Document #: 9824526489-4  Pages: 2

Filing Date and Time: 10/17/2024 01:17 p.m.

Debtor Name: JIM DAWS TRUCKING LLC

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
TAMMI J. JACOBSEN (402-978-5301)

**B. E-MAIL CONTACT AT FILER (optional)**
TJACOBSEN@FRASERSTRYKER.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

**EXHIBIT A**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JIM DAWS TRUCKING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 758 280TH RD | MILFORD | NE | 68405 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| FERNANDEZ | RICARDO | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1112 HAWTHORN LANE | WESTERN SPRINGS | IL | 60558 | USA |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| DAWS, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 758 280TH | MILFORD | NE | 68405 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

ALL OF THE MEMBERSHIP INTEREST IN JIM DAWS TRUCKING, LLC, TOGETHER WITH ALL PROFIT DISTRIBUTIONS, CASH, INSTRUMENTS, AND OTHER PROPERTY FROM TIME TO TIME RECEIVED, RECEIVABLE OR OTHERWISE DISTRIBUTED IN RESPECT OF OR IN EXCHANGE FOR ANY OR ALL OF THE FOREGOING.

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)    International Association of Commercial Administrators (IACA)

NE Sec of State - Robert B. Evnen

Filing Document #: 9824526489-4  Pages: 2

Filing Date and Time: 10/17/2024 01:17 p.m.

Debtor Name: JIM DAWS TRUCKING LLC

## UCC FINANCING STATEMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS

**18. NAME OF FIRST DEBTOR:** Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

**18a. ORGANIZATION'S NAME**

JIM DAWS TRUCKING LLC

OR

**18b. INDIVIDUAL'S SURNAME**

**FIRST PERSONAL NAME**

**ADDITIONAL NAME(S)/INITIAL(S)**     **SUFFIX**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**19. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (19a or 19b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 19a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 19b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| FERNANDEZ | RICARDO | DANIEL | |

| 19c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1112 HAWTHORN LANE | WESTERN SPRINGS | IL | 60558 | USA |

**20. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (20a or 20b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 20a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 20b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 20c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**21. ADDITIONAL DEBTOR'S NAME:** Provide only one Debtor name (21a or 21b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name)

| 21a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 21b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 21c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**22.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (22a or 22b)

| 22a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 22b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 22c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**23.** ☐ ADDITIONAL SECURED PARTY'S NAME  or  ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (23a or 23b)

| 23a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 23b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

| 23c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

**24. MISCELLANEOUS:**

International Association of Commercial Administrators (IACA)

**FILING OFFICE COPY** — UCC FINANCING STATEMENT ADDITIONAL PARTY (Form UCC1AP) (Rev. 08/22/11)

NE Sec of State - Robert B. Evnen

Filing Document #: 9822378273-3  Pages: 1

Filing Date and Time: 10/09/2022 09:42 p.m.

Debtor Name: JIM DAWS TRUCKING LLC

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
SARA FLEISCHMAN (4023231393)

**B. E-MAIL CONTACT AT FILER (optional)**
SARA.FLEISCHMAN@UBT.COM

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

EXHIBIT
B

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JIM DAWS TRUCKING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 758 280TH | MILFORD | NE | 68045 | USA |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY):** Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNION BANK AND TRUST COMPANY | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3643 SOUTH 48TH STREET, PO BOX 82535 | LINCOLN | NE | 68501 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

ALL ASSETS OF DEBTOR AND PROCEEDS THEREOF

**5.** Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
**6b.** Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

NE Sec of State - Robert B. Evnen
Filing Document # 22100006709-5   Pages: 9
Debtor Name: JIM DAWS TRUCKING, LLC
Filing Date and Time: 10/18/2022 05:00 PM

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|

| B. E-MAIL CONTACT AT FILER (optional) |
|---|

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

> **Union Bank and Trust Company**
> **ATTN: Jake Muhleisen**
> **4243 Pioneer Woods Dr.**
> **Lincoln, NE 68501**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Jim Daws Trucking, LLC** | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **758 280th Road** | **Milford** | **NE** | **68405** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name, do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Union Bank and Trust Company** | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **4243 Pioneer Woods Dr.** | **Lincoln** | **NE** | **68501** | **USA** |

4. COLLATERAL:  This financing statement covers the following collateral:

**All assets of the Debtor including but not limited the items attached on Exhibit A.**

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative |
|---|

| 6a. Check only if applicable and check only one box | | | 6b. Check only if applicable and check only one box | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien | ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable): | ☐ Lessee/Lessor | ☐ Consignee/Consignor | ☐ Seller/Buyer | ☐ Bailee/Bailor | ☐ Licensee/Licensor |
|---|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)

## Exhibit A

All right, title and interest of the Debtor in any of the following types or categories of property, whether now owned or hereafter acquired:

Accounts, accounts receivables, including healthcare receivables, credit card receivables, insurance receivables, software receivables, license fees and contract rights;

Chattel paper, whether electronic or tangible;

Investment property, including securities accounts, commodity accounts, securities (both certificated and uncertificated), securities entitlements, and commodity contracts;

Letter-of-credit rights and letters of credit;

Inventory, including raw materials, work in process, materials used or consumed in Debtor's business and finished goods;

Instruments;

Equipment;

Farm Products, including timber, aquatic goods, and livestock whether born or unborn;

Documents;

General intangibles;

Government program payments of any type or nature;

Deposit accounts and all funds held therein;

Money, goods, and other property in the possession, custody or control of Secured Party;

All fixtures and as extracted collateral located at the Project;

Titled Vehicles including but not limited to the Trucks and Trailers identified on Exhibit A-1;

Software;

Accessions and improvements to goods included in the Collateral and substitutions for any Collateral;

Hazard insurance proceeds or eminent domain/condemnation awards involving the Collateral;

Books and records relating to the foregoing Collateral and all equipment containing such books and records (including, without limitation, computer data and storage media); and

All proceeds and products of the foregoing Collateral, this filing is intended to cover all of the Debtor's assets.

Exhibit A-1 Trucks and Trailers

Exhibit A1

**Daws Inc**
**Truck List 3/15/22**

| Unit # | Tractor Year | Make | Model | VIN | Insured Value Physical Damage |
|---|---|---|---|---|---|
| 017C | 2022 | Peterbilt | 389 | 1XPXP49XXND780508 | $150,000 |
| 063E | 2022 | Peterbilt | 567 | 1XPCDP9X4ND780514 | $150,000 |
| 083E | 2022 | Peterbilt | 389 | 1XPXDP9X4ND780515 | $150,000 |
| 090C | 2022 | Peterbilt | 389 | 1XPXDP9X4ND783883 | $150,000 |
| 007A | 2021 | Peterbilt | | 1XPXD49X8MD750821 | $120,000 |
| 051E | 2021 | Peterbilt | | 1XPXDP9X0MD750815 | $120,000 |
| 073B | 2021 | Peterbilt | | 1XPXDP9X9MD750814 | $120,000 |
| 045E | 2020 | Peterbilt | | 1XPXDP9X8LD700940 | $120,000 |
| 049C | 2020 | Kenworth | | 1XKWD49X5L1291488 | $120,000 |
| 065C | 2020 | Peterbilt | | 1XPXDP9XXLD700941 | $120,000 |
| 071C | 2020 | Peterbilt | | 1XPXDP9X7LD700945 | $120,000 |
| 075C | 2020 | Peterbilt | | 1XPXDP9X1LD700939 | $120,000 |
| 094C | 2020 | Peterbilt | | 1XPXDP9X1LD700942 | $120,000 |
| 095C | 2020 | Peterbilt | | 1XPXDP9X6LD700953 | $120,000 |
| 103C | 2020 | Peterbilt | | 1XPXDP9X6LD700936 | $120,000 |
| 106B | 2020 | Peterbilt | | 1XPXDP9X0LD700947 | $120,000 |
| 107B | 2020 | Peterbilt | | 1XPXDP9X3LD700943 | $120,000 |
| 109C | 2020 | Peterbilt | | 1XPXDP9X2LD700948 | $120,000 |
| 110B | 2020 | Peterbilt | | 1XPXDP9X8LD700954 | $120,000 |
| 025E | 2019 | Peterbilt | | 1XPCDP9XXKD612565 | $90,000 |
| 088B | 2019 | Peterbilt | | 1XPXDP9X1KD612567 | $120,000 |
| 029C | 2018 | Peterbilt | | 1XPXDP9X0JD466807 | $90,000 |
| 035C | 2018 | Peterbilt | | 1XPXDP9X3JD489014 | $90,000 |
| 041F | 2018 | Peterbilt | | 1XPXDP9X0JD465284 | $90,000 |
| 101B | 2018 | Peterbilt | | 1XPXDP9X5JD489015 | $90,000 |
| 105C | 2018 | Peterbilt | | 1XPXDP9X1JD469277 | $90,000 |
| 125C | 2018 | Peterbilt | | 1XPXDP9X1JD465231 | $90,000 |
| 042C | 2016 | Peterbilt | | 1XPXDP9X6GD338080 | $75,000 |
| 048C | 2016 | Peterbilt | | 1XPXDP9XXGD357697 | $85,000 |
| 074B | 2016 | Peterbilt | | 1XPXDP9XXGD338079 | $60,000 |
| 109B | 2015 | Kenworth | | 1XKDDP9X0FJ420797 | $50,000 |
| | | | | Total | $3,420,000 |

31 trucks

**Daws Inc**
**Trailer List 3/15/22**

| Unit # | Year | Make | VIN | Insured Value Physical Damage |
|---|---|---|---|---|
| 3503D | 2022 | Manac | 2M5133614N1204640 | $55,000 |
| 3504D | 2022 | Manac | 2M5131610N1204731 | $55,000 |
| | | | | |
| 112DD | 2021 | Wilson | 1W15482A4M6629638 | $36,900 |
| 113DD | 2021 | Wilson | 1W15482A6M6629639 | $36,900 |
| 114DD | 2021 | Wilson | 1W15482A2M6629640 | $36,900 |
| 115DD | 2021 | Wilson | 1W15482A4M6629641 | $36,900 |
| 116DD | 2021 | Wilson | 1W15482A6M6629642 | $36,900 |
| 117DD | 2021 | Wilson | 1W15482A8M6629643 | $36,900 |
| 118DD | 2021 | Wilson | 1W15482AXM6629644 | $36,900 |
| 119DD | 2021 | Wilson | 1W15482A1M6629645 | $36,900 |
| 1052D | 2021 | Wilson | 1W15482A3M6629646 | $39,600 |
| 1053D | 2021 | Wilson | 1W15482A5M6629647 | $39,600 |
| 1054D | 2021 | Wilson | 1W15482A7M6629648 | $39,600 |
| 1955D | 2021 | Wilson | 1W15482A9M6629649 | $39,600 |
| 2013D | 2021 | Xl Special | 4U3J05330ML020363 | $76,500 |
| 2014D | 2021 | Xl Special | 4U3J05332ML020364 | $76,500 |
| | | | | |
| 100DD | 2020 | Wilson | 1W15482A6LG628652 | $30,780 |
| 101DD | 2020 | Wilson | 1W15482A8LG628653 | $30,780 |
| 102DD | 2020 | Wilson | 1W15482AXLG628654 | $30,780 |
| 103DD | 2020 | Wilson | 1W15482A1LG628655 | $30,780 |
| 104DD | 2020 | Wilson | 1W15482A3LG628656 | $30,780 |
| 105DD | 2020 | Wilson | 1W15482A5L6628657 | $30,780 |
| 106DD | 2020 | Wilson | 1W15482A7LG628658 | $30,780 |
| 107DD | 2020 | Wilson | 1W15482A9L6628659 | $30,780 |
| 108DD | 2020 | Wilson | 1W15482A5LG628660 | $30,780 |
| 109DD | 2020 | Wilson | 1W15482A7L6628661 | $30,780 |
| 110DD | 2020 | Wilson | 1W15482A9LG628662 | $30,780 |
| 111DD | 2020 | Wilson | 1W15482A0L6628663 | $30,780 |
| | | | | |
| 060DD | 2019 | Wilson | 1W15482A3K6627523 | $28,350 |
| 061DD | 2019 | Wilson | 1W15482A5K6627524 | $28,350 |
| 062DD | 2019 | Wilson | 1W15482A7K6627525 | $28,350 |
| 063DD | 2019 | Wilson | 1W15482A9K6627526 | $28,350 |
| 064DD | 2019 | Wilson | 1W15482A0K6627527 | $28,350 |
| 065DD | 2019 | Wilson | 1W15482A2K6627528 | $28,350 |
| 066DD | 2019 | Wilson | 1W15482A4K6627529 | $28,350 |
| 067DD | 2019 | Wilson | 1W15482A0S6627530 | $28,350 |
| 068DD | 2019 | Wilson | 1W15482A2K6627531 | $28,350 |
| 069DD | 2019 | Wilson | 1W15482A4K6627532 | $28,350 |
| | | | | |
| 070DD | 2019 | Wilson | 1W15482A6K6627533 | $28,350 |
| 071DD | 2019 | Wilson | 1W15482A8K6627534 | $28,350 |
| 072DD | 2019 | Wilson | 1W15482AXK6627535 | $28,350 |
| 073DD | 2019 | Wilson | 1W15482A1K6627536 | $28,350 |
| 074DD | 2019 | Wilson | 1W15482A3K6627537 | $28,350 |
| 1049D | 2019 | Wilson | 1W15482A5K6628186 | $35,640 |
| 1050D | 2019 | Wilson | 1W15482A7K6628187 | $35,640 |
| 1051D | 2019 | Wilson | 1W15482A9K6628188 | $35,640 |
| 1528D | 2019 | Wilson | 1W15532AXK6628183 | $37,260 |
| 1529D | 2019 | Wilson | 1W15532A1K6628184 | $37,260 |
| 1530D | 2019 | Wilson | 1W15532A3K6628185 | $37,260 |
| | | | | |
| 080DD | 2018 | Great Dane | 1GRDM9627JH122253 | $26,244 |
| 081DD | 2018 | Great Dane | 1GRDM9629JH122254 | $26,244 |
| 082DD | 2018 | Great Dane | 1GRDM9620JH122255 | $26,244 |
| 083DD | 2018 | Great Dane | 1GRDM9622JH122256 | $26,244 |
| 084DD | 2018 | Great Dane | 1GRDM9624JH122257 | $26,244 |
| 085DD | 2018 | Great Dane | 1GRDM9626JH122258 | $26,244 |
| 086DD | 2018 | Great Dane | 1GRDM9628JH122259 | $26,244 |
| 087DD | 2018 | Great Dane | 1GRDM9624JH122260 | $26,244 |
| 088DD | 2018 | Great Dane | 1GRDM9626JH122261 | $26,244 |
| 089DD | 2018 | Great Dane | 1GRDM9628JH122262 | $26,244 |
| 090DD | 2018 | Great Dane | 1GRDM962XJH122442 | $26,244 |
| 091DD | 2018 | Great Dane | 1GRDM962XJH122263 | $26,244 |
| 092DD | 2018 | Great Dane | 1GRDM9621JH122264 | $26,244 |
| 093DD | 2018 | Great Dane | 1GRDM9623JH122265 | $26,244 |

**Daws Inc**
**Trailer List 3/16/22**

| Unit # | Year | Make | VIN | Insured Value Physical Damage |
|--------|------|------|-----|-------------------------------|
| 094DD | 2018 | Great Dane | 1GRDM9625JH122266 | $26,244 |
| 095DD | 2018 | Great Dane | 1GRDM9627JH122267 | $26,244 |
| 096DD | 2018 | Great Dane | 1GRDM9629JH122268 | $26,244 |
| 057DD | 2018 | Great Dane | 1GRDM9620JH122269 | $26,244 |
| 098DD | 2018 | Great Dane | 1GRDM9627JH122270 | $26,244 |
| 059DD | 2018 | Great Dane | 1GRDM9629JH122271 | $26,244 |
| 1047D | 2018 | Wilson | 4WWS482A8JG626410 | $29,160 |
| 1048D | 2018 | Wilson | 4WWS482AXJG626411 | $29,160 |
| 2012D | 2018 | XI Special | 4U3JGS331JU016866 | $51,030 |
| | | | | |
| 076DD | 2017 | Great Dane | 1GRDM9627HH733622 | $25,515 |
| 077DD | 2017 | Great Dane | 1GRDM9625HH733623 | $25,515 |
| 078DD | 2017 | Great Dane | 1GRDM9610HH733624 | $25,515 |
| | | | | |
| 198D | 2016 | Wilson | 4WWS532A0G6625101 | $23,328 |
| 199D | 2016 | Wilson | 4WWS532A2G6625102 | $23,328 |
| 200D | 2016 | Wilson | 4WWS532A4G6625103 | $23,328 |
| 203D | 2016 | Wilson | 4WWS532AXG6625106 | $23,328 |
| 204D | 2016 | Wilson | 4WWS532A6G6325107 | $23,328 |
| 205D | 2016 | Wilson | 4WWS532A3G6625108 | $23,328 |
| 206D | 2016 | Wilson | 4WWS532A5G6625109 | $23,328 |
| 207D | 2016 | Wilson | 4WWS532A1G6625110 | $23,328 |
| | | | | |
| 145D | 2015 | Wilson | 4WWS502A8F6623402 | $27,629 |
| 146D | 2015 | Wilson | 4WWS502AXF6623403 | $27,629 |
| 177D | 2015 | Wilson | 4WWS532A3F6622384 | $21,214 |
| 178D | 2015 | Wilson | 4WWS532A5F6622385 | $21,214 |
| 179D | 2015 | Wilson | 4WWS532A9F6622387 | $21,214 |
| 180D | 2015 | Wilson | 4WWS532A0F6622388 | $21,214 |
| 181D | 2015 | Wilson | 4WWS532A2F6622389 | $21,214 |
| 182D | 2015 | Wilson | 4WWS532A9F6622390 | $21,214 |
| 183D | 2015 | Wilson | 4WWS532A0F6622391 | $21,214 |
| 184D | 2015 | Wilson | 4WWS532A2F6622392 | $21,214 |
| 185D | 2015 | Wilson | 4WWS532A4F6622393 | $21,214 |
| 186D | 2015 | Wilson | 4WWS532A6F6622394 | $21,214 |
| 187D | 2015 | Wilson | 4WWS532A8F6622395 | $21,214 |
| 188D | 2015 | Wilson | 4WWS532AXF6622396 | $21,214 |
| 189D | 2015 | Wilson | 4WWS532A1F6622397 | $21,214 |
| 191D | 2015 | Wilson | 4WWS532A5F6622399 | $21,214 |
| 192D | 2015 | Wilson | 4WWS532A8F6622400 | $21,214 |
| 193D | 2015 | Wilson | 4WWS532AXF6622401 | $21,214 |
| 194D | 2015 | Wilson | 4WWS532A1F6622402 | $21,214 |
| 195D | 2015 | Wilson | 4WWS532A3F6622403 | $21,214 |
| 196D | 2015 | Wilson | 4WWS532A5F6622404 | $21,214 |
| 197D | 2015 | Wilson | 4WWS532A7F6622405 | $21,214 |
| 1517D | 2015 | Wilson | 4WWS532A4F6622409 | $25,515 |
| 1518D | 2015 | Wilson | 4WWS532A0F6622410 | $25,515 |
| 1519D | 2015 | Wilson | 4WWS532A2F6622411 | $25,515 |
| 1520D | 2015 | Wilson | 4WWS532A4F6622412 | $25,515 |
| 1521D | 2015 | Wilson | 4WWS532A6F6622413 | $25,515 |
| 1522D | 2015 | Wilson | 4WWS532A8F6622414 | $25,515 |
| 1523D | 2015 | Wilson | 4WWS532AXF6622415 | $25,515 |
| 1524D | 2015 | Wilson | 4WWS532A1F6622416 | $25,005 |
| 1525D | 2015 | Wilson | 4WWS532A3F6622417 | $25,005 |
| 1526D | 2015 | Wilson | 4WWS532A5F6622418 | $25,005 |
| 1527D | 2015 | Wilson | 4WWS512A1F6622419 | $25,005 |
| | | | | |
| 143D | 2014 | Wilson | 4WWS502A1E6620940 | $26,609 |
| 144D | 2014 | Wilson | 4WWS502A3E6620941 | $26,609 |
| 172D | 2014 | Wilson | 4WWS532A8E6622380 | $20,193 |
| 173D | 2014 | Wilson | 4WWS532AXE6622381 | $20,193 |
| 174D | 2014 | Wilson | 4WWS532A1E6622382 | $20,193 |
| 175D | 2014 | Wilson | 4WWS532A9E6622386 | $20,193 |
| 1514D | 2014 | Wilson | 4WWS512A5E6622406 | $21,870 |
| 1515D | 2014 | Wilson | 4WWS512A7E6622407 | $21,870 |
| 1516D | 2014 | Wilson | 4WWS512A9E6622408 | $21,870 |
| 1701D | 2014 | Wilson | 4WWS533A3E6620986 | $21,870 |
| 1702D | 2014 | Wilson | 4WWS533A9E6621012 | $21,870 |

**Daws Inc**
**Trailer List 3/18/22**

| Unit # | Year | Make | VIN | Insured Value Physical Damage |
|---|---|---|---|---|
| 1703D | 2014 | Wilson | 4WW5533A8E6621020 | $21,870 |
| 1704D | 2014 | Wilson | 4WW5533A1E6621022 | $21,870 |
| 1705D | 2014 | Wilson | 4WW5533A3E6621023 | $21,870 |
| 2009D | 2014 | Trail King | 1TKJ05335EW072042 | $39,876 |
| 2010D | 2014 | Trail King | 1TKJ05337EW072043 | $39,876 |
| 2011D | 2014 | Trail King | 1TKJ05339EW072044 | $39,876 |
| | | | | |
| 155D | 2013 | Mac | 5MAPA5327DS025055 | $18,079 |
| 156D | 2013 | Mac | 5MAPA5329DA025056 | $18,079 |
| 157D | 2013 | Mac | 5MAPA5320DA025057 | $18,079 |
| 158D | 2013 | Mac | 5MAPA5327DA025058 | $18,079 |
| 159D | 2013 | Mac | 5MAPA5324DA025059 | $18,079 |
| 160D | 2013 | Mac | 5MAPA5320DA025060 | $18,079 |
| 162D | 2013 | Mac | 5MAPA532XDA022800 | $18,079 |
| 163D | 2013 | Mac | 5MAPA5321DA022801 | $18,079 |
| 164D | 2013 | Mac | 5MAPA5323DA022802 | $18,079 |
| 165D | 2013 | Mac | 5MAPA5325DA022803 | $18,079 |
| 166D | 2013 | Mac | 5MAPA5327DA022804 | $18,079 |
| 167D | 2013 | Mac | 5MAPA5329DA022805 | $18,079 |
| 168D | 2013 | Mac | 5MAPA5320DA022806 | $18,079 |
| 169D | 2013 | Mac | 5MAPA5322DA022807 | $18,079 |
| 1504D | 2013 | Mac | 5MASA5329DA025052 | $20,704 |
| 1505D | 2013 | Mac | 5MASA5320DA025053 | $20,704 |
| 1506D | 2013 | Mac | 5MASA5322DA025054 | $20,704 |
| 1508D | 2013 | Mac | 5MASA5340DA024598 | $20,704 |
| 1509D | 2013 | Mac | 5MASA5326DA024599 | $20,704 |
| 1510D | 2013 | Mac | 5MASA5329DA022796 | $20,704 |
| 1511D | 2013 | Mac | 5MASA5320DA022797 | $20,704 |
| 1512D | 2013 | Mac | 5MASA5322DA022798 | $20,704 |
| 1513D | 2013 | Mac | 5MASA5324DA022799 | $20,704 |
| | | | | |
| 142D | 2012 | Wilson | 4WW5502A7C6618915 | $24,422 |
| 151D | 2012 | Mac | 5MAPA5325BA020496 | $18,079 |
| 152D | 2012 | Mac | 5MAPA5320CA020763 | $18,079 |
| 154D | 2012 | Mac | 5MAPA532ZCA020764 | $18,079 |
| 15030 | 2012 | Wilson | 4WW5532A4C6615022 | $20,193 |
| | | | | |
| 1044D | 2010 | Mac | 5MAPA4828AA018243 | $16,475 |
| 1045D | 2010 | Mac | 5MAPA482XAA018244 | $16,475 |
| 1501D | 2010 | Mac | 5MAPA5325AA018231 | $19,100 |
| 3603D | 2010 | Manac | 2M5131613A1123314 | $21,287 |
| | | | | |
| 137D | 2009 | Mac | 5MAPA482X8A014186 | $14,872 |
| 2005D | 2009 | XI Special | 4U3J048249H010260 | $22,818 |
| 3602D | 2009 | Manac | 2M5131619911121417 | $21,287 |
| | | | | |
| 129D | 2008 | Mac | 5MAPA4820BA013516 | $13,268 |
| 3501D | 2008 | Manac | 2M513146X81118202 | $16,986 |
| 3502D | 2008 | Manac | 2M513146181118203 | $16,986 |
| 3601D | 2008 | Manac | 2M513161381118205 | $21,287 |
| | | | | |
| 303D | 2003 | Great Dane | 1G1DM96273M022101 | $7,436 |
| 304D | 2003 | Great Dane | 1G1DM96293M022102 | $7,436 |
| | | | | |
| 301D | 2002 | Great Dane | 1G1DM96292M004701 | $7,436 |
| 302D | 2002 | Great Dane | 1G1DM96202M004702 | $7,436 |
| 308D | 2002 | Undescribed | 00016990001688?NE | $5,322 |
| | | | | |
| 040D | 2001 | Wilson | 4WW0GB8361N606341 | $8,000 |
| 041D | 2001 | Wilson | 4WW0GB8381N606342 | $8,000 |
| 307D | 2001 | Undescribed | 00016990001670?NE | $5,322 |
| 496 | 1995 | Wabash | 1JJV532U9SL285106 | No Physical Damage |
| 497 | 1994 | Fruehauf | 1H2V05329RE043422 | No Physical Damage |
| 306D | 1991 | Pole | NEBR009203 | $5,322 |
| | | | | $4,614,890 |

*184 trailers*

Exhibit A1

|  | | | | | | | |
|---|---|---|---|---|---|---|---|
| **RD Limited Partnership dba Richard Daniels Transportation** | | | | | | | |
| **Tractor** | | | | | | | |
| Unit # | Year | Make | VIN | Physical Damage | Owner Operator | L ZACAT601 | PH ZACAT601 |
|  | 2002 | Freightliner | 1FUJA6CG82PJO2257 | No Physical Damage | Owner Operator | X |  |
|  | 2001 | Freightliner | 1FUYOSEB31LH13818 | No Physical Damage | Owner Operator | X |  |
|  | 1991 | Peterbilt | 1XP5DB9X2MD303977 | No Physical Damage | Owner Operator | X |  |
|  | 2006 | Freightliner | 1FUJA6CK5GLU77184 | No Physical Damage | Owner Operator | X |  |
|  | 1997 | Peterbilt | 1XPCDG8X9VN430883 | No Physical Damage | Owner Operator | X |  |
|  | 2007 | Kenworth | 1XKTDU8X97J191016 | No Physical Damage | Owner Operator | X |  |
|  | 2016 | Freightliner | 3AKJGLD59GSGX5040 | $66,000 | Paid | X | X |
| ✓ | 2016 | Freightliner | 3AKJGLD50GSGX5041 | $66,000 | Paid | X | X |
| ✓ | 2016 | Freightliner | 3AKJGLD52GSGX5042 | $66,000 | Paid | X | X |
|  | 2016 | Freightliner | 3AKJGLD56GSGX5044 | $66,000 | Paid | X | X |
|  | 2011 | Kenworth | 1XKAA49X4BJ287384 | No Physical Damage | Owner Operator | X |  |
|  | 2015 | Freightliner | 3AKJGLD52FSGB8155 | $62,000 | Paid | X | X |
|  | 2015 | Freightliner | 3AKJGLD54FSGB8044 | $62,000 | Paid | X | X |
|  | 2015 | Freightliner | 3AKJGLD54FSGB8366 | $62,000 | Paid | X | X |
|  | 2015 | Freightliner | 3AKJGLD55FSGB7906 | $62,000 | Paid | X | X |
|  | 2015 | Freightliner | 3AKJGLD5XFSGB8453 | $62,000 | Paid | X | X |
|  | 2014 | Freightliner | 3AKJGLD5XESFH2816 | $58,000 | Final 6/30/22 | X | X |
|  | 2014 | Freightliner | 3AKJGLD53ESFH3001 | $58,000 | Final 6/30/22 | X | X |
|  | 2015 | Kenworth | 1XKYD49X3FJ427789 | $62,000 | Paid | X | X |
|  | 2015 | Kenworth | 1XKYD49X8FJ428162 | $62,000 | Final 9/30/22 | X | X |
|  | 2015 | Kenworth | 1XKYD49X0FJ428169 | $62,000 | Final 9/30/22 | X | X |
|  | 2015 | Kenworth | 1XKYD49X2FJ428254 | $62,000 | Final 9/30/22 | X | X |
|  | 2015 | Kenworth | 1XKYD49X2FJ428027 | $62,000 | Final 9/30/22 | X | X |
|  | 2015 | Kenworth | 1XKYD49X6FJ428080 | $62,000 | Final 9/30/22 | X | X |
| 64083 | 2015 | Kenworth | 1XKYD49X5FJ427972 | $62,000 | Paid | X | X |
| 65390 | 2016 | Kenworth | 1XKYD49XXGJ463285 | $66,000 | Final 6/30/22 | X | X |
|  | 2017 | Freightliner | 3AKJGBDV2HSHR4558 | $75,000 | Final 6/30/22 | X | X |
|  | 2017 | Freightliner | 3AKJGBDV7HSHR4622 | $75,000 | Final 6/30/22 | X | X |
|  | 2017 | Freightliner | 3AKJGLDR4HSHV4555 | $75,000 | mid 2024 | X | X |
|  | 2017 | Freightliner | 3AKJGLDR2HSGP4848 | $75,000 | mid 2024 | X | X |
|  | 2017 | Freightliner | 3AKJGLDRXHSHR4655 | $75,000 | mid 2024 | X | X |
|  | 2017 | Freightliner | 3AKJGLDR0HSHR4678 | $75,000 | mid 2024 | X | X |
|  | 2016 | Freightliner | 1FUJGLD54GLGY6524 | $66,000 | mid 2023 | X | X |
|  | 2014 | Kenworth | 1XKAD49X9EJ392210 | No Physical Damage | Owner Operator | X |  |
|  | 2012 | Peterbilt | 1XPHD49X0CD164827 | No Physical Damage | Owner Operator | X |  |
|  | 2012 | Kenworth | 1XKED49XXCJ300606 | No Physical Damage | Owner Operator | X |  |
|  | 2014 | Kenworth | 1XKYDP9X7EJ419145 | No Physical Damage | Owner Operator | X |  |
|  | 2011 | Peterbilt | 1XP7D49X0BD125889 | No Physical Damage | Owner Operator | X |  |
|  | 1999 | Freightliner | 1FUYSSEB8XP988562 | No Physical Damage | Owner Operator | X |  |
|  | 2005 | Freightliner | 1FUJA6CGX3LK64366 | No Physical Damage | Owner Operator | X |  |
| ✓ | 2013 | Freightliner | 1FUJGLDR9DSBV4741 | $47,000 |  | X | X |
|  | 2009 | International | 2HSCUAPR89C088661 | No Physical Damage | Owner Operator | X |  |
|  | 2007 | Freightliner | 1FUJA6CK37LV14105 | No Physical Damage | Owner Operator | X |  |
|  | 2005 | Kenworth | 1XXAD89X5SR101319 | No Physical Damage | Owner Operator | X |  |
|  | 2003 | Peterbilt | 1XP5D80X43D810424 | No Physical Damage | Owner Operator | X |  |
|  | 2008 | Freightliner | 1FUJA6CK28D266493 | No Physical Damage | Owner Operator | X |  |
|  | 2015 | Kenworth | 1XKYD49X2FJ433194 | No Physical Damage | Owner Operator | X |  |
|  | 2006 | Kenworth | 1XKAD89X6GR108930 | No Physical Damage | Owner Operator | X |  |
|  | 2006 | Peterbilt | 1ZP7D89X96D894790 | No Physical Damage | Owner Operator | X |  |
|  | 2012 | Peterbilt | 1XPHD49X3CD144975 | No Physical Damage | Owner Operator | X |  |
|  | 2014 | Kenworth | 1XKAD49X9EJ320018 | No Physical Damage | Owner Operator | X |  |
|  | 2015 | International | 3HSDJAPRXFN071058 | No Physical Damage | Owner Operator | X |  |
|  | 2011 | Freightliner | 1FUJA6CG21LJ46681 | No Physical Damage | Owner Operator | X |  |
|  |  |  | Total Values: | $1,753,000 |  |  |  |

| Trailer | | | | | | | |
|---|---|---|---|---|---|---|---|
| Unit # | Year | Make | VIN | Physical Damage | Owner Operator | L ZACAT601 | PH ZACAT6011: |
| ✓ | 2005 | Wabash | 1JJV532W35L912189 | $13,000 | Paid | X | X |
| | 2005 | Wabash | 1JJV532W75L912339 | $13,000 | Paid | X | X |
| ✓ | 2005 | Wabash | 1JJV532W85L912415 | $13,000 | Paid | X | X |
| | 2008 | Wabash | 1JJV532W58L108030 | $15,000 | Paid | X | X |
| | 2008 | Wabash | 1JJV532W68L106559 | $15,000 | Paid | X | X |
| | | | | | | | |
| | | | Total Values: | $69,000 | | | |
| | | | | | | | |
| | | | Total Insured Values: | $1,822,000 | | | |

NE Sec of State - Robert B. Evnen

Filing Document #: 9823466065-1  Pages: 1

Filing Date and Time: 12/14/2023 03:54 p.m.

Debtor Name: JIM DAWS TRUCKING LLC

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
RUSSELL WHITE (4023231026)

**B. E-MAIL CONTACT AT FILER (optional)**
RUSSELL.WHITE@UBT.COM

**C. SEND ACKNOWLEDGMENT TO:  (Name and Address)**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| JIM DAWS TRUCKING LLC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 758 280TH | MILFORD | NE | 684058718 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| UNION BANK AND TRUST COMPANY | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 3643 S 48TH ST PO BOX 82535 | LINCOLN | NE | 68501 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

ALL ASSETS OF DEBTOR AND PROCEEDS THEREOF

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)



**Timothy J. Thalken**
ATTORNEY

402.978.5285
tthalken@fraserstryker.com
**fraserstryker.com**

October 16, 2024

**EXHIBIT C**

VIA E-MAIL abarry@clinewilliams.com
hwiedrich@clinewilliams.com

Mr. Andre R. Barry
Mr. Nathan D. Clark
Cline Williams Wright
Johnson & Oldfather
1900 US Bank Bldg.
233 South 13th Street
Lincoln, NE  68508-2095

Ricardo Fernandez via email
RickF@rdtintermodal.com

Ricardo Daniel Fernandez via email
r.d.fernandez2@gmail.com

RE:   May 31, 2022 Promissory Note between Jim Daws Trucking, LLC and Daws, Inc.

**NOTICE OF DEFAULT AND ACCELERATION OF NOTE**

Gentlemen:

This firm represents Daws, Inc. Effective May 31, 2022, Daws, Inc. loaned Jim Daws Trucking, LLC ("JDT") the principal sum of $4,000,000.00 pursuant to the attached Promissory Note (the "Note"). Ricardo Fernandez ("Rick") and Ricardo Daniel Fernandez ("Ricky") personally guaranteed payment of the Note. Because I do not know whether Cline Williams represents Rick and Ricky in their personal capacities, I have copied them on this communication.

Pursuant to the Note, JDT was obligated to pay Daws, Inc. interest and minimal monthly payments on or before the first day of each month beginning on July 1, 2022 (the "Monthly Payment"). JDT failed to make the Monthly Payment on October 1, 2024, when due. Consequently, JDT is in default on the Note.

Mr. Andre R. Barry
Mr. Henry L. Wiedrich
October 16, 2024
Page 2

      Due to JDT's default, pursuant to Section 5(c) of the Note, Daws, Inc. declares the entire unpaid principal balance of the Note to be forthwith due and payable with interest. The total amount of outstanding principal due on the note as of October 1, 2024 was $2,442,868.43 plus interest at the rate of 3% per annum, or $200.78 per day for every day until the principal is fully paid (the "Balance"). Please immediately forward payment of the balance to Daws, Inc. care of me at my firm's address or Daws, Inc. will be forced to take legal action to recover the amounts due on the Note.

      Sincerely,

Timothy J. Thalken
FOR THE FIRM

TJT/klm
3295638

EXHIBIT

**D**

## SUBORDINATION AGREEMENT

This Subordination Agreement ("**Agreement**") is made as of 1st day of May 2022, ("**Effective Date**")

BY AND BETWEEN:          Union Bank and Trust Company, a Nebraska banking corporation, (the "**Lender**");

AND                                 Daws Inc., a Nebraska corporation (the "**Creditor**");

AND                                 Jim Daws Trucking, LLC, a Nebraska limited liability company (the "**Borrower**").

A. The Lender has agreed to lend Borrower approximately $7,000,000.00 in the form of a Truck Note and a Trailer Note and, in its sole discretion, may lend to the Borrower additional amounts from time to time whether direct or indirect, absolute or contingent, secured or unsecured, due or to become due, or created or acquired by assignment or otherwise, with all interest, and fees (the "**Senior Debt**") on the terms and conditions contained in certain business loan agreement(s), promissory note(s), mortgage(s), and other related documents that have been executed or will be executed by the Borrower from time to time (collectively, the "**Loan Documents**");

B. The Lender has required a first priority security interest in all assets of the Borrower as a term and condition of the Senior Debt.

C. The Borrower is indebted to the Creditor on the Effective Date in an amount of up to $4,250,000.00, including all additional amounts from time to time whether direct or indirect, absolute or contingent, secured or unsecured, due or to become due, or created or acquired by assignment or otherwise, with all interest, and fees on the terms and conditions contained in certain loan agreement(s), promissory note(s), mortgage(s), and other related documents that have been executed or will be executed by the Borrower and Creditor from time to time, including but not limited to that certain Promissory Notes dated May __, 2022, as more particularly described in that certain Asset Purchase Agreement between the Creditor and Borrower of the same date (collectively, the "**Subordinated Debt**").

D.  The Lender requires the Creditor to subordinate the Subordinated Debt to Lender to induce the Lender to make advances on the Senior Debt and to satisfy and/or waive some of the conditions of the Loan Documents.

NOW THEREFORE, in consideration of the mutual covenants and conditions contained herein, the parties agree as follows:

IN WITNESS WHEREOF, the parties have signed their names as of the day and year stated above.

1.  Lender is willing to provide Borrower with the requested Senior Debt only if the Creditor will subordinate the Subordinated Debt to the Senior Debt.  Creditor will benefit from Lender extending credit to Borrower.  Creditor acknowledges that all existing, and each future extension of credit by Lender to Borrower will be made in reliance of this Agreement.

2.  The Parties agree that the Subordinated Debt is and shall be subject and subordinate, to the Senior Debt.

3.  Until the Senior Debt is fully paid, Borrower will not pay the Subordinated Debt or, if applicable, transfer or encumber the property securing the Senior Debt.  Notwithstanding the foregoing, the Borrower will be permitted to make the regularly scheduled payments on the Subordinated Debt; provided, (1) the Borrower has not defaulted under any of the terms, conditions, or payments required under the Loan Documents; (2) Borrower certifies that on a rolling six month basis the Borrower's debt coverage ratio is at least 110%, measured for each proposed payment date; and (3) provided further that the Lender has not previously sent the Creditor and Borrower a notice that the Lender is deeming itself insecure, in Lender's sole discretion,  and Lender is electing to invoke its rights under this paragraph to prohibit any and all future payments on the Subordinated Debt.

4.  Creditor and Borrower warrant to Lender that each has the power and authority to enter into this Agreement.

5.  Creditor will not transfer, assign, encumber or subordinate the Subordinated Debt, other than under this Agreement, without Lender's prior written consent.  Creditor and Borrower will not modify the Subordinated Debt or any related agreement without Lender's prior written consent.  Creditor and Borrower will not take or permit any action that is inconsistent with this Agreement.  The Creditor and Borrower further agree that no new or additional Subordinated Debt will be incurred or created after the Effective Date, without the prior written consent of the Lender.  Creditor further agrees to forebear from exercising any rights or remedies on or with respect to any collateral securing the Subordinated Debt until the Senior Debt has been paid in full.

6.  In order to induce Lender to make advances on the Senior Debt and waive any defaults caused by issuance of the Subordinated Debt, Creditor does hereby subordinate Creditor's security interest(s) to Lender's security interest(s), whether now filed or to be filed hereafter, as to the following described property and interests:

- All real and personal property assets of the Borrower, including but not limited to, the interests and rights of the Borrower pledged to Lender in any Security Agreement(s) or any Uniform Commercial Code Financing Statements relating to the Borrower.

7.  In the event of any insolvency or bankruptcy proceedings, or any receivership, liquidation, reorganization, relative to the Borrower or its creditors, as such, or to its properties, or in the event of any proceedings for voluntary liquidation, dissolution or other winding up of the Borrower, whether or not involving insolvency or bankruptcy, then the holders of the Senior Debt shall be entitled to receive payment in full of all of the Senior Debt before the holders of the Subordinated Debt are entitled to receive any payment on account of the Subordinated Debt, and to that end the holders of the Senior Debt shall be entitled to receive for application in payment thereof any payment or distribution of any kind or character, whether in cash or property or securities, which may be payable or deliverable in any such proceedings in respect of the Subordinated Debt. Creditor and Lender hereby agree and declare that at all times, whether before, after or during the pendency of any proceeding, and notwithstanding the priorities which would ordinarily result from the order of the granting of a security interest, or the order, sequence or date of the filing of any financing statements, deeds of trust, or obtaining of possession, and whether or not perfected or unavoidable, Lender's security interest(s) shall constitute and be a senior and superior security interest, pledge, assignment, lien and charge in and upon the Subordinated Collateral and prior in right to any interest of Creditor in the Subordinated Collateral howsoever arising, and that the Creditor's security interest(s) shall be subject and subordinate to the Lender's security interest(s). Lender and Creditor hereby agree to take any further actions, consents, releases, or terminations as deemed necessary by the Lender to carry out the intent of this subordination, including but not limited to, causing the public records to reflect these respective priorities of their security interest(s).

8.  Borrower and Creditor agree that this Agreement is solely for Lender's protection. This Agreement does not impose any additional duties on Lender concerning Borrower's or Creditor's property, except Lender will exercise reasonable care in the custody and preservation of this property if and when it is in Lender's possession.

9.  Creditor will provide Lender with any information Lender requests from time to time concerning the Subordinated Debt or otherwise related to this Agreement. After Lender gives Creditor prior notice, Creditor and Borrower will allow Lender to inspect their records concerning the Subordinated Debt and to place the legend on any instruments as this Agreement requires.

10. A default under this Agreement constitutes a default under each agreement Borrower has with Lender.

11. Lender may demand specific performance of this Agreement. Creditor irrevocably waives any defense that may be asserted to bar Lender's remedy to specific performance, such as the adequacy of a remedy at law.

12. If Creditor receives payment, other than as provided in this Agreement, or enforces the Subordinated Debt or its security, then that Creditor will hold any payment, security or proceeds in trust for Lender. Creditor will then promptly turnover to Lender any payment, security or its proceeds in the form received and properly endorsed to Lender. Lender may apply the payment, security or proceeds as Lender considers appropriate to any debts, liabilities and obligations that Borrower owes Lender. This Agreement is unaffected by Lender's waiver, forbearance or amendment of any of Borrower's debts, liabilities and obligations to Lender.

13. Borrower and Creditor waive all notices from Lender relative to this Agreement, including its acceptance, notice of Borrower's default under any agreement with Lender, or of Lender's extension of credit to Borrower or other notices.

14. The duties and benefits of this Agreement will bind and benefit the successors and assigns of Creditor, Borrower and Lender.

15. This Agreement will terminate only after: (1) the Borrower has fully and indefeasibly paid the Senior Debt principal loan balance down to $3,500,000; and (ii) the Borrower has performed on all other debt, liabilities and obligations owed to Lender in a timely manner. Creditor's death, dissolution or bankruptcy will not terminate this Agreement.

16. This Agreement may not be amended or modified by oral agreement. No amendment or modification of this Agreement is effective unless made in writing and executed by Creditor, Borrower and Lender. This Agreement is the complete and final expression of the agreement. If any provision of this Agreement is unenforceable, then the unenforceable provision will be severed and the remaining provisions will still be enforceable.

17. By choosing any one or more remedies Lender does not give up Lender's right to use any other remedy. Lender does not waive a default if Lender chooses not to use a remedy. By electing not to use any remedy, Lender does not waive Lender's right to later consider the event a default and to use any remedies if the default continues or occurs again.

18. This Agreement is governed by the laws of the jurisdiction of Nebraska.

[SIGNATURE PAGE TO FOLLOW]

Daws, Inc., (**Creditor**)

By:

Union Bank and Trust Company, (**Lender**)

By:

Jim Daws Trucking, LLC, (**Borrower**)

By: