IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DECLARATION OF RANAE** |
| | ) | **MUENCHRATH** |
| DAWS, INC., JAMES R. DAWS, LANA | ) | |
| R. DAWS, DAWS TRUCKING, INC., and | ) | |
| COLUMBUS TRANSPORTATION & | ) | |
| LOGISTICS, LLC, | | |
| | | |
| Defendants. | | |

I, RaNae Muenchrath, hereby declare as follows:

1. I am above the age of 19, and I am competent to testify. I have personal knowledge of all facts set forth herein.

2. I am one of the owners of Loyal Trucking, LLC ("Loyal") and am familiar with its operations and billings.

3. Loyal began hauling loads around the first week of January, 2025, but it did not operate during the full month.

4. Since January 2025, as it has ramped up its operations, Loyal's billings to customers have increased every month it has operated.

5. Since starting operations in January 2025, Loyal has invoiced the following amounts to customers for loads it has hauled:

| 2025 | Total Amount Invoiced to Customers by Month |
|---|---|
| January | $203,431.80 |
| February | $323,052.16 |
| March | $401,762.34 |
| **Total** | **$928,246.30** |

6. Because Loyal is a startup company, and based on the growth Loyal has already experienced since January 2025, I anticipate that Loyal's monthly billings will grow month-over-month for the next twelve months.

**EXHIBIT**

**2**

7. Conservatively, if Loyal's billings remain consistent with the $401,762.34 March figure it billed, I project that Loyal's total billings for next twelve months will be in excess of $4.8 million as shown in the below table.

|  | Projected Amounts Invoiced to Customers by Month |
|---|---|
| March (Actual) | $401,762.34 |
| April | $401,762.34 |
| May | $401,762.34 |
| June | $401,762.34 |
| July | $401,762.34 |
| August | $401,762.34 |
| September | $401,762.34 |
| October | $401,762.34 |
| November | $401,762.34 |
| December | $401,762.34 |
| January | $401,762.34 |
| February | $401,762.34 |
| Total | $4,821,148.08 |

In addition to the debt owed to Jim Daws as a result of Loyal redeeming his shares, Loyal has more than $1 million of debt owed to Jones Bank which is serviced with money from operations.

8. If Loyal is prevented from operating due to the Court's injunction, my conservative estimate is that Loyal would lose at least $4.8 million in income over the next twelve months. Without this income, Loyal will likely be unable to pay its debts as they come due causing the company to fail.

I declare, under penalty of perjury, that the foregoing declaration, executed on the 10 day of April _____, 2025, at Milford, Nebraska is true and correct.


RaNae Muenchrath