IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFENDANTS'** |
| | ) | **SUPPLEMENTAL INDEX OF** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) ) ) | **EVIDENCE IN SUPPORT OF MOTION TO INCREASE SURETY BOND** |
| | ) | |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 65(c) and NECivR 7.1, Defendants submit this supplemental index of evidence in support of Defendant's Motion to Increase Surety Bond:

1. Declaration of Jim Daws.

DATED this 17th day of April, 2025.

> DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC. and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, Defendants
>
> BY:  /s/ Timothy J. Thalken
>       Timothy J. Thalken, #22173
>       David C. Mullin, #21985
>       Kristin M. Nalbach, #27125
>       FRASER STRYKER PC LLO
>       500 Energy Plaza
>       409 South 17th Street
>       Omaha, NE 68102-2663
>       (402) 341-6000
>       tthalken@fraserstryker.com
>       dmullin@fraserstryker.com
>       knalbach@fraserstryker.com
>       ATTORNEYS FOR DEFENDANTS

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 17th day of April, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                                    /s/ Timothy J. Thalken

3388980