IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC, | ) | CASE NO. 4:24-CV-3177 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **DECLARATION OF JIM DAWS** |
| DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

I, James R. Daws, hereby declare as follows:

1. I am above the age of 19 and am competent to testify. I have personal knowledge of all facts set forth herein.

2. On October 29, 2024, I entered into a redemption agreement (the "Redemption Agreement") with Loyal Trucking, LLC ("Loyal"). Under the Redemption Agreement I sold and assigned all of my membership interest in Loyal back to Loyal for $667,667.00 effective November 1, 2024.

3. Loyal initially paid me $10,000.00, and the remaining $657,667.00 was to be paid to me over time pursuant to a promissory note (the "Note").

4. On April 16 and 17, 2025, Loyal transferred additional funds to my bank account via electronic transfers to satisfy the outstanding amounts owed to me under the Redemption Agreement and the Note, including interest on the Note.

5. As of April 17, 2025, I have received, and deposited into my personal account, payments from Loyal totalling $677,717.00 in full satisfaction of the Redemption Agreement and Note.

1

EXHIBIT 1

I declare, under penalty of perjury, that the foregoing declaration, executed on the 17th day of April, 2025, at Seward, Nebraska, is true and correct.

_____            James R. Daws

3388039