IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>    Defendants. | Case No. 4:24-cv-03177<br><br>PLAINTIFF'S INDEX OF EVIDENCE IN OPPOSITION TO DEFENDANTS' MOTION TO INCREASE SURETY BOND AND TO RECONSIDER SCOPE OF INJUNCTION |

Plaintiff Daws Trucking, LLC ("JDT") submits this Index of Evidence in opposition to Defendants' Motion to Increase Surety Bond and to Reconsider Scope of Injunction. Attached to this Index are true and correct copies of the following:

1. **Declaration of Robert Toovey, attaching:**

   **Exhibit A:**    Photos of Loyal Trucking yard.
   **Exhibit B:**    Photos of Loyal Truck transporting a load.

Dated April 17, 2025

                                  JIM DAWS TRUCKING, LLC,
                                  Plaintiff

                     By:    s/ Andre R. Barry
                           Andre R. Barry, #22505
                           Henry L. Wiedrich, #23696
                           Madeline C. Hasley, #27870
                           CLINE WILLIAMS WRIGHT
                           JOHNSON & OLDFATHER, L.L.P.
                           233 South 13th Street
                           1900 US Bank Building
                           Lincoln, NE 68508
                           (402) 474-6900

abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    I, Andre R. Barry, hereby certify that on April 17, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/ Andre R. Barry<br>
Andre R. Barry

4928-2381-6759, v. 1