

**EXHIBIT A**



