

**EXHIBIT B**

