IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>           Plaintiff,<br><br>vs.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>           Defendants. | 4:24CV3177<br><br>**ORDER** |

    **IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 136) is granted and Kristin N. Nalbach is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Kristin N. Nalbach in this case.

    Dated this 12th day of May, 2025.

                                                           BY THE COURT:

                                                           s/Michael D. Nelson
                                                            United States Magistrate Judge