# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JIM DAWS TRUCKING, LLC,**<br><br>　　　　　　**Plaintiff,**<br><br>　vs.<br><br>**DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,**<br><br>　　　　　　**Defendants.** | **4:24CV3177**<br><br>**ORDER** |

　　　**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 138) is granted and David C. Mullin is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to David C. Mullin in this case.

　　　Dated this 20th day of May, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge