IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | Case No. 4:24-cv-03177<br><br>STIPULATION TO CONSOLIDATE FOR PURPOSES OF WRITTEN DISCOVERY |

Pursuant to Fed. R. Civ. P. 42, Jim Daws Trucking, LLC, ("Plaintiff" or "JDT" or "Daws Trucking"), Ricardo Fernandez, Ricardo D. Fernandez, Daws, Inc., James R. Daws, Lana R. Daws, Daws Trucking, Inc., Columbus Transportation & Logistics, LLC, and J&L Enterprises, LLC, stipulate to an Order consolidating *Jim Daws Trucking, LLC v. Daws, Inc. et al.*, Case No. 4:24-cv-3177, *Daws, Inc. v. Ricardo Fernandez and Ricardo Daniel Fernandez*, Case No. 4:24-cv-3221, and *J&L Enterprises, LLC v. Jim Daws Trucking, LLC,* Case No. 4:24-cv-3222, for purposes of written discovery only, without prejudice to any party's ability to seek consolidation for trial or other purposes at a later date.

Dated October 2, 2025

JIM DAWS TRUCKING, LLC,
Plaintiff

By: s/ Andre R. Barry
Andre R. Barry #22505
Henry L. Wiedrich #23696
Madeline C. Hasley #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com
*Attorneys for Plaintiff*

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING,
INC., and COLUMBUS
TRANSPORTATION AND
LOGISTICS, LLC,
Defendants

By: s/ Timothy J. Thalken
Timothy J. Thalken #22173
Meghan M. Bothe #25208
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
(402) 341-6000
(402) 341-8290 - fax
tthalken@fraserstryker.com
mbothe@fraserstryker.com
*Attorneys for Defendants*

2

3

## CERTIFICATE OF SERVICE

    I, Andre R. Barry, hereby certify that on October 2, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

s/ Andre R. Barry  
Andre R. Barry

4906-9079-8447, v. 2