IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>DAWS, INC., et al,<br><br>        Defendants. | 4:24CV3177<br><br>ORDER |
| DAWS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>RICARDO FERNANDEZ, et al.,<br><br>        Defendants. | 4:24CV3221<br><br>ORDER |
| J&L ENTERPRISES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>JIM DAWS TRUCKING, LLC,<br><br>        Defendant. | 4:24CV3222<br><br>ORDER |

    This matter is before the Court on the parties' Stipulation to Consolidate for Purposes of Written Discovery (Filing No. 150 in Case No. 4:24CV3177). The parties agree, and the Court finds, that the above-captioned cases should be consolidated for discovery and pretrial management only pursuant to Federal Rule of Civil Procedure 42(a). Upon consideration,

    **IT IS ORDERED:**

    1. The parties' Stipulation to Consolidate for Purposes of Written Discovery (Filing No. 150 in Case No. 4:24CV3177) is granted.

  2. The above-captioned cases are consolidated for purposes of discovery and pretrial management only.

  3. Case No. 4:24CV3177 will be designated as the "Lead Case" and Case Nos. 4:24CV3222 and 4:24CV3222 will be designated as "Member Cases."

  4. The court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Cases. The parties are instructed to file documents related to discovery and pretrial management (except those described in paragraph 5) in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.

  5. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

  6. If a party believes an item in addition to those described in paragraph 5 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more member cases. The motion must be filed in all the consolidated cases using the spread text feature.

  7. Counsel for the parties shall confer and, on or before **November 7, 2025**, they shall jointly file a Rule 26(f) Report in the Lead Case encompassing the above-captioned cases, a copy of which can be found at http://www.ned.uscourts.gov/forms.[1]

  Dated this 3rd day of October, 2025.

                BY THE COURT:

                s/Michael D. Nelson
                United States Magistrate Judge

---

[1] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of June 11, 2020. **DO NOT** use prior versions of this report.