IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | Case No. 4:24-cv-03177 |
| Plaintiff, | |
| v. | PLAINTIFF'S MOTION TO STRIKE OR PERMIT A SUR-REPLY |
| DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, | |
| Defendants. | |

COMES NOW the Plaintiff, Jim Daws Trucking, LLC, by and through its undersigned counsel, and respectfully requests that the Court enter an Order striking Defendants' Reply Brief in Support of Statement of Objections to Magistrate Judge's Order [Filing No. 155], or, in the alternative, to permit Plaintiff to file a Sur-Reply, for the following reasons:

1. Pursuant to NECIvR 72.2(a), "[t]he objecting party may not file a reply brief without the court's leave." Defendants did not obtain leave of court to file their Reply Brief.

2. In addition, courts "typically do not consider new arguments and errors raised for the first time in a reply brief, particularly when they could have been raised sooner." *United States v. Caruso*, Case No. 8:20-cr-2, 2024 WL 2882897, at *1 (D. Neb. June 7, 2024). Defendants' Reply Brief is replete with arguments and case law not raised in its opening Brief, including the argument that Judge Nelson erred in applying *Asia Global Crossing, Ltd.*, 322 B.R. 247 (Bankr. S.D.N.Y. 2005), and arguments that were not raised in its opening Brief

or below, like Defendants' latest arguments on the issue of inadvertent disclosure.

WHEREFORE, Plaintiff respectfully requests the Court grant its Motion to Strike and enter an Order striking Defendants' Reply Brief in Support of Statement of Objections to Magistrate Judge's Order. [Filing No. 155.] In the alternative, Plaintiff respectfully requests leave to file a Sur-Reply within seven days of the Court's decision on this Motion.

Dated October 29, 2025

<div style="margin-left:40%">

JIM DAWS TRUCKING, LLC,
Plaintiff

By:   s/ Andre R. Barry
Andre R. Barry, #22505
Henry L. Wiedrich, #23696
Madeline C. Hasley, #27870
CLINE WILLIAMS WRIGHT
JOHNSON & OLDFATHER, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
(402) 474-6900
abarry@clinewilliams.com
hwiedrich@clinewilliams.com
mhasley@clinewilliams.com
*Attorneys for Plaintiff*

</div>

## CERTIFICATE OF SERVICE

I, Andre R. Barry, hereby certify that on October 29, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system, which sent notification of such filing to all registered case participants.

<div style="margin-left:40%">

s/ Andre R. Barry
Andre R. Barry

</div>