## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC, | |
| **Plaintiff,** | **4:24CV3177** |
| vs. | **ORDER** |
| DAWS, INC., et al, | |
| **Defendants.** | |
| DAWS, INC., | |
| **Plaintiff,** | **4:24CV3221** |
| vs. | |
| RICARDO FERNANDEZ, et al., | **ORDER** |
| **Defendants.** | |
| J&L ENTERPRISES, LLC, | |
| **Plaintiff,** | **4:24CV3222** |
| vs. | **ORDER** |
| JIM DAWS TRUCKING, LLC, | |
| **Defendant.** | |

To facilitate conferences with Magistrate Judge Nelson, <u>unless the Court's order states otherwise,</u> the parties shall use the following instructions and codes assigned to this case:

### <u>WEBEX CASE CONFERENCE INSTRUCTIONS</u>

For **Telephonic Conferences** only, (e.g. conferences on completing Rule 26(f) reports, case progression issues, pre-motion discovery disputes, status or planning conferences, etc.):

Dial 1-855-244-8681
Enter the access code: 2303 495 8517, then hit the # key

Dated this 14th day of November, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge