IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC,<br><br>Defendants. | ) | CASE NO. 4:24-CV-3177<br><br>**NOTICE OF SERVICE** |

COMES NOW Defendants, DAWS, INC.; JAMES R. DAWS; LANA R. DAWS; DAWS TRUCKING, INC.; and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, hereby gives notice that they served the following on Plaintiff, on January 30, 2026, by electronic mail:

1. Defendants' 1.30.2026 Supplemental Responses to Plaintiff's Request for Production of Documents
2. Defendants' Production of Documents, Bates Stamped DAWS.CONS.000001 - DAWS.CONS.000186

The aforementioned Defendants served the following on Plaintiff, on April 30, 2026, by electronic mail:

1. Defendants' Production of Documents, Bates Stamped DAWS.CONS.000187 - DAWS.CONS.000228

The aforementioned Defendants served the following on Plaintiff, on May 1, 2026, by electronic mail:

1. Defendants' Production of Documents, Bates Stamped DAWS.CONS.000229 - DAWS.CONS.000264

DATED this 1th day of May, 2026.

DAWS, INC., JAMES R. DAWS,
LANA R. DAWS, DAWS TRUCKING, INC.
and COLUMBUS TRANSPORTATION &
LOGISTICS, LLC, Defendants

BY: *_/s/ Meghan Bothe_*

Timothy J. Thalken, #22173
Meghan Bothe, #25208
FRASER STRYKER PC LLO
500 Energy Plaza
409 South 17th Street
Omaha, NE 68102-2663
Telephone: (402) 341-6000
tthalken@fraserstryker.com
mbothe@fraserstryker.com
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed with the Court, providing electronic notification to the below parties on this 1st day of May, 2026:

Andre R. Barry
Henry L. Wiedrich
Cline Williams Wright
Johnson & Oldfather, L.L.P.
233 South 13th Street
1900 US Bank Building
Lincoln, NE 68508
abarry@clinewilliams.com
hwiedrich@clinewilliams.com

*/s/ Meghan Bothe*

3352144.03