**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

No. 25-1915

---

Jim Daws Trucking, LLC

Plaintiff - Appellee

v.

Daws, Inc.; James R. Daws; Lana R. Daws; Daws Trucking, Inc.; Columbus Transportation & Logistics, LLC

Defendants - Appellants

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:24-cv-03177-SMB)

---

**JUDGMENT**

Before SHEPHERD, ERICKSON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 31, 2026

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler