**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 31, 2026

West Publishing
Opinions Clerk
610 Opperman Drive
Building D D4-40
Eagan, MN 55123-0000

RE: 25-1915 Jim Daws Trucking, LLC v. Daws, Inc., et al

Dear Sir or Madam:

A published opinion was filed today in the above case.

Counsel who presented argument on behalf of the appellants and appeared on the brief was Timothy J. Thalken, of Omaha, NE. The following attorney(s) appeared on the appellant brief; Meghan Mary Bothe, of Omaha, NE.

Counsel who presented argument on behalf of the appellee and appeared on the brief was Andre Robert Barry, of Lincoln, NE. The following attorney(s) appeared on the appellee brief; Henry Laurence Wiedrich, of Omaha, NE., and Madeline C. Hasley, of Lincoln, NE.

The judge who heard the case in the district court was Honorable Susan M. Bazis.

If you have any questions concerning this case, please call this office.

Susan E. Bindler
Clerk of Court

DNS

Enclosure(s)

cc: MO Lawyers Weekly

District Court/Agency Case Number(s): 4:24-cv-03177-SMB