IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JIM DAWS TRUCKING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAWS, INC., et al,<br><br>Defendants. | CASE NO. 4:24-cv-3177<br><br>**NOTICE OF ADDRESS CHANGE** |
| DAWS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>RICARDO FERNANDEZ and<br>RICARDO DANIEL FERNANDEZ,<br><br>Defendants. | CASE NO. 4:24-cv-3221 |
| J&L ENTERPRISES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JIM DAWS TRUCKING, LLC,<br><br>Defendant. | CASE NO. 4:24-cv-3222 |

COME NOW the undersigned attorneys of record and notify the Court and all attorneys of record of the following change of address, effective July 22, 2026:

**Fraser Stryker PC LLO**
**1501 Mike Fahey Street**
**Suite 400**
**Omaha, NE 68102-1015**

DATED this 3rd day of September, 2026.

DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., and COLUMBUS TRANSPORTATION & LOGISTICS, LLC, Defendants

BY: /s/ Timothy J. Thalken
Timothy J. Thalken, #22173
Meghan M. Bothe, #25208
FRASER STRYKER PC LLO
1501 Mike Fahey Street
Suite 400
Omaha, NE 68102
tthalken@fraserstryker.com
mbothe@fraserstryker.com
ATTORNEYS FOR DAWS, INC., JAMES R. DAWS, LANA R. DAWS, DAWS TRUCKING, INC., COLUMBUS TRANSPORTATION & LOGISTICS, LLC, AND J&L ENTERPRISES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/ Timothy J. Thalken

3613040