**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 25-1915

Jim Daws Trucking, LLC

Appellee

v.

Daws, Inc., et al.

Appellants

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:24-cv-03177-SMB)

---

**ORDER**

Appellee, Jim Daws Trucking, LLC shall recover from the appellants the sum the of $166.45 as taxable costs on appeal.

September 22, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler